DAVID C. SHONKA
Acting General Counsel
ADAM M. WESOLOWSKI
GREGORY A. ASHE
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20850
Telephone: 202-326-3068 (Wesolowski)
Telephone: 202-326-3719 (Ashe)
Facsimile: 202-326-3768
Email: awesolowski@ftc.gov, gashe@ftc.gov,

STEVEN W. MYHRE
Acting United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for Plaintiff

**UNITED STATES DISTRI**
**DISTRICT OF NE**

**2:18-cv-00030-GMN-PAL**

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

CONSUMER DEFENSE, LLC, *et al.*,

Defendants.

**FTC'S EXHIBITS IN SUPPORT OF ITS *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF RECEIVER, AND OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

**FILED UNDER SEAL**

**VOLUME 8**

## TABLE OF EXHIBITS

### Volume 1


Declaration of Adassa Brown ........ PX01

Declaration of Donna Brundage ........ PX02

Declaration of Ecco Debnam ........ PX03

Declaration of Karyn Evert ........ PX04

Declaration of Stephanie Frierson ........ PX05

Declaration of Patrick Garrett ........ PX06

Declaration of Jason Jones ........ PX07

Declaration of Richard Latimer ........ PX08


### Volume 2


Declaration of Joseph Parma ........ PX09

Declaration of Dennis Peterson ........ PX10

Declaration of Genevieve Podoski ........ PX11

Declaration of Stefan Prince ........ PX12

Declaration of Lori Schulz ........ PX13


### Volume 3


Declaration of Terri Riley ........ PX14

Declaration of Timothy Goss ........ PX15

Declaration of Wanda Jackson ........ PX16

Declaration of Matthew Wilson ........ PX17

Declaration of Sheri Charnock ........ PX18

Declaration of Timothy James ........ PX19

Declaration of Elizabeth Feldstein .......... PX20

Declaration – Attachment C, pages 1 - 66

**Volume 4**

Attachment D – Attachment X, part 1, pages 67 - 317

**Volume 5**

Attachment X, part 2 – Attachment Z, part 1, pages 318-568

**Volume 6**

Attachment Z, part 2 – Attachment DD, part 1, pages 569 - 819

**Volume 7**

Attachment DD, part 2 – Attachment GG, pages 820 - 1074

**Volume 8**

Attachment HH – Attachment PPP, pages 1075 - 1341

**Volume 9**

Declaration of David Aguayo .......... PX21

Declaration of Jennifer Yadoo .......... PX22

Declaration – Attachment C part 1, pages 1 - 217

**Volume 10**

Attachment C part 2 – Attachment P, pages 218 - 465

**Volume 11**

Attachment Q – Attachment CC, pages 466 - 563

Declaration of Renee Crawford .......... PX23

Declaration of Nathaniel Al-Najjar .......... PX24

Supplemental Declaration of Jennifer Yadoo .......... PX25

Supplemental Declaration of Elizabeth Feldstein .......... PX26

# EXHIBIT 20

## DECLARATION OF ELIZABETH FEDLSTEIN
## (continued)

Att. IIII

# Attachment HH

# Shopper Info for Shopper ID 46848803

| | |
|---|---|
| Shopper ID: | 46848803 |
| Private Label ID | 1695 |
| Login Name: | 46848803 |
| First Name: | Jonathan |
| Middle Name: | P |
| Last Name: | Hanley |
| Company: | Brown Legal, Inc. |
| Address1: | [redacted] |
| Address2: | |
| City: | Sandy |
| State/Prov: | UT |
| Postal Code: | [redacted] |
| Country: | us |
| Phone1: | +1.8019135504 |
| Phone1Extension: | |
| Phone2: | |
| Fax: | |
| Mobile: | |
| Email: | jhanley@modificationreviewboard.com |
| BirthDate: | October 18 |
| Gender: | m |
| Date Created: | 10/2/2011 2:38:11 PM |
| Last Changed By | gdqhDeleteProfiles |
| Last Changed By Date | 6/2/2016 3:48:28 AM |
| Status: | |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Shopper Pin | |
| Password Reminder | phone number |
| Twitter Handle | |

# Domain List - All for Shopper ID 46848803

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| ABOGADODEMODIFICACION.COM | Active | 2/4/2015 | n/a | |
| AMERICANHOMELOANS.COM | Active | 8/17/2012 | n/a | |
| AMHOUSESERVICES.COM | Canceled | 1/22/2012 | 3/5/2013 | |
| AMPROPERTYINC.COM | Canceled | 10/28/2011 | 11/9/2012 | |
| ATTORNEYLOANMOD.COM | Canceled | 1/12/2012 | 2/25/2013 | |
| ATTORNEYLOANMODIFICATIONS.COM | Active | 2/12/2013 | n/a | |
| BROWNLEGALCORP.COM | Canceled | 10/17/2011 | 11/28/2012 | |
| FMGADVISORS.COM | Canceled | 11/30/2011 | 11/9/2012 | |
| HARDSHIPLETTERS.ORG | Active | 2/4/2015 | n/a | |
| homerelief.com | Active | 1/18/2017 | n/a | |
| LOAN-HELP.ORG | Active | 2/26/2013 | n/a | |
| MODIFICATIONREVIEWBOARD.COM | Active | 10/30/2011 | n/a | |
| MODIFYUSA.COM | Canceled | 10/2/2011 | 11/9/2012 | |
| PREFERREDLAWOFFICE.COM | Canceled | 1/26/2012 | 3/8/2016 | |
| PREFERREDLAWTEAM.COM | Canceled | 10/30/2011 | 11/9/2012 | |

PX20 - 1077

DBP 000002

# Domain Information for Shopper ID 46848803

| | |
|---|---|
| Shopper ID: | 46848803 |
| Domain Name: | ABOGADODEMODIFICACION.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |
| Name Servers: | |
| Auto Renew: | |
| Renew Period: | |

## Registrant Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 9035 S. 700 E. #203 |
| Address 2: | |
| City: | Sandy |
| State/Province: | UT |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | +1.8013865100 |
| Fax: | |
| Modify Time: | 2/4/2015 1:27:23 PM |

## Technical Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 9035 S. 700 E. #203 |
| Address 2: | |
| City: | Sandy |
| State/Province: | UT |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | +1.8013865100 |
| Fax: | |
| Modify Time: | 2/4/2015 1:27:23 PM |

## Administrative Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 9035 S. 700 E. #203 |
| Address 2: | |
| City: | Sandy |
| State/Province: | UT |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | +1.8013865100 |
| Fax: | |
| Modify Time: | 2/4/2015 1:27:23 PM |

## Billing Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 9035 S. 700 E. #203 |
| Address 2: | |
| City: | Sandy |
| State/Province: | UT |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | +1.8013865100 |
| Fax: | |
| Modify Time: | 2/4/2015 1:27:23 PM |

# Domain Information for Shopper ID 46848803

| | |
|---|---|
| Shopper ID: | 46848803 |
| Domain Name: | AMERICANHOMELOANS.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |
| Name Servers: | |
| Auto Renew: | |
| Renew Period: | |

## Registrant Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jhanley@modificationreviewboard.com |
| Address 1: | 9035 S. 700 E. #203 |
| Address 2: | |
| City: | Sandy |
| State/Province: | UT |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | +1.8019135504 |
| Fax: | |
| Modify Time: | 8/17/2012 5:33:14 PM |

## Technical Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jhanley@modificationreviewboard.com |
| Address 1: | 9035 S. 700 E. #203 |
| Address 2: | |
| City: | Sandy |
| State/Province: | UT |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | +1.8019135504 |
| Fax: | |
| Modify Time: | 8/17/2012 5:33:14 PM |

## Administrative Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jhanley@modificationreviewboard.com |
| Address 1: | 9035 S. 700 E. #203 |
| Address 2: | |
| City: | Sandy |
| State/Province: | UT |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | +1.8019135504 |
| Fax: | |
| Modify Time: | 8/17/2012 5:33:14 PM |

## Billing Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jhanley@modificationreviewboard.com |
| Address 1: | 9035 S. 700 E. #203 |
| Address 2: | |
| City: | Sandy |
| State/Province: | UT |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | +1.8019135504 |
| Fax: | |
| Modify Time: | 8/17/2012 5:33:14 PM |

# Domain Information for Shopper ID 46848803

| | |
|---|---|
| Shopper ID: | 46848803 |
| Domain Name: | AMPROPERTYINC.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Canceled |
| Name Servers: | |
| Auto Renew: | |
| Renew Period: | |

## Registrant Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jonathan@fnblawoffice.com |
| Address 1: | [redacted] |
| Address 2: | |
| City: | Sandy |
| State/Province: | Utah |
| Postal Code: | [redacted] |
| Country: | United States |
| Phone: | (801) 913-5504 |
| Fax: | |
| Modify Time: | 10/28/2011 1:17:52 AM |

## Technical Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jonathan@fnblawoffice.com |
| Address 1: | [redacted] |
| Address 2: | |
| City: | Sandy |
| State/Province: | Utah |
| Postal Code: | [redacted] |
| Country: | United States |
| Phone: | (801) 913-5504 |
| Fax: | |
| Modify Time: | 10/28/2011 1:17:52 AM |

## Administrative Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jonathan@fnblawoffice.com |
| Address 1: | [redacted] |
| Address 2: | |
| City: | Sandy |
| State/Province: | Utah |
| Postal Code: | [redacted] |
| Country: | United States |
| Phone: | (801) 913-5504 |
| Fax: | |
| Modify Time: | 10/28/2011 1:17:52 AM |

## Billing Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jonathan@fnblawoffice.com |
| Address 1: | [redacted] |
| Address 2: | |
| City: | Sandy |
| State/Province: | Utah |
| Postal Code: | [redacted] |
| Country: | United States |
| Phone: | (801) 913-5504 |
| Fax: | |
| Modify Time: | 10/28/2011 1:17:52 AM |

# Domain Information for Shopper ID 46848803

| | |
|---|---|
| Shopper ID: | 46848803 |
| Domain Name: | ATTORNEYLOANMODIFICATIONS.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |
| Name Servers: | |
| Auto Renew: | |
| Renew Period: | |

## Registrant Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 9035 S. 700 E. #203 |
| Address 2: | |
| City: | Sandy |
| State/Province: | Utah |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | 8019135504 |
| Fax: | |
| Modify Time: | 2/12/2013 2:12:24 PM |

## Technical Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 9035 S. 700 E. #203 |
| Address 2: | |
| City: | Sandy |
| State/Province: | Utah |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | 8019135504 |
| Fax: | |
| Modify Time: | 2/12/2013 2:12:24 PM |

## Administrative Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 9035 S. 700 E. #203 |
| Address 2: | |
| City: | Sandy |
| State/Province: | Utah |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | 8019135504 |
| Fax: | |
| Modify Time: | 2/12/2013 2:12:24 PM |

## Billing Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 9035 S. 700 E. #203 |
| Address 2: | |
| City: | Sandy |
| State/Province: | Utah |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | 8019135504 |
| Fax: | |
| Modify Time: | 2/12/2013 2:12:24 PM |

# Domain Information for Shopper ID 46848803

| | |
|---|---|
| Shopper ID: | 46848803 |
| Domain Name: | HARDSHIPLETTERS.ORG |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |
| Name Servers: | |
| Auto Renew: | |
| Renew Period: | |

## Registrant Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 9035 S. 700 E. #203 |
| Address 2: | |
| City: | Sandy |
| State/Province: | UT |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | +1.8013865100 |
| Fax: | |
| Modify Time: | 2/4/2015 1:27:23 PM |

## Technical Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 9035 S. 700 E. #203 |
| Address 2: | |
| City: | Sandy |
| State/Province: | UT |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | +1.8013865100 |
| Fax: | |
| Modify Time: | 2/4/2015 1:27:23 PM |

## Administrative Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 9035 S. 700 E. #203 |
| Address 2: | |
| City: | Sandy |
| State/Province: | UT |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | +1.8013865100 |
| Fax: | |
| Modify Time: | 2/4/2015 1:27:23 PM |

## Billing Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 9035 S. 700 E. #203 |
| Address 2: | |
| City: | Sandy |
| State/Province: | UT |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | +1.8013865100 |
| Fax: | |
| Modify Time: | 2/4/2015 1:27:23 PM |

# Domain Information for Shopper ID 46848803

| | |
|---|---|
| Shopper ID: | 46848803 |
| Domain Name: | homerelief.com |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |
| Name Servers: | |
| Auto Renew: | |
| Renew Period: | |

## Registrant Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 8180 s 700 e |
| Address 2: | 110 |
| City: | Sandy |
| State/Province: | UT |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | +1.8013865100 |
| Fax: | |
| Modify Time: | 1/18/2017 4:42:34 PM |

## Technical Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 8180 s 700 e |
| Address 2: | 110 |
| City: | Sandy |
| State/Province: | UT |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | +1.8013865100 |
| Fax: | |
| Modify Time: | 1/18/2017 4:42:34 PM |

## Administrative Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 8180 s 700 e |
| Address 2: | 110 |
| City: | Sandy |
| State/Province: | UT |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | +1.8013865100 |
| Fax: | |
| Modify Time: | 1/18/2017 4:42:34 PM |

## Billing Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 8180 s 700 e |
| Address 2: | 110 |
| City: | Sandy |
| State/Province: | UT |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | +1.8013865100 |
| Fax: | |
| Modify Time: | 1/18/2017 4:42:34 PM |

# Domain Information for Shopper ID 46848803

| | |
|---|---|
| Shopper ID: | 46848803 |
| Domain Name: | LOAN-HELP.ORG |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |
| Name Servers: | |
| Auto Renew: | |
| Renew Period: | |

## Registrant Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 9035 S. 700 E. #203 |
| Address 2: | |
| City: | Sandy |
| State/Province: | UT |
| Postal Code: | 84070 |
| Country: | US |
| Phone: | 8019135504 |
| Fax: | |
| Modify Time: | 2/26/2013 3:34:58 PM |

## Technical Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 9035 S. 700 E. #203 |
| Address 2: | |
| City: | Sandy |
| State/Province: | UT |
| Postal Code: | 84070 |
| Country: | US |
| Phone: | 8019135504 |
| Fax: | |
| Modify Time: | 2/26/2013 3:34:58 PM |

## Administrative Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 9035 S. 700 E. #203 |
| Address 2: | |
| City: | Sandy |
| State/Province: | UT |
| Postal Code: | 84070 |
| Country: | US |
| Phone: | 8019135504 |
| Fax: | |
| Modify Time: | 2/26/2013 3:34:58 PM |

## Billing Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 9035 S. 700 E. #203 |
| Address 2: | |
| City: | Sandy |
| State/Province: | UT |
| Postal Code: | 84070 |
| Country: | US |
| Phone: | 8019135504 |
| Fax: | |
| Modify Time: | 2/26/2013 3:34:58 PM |

# Domain Information for Shopper ID 46848803

| | |
|---|---|
| Shopper ID: | 46848803 |
| Domain Name: | MODIFICATIONREVIEWBOARD.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |
| Name Servers: | |
| Auto Renew: | |
| Renew Period: | |

## Registrant Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jonathan@fnblawoffice.com |
| Address 1: | [redacted] |
| Address 2: | |
| City: | Sandy |
| State/Province: | Utah |
| Postal Code: | [redacted] |
| Country: | United States |
| Phone: | (801) 913-5504 |
| Fax: | |
| Modify Time: | 10/30/2011 10:28:10 AM |

## Technical Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jonathan@fnblawoffice.com |
| Address 1: | [redacted] |
| Address 2: | |
| City: | Sandy |
| State/Province: | Utah |
| Postal Code: | [redacted] |
| Country: | United States |
| Phone: | (801) 913-5504 |
| Fax: | |
| Modify Time: | 10/30/2011 10:28:10 AM |

## Administrative Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jonathan@fnblawoffice.com |
| Address 1: | [redacted] |
| Address 2: | |
| City: | Sandy |
| State/Province: | Utah |
| Postal Code: | [redacted] |
| Country: | United States |
| Phone: | (801) 913-5504 |
| Fax: | |
| Modify Time: | 10/30/2011 10:28:10 AM |

## Billing Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jonathan@fnblawoffice.com |
| Address 1: | [redacted] |
| Address 2: | |
| City: | Sandy |
| State/Province: | Utah |
| Postal Code: | [redacted] |
| Country: | United States |
| Phone: | (801) 913-5504 |
| Fax: | |
| Modify Time: | 10/30/2011 10:28:10 AM |

# Domain Information for Shopper ID 46848803

| | |
|---|---|
| Shopper ID: | 46848803 |
| Domain Name: | PREFERREDLAWTEAM.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Canceled |
| Name Servers: | |
| Auto Renew: | |
| Renew Period: | |

## Registrant Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jonathan@fnblawoffice.com |
| Address 1: | [redacted] |
| Address 2: | |
| City: | Sandy |
| State/Province: | Utah |
| Postal Code: | [redacted] |
| Country: | United States |
| Phone: | (801) 913-5504 |
| Fax: | |
| Modify Time: | 10/30/2011 10:27:18 AM |

## Technical Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jonathan@fnblawoffice.com |
| Address 1: | [redacted] |
| Address 2: | |
| City: | Sandy |
| State/Province: | Utah |
| Postal Code: | [redacted] |
| Country: | United States |
| Phone: | (801) 913-5504 |
| Fax: | |
| Modify Time: | 10/30/2011 10:27:18 AM |

## Administrative Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jonathan@fnblawoffice.com |
| Address 1: | [redacted] |
| Address 2: | |
| City: | Sandy |
| State/Province: | Utah |
| Postal Code: | [redacted] |
| Country: | United States |
| Phone: | (801) 913-5504 |
| Fax: | |
| Modify Time: | 10/30/2011 10:27:18 AM |

## Billing Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | Brown Legal, Inc. |
| Email: | jonathan@fnblawoffice.com |
| Address 1: | [redacted] |
| Address 2: | |
| City: | Sandy |
| State/Province: | Utah |
| Postal Code: | [redacted] |
| Country: | United States |
| Phone: | (801) 913-5504 |
| Fax: | |
| Modify Time: | 10/30/2011 10:27:18 AM |

# Shopper Info for Shopper ID 134771117

| | |
|---|---|
| Shopper ID: | 134771117 |
| Private Label ID | 1695 |
| Login Name: | 134771117 |
| First Name: | Jonathan |
| Middle Name: | P |
| Last Name: | Hanley |
| Company: | |
| Address1: | 8180 s 700 e |
| Address2: | 110 |
| City: | Sandy |
| State/Prov: | UT |
| Postal Code: | 84070 |
| Country: | US |
| Phone1: | +1.8013865100 |
| Phone1Extension: | |
| Phone2: | +1.8019135704 |
| Fax: | |
| Mobile: | +1.8019135504 |
| Email: | jhanley@preferredlawteam.com |
| BirthDate: | October 18 |
| Gender: | m |
| Date Created: | 8/2/2016 2:29:02 PM |
| Last Changed By | Fort Knox Shopper Attribute Copy |
| Last Changed By Date | 8/2/2016 2:29:03 PM |
| Status: | |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Shopper Pin | |
| Password Reminder | Pref...12 |
| Twitter Handle | |

# Domain List - All for Shopper ID 134771117

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| HARDSHIPLETTERS.COM | Active | 8/2/2016 | n/a | |

# Domain Information for Shopper ID 134771117

| | |
|---|---|
| Shopper ID: | 134771117 |
| Domain Name: | HARDSHIPLETTERS.COM |
| Registrar: | GoDaddy.com, LLC |
| Status: | Active |
| Name Servers: | |
| Auto Renew: | |
| Renew Period: | |

## Registrant Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 8180 s 700 e |
| Address 2: | 110 |
| City: | Sandy |
| State/Province: | Utah |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | +1.8013865100 |
| Fax: | |
| Modify Time: | 8/2/2016 2:30:05 PM |

## Technical Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 8180 s 700 e |
| Address 2: | 110 |
| City: | Sandy |
| State/Province: | Utah |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | +1.8013865100 |
| Fax: | |
| Modify Time: | 8/2/2016 2:30:05 PM |

## Administrative Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 8180 s 700 e |
| Address 2: | 110 |
| City: | Sandy |
| State/Province: | Utah |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | +1.8013865100 |
| Fax: | |
| Modify Time: | 8/2/2016 2:30:05 PM |

## Billing Contact

| | |
|---|---|
| Name: | Jonathan Hanley |
| Company: | |
| Email: | jhanley@preferredlawteam.com |
| Address 1: | 8180 s 700 e |
| Address 2: | 110 |
| City: | Sandy |
| State/Province: | Utah |
| Postal Code: | 84070 |
| Country: | United States |
| Phone: | +1.8013865100 |
| Fax: | |
| Modify Time: | 8/2/2016 2:30:05 PM |

Att. II

# Attachment II

THIS BUSINESS IS NOT BBB ACCREDITED

# Preferred Law, PLLC

Submit a Review

Overview | Reviews & Complaints | BBB Accreditation | Alerts & Actions

## (801) 386-5100

**Preferred Law, PLLC**
**6 years in business**
8180 S 700 E
Salt Lake City, UT 84124

EMAIL | WEBSITE

See More Contact Options

BBB File Opened: 03/02/2012
Business Started: 10/26/2011
Business Started Locally: 10/26/2011
Business Incorporated: 10/26/2011 in UT

**Type of Entity**
Limited Liability Company (LLC)

**Additional Information**

- Preferred Law, PLLC is located at the same address, using some of the same phone numbers and has common ownership/management as American Home Loan Counselors and Consumer Defense, LLC . BBB has seperate Business Profiles on these bu...

See More Additional Information

**Service Area**
We service the following area(s): Utah

See More Business Information

**ALERT**
Preferred Law, PLLC is located at the same address, using some of the same phone numbers and has common ownership/management as American Home Loan Counselors and Consumer Defense, LLC. BBB has seperate Business Profiles on these businesses.

## BBB Reason for Ratings

BBB rating is based on 13 factors. Get the details about the factors considered

Factors that affect the rating for Preferred Law, PLLC include:

- Failure to respond to 1 complaint(s) filed against business
- 2 complaint(s) filed against business that were not resolved
- Business has failed to resolve underlying cause(s) of a pattern of complaints
- BBB concerns with the business's practices.

**BBB Reports On**

- Licensing
- Advertising Review
- Government Actions
- Out of Business
- Misuse of Better Business Bureau Name/Logo
- Bankruptcy
- Mail Returned

REVOKED

**This Business Is Not BBB Accredited**

**Preferred Law, PLLC**

F
BBB Rating System Overview

**Customer Review Rating:**

17% 83%

[1] Positive Reviews
[0] Neutral Reviews
[5] Negative Reviews

[6] Total Customer Reviews

[30] Total Customer Complaints

**Composite Score:**

Preferred Law, PLLC has received 1.22 out of 5 stars based on 6 Customer Reviews and a BBB Rating of F

**Share your experience**

SUBMIT A REVIEW | SUBMIT A COMPLAINT

Share | Print

This content is provided by the business and may contain advertising. BBB does not review or endorse this content.

Tweets by @preferredlaw

Preferred Law @preferredlaw
Decorated pumpkins. Love them on the steps. pinterest.com/pin/2244932831
Fall Homes
Decorated pumpkins. Lov
pinterest.com
Oct 21, 2013

Preferred Law @preferredlaw
FALL HOUSE: Quite a glam way to display your house number
pinterest.com/pin/2244932831
Oct 21, 2013

Preferred Law @preferredlaw
DIY Tutorial: DIY Halloween Decor DIY Halloween Crafts / DIY an autumn wreath - Bead pinterest.com/pin/2244932831

Embed | View on Twitter

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. Information in this BBB Business Profile is believed reliable, but not guaranteed as to accuracy.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.



© 2017, Council of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico, and BBB Institute for Marketplace Trust.

THIS BUSINESS IS NOT BBB ACCREDITED

# Preferred Law, PLLC

Submit a Review



## (801) 386-5100

**Preferred Law, PLLC**
**8 years in business**
8180 S 700 E
Salt Lake City, UT 84124

EMAIL | WEBSITE

See More Contact Options

BBB File Opened: 03/02/2012
Business Started: 10/26/2011
Business Started Locally: 10/26/2011
Business Incorporated: 10/28/2011 in UT

**Type of Entity**
Limited Liability Company (LLC)

**Additional Information**

- Preferred Law, PLLC is located at the same address, using some of the same phone numbers and has common ownership/management as American Home Loan Counselors and Consumer Defense, LLC. BBB has separate Business Profiles on these bs.

See More Additional Information

**Service Area**
We service the following area(s): Utah

See More Business Information

## BBB Accreditation

On 12/22/2015 this business's accreditation in the BBB was revoked by the BBB's Board of Directors due to its failure to adhere to the BBB requirement that Accredited Businesses meet and abide by the following standards:

8. Approach all business dealings, marketplace transactions and commitments with integrity

8A. Avoid involvement, by the business or its principals, in activities that reflect unfavorably on, or otherwise adversely affect the public image of BBB or its accredited businesses

This Business Is Not BBB Accredited

Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

To be accredited by BBB, a business must apply for accreditation and BBB must determine that the business meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints. BBB Accredited Businesses must pay a fee for accreditation review/monitoring and for support of BBB services to the public.

## Standards of BBB Accreditation

**Build Trust**
Establish and maintain a positive track record in the marketplace

**Advertise Honestly**
Adhere to established standards of advertising and selling.

**Tell the Truth**
Honestly represent products and services, including clear and adequate disclosures of all material terms.

**Be Transparent**
Openly identify the nature, location, and ownership of the business, and clearly disclose all policies, guarantees and procedures that bear on a customer's decision to buy.

**Honor Promises**
Abide by all written agreements and verbal representations.

**Be Responsive**
Address marketplace disputes quickly, professionally, and in good faith.

**Safeguard Privacy**
Protect any data collected against mishandling and fraud, collect personal information only as needed, and respect the preferences of customers regarding the use of their information.

**Embody Integrity**
Approach all business dealings, marketplace transactions and commitments with integrity

## BBB Accreditation Reviews

BBB routinely monitors its files on all Accredited Businesses to affirm that they continue to meet all BBB Accreditation Standards




## BBB Accreditation Process

Not every business is eligible for BBB Accreditation. Businesses must meet, commit to and maintain the BBB Code of Business Practices (Accreditation Standards) in order to be eligible for and maintain BBB Accreditation. The BBB Code of Business Practices represents sound advertising, selling and customer service practices that enhance customer trust and confidence in business. The Code is built on the BBB Standards for Trust, eight principles that summarize important elements of creating and maintaining trust in business.

In order to be eligible for Accreditation a business must complete an Accreditation application.

Upon receipt of a fully completed BBB Application for Accreditation, BBB staff:

- Reviews the application
- Researches the business
- Verifies the information presented in the application
- May request additional information
- May request proof of specific information on the application

After the review and verification process, BBB will then evaluate if the business meets the BBB Code of Business Practices (Accreditation Standards).

Once BBB has finished its evaluation, the application for BBB Accreditation is either approved or denied. If the applicant is found in compliance with the BBB Code of Business Practices it will be presented to the BBB Board of Directors, or a committee of that board, for final approval. If the application is denied, BBB will contact the applicant, indicating the BBB Standard(s) that were not met and any recourse available to the applicant.

REVOKED

**This Business Is Not BBB Accredited**

**Preferred Law, PLLC**

F BBB Rating
BBB Rating Overview

**Customer Review Rating:**

[1] Positive Reviews
[0] Neutral Reviews
[5] Negative Reviews
[6] Total Customer Reviews

[30] Total Customer Complaints

**Composite Score:**
Preferred Law, PLLC has received 1.22 out of 5 stars based on 6 Customer Reviews and a BBB Rating of F

**Share your experience**
SUBMIT A REVIEW | SUBMIT A COMPLAINT

Share | Print

This content is provided by the business and may contain advertising. BBB does not review or endorse this content.

Tweets by @preferredlaw

Preferred Law @preferredlaw
Decorated pumpkins. Love them on the steps. pinterest.com/pin/25644932531
Fall Homes
Decorated pumpkins. Lov

Preferred Law @preferredlaw
FALL HOUSE: Crafts a great way to display your house number
pinterest.com/pin/25644932831

Preferred Law @preferredlaw
DIY Tutorial DIY Halloween Decor DIY Halloween Crafts / DIY an autumn wreath - Bead pinterest.com/pin/25644932831

Embed View on Twitter

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. Information in this BBB Business Profile is believed reliable, but not guaranteed as to accuracy.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.



© 2017, Council of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico, and BBB Institute for Marketplace Trust.

# Attachment JJ

G Select Language | ▼

THIS BUSINESS IS NOT BBB ACCREDITED

# Consumer Defense, LLC

Submit a Review

Overview | Reviews & Complaints | BBB Accreditation | Alerts & Actions

## (801) 386-5100

**Consumer Defense, LLC**
**6 years in business**
8180 S 700 E Ste 110
Sandy, UT 84070-0564

WEBSITE

**Fax Numbers**

- (888) 334-7255

**Additional Phone Numbers**

- (888) 980-7078
- (888) 980-7566
- (888) 980-4750

**Additional Email Addresses**

- info@consumerdefense.com

**Additional Website Addresses**

- http://www.attorneyloanmodifications.com

See Less Contact Options

BBB File Opened: 11/04/2011
Business Started: 10/26/2011
Business Incorporated: 10/26/2011 in UT

**Type of Entity**

Limited Liability Company (LLC)

**Business Management**

- Mr. Jonathan Hanley, Manager

**Additional Information**

- Consumer Defense, LLC is located at the same address, using some of the same phone numbers and has common ownership/management as Preferred Law, PLLC and American Home Loan Counselors. BBB has separate Business Profiles on these businesses.

See Less Additional Information

**Service Area**

We service the following area(s): Salt Lake County, UT

**Alternate Business Names**

- Modification Review Board, LLC
- Attorney Loan Modification

**MISUSE OF BBB NAME AND/OR LOGO**

This business has a history of violating BBB name and logo policy and has falsely stated BBB accreditation (or membership) or referenced the BBB name in an unauthorized manner, despite BBB's efforts to get the business to cease using the BBB trademark. This use of the BBB trademark constitutes trademark infringement and is a violation of trademark rights of the Council of Better Business Bureaus, Inc.

**ALERT**

Consumer Defense, LLC is located at the same address, using some of the same phone numbers and has common ownership/management as Preferred Law, PLLC and American Home Loan Counselors. BBB has separate Business Profiles on these businesses.

## BBB Reason for Ratings

BBB rating is based on 13 factors: Get the details about the factors considered

Factors that affect the rating for Consumer Defense, LLC include:

- Failure to respond to 6 complaint(s) filed against business
- BBB concerns with the business's practices
- Unauthorized use of BBB name or trademarks

**BBB Reports On**

- Licensing
- Advertising Review
- Government Actions
- Out of Business
- Misuse of Better Business Bureau Name/Logo
- Bankruptcy
- Mail Returned

**This Business Is Not BBB Accredited**

**Consumer Defense, LLC**

F

BBB Rating System Overview

**Customer Review Rating:**

100%

[0] Positive Reviews
[0] Neutral Reviews
[4] Negative Reviews

[4] Total Customer Reviews

[7] Total Customer Complaints

**Share your experience**

SUBMIT A REVIEW | SUBMIT A COMPLAINT

Share | Print

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. Information in this BBB Business Profile is believed reliable, but not guaranteed as to accuracy.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

BBB®

**For Consumers**

File a Complaint
Scam Information & Resources
File an Auto Warranty Complaint

**For Businesses**

Become Accredited
BBB EU Privacy Shield

**About BBB**

BBB Directory
Give.org
Council of Better Business Bureaus
Contact
BBB Business Partner Code
Mission & Vision

Terms of Use | Privacy Policy | Trademarks

© 2017, Council of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico, and BBB Institute for Marketplace Trust. All Rights Reserved.

SUPPORT

# Attachment KK

THIS BUSINESS IS NOT BBB ACCREDITED

Is this your business? Claim it now.

# American Home Loan Counselors

Submit a Review



## (801) 386-5100

**American Home Loan Counselors**
8180 S 700 E, Ste 110,
Sandy, UT 84070-0564

BBB File Opened: 09/15/2016

**Business Management**

- Ms. Bobbi Collins, Office Manager

**Additional Information**

- American Home Loan Counselors is located at the same address, using some of the same phone numbers and has common ownership/management as Preferred Law, PLLC and Consumer Defense, LLC. BBB has separate Business Profiles on these businesses.

See Less Additional Information

**Service Area**

We service the following area(s): Salt Lake County, UT

**ALERT**

American Home Loan Counselors is located at the same address, using some of the same phone numbers and has common ownership/management as Preferred Law, PLLC and Consumer Defense, LLC. BBB has separate Business Profiles on these businesses.

## BBB Reason for Ratings

BBB rating is based on 13 factors. Get the details about the factors considered.

Factors that affect the rating for American Home Loan Counselors include:

- Length of time business has been operating
- 3 complaint(s) filed against business
- 1 complaint(s) filed against business that were not resolved
- BBB concerns with the business's practices.

**BBB Reports On**

- Licensing
- Advertising Review
- Government Actions
- Out of Business
- Misuse of Better Business Bureau Name/Logo
- Bankruptcy
- Mail Returned

**This Business Is Not BBB Accredited**

**American Home Loan Counselors**

F

BBB Rating System Overview

**Customer Review Rating:**

100%

- [0] Positive Reviews
- [0] Neutral Reviews
- [1] Negative Reviews

[1] Total Customer Reviews

[3] Total Customer Complaints

**Composite Score:**

★

American Home Loan Counselors has received 1 out of 5 stars based on 1 Customer Reviews and a BBB Rating of F.

**Share your experience**

SUBMIT A REVIEW | SUBMIT A COMPLAINT

Share Print

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. Information in this BBB Business Profile is believed reliable, but not guaranteed as to accuracy.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.



© 2017, Council of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico, and BBB Institute for Marketplace Trust. All Rights Reserved.

Att. EE

# Attachment LL

# Sales Order

| Client Code | Client ID | Federal ID Number |
|---|---|---|
| SHL | 160306 | [redacted] |

run POWERED BY ADP

**TAXPAYER LEGAL NAME** (Include spaces, ampersands, and hyphens. Do not enter any other punctuation.): MODIFICATION REVIEW BOARD

**DBA NAME** (Include spaces, ampersands, and hyphens. Do not enter any other punctuation.): PREFERRED LAW TEAM

Address (No P.O. Box): 8180 S 700 E

City, State, Zip: SANDY UT 84070 — County: SALT LAKE

Payroll Contact(s) First, Last Name: SANDRA HANLEY — First, Last Name: TYLA CARROLL

Phone(s): 801 727 4290 — Fax #: 888 224 6524

Client Email Address – Required, indicate N/A if email address is not established: shanley@preferredlawteam.com

| First Check Date | First Period Start | First Period End | First Input |
|---|---|---|---|
| M T W TH F | SU M T W TH F SA | SU M T W TH F SA | M T W TH F |
| Date 3/15/13 | Date / / | Date / / | Date 3/13/13 |

Accounting Firm Name:
Accountant Contact(s) Name First, Last Name:
Accountant Street Address:
City, State, Zip:
Accountant Phone:
Accountant Email Address:
N/A

Add my accountant as a service contact, allowing ADP to contact and comply with any of my accountant inquires regarding my account ☐ Yes ☐ No

I would like my accountant to access the following through the Data Access feature: ☐ General Ledger ☐ Electronic Reports ☐ Tax Forms
Accountant ID# (Required)

Sales Order Based on Paid employee(s) 25 | Is this a New Business (Y/N) N | Does client have balances (Y/N)____

| Payroll/HR Features | Freq. | Processing | Conversion |
|---|---|---|---|
| ☒ ADP Complete Payroll and HR411 | Weekly | $ 137.75 | $ ~~200~~ |
| ☒ Checks, Tax Filing, FSDD, Employee Access, Electronic Rpts | | $ | $ |
| ☒ Delivery, New Hire Reporting, HR411 Essential | | $ | $ |
| ☒ Poster Compliance, GLI, GPS, SUI Mgmt. | | $ | $ |
| ☒ (TotalPay) PayCard, FSDD, Signing, Stuffing (circle) | | $ | $ |
| ☒ HR411 | | $ | $ |
| • Type of Business: Law Advice | | $ | $ |
| • Number of Years in Business: 2 | | $ | $ |
| ☐ | | $ | $ |
| ☐ | | $ | $ |
| Total Per Processing→ | | $ 100 | $ 0 ←Conversion Total |

Comments:
- ☒ Internet (Mobile Device (Y/N) ____)
- ☐ Phone (View Only Access (Y/N) ____)
- Total EEs (Active & Termed) 25
- Tipped Establishment (Y/N) N
- Best Time to Call (AM/PM) AM
- Client is switching frequency from BW to Weekly
- 28% Permanent Discount
- $400 Promo after 90 days

| | | |
|---|---|---|
| Year-End W-2/1099 Information | $ 40 Base | $ 5.50 Per W-2/1099 |
| Applied for Status | $ 25 Fee Per State Per Month | $ 25 Fee Per SUI State Per Quarter |
| Additional Jurisdiction Fee | $ 6 Per Additional State & SUI Jurisdiction | |

| SA Name / ADP E-mail Address | SA Code/ Associate Code | Zone | % Proc. | % Setup | Sales Office Code | Promo Code(s) |
|---|---|---|---|---|---|---|
| Tommy Hansen | 271862 | 5 | 100 | 100 | 4522 | R024 |

**SST - (NEW UNITS ONLY! Bold/Italic sources require referring party's name and company)**

*Accountant (Indicate if* ___ Accountant Referral: ___ Accountant part of R2; ___ Accountant/Wholesale; ___ Accountant/Acquisition); ___ Padgett ___ *Bank (complete section below)* ___ *Client Referral (Company Code ___)* ___ Project Takeaway ___ Prospecting ( ___ Foot or ___ Phone) ___ LAR ___ Add'l Ctrl ___ Tip Group ___ Internet ___ *Referral Rewards (R2)* ___ *Franchise*

*Referring Party's Name & Company:* — Prior Method/Service Bureau:

| Bank Name: | Banker Name: | Banker Employee ID: | Branch Name: | Cost Center #: |
|---|---|---|---|---|
| | | | | |

☐ New Client ☐ Additional Control ___ of ___ Parent Co. Code____
☐ Additional Business ☐ Spin-off (from ______) Upgrade (from ______)
☐ Downgrade (from ______) ☐ Change of Ownership (from ______) ☐ Transfer (from ______)
☐ Reactivate ☒ Other: Frequency Change

I hereby absolve ADP, Inc., of any errors, penalties and interest payment responsibility arising from incorrect deposits, filings or payroll liability information prior to my ADP start date. I will make all payroll tax deposits for payrolls run before setup of ADP's tax filing service. THE ADP SERVICES COVERED BY THIS SALES ORDER ARE PROVIDED IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF SERVICE FOR RUN - POWERED BY ADP. BY SIGNING THIS SALES ORDER YOU ACKNOWLEDGE RECEIPT OF AND AGREE TO ADP'S TERMS AND CONDITIONS OF SERVICE FOR RUN.

ADP Sales Associate X [signature] Date 3/7/13 Client Authorization X [signature] Date 3/7/13

**Sales Order # 2013-160305 rev 1**

run POWERED BY ADP

| | | |
|---|---|---|
| **Company Name:** Preferred Law Team | **Order Type:** New Client | **Branch Code:** |
| **Website:** | **Order Date:** 2/11/2013 | **Company Code:**<br>**IID:** |

| | | | | |
|---|---|---|---|---|
| **Address:** | **Delivery**<br>8180 S 700 E Suite 110<br><br>Sandy, UT 84070 | **Legal**<br>9035 S 700 E Suite 203<br><br>Sandy, UT 84070 | | **Accounting Firm:**<br>,<br><br>**ID#:**<br>**Phone:** |
| **Payroll Contact(s)**<br>**Phone(s)**<br>**Mobile 1**<br>**Mobile 2**<br>**Fax #**<br>**Client Email Address** | John Hanley<br>[redacted]<br><br><br><br>jhanley@preferredlawteam.com | John Hanley<br>801-386-5100 | | |
| **Type of Business:**<br>81 - Other Services (except Public Administration)<br><br>**Date Established:**<br>01/2012 | **Alliance:**<br><br>**PIC:** | **Tip Establishment:**<br>No<br><br>**Best Time to Call:** | **Legal Entity:**<br>Sole Proprietorship | Add accountant as a service contact, allowing ADP to contact and comply with any of my accountant inquiries regarding my account.<br>No<br><br>I would like my accountant to access the following through the Data Access feature:<br>**Electronic Reports:** No<br>**Tax Forms:** No<br>**General Ledger:** No |
| **Est. First Input**<br><br>2/20/2013<br>Wednesday | **Period Start**<br><br>2/4/2013<br>Monday | **Period End**<br><br>2/18/2013<br>Monday | **Est. First Check**<br><br>2/22/2013<br>Friday | |
| **Business:**<br>Existing | **Existing Balances:**<br>No | **Input Method:**<br>Internet<br><br>**View Only:**<br>Yes | **Mobile Device:** | |

| Payroll Features | Control | Frequency | Qty | One Time Fees | Per Processing Fees | Promos |
|---|---|---|---|---|---|---|
| **RUN POWERED BY ADP®**<br>**Sandra3**<br>**(Primary)** | 1 | | | | | **Promo1: $400 Credit - Complete Bundle - 2 - 99 EEs** |
| Implementation for ADP Complete Payroll and HR | | Once | 1 | $200.00 | | |
| ADP Complete Payroll and HR - includes 5 Background Checks* | | Bi-Weekly | 25 | | $180.00 | |
| Processing Subtotal | | | | | $180.00 | |
| *Discount(25.0% ) | | | | | <$45.00 > | |
| Processing Total | | | | | $135.00 | |

| Additional Features | Fees | Additional Features | Fees |
|---|---|---|---|
| Year-End W-2/1099 Information Primary Control: | $40.00 | Applied for Status (Per State Per Month) | $25.00 |
| Per W-2/1099: | $5.50 | Applied for Status (Fee per SUI State Per Quarter) | $25.00 |
| | | Additional Jurisdiction Fee (Per Additional State & SUI Jurisdiction) | $6.00 |

| Comments |
|---|
| |

THE SERVICES, PRICING AND AUTHORIZATIONS SET FORTH ARE PROVIDED IN ACCORDANCE WITH THE FOLLOWING 11 PAGES OF THE TERMS AND CONDITIONS OF SERVICE FOR RUN POWERED BY ADP® ONLINE PAYROLL SERVICES.

# CLIENT ACCOUNT AGREEMENT AND AUTHORIZATION TO DEBIT/CREDIT

Client Name MODIFICATION REVIEW BOARD LLC Branch__________ Co.Code__________

By signing below (including an electronic signature in the case of an Internet user), CLIENT agrees to one of the debit methods listed below for collection of (1) payroll tax obligations related to ADP's Tax Filing Services, (2) payroll obligations related to ADP's TotalPay, FSDD and / or ADPCheck Services, (3) business tax deposit obligations related to ADP's Electronic Business Tax Services, (4) applicable deferrals of compensation, participant loan repayments and employer matching or other contributions under any Plan (if CLIENT receives ADP's 401(k) Services), and / or (5) the applicable fees for ADP's Services. Such debits will be initiated by ADP, Inc. ("ADP") out of CLIENT's applicable account specified below (the "DDA Account") at the financial institution specified below ("BANK").

**DEBIT METHOD (Check Applicable Box):** **Note: (ACH method will be used to collect all service fees)**

x ACH or PRE-AUTHORIZED DRAFT

BANK is authorized to charge the DDA ACCOUNT in accordance with the ACH provisions on the back of this Agreement. **Note: CLIENT electing ACH or PRE-AUTHORIZED DRAFT may be contacted by an ADP representative to make arrangements for a wire transfer of funds for impounds exceeding the established dollar limit for processing by ACH or PRE-AUTHORIZED DRAFT. Such dollar limit shall be determined by ADP in its sole discretion.**

☐ REVERSE WIRE (Over ACH Dollar Limit)

In the event a single impound exceeds the established threshold for ACH processing, CLIENT agrees that ADP may initiate a request for a wire transfer of funds from the DDA Account in accordance with the Reverse Wire provisions on the back of this Agreement.

**BANK INFORMATION (US bank account only):** ***(FSDD & ADPCheck funds must be debited from the same account)**

| x Payroll Taxes | x Fees for Services | ☐ TotalPay | x FSDD* | ☐ ADPCheck* | ☐ EBTS | ☐ Pay-by-Pay | ☐ Other |
|---|---|---|---|---|---|---|---|
| BANK Transit/ABA # | 124002735 | | | BANK Account(DDA)# | [redacted]6147 | | |
| BANK Name | Bank Of The West | | | | | | |
| BANK Address | 140 West 9000 S, Sandy, UT 84070 | | | | | | |

**COMPLETE THIS SECTION ONLY IF FSDD, ADPCHECK, OR TOTALPAY IS INDICATED ABOVE:**

| Est. No. of Employees: | Est. Net Payroll: | FSDD Start Date: | ADPCheck Start Date | Federal ID # |
|---|---|---|---|---|
| 25 | | 2/22/2013 | 2/22/2013 | [redacted] |
| ADPCheck Partner Bank: | | State (Primary State In Which checks Will be Cashed): | | |

For payments from CLIENT's bank account (including ACH debit entries), ADP may initiate debit entries to CLIENT's checking account for other account indicated above. CLIENT acknowledges that the origination of ACH transactions to or from CLIENT's account(s) must comply with the provisions of U.S. law.

1.Authorization. CLIENT hereby authorizes ADP to obtain payment of amounts for the Services and other account charges by debiting CLIENT's checking account or other account referenced above. The amounts of such payments shall be the amounts set forth on statements provided to or made available to CLIENT by ADP (unless CLIENT and ADP otherwise agree). This authorization will remain in effect so long as CLIENT is an ADP client and this authorization has not been terminated.

2.Billing. ADP may debit CLIENT's checking or other account after ADP issues a statement to CLIENT, or as otherwise agreed upon, and at such other times as CLIENT may deem appropriate in connection with ADP's performance of the Services. Until ADP notifies CLIENT that payment will be made pursuant to this Agreement, CLIENT must continue to make payments by other means. ADP may obtain payments based on its estimates of the necessary funds, the statements it prepares, and by other means ADP deems appropriate. ADP's only responsibility is to correct an error after CLIENT notifies ADP of an error in the CLIENT's statements.

3.Termination. To revoke this authorization, CLIENT must notify ADP in writing at least ten days in advance of the time when the next succeeding payment from CLIENT is due.

In consideration of BANK's compliance with this authorization, CLIENT agrees that BANK's treatment of any charge, and BANK's rights with respect thereto, shall be the same as if the charge were initiated personally by CLIENT, and that if any charge is dishonored, whether with or without cause, BANK shall be under no liability whatsoever. **In addition, CLIENT authorizes ADP to credit the DDA ACCOUNT when necessary, at ADP's sole discretion, for any refund or credit amount due CLIENT.**

In the event of any conflict between the terms and conditions of this Agreement and the terms and conditions of any Price Quotation, Sales Order, National Account Agreement, or ADP Terms and Conditions attached to any proposal given to CLIENT, this Agreement shall control.

CLIENT'S signature below is deemed acceptance of the terms on page 2 of this Agreement regarding ACH, Pre-Authorized Drafts, Direct Wire for Exception Processing, Notice and the additional terms associated therewith. **Before executing this Agreement, please validate the bank account information listed above.**

This authorization shall remain in effect unless and until revoked in writing by an authorized representative of CLIENT and until BANK and ADP have each received such notice and have had reasonable time to act upon such notice.

CLIENT/ACCT Signature __________ Date 2/11/2013

Name & Title Sandra Hanley Owner

**(Must be an authorized signatory on the accounts listed above)**

Substitute for IRS Form 8655

ADP Tax Filing Service

**Reporting Agent Authorization**
**(State Limited Power of Attorney &**
**Tax Information Authorization)**
(In accordance with Internal Revenue Service Revenue Procedures)

OMB No. 1545-1058

| 1 Co/Code | 2 Branch | 3 Federal ID Number |
|---|---|---|
| | | [redacted] |

4 If you are a seasonal employer, check here . . . [ ]

5 TAXPAYER LEGAL NAME (Use all capital letters. Include spaces, ampersands, and hyphens. Do not enter any other punctuation.)
MODIFICATION REVIEW BOARD LLC

6 DBA NAME (Use all capital letters. Include spaces, ampersands, and hyphens. Do not enter any other punctuation.)

7 Address(number, street, and room or suite no.)
9035 S 700 E Suite 203

City or town, state and ZIP Code
Sandy,
UT 84070

REPORTING AGENT: ADP Tax Services, 400 West Covina Boulevard, San Dimas, ID # 22-3006057, 800/235-7212

**Authorization of Reporting Agent to Sign and File Returns**

8 Use the entry lines below to indicate the tax return(s) to be filed by the Reporting Agent. Enter the beginning year for annual tax returns or beginning quarter for quarterly tax returns. See the instructions for how to enter the quarter and year. Once this authority is granted, it is effective until revoked by the taxpayer or Reporting Agent.

940 2013 (Tax Year) 941 1|2013 (Qtr/Yr) 940-PR N/A (Tax Year) 941-PR N/A (Qtr/Yr) 941-SS N/A (Qtr/Yr) 943 ____ (Tax Year)
943-PR N/A (Tax Year) 944 ____ (Tax Year) 944-PR N/A (Tax Year) 945 ____ (Tax Year)

**Authorization of Reporting Agent to Make Deposits and Payments**

9 Use the entry lines below to enter the starting date (the first month and year) for any tax return(s) for which the Reporting Agent is authorized to make deposits or payments. See the instructions for how to enter the month and year. Once this authority is granted, it is effective until revoked by the taxpayer or Reporting Agent.

940 1|2013 (Mo/Yr) 941 1|2013 (Mo/Yr) 943 | (Mo/Yr) 944 | (Mo/Yr) 945 | (Mo/Yr)

**Disclosure of Information to Reporting Agent**

10a Check here to authorize the Reporting Agent to receive or request duplicate copies of tax information, notices and other communications from the IRS, related to the authorization granted on Line 8 and/or Line 9. . . . . . . . . . . . . . . . . . . [X]

10b Check here if the Reporting Agent also wants to receive copies of notices from the IRS . . . . . . . . . . . . . . . . . . . . . . . [X]

**Form W-2 Series or Form 1099 Series Disclosure Authorization**

11 The Reporting Agent is authorized to exchange otherwise confidential taxpayer information with the IRS, including responding to certain IRS notices relating to the form W-2/1099 series information returns. This authrity is effective for calendar years beginning:

W-2 2013 (Tax Year) 1099 2013 (Tax Year)

**State and Local Authorization**

12 By checking the box to the right and signing in Box 13 below, the taxpayer identified above hereby appoints ADP as Reporting Agent and grants ADP a limited power attorney with the authority to sign and file employment and file tax returns and make deposits electronically, on magnetic media, or on paper for all state and local jurisdictions in which the taxpayer is required to file tax returns and make tax deposits. ADP is also hereby authorized to receive notices, correspondance and transcripts from all applicable state and local jurisdictions, resolve matters pertaining to these deposits and filings, and to request and receive deposit frequency data and any other information from applicable state and local jurisdictions related to taxpayer's employment tax returns and deposits for the tax periods indicated in section 8 and all returns filed and deposits made by ADP from the date hereof. [X]

This authorization shall include all applicable state and local forms and shall commence with the tax period indicated and shall remain in effect through all subsequent periods until either revoked by the taxpayer or terminated by the ADP. Unless the taxpayer is required to file or deposit electronically, ADP will, in its discretion, file and make deposits on the taxpayer's behalf in one of the filing methods: electronic, magnetic media or paper. 1 2013 Qtr/Yr

| **Authorization Agreement** | **Signature of Taxpayer or Authorized Representative** |
|---|---|
| I understand that this agreement does not relieve me, as the taxpayer, of theresponsibility to ensure that all tax returns are filed and that all deposits andpayments are made. If Line 8 is completed, the Reporting Agent named above isauthorized to sign and file the return indicated, beginning with the quarter or yearindicated. If any starting dates on line 9 are completed, the Reporting Agent namedabove is authorized to make deposits and payments beginning with the periodindicated. Any authorization granted remains in effect until it is revoked by thetaxpayer or Reporting Agent. I am authorizing the IRS to disclose otherwise confidential tax information to the reporting agent relating to the authority grantedon Line 8 and/or Line 9 including disclosure required to process Form 8655.Disclosure authority is effective upon signature of the taxpayer and IRS receipt ofForm 8655. The authority granted on Form 8655 will not revoke any Power ofAttorney (Form 2848) or Tax Information Authorization (Form 8821) in effect. | I certify that I have the authority to execute this form and authorize disclosure of otherwise confidential information on behalf of the taxpayer.<br>Name (Required) Sandra Hanley<br>Title Owner<br>Signature (Required) Sandra Hanley<br>Date (Required) 2/11/2013<br>X Valid current government-issued photo ID has been checked to verify indentity of signer |

For Privacy Act and Paperwork Reduction Act notice, see attached.
TX-6931 Revised: 12/06/2007
UZA

7322 RUN ET (01/2013)

[illegible]

# Attachment MM

Dave Bevan

**Sales Order # 01-2016-1881529 rev 2**

RUN POWERED BY ADP

| | | |
|---|---|---|
| **Company Name:** Consumer Defense LLC | **Order Type:** New Client<br>**Order Date:** 11/2/2016 | **Branch Code:**<br>**Company Code:**<br>**IID:** |

| | | | |
|---|---|---|---|
| **Address:** | **Delivery**<br>8180 South 700 East<br>Sandy, UT 84070 | **Legal**<br>8180 South 700 East<br>Sandy, UT 84070 | |
| **Payroll Contact(s)**<br>**Phone(s)**<br>**Mobile 1**<br>**Mobile 2**<br>**Fax #** | Sandra Hanley<br>[redacted] | | |
| **Client Email Address** | sximenah@consumerdefense.com | | |
| **Type of Business:**<br>52 - Finance and Insurance<br>**Date Established:**<br>7/2016 | **Alliance:**<br>**PIC:** | **Tip Establishment:**<br>No | **Legal Entity:**<br>LLC |
| **Est. First Input**<br>12/07/2016<br>Wednesday | | | **Est. First Check**<br>12/09/2016<br>Friday |
| **Business:**<br>Existing | **Existing Balances** (has the client processed a payroll with a check date in the calendar year they will start with ADP?): No | **Input Method:**<br>Internet | **Mobile Device:** |

**Promotions**

**Promo1:** R041 - 5% Loyalty Credit - Chase Bank
**W2 Promo:** 9482 - Free 2016 W2s

| Payroll Services | Count | Frequency | Qty | Implementation Fee | Per Processing Fee |
|---|---|---|---|---|---|
| RUN POWERED BY ADP® Consumer Defense LLC (Primary) | 1 | | | | Sales Order Based on Paid employee(s) 25 |
| Implementation for ADP Complete Payroll and HR | | Once | 1 | $25.00 | |
| ADP Complete Payroll and HR (Includes 5 Background Checks in 12 month period)* | | Weekly | 25 | | $137.65 |
| Processing Subtotal | | | | | $137.65 |
| *Discount(28.0%) | | | | | <$38.54> |
| Processing Total | | | | | $99.11 |

| Additional Services | Fees | Additional Fees | Fee |
|---|---|---|---|
| Year-End W-2/1099 Information Primary Control: | $45.00 | Applied for Status (Fee Per State and Any Local ID Per Month) | $25.00 |
| Per W-2/1099: | $5.60 | Applied for Status for SUI ID (Per SUI ID Per Quarter) | $25.00 |
| | | Additional Jurisdiction Fee (Per Additional State & SUI Jurisdiction) | $7.00 |

JPH By initialing to the left, you consent to ADP calling you at the telephone number you provided on the sales order to provide service and support for products and services you purchased and to tell you about other and new ADP payroll and related services, via an automatic dialing system including using prerecorded messages.

**Comments**

By purchasing this product, you acknowledge and agree that ADP may share your banking and company information with Chase Bank in order to provide reporting to Chase Bank.

I hereby absolve ADP, LLC, of any errors, penalties and interest payment responsibility arising from incorrect deposits, filings or payroll liability information prior to my ADP start date. I will make all payroll tax deposits for payrolls run before setup of ADP's tax filing service. THE SERVICES, PRICING, CONSENTS AND AUTHORIZATIONS COVERED BY THIS SALES ORDER ARE PROVIDED IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF SERVICE FOR RUN POWERED BY ADP® ONLINE PAYROLL SERVICES AND ANY ACCOMPANYING EXHIBITS ("RUN TERMS"). BY SIGNING THIS SALES ORDER THAT INCLUDES THESE RUN TERMS, YOU ACKNOWLEDGE RECEIPT OF AND AGREE TO THESE RUN TERMS.

| ADP Sales Associate | Date | Client Authorization | Date |
|---|---|---|---|
| *Dave Bevan* | 11/2/2016 | Jonathan P. Hanley | 11/2/2016 |

7322 RUN ET (05/2014)

## CLIENT ACCOUNT AGREEMENT AND AUTHORIZATION TO DEBIT/CREDIT

Client Name Consumer Defense LLC Branch______ Co.Code______

With respect to the services for which ADP, LLC ("ADP") has been engaged as described in the services agreement or other understandingbetween ADP and Client (each, a "Service" and collectively the "Services"), Client agrees to the debit method listed below for collection of(1) payroll tax obligations related to ADP's Tax Filing Services, (2) payroll obligations related to ADP's ALINE Pay, Workers' Compensation, FSDD, ADPCheck, ALINE Pay Card and/or Instant Pay Services, (3) wage garnishment deduction amounts related to ADP'sWGPS Services, and/or (4) business tax deposit obligations related to ADP's Electronic Business Tax Services, and Client agrees to the ACHdebit method listed below for collection of the applicable fees for the Services, all pursuant to this Client Account Agreement and Authorizationto Debit/Credit, and the provisions of Exhibit A attached hereto and incorporated by reference herein (this "Agreement"). Such debits will beinitiated by ADP out of Client's applicable account specified below (the "DDA Account") at the financial institution specified below ("BANK").Additional authorizations may be required by CLIENT's BANK(s) authorizing reverse wire and/or ACH (fees for services) transactions. Clientunderstands and acknowledges that the implementation and ongoing provision of Services are conditioned upon Client passing (and continuingto pass) a credentialing process that ADP may deem necessary in connection with the provision of Services.

DEBIT METHOD (Check Applicable Box): Note: ACH method will be used to collect all service fees

| | |
|---|---|
| ☐ Reverse Wire | ADP will initiate request for a wire transfers of funds from the DDA ACCOUNT indicated below in accordance with the Reverse Wire provisions of this Agreement. Each applicable BANK is authorized to charge the applicable DDA Account in accordance with the Reverse Wire provisions of this Agreement. |
| X ACH | BANK is authorized to charge the DDA ACCOUNT in accordance with the ACH provisions of this Agreement. NOTE: CLIENT electing ACH may be contacted by an ADP representative to make arrangements for a wire transfer of funds for impounds exceeding the established dollar limit for processing by ACH. Such dollar limit shall be determined by ADP in its sole discretion. |
| ☐ Reverse Wire (Over ACH Limit) | In the event a single impound exceeds the established threshold for ACH processing, CLIENT agrees that ADP may initiate a request for a wire transfer of funds from the DDA ACCOUNT in accordance with the Reverse Wire Instructions on the back of this Agreement. |

BANK INFORMATION *(FSDD & ADPCheck funds must be debited from the same account):

X Payroll Taxes X FSDD* ☐ADPCK ☐Aline Pay ☐ACA ☐WGPS ☐Garn Svcs ☐Benefit Svcs ☐EBTS ☐401K ☐Workers Comp ☐Other

| | |
|---|---|
| BANK Transit/ABA # 124001545 | BANK Account (DDA)# [redacted]9282 |
| Bank Name Chase | BANK Contact |
| BANK Address | BANK Phone |
| ☐ Reverse Wire ☐ ACH ☐ Reverse Wire (Over ACH Limit) | |

☐Payroll Taxes ☐FSDD* ☐ADPCK ☐Aline Pay ☐ACA ☐WGPS ☐Garn Svcs ☐Benefit Svcs ☐EBTS ☐401K ☐Workers Comp ☐Other

| | |
|---|---|
| BANK Transit/ABA # | BANK Account (DDA)# |
| Bank Name | BANK Contact |
| BANK Address | BANK Phone |
| ☐ Reverse Wire ☐ ACH ☐ Reverse Wire (Over ACH Limit) | |

ACH FEES FOR SERVICES

ADP will initiate ACH debits for its Fees for Services from the DDA Account indicated below in accordance with the ACH provisions of this Agreement. The applicable BANK is authorized to charge the applicable DDA Account in accordance with the ACH provisions of this Agreement.

X Same bank information as above

| X Fees for Service (ACH Debit Method) | |
|---|---|
| BANK Transit/ABA # | BANK Account (DDA)# |
| Bank Name | BANK Contact |
| BANK Address | BANK Phone |

COMPLETE THIS SECTION ONLY IF FSDD, ADPCHECK OR ALINE PAY IS INDICATED ABOVE:

| Est. No. of Employees: | ADPCheck Partner Bank | FSDD Start Date: | ADPCK Start Date | Federal ID# |
|---|---|---|---|---|
| 25 | | 11/18/2016 | | [redacted] |

RW-ACH-RWX CAA (09/16) Order 01-2016-1881529 r2

PX20 - 1104

In consideration of each BANK's compliance with this authorization, CLIENT agrees that such BANK's treatment of any charge, and such BANK's rights with respect thereto, shall be the same as if the charge were initiated personally by CLIENT, and that if any charge is dishonored, whether with or without cause, such BANK shall be under no liability whatsoever. In addition, CLIENT authorizes ADP to credit the applicable DDA ACCOUNT when necessary, at ADP's sole discretion, for any refund or credit amount due CLIENT.

CLIENT acknowledges and agrees that (i) ADP Payroll Services Inc. ("ADPPSI"), a licensed money transmitter, is responsible for providing the money transmission services hereunder and is a party to this Agreement and (ii) ADP's provision of services hereunder shall be deemed acceptance of this Agreement by ADP and ADPPSI. Exhibit B, to the extent applicable, contains information related to how to file a complaint in connection with the money transmission services.

CLIENT acknowledges and agrees that (i) ADP Payroll Services Inc. ("ADPPSI"), a licensed money transmitter, is responsible for providing the money transmission services hereunder and is a party to this Agreement and (ii) ADP's provision of services hereunder shall be deemed acceptance of this Agreement by ADP and ADPPSI. Exhibit B, to the extent applicable, contains information related to how to file a complaint in connection with the money transmission services.

In the event of any conflict between the terms and conditions of this Agreement and the terms and conditions of any other agreement, this Agreement shall control. CLIENT acknowledges and agrees that, notwithstanding anything to the contrary, CLIENT'S right to refund under any State law shall first be subject to any offset for funds due to ADP with respect to any previous transactions completed on Client's behalf by ADP, and subject to the terms and conditions of this Agreement and any other agreement between CLIENT and ADP.

This authorization shall remain in effect unless and until revoked in writing by an authorized representative of CLIENT and until the applicable BANK(s) and ADP have each received such notice and have had reasonable time to act upon such notice.

CLIENT Signature: Jonathan P. Hanley  Date: 11/2/2016

Name & Title: Jonathan P. Hanley  Member

(Must be an authorized signatory on the accounts listed above)

FOR REGION USE ONLY / ADP DO NOT DEBIT ACCOUNT

CLIENT CHECK (This bank account below will be printed on your company checks.):

| | |
|---|---|
| BANK Transit/ABA # | BANK Account(DDA)# |
| Bank Name | Starting Check Number: |
| Bank Address | |

Substitute for IRS Form 8655

ADP Tax Filing Service

**Reporting Agent Authorization (State Limited Power of Attorney & Tax Information Authorization)**

(In accordance with Internal Revenue Service Revenue Procedures)

OMB No 1545-1058

| 1 Co/Code | 2 Branch | 3 Federal ID Number |
|---|---|---|
| | | [redacted] |

4 If you are a seasonal employer, check here . . . [ ]

5 TAXPAYER LEGAL NAME (Use all capital letters Include spaces, ampersands, and hyphens. Do not enter any other punctuation.)
CONSUMER DEFENSE LLC

6 DBA NAME (Use all capital letters. Include spaces, ampersands, and hyphens. Do not enter any other punctuation.)

7 Address(number, street, and room or suite no.)
8180 South 700 East

City or town, state and ZIP Code
Sandy ,
UT 84070

REPORTING AGENT: ADP Tax Services, 400 West Covina Boulevard, San Dimas, CA 91773 ID # 22-3006057, 800-235-7212

**Authorization of Reporting Agent to Sign and File Returns**

8 Use the entry lines below to indicate the tax return(s) to be filed by the Reporting Agent. Enter the beginning year for annual tax returns or beginning quarter for quarterly tax returns. See the instructions for how to enter the quarter and year Once this authority is granted, it is effective until revoked by the taxpayer or Reporting Agent.

940 2016 (Tax Year) 941 4/2016 (Qtr/Yr) 940-PR N/A (Tax Year) 941-PR N/A (Qtr/Yr) 941-SS N/A (Qtr/Yr) 943 N/A (Tax Year)

943-PR N/A (Tax Year) 944 N/A (Tax Year) 944-PR N/A (Tax Year) 945 N/A (Tax Year)

**Authorization of Reporting Agent to Make Deposits and Payments**

9 Use the entry lines below to enter the starting date (the first month and year) for any tax return(s) for which the Reporting Agent is authorized to make deposits or payments. See the instructions for how to enter the month and year. Once this authority is granted, it is effective until revoked by the taxpayer or Reporting Agent.

940 10/2016 (Mo/Yr) 941 10/2016 (Mo/Yr) 943 / (Mo/Yr) 944 / (Mo/Yr) 945 / (Mo/Yr)

**Disclosure of Information to Reporting Agent**

10a Check here to authorize the Reporting Agent to receive or request duplicate copies of tax information, notices and other communications from the IRS, related to the authorization granted on Line 8 and/or Line 9. . . . . . . . . . . . . . . . . . . [X]

10b Check here if the Reporting Agent also wants to receive copies of notices from the IRS . . . . . . . . . . . . . . . . . . . . [X]

**Form W-2 Series or Form 1099 Series Disclosure Authorization**

11 The Reporting Agent is authorized to exchange otherwise confidential taxpayer information with the IRS, including responding to certain IRS notices relating to the form W-2 1099 series information returns. This authority is effective for calendar years beginning.

W-2 2016 (Tax Year) 1099 ____ (Tax Year)

**State and Local Authorization**

12 By checking the box to the right and signing in Box 13 below, the taxpayer identified above hereby appoints ADP as Reporting Agent and grants ADP a limited power attorney with the authority to sign and file employment and file tax returns and make deposits electronically, on magnetic media, or on paper for all state and local jurisdictions in which the taxpayer is required to file tax returns and make tax deposits. ADP is also hereby authorized to receive notices, correspondance and transcripts from all applicable state and local jurisdictions, resolve matters pertaining to these deposits and filings, and to request and receive deposit frequency data and any other information from applicable state and local jurisdictions related to taxpayer's employment tax returns and deposits for the tax periods indicated in section 8 and all returns filed and deposits made by ADP from the date hereof. [X]

This authorization shall include all applicable state and local forms and shall commence with the tax period indicated and shall remain in effect through all subsequent periods until either revoked by the taxpayer or terminated by the ADP. Unless the taxpayer is required to file or deposit electronically, ADP will, in its discretion, file and make deposits on the taxpayer's behalf in one of the filing methods: electronic, magnetic media or paper. 4 2016 Qtr/Yr

| Authorization Agreement | 13 Signature of Taxpayer or Authorized Representative |
|---|---|
| I understand that this agreement does not relieve me, as the taxpayer, of theresponsibility to ensure that all tax returns are filed and that all deposits andpayments are made. If Line 8 is completed, the Reporting Agent named above isauthorized to sign and file the return indicated, beginning with the quarter or yearindicated. If any starting dates on line 9 are completed, the Reporting Agent namedabove is authorized to make deposits and payments beginning with the periodindicated. Any authorization granted remains in effect until it is revoked by thetaxpayer or Reporting Agent. I am authorizing the IRS to disclose otherwise confidential tax information to the reporting agent relating to the authority grantedon Line 8 and/or Line 9 including disclosure required to process Form 8655.Disclosure authority is effective upon signature of the taxpayer and IRS receipt ofForm 8655. The authority granted on Form 8655 will not revoke any Power ofAttorney (Form 2848) or Tax Information Authorization (Form 8821) in effect. | I certify that I have the authority to execute this form and authorize disclosure of otherwise confidential information on behalf of the taxpayer.<br><br>Name (Required) Jonathan P. Hanley<br>Title Member<br>Signature (Required) Jonathan P. Hanley<br>Date (Required) 11/2/2016 |

For Privacy Act and Paperwork Reduction Act notice, see attached
TX-6931 Revised 12/06/2007
UZA

RAA Page 1 of 1

7322 RUN ET (05/2014)

PX20 - 1106

Att. NN

# Attachment NN

# Employee Summary

| Employee Information | Earnings: Description | Earnings: YTD Amount | Earnings: YTD Hours | Taxes: Description | Taxes: Withholding/ Overrides | Taxes: YTD Amount | Deductions: Description | Deductions: Per Pay | Deductions: YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted]<br>Home Phone:<br>Hourly: [redacted]<br>SSN: xxx-xx[redacted]<br>Hire Date: 7/25/2013<br>Termination Date: 10/22/2013<br>Birth Date:<br>Status: Terminated<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| **Finney, Debra**<br>[redacted]<br>Home Phone:<br>Hourly: [redacted]<br>SSN: xxx-xx[redacted]<br>Hire Date: 9/3/2013<br>Termination Date: 10/22/2013<br>Birth Date:<br>Status: Terminated<br>Emp Type: Full time | | | | | | | | | | |
| **Flores, Joseph M**<br>[redacted]<br>Home Phone: [redacted]<br>Hourly: [redacted]<br>SSN: xxx-xx[redacted]<br>Hire Date: 5/8/2013<br>Termination Date: 11/15/2013<br>Birth Date:<br>Status: Terminated<br>Emp Type: Full time | | | | | | | | | | |
| **FMG Partners**<br>[redacted]<br>Home Phone:<br>Salary Per Pay: 0.00<br>TIN: xx-xxx1893<br>Hire Date: 3/10/2013<br>Birth Date:<br>Status: Active<br>Emp Type: Full time | Gross<br>1099 Misc | 0.00<br>34,817.07 | 0.00<br>0.00 | | | | | | | Check |
| **Forsey, Jennifer M**<br>[redacted]<br>Home Phone: | [redacted] | | | | | | | | | |

# Employee Summary

| Employee Information | Earnings: Description | Earnings: YTD Amount | Earnings: YTD Hours | Taxes: Description | Taxes: Withholding/ Overrides | Taxes: YTD Amount | Deductions: Description | Deductions: Per Pay | Deductions: YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Home Phone:<br>Mobile:<br>Hourly: [redacted]<br>SSN: xxx-xx-[redacted]<br>Hire Date: 6/17/2013<br>Termination Date: 7/25/2014<br>Birth Date: [redacted]<br>Status: Terminated<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| **Gold, Brandy C**<br>[redacted]<br>Home Phone: [redacted]<br>Hourly: [redacted]<br>SSN: xxx-xx-[redacted]<br>Hire Date: 6/17/2013<br>Termination Date: 6/22/2013<br>Birth Date:<br>Status: Terminated<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| **Hanley, Jonathan**<br>[redacted]<br>Park City, UT [redacted]<br>Home Phone:<br>Salary Per Pay: 1000.00<br>SSN: xxx-xx-[redacted]<br>Hire Date: 12/23/2013<br>Birth Date:<br>Department: 1 - Dept 1<br>Status: Active<br>Emp Type: Full time | | | | | | | | | | |
| **Hanley, Jonathan**<br>[redacted]<br>Park City, UT [redacted]<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 1000.00<br>SSN: xxx-xx-[redacted]<br>Hire Date: 12/27/2013<br>Birth Date: [redacted]<br>Department: 1 - Dept 1<br>Status: Active<br>Emp Type: Full time | | | | FIT<br>UT SIT | Married/3<br>Married/3 | 0.00<br>0.00 | | | | Check |
| **Hanley, Sandra**<br>[redacted] | | | | | | | | | | |

# Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| Park City, UT [redacted]<br>Home Phone:<br>Salary Per Pay: 0.00<br>SSN: xxx-xx-[redacted]<br>Hire Date: 12/27/2013<br>Birth Date:<br>Department: 1 - Dept 1<br>Status: Active<br>Emp Type: Full time | | | | | | | | | | |
| Hanley, Sandra<br>[redacted]<br>Park City, UT [redacted]<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 1000.00<br>SSN: xxx-xx-[redacted]<br>Hire Date: 12/27/2013<br>Birth Date: [redacted]<br>Department: 1 - Dept 1<br>Status: Active<br>Emp Type: Full time | | | | FIT<br>UT SIT | Married/3<br>Married/3 | 0.00<br>0.00 | | | | Check |
| Hansen, Teri<br>[redacted]<br>Home Phone:<br>Mobile:<br>Hourly: [redacted]<br>SSN: xxx-xx-[redacted]<br>Hire Date: 8/10/2013<br>Termination Date: 10/28/2013<br>Last Day Worked: 10/25/2013<br>Birth Date: [redacted]<br>Status: Terminated<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| Hansen, Teri Ann R<br>[redacted]<br>Home Phone:<br>Hourly: [redacted]<br>SSN: xxx-xx-[redacted]<br>Hire Date: 7/8/2013<br>Termination Date: 8/10/2013<br>Birth Date:<br>Status: Terminated<br>Emp Type: Full time | | | | | | | | | | |

# Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| **Horton, Benjamin R**<br>[redacted]<br>Sandy, UT [redacted]<br>Home Phone: 801-386-5100<br>Salary Per Pay: 1500.00<br>SSN: xxx-xx-[redacted]<br>Hire Date: 10/1/2011<br>Termination Date: 12/6/2016<br>Birth Date:<br>Status: Terminated<br>Emp Type: Full time | Gross<br>1099 Misc | 0.00<br>45,000.00 | 0.00<br>0.00 | | | | | | | Check |
| **Johnson, Rebecca**<br>[redacted]<br>Home Phone:<br>Mobile:<br>Hourly: [redacted]<br>SSN: xxx-x[redacted]<br>Hire Date: 4/9/2012<br>Birth Date: [redacted]<br>Status: Active<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| **JOHNSON, TERESA L**<br>[redacted]<br>Home Phone:<br>Mobile:<br>Hourly: [redacted]<br>SSN: xxx-xx-[redacted]<br>Hire Date: 5/20/2013<br>Termination Date: 2/18/2014<br>Last Day Worked: 2/7/2014<br>Birth Date: [redacted]<br>Status: Terminated<br>Emp Type: Full time | | | | | | | | | | |
| **Johnson, Teresa L**<br>[redacted]<br>Home Phone: [redacted]<br>Hourly: [redacted]<br>SSN: xxx-xx-[redacted]<br>Hire Date: 5/20/2013<br>Termination Date: 6/22/2013<br>Birth Date:<br>Status: Terminated | | | | | | | | | | |

# Employee Summary

| Employee Information | Earnings: Description | Earnings: YTD Amount | Earnings: YTD Hours | Taxes: Description | Taxes: Withholding/ Overrides | Taxes: YTD Amount | Deductions: Description | Deductions: Per Pay | Deductions: YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|

Birth Date: [redacted]
Status: Terminated
Emp Type: Full time

**Tovar, Karla L**
[redacted]
Home Phone: [redacted]
Mobile: [redacted]
Hourly: [redacted]
SSN: xxx-xx[redacted]
Hire Date: 3/27/2013
Termination Date: 6/28/2013
Last Day Worked: 6/20/2013
Birth Date: [redacted]
Status: Terminated
Emp Type: Full time

**Vasquez, Nataly**
, UT
Home Phone:
Hourly: [redacted]
SSN: xxx-xx[redacted]
Hire Date: 7/22/2013
Termination Date: 3/3/2014
Birth Date:
Status: Terminated
Emp Type: Full time

[redacted]

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Pay Frequency Totals:** | Weekly | | | | | | | | |
| | Gross | $366,295.33 | | FIT | | $20,192.48 | Advance | | $150.00 |
| | Regular | $356,548.34 | 24,233.04 | SOCSEC | | $22,710.32 | Loan | | $1,000.00 |
| | Worked | $636.19 | 33.17 | MEDCARE | | $5,311.27 | Creditor 1 | | $387.14 |
| | Holiday | | | UT SIT | | $11,326.06 | | | |
| | 1099 Misc | $430,395.19 | 4,405.12 | | | | | | |
| | Holiday | $4,803.51 | 360.27 | | | | | | |
| | Commission | $4,307.29 | 0.00 | | | | | | |
| | 1099 reimbursement | $10,756.52 | 0.00 | | | | | | |
| | Expense reimbursement non-taxable | $61.72 | 0.00 | | | | | | |
| **Total Employees - Weekly: 99** | | | | | | | | | |
| **Company Totals:** | | | | | | | | | |
| | Gross | $366,295.33 | | FIT | | $20,192.48 | Advance | | $150.00 |
| | Regular | $356,548.34 | 24,233.04 | SOCSEC | | $22,710.32 | Loan | | $1,000.00 |
| | Worked | $636.19 | 33.17 | MEDCARE | | $5,311.27 | Creditor 1 | | $387.14 |
| | Holiday | | | UT SIT | | $11,326.06 | | | |
| | 1099 Misc | $430,395.19 | 4,405.12 | | | | | | |

# Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| | Holiday | $4,803.51 | 360.27 | | | | | | | |
| | Commission | $4,307.29 | 0.00 | | | | | | | |
| | 1099 reimbursement | $10,756.52 | 0.00 | | | | | | | |
| | Expense reimbursement non-taxable | $61.72 | 0.00 | | | | | | | |

**Total Active Employees - Company: 15**
**Total Terminated Employees - Company: 84**
**Total Employees - Company: 99**

# Employee Summary

| Employee Information | Earnings Description | Earnings YTD Amount | Earnings YTD Hours | Taxes Description | Taxes Withholding/ Overrides | Taxes YTD Amount | Deductions Description | Deductions Per Pay | Deductions YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Status: Terminated<br>Emp Type: Full time | | | | | | | | | | |
| **Elton, John**<br>[redacted]<br>Home Phone:<br>Salary Per Pay [redacted]<br>SSN: xxx-xx[redacted]<br>Hire Date: 9/6/2013<br>Termination Date: 3/28/2014<br>Birth Date:<br>Status: Terminated<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| **FMG Partners**<br>[redacted]<br>Fishers, IN [redacted]<br>Home Phone:<br>Salary Per Pay: 0.00<br>TIN: xx-[redacted]<br>Hire Date: 3/10/2013<br>Birth Date:<br>Department: 1 - Dept 1<br>Status: Active<br>Emp Type: Full time | Gross<br>1099 Misc | 0.00<br>5,893.96 | 0.00<br>0.00 | | | | | | | Check |
| **Forsey, Jennifer M**<br>[redacted]<br>Home Phone:<br>Mobile:<br>Hourly: [redacted]<br>SSN: xxx-xx[redacted]<br>Hire Date: 11/29/2013<br>Termination Date: 11/30/2013<br>Birth Date [redacted]<br>Department: 1 - Dept 1<br>Status: Terminated<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| **Gee, Melissa**<br>[redacted]<br>Home Phone:<br>Mobile:<br>Hourly: [redacted]<br>SSN: xxx-xx[redacted]<br>Hire Date: 4/4/2014 | [redacted] | | | | | | | | | |

# Employee Summary

| Employee Information | Earnings Description | Earnings YTD Amount | Earnings YTD Hours | Taxes Description | Taxes Withholding/ Overrides | Taxes YTD Amount | Deductions Description | Deductions Per Pay | Deductions YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Emp Type: Full time | | | | | | | | | | |
| **Hanley, Jonathan** | | | | | | | | | | |
| [redacted] | | | | | | | | | | |
| Park City, UT [redacted] | | | | | | | | | | |
| Home Phone: | | | | | | | | | | |
| Salary Per Pay: 0.00 | | | | | | | | | | |
| SSN: xxx-xx-[redacted] | | | | | | | | | | |
| Hire Date: 12/23/2013 | | | | | | | | | | |
| Birth Date: | | | | | | | | | | |
| Department: 1 - Dept 1 | | | | | | | | | | |
| Status: Active | | | | | | | | | | |
| Emp Type: Full time | | | | | | | | | | |
| **Hanley, Jonathan** | Gross | 7,000.00 | 0.00 | FIT | Married/3 | 1.33 | | | | Check |
| [redacted] | Regular | 7,000.00 | 0.00 | SOCSEC | | 434.00 | | | | |
| Park City, UT [redacted] | | | | MEDCARE | | 101.50 | | | | |
| Home Phone: | | | | UT SIT | Married/3 | 173.95 | | | | |
| Mobile: | | | | | | | | | | |
| Salary Per Pay: 1000.00 | | | | | | | | | | |
| SSN: xxx-xx-[redacted] | | | | | | | | | | |
| Hire Date: 12/27/2013 | | | | | | | | | | |
| Birth Date: [redacted] | | | | | | | | | | |
| Department: 1 - Dept 1 | | | | | | | | | | |
| Status: Active | | | | | | | | | | |
| Emp Type: Full time | | | | | | | | | | |
| **Hanley, Sandra** | | | | | | | | | | |
| [redacted] | | | | | | | | | | |
| Park City, UT [redacted] | | | | | | | | | | |
| Home Phone: | | | | | | | | | | |
| Salary Per Pay: 0.00 | | | | | | | | | | |
| SSN: xxx-xx-[redacted] | | | | | | | | | | |
| Hire Date: 12/27/2013 | | | | | | | | | | |
| Birth Date: | | | | | | | | | | |
| Department: 1 - Dept 1 | | | | | | | | | | |
| Status: Active | | | | | | | | | | |
| Emp Type: Full time | | | | | | | | | | |
| **Hanley, Sandra** | Gross | 9,500.00 | 0.00 | FIT | Married/3 | 269.58 | | | | Check |
| [redacted] | Regular | 9,500.00 | 0.00 | SOCSEC | | 589.00 | | | | |
| Park City, UT [redacted] | | | | MEDCARE | | 137.75 | | | | |
| Home Phone: | | | | UT SIT | Married/3 | 331.45 | | | | |
| Mobile: | | | | | | | | | | |
| Salary Per Pay: 1500.00 | | | | | | | | | | |
| SSN: xxx-xx-[redacted] | | | | | | | | | | |
| Hire Date: 12/27/2013 | | | | | | | | | | |
| Birth Date: 12/12/1977 | | | | | | | | | | |
| Department: 1 - Dept 1 | | | | | | | | | | |

# Employee Summary

| Employee Information | Earnings Description | Earnings YTD Amount | Earnings YTD Hours | Taxes Description | Taxes Withholding/ Overrides | Taxes YTD Amount | Deductions Description | Deductions Per Pay | Deductions YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Status: Active<br>Emp Type: Full time | | | | | | | | | | |
| **Hearon, Melissa**<br>[redacted]<br>Home Phone:<br>Mobile: [redacted]<br>Hourly: [redacted]0<br>SSN: xxx-xx[redacted]<br>Hire Date: 2/10/2014<br>Termination Date: 6/12/2015<br>Last Day Worked: 6/12/2015<br>Birth Date: [redacted]<br>Department: 1 - Dept 1<br>Status: Terminated<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| **Hernandez, Teresa**<br>[redacted]<br>Home Phone: [redacted]0<br>Mobile:<br>Hourly: [redacted]<br>SSN: xxx-xx[redacted]<br>Hire Date: 5/18/2013<br>Birth Date: [redacted]<br>Department: 1 - Dept 1<br>Status: Active<br>Emp Type: Full time | | | | | | | | | | |
| **Horton, Benjamin R**<br>[redacted]<br>Sandy, UT [redacted]<br>Home Phone: 801-386-5100<br>Salary Per Pay: 1800.00<br>SSN: xxx-xx[redacted]<br>Hire Date: 10/1/2011<br>Termination Date: 12/6/2016<br>Birth Date:<br>Department: 1 - Dept 1<br>Status: Terminated<br>Emp Type: Full time | Gross<br>1099 Misc | 0.00<br>91,200.00 | 0.00<br>0.00 | | | | | | | Check |
| **Johns, Jeri**<br>[redacted]<br>Home Phone: | [redacted] | | | | | | | | | |

# Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |

Last Day Worked: 1/28/2014
Birth Date: 7/9/1977
Status: Terminated
Emp Type: Full time

**Martinez, Shannon**
[redacted]
Home Phone: [redacted]
Salary Per Pay: [redacted]
SSN: xxx-xx[redacted]
Hire Date: 7/5/2011
Birth Date:
Department: 1 - Dept 1
Status: Active
Emp Type: Full time

**Martinez, Shannon E**
[redacted]
Home Phone:
Mobile: 3[redacted]
Hourly: [redacted]
SSN: xxx-xx-5860
Hire Date: 7/5/2011
Birth Date: 9/30/1968
Department: 1 - Dept 1
Status: Active
Emp Type: Full time

**Mejia, Faust**
[redacted]
Home Phone:
Mobile: [redacted]
Hourly: [redacted]
SSN: xxx-xx[redacted]
Hire Date: 9/2/2014
Termination Date: 5/13/2015
Last Day Worked: 5/8/2015
Birth Date: [redacted]
Department: 1 - Dept 1
Status: Terminated
Emp Type: Full time

**Moncayo, Fernando**
[redacted]
Home Phone:

[redacted]

# Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |

[redacted]
Taylorsville, UT [redacted]
Home Phone:
Mobile:
Hourly: [redacted]
SSN: xxx-xx-[redacted]
Hire Date: 9/3/2013
Termination Date: 3/24/2014
Last Day Worked: 3/11/2014
Birth Date: [redacted]
Department: 1 - Dept 1
Status: Terminated
Emp Type: Full time

**Nisbet, Jerald**
[redacted]
Salt Lake City, UT [redacted]
Home Phone:
Mobile:
Hourly: [redacted]
SSN: xxx-xx-[redacted]
Hire Date: 7/23/2014
Termination Date: 10/23/2014
Birth Date: [redacted]
Department: 1 - Dept 1
Status: Terminated
Emp Type: Full time

**ORAZEM, AMBER L**
[redacted]
Home Phone:
Mobile:
Hourly: [redacted]
SSN: xxx-xx-[redacted]
Hire Date: 5/28/2013
Termination Date: 6/19/2015
Last Day Worked: 6/19/2015
Birth Date: [redacted]
Department: 1 - Dept 1
Status: Terminated
Emp Type: Full time

**Osborne, Ashley**
[redacted]
Layton, UT [redacted]
Home Phone:
Mobile:

[redacted]

# Employee Summary

| Employee Information | Earnings Description | Earnings YTD Amount | Earnings YTD Hours | Taxes Description | Taxes Withholding/ Overrides | Taxes YTD Amount | Deductions Description | Deductions Per Pay | Deductions YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Mobile: [redacted]<br>Hourly: [redacted]<br>SSN: xxx-xx-[redacted]<br>Hire Date: 7/28/2014<br>Termination Date: 8/11/2014<br>Last Day Worked: 8/6/2014<br>Birth Date: [redacted]<br>Department: 1 - Dept 1<br>Status: Terminated<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| **Yates, McKelle**<br>[redacted]<br>Home Phone:<br>Mobile: [redacted]<br>Hourly: [redacted]<br>SSN: xxx-xx-[redacted]<br>Hire Date: 9/4/2014<br>Termination Date: 4/28/2015<br>Last Day Worked: 4/28/2015<br>Birth Date: [redacted]<br>Department: 1 - Dept 1<br>Status: Terminated<br>Emp Type: Full time | | | | | | | | | | |
| **Pay Frequency Totals:** | Weekly | | | | | | | | | |
| | Gross | $461,887.96 | | FIT | | $19,828.48 | | | | |
| | Regular | $443,546.09 | 31,162.76 | SOCSEC | | $28,637.05 | | | | |
| | Worked | $203.20 | 10.42 | MEDCARE | | $6,697.42 | | | | |
| | Holiday | | | UT SIT | | $11,697.30 | | | | |
| | Overtime | $460.80 | 25.60 | | | | | | | |
| | 1099 Misc | $391,740.78 | 4,935.80 | | | | | | | |
| | Personal | $49.50 | 4.50 | | | | | | | |
| | Holiday | $12,745.45 | 981.65 | | | | | | | |
| | Bonus | $2,008.62 | 0.00 | | | | | | | |
| | Breaks | $17.04 | 0.00 | | | | | | | |
| | Commission | $1,500.00 | 0.00 | | | | | | | |
| | Retroactive pay | $1,357.26 | 0.00 | | | | | | | |
| **Total Employees - Weekly: 66** | | | | | | | | | | |
| **Company Totals:** | | | | | | | | | | |
| | Gross | $461,887.96 | | FIT | | $19,828.48 | | | | |
| | Regular | $443,546.09 | 31,162.76 | SOCSEC | | $28,637.05 | | | | |
| | Worked | $203.20 | 10.42 | MEDCARE | | $6,697.42 | | | | |
| | Holiday | | | UT SIT | | $11,697.30 | | | | |
| | Overtime | $460.80 | 25.60 | | | | | | | |
| | 1099 Misc | $391,740.78 | 4,935.80 | | | | | | | |
| | Personal | $49.50 | 4.50 | | | | | | | |

# Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| | Holiday | $12,745.45 | 981.65 | | | | | | | |
| | Bonus | $2,008.62 | 0.00 | | | | | | | |
| | Breaks | $17.04 | 0.00 | | | | | | | |
| | Commission | $1,500.00 | 0.00 | | | | | | | |
| | Retroactive pay | $1,357.26 | 0.00 | | | | | | | |

**Total Active Employees - Company: 19**
**Total Terminated Employees - Company: 47**
**Total Employees - Company: 66**

# Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| Hire Date: 11/12/2014<br>Termination Date: 12/26/2014<br>Birth Date: [redacted]<br>Department: 1 - Dept 1<br>Status: Terminated<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| **Crowell, Rory**<br>[redacted]<br>Home Phone: [redacted]<br>Hourly: [redacted]<br>SSN: xxx-xx[redacted]<br>Hire Date: 12/29/2014<br>Termination Date: 6/23/2015<br>Birth Date:<br>Department: 1 - Dept 1<br>Status: Terminated<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| **Flores, Ana**<br>[redacted]<br>Home Phone:<br>Mobile: [redacted]6<br>Hourly: [redacted]<br>SSN: xxx-xx[redacted]<br>Hire Date: 2/23/2015<br>Termination Date: 4/23/2015<br>Last Day Worked: 4/23/2015<br>Birth Date: [redacted]<br>Department: 1 - Dept 1<br>Status: Terminated<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| **FMG Partners**<br>[redacted]<br>Home Phone:<br>Salary Per Pay: 0.00<br>TIN: xx[redacted]<br>Hire Date: 3/10/2013<br>Birth Date:<br>Department: 1 - Dept 1<br>Status: Active<br>Emp Type: Full time | Gross<br>1099 Misc | 0.00<br>5,594.70 | 0.00<br>0.00 | | | | | | | Check |
| **Frampton, Misty**<br>[redacted] | [redacted] | | | | | | | | | |

# Employee Summary

| Employee Information | Earnings: Description | Earnings: YTD Amount | Earnings: YTD Hours | Taxes: Description | Taxes: Withholding/Overrides | Taxes: YTD Amount | Deductions: Description | Deductions: Per Pay | Deductions: YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Department: 1 - Dept 1 | | | | | | | | | | |
| Status: Terminated | | | | | | | | | | |
| Emp Type: Full time | | | | | | | | | | |
| **Hanley, Jonathan** | | | | | | | | | | |
| [redacted] | | | | | | | | | | |
| Park City, UT [redacted] | | | | | | | | | | |
| Home Phone: | | | | | | | | | | |
| Salary Per Pay: 0.00 | | | | | | | | | | |
| SSN: xxx-xx-[redacted] | | | | | | | | | | |
| Hire Date: 12/23/2013 | | | | | | | | | | |
| Birth Date: | | | | | | | | | | |
| Department: 1 - Dept 1 | | | | | | | | | | |
| Status: Active | | | | | | | | | | |
| Emp Type: Full time | | | | | | | | | | |
| **Hanley, Jonathan** | Gross | 106,500.00 | 0.00 | FIT | Married/3 | 12,939.58 | | | | Check |
| [redacted] | Regular | 106,500.00 | 0.00 | SOCSEC | | 6,603.00 | | | | |
| Park City, UT [redacted] | | | | MEDCARE | | 1,544.25 | | | | |
| Home Phone: | | | | UT SIT | Married/3 | 4,967.97 | | | | |
| Mobile: | | | | | | | | | | |
| Salary Per Pay: 2500.00 | | | | | | | | | | |
| SSN: xxx-xx-[redacted] | | | | | | | | | | |
| Hire Date: 12/27/2013 | | | | | | | | | | |
| Birth Date: [redacted] | | | | | | | | | | |
| Department: 1 - Dept 1 | | | | | | | | | | |
| Status: Active | | | | | | | | | | |
| Emp Type: Full time | | | | | | | | | | |
| **Hanley, Sandra** | | | | | | | | | | |
| [redacted] | | | | | | | | | | |
| Park City, UT [redacted] | | | | | | | | | | |
| Home Phone: | | | | | | | | | | |
| Salary Per Pay: 0.00 | | | | | | | | | | |
| SSN: xxx-xx-[redacted] | | | | | | | | | | |
| Hire Date: 12/27/2013 | | | | | | | | | | |
| Birth Date: | | | | | | | | | | |
| Department: 1 - Dept 1 | | | | | | | | | | |
| Status: Active | | | | | | | | | | |
| Emp Type: Full time | | | | | | | | | | |
| **Hanley, Sandra** | Gross | 132,000.00 | 0.00 | FIT | Married/3 | 18,308.82 | | | | Check |
| [redacted] | Regular | 132,000.00 | 0.00 | SOCSEC | | 7,347.00 | | | | |
| Park City, UT [redacted] | | | | MEDCARE | | 1,914.00 | | | | |
| Home Phone: | | | | UT SIT | Married/3 | 6,353.47 | | | | |
| Mobile: | | | | | | | | | | |
| Salary Per Pay: 3000.00 | | | | | | | | | | |
| SSN: xxx-xx-[redacted] | | | | | | | | | | |
| Hire Date: 12/27/2013 | | | | | | | | | | |



PX20 - 1122

# Employee Summary

| Employee Information | Earnings Description | Earnings YTD Amount | Earnings YTD Hours | Taxes Description | Taxes Withholding/ Overrides | Taxes YTD Amount | Deductions Description | Deductions Per Pay | Deductions YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Horton, Benjamin R | Gross | 0.00 | 0.00 | | | | | | | Check |
| [redacted] | 1099 Misc | 105,900.00 | 0.00 | | | | | | | |

Sandy, UT [redacted]
Home Phone: 801-386-5100
Salary Per Pay: 2100.00
SSN: xxx-xx[redacted]
Hire Date: 10/1/2011
Termination Date: 12/6/2016
Birth Date:
Department: 1 - Dept 1
Status: Terminated
Emp Type: Full time

[redacted]

**Huynh, Johnny**
[redacted]
Home Phone: [redacted]
Mobile:
Hourly: [redacted]
SSN: xxx-xx[redacted]
Hire Date: 1/12/2015
Termination Date: 1/23/2015
Last Day Worked: 1/19/2015
Birth Date: [redacted]
Department: 1 - Dept 1
Status: Terminated
Emp Type: Full time

**Jacobs, Deborah**
[redacted]
Home Phone: [redacted]
Mobile:
Hourly: [redacted]
SSN: xxx-xx[redacted]
Hire Date: 1/5/2015
Termination Date: 2/9/2015
Last Day Worked: 1/30/2015
Birth Date: [redacted]
Department: 1 - Dept 1
Status: Terminated
Emp Type: Full time

**James, Cameron**
[redacted]
Home Phone [redacted]
Mobile:
Hourly: [redacted]

# Employee Summary

| Employee Information | Earnings Description | Earnings YTD Amount | YTD Hours | Taxes Description | Withholding/ Overrides | Taxes YTD Amount | Deductions Description | Per Pay | Deductions YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| **Pay Frequency Totals:** | Weekly | | | | | | | | | |
| | Gross | $703,620.59 | | FIT | | $58,135.56 | Child support 1 | | $3,270.96 | |
| | Regular | $684,529.16 | 31,498.36 | SOCSEC | | $42,787.50 | Creditor 1 | | $2,583.64 | |
| | Worked | $56.25 | 2.50 | MEDCARE | | $10,202.50 | Creditor 2 | | $854.37 | |
| | Holiday | | | UT SIT | | $25,531.02 | | | | |
| | Overtime | $2,460.97 | 118.86 | | | | | | | |
| | 1099 Misc | $463,798.54 | 7,880.24 | | | | | | | |
| | Personal | $438.92 | 38.72 | | | | | | | |
| | Holiday | $13,888.00 | 984.00 | | | | | | | |
| | Bonus | $882.48 | 0.00 | | | | | | | |
| | Commission | $750.00 | 0.00 | | | | | | | |
| | Retroactive | $614.81 | 0.00 | | | | | | | |
| | pay | | | | | | | | | |
| | 1099 | $200.00 | 0.00 | | | | | | | |
| | reimbursement | | | | | | | | | |
| | Expense · | $472.60 | 0.00 | | | | | | | |
| | reimbursement | | | | | | | | | |
| | non-taxable | | | | | | | | | |
| **Total Employees - Weekly: 64** | | | | | | | | | | |
| **Company Totals:** | | | | | | | | | | |
| | Gross | $703,620.59 | | FIT | | $58,135.56 | Child support 1 | | $3,270.96 | |
| | Regular | $684,529.16 | 31,498.36 | SOCSEC | | $42,787.50 | Creditor 1 | | $2,583.64 | |
| | Worked | $56.25 | 2.50 | MEDCARE | | $10,202.50 | Creditor 2 | | $854.37 | |
| | Holiday | | | UT SIT | | $25,531.02 | | | | |
| | Overtime | $2,460.97 | 118.86 | | | | | | | |
| | 1099 Misc | $463,798.54 | 7,880.24 | | | | | | | |
| | Personal | $438.92 | 38.72 | | | | | | | |
| | Holiday | $13,888.00 | 984.00 | | | | | | | |
| | Bonus | $882.48 | 0.00 | | | | | | | |
| | Commission | $750.00 | 0.00 | | | | | | | |
| | Retroactive | $614.81 | 0.00 | | | | | | | |
| | pay | | | | | | | | | |
| | 1099 | $200.00 | 0.00 | | | | | | | |
| | reimbursement | | | | | | | | | |
| | Expense | $472.60 | 0.00 | | | | | | | |
| | reimbursement | | | | | | | | | |
| | non-taxable | | | | | | | | | |

**Total Active Employees - Company: 23**
**Total Terminated Employees - Company: 41**
**Total Employees - Company: 64**

# Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |

**Pay Frequency:** [redacted]

**Afalava, Kesi**
[redacted]
Home Phone: [redacted]
Mobile: [redacted]
Hourly: [redacted]
SSN: xxx-xx[redacted]
Hire Date: 11/14/2016
Birth Date: [redacted]
Department: 1 - Dept 1
Status: Active
Emp Type: Full time

**Amaya, Ana**
[redacted]
Home Phone:
Mobile: [redacted]
Hourly: [redacted]
SSN: xxx-xx[redacted]
Hire Date: 3/9/2015
Birth Date: [redacted]
Department: 1 - Dept 1
Status: Active
Emp Type: Full time

**Apcho, Mirella**
[redacted]
Home Phone: [redacted]
Mobile:
Hourly: [redacted]
SSN: xxx-xx[redacted]
Hire Date: 7/14/2014
Birth Date: [redacted]
Department: 1 - Dept 1
Status: Active
Emp Type: Full time

| Employee Information | Description | YTD Amount | YTD Hours | Disbursement Type |
|---|---|---|---|---|
| **Capitalism LLC**<br>9980 S 300 W Ste 200<br>Sandy, UT 84070<br>Home Phone:<br>Salary Per Pay: 2100.00<br>TIN: xx[redacted]<br>Hire Date: 11/28/2016<br>Birth Date:<br>Department: 1 - Dept 1 | Gross<br>1099 Misc | 0.00<br>2,100.00 | 0.00<br>0.00 | Check |

# Employee Summary

| Employee Information | Earnings: Description | Earnings: YTD Amount | Earnings: YTD Hours | Taxes: Description | Taxes: Withholding/ Overrides | Taxes: YTD Amount | Deductions: Description | Deductions: Per Pay | Deductions: YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| SSN: xxx-xx[redacted]<br>Hire Date: 8/9/2016<br>Birth Date: [redacted]<br>Department: 1 - Dept 1<br>Status: Active<br>Emp Type: Full time | | | | | | | | | | |
| **FMG Partners**<br>[redacted]<br>Home Phone:<br>Salary Per Pay: 0.00<br>TIN: xx-[redacted]<br>Hire Date: 3/10/2013<br>Birth Date:<br>Department: 1 - Dept 1<br>Status: Active<br>Emp Type: Full time | Gross<br>1099 Misc | 0.00<br>290.52 | 0.00<br>0.00 | | | | | | | Check |
| **Frampton, Misty**<br>[redacted]<br>Home Phone [redacted]<br>Mobile:<br>Hourly: [redacted]<br>SSN: xxx-xx[redacted]<br>Hire Date: 1/20/2015<br>Termination Date: 4/8/2016<br>Last Day Worked: 4/8/2016<br>Birth Date: [redacted]<br>Department: 1 - Dept 1<br>Status: Terminated<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| **Garcia, Mirella**<br>[redacted]<br>Home Phone:<br>Mobile: [redacted]<br>Hourly: [redacted]<br>SSN: xxx-xx[redacted]<br>Hire Date: 5/16/2016<br>Termination Date: 6/3/2016<br>Last Day Worked: 5/20/2016<br>Birth Date: [redacted]<br>Department: 1 - Dept 1<br>Status: Terminated<br>Emp Type: Full time | | | | | | | | | | |

# Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| **Gibson, Jenna**<br>[redacted]<br>Home Phone: [redacted]<br>Mobile: [redacted]<br>Hourly: [redacted]<br>SSN: xxx-xx-[redacted]<br>Hire Date: 11/18/2016<br>Termination Date: 11/25/2016<br>Last Day Worked: 11/22/2016<br>Birth Date: [redacted]<br>Department: 1 - Dept 1<br>Status: Terminated<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| **Halacy, Daniel**<br>[redacted]<br>Home Phone: [redacted]<br>Mobile: [redacted]<br>Hourly: [redacted]<br>SSN: xxx-xx-[redacted]<br>Hire Date: 7/27/2016<br>Termination Date: 11/9/2016<br>Last Day Worked: 11/9/2016<br>Birth Date: [redacted]<br>Department: 1 - Dept 1<br>Status: Terminated<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| **Hanley, Jonathan**<br>[redacted]<br>Park City, UT [redacted]<br>Home Phone:<br>Salary Per Pay: 0.00<br>SSN: xxx-xx-[redacted]<br>Hire Date: 12/23/2013<br>Birth Date:<br>Department: 1 - Dept 1<br>Status: Active<br>Emp Type: Full time | | | | | | | | | | |
| **Hanley, Jonathan**<br>[redacted]<br>Park City, UT [redacted]<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 2500.00<br>SSN: xxx-xx-[redacted] | Gross<br>Regular | 120,000.00<br>120,000.00 | 0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>UT SIT | Married/3<br><br><br>Married/3 | 17,416.32<br>7,347.00<br>1,740.00<br>6,000.00 | | | | Check |

# Employee Summary

| Employee Information | Earnings: Description | Earnings: YTD Amount | Earnings: YTD Hours | Taxes: Description | Taxes: Withholding/ Overrides | Taxes: YTD Amount | Deductions: Description | Deductions: Per Pay | Deductions: YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Hire Date: 12/27/2013<br>Birth Date: [redacted]<br>Department: 1 - Dept 1<br>Status: Active<br>Emp Type: Full time | | | | | | | | | | |
| **Hanley, Sandra**<br>[redacted]<br>Park City, UT [redacted]<br>Home Phone:<br>Salary Per Pay: 0.00<br>SSN: xxx-xx[redacted]<br>Hire Date: 12/27/2013<br>Birth Date:<br>Department: 1 - Dept 1<br>Status: Active<br>Emp Type: Full time | | | | | | | | | | |
| **Hanley, Sandra**<br>[redacted]<br>Park City, UT [redacted]<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 3000.00<br>SSN: xxx-xx[redacted]<br>Hire Date: 12/27/2013<br>Birth Date: [redacted]<br>Department: 1 - Dept 1<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular | 144,000.00<br>144,000.00 | 0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>UT SIT | Married/3<br><br><br>Married/3 | 23,416.32<br>7,347.00<br>2,088.00<br>7,200.00 | | | | Check |
| **Harris, Spencer**<br>[redacted]<br>Home Phone:<br>Mobile: [redacted]<br>Hourly: [redacted]<br>SSN: xxx-xx[redacted]<br>Hire Date: 11/28/2016<br>Birth Date: [redacted]<br>Department: 1 - Dept 1<br>Status: Active<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| **Hernandez, Teresa**<br>[redacted]<br>Home Phone: [redacted] | | | | | | | | | | |



PX20 - 1128

# Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| Mobile:<br>Hourly: [redacted]<br>SSN: xxx-xx[redacted]<br>Hire Date: 5/18/2013<br>Birth Date[redacted]<br>Department: 1 - Dept 1<br>Status: Active<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| **Horton, Benjamin R**<br>[redacted]<br>Sandy, UT[redacted]<br>Home Phone: 801-386-5100<br>Salary Per Pay: 2100.00<br>SSN: xxx-xx[redacted]<br>Hire Date: 10/1/2011<br>Termination Date: 12/6/2016<br>Birth Date:<br>Department: 1 - Dept 1<br>Status: Terminated<br>Emp Type: Full time | Gross<br>1099 Misc | 0.00<br>100,600.00 | 0.00<br>0.00 | | | | | | | Check |
| **James, Cameron**<br>[redacted]<br>Home Phone: [redacted]<br>Mobile:<br>Hourly: [redacted]<br>SSN: xxx-xx[redacted]<br>Hire Date: 6/11/2015<br>Birth Date:[redacted]<br>Department: 1 - Dept 1<br>Status: Active<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| **Johnson, Rebecca**<br>[redacted]<br>Home Phone:<br>Mobile:<br>Hourly: [redacted]<br>SSN: xxx-xx[redacted]<br>Hire Date: 4/9/2012<br>Birth Date:[redacted]<br>Department: 1 - Dept 1<br>Status: Active<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| **Kartchner, Jessica** | [redacted] | | | | | | | | | |

# Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |

Department: 1 - Dept 1
Status: Active
Emp Type: Full time

**Wilkinson, Joshua**
[redacted]
Home Phone:
Mobile: [redacted]
Hourly: [redacted]
SSN: xxx-xx[redacted]
Hire Date: 9/22/2016
Birth Date: [redacted]
Department: 1 - Dept 1
Status: Active
Emp Type: Full time

**Willardson, Beverly**
[redacted]
Home Phone:
Mobile: [redacted]
Hourly [redacted]
SSN: xxx-xx[redacted]
Hire Date: 5/9/2016
Termination Date: 5/27/2016
Last Day Worked: 5/13/2016
Birth Date: [redacted]
Department: 1 - Dept 1
Status: Terminated
Emp Type: Full time

[redacted]

| Pay Frequency Totals: | Earnings Description | YTD Amount | YTD Hours | Tax Description | Withholding/ Overrides | YTD Amount | Deduction Description | Per Pay | YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Weekly | | | | | | | | | |
| | Gross | $677,341.85 | | FIT | | $65,213.00 | Creditor 1 | | $1,818.67 | |
| | Regular | $617,227.50 | 22,609.81 | SOCSEC | | $40,321.22 | Creditor 2 | | $1,488.19 | |
| | Worked | $152.70 | 7.09 | MEDCARE | | $9,821.45 | | | | |
| | Holiday | | | UT SIT | | $26,019.53 | | | | |
| | Overtime | $1,477.23 | 69.50 | | | | | | | |
| | 1099 Misc | $336,851.24 | 1,991.73 | | | | | | | |
| | Personal | $27.65 | 1.58 | | | | | | | |
| | Holiday | $11,304.00 | 760.00 | | | | | | | |
| | Bonus | $2,090.44 | 0.00 | | | | | | | |
| | Commission | $44,971.61 | 0.00 | | | | | | | |
| | Retroactive pay | $90.72 | 0.00 | | | | | | | |
| | Expense reimbursement non-taxable | $167.33 | 0.00 | | | | | | | |

**Total Employees - Weekly: 47**

# Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| **Company Totals:** | | | | | | | | | | |
| | Gross | $677,341.85 | | FIT | | $65,213.00 | Creditor 1 | | $1,818.67 | |
| | Regular | $617,227.50 | 22,609.81 | SOCSEC | | $40,321.22 | Creditor 2 | | $1,488.19 | |
| | Worked Holiday | $152.70 | 7.09 | MEDCARE | | $9,821.45 | | | | |
| | | | | UT SIT | | $26,019.53 | | | | |
| | Overtime | $1,477.23 | 69.50 | | | | | | | |
| | 1099 Misc | $336,851.24 | 1,991.73 | | | | | | | |
| | Personal | $27.65 | 1.58 | | | | | | | |
| | Holiday | $11,304.00 | 760.00 | | | | | | | |
| | Bonus | $2,090.44 | 0.00 | | | | | | | |
| | Commission | $44,971.61 | 0.00 | | | | | | | |
| | Retroactive pay | $90.72 | 0.00 | | | | | | | |
| | Expense reimbursement non-taxable | $167.33 | 0.00 | | | | | | | |

**Total Active Employees -** Company: 34
**Total Terminated Employees -** Company: 13
**Total Employees -** Company: 47

# Attachment OO

# Employee Summary

| Employee Information | Earnings: Description | Earnings: YTD Amount | Earnings: YTD Hours | Taxes: Description | Taxes: Withholding Overrides | Taxes: YTD Amount | Deductions: Description | Deductions: Per Pay | Deductions: YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Frequency: [redacted] | Weekly | | | | | | | | | |
| **Apcho, Mirella**<br>[redacted]<br>Home Phone:<br>Mobile:<br>Hourly: [redacted]<br>SSN: xxx-xx-[redacted]<br>Hire Date: 7/14/2014<br>Birth Date: [redacted]<br>Department: 01 - Dept 1<br>Status: Active<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| **Austin, Elizabeth**<br>[redacted]<br>Home Phone:<br>Mobile: [redacted]<br>Hourly: [redacted]<br>SSN: xxx-xx-[redacted]<br>Hire Date: 12/9/2016<br>Birth Date: [redacted]<br>Department: 01 - Dept 1<br>Status: Active<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| **Capitalism LLC**<br>9980 South 300 West Ste 200<br>Sandy, UT 84070<br>Home Phone:<br>Salary Per Pay: 2100.00<br>TIN: xx-[redacted]<br>Hire Date: 10/1/2011<br>Birth Date:<br>Department: 01 - Dept 1<br>Status: Active<br>Emp Type: Full time | Gross<br>1099 Misc | 0.00<br>6,300.00 | 0.00<br>0.00 | | | | | | | Deposited 6300.00 into Checking<br>America First Credit Union<br>Acct No: xxxx4049 |
| **Collins, Bobbi**<br>[redacted]<br>Home Phone:<br>Salary Per Pay: [redacted]<br>SSN: xxx-xx-[redacted]<br>Hire Date: 10/11/2011<br>Birth Date:<br>Department: 01 - Dept 1<br>Status: Active | [redacted] | | | | | | | | | |

# Employee Summary

| Employee Information | Earnings: Description | Earnings: YTD Amount | Earnings: YTD Hours | Taxes: Description | Taxes: Withholding/ Overrides | Taxes: YTD Amount | Deductions: Description | Deductions: Per Pay | Deductions: YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Emp Type: Full time | | | | | | | | | | |
| Collins, Bobbi<br>[redacted]<br>Home Phone:<br>Mobile:<br>Hourly: [redacted]<br>SSN: xxx-xx[redacted]<br>Hire Date: 10/11/2011<br>Birth Date: [redacted]<br>Department: 01 - Dept 1<br>Status: Active<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| Hanley, Jonathan<br>[redacted]<br>Park City, UT [redacted]<br>Home Phone:<br>Mobile:<br>Salary Per Pay: [redacted]<br>SSN: xxx-xx-7819<br>Hire Date: 12/27/2013<br>Birth Date: [redacted]<br>Department: 01 - Dept 1<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular | 7,500.00<br>7,500.00 | 0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>UT SIT | Single/00<br><br><br>Single/00 | 1,661.94<br>465.00<br>108.75<br>375.00 | | | | Deposited 4889.31 into<br>Checking<br>Chase<br>Acct No: xxxxx7918 |
| Hanley, Sandra<br>[redacted]<br>Park City, UT [redacted]<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 3000.00<br>SSN: xxx-xx[redacted]<br>Hire Date: 12/27/2013<br>Birth Date: [redacted]<br>Department: 01 - Dept 1<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular | 9,000.00<br>9,000.00 | 0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>UT SIT | Single/00<br><br><br>Single/00 | 2,081.94<br>558.00<br>130.50<br>450.00 | | | | Deposited 5779.56 into<br>Checking<br>Chase<br>Acct No: xxxxx7918 |
| Hernandez, Teresa<br>[redacted]<br>Home Phone:<br>Mobile:<br>Hourly: [redacted]<br>SSN: xxx-xx[redacted]<br>Hire Date: 5/18/2013 | [redacted] | | | | | | | | | |

# Employee Summary

| Employee Information | Earnings: Description | Earnings: YTD Amount | Earnings: YTD Hours | Taxes: Description | Taxes: Withholding/ Overrides | Taxes: YTD Amount | Deductions: Description | Deductions: Per Pay | Deductions: YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| SSN: xxx-xx-[redacted]<br>Hire Date: 8/26/2016<br>Birth Date: [redacted]<br>Department: 01 - Dept 1<br>Status: Active<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| Versluis, Vanessa<br>[redacted]<br>Home Phone:<br>Mobile: [redacted]<br>Hourly: 15.0000<br>SSN: xxx-xx-[redacted]<br>Hire Date: 12/14/2016<br>Birth Date: [redacted]<br>Department: 01 - Dept 1<br>Status: Active<br>Emp Type: Full time | | | | | | | | | | |
| **Pay Frequency Totals:** | Weekly | | | | | | | | | |
| | Gross | $31,092.34 | | FIT | | $4,975.86 | | | | |
| | Regular | $30,720.14 | 926.33 | SOCSEC | | $1,927.72 | | | | |
| | Overtime | $172.20 | 8.20 | MEDCARE | | $450.83 | | | | |
| | 1099 Misc | $19,025.00 | 0.00 | UT SIT | | $1,433.50 | | | | |
| | Bonus | $200.00 | 0.00 | | | | | | | |
| | Expense reimbursement non-taxable | $40.00 | 0.00 | | | | | | | |
| **Total Employees - Weekly: 17** | | | | | | | | | | |
| **Company Totals:** | | | | | | | | | | |
| | Gross | $31,092.34 | | FIT | | $4,975.86 | | | | |
| | Regular | $30,720.14 | 926.33 | SOCSEC | | $1,927.72 | | | | |
| | Overtime | $172.20 | 8.20 | MEDCARE | | $450.83 | | | | |
| | 1099 Misc | $19,025.00 | 0.00 | UT SIT | | $1,433.50 | | | | |
| | Bonus | $200.00 | 0.00 | | | | | | | |
| | Expense reimbursement non-taxable | $40.00 | 0.00 | | | | | | | |

**Total Active Employees - Company: 17**
**Total Employees - Company: 17**

# Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |

**Pay Frequency:** Weekly

**Apcho, Mirella**
[redacted]
Home Phone:
Mobile:
Hourly: [redacted]
SSN: xxx-xx-[redacted]
Hire Date: 7/14/2014
Birth Date: [redacted]
Department: 01 - Dept 1
Status: Active
Emp Type: Full time

**Austin, Elizabeth**
[redacted]
Home Phone:
Mobile: [redacted]
Hourly: [redacted]
SSN: xxx-xx-[redacted]
Hire Date: 12/9/2016
Birth Date: [redacted]
Department: 01 - Dept 1
Status: Active
Emp Type: Full time

**Bischoff, Michael**
[redacted]
Home Phone: [redacted]
Mobile:
Hourly: [redacted]
SSN: xxx-xx-[redacted]
Hire Date: 4/27/2017
Birth Date: [redacted]
Department: 01 - Dept 1
Status: Active
Emp Type: Full time

[redacted]

| Employee Information | Earnings Description | YTD Amount | YTD Hours | Disbursement Type |
|---|---|---|---|---|
| **Capitalism LLC**<br>9980 South 300 West Ste 200<br>Sandy, UT 84070<br>Home Phone:<br>Salary Per Pay: 2100.00<br>TIN: xx[redacted]<br>Hire Date: 10/1/2011<br>Birth Date:<br>Department: 01 - Dept 1 | Gross<br>1099 Misc | 0.00<br>81,900.00 | 0.00<br>0.00 | Deposited 81900.00 into Checking<br>America First Credit Union<br>Acct No: xxxx4049 |

# Employee Summary

| Employee Information | Earnings Description | Earnings YTD Amount | YTD Hours | Taxes Description | Withholding/ Overrides | Taxes YTD Amount | Deductions Description | Per Pay | Deductions YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Birth Date [redacted] | | | | | | | | | | |
| Department: 01 - Dept 1 | | | | | | | | | | |
| Status: Active | | | | | | | | | | |
| Emp Type: Full time | | | | | | | | | | |
| **Hanley, Jonathan** | Gross | 112,600.00 | 0.00 | FIT | Single/00 | 26,454.46 | | | | Deposited 71901.64 into |
| [redacted] | Regular | 109,100.00 | 0.00 | SOCSEC | | 6,981.20 | | | | Checking |
| Park City, UT [redacted] | Commission | 3,500.00 | 0.00 | MEDCARE | | 1,632.70 | | | | Chase |
| Home Phone: | | | | UT SIT | Single/00 | 5,630.00 | | | | Acct No: xxxxx7918 |
| Mobile: | | | | | | | | | | |
| Salary Per Pay: 2500.00 | | | | | | | | | | |
| SSN: xxx-xx-[redacted] | | | | | | | | | | |
| Hire Date: 12/27/2013 | | | | | | | | | | |
| Birth Date: [redacted] | | | | | | | | | | |
| Department: 01 - Dept 1 | | | | | | | | | | |
| Status: Active | | | | | | | | | | |
| Emp Type: Full time | | | | | | | | | | |
| **Hanley, Sandra** | Gross | 110,500.00 | 0.00 | FIT | Single/00 | 25,635.40 | | | | Deposited 70886.35 into |
| [redacted] | Regular | 110,500.00 | 0.00 | SOCSEC | | 6,851.00 | | | | Checking |
| Park City, UT [redacted] | | | | MEDCARE | | 1,602.25 | | | | Chase |
| Home Phone: | | | | UT SIT | Single/00 | 5,525.00 | | | | Acct No: xxxxx7918 |
| Mobile: | | | | | | | | | | |
| Salary Per Pay: 3000.00 | | | | | | | | | | |
| SSN: xxx-xx-[redacted] | | | | | | | | | | |
| Hire Date: 12/27/2013 | | | | | | | | | | |
| Birth Date: [redacted] | | | | | | | | | | |
| Department: 01 - Dept 1 | | | | | | | | | | |
| Status: Active | | | | | | | | | | |
| Emp Type: Full time | | | | | | | | | | |
| **Hernandez, Teresa** | [redacted] | | | | | | | | | |
| [redacted] | | | | | | | | | | |
| Home Phone: | | | | | | | | | | |
| Mobile: | | | | | | | | | | |
| Hourly: [redacted] | | | | | | | | | | |
| SSN: xxx-xx-[redacted] | | | | | | | | | | |
| Hire Date: 5/18/2013 | | | | | | | | | | |
| Birth Date: [redacted] | | | | | | | | | | |
| Department: 01 - Dept 1 | | | | | | | | | | |
| Status: Active | | | | | | | | | | |
| Emp Type: Full time | | | | | | | | | | |
| **James, Cameron** | | | | | | | | | | |
| [redacted] | | | | | | | | | | |
| Home Phone: [redacted] | | | | | | | | | | |
| Mobile: | | | | | | | | | | |

# Employee Summary

| Employee Information | Earnings: Description | Earnings: YTD Amount | Earnings: YTD Hours | Taxes: Description | Taxes: Withholding Overrides | Taxes: YTD Amount | Deductions: Description | Deductions: Per Pay | Deductions: YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Department: 01 - Dept 1<br>Status: Active<br>Emp Type: Full time | [redacted] | | | | | | | | | |
| Zuniga, Alicia<br>[redacted]<br>Home Phone:<br>Mobile: [redacted]<br>Hourly: [redacted]<br>SSN: xxx-xx-[redacted]<br>Hire Date: 1/10/2017<br>Birth Date: [redacted]<br>Department: 01 - Dept 1<br>Status: Active<br>Emp Type: Full time | | | | | | | | | | |
| Pay Frequency Totals: | Weekly | | | | | | | | | |
| | Gross | $521,447.71 | | FIT | | $76,756.49 | Creditor 1 | | $755.91 | |
| | Regular | $461,262.28 | 15,642.24 | SOCSEC | | $32,329.76 | | | | |
| | Overtime | $858.23 | 37.96 | MEDCARE | | $7,561.02 | | | | |
| | Worked Holiday | $180.00 | 8.00 | UT SIT | | $22,700.47 | | | | |
| | 1099 Misc | $237,295.65 | 40.00 | | | | | | | |
| | Personal | $332.25 | 22.15 | | | | | | | |
| | Holiday | $7,280.00 | 464.00 | | | | | | | |
| | Bonus | $17,482.15 | 0.00 | | | | | | | |
| | Commission | $33,925.00 | 0.00 | | | | | | | |
| | Retroactive pay | $127.80 | 0.00 | | | | | | | |
| | Misc reimbursement non-taxable | $352.54 | 0.00 | | | | | | | |
| | Expense reimbursement non-taxable | $60.00 | 0.00 | | | | | | | |
| Total Employees - Weekly: 28 | | | | | | | | | | |
| Company Totals: | | | | | | | | | | |
| | Gross | $521,447.71 | | FIT | | $76,756.49 | Creditor 1 | | $755.91 | |
| | Regular | $461,262.28 | 15,642.24 | SOCSEC | | $32,329.76 | | | | |
| | Overtime | $858.23 | 37.96 | MEDCARE | | $7,561.02 | | | | |
| | Worked Holiday | $180.00 | 8.00 | UT SIT | | $22,700.47 | | | | |
| | 1099 Misc | $237,295.65 | 40.00 | | | | | | | |
| | Personal | $332.25 | 22.15 | | | | | | | |
| | Holiday | $7,280.00 | 464.00 | | | | | | | |
| | Bonus | $17,482.15 | 0.00 | | | | | | | |
| | Commission | $33,925.00 | 0.00 | | | | | | | |

# Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| | Retroactive pay | $127.80 | 0.00 | | | | | | | |
| | Misc reimbursement non-taxable | $352.54 | 0.00 | | | | | | | |
| | Expense reimbursement non-taxable | $60.00 | 0.00 | | | | | | | |

**Total Active Employees - Company: 28**
**Total Employees - Company: 28**

Att. 11

# Attachment PP

DocuSign Envelope ID: C574A91C-B3D9-45D0-8ABD-E00F73E2B787

CHASE ™
Paymentech

# Merchant Application and Agreement

| THIS SECTION IS FOR INTERNAL USE ONLY | Rev. NAPSTANDDSIGN 01/2015 PREFILL |
|---|---|
| Application ID: 8918378 | Sales Rep: Abe Reyna |
| Rep Fax: (855) 251-0710 | Rep Phone: (480)377-6833 |

## 1. Merchant Business (Federal regulations require us to collect and retain information verifying a merchant's identity.)

### A "Doing Business As" (DBA) Information

Merchant DBA Name: Preferred Law, PLLC

Name of Primary Contact: Verneita Clark

Date Business Started (MM/YYYY): 09 / 2011

Address (No PO Box or Paid Mail Box): 8180 S. 700 E. #110

City: Sandy | State: UT | Zip Code: 84070

Telephone #: (801) 913-5504 | Fax #: | Merchant DBA Email Address: jhanley@preferredlawteam.com

### B Legal Information (If you are an individual/Sole Proprietor, fill this section with your personal information.)

Merchant Legal Name: Preferred Law, PLLC

State of Formation: UT | Federal Tax ID/EIN (sole prop use SSN): [redacted]1720 | Business Type: Limited Liability Company

**Legal Information same as DBA?**

Address (No PO Box or Paid Mail Box): 8180 S. 700 E. #110

City: Sandy | State: UT | Zip Code: 84070

Telephone #: (801) 913-5504 | Fax #: | Legal Email Address: jhanley@preferredlawteam.com

### C Taxpayer Information (For help, please consult the Instructions for IRS Form W-9, which are available upon request or online at www.irs.gov)

Taxpayer Name (as shown on Merchant's income tax return): Preferred Law, PLLC

Federal Tax ID/EIN (sole prop use SSN): [redacted]1720

Business Name / disregarded entity name, if different from above: Preferred Law, PLLC

Exemptions

Exempt payee code (if any): N/A

Exemption from FATCA reporting code (if any): N/A

Federal tax classification (C=C Corporation, S=S Corporation, P=Partnership): Limited Liability Company | Limited Liability Company, enter the tax classification: S

Address: 8180 S. 700 E. #110

City: Sandy | State: UT | Zip Code: 84070

Requester's name and address:
Paymentech, LLC
14221 Dallas Parkway
Dallas, Texas 75254

**Application continues on next page**

## 2. Merchant Profile

Is your business home-based? No  If yes, where is the inventory located?

What merchandise do you sell or services do you provide? Legal Services

Is your business seasonal? No

Has business ever been in bankruptcy? No

What is your business industry type? RETAIL

Internet – Lists all websites on which you accept payments and provide a customer service email address: www.preferredlawteam.com

## 3. Customer Identification (how you do business)

**Do you have locations, sell goods or services, or have vendors or suppliers in countries sanctioned by the U.S.?** (Cuba, Iran, North Korea, Sudan, Syria, Crimea Region)

No

**Who are your customers?** (select all that apply)

☒ Individuals ☐ Manufacturers ☐ Charitable Organizations ☐ Retail Business ☐ Wholesalers
☐ Non-Profits ☐ Service Providers ☐ Government Entities ☐ Others (Explain):

**Do you have any major customers (>10% of sales) outside of the U.S.?**

No

**Who are your suppliers / vendors** (select all that apply)

☐ Retailers ☐ Wholesalers ☐ Manufacturers ☐ Import Services ☒ Other (explain): NA

**Do you have any major suppliers or vendors (>10% of merchandise) outside of the U.S.?**

No

**Total Business Revenue** – The total amount of your company's sales and other sources of income (US and foreign combined)

| Total Business Revenue | As of Fiscal Year Ending | Source of Revenue (select all that apply) |
|---|---|---|
| $ 5000000 | 2014 | ☐ Sale of goods ☐ Sale of assets ☐ Grants/donations<br>☒ Sale of services ☐ Legal Settlement ☐ Other (explain): |

**Total Business Assets** – The sum of all cash, investments, receivables, etc. owned by the business (US and foreign combined)

| Total Assets Value | As of Date | Select Primary Country of Assets |
|---|---|---|
| $ 2300000 | 12/31/2014 | ☒ US ☐ Other Country (name): |

## 4. Reporting, Statements, Chargeback Requests, and Retrieval Requests

Reporting and Statements – you may access transaction history and monthly statements online via Resource Online, or have your monthly statements emailed to you.

| Delivery Method | Email Address / Resource Online user login |
|---|---|
| Email | jhanley@preferredlawteam.com |

Chargeback and Retrieval Requests

Mail Chargeback and Retrieval requests to: Legal

**Application continues on next page**

## 5. Sales Information

What is the estimated annual breakdown (in %) of your annual Payment Card Transactions?

| | |
|---|---|
| 100 % | Via mail or phone order |
| 0 % | Payments accepted on your website |
| 0 % | Card is swiped |
| 0 % | Card is present but keyed |
| **100%** | **Total** |

Do you ever charge a Customer on a recurring basis? Yes    If yes, how often will you charge? 30 days

Are Customers required to pay a deposit?    If yes, what % of total sale? %

## 6. Owner Information

**Please select Ownership Organizational structure (i.e. individual, parent company):** Individual

### A Individual 1

Name of Individual/Sole Proprietor or Parent Company: Jonathan Hanley

Date of Birth: [redacted]    Social Security #: [redacted]

Street Address (individual/sole prop use home address) (No PO Box or PMB): [redacted]

City: Cottonwood Heights    State: UT    Zip Code: [redacted]

Telephone #: (801)913-5504    % Ownership: 100 %

### B Individual 2

Name of Individual/Sole Proprietor or Parent Company:

Date of Birth:    Social Security #:

Street Address (individual/sole prop use home address) (No PO Box or PMB):

City:    State:    Zip Code:

Telephone #:    % Ownership: %

### C Authorized Representative

Name of Authorized Representative:    Title:

**Do you have any additional owners (not listed above) that have 10% or greater ownership?** No

**Is there anyone not listed above who has the authority to make financial decisions or control company policy on behalf of your business?** No

## 7. Funding and Account Information

The Merchant must own the bank account provided below and it shall be used by Merchant solely for business purposes and shall not be used for personal, family or household purposes. In accordance with the terms of the Agreement, Chase Paymentech may:

- deposit into this account amounts owed to Merchant by Chase Paymentech, such as proceeds from Merchant's Payment Card Transactions
- debit this account for amounts Merchant owes to Chase Paymentech associated with its Merchant account, such as fees for processing Merchant's Payment Card Transactions
- debit this account for any negative amounts presented, such as refunds, returns or chargebacks

| Name of Financial Institution | Designating this bank account for the purposes outlined above must not violate any of Merchant's organizational documents or any agreement to which the Merchant is a party. |
|---|---|
| Bank of the West | |
| Routing Number (always consists of 9 digits): 124002735 | Account Number (number of digits will vary): [redacted]5859 |

The image below shows where to find your Routing Number and Account Number. Do not use the internal routing number that begins with a 5.

⑆041200037⑆    000000000⑈    0111

Routing Number (the 9 digits between the ⑆ symbols)    Account Number (the digits left of the ⑈ symbol)    Check Number    DO NOT PROVIDE CHECK NUMBER

**Application continues on next page**

## 8. Payment and Processing Information

**If you have previously accepted payment cards, please include your three (3) most recent monthly processing statements.**

| | | | | |
|---|---|---|---|---|
| Please check all payment methods you wish to accept: | ☒ Visa | ☒ MasterCard | ☒ Discover/JCB | ☒ American Express |
| | ☐ Voyager | ☐ Wright Express | ☐ PIN Debit | |

| | |
|---|---|
| Current Payment Processor: | Has Merchant ever had a breach involving lost card data or received a notification for any violation of the Payment Brand Rules? No |

| | | | |
|---|---|---|---|
| Estimated Annual Visa/MasterCard/Discover Sales Volume | $ 1,000,000 | Estimated Average Ticket Amount (all card types) | $ 2,500 |
| Estimated Annual PIN Debit Sales Volume | $ | Highest Transaction Amount | $ 5000 |

## 9. American Express®

**Please select what the American Express annual processing volume is or is expected to be:** 500K or less

A

**If your American Express annual processing volume is greater than $500,000.00**, please review and complete this Section A only.

If you know your American Express SE #, please provide it here:

If you do not know your American Express SE #, or you would like to apply for one, please contact American Express directly at (855) 894-6570.

B

**If your American Express annual processing volume is, or is expected to be, $500,000.00 or less**, and you would like Chase Paymentech to request an American Express SE # on your behalf, please complete and review the information under "Information about American Express Rates and Fees" and sign the American Express Authorization.

INFORMATION REDACTED IS
PROPRIETARY TO JPMORGAN

### Information about American Express rates and fees

[redacted]

**Application continues on next page**

## American Express Authorization

By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity which agrees to be bound by the American Express® Card Acceptance Agreement ("American Express Agreement"), and that all information provided herein is true, complete and accurate. I authorize Paymentech and American Express Travel Related Services Company, Inc. ("American Express") and American Express's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies, from time to time, and disclose such information to their agents, subcontractors, Affiliates, and other parties for any purpose permitted by law. I authorize and direct Chase Paymentech and American Express and American Express's agents and Affiliates to inform me directly, or inform the entity above, about the contents of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize American Express to use the reports on me from consumer reporting agencies for marketing and administrative purposes. I am able to read and understand the English language. Please read the American Express Privacy Statement at http://www.americanexpress.com/privacy to learn more about how American Express protects your privacy and how American Express uses your information. I understand that I may opt out of marketing communications by visiting this website or contacting American Express at 1-(800)-528-5200. I understand that in the event I decline to receive marketing communications from American Express, I may continue to receive messages from American Express regarding American Express Services.

I understand that upon American Express' approval of the application, the entity will be provided with the American Express Agreement and materials welcoming it either to American Express' program for Chase Paymentech to perform services for American Express or to American Express' standard Card acceptance program which has different servicing terms (e.g. different speeds of pay). I understand that if the entity does not qualify for the Chase Paymentech servicing program that the entity may be enrolled in American Express' standard Card acceptance program, and the entity may terminate the American Express Agreement. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the American Express Agreement.

DocuSigned by: Jonathan Hanley
X 8CC5CAABB335480...

| Signature | Print Name | Title | Date |
|---|---|---|---|
| Jonathan Hanley | Jonathan Hanley | General Manager | 2/17/2015 |

## 10. Site Visit

| Best phone# to contact you: 801-386-5100 | Preferred Language: English |
|---|---|
| Best time to reach you: Morning | If Other: |

If your business is selected for a site visit, Chase Paymentech, or a third party representing Chase Paymentech, will contact you at the number provided. You **MUST** assist with the site visit and Chase Paymentech **MUST** approve the results of the site visit.
The site visit includes, but is not limited to,

- an interview with you regarding the nature of your business, and
- photographs of your business operation.

If the site visit is not completed or the results of the site visit are not approved, Chase Paymentech may,

- decline your application for a merchant account
- withhold your funds, or
- terminate your Agreement with Chase Paymentech and close your Merchant account.

To help expedite the process, we require the above information:

## 11. IRS Certification (IRS Form W-9 instructions available upon request)

**Under penalty of perjury, I certify that:**

1. **The number shown on this form (Section 1C) is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and**
2. **I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest in dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and**
3. **I am a U.S. citizen or other U.S. person (defined in the instructions), and**
4. **The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.**

**Do you certify all the above statements to be true?** Yes

**Application continues on next page**

## 12. Individual Guarantor(s)

The person(s) acting as individual guarantor(s) must have an ownership interest in Merchant and must be listed in Section 6 of this Application. As an individual(s) who agrees to be personally responsible for Merchant's account with Chase Paymentech (a "Guarantor"), I

- certify I have received and reviewed a complete copy of the Agreement, including the Application, Terms and Conditions, and Schedule A
- certify I have read the Agreement, including, without limitation, the "Personal Guaranty" section at the end of the Terms and Conditions
- agree to be bound as a Guarantor of the Merchant's obligations under the Agreement in accordance with the "Personal Guaranty" section of the Terms and Conditions
- certify that I have an ownership interest in Merchant
- agree that Chase Paymentech, Member, or their designees, may investigate and verify the credit and financial information about me and may obtain consumer credit reports on me from time to time
- agree that Chase Paymentech, Member, or their designees, may use such consumer credit reports in connection with establishing and maintaining the Merchant's account and Agreement
- agree that all business references, including financial institutions, may share my credit and financial information with Chase Paymentech

Guarantor:

X DocuSigned by: Jonathan Hanley AF08CAAB8336480 | Jonathan Hanley | 2/17/2015

Signature | Print Name | Date

Guarantor:

X

Signature | Print Name | Date

## 13. Authorized Representative(s)

The first five pages of this document are the Merchant's Application to establish a Merchant account with Paymentech, LLC ("Chase Paymentech") and JPMorgan Chase Bank, N.A. ("Member"). Once submitted, the Application belongs to Chase Paymentech and Member. Any application or set up fee paid by Merchant is non-refundable. The Application is subject to approval by Chase Paymentech and Member. If the Application is approved, Chase Paymentech will establish one or more Merchant account(s). All Merchant accounts will be governed by the entire Agreement, which includes: the Application, the Terms and Conditions, Schedule A (pricing), and any amendments, supplements or modifications provided to you.

**I, the undersigned, certify:**
- that I am an owner, partner, officer or other authorized representative of the Merchant ("Authorized Representative"); and
- that I am duly authorized to enter into agreements on behalf of Merchant and to legally bind Merchant to such agreements.

**Furthermore, by signing below I authorize Chase Paymentech, Member, or their designees to:**

- investigate and verify personal credit and financial information about me; and
- obtain and use consumer credit reports on me from time to time in connection with establishing Merchant's account and maintaining the Agreement.

**By submitting this Application and Agreement, Merchant, through the undersigned Authorized Representative:**
- represents and warrants that the person submitting this Application is duly authorized to enter into agreements on behalf of Merchant and to legally bind Merchant to such agreements;
- represents and warrants that all information contained within the Application as well as any information submitted in conjunction with the Application is true, complete, and not misleading;
- represents and warrants that it owns the bank account provided in Section 7 and the account is being maintained solely for business purposes and not for personal, family or household purposes;
- represents and warrants that it has received a complete copy of the Agreement, including the Terms and Conditions for Merchant Agreement and Schedule A and agrees to be legally bound by the Agreement;
- understands that any unilateral changes to the pre-printed text of any part of the Agreement may result in Chase Paymentech declining Merchant's Application or terminating the Agreement
- agrees that Chase Paymentech, Member, or their designees, may:
  - investigate and verify the credit and financial information of Merchant; and
  - obtain credit reports on Merchant from time to time and use them in connection with establishing Merchant's account and maintaining the Agreement; and
- agrees that Member and Chase Paymentech may share credit, financial information about Merchant and Chase Paymentech.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding. (See Section 11 above).**

Owner / Authorized Representative: Signer's name must appear in Section 6

X DocuSigned by: Jonathan Hanley 8CC1CAA0D3339480... | Jonathan Hanley | 2/17/2015

Signature | Print Name | Date

Owner / Authorized Representative: Signer's name must appear in Section 6

X

Signature | Print Name | Date

**If any of the information provided in this Merchant Application and Agreement changes, you must promptly notify Chase Paymentech of such change(s).**

# TERMS AND CONDITIONS

The Terms and Conditions together with the Application, pricing Schedules A and A-1 (if applicable), and any other documents referenced herein form the legal agreement between you ("Merchant"), Paymentech, LLC ("Chase Paymentech"), and JPMorgan Chase Bank, N.A. ("Member") for processing your Payment Card Transactions. Chase Paymentech has agreed to acquire and process your Payment Card Transactions as well as pay you the amount of each Payment Card Transaction subject to the terms of this Agreement. You agree to pay us for the Services performed and to comply with the Payment Brand Rules, Security Standards, operating procedures and all applicable laws, as further described in this Agreement.

**1. MERCHANT'S ACCEPTANCE OF PAYMENT CARDS.**

**1.1 Exclusivity.**

**During the term of this Agreement, Merchant _shall:_**

(a) use ***exclusively*** Chase Paymentech for the Services; and
(b) submit all Transaction Data to Chase Paymentech in compliance with all specified formats and procedures.

**1.2 Payment Card Acceptance Policies and Prohibitions.**

**Merchant _shall:_**

(a) notify Chase Paymentech, on its Application or otherwise in writing, of all of Merchant's Payment Card acceptance methods (e.g. card-present, card-not-present, recurring transactions, etc.);
(b) accept all categories of Visa and MasterCard Payment Cards, unless Merchant has notified Chase Paymentech on its Application or otherwise in writing of Merchant's election to accept one of the following "limited acceptance" options:
  i. Visa and MasterCard ***consumer credit (but not debit) cards*** and Visa and MasterCard ***commercial credit and debit cards only***; or
  ii. Visa and MasterCard ***debit cards only***;
(c) honor all foreign bank-issued Visa or MasterCard Payment Cards.
(d) publicly display appropriate signage to indicate all Payment Cards accepted by Merchant, including any limited acceptance categories;
(e) examine each Payment Card (credit, debit, etc.) presented at the point of sale to ensure the Payment Card is valid, has not expired and that the Customer's signature on the Transaction Receipt corresponds to the authorized signature on the back of the Payment Card;
(f) in situations where the Payment Card is not physically presented to Merchant at the point of sale (e.g. on-line, mail order, telephone order, pre-authorized, or recurring transactions), have appropriate procedures in place to ensure that each Transaction is made only to the Customer;
(g) provide the Customer with a Transaction Receipt for each Transaction. All Transaction Receipts must conform to Payment Brand Rules; and
(h) prominently and clearly inform Customers of its identity so that the Customer can distinguish Merchant.

**Except to the extent permitted by law or the Payment Brand Rules, Merchant _shall not:_**

(i) set a dollar amount above or below which Merchant refuses to honor otherwise valid Payment Cards;
(j) issue a Refund in cash or a cash equivalent (e.g. checks) for any Transaction originally conducted using a Payment Card;
(k) request or use a Payment Card account number for any purpose other than to process a payment for goods or services sold; or
(l) add any tax or surcharge to a Transaction; if any tax or surcharge amount is imposed, Merchant must have notified Paymentech and the Payment Brands at least thirty days before, such amount must be included in the Transaction amount, shall not be collected separately, and Merchant's surcharging practices must comply with applicable laws and Payment Brand Rules.

**Merchant _shall not:_**

(m) require a Customer to complete a postcard or similar device that includes Payment Instrument Information in plain view when mailed;
(n) require the Customer to pay the fees payable by Merchant under this Agreement;
(o) split a single Transaction into two or more Transactions to avoid or circumvent authorization limits or monitoring programs; and
(p) accept Payment Cards for the purchase of scrip, as defined by the Payment Brand Rules.

**Merchant _may:_**

(q) request or encourage a Customer to use a Payment Card other than the Payment Card initially presented by the Customer, unless prohibited by the Payment Brand Rules or applicable law

**1.3 Payment Brand Rules.**

**Merchant agrees to comply with:**

(a) all applicable Payment Brand Rules in effect from time to time; and
(b) such other procedures as Chase Paymentech may from time to time prescribe for the creation or transmission of Transaction Data.

**1.4 Requirements for Certain Transactions.**

**Merchant represents and warrants that each Transaction:**

(a) represents payment for or Refund of a bona fide sale or lease of the goods, services, or both, which Merchant has the legal right to sell and which is provided by Merchant in the ordinary course of its business, as represented in its Application;
(b) is not submitted on behalf of a third party;
(c) represents a current obligation of the Customer solely for the amount of the Transaction;
(d) does not represent the collection of a dishonored check or the collection or refinancing of an existing debt;
(e) represents goods that have been provided or shipped, or services that have actually been rendered, to the Customer;
(f) is free from any material alteration not authorized by the Customer;

(g) or the amount thereof, is not subject to any dispute, setoff, or counterclaim;
(h) if such Transaction represents a credit to a Customer's Payment Card, is a Refund for a Transaction previously submitted to Chase Paymentech; and
(i) complies with the terms of this Agreement, applicable laws and all applicable Payment Brand Rules

**Furthermore, Merchant represents and warrants that Merchant has *not***

(j) disbursed or advanced any cash to the Customer (except as authorized by the Payment Brand Rules) for itself or to any of its representatives, agents, or employees in connection with the Transaction;
(k) accepted payment for effecting credits to a Customer or a Customer's Payment Card;
(l) made any representation or agreement for the issuance of Refunds except as stated in Merchant's Refund Policy;
(m) been provided with any information that would lead Merchant to believe that the enforceability or collectibility of the Transaction is in any manner impaired; and
(n) submitted any Transaction that Merchant knows or should have known to be either fraudulent, illegal, damaging to the Payment Brand(s), not authorized by the Customer, or otherwise in violation of any provision of this Agreement, applicable law, or Payment Brand Rules.

**For Transactions stemming from recurring billing, installment plans, deferred payment plans, or prepayment plans, Merchant *shall:***

(o) obtain permission from Chase Paymentech prior to submitting such Transactions for processing under this Agreement;
(p) for approved prepayments, advise the Customer:
  i. that payment is being made in advance of the shipment or provision of goods or services; and
  ii. the time when shipment or provision of the goods or services is expected;
(q) obtain the Customer's consent to periodically charge the Customer's Payment Card on a recurring or periodic basis for the goods or services purchased, and:
  i. retain this permission for the duration of the recurring services and provide it upon request to Chase Paymentech or the issuing bank of the Customer's Payment Card; and
  ii. retain written documentation specifying the frequency of the recurring charge and the duration of time during which such charges may be made;
(r) prepare and submit for processing separate Transaction Data for each recurring, installment, or deferred payment only on the dates the Customer agreed to be charged and include in the Transaction Data the electronic indicator that the Transaction is a recurring one; and
(s) not submit such Transactions after receiving:
  i. a cancellation notice from the Customer, or
  ii. notice from Chase Paymentech or any Payment Brand (via authorization code or otherwise) that the Payment Card is not to be honored.

**2. <u>Authorizations</u>.** Merchant is required to obtain an authorization code through Chase Paymentech for each Transaction. Chase Paymentech reserves the right to refuse to process any Transaction Data presented by Merchant unless it includes a proper authorization. If required by the Payment Brand Rules, each authorization request must include the Payment Card's expiration date.

**Merchant acknowledges:**

(a) that authorization of a Transaction indicates only that the Payment Card contains a valid account number and has an available balance sufficient for the amount of the Transaction; and
(b) that authorization of a Transaction does not constitute a representation from Chase Paymentech, a Payment Brand, or a card issuing bank that a particular Transaction is, in fact, valid or undisputed by the actual Customer.

**3. <u>Refund and Adjustment Policies and Procedures; Privacy Policies</u>.**

**3.1 Refund Policy.** Chase Paymentech reserves the right to refuse to process any Transaction made subject to a Refund Policy of which Chase Paymentech has not been notified in advance.

**Merchant *shall:***

(a) maintain a Refund Policy (e.g. "NO REFUNDS", "REFUNDS WITH ORIGINAL RECEIPT WITHIN 30 DAYS OF ORIGINAL SALE") in accordance with the Payment Brand Rules;
(b) disclose all Refund Policies to Chase Paymentech and to Merchant's Customers; and
(c) submit to Chase Paymentech, in writing, any material change in Merchant's Refund Policy not less than 14 days prior to the effective date of such change.

**3.2 Procedure for Refund Transactions.**

**If Merchant allows a Refund, Merchant *shall:***

(a) prepare and deliver to Chase Paymentech Transaction Data reflecting any such Refund within three (3) days of approving the Customer's request for such Refund;
(b) not permit the amount of a Refund to exceed the amount shown as the total on the original Transaction Receipt except by the exact amount required to reimburse the Customer for shipping charges that the Customer paid to return merchandise;
(c) not accept any payment from a Customer as consideration for issuing a Refund; and
(d) not give cash (or cash equivalent) refunds to a Customer in connection with a Transaction, unless required by law or permitted by the Payment Brand Rules.

**3.3 Customer Data Protection Policies for Ecommerce Merchants.**

**If Merchant operates an electronic commerce website through which Transactions are generated, in addition to any requirements otherwise set forth in this Agreement, Merchant *shall:***

(a) display the following on each electronic commerce website:
   i. Merchant's name and the name that will appear on the Customer's Payment Card statement
   ii. its Customer data privacy policy;
   iii. a description of its security capabilities and policy for transmission of Payment Instrument Information; and
   iv. the address of Merchant's fixed place of business (regardless of website or server locations); and

(b) offer its Customers a data protection method such as 3-D Secure or Secure Sockets Layer (SSL).

**4. SETTLEMENT.**

**4.1 Submitting Transaction Data.** If Merchant fails to send Transaction Data to Chase Paymentech within one (1) business day after the day of the Transaction, higher interchange fees, additional costs, and increased Chargebacks could occur. Chase Paymentech may from time to time contact Customers to verify that they have received goods or services for which Transactions have been submitted. Chase Paymentech reserves the right to refuse to process any Transaction Data presented by Merchant if Chase Paymentech believes that the Transaction amount cannot be collected from the Customer or was prepared in violation of any provision of this Agreement, applicable law, or the Payment Brand Rules.

**4.2 Merchant's Settlement Account.** In order to receive funds from Chase Paymentech, Merchant must designate (via the Application or otherwise) and maintain one or more bank account(s) at a bank that is a member of the Automated Clearing House system or the Federal Reserve wire system. All such designated bank accounts are collectively referred to herein as "Settlement Account". Merchant's Settlement Account must be established and maintained solely for business purposes and shall not be used for personal, family or household purposes. Chase Paymentech will not be liable for any delays in receipt of funds or errors in Settlement Account entries caused by third parties, including, without limitation, delays or errors by the Payment Brands or Merchant's bank.

**During the term of this Agreement, and thereafter until Chase Paymentech notifies Merchant that all amounts due from Merchant under this Agreement have been paid in full, Merchant:**

(a) ***shall not*** close its Settlement Account without giving Chase Paymentech at least five (5) days' prior written notice and substituting another Settlement Account;

(b) is solely liable for all fees, costs, and overdrafts associated with the Settlement Account; and

(c) authorizes Chase Paymentech, or its authorized agent(s) to initiate electronic credit and debit entries and adjustments to the Settlement Account, or any other bank account designated by Merchant in writing, at any time without regard to the source of any monies in the Settlement Account.

**4.3 Conveyed Transactions.** Conveyed Transactions are Transactions that Merchant submits to Chase Paymentech, but which are then conveyed to one or more third parties or Payment Brands for settlement and funding directly by them to Merchant (e.g. American Express Transactions). For Conveyed Transactions Merchant must have a valid agreement in effect with the applicable third party or Payment Brand. Payment of proceeds due Merchant for Conveyed Transactions will be governed by such agreement, and Chase Paymentech does not bear any responsibility or liability for performing or failing to perform any term, condition, or covenant under Merchant's agreement with any third party concerning Conveyed Transactions, including, without limitation, the funding and settlement of Merchant's Conveyed Transactions. If Merchant submits Conveyed Transactions to Chase Paymentech and Merchant does not have a valid agreement with the applicable third party or Payment Brand, Chase Paymentech may, but is not obligated to, convey such Transaction Data to the applicable third party or Payment Brand and to share with them information about Merchant (from the Application or otherwise) as may be required to approve Merchant's acceptance of the Conveyed Transaction.

**4.4 Funding Merchant for Settled Transactions.** Subject to Section 4.3, for all Transactions, Chase Paymentech will submit Merchant's Transaction Data to the applicable Payment Brand. Promptly after Chase Paymentech receives funds for Settled Transactions from the Payment Brands, Chase Paymentech will provisionally fund Merchant's Settlement Account.

The dollar amount payable to Merchant for Settled Transactions will be equal to the amount submitted by Merchant in connection with its sale Transactions ***minus*** the sum of the following:

(a) all fees, charges, and other amounts described on Schedule A or that Merchant has otherwise agreed to pay;

(b) all Refund Transactions and Chargebacks;

(c) all Reserve Account amounts (as defined in Section 4.6); and

(d) all fees, charges, fines, assessments, penalties, or other liabilities (and all related costs and expenses incurred by Chase Paymentech) that may be imposed on Chase Paymentech or Member from time to time by the Payment Brands.

In the event Chase Paymentech does not deduct amounts owed by Merchant from Merchant's proceeds when such amounts are due and payable, Merchant agrees to pay all such amounts to Chase Paymentech immediately without any deduction or offset. Chase Paymentech may debit Merchant's Settlement Account for any such amounts.

**4.5 Negative Amounts.** Merchant shall maintain sufficient funds in the Settlement Account to prevent the occurrence of a negative balance. In the event that the proceeds from Merchant's Settled Transactions or the balance of Merchant's Settlement Account are not sufficient to pay amounts due from Merchant under this Agreement, Chase Paymentech may, in addition to any other rights and remedies under this Agreement, pursue any one or more of the following:

(a) demand and receive immediate payment for such amounts;

(b) debit the Settlement Account for the amount of the negative balance;

(c) apply funds held in the Reserve Account against the negative amount; or

(d) withhold all or some of Merchant's Settlement funds and apply them against the negative amount.

**4.6 Reserve Account.** To protect itself against Anticipated Risks arising out of or relating to Merchant's acceptance of Payment Instruments, Chase Paymentech may, from time to time, temporarily suspend or delay payment to Merchant of amounts due under this Agreement, or designate an amount of funds that Paymentech must maintain, and establish an account with such funds (the "Reserve Account").

**Anticipated Risks include, but are not limited to, risks associated with:**

(a) a material breach of the Agreement by Merchant;
(b) providing Services to Merchant in light of Merchant's financial condition or payment history with creditors;
(c) Chargebacks;
(d) Refunds;
(e) unshipped goods or unfulfilled services;
(f) fines, fees, or penalties assessed or reasonably anticipated to be assessed against Chase Paymentech or Member by any of the Payment Brands arising out of or relating to Merchant's:
  i. acceptance of Payment Cards;
  ii. acts or omissions;
  iii. Chargebacks; or
  iv. failure to comply with the Payment Brand Rules or Security Standards
(g) Merchant's failure to respond to an inquiry, or request for information, from Paymentech, Member or the Payment Brands;
(h) objections or concerns expressed by a Payment Brand that makes it unduly burdensome, impractical or risky to continue processing Merchant's Transactions; and
(i) all anticipated trailing activity arising from Merchant's Transactions after termination of this Agreement.

**The Reserve Account:**

(j) shall contain sufficient funds to cover:
  i. any unbilled processing costs; and
  ii. Chase Paymentech's estimated exposure based on Anticipated Risks;
(k) may be funded in the same manner as provided for negative balances in Section 4.5(a) – (d);
(l) will be held and controlled by Chase Paymentech (and funds therein may be comingled with other funds); and
(m) will not bear interest.

**Upon the establishment of a Reserve Account, Merchant *shall*:**

(n) irrevocably grant to Chase Paymentech a security interest in any interest Merchant may now have or later acquire in any and all funds, together with the proceeds thereof, that may at any time be in the Reserve Account and that would otherwise be payable to Merchant pursuant to the terms of this Agreement; and
(o) execute and deliver to Chase Paymentech such instruments and documents that Chase Paymentech may reasonably request to perfect and confirm the security interest in the Reserve Account funds.

**Chase Paymentech:**

(p) may (but is not required to) apply funds in the Reserve Account toward, and set off any funds that would otherwise be payable to Merchant against, the satisfaction of any amounts which are or may become due from Merchant pursuant to this Agreement; and
(q) will pay to Merchant any funds remaining in the Reserve Account after Merchant:
  i. satisfies all of its obligations under this Agreement; and
  ii. executes all documents reasonably requested by Chase Paymentech in connection with the return of any Reserve Account funds.

**5. <u>Accounting</u>.**

**5.1 Statements and Reporting**. Chase Paymentech will supply a detailed statement (or online access thereto) reflecting the activity of Merchant's account(s). If Merchant accesses account statements via the internet, Merchant must ensure that such online access is secure.

**5.2 Adjustments.** If Merchant believes any adjustments should be made to its Settlement Account, Merchant must notify Chase Paymentech in writing within 90 days after any such adjustment is or should have been made. Chase Paymentech has no obligation to research or affect changes to Merchant's Settlement Account which are not brought to Chase Paymentech's attention within 90 days after Merchant received its activity statement.

**6. <u>Retrieval Requests</u>.** A Retrieval Request is a request for information by a Customer or Payment Brand relating to a claim or complaint concerning a Transaction submitted by Merchant. Because a Retrieval Request requires Merchant to provide Chase Paymentech with specific Transaction information, Merchant must store and retain Transaction Data and Transaction Receipts, but must do so solely in compliance with the Payment Brand Rules and the Security Standards. Merchant acknowledges that failure to fulfill a Retrieval Request timely and in accordance with Payment Brand Rules may result in an irreversible Chargeback. If Chase Paymentech receives a Retrieval Request, Chase Paymentech will forward the same to Merchant.

**Upon receiving a Retrieval Request, Merchant *shall*:**

(a) respond to the Retrieval Request within the time frame provided; and
(b) include with Merchant's response the following documentation:
  i. a written resolution of Merchant's investigation of the Retrieval Request; and
  ii. legible copies of any supporting documentation requested or required by the Retrieval Request.

**7. <u>Chargebacks</u>.**

**7.1 Chargeback Reasons.** Merchant is liable for all Chargebacks. Some of the most common reasons for Chargebacks include:

(a) Merchant fails to issue a Refund to a Customer after the Customer returns or does not receive goods or services;

(b) Merchant did not obtain an authorization/approval code, as required under Section 2,
(c) The Transaction Data was prepared incorrectly or fraudulently;
(d) Chase Paymentech did not receive Merchant's response to a Retrieval Request in accordance with Section 6;
(e) The Customer disputes the Transaction or the authenticity of the signature on the Transaction Receipt, or claims that the Transaction is subject to a set-off, defense, or counterclaim;
(f) The Customer refuses to make payment for a Transaction because, in the Customer's opinion, a claim or complaint has not been resolved or has been resolved in an unsatisfactory manner; and
(g) The Customer disputes making the Transaction and the Payment Card was not physically presented at the time of the Transaction. In this case Merchant acknowledges that if the Merchant does not have an electronic record or physical imprint of the Payment Card, the Payment Brand Rules may not allow the Merchant to challenge the Chargeback.

**7.2 Responding to Chargebacks.** If Merchant has reason to dispute or respond to a Chargeback, then Merchant must do so by the date provided on the applicable Chargeback notice. If Merchant misses the Chargeback due date, Chase Paymentech has no obligation to investigate or attempt to obtain a reversal or other adjustment to any Chargeback on Merchant's behalf. Upon receiving a Chargeback, Merchant may resubmit the applicable Transaction Data for a second presentment if permitted by the Payment Brand Rules.

**7.3 Excessive Chargebacks.** If Merchant is receiving an excessive amount of Chargebacks, in addition to Chase Paymentech's other remedies under this Agreement, Chase Paymentech may do any one or more of the following:
(a) review Merchant's internal procedures relating to acceptance of Payment Cards and notify Merchant of new procedures Merchant should adopt in order to avoid future Chargebacks;
(b) notify Merchant of a new rate Chase Paymentech will charge to process Merchant's Chargebacks;
(c) require Merchant to replace any magnetic-strip-only point of sale terminal or electronic cash registered with an EMV chip-capable terminal, if required under the Payment Brand Rules
(d) establish a Reserve Account; or
(e) terminate the Agreement in accordance with Section 10.3.

Merchant understands that having excessive Chargebacks may result in assessments, fines, fees, and penalties by the Payment Brands. Merchant agrees to reimburse Chase Paymentech immediately for any such assessments, fines, fees, and penalties imposed on Chase Paymentech or the Member and any related loss, cost, or expense incurred by Chase Paymentech or the Member.

**8. <u>DISPLAY OF PAYMENT BRAND MARKS</u>.** Payment Brand Marks are the brands, emblems, trademarks, and logos that identify a Payment Brand. Merchant has no ownership rights in the Payment Brand Marks and cannot assign its right to use the Payment Brand Marks under this Agreement to any third party.

**Merchant *shall:***
(a) use the Payment Brand Marks only as expressly permitted by the Payment Brand Rules;
(b) use the Payment Brand Marks only to promote the services covered by the Marks;
(c) ***not*** use the Payment Brand Marks in any way that could cause Customers to believe that the goods or services offered by Merchant are sponsored, endorsed, or guaranteed by Chase Paymentech, Member or the Payment Brands; and
(d) cease using the Payment Brand Marks when this Agreement terminates.

**9. <u>FEES AND ADJUSTMENTS; CHASE TRANSACTIONS</u>.**
**9.1 Schedule A.** Merchant:
(a) shall pay all applicable fees for all Transactions, which are calculated and payable pursuant to this Agreement and which may be adjusted from time to time in accordance with Section 9.2;
(b) acknowledges that the fees payable under this Agreement and stated in Schedule A:
  i. are based upon Merchant's annual volume, average Transaction size, and other information provided by Merchant or contained in this Agreement;
  ii. are based upon the assumption that Merchant's Transactions will qualify for certain interchange rates as determined in each case by the applicable Payment Brand; If any of Merchant's Transactions fail to qualify for such interchange rates, Chase Paymentech will process each such Transaction at the applicable interchange rate determined by the applicable Payment Brand; and
  iii. will be rounded up to the next full cent to the extent they contain a fraction of a cent; and
(c) is solely responsible for all communication expenses required to facilitate the transmission of all Transaction Data to Chase Paymentech.

**9.2 Adjustments.** The fees owed by Merchant under this Agreement (under Schedule A or any additional pricing supplement) may be adjusted at any time:
(a) with thirty (30) days' prior written notice;
(b) to reflect increases in interchange, assessments, or other Payment Brand fees;
(c) to reflect additional fees imposed by the Payment Brands; or
(d) to reflect increases in, or additions to, third party fees.

All adjustments hereunder will be effective either upon the date set forth in the written notice or upon the date the corresponding increase or additional fee is implemented by the Payment Brand or third party provider.

**9.3 Chase Transactions.** If, and only if, Schedule A attached to this Agreement sets forth the fees specifically for Chase Transactions, then, in addition to all other obligations under this Agreement, the following apply:

(a) the parties agree that Paymentech and Member will treat Merchant's qualifying Chase Card transactions as Chase Transactions, and the provisions of this Agreement governing Chase Transactions shall apply. The parties acknowledge and agree that only those transactions that conform to the Chase Merchant Services Specifications will qualify as Chase Transactions;
(b) Merchant acknowledges receipt of, or access to, the Chase Requirements and agrees to abide by the Chase Requirements. The Chase Requirements are confidential and Merchant may not disclose the Chase Requirements to any third party without the prior written consent of Paymentech and Member; and
(c) the amounts due for Chase Transactions are set forth on Schedule A attached hereto.

**10. TERM AND TERMINATION.**

**10.1 Term.** This Agreement starts on the day it is accepted and agreed to by Chase Paymentech (the "Effective Date"). This Agreement will continue in full force and effect until it is terminated by Merchant under Section 10.2, or by Chase Paymentech under Section 10.3.

**10.2 Merchant Termination**. Subject to the terms of this Section 10.2, Merchant may terminate this Agreement at any time by giving thirty (30) days' prior notice to Chase Paymentech.

PLEASE READ THIS PROVISION CAREFULLY. IT APPLIES DURING THE FIRST 24 MONTHS IF: MERCHANT (A) TERMINATES THIS AGREEMENT, OR (B) FAILS TO MAINTAIN AN ACTIVE ACCOUNT; AND MERCHANT RECEIVED A PROMOTIONAL CONSIDERATION FROM CHASE PAYMENTECH

Merchant may be obligated to repay all, or a prorated portion of, any Promotional Consideration Merchant received when it signed up with Chase Paymentech. A Promotional Consideration is:
(a) a signing bonus;
(b) a free point of sale terminal or other equipment;
(c) the waiver of any applicable fees; or
(d) any other item of value, which was extended to Merchant in consideration of entering into this Agreement.

In the event Merchant's repayment of the Promotional Consideration is limited by applicable law, the amount owed to Chase Paymentech is limited to the maximum amount permitted under applicable law. Any amount owed to Chase Paymentech under this Section 10.2 or Section 10.4 will be funded in the same manner as provided for negative balances in Section 4.5.

**10.3 Chase Paymentech Termination.** Chase Paymentech may terminate this Agreement at any time by giving thirty (30) days' prior notice to Merchant. Furthermore, Chase Paymentech may terminate this Agreement ***immediately*** if:
(a) Merchant is determined to have excessive Chargebacks;
(b) Chase Paymentech determines, in its reasonable discretion, that Merchant's Transactions present increased or excessive Anticipated Risks;
(c) any representation or warranty in the Agreement, including the Application or Schedule A, is determined to be incorrect in any respect when made or deemed to be made;
(d) Merchant fails to comply with any term, covenant, condition, or agreement contained in this Agreement;
(e) a case or other proceeding is commenced by or against Merchant in any court of competent jurisdiction seeking relief under the Bankruptcy Code or under any other laws, domestic or foreign, relating to bankruptcy, insolvency, reorganization, winding up, or adjustment of debts, the appointment of a trustee, receiver, custodian, liquidator, or the like of Merchant, or of all or any substantial part of the assets, domestic or foreign, of Merchant, and such case or proceeding continues undismissed or unstayed for a period of 60 consecutive days, or an order granting the relief requested in such case or proceeding against Merchant (including, without limitation, an order for relief under the Bankruptcy Code) is entered;
(f) Chase Paymentech, in its reasonable discretion, deems Merchant to be financially insecure;
(g) any Payment Brand:
    i. notifies Chase Paymentech or Member that it is no longer willing to accept Merchant's Transaction Data; or
    ii. requires Chase Paymentech or Member to terminate or limit this Agreement or Merchant's ability to accept Payment Cards from Customers;
(h) Merchant or any person owning or controlling Merchant's business is listed in one or more databases of terminated or high risk merchants maintained by the Payment Brands; or
(i) Merchant engages in conduct that
    i. creates or could tend to create harm or loss to the goodwill of any Payment Brand, Chase Paymentech, or Member; or
    ii. causes Paymentech or Member to violate the Payment Brand Rules or applicable law; or
    iii. results in Paymentech's, Member's, or Merchant's participation in a risk-based program under the Payment Brand Rules.

If this Agreement is terminated by Chase Paymentech, Merchant acknowledges that Chase Paymentech may be required to report Merchant's business name, and information about its principals, to the Payment Brands, and Merchant expressly agrees and consents to such reporting.

**10.4 Active Account.** Merchant's account will be considered "Active" as long as Merchant continues to make on-time payments of all amounts owed under the Agreement. But, if Merchant goes more than 90 consecutive days without making an on-time payment of amounts due under the Agreement, Chase Paymentech ***may:***
(a) consider the Merchant's account as ***not*** Active;
(b) terminate this Agreement immediately; and
(c) subject to Section 10.2, collect all or a prorated portion of any Promotional Consideration.

**10.5 Post Termination.** The termination of this Agreement will not affect either party's rights or obligations with respect to Transactions submitted prior to termination. Therefore, the provisions governing processing and settlement of Transactions, all related adjustments, fees, and other amounts due from Merchant, and the resolution of any related Chargebacks, disputes, or other issues involving Transactions, will continue to apply for all Transactions made prior to termination.

**Upon termination of this Agreement, Merchant *shall:***

(a) continue to be responsible for all Chargebacks, fees, fines, assessments, credits, and adjustments resulting from Transactions processed pursuant to this Agreement before termination; and
(b) be responsible for all amounts then due or which thereafter may become due to Chase Paymentech or Member under this Agreement.

**Upon termination or notice of termination of this Agreement, Paymentech may, in its sole discretion and without waiving any of its rights or remedies under this Agreement:**

(a) establish a Reserve Account; and
(b) process Transaction Data submitted by Merchant after termination in accordance with and subject to all of the terms of this Agreement

**11.** INDEMNIFICATION. Merchant agrees to indemnify Chase Paymentech, Member, the Payment Brands, and their respective affiliates, officers, directors, employees, agents, and sponsoring banks from any losses, liabilities, and damages of any and every kind (including, without limitation, Chase Paymentech's costs, expenses, and reasonable attorneys' fees) arising out of or related to:

(a) Chase Paymentech's reliance on the information provided by Merchant, or Merchant's Authorized Representative, on the Application or in conjunction with the Application (including any information with respect to Merchant's financial condition);
(b) any assessment, fine, or penalty imposed on Chase Paymentech or the Member, and any related loss, cost, or expense incurred by Chase Paymentech or the Member; and
(c) any claim, complaint, or Chargeback:
   i. made or claimed by a Customer with respect to any Transaction or Transaction Data submitted by Merchant;
   ii. caused by Merchant's noncompliance with this Agreement, applicable law, or the Payment Brand Rules (including, without limitation, any breach of a representation or warranty made by Merchant or Merchant's failure to comply with the Security Standards);
   iii. resulting from any voluntary or involuntary bankruptcy or insolvency proceeding by or against Merchant; or
   iv. related to Chase Paymentech's reporting of Merchant, or any person owning or controlling Merchant's business, to the Payment Brands for inclusion in one or more databases of terminated or high risk merchants maintained by the Payment Brands.

The indemnification provided for in this Section does not apply to any claim or complaint to the extent it is caused by Chase Paymentech's own gross negligence or willful misconduct. The indemnification provided for in this Section shall survive termination and is subject to the limitation of liability set forth in Section 14.

**12.** TRANSACTION DATA, PAYMENT CARD INFORMATION AND PAYMENT CARD INDUSTRY COMPLIANCE.

**Merchant acknowledges that its:**

(a) failure, or the failure of any of its Service Providers, to comply with the Payment Brand Rules, including the Security Standards, or the compromise of any of Transaction Data or Payment Card Information (whether such Payment Card Information is under the control of Merchant or its Service Provider) may result in assessments, fines, and penalties by the Payment Brands and termination of this Agreement, and
(b) use of any fraud mitigation or security enhancement solution (e.g. an encryption product or service), whether provided to Merchant by Chase Paymentech or a third party, in no way limits Merchant's obligation to comply with the Security Standards or Merchant's liabilities set forth in this Agreement.

**Merchant *shall not*:**

(c) disclose Payment Card Information, except:
   i. to select employees, agents, and contractors on a "need to know" basis, solely for the purpose of assisting Merchant in completing a Transaction or otherwise complying with this Agreement; or
   ii. as specifically required by the Security Standards, Payment Brand Rules, applicable law, or government/regulatory demand;
(d) use Payment Card Information, except:
   i. to complete a Transaction; or
   ii. as specifically permitted by this Agreement, the Security Standards, Payment Brand Rules, or applicable law; and
(e) sell, transfer, or disclose to third parties any materials that contain Transaction Data or Payment Card Information in the event of Merchant's failure, including bankruptcy, insolvency, or other suspension of business operations.

**Merchant *shall*:**

(f) comply with the Security Standards, Payment Brand Rules, and all applicable laws relating to the security, storage, and disclosure of Transaction Data and Payment Card Information:
(g) provide Chase Paymentech, upon its request, with all tests, scans, and assessments evidencing Merchant's compliance with the Security Standards, Payment Brand Rules, and applicable laws;
(h) store and discard Transaction Data, Payment Card Information, and all media containing Payment Card Information in compliance with Payment Brand Rules and Security Standards;
(i) notify Chase Paymentech immediately if Merchant determines or suspects that Transaction Data or Payment Card Information has been compromised and assist Chase Paymentech in providing notification to all interested parties as may be required by law or Payment Brand Rules, or as Chase Paymentech otherwise reasonably deems necessary;
(j) notify Chase Paymentech immediately of its use of any Service Provider and Payment Application;
(k) ensure that all Service Providers and Payment Applications used by Merchant:

i. comply with the Security Standards;
ii. are recognized by the Payment Brands as being compliant with the Security Standards; and
iii. are registered with each applicable Payment Brand as a third party service provider for a Paymentech customer.

(l) provide, or cause its Service Provider to provide, Paymentech with the information it needs to register the Service Provider with the Payment Brands;
(m) cause its Service Provider to cooperate with Paymentech in completing registration with the Payment Brands;
(n) pay, or cause its Service Provider to pay, all amounts required by the Payment Brands to register the Service Provider;
(o) ensure that all EMV chip-capable terminals used by Merchant appear on the EMV co-approved terminal list maintained by the Payment Brands;
(p) reimburse Chase Paymentech immediately for any assessment, fine, or penalty imposed on Chase Paymentech or the Member and any related loss, cost, or expense incurred by Chase Paymentech or the Member related to or arising from Merchant's acceptance of Payment Cards;
(q) cooperate with, and cause all applicable Service Providers to cooperate with, any forensic examination or other audit required by the Payment Brands, Chase Paymentech or Member because of a Data Compromise Event;
(r) pay for all costs and expenses related to a forensic examination or other audit required by the Payment Brands, Chase Paymentech, or Member (including all of Chase Paymentech's reasonable attorneys' fees and other costs related to the forensic exam or audit);
(s) take all actions necessary to achieve and maintain compliance in accordance with the results of, and in the time frame set forth in, a forensic examination or audit report from Chase Paymentech, the Payment Brands, or Member; and
(t) upon request, return all materials that contain Transaction Data or Payment Card Information to Chase Paymentech or provide Chase Paymentech with acceptable proof of its destruction.

**Chase Paymentech may:**

(u) share Merchant's financial information, information related to Merchant's Transactions, and other information provided by Merchant with Chase Paymentech's affiliates and the Payment Brands;
(v) use or disclose information related to Merchant's Transactions:
i. as necessary to process Merchant's Transactions or otherwise provide Services and maintain Merchant's account pursuant to this Agreement;
ii. to detect prevent, reduce, or otherwise address fraud, security, or technical issues;
iii. to enhance or improve Chase Paymentech's products and Services generally; or
iv. as required or permitted by the Payment Brands or applicable law;

(w) prepare, use, or share with third parties, aggregated, non-personally identifiable information derived from Transaction Data of all of Chase Paymentech's customers or specific segments of Chase Paymentech's customers;
(x) require, in its sole discretion, or based on information provided by the Payment Brands, a forensic examination of Merchant or Merchant's Service Providers due to a Data Compromise Event or suspected event;
(y) require Merchant or Merchant's Service Provider to engage a forensic examiner in order to expedite the investigation of the Data Compromise Event or suspected event. Alternatively, Chase Paymentech may engage a forensic examiner on Merchant's or Merchant's Service Provider's behalf; and
(z) investigate a Data Compromise Event of Merchant, if permitted under the Payment Brand Rules.

**13. Information About Merchant and Merchant's Business.**

**13.1 Additional Financial Information.** Upon five (5) days' written notice at any time, Merchant, and each Guarantor (if any), agrees to furnish to Chase Paymentech all financial statements and information as Chase Paymentech may reasonably request. Merchant's and each Guarantor's signature on this Agreement authorizes Chase Paymentech to perform any credit check deemed necessary with respect to Merchant and each Guarantor, as applicable.

**13.2 Audit Rights; Site Visit; Website Inspection.** With prior notice and during Merchant's normal business hours, Chase Paymentech's duly authorized representatives may visit Merchant's business premises and may examine Merchant's books and records that pertain to Merchant's Transactions or Merchant's compliance with this Agreement. Furthermore, Merchant may be contacted by Chase Paymentech or a third party contracted by Chase Paymentech who will need to gain access to Merchant's business operation to perform a site visit and inspection (the "Site Visit") in compliance with Payment Brand Rules. The Site Visit will include, among other things, an interview with Merchant regarding the nature of Merchant's business, as well as photographs of Merchant's business operation. If Merchant is unavailable for the Site Visit as scheduled, Chase Paymentech may suspend the settlement of Merchant's Transactions until a Site Visit can be completed and approved by Chase Paymentech. If Merchant operates an ecommerce website, Chase Paymentech is obligated under the Payment Brand Rules to investigate the contents of such website, either directly or through review of screen shots presented to Chase Paymentech by Merchant (the "Website Inspection"). Chase Paymentech may suspend the settlement of Merchant's Transactions until a Website Inspection can be completed and approved by Chase Paymentech. In the event that Merchant fails to reasonably cooperate with the required Site Visit or Website Inspection, or in the event the results of the Site Visit or the Website Inspection are not approved by Chase Paymentech, Chase Paymentech may terminate this Agreement immediately upon notice to Merchant.

**13.3 Notification to Chase Paymentech of Merchant's Changes.**

(a) Merchant agrees to provide Chase Paymentech at least 30 days' prior written notice of its intent to change current product lines or services, Merchant's trade name or legal name, or the manner in which Merchant accepts Payment Cards. If Chase Paymentech determines such a change is material to its relationship with Merchant, Chase Paymentech may refuse to process Transaction Data made subsequent to the change, temporarily suspend payment of settlement funds, or terminate this Agreement.
(b) Merchant agrees to provide Chase Paymentech with prompt written notice:
i. if Merchant is the subject of any voluntary or involuntary bankruptcy or insolvency petition or proceeding; or
ii. of any:
a. adverse change in Merchant's financial condition;
b. planned or anticipated liquidation or substantial change in the basic nature of Merchant's business;

c. transfer or sale of any substantial part (25% or more in value) of Merchant's total assets;
d. judgment, writ, warrant of attachment, execution, or levy against any substantial part (25% or more in value) of Merchant's total assets not later than three days after Merchant obtains knowledge of any such judgment, writ, warrant of attachment, execution, or levy; or
e. change in the control or ownership of Merchant or Merchant's parent if Merchant or Merchant's parent is not a corporation whose shares are listed on a national securities exchange or on an over-the-counter market.

**13.4 Referral Sources.** Merchant may have been referred to Chase Paymentech for the execution of this Agreement by a third party who has entered into a formal referral relationship with Chase Paymentech (a "Referral Partner"). If that is the case, Chase Paymentech will be the sole provider of the services necessary to authorize, process, and settle all of Merchants Transactions in accordance with the terms and conditions of the Agreement; however, Referral Partner may be involved in the servicing and maintenance of Merchant's merchant account. Therefore, notwithstanding anything to the contrary in the Agreement, Merchant hereby authorizes Chase Paymentech to share Merchant's financial information, information related to Merchant's Transactions (including Payment Instrument Information) and any other information that Merchant provides to Chase Paymentech with Referral Partner. Merchant understands and agrees that Chase Paymentech will not be responsible for Referral Partner's subsequent use or disclosure of such information.

**14. <u>Disclaimer; Limitation of Damages</u>.** Subject to Section 5, Chase Paymentech will, at its own expense, correct any Transaction Data to the extent that such errors have been caused by Chase Paymentech or by malfunctions of Chase Paymentech's processing systems. However, Chase Paymentech shall not be liable or responsible for the authenticity, accuracy, corruption, damage to, tampering with, or failure to receive any Transaction Data transmitted in any form or format to Chase Paymentech by, or on behalf of, Merchant, and Chase Paymentech shall be entitled to rely on data it receives from, or on behalf of, Merchant in the discharge of its obligations hereunder.

PLEASE READ THIS PROVISION CAREFULLY

**UNDER NO CIRCUMSTANCES WILL CHASE PAYMENTECH'S LIABILITY ARISING OUT OF OR RELATED TO ITS PERFORMANCE OF SERVICES UNDER THIS AGREEMENT EXCEED THE TOTAL FEES PAID TO CHASE PAYMENTECH BY MERCHANT UNDER THIS AGREEMENT (NET OF PAYMENT BRAND FEES, THIRD PARTY FEES, INTERCHANGE, ASSESSMENTS, PENALTIES, AND FINES) FOR THE SIX (6) MONTHS PRIOR TO THE TIME THE LIABILITY AROSE.**

**IN NO EVENT WILL ANY PARTY, ITS RESPECTIVE DIRECTORS, OFFICERS, EMPLOYEES, OR AFFILIATES, BE LIABLE FOR SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR PUNITIVE DAMAGES, REGARDLESS OF THE FORM OR ACTION AND EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.**

**ANY FINES, FEES, PENALTIES, ASSESSMENTS OR OTHER AMOUNTS IMPOSED BY THE PAYMENT BRANDS SHALL BE DIRECT DAMAGES AND SHALL NOT BE DEEMED TO BE SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR PUNITIVE DAMAGES.**

**ALL PARTIES ACKNOWLEDGE THAT THIS IS AN AGREEMENT FOR COMMERCIAL SERVICES. THE UNIFORM COMMERCIAL CODE DOES NOT APPLY AND CHASE PAYMENTECH AND MEMBER HEREBY DISCLAIM ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, MADE TO MERCHANT OR ANY OTHER PERSON, REGARDING QUALITY, SUITABILITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR OTHERWISE (REGARDLESS OF ANY COURSE OF DEALING, CUSTOM, OR USAGE OF TRADE) OF ANY SERVICES PROVIDED UNDER THIS AGREEMENT OR ANY GOODS PROVIDED INCIDENTAL TO SUCH SERVICES.**

**15. <u>Miscellaneous</u>.**

**15.1 Taxes.** Unless Merchant is otherwise exempt, and, if applicable, provides a valid exemption certificate, Merchant agrees to pay any taxes imposed on the Services, equipment, supplies, and other property provided under this Agreement, and Merchant authorizes Chase Paymentech to increase the amount collected from Merchant to reflect any and all assessments or increases in the sales, use, occupational, property, lease, or other taxes imposed on such sale or lease of Services, tangible property, intellectual property, equipment, supplies, and other goods purchased.

**15.2 Section Headings.** The section headings of this Agreement are for convenience only and do not define, limit, or describe the scope or intent of this Agreement.

**15.3 Assignment; Other Events.**

(a) Merchant may not transfer or assign this Agreement without the prior written consent of Chase Paymentech. Any transfer or assignment of this Agreement by Merchant, by operation of law, merger, or otherwise, without Chase Paymentech's prior written consent is null and void, and Merchant is fully responsible with respect to all Transactions submitted by the purported assignee/transferee, and for any and all related liabilities, Chargebacks, expenses, costs, fines, fees or penalties arising from such Transactions. No assignee for the benefit of creditors, custodian, receiver, trustee in bankruptcy, debtor in possession, sheriff or any other officer of a court, or other person charged with taking custody of Merchant's assets or business, has any right to continue or to assume or to assign this Agreement.

(b) Merchant agrees to provide Chase Paymentech with not less than 30 days' prior written notice of:
   i. any sale of all or substantially all of the assets of Merchant; or
   ii. any person or entity becoming the beneficial owner, directly or indirectly, of securities representing more than fifty percent (50%) of the combined voting power of Merchant's securities, or otherwise acquires voting control of the Merchant.

(c) Upon notice to Merchant, another Payment Brand member may be substituted for Member under whose sponsorship this Agreement is performed and for whom Chase Paymentech is acting as agent hereunder. Subject to Payment Brand Rules, Chase Paymentech may assign or transfer this Agreement and its rights and obligations hereunder and may delegate its duties hereunder, in whole or in part, to any third party, whether in connection with a change in sponsorship, as set forth in the preceding sentence, or otherwise, without notice to or consent of Merchant.

**15.4 Parties; Independent Contractor.** This Agreement is binding upon and inures to the benefit of the parties and their respective heirs, administrators, representatives, and permitted successors and assigns. Merchant agrees that it is responsible for its employees' actions. In providing Services to Merchant, Chase Paymentech will not be acting in the capacity of agent, partner, or joint venturer; Chase Paymentech is acting solely as an independent contractor.

**15.5 Representations.** Merchant agrees to perform its obligations under this Agreement in compliance with all applicable laws. Merchant represents and warrants that statements made on its Application are true as of the date of this Agreement. Merchant represents and warrants that its execution of and performance under this Agreement:

(a) in no way breaches, contravenes, violates, or in any manner conflicts with any of its other legal obligations, including, without limitation, its corporate charter or similar document or any agreement between Merchant and any third party or any affiliated entity;
(b) has been duly authorized by all necessary action and does not require any consent or other action by or in respect of any third party; and
(c) that the person signing this Agreement on behalf of Merchant is an Authorized Representative.

**15.6 Publicity.** Each party agrees that any other party may publicly disclose, through press releases or otherwise, the existence of the business relationship that is the subject of this Agreement. Any such disclosure may identify the parties by name but must not, without the prior written consent of the non-disclosing party, include any of the terms of this Agreement.

**15.7 Severability.** Should any provision of this Agreement be determined to be invalid or unenforceable under any law, rule, or regulation, including any Payment Brand Rule, such determination will not affect the validity or enforceability of any other provision of this Agreement.

**15.8 Waivers.** No term or condition of this Agreement may be waived except pursuant to a written waiver executed by the party against whom such waiver is sought to be enforced.

**15.9 Entire Agreement.** The Payment Brand Rules, Application, Terms and Conditions, taxpayer identification and certification documentation, and all schedules, supplements, and attachments are made a part of this Agreement for all purposes. This Agreement represents the entire understanding between Merchant and Chase Paymentech with respect to the matters contained herein and supersedes any prior agreements between the parties. Merchant agrees that in entering into this Agreement it has not relied on any statement of Chase Paymentech or its representatives. This Agreement prevails over any conflicting terms of any agreement governing the Settlement Account.

**15.10 Notices.** Except as otherwise provided in this Agreement, all notices must be given in writing and either hand delivered, faxed, mailed first class, postage prepaid, sent via electronic mail transmission, or sent via overnight courier (and will be deemed to be given when so delivered or mailed) to Merchant's legal address set forth in the Application, to Chase Paymentech at: Attn: Legal Department, 14221 Dallas Parkway, Dallas, Texas 75254, or to such other address as either party may from time to time specify to the other party in writing. Notices provided in writing on Merchant's monthly statement(s) are sufficient for formal notice under the terms of this Section 15.10.

**15.11 Governing Law; Waiver of Right to Contest Jurisdiction; Waiver of Jury Trial; Arbitration.** This Agreement will be governed by and construed in accordance with the laws of the State of Texas without reference to conflict of law provisions. Any action, proceeding, arbitration hearing or mediation relating to or arising from this Agreement must be brought, held, or otherwise occur in Dallas County, Dallas, Texas.

PLEASE READ THIS PROVISION CAREFULLY. IT PROVIDES THAT ANY CLAIM MAY BE RESOLVED BY BINDING ARBITRATION.

**WITH BINDING ARBITRATION MERCHANT ACKNOWLEDGES AND AGREES THAT:**

**(a) MERCHANT IS GIVING UP ITS RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY CLAIM ALLEGED AGAINST CHASE PAYMENTECH, MEMBER, OR RELATED THIRD PARTIES;**

**(b) MERCHANT IS GIVING UP ITS RIGHT TO HAVE A COURT RESOLVE ANY CLAIM ALLEGED AGAINST CHASE PAYMENTECH, MEMBER OR RELATED THIRD PARTIES; AND**

**(c) MERCHANT IS GIVING UP ITS RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT OR ARBITRATION FILED AGAINST CHASE PAYMENTECH, MEMBER, AND RELATED THIRD PARTIES.**

**IN THE ABSENCE OF THIS ARBITRATION AGREEMENT, MERCHANT AND CHASE PAYMENTECH MAY OTHERWISE HAVE HAD A RIGHT OR OPPORTUNITY TO LITIGATE CLAIMS THROUGH A COURT BEFORE A JUDGE OR A JURY AND TO PARTICIPATE OR BE REPRESENTED IN LITIGATION FILED IN COURT BY OTHERS (INCLUDING CLASS ACTIONS). BUT, EXCEPT AS OTHERWISE PROVIDED ABOVE, THOSE RIGHTS, INCLUDING ANY RIGHT TO A JURY TRIAL, ARE WAIVED AND ALL CLAIMS MUST NOW BE RESOLVED THROUGH ARBITRATION.**

Any claim, dispute, or controversy ("Claim") by either Merchant, Chase Paymentech or Member against the other, or against the officers, directors, employees, agents, parents, subsidiaries, affiliates, beneficiaries, agents, successors, or assigns of the other, arising from or relating in any way to this Agreement or to the relationship formed between the parties as a result of this Agreement, including Claims regarding the applicability of this arbitration clause or the validity of the entire Agreement, shall be resolved exclusively and finally by binding arbitration administered by the American Arbitration Association ("AAA"). All Claims are subject to arbitration, no matter what theory they are based on. This includes Claims based on contract, tort (including intentional tort), fraud, agency, Merchant, Chase Paymentech's or Member's negligence, statutory or regulatory provisions, or any other source of law. Claims and remedies sought as part of a class action, private attorney general, or other representative action are subject to arbitration on an individual (non-class, non-representative) basis only, and the arbitrator may award relief only on an individual (non-class, non-representative) basis. Merchant and Chase Paymentech will agree on another arbitration forum if the AAA ceases operations. The arbitration will be conducted before a single

arbitrator and will be limited solely to the Claim between Merchant and Chase Paymentech and/or Member. The arbitration, or any portion of it, will not be consolidated with any other arbitration and will not be conducted on a class-wide or class action basis. The prohibition against class action contained in this Section shall be non-severable from the remainder of this Section. If either party prevails in the arbitration of any Claim against the other, the non-prevailing party will reimburse the prevailing party for any fees it paid to the AAA in connection with the arbitration, as well as for any reasonable attorneys' fees incurred by the prevailing party in connection with such arbitration. Any decision rendered in such arbitration proceedings will be final and binding on the parties, and judgment may be entered in a court of competent jurisdiction. Rules and forms of the AAA may be obtained and Claims may be filed at any AAA office, www.adr.org, or 335 Madison Avenue, New York, NY 10017, telephone 1-800-778-7879. Any arbitration hearing at which Merchant appears will take place at a location within Dallas County, Dallas, Texas. This arbitration agreement is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16. This arbitration agreement applies to all Claims now in existence or that may arise in the future. Nothing in this Agreement shall be construed to prevent any party's use of (or advancement of any Claims, defenses, or offsets in) bankruptcy or repossession, replevin, judicial foreclosure, or any other prejudgment or provisional remedy relating to any collateral, security, or other property interests for contractual debts now or hereafter owned by either party to the other.

**15.12 Force Majeure.** Neither party will be liable for delays in processing or other nonperformance caused by such events as fires, telecommunications failures, utility failures, power failures, equipment failures, labor strife, riots, war, terrorist attack, nonperformance of Chase Paymentech's vendors or suppliers, acts of God, or other causes over which the respective party has no reasonable control, except that nothing in this Section 15.12 will affect or excuse Merchant's liabilities and obligations for Chargebacks, refunds, or unfulfilled goods and services.

**15.13 Amendment.** Except as otherwise set forth in this Agreement, the Agreement may be amended at any time by Chase Paymentech upon thirty (30) days' notice to Merchant. Notwithstanding the foregoing, in the event the terms of this Agreement must be amended pursuant to a change required by the Payment Brand Rules or any third party with jurisdiction over the matters described herein, such amendment will be effective immediately. Merchant's electronic signature or continued submission of Transactions to Chase Paymentech following such notice will be deemed to be Merchant's acceptance of such amendment.

**15.14 Counterparts; Electronic Signatures under the Uniform Electronic Transactions Act.** This Agreement may be executed in several counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument. Electronic Signatures, as defined by the Uniform Electronic Transactions Act, retain all the legal effect and enforceability of an original signature.

**15.15 Merchant Taxpayer Certification and Chase Paymentech Reporting Obligations.** In accordance with certain tax rules and regulations, Chase Paymentech is obligated to collect and report certain taxpayer information to the United States Internal Revenue Service. Therefore, in conjunction with the execution of this Agreement, Merchant shall provide Chase Paymentech with the appropriate taxpayer certification documentation, via Internal Revenue Service (IRS) Form W-9 (or the appropriate versions of Form W-8, if applicable). Merchant shall promptly notify Chase Paymentech if there are any changes in this information. Chase Paymentech may deduct withholding taxes, if any, from proceeds payable to Merchant or any entity that is a party to this agreement where required under applicable law. Chase Paymentech may, in accordance with applicable law and from time to time during the term of this Agreement, request Merchant to recertify its taxpayer certification hereunder. Furthermore, Merchant shall be responsible for any penalties related to the reporting obligations of Chase Paymentech hereunder to the extent such penalties accrue based on the actions or inactions of Merchant despite reasonable notice from Chase Paymentech.

**15.16 Member Obligations.** While the Payment Brand Rules impose certain obligations on Member (the "Member Obligations"), Paymentech has the authority to perform the Member Obligations on behalf of Member, and, unless otherwise specifically set forth in the Agreement, Paymentech shall be solely responsible for performance of the Member Obligations under the terms of this Agreement.

**16. SURVIVAL.** The following Sections survive termination of this Agreement: 4.2, 4.4, 4.5, 4.6, 5, 6, 7, 9, 10.2, 10.3, 10.4, 10.5, 11, 12, 14, 15, 16, 17, and Personal Guaranty.

**17. TERMS USED IN THE APPLICATION AND THESE TERMS AND CONDITIONS.**

| | |
|---|---|
| **Application** | a statement of Merchant's financial condition, a description of the characteristics of Merchant's business or organization, and related information Merchant or its Authorized Representative(s), has previously or concurrently submitted to Chase Paymentech, including credit, financial, and other business related information, to induce Chase Paymentech to enter into this Agreement with Merchant and that has induced Chase Paymentech to process Merchant's Transactions under the terms and conditions herein |
| **Authorized Representative** | an owner, partner, officer, or other agent of the Merchant that is duly authorized to enter into agreements on behalf of Merchant and to legally bind Merchant to such agreements |
| **Chargeback** | a reversal of a Transaction Merchant previously presented to Chase Paymentech pursuant to Payment Brand Rules |
| **Chase** | JPMorgan Chase Bank, N.A. or Chase Bank U.S.A., N.A. |
| **Chase Card** | a consumer or small business debit or credit card issued in the United States by Chase whose transactions are capable of processing over the Visa, Inc. network |
| **Chase Customer** | the person to whom or entity to which a Chase Card is issued or who is otherwise authorized to use a Chase Card |
| **Chase Merchant Services Specifications** | the required formats and procedures provided by Paymentech or otherwise made available to Merchant for Merchant's transactions to be accepted as Chase Transactions |
| **Chase Paymentech** or Paymentech | Paymentech, LLC, a Delaware limited liability company, having its principal office at 14221 Dallas Parkway, Dallas, Texas 75254 |

| | |
|---|---|
| **Chase Requirements** | the Chase Merchant Services Program Requirements governing Chase Transactions, as may be amended from time to time, provided to or made available to Merchant |
| **Chase Transactions** | a United States transaction, excluding a PIN debit transaction, conducted between a Chase Customer and Merchant utilizing a Chase Card which is processed directly between Merchant and Chase through Paymentech |
| **Conveyed Transaction** | any Transaction conveyed to a Payment Brand for settlement by such Payment Brand directly to Merchant |
| **Customer** | the person or entity to whom a Payment Instrument is issued or who is otherwise authorized to use a Payment Instrument, including a Chase Customer |
| **Data Compromise Event** | An occurrence that results, or could result, directly or indirectly, in the unauthorized access to or disclosure of Transaction Data or Payment Instrument Information |
| **Effective Date** | The day this Agreement is accepted and agreed to by Chase Paymentech, as set forth in Section 10.1 |
| **EMV** | Europay, MasterCard and Visa |
| **Guarantor** | The person(s) identified in the Application as having an ownership interest in Merchant and who agree to be personally responsible for Merchant's obligations to Chase Paymentech under this Agreement |
| **Merchant** | The legal entity identified in the Application and whose name and signature appears on this Agreement |
| **Member** | JPMorgan Chase Bank, N.A. or other entity providing sponsorship to Chase Paymentech as required by all applicable Payment Brands. Member is a principal party to this Agreement and Merchant's acceptance of Payment Brand products is extended by the Member |
| **Payment Application** | a third party application used by merchant that is involved in the authorization or settlement of Transaction Data |
| **Payment Brand** | Any payment method provider whose payment method is accepted by Chase Paymentech for processing, including:<br>• Visa Inc.;<br>• MasterCard International, Inc.;<br>• Discover Financial Services, LLC; and<br>• any other credit and debit card providers, debit network providers, gift card, and other stored value and loyalty program providers.<br>Payment Brand also includes the Payment Card Industry Security Standards Council and the Electronic Payment Association (frequently referred to as "NACHA") |
| **Payment Brand Rules** | All bylaws, rules, programs, regulations, specifications, and manuals, as they exist from time to time, of the Payment Brands, and, to the extent applicable, the Chase Requirements |
| **Payment Instrument** or Payment Card | An account, or evidence of an account, authorized and established between a Customer and a Payment Brand, or representatives or members of a Payment Brand that Merchant accepts from Customers as payment for a good or service, including a Chase Card<br>Payment Instruments include, credit and debit cards, stored value cards, loyalty cards, electronic gift cards, authorized account or access numbers, paper certificates, and credit accounts. Use of the term Payment Instrument or Payment Card throughout this Agreement includes any Payment Card with an embedded microcomputer EMV chip. |
| **Payment Card Information** or Payment Instrument Information | Information related to a Customer or the Customer's Payment Card that is obtained by Merchant from the Customer's Payment Card, or from the Customer in connection with his or her use of a Payment Card). Such information may include, but is not limited to:<br>• the Payment Card account number and expiration date;<br>• the Customer's name or date of birth;<br>• PIN data, security code data (such as CVV2 and CVC2); and<br>• and any data read, scanned, imprinted, or otherwise obtained from the Payment Instrument, whether printed thereon, or magnetically, electronically, or otherwise stored thereon.<br>For the avoidance of doubt, the data elements that constitute Payment Card Information are treated according to their corresponding meanings as "cardholder data" and "sensitive authentication data" as such terms are used in the then current PCI DSS. |
| **Refund** | Any refund or credit issued for any reason, including, without limitation, for a return of merchandise or cancellation of services and any adjustment of a Transaction |
| **Refund Policy** | A written policy with regard to Refunds |
| **Retrieval Request** | A request for information by a Customer or Payment Brand relating to a claim or complaint concerning a Transaction |
| **Security Standards** | All rules, regulations, standards, or guidelines adopted or required by the Payment Brands or the Payment Card Industry Security Standards Council relating to privacy, data security, and the safeguarding, disclosure, and handling of Payment Instrument Information, including, without limitation, the Payment Card Industry Data Security Standards ("PCI DSS"), Visa's Cardholder Information Security Program ("CISP"), Discover's Information Security & Compliance Program ("DISC"), American Express's Data Security Operating Policy, MasterCard's Site Data Protection Program ("SDP"), Visa's Payment Application Best Practices ("PABP"), the Payment Card Industry's Payment Application Data Security Standard ("PA DSS"), MasterCard's POS Terminal Security program, and the Payment Card Industry PIN Transmission Security program (PCI PTS), in each case as they may be amended from time to time |
| **Services** | All Transaction processing services provided by Chase Paymentech, including, without limitation, authorization, conveyance, settlement, and funding of all Transactions, as provided for in this Agreement or any subsequent agreement between the parties. The Services may also include the provision of or access to monthly statements or reporting tools, as well as assistance with Merchant's Chargebacks. |
| **Service Provider** | Any party that processes, stores, receives, transmits, or has access to Payment Instrument Information on Merchant's behalf, including, without limitation, its agents, business partners, contractors, and subcontractors |
| **Settled Transaction** | A Transaction conducted between a Customer and Merchant utilizing a Payment Instrument in which consideration is exchanged |

| | |
|---|---|
| | between the Customer and Merchant for the purchase of a good or service or the Refund of such purchase and the value for such Transaction is settled by the Payment Brand through Chase Paymentech to the Merchant |
| **Stored Value Card Transaction** | A Transaction in which a Customer adds or redeems value to or from a stored value card, gift card, or loyalty Payment Card issued by or on behalf of Merchant |
| **Transaction** | A transaction conducted between a Customer and Merchant utilizing a Payment Instrument in which consideration is exchanged between the Customer and Merchant, including a Chase Transaction |
| **Transaction Data** | The written or electronic record of a Transaction, including, without limitation, an authorization code or settlement record, which is submitted to Chase Paymentech |
| **Transaction Receipt** | An electronic or paper record of a Transaction generated upon completion of a sale or Refund, a copy of which is presented to the Customer |

**Personal Guaranty**. Each Guarantor whose name and signature appears in the Application (individually a 'Guarantor' and collectively the 'Guarantors') hereby, jointly and severally, unconditionally and irrevocably, guarantee the full, timely and continuing performance of each and every representation, warranty, covenant, agreement and obligation of Merchant now or hereafter arising under or in connection with the Agreement, including, without limitation, any indebtedness and other liabilities of Merchant created, at any time, under or in connection with the Agreement (the "Guaranteed Obligations"). Each Guarantor is familiar with, and has independently reviewed books and records regarding, the financial condition of Merchant and is familiar with the value of any and all collateral intended to be created as security for the payment of the Guaranteed Obligations. However, no Guarantor is relying on such financial condition or collateral, including, without limitation, the existence of a Reserve Account (if any) as an inducement to enter into this Personal Guaranty. Each Guarantor hereby unconditionally and irrevocably waives any and all notices, demands and other formalities, of every kind and description, including, without limitation, any (i) notice of acceptance of this Personal Guaranty, (ii) notice of the incurrence of any Guaranteed Obligation, (iii) notice of the occurrence of any breach or default relating to or in connection with the Agreement or (iv) demand for performance or payment, presentment, protest, notice of protest or proof of breach or default. This is an unconditional, irrevocable and continuing guaranty of payment and not a guaranty of collection. Each Guarantor hereby acknowledges and agrees that such Guarantor is liable for the Guaranteed Obligations as primary obligor and Chase Paymentech, Member or any other beneficiary of the Agreement, as the case may be, may exercise their respective rights and remedies hereunder against one or more Guarantors, whether or not first or ever exercising their respective rights and remedies hereunder or otherwise against Merchant or any other guarantor or obligor or enforcing or collecting any present or future collateral securing the Guaranteed Obligations. Each Guarantor hereby acknowledges and agrees that such Guarantor's obligations and liabilities pursuant to this Personal Guaranty shall in no way be discharged, released or in any way affected by (i) any action taken under or in connection with the Agreement or the Guaranteed Obligations, including, without limitation, any assignment, renewal, extension, compromise, indulgence, forbearance, waiver, acceleration, modification, amendment or other change granted to Merchant or any guarantor or obligor or otherwise related thereto, (ii) the taking, holding, exchange, enforcement, waiver or release of any security for the performance of the Guaranteed Obligations or this Personal Guaranty, (iii) the release, in whole or in part, of Merchant or any other guarantor or obligor from any obligation or liability, (iv) the substitution of any one or more of the Guarantors or the acquisition of additional guarantors, (v) any insolvency, bankruptcy or similar proceedings involving or affecting Merchant or any other guarantor or obligor, (vi) the death, dissolution or ceasing to exist (whether voluntary or involuntary) of Merchant or any other guarantor or obligor or (vii) any other act, omission or circumstance whatsoever that may in any manner vary the risks of such Guarantor or might otherwise constitute a legal or equitable defense or discharge of such Guarantor or any other guarantor or obligor. Each Guarantor hereby waives all defenses based on occurrences of the types described in clauses (i) through (vii) above. Each Guarantor hereby represents and warrants that such Guarantor has received, or will receive, direct or indirect benefit from the making of this Personal Guaranty and that the Guaranteed Obligations and such benefit has a value reasonably equivalent to or greater than the obligations and liabilities incurred pursuant to this Personal Guaranty. This Personal Guaranty shall be binding on each Guarantor and such Guarantor's heirs, administrators, legal representatives, successors and assigns, and shall inure to the benefit of Chase Paymentech, Member and any other beneficiary of the Agreement, as the case may be, and their respective heirs, administrators, legal representatives, successors, and assigns. Neither Guarantor may, without the prior written consent of Chase Paymentech, assign any of its rights, powers, duties, or obligations hereunder. The Guarantors jointly and severally agree to pay reasonable attorneys' fees and all other costs and expenses which may be incurred by Chase Paymentech in the enforcement of this Personal Guaranty.

DocuSign Envelope ID: C574A91C-B3D9-45D0-8ABD-E00F73E2B767

# CHASE Paymentech Schedule A to Merchant Agreement

**Merchant: Preferred Law, PLLC**

## Assumptions

| Transaction related assumptions | | Other assumptions | |
|---|---|---|---|
| Payment Transaction Sales Volume | [redacted] | Number of locations | [redacted] |
| Average Transaction Amount | | Authorization / Capture % | |
| PIN Debit / EBT Transactions | | Chargebacks as % of Sales Transactions | |
| Conveyed Transactions | | Billing Frequency | |
| Safetech Encrypted Items | | | |

## 1. Fees applied on every transaction

**Tiered Discount Rate:** MasterCard, Visa, Discover and Chase transactions will be priced at one of the rates listed below according to transaction processing attributes.

| | Qualified | Non-Qualified |
|---|---|---|
| Debit Discount Rate | [redacted] | [redacted] |
| Credit Discount Rate | | |

| | |
|---|---|
| PIN Debit and/or EBT Network Fees | All standard PIN Debit Network Fees will be assessed |
| PIN Debit – Incremental Discount Rate | [redacted] |
| JCB (Japanese Credit Bureau) | |
| JCB Data Usage Fee | |
| Voyager Discount Rate (if settled) | |

**Payment Brand Assessments and Other Volume Fees**

| | | | | | |
|---|---|---|---|---|---|
| MasterCard | Credit transactions < $1000 and all Debit transactions | [redacted] | Visa | Debit transactions | [redacted] |
| | Credit transactions > $1000 | | | Credit transactions | |
| Discover | | | Chase Volume Fee | | |

| Transaction Fees | | Authorization Fees | |
|---|---|---|---|
| MasterCard per transaction | [redacted] | MasterCard per authorization | [redacted] |
| Visa per transaction | | Visa per authorization | |
| Chase per transaction | | Chase per authorization | |
| Discover per transaction | | Discover per authorization | |
| JCB per transaction | | JCB per authorization | |
| American Express per transaction | | American Express per authorization | |
| PIN Debit per transaction | | Voyager per authorization | |
| EBT per transaction | | Wright Express per authorization | |
| Check Verification – Scan per transaction | | Private Label per authorization | |
| Voyager per transaction | | Dial Backup authorization surcharge | |
| Wright Express per transaction | | **Encryption Fees** | |
| Hosted Pay Page per transaction | | Safetech Encryption per transaction | [redacted] |

INFORMATION REDACTED IS PROPRIETARY TO JPMORGAN CHASE

**Customer Initials** x JH Please initial to acknowledge page 1 of the Schedule A pricing sheet

## 2. One Time and Periodic Fees

| One Time Fees | | Monthly Fees | | Monthly Fees – Pass Thru | |
|---|---|---|---|---|---|
| ~~Account Setup Fee~~ | [redacted] | ~~Monthly Service Fee~~ [1] | [redacted] | ~~Visa Fixed Acquirer~~ Network Fee [4] | [redacted] |
| Rush Fee | | Monthly Minimum Fee [2] | | | |
| Terminal Reprogram Fee | | Monthly Helpdesk Fee | | **Annual Fees** | |
| PIN Debit Setup Fee | | Online Reporting Tool | | Annual Fee | [redacted] |
| PIN Pad Encryption Fee | | Safetech Encryption [3] | | | |
| **Internet Product: Orbital Gateway** | | | | | |
| Setup fee | [redacted] | Monthly fee | | | |
| Third Party Setup fee | | Third Party Monthly fee | | | |

1 – Monthly service fees will be debited for the first time in the month after your account has been set up. These fees will be debited regardless of whether you are processing transactions through your account.

2 – If the total of all fees each month in section 1, 3 and 4 do not equal the Monthly Minimum Fee, your account will be debited for the difference.

3 – If Merchant obtains point of sale device(s) from Chase Paymentech for use with Safetech Encryption, the following additional fees shall be assessed: (a) a one-time fee of $10.90 per device; and (b) an encryption injection fee of $34.95 per device per occurrence. These assessments are in addition to the above Safetech Encryption Fee(s). If Merchant obtains point of sale device(s) from a third party, additional fees may apply. Merchant acknowledges and understands that its use of any fraud mitigation or security enfacement solution (e.g. an encryption product or service), whether provided to merchant by Paymentech or a third party, in no way limits Merchant's obligation to comply with the Security Standards or Merchant's liabilities set forth in this Agreement.

4 – Visa Fixed Acquirer Network Fee is a monthly fee assessed by Visa based on Merchant Category Code (MCC), dollar volume, number of merchant locations, number of Tax IDs, and whether the physical Visa card is present or not present at the time of the transaction. This fee can vary monthly.

## 3. Per Incidence Fees

**Per Incidence Fees:** Charged every time your account incurs one of the below items

| Fee | Amount | Description |
|---|---|---|
| Statement Fee (Email / ROL) | [redacted] | No charge if statements are sent to a valid email address or accessed by Merchant through Resource Online, as elected by Merchant on the Application. |
| Statement Fee (Mail) | | Charged each month Chase Paymentech mails a statement (whether at the request of Merchant or because delivery to a valid email address has failed) |
| Statement Fee (Reprint) | | Charged for each archived statement you request to have printed |
| Supplies: Billed Per Order | | Charges for supply orders vary based on the items ordered |
| Chargeback Fee | | Charged when a cardholder or card-issuing bank formally protests a charge |
| Voice Authorization Fee | | Charged when you call the Voice Authorization phone number to authorize a credit card |
| AVS Fee – Electronic | | Charge for each electronic address verification authorization |
| Batch Settlement Fee | | Charged for each batch of transaction(s) you submit for settlement |
| ACH fee | | Charged for each ACH (transmission of funds) sent to your account |
| ACH Return Fee | | Charged when Chase Paymentech is unable to debit fees from your account |
| PIN Debit Injection Fee | | Charged when merchant elects PIN Debit processing and applies to each device not purchased from Chase Paymentech. |

Statement Type: **Resource Online** **No Statement / No Recap** Statement Frequency: [redacted]

INFORMATION REDACTED IS
PROPRIETARY TO JPMORGAN
CHASE

**Customer Initials** x DS JH ____ Please initial to acknowledge page 2 of the Schedule A pricing sheet

## 4. Payment Brand Fees – Per Incidence

| | | |
|---|---|---|
| MC Acquiring License Fee * | [redacted] | Charged on MasterCard Gross Sales volume. See additional information under Payment Brand Charges section on page 4. |
| MC Digital Enablement / Card Not Present Fee | [redacted] | Charged on MasterCard Card Not Present Gross Sales volume. |
| DI Network Authorization Fee | [redacted] | Charged by Discover on all authorizations for card transactions that are settled through the Discover Network |
| MC AVS Auth Access Fee (Card Present)<br>MC AVS Auth Access Fee (Card Not Present) | [redacted] | Charged by MasterCard when a merchant uses the address verification service to validate a cardholder address |
| MC Card Validation Code 2 Fee | [redacted] | Charged by MasterCard when a merchant submits the Card Validation Code 2 (CVC2) in an authorization request |
| MC Account Status Fee (Intra-regional)<br>MC Account Status Fee (Inter-regional)<br>Visa Zero $ Account Verification Fee | [redacted] | Charged by MasterCard or Visa when a merchant uses this service to do an inquiry that a card number is valid |
| MC Processing Integrity Fee<br>Visa Misuse of Authorization Fee | [redacted] | Charged when a card is authorized but not deposited and the authorization is not reversed in a timely manner |
| Visa Zero Floor Limit Fee | [redacted] | Charged when a transaction is deposited but never authorized |
| Visa Transaction Integrity Fee | [redacted] | Applies to Visa Debit & Prepaid transactions that do not meet qualification criteria for Custom Payment Service (CPS) categories |
| MC Cross Border Assessment Fee<br>Visa International Service Assessment Fee<br>Discover International Service Fee | [redacted] | Charged by MasterCard, Visa and Discover on foreign bank issued cards. |
| MC International Support Fee<br>Visa Interregional Acquiring Fee<br>Discover International Processing Fee | [redacted] | Additional fee charged by MasterCard, Visa and Discover on foreign bank issued cards. |
| Visa Partial Auth Non-Participation Fee | [redacted] | Applies to Petroleum merchants using automated fuel pumps that do not support Partial Authorization |

## 5. Other Fees

| Fee Description | Amount | Fee Description | Amount |
|---|---|---|---|

INFORMATION REDACTED IS PROPRIETARY TO JPMORGAN CHASE

**Customer Initials** x DS JH ____ Please initial to acknowledge page 3 of the Schedule A pricing sheet

**Equipment Swap Fees**

| Type | Description | Fee |
|---|---|---|
| Replacement Fee (swap) | In warranty - Terminals, Printers, & Pinpads [1] | [redacted] |
| Replacement Fee (swap) | Out of warranty - Terminals, Printers, & Pinpads: Replacement (swap) fees vary based on Manufacturer and Model and will fall within the specified range to the right | |
| Injection Fee (swap) | Safetech Encryption Injection | |
| Restocking Fee | Return equipment for any reason other than repair | |
| Late Fee | For all equipment returned late, or not returned | |

1 New Equipment Warranty timeframes

5 years – Verifone Vx5XX, Vx6XX, PP1000 SE180; Hypercom T42XX, P1300 Pinpad, Ingenico ICT250, IPP320

3 years – Verifone MX830 Pinpad

1 year – all other new equipment

In warranty coverage applies only to new equipment purchased or leased from Chase Paymentech

INFORMATION REDACTED IS PROPRIETARY TO JPMORGAN CHASE

**Amount payable upon Termination**

In addition to the other amounts due under this Agreement (including without limitation, the fees and charges described in this Schedule A), you may owe an amount in the event you terminate this Agreement. Whether you will owe that amount, and how much you will owe, will be determined in accordance with Section 10 of the Merchant Agreement.

**Payment Brand Charges**

Part of the fees that we charge you for processing your transactions consist of fees we pay to the Payment Brands. These charges, called "Payment Brand Charges", include, but are not limited to, interchange rates, assessments, file transmission fees, access fees, and international and cross border fees. Therefore, in addition to the rates set forth above, you also will be charged Payment Brand Charges. Payment Brand interchange rates can be accessed online by visiting the Learning & Resources section of Chase Paymentech's website, and selecting "Understanding Interchange".

Please note that Chase Paymentech may, from time to time, elect not to charge you for certain existing, new or increased Payment Brand Charges. If we elect not to charge you, we still reserve the right to begin charging you for existing, new or increased Payment Brand Charges at any time in the future, upon notice to you. No such Payment Brand Charges will be imposed retroactively.

* MasterCard assesses the MasterCard Acquiring License Fee annually to each Acquirer based on the total annual volume of MasterCard-branded sales (excluding Maestro PIN debit volume) of its U.S. domiciled merchants. To fairly distribute the fee across all Chase Paymentech MasterCard-accepting merchants, a rate of 0.004% will be applied to all of your MasterCard gross sales transactions.

**6. Authorized Signature**

Authorized Representative Signature: Must appear on Merchant Application section 11

Jonathan Hanley — Printed Name

General Manager — Title

x DocuSigned by: Jonathan Hanley 8E0ECAARRR35480... — Signature

2/17/2015 — Date

**Please ensure you have initialed pages 1, 2 and 3**

# Attachment QQ

CHASE J.P.Morgan

COMMERCE SOLUTIONS

January 23rd, 2017

Dear VerNeita Clark:

After careful consideration, we decided to stop processing your payment card transactions for your account ending in 2206 by February 22, 2017 due to a violation of section 10.3 of the Merchant Agreement subsection (a). The agreement gives us the right to make this decision.

We're sorry for the inconvenience this decision may cause.

**We established a reserve account of $ 12,346.00**

- We'll fund the reserve account by withholding your daily settlement funds and/or debiting your settlement account.
- We'll use the funds to satisfy any amounts you owe now or in the future.
- We'll decide if we can return any funds to your settlement account six months after the termination date.

Your settlement account must remain open to cover activity that occurs after the merchant account is closed, such as chargebacks and fees for processed transactions. We may need to issue funds back to you for rebates and financial adjustments.

Visa® and MasterCard® require that you remove all materials that indicate you accept their payment cards, unless you set up service through another provider.

If you have questions, please call Merchant Services anytime at 1-888-886-8869.

Sincerely,

Risk Department

Chase provides the compilations, summaries and other information contained herein to serve as general guidelines. While we strive to make sure this information is accurate, Chase does not warrant the completeness, timeliness or suitability of this information for your specific needs. In addition, the compilations, summaries and information contained within this document do not substitute for the Payment Brand Rules, which are part of your contract with Chase.

Copyright & Privacy Policy Info: Chase | Privacy Policy | Terms of Use

© Copyright 2016, Paymentech, LLC ("Chase"). All Rights Reserved.

Att. KK

# Attachment RR

**CREDIT CARD ONLY**

**Agent Information**

| Agent Office Name | Agent Office ID | Sales Rep Name | Sales Rep ID | Special Code | Agent Referral ID | Reference ID |
|---|---|---|---|---|---|---|
| 7 WEB PRO PREM ENT SS | 896 | ONLINE APP | 10117 | | 3ECD7313-D | IPC-5000000186174 |

**Merchant Business Information**

| Legal Business Name | Doing Business As (DBA) | Business Entity Type | Business Industry |
|---|---|---|---|
| AM PROPERTY MANAGEMENT LLC | AM PROPERTY MANAGEMENT LLC | LLC | Services, Wholesale & All Other |

**Products/Services Sold**

DEFAULT

| Business Mailing Address | | | Business Location Address | | |
|---|---|---|---|---|---|
| [redacted] | | | [redacted] | | |
| **City** | **State** | **Postal Code** | **City** | **State** | **Postal Code** |
| SANDY | UT | [redacted] | SANDY | UT | [redacted] |

| Business Phone | Fax Number | Business Establishment Date |
|---|---|---|
| 801-913-5704 | 800-800-8000 | 10/31/2011 |

| Federal Tax ID | Applicant Email Address | Website URL | Contact Name |
|---|---|---|---|
| [redacted]8928 | CUSTOMERSERVICE@AMPROPERTYINC.COM | | STEPHANIE MONTALBAN |

**Principal # 1 Information - Ownership Percentage: 100 %**

| Last Name | First Name | Middle Initial | Date of Birth |
|---|---|---|---|
| MONTALBAN | STEPHANIE | | [redacted] |

| Residence Address | City | State | Postal Code | Rent/Own |
|---|---|---|---|---|
| [redacted] | INDIANAPOLIS | IN | [redacted] | RENT |

| Residence Establishment Date | Phone Number | Social Security Number | DL Number | DL State | DL Exp Date |
|---|---|---|---|---|---|
| | 801-913-5704 | [redacted] | | | |

**Merchant Equipment Information**

| Equipt Id | Equipment | Cost | Plan | Type |
|---|---|---|---|---|
| 17 | | $ .00 | | |
| 143 | | $ .00 | | |

| PinPad | PinPad Cost |
|---|---|
| NO | - |

**Processing Information**

| Terminal Processing | | Business Type | | | |
|---|---|---|---|---|---|
| 0 | % Swiped | 100 | % Retail | 0 | % Mail/Phone Order |
| 0 | % Keyed with Imprint | 0 | % Restaurant | 0 | % Internet |
| 100 | % Keyed without Imprint | 0 | % Service | 0 | % Other |

**Processing History**

| Have you ever processed before? | If Yes, with whom? |
|---|---|
| NO | |
| **Reason for leaving** | **Were you ever placed on CTMF?** |

NO

## Merchant Bank Account Information

| Bank Name | Address | City | State | Postal Code | Phone Number |
|---|---|---|---|---|---|
| CHASE | 21215 BURBANK BLVD | WOODLAND HILLS | CA | 91367 | 303-844-1222 |

| Routing Number | Account Number |
|---|---|
| 124002735 | [redacted]3732 |

## Credit Card Information

| Cardholder Name | Account Number | Expiration Date |
|---|---|---|
| | | |

## Check Processing Information

| Avg Mo Volume | Max Check Amt | No Of Checks/Mon | Avg Check Amt | Processing Option |
|---|---|---|---|---|
| - | - | | - | Not Selected |

| % Checks Mailed-in/ DroppedOff | % Checks Over the Phone | Purchase Option | Scanner Name |
|---|---|---|---|
| % | % | Not available | |

| Monthly Fee | Return Fee | Declined Fee | Setup Fee | Mo Fee Waived |
|---|---|---|---|---|
| - | - | - | - | No |

| Mo Fee Months | Setup Fee Waived | Setup Fee Delayed | Setup Fee Delayed Months |
|---|---|---|---|
| | No | No | |

| All Fees Waived | All Fees Waived Months |
|---|---|
| No | |

## Bankcard Processing Information

| Average Ticket | Average Monthly V/MC Volume | Authorization Fee | Discount Rate |
|---|---|---|---|
| $ 1.00 | $ 5,000.00 | $ .27 | 1.64 % |

| Customer Service Fee | Monthly Minimum | Setup Fee |
|---|---|---|
| $ 19.95 | $ 0.00 | $ 0.00 |

| Termination Fee | Termination Fee term | Software Fee | Software Fee Term |
|---|---|---|---|
| 0.00 | 0 | 0.00 | 0 |

**Travel And Entertainment Cards - Transaction Fee: 0.27**

| Card Type | Request Type | Account Number | Discount Rate |
|---|---|---|---|
| AmericanExpress | Apply American Express OnePoint | N/A | Determined by Card Company |
| JCB | Apply | N/A | Determined by Card Company |
| Discover | DontApply | N/A | Determined by Card Company |
| DinersClub | DontApply | N/A | Determined by Card Company |

## Check Guarantee & Debit Cards

| Debit Transaction Fee | Debit Access Fee | Check Guarantee Transaction Fee | Check Guarantee Discount Rate | Check Guarantee Statement Fee | Check Guarantee Monthly Min | Check Guarantee Plan |
|---|---|---|---|---|---|---|
| $ 0.00 | $ 0.00 | - | 0.00 % | $ 0.00 | $ 0.00 | - |

## Gateway

| Gateway Access Fee |
|---|
| $ 0.00 |

| Gateway Transaction Fee |
|---|
| $ 0.00 |

## Equipment Information

| Equipment Type |
|---|
| - |
| - |

## Processing Information

| Processing Option |
|---|
| QuickBooks & Go Payment |

| Secondary Access Fee |
|---|
| $0.00 |

## Electronic Benefits

| EBT Monthly Fee | EBT Transaction Fee | EBT FN Number |
|---|---|---|
| $ 0.00 | $ 0.00 | |

**Application Completion Date: 01/03/2012** **IP Address: 208.234.106.253**

6/21/12

REG: [redacted]

Case: 73560019

We are disputing this charge back, here is a copy of the client's signed payment form.

Thank you.

Sandra Hanley

Tuesday, June 26th, 2012

Re: [redacted]

Case# 73560019

Our position is that the charge back is invalid.

1) Client did not provide dates
2) All services were rendered as described
3) Client did not contact us in order to notify us of her concerns.

Thank you,

Sandra Hanley

801-913-5704

Monday, July 09, 2012

RE [redacted]

Case # 73560019 and 73559989

All services were delivered to [redacted] as described Ms [redacted] paid for analysis, document preparation and negotiation services This is the service that was provided She was never promised or guaranteed a reduction in mortgage payments Furthermore, Ms [redacted] has not contacted us in order to resolve this problem with us directly

Thank you,

Sandra Hanley

Sandra Hanley

801-913-5704

September 24, 2012

RE: Chargeback for [redacted]

Case # 106083505

This charge is not for a recurring service but a payment plan for services. The client contacted us to request a refund but no credit was promised. No credit is due to the client.

Thank you,

Sandra Hanley

801-913-5704

January 30, 2013

RE: Chargeback - [redacted]

Case # 10907490 and 109074796

[redacted] retained our services and signed a payment form. This charge was authorized by the card holder.

Thank you,

Sandra Hanley

801-913-5704

DocuSign Envelope ID: 8303788D-881A-4D1F-98EB-CF5E89715C88

PREFERRED LAW

# Payment Form

Preferred Law Representative: Cristina Diaz de Leon

**Client Information:** [redacted]

☐ 1st Mortgage ☐ 2nd Mortgage ☐ Harp ☐ Emergency

Name: [redacted]

Phone:

E-mail:

Billing Address:

Physical Address: [redacted]

Visa ☐ MasterCard ☐ American Express ☐ Discover ☐

**Daily Limit on Card, If none write NONE: $________**

Card Number:

Expiration:

Code: [redacted]

Name of Bank: Wells Fargo

Phone number for Card Services: 800-869-3557

**Payment Schedule:**

| | Date | Amount |
|---|---|---|
| 1 | 10/31/12 | $ 325.00 |
| 2 | 11/24/12 | $ 325.00 |
| 3 | 12/31/12 | $ 650.00 |
| 4 | 01/28/13 | $ 650.00 |
| 5 | 02/ /13 | $ 650.00 |
| 6 | 03/26/13 | $ 650.00 |
| 7 | 04/26/13 | $ 650.00 |
| TOTAL | | $3,900.00 |

**ACH Payments**

Routing Number:

Bank of America

Account Number:

**Client's Signature:**

*Date:* 10/23/2012 *Sign here* ▶ [redacted]



Preferred Law, PLLC • 3035 S 700 E, Ste. 203 • Sandy, UT 84070
Phone: (888) 541-7445 • Fax: (888) 224-6524 • www.preferredlawteam.com

To whom it may concern;

I have attached the following documents:

-Signed Payment form

-Refund agreement and release

-Copy of refund check.

The payment form that is attached , which they signed states:

**Chargeback Policy: If you use your credit card to fund our services, YOU AGREE NOT TO CHARGEBACK YOUR CARD for any reason. If you are dissatisfied, you must follow the refund or return for credit policy and procedures set forth in our working agreement that you have signed. Preferred Law, PLLC does NOT GUARANTEE that we can bring you to a solution that you will necessarily agree with. In the event that you breach this clause and chargeback your credit card, you agree that liquidated damages fee of $250 shall be applied to your account in addition to all other remedies provided under Utah law.**

They were to follow the refund and return policy.

A refund was done for $1000.00, which they agreed upon, then proceeded to request a charge back for $650.00.

This goes against what they signed and agreed upon, therefore, we are requesting a reversal of the $650.00 chargeback.

Sincerely,
Shannon Martinez
Manager
801-638-1526

INTUIT_0001654
PX20 - 1176

Preferred Law
8180 S 700 E Ste 100
Sandy, UT 84070

1173

4/25 20 14 31-671/1240

PAY TO THE ORDER OF [redacted] $1,000—

One Thousand & 00/100 DOLLARS

Bank of the West
140 West 9000 South
Sandy UT 84070
801-562-9700

FOR

⑈001173⑈ ⑆124002735⑆ [redacted] 5859⑈

Att. SS

# Attachment SS

intuit.

## CHECK ONLY

### Agent Information

| Agent Office Name | Agent Office ID | Sales Rep Name | Sales Rep ID | Special Code | Agent Referral ID | Reference ID |
|---|---|---|---|---|---|---|
| 7 WEB PRO PREM CSQB | 1597 | WEB ELMO | 14573 | | | QB22512-204213595 |

### Merchant Business Information

| Legal Business Name | Doing Business As (DBA) | Business Entity Type | Business Industry |
|---|---|---|---|
| AM PROPERTY MANAGEMENT, LLC. | AM PROPERTY INC. | Corporation | Services, Wholesale & All Other |

**Products/Services Sold**

INVESTOR AND PROPERTY MANAGER. WE HELP CLIENTS GET INTO COST EFFICIENT LIVING SPACE AND LEASE OUT THE PROPERTY THEY OWN, GIVING THEM EXTRA PRIMARY INCOME. WE ALSO CONTRACT OUT MAINTENANCE/ IMPROVEMENT PROJECTS.

| Business Mailing Address | | | Business Location Address | | |
|---|---|---|---|---|---|
| [redacted] | | | [redacted] | | |
| **City** | **State** | **Postal Code** | **City** | **State** | **Postal Code** |
| SANDY | UT | [redacted] | SANDY | UT | [redacted] |

| Business Phone | Fax Number | | Business Establishment Date |
|---|---|---|---|
| 801-913-5704 | 888-224-6524 | 10/01/2011 | |

| Federal Tax ID | Applicant Email Address | Website URL | Contact Name |
|---|---|---|---|
| [redacted]8928 | CUSTOMERSERVICE@AMPROPERTYINC.COM | WWW.AMPROPERTYINC.COM | STEPHANIE MONTALBAN |

### Principal # 1 Information - Ownership Percentage: 50 %

| Last Name | First Name | Middle Initial | Date of Birth |
|---|---|---|---|
| MONTALBAN | STEPHANIE | | [redacted] |

| Residence Address | City | State | Postal Code | Rent/Own |
|---|---|---|---|---|
| [redacted] | INDIANAPOLIS | IN | [redacted] | RENT |

| Residence Establishment Date | Phone Number | Social Security Number | DL Number | DL State | DL Exp Date |
|---|---|---|---|---|---|
| | 801-913-5704 | [redacted] | | | |

### Merchant Equipment Information

| Equipt Id | Equipment | Cost | Plan | Type |
|---|---|---|---|---|
| 17 | | $ .00 | | |
| 143 | | $ .00 | | |

| PinPad | PinPad Cost |
|---|---|
| NO | - |

### Processing Information

**Terminal Processing**

% Swiped
% Keyed with Imprint
% Keyed without Imprint

**Business Type**

% Retail
% Restaurant
% Service

% Mail/Phone Order
% Internet
% Other

### Processing History

| Have you ever processed before? | If Yes, with whom? |
|---|---|
| NO | |

| Reason for leaving | Were you ever placed on CTMF? |
|---|---|
| | NO |

**Merchant Bank Account Information**

| Bank Name | Address | City | State | Postal Code | Phone Number |
|---|---|---|---|---|---|
| BANK OF THE WEST | | LOS ANGELES | CA | | 323-727-3605 |

| Routing Number | Account Number |
|---|---|
| 124002735 | [redacted]3732 |

**Credit Card Information**

| Cardholder Name | Account Number | Expiration Date |
|---|---|---|
| | | |

**Check Processing Information**

| Avg Mo Volume | Max Check Amt | No Of Checks/Mon | Avg Check Amt | Processing Option |
|---|---|---|---|---|
| $ 35,000.00 | $ 1,500.00 | 35 | $ 974.00 | QuickBooks only |

| % Checks Mailed-in/ DroppedOff | % Checks Over the Phone | Purchase Option | Scanner Name |
|---|---|---|---|
| 0 % | 100 % | Not available | |

| Monthly Fee | Return Fee | Declined Fee | Setup Fee | Mo Fee Waived |
|---|---|---|---|---|
| $ 19.95 | $ 10.00 | $ 0.00 | 0.00 | Yes |

| Mo Fee Months | Setup Fee Waived | Setup Fee Delayed | Setup Fee Delayed Months |
|---|---|---|---|
| 1 | Yes | No | 0 |

| All Fees Waived | All Fees Waived Months |
|---|---|
| Yes | 1 |

**Bankcard Processing Information**

| Average Ticket | Average Monthly V/MC Volume | Authorization Fee | Discount Rate |
|---|---|---|---|
| - | - | - | % |

| Customer Service Fee | Monthly Minimum | Setup Fee |
|---|---|---|
| - | - | - |

| Termination Fee | Termination Fee term | Software Fee | Software Fee Term |
|---|---|---|---|
| | | | |

**Travel And Entertainment Cards - Transaction Fee:**

| Card Type | Request Type | Account Number | Discount Rate |
|---|---|---|---|
| | | | |

**Check Guarantee & Debit Cards**

| Debit Transaction Fee | Debit Access Fee | Check Guarantee Transaction Fee | Check Guarantee Discount Rate | Check Guarantee Statement Fee | Check Guarantee Monthly Min | Check Guarantee Plan |
|---|---|---|---|---|---|---|
| - | $ 0.00 | $ 0.00 | 0.00 % | $ 0.00 | $ 0.00 | - |

| Gateway | Equipment Information | Processing Information |
|---|---|---|
| **Gateway Access Fee** | **Equipment Type** | **Processing Option** |
| - | - | |
| **Gateway Transaction Fee** | - | **Secondary Access Fee** |
| - | | $0.00 |

**Electronic Benefits**

| EBT Monthly Fee | EBT Transaction Fee | EBT FN Number |
|---|---|---|
| $ 0.00 | $ 0.00 | |

**Application Completion Date: 07/05/2012** **IP Address: 199.115.244.226**

PX20 - 1180

**From:** "Shannon Martinez" <smartinez@preferredlawteam.com>
**Date:** 19 Nov 2014 09:28:06 -0800
**To:** cb@intuit.com
**Subject:** Response to Case 120174638
**Attachments:** ZAPATA.REVERSAL.REQUEST.pdf

--
*---Thank you*

*--Shannon Martinez*
*Manager*

*American Home Loan Counselors*

*8180 S 700 E #110*
*Sandy UT 84070*

*801.386.5100 EXT 202*
*888.224.6524 FAX*
*Hours of operation Monday-Friday 9am-5pm (MST)*

Confidentiality Notice: This message, including any attachment(s), may contain confidential information protected by law. The information contained herein is for the sole use of the intended recipient(s). If you have received this message in error, please contact the sender at the e-mail address listed above and destroy all copies of the original message, including any attachments. Thank you.

Gmail by Google

Shannon Martinez <smartinez@preferredlawteam.com>

---

## Fwd: Case:120174638; Notice Type: Dispute Chargeback Debit Advice

1 message

---

**Customer Service** <customerservice@ampropertyinc.com> Thu, Nov 6, 2014 at 10:10 AM
To: smartinez@preferredlawteam.com, VerNeita Clark <vclark@preferredlawteam.com>

---------- Forwarded message ----------
From: <Payments@intuit.com>
Date: Nov 6, 2014 9:48 AM
Subject: Case:120174638; Notice Type: Dispute Chargeback Debit Advice
To: <CUSTOMERSERVICE@ampropertyinc.com>
Cc:

Respond now to challenge a chargeback

intuit QuickBooks. Payments

November 06, 2014

Dear Stephanie Montalban:

One of your customers has disputed a charge you processed, and the bank that issued your customer's credit card has filed a chargeback for the following transaction:

| | |
|---|---|
| **Cardholder Number:** | [redacted] |
| **Chargeback Amount:** | $650.00 |
| **Transaction Date:** | 09/16/2014 |
| **Chargeback Date:** | 10/17/2014 |
| **Respond By Date:** | 11/21/2014 |
| **Chargeback Reason:** | Services Not Rendered or Merchandise Not Received |
| **Message:** | |

When your customer's bank filed this chargeback, credit card association rules required us to debit your bank account for the amount of this transaction and grant the cardholder a temporary credit. So do NOT issue a refund.

We know chargebacks can be painful, and we're here to help you respond.

### What you need to do

If you accept this chargeback, do nothing.

To challenge the chargeback, complete the following steps by *11/21/2014*:

1. Write and sign a letter of explanation.
2. Gather copies of all documents relating to this transaction, like: invoice, proof of delivery, agreements, terms and conditions, and so on.

Do NOT include photocopies of the cardholder's identification or credit card

3. Send this information to us in one of the following ways:
   - **Click here** to email this document to us.
   - Or fax it to **818-436-8988** (using this letter as your cover sheet).

When you respond, you'll get a confirmation, and we'll keep you informed until this case is settled.

To learn more, read about **how chargeback disputes work** and **how to avoid chargebacks**.

Thanks,

The Payments Team

***Fee Note:*** *Even if we successfully reverse this chargeback, you still must pay a chargeback fee. The chargeback fee isn't a penalty fee. It's a processing fee for handling this issue on your behalf.*

**Case Number: 120174638**

This message was sent to inform you that your bank account has been debited for a chargeback. Please note that if you have chosen not to receive promotional messages, that choice does not apply to important messages that could affect your service or software, or that are required by law.

Intuit respects your privacy. To learn more, read our Privacy Statement.
If you receive a suspicious email, please Report it. Visit Security to find out more.
© 2014 Intuit Inc., 21215 Burbank Blvd., Suite 100, Woodland Hills, CA 91367

# PREFERRED LAW

To whom it may concern;

I have attached the following documents:

-Signed payment form

-Confirmation email

The payment form that is attached, which the client signed states:

Chargeback Policy: as described in the "Limited Services Agreement," If you use your credit card to fund our services, YOU AGREE NOT TO CHARGEBACK YOUR CARD for any reason. If you are dissatisfied, you must follow the refund or return for credit policy and procedures set forth in our working agreement that you have signed. Preferred Law, PLLC does NOT GUARANTEE that we can reach a solution that will necessarily be one you agree with. In the event that you breach this clause and chargeback your credit card, you agree that liquidated damages of $250 shall be applied to your accout in addition to all other remedies provided in the "Limited Services Agreement" and under Utah Law.

The chargeback goes against what they signed and agreed upon; therefore, we are requesting a reversal of the $650.00 chargeback.

Sincerely,
Shannon Martinez
Manager
801-638-1526

PREFERRED LAW, PLLC • 2825 E COTTONWOOD PKWY • STE 500 • SALT LAKE CITY, UT 84121
Phone: (888) 980-7457 • Fax: (888) 334-7255 • www.preferredlawteam.com

smartsheet

**Sheet Name :** Preferred Law Status: HOLD

**Title:** [redacted]
**Comments:** Hello,

I am contacting you on behalf of the billing department at Preferred Law to remind you of the following payment that will be processed according to your payment agreement:

Amount Processed $650.00

This will be processed through your bank information that you have provided to us Tuesday September 16, 2014 and will be listed on your bank statement as one of the following:

* AM Property Management
* Preferred Law
* FMG Partners

If you have any questions regarding this payment please give the billing department a call at the number below. We need to have a call before the day the payment comes out if there are any questions or if different payment arrangements are necessary.

Please remember our Chargeback Policy: As described in the "limited Services Agreement" If you use your credit card to fund our services. YOU AGREE NOT TO CHARGEBACK YOUR CARD for any reason. If you are dissatisfied, you must follow the refund or return for credit policy and procedures set forth in our working agreement that you have signed. In the event that you breach this clause and chargeback your credit card, you agree that liquidated damages of $250 shall be applied to your Account in addition to all other remedies provided in the "Limited Services Agreement" and under Utah law.

Thank you,
VerNeita Clark
Preferred Law
801-386-5100 ext 232
vclark@preferredlawteam.com on 09/15/14 1:22 PM

---

Printed on November 7, 2014 12:39:00 PM MST by smartinez@preferredlawteam.com

# Attachment TT

## CREDIT CARD ONLY

### Agent Information

| Agent Office Name | Agent Office ID | Sales Rep Name | Sales Rep ID | Special Code | Agent Referral ID | Reference ID |
|---|---|---|---|---|---|---|
| DIAL IPD | 56060 | INTUIT MARKETING | 75344 | | 0D5B1800-C | QB54E46-205993385 |

### Merchant Business Information

| Legal Business Name | Doing Business As (DBA) | Business Entity Type | Business Industry |
|---|---|---|---|
| PREFERRED LAW | PREFERRED LAW | LLC | Services, Wholesale & All Other |

**Products/Services Sold**

LEGAL SERVICES, ATTORNEYS

| Business Mailing Address | | | Business Location Address | | |
|---|---|---|---|---|---|
| 8180 SOUTH 700 EAST SUITE 110 | | | 8180 SOUTH 700 EAST SUITE 110 | | |
| **City** | **State** | **Postal Code** | **City** | **State** | **Postal Code** |
| SANDY | UT | 84070 | SANDY | UT | 84070 |

| Business Phone | Fax Number | Business Establishment Date | |
|---|---|---|---|
| 801-386-5100 | -- | 01/01/1754 | |
| **Federal Tax ID** | **Applicant Email Address** | **Website URL** | **Contact Name** |
| [redacted]1720 | BILLING@PREFERREDLAWTEAM.COM | | BENJAMIN HORTON |

### Principal # 1 Information - Ownership Percentage: 100 %

| Last Name | First Name | Middle Initial | Date of Birth |
|---|---|---|---|
| HORTON | BENJAMIN | | [redacted] |

| Residence Address | City | State | Postal Code | Rent/Own |
|---|---|---|---|---|
| 8180 SOUTH 700 EAST | SANDY | UT | 84070 | RENT |

| Residence Establishment Date | Phone Number | Social Security Number | DL Number | DL State | DL Exp Date |
|---|---|---|---|---|---|
| | 801-386-5100 | [redacted] | | | |

### Merchant Equipment Information

| Equipt Id | Equipment | Cost | Plan | Type |
|---|---|---|---|---|
| 17 | | $ .00 | | |
| 143 | | $ .00 | | |

| PinPad | PinPad Cost |
|---|---|
| NO | - |

### Processing Information

**Terminal Processing**

| | |
|---|---|
| 0 | % Swiped |
| 0 | % Keyed with Imprint |
| 100 | % Keyed without Imprint |

**Business Type**

| | | | |
|---|---|---|---|
| 100 | % Retail | 0 | % Mail/Phone Order |
| 0 | % Restaurant | 0 | % Internet |
| 0 | % Service | 0 | % Other |

### Processing History

| Have you ever processed before? | If Yes, with whom? |
|---|---|
| NO | |
| **Reason for leaving** | **Were you ever placed on CTMF?** |
| | NO |

### Merchant Bank Account Information

| Bank Name | Address | City | State | Postal Code | Phone Number |
|---|---|---|---|---|---|
| BANK OF THE WEST | PO BOX 87003 | LOS ANGELES | CA | 70039-0087 | 323-727-3605 |

| Routing Number | Account Number |
|---|---|
| | |

124002735 [redacted]5859

## Credit Card Information

| Cardholder Name | Account Number | Expiration Date |
|---|---|---|

## Check Processing Information

| Avg Mo Volume | Max Check Amt | No Of Checks/Mon | Avg Check Amt | Processing Option |
|---|---|---|---|---|
| - | - | | - | Not Selected |

| % Checks Mailed-in/ DroppedOff | % Checks Over the Phone | Purchase Option | Scanner Name |
|---|---|---|---|
| % | % | Not available | |

| Monthly Fee | Return Fee | Declined Fee | Setup Fee | Mo Fee Waived |
|---|---|---|---|---|
| - | - | - | - | No |

| Mo Fee Months | Setup Fee Waived | Setup Fee Delayed | Setup Fee Delayed Months |
|---|---|---|---|
| | No | No | |

| All Fees Waived | All Fees Waived Months |
|---|---|
| No | |

## Bankcard Processing Information

| Average Ticket | Average Monthly V/MC Volume | Authorization Fee | Discount Rate |
|---|---|---|---|
| $ 500.00 | $ 10,000.00 | $ .29 | 1.69 % |

| Customer Service Fee | Monthly Minimum | Setup Fee |
|---|---|---|
| $ 19.95 | $ 0.00 | $ 0.00 |

| Termination Fee | Termination Fee term | Software Fee | Software Fee Term |
|---|---|---|---|
| 0.00 | 0 | 0.00 | 0 |

**Travel And Entertainment Cards - Transaction Fee: 0.29**

| Card Type | Request Type | Account Number | Discount Rate |
|---|---|---|---|
| AmericanExpress | Apply American Express OnePoint | N/A | Determined by Card Company |
| JCB | DontApply | N/A | Determined by Card Company |
| Discover | DontApply | N/A | Determined by Card Company |
| DinersClub | DontApply | N/A | Determined by Card Company |

## Check Guarantee & Debit Cards

| Debit Transaction Fee | Debit Access Fee | Check Guarantee Transaction Fee | Check Guarantee Discount Rate | Check Guarantee Statement Fee | Check Guarantee Monthly Min | Check Guarantee Plan |
|---|---|---|---|---|---|---|
| $ 0.00 | $ 0.00 | - | 0.00 % | $ 0.00 | $ 0.00 | - |

## Gateway / Equipment Information / Processing Information

| Gateway Access Fee | Equipment Type | Processing Option |
|---|---|---|
| $ 0.00 | - | QuickBooks & Go Payment |
| **Gateway Transaction Fee** | - | **Secondary Access Fee** |
| $ 0.00 | | $0.00 |

## Electronic Benefits

| EBT Monthly Fee | EBT Transaction Fee | EBT FN Number |
|---|---|---|
| $ 0.00 | $ 0.00 | |

**Application Completion Date: 03/25/2013** **IP Address: 173.10.23.2**

**Merchant Account** [redacted]6953 : PREFERRED LAW
**Case Number: 112318258**

| Field Changed | Value Before Change | Value After Change |
|---|---|---|
| Email | BILLING@PREFERREDLAWTEAM.COM | SHANLEY@PREFERREDLAWTEAM.COM |

# FAX

| | |
|---|---|
| **From:** | Preferred Law, PLLC |
| **Return Fax:** | (888)334-7255 |
| **Attention To:** | Intuit |
| **Regarding:** | Account Setup and Maintenance |

Principal and Owner: Benjamin R. Horton
Account Holder: Preferred Law, PLLC
Merchant No.: [redacted]6953
Name of Person to be added: Shannon Martinez
E-mail address of Person to be added: smartinez@preferredlawteam.com
Phone Number of Preferred Law, PLLC: (801) 386-5100

PREFERRED LAW

October 9, 2013

Intuit
Attn: Account Setup & Maintenance

Delivered via Fax: (818) 301-2158

RE: Addition of Account User – Shannon Martinez

Dear Sir or Madam:

My name is Benjamin Horton. I am the owner and principal of Preferred Law, PLLC. This letter is intended to add a user to the account for Preferred Law, PLLC.

| | |
|---|---|
| Principal and Owner: | Benjamin R. Horton |
| Account Holder: | Preferred Law, PLLC |
| Merchant No.: | [redacted]6953 |
| Name of Person to be added: | Shannon Martinez |
| E-mail address of Person to be added: | smartinez@preferredlawteam.com |
| Phone Number of Preferred Law, PLLC: | (801) 386-5100 |

Please e-mail me at benhortonesq@yahoo.com if you need anything else. Thank you.

Cordially,

Benjamin R. Horton
Principal and Owner
Preferred Law, PLLC

# Attachment UU

intuit

# CARD AND CHECK

**Agent Information**

| Agent Office Name | Agent Office ID | Sales Rep Name | Sales Rep ID | Special Code | Agent Referral ID | Reference ID |
|---|---|---|---|---|---|---|
| ATTACH IPD | 56978 | INTUIT MARKETING | 80118 | | | B5EC2-12001044121 |

**Merchant Business Information**

| Legal Business Name | Doing Business As (DBA) | Business Entity Type | Business Industry |
|---|---|---|---|
| Preferred Law | Preferred Law | Limited Liability Corp | Services, Wholesale & All Other |

**Products/Services Sold**

Miscellaneous General Services

| Business Mailing Address | | | Business Location Address | | |
|---|---|---|---|---|---|
| 41 west 9000 south | | | 41 west 9000 south | | |
| **City** | **State** | **Postal Code** | **City** | **State** | **Postal Code** |
| sandy | UT | 84070 | sandy | UT | 84070 |

| Business Phone | Fax Number | Business Establishment Date |
|---|---|---|
| 801-913-5504 | -- | 01/24/2017 |

| Federal Tax ID | Applicant Email Address | Website URL | Contact Name |
|---|---|---|---|
| [redacted]1720 | jhanley@preferredlaw team.com | | Jonathan Hanley |

**Principal # 1 Information - Ownership Percentage: %**

| Last Name | First Name | Middle Initial | Date of Birth |
|---|---|---|---|
| Hanley | Jonathan | | [redacted] |

| Residence Address | City | State | Postal Code | Rent/Own |
|---|---|---|---|---|
| [redacted] | sandy | UT | [redacted] | RENT |

| Residence Establishment Date | Phone Number | Social Security Number | DL Number | DL State | DL Exp Date |
|---|---|---|---|---|---|
| | 801-913-5504 | [redacted] | | | |

**Merchant Equipment Information**

| Equipt Id | Equipment | Cost | Plan | Type |
|---|---|---|---|---|
| 17 | | $ .00 | | |
| 143 | | $ .00 | | |

| PinPad | PinPad Cost |
|---|---|
| NO | - |

**Processing Information**

| Terminal Processing | | Business Type | | | |
|---|---|---|---|---|---|
| 0 | % Swiped | 100 | % Retail | 0 | % Mail/Phone Order |
| 0 | % Keyed with Imprint | 0 | % Restaurant | 0 | % Internet |
| 100 | % Keyed without Imprint | 0 | % Service | 0 | % Other |

**Processing History**

| Have you ever processed before? | If Yes, with whom? |
|---|---|
| NO | |
| **Reason for leaving** | **Were you ever placed on CTMF?** |
| | NO |

## Merchant Bank Account Information

| Bank Name | Address | City | State | Postal Code | Phone Number |
|---|---|---|---|---|---|
| JPMORGAN CHASE | 2ND FLOOR | TAMPA | FL | 33610 | 800-677-7477 |

| Routing Number | Account Number |
|---|---|
| 124001545 | [redacted]2192 |

## Credit Card Information

| Cardholder Name | Account Number | Expiration Date |
|---|---|---|
| | | 01/24/2017 |

## Check Processing Information

| Avg Mo Volume | Max Check Amt | No Of Checks/Mon | Avg Check Amt | Processing Option |
|---|---|---|---|---|
| $ 5,000.00 | $ 500.00 | 10 | $ 500.00 | QuickBooks only |

| % Checks Mailed-in/ DroppedOff | % Checks Over the Phone | Purchase Option | Scanner Name |
|---|---|---|---|
| 50 % | 50 % | Not available | |

| Monthly Fee | Return Fee | Declined Fee | Setup Fee | Mo Fee Waived |
|---|---|---|---|---|
| $ 0.00 | $ 10.00 | $ 0.00 | 0.00 | No |

| Mo Fee Months | Setup Fee Waived | Setup Fee Delayed | Setup Fee Delayed Months |
|---|---|---|---|
| 0 | No | No | 0 |

| All Fees Waived | All Fees Waived Months |
|---|---|
| No | 0 |

## Bankcard Processing Information

| Average Ticket | Average Monthly V/MC Volume | Authorization Fee | Discount Rate |
|---|---|---|---|
| $ 500.00 | $ 5,000.00 | $ .25 | 1.45 % |

| Customer Service Fee | Monthly Minimum | Setup Fee |
|---|---|---|
| $ 20.00 | $ 0.00 | $ 0.00 |

| Termination Fee | Termination Fee term | Software Fee | Software Fee Term |
|---|---|---|---|
| 0.00 | 0 | 0.00 | 0 |

## Travel And Entertainment Cards - Transaction Fee: 0.25

| Card Type | Request Type | Account Number | Discount Rate |
|---|---|---|---|
| AmericanExpress | Apply American Express OnePoint | N/A | Determined by Card Company |

## Check Guarantee & Debit Cards

| Debit Transaction Fee | Debit Access Fee | Check Guarantee Transaction Fee | Check Guarantee Discount Rate | Check Guarantee Statement Fee | Check Guarantee Monthly Min | Check Guarantee Plan |
|---|---|---|---|---|---|---|
| $ 0.00 | $ 0.00 | - | 0.00 % | $ 0.00 | $ 0.00 | - |

## Gateway

**Gateway Access Fee**

$ 0.00

**Gateway Transaction Fee**

-

## Equipment Information

**Equipment Type**

-

-

## Processing Information

**Processing Option**

QuickBooks & Web store & Go Payment & Hosted PayPage

**Secondary Access Fee**

$ 0.00

## Electronic Benefits

| EBT Monthly Fee | EBT Transaction Fee | EBT FN Number |
|---|---|---|
| $ 0.00 | $ 0.00 | |

☑ I Agree I acknowledge that I have read the Merchant Agreement, and I understand and accept all of its terms and conditions. I understand that upon my acceptance, the Merchant Agreement, together with my submitted application, will constitute a binding agreement between Bank, Innovative Merchant Solutions (IMS) and myself with the same force and effect as if I had executed a written agreement. I understand that it is my obligation to obtain and retain a current, complete and correct copy of the Merchant Agreement and to periodically view the Merchant Agreement at www.innovativeagreement.com to review any changes to the Merchant Agreement.

☑ I Agree I represent that I have read and am authorized to sign and submit this application for the above entity which agrees to be bound by the American Express Card Acceptance Agreement (Agreement) and that all information provided herein is true, complete, and accurate. I authorize Innovative Merchant Solutions and American Express Travel Related Services Company (AXP) and AXP's agents and affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer agencies, and disclose such information to their agent, subcontractors, Affiliates and other parties for any purpose permitted by law. I authorize and direct Innovative Merchant Solutions and AXP agents and Affiliates to inform me directly, or through the entity above, of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize AXP to use the reports from consumer reporting agencies for marketing and administrative purposes. I understand that upon AXP's approval of the application, the entity will be the Agreement and materials welcoming it, either to AXP's program for IMS to perform services for AXP or in AXP's standard Card Acceptance program which has different servicing terms (e.g. different speeds of pay and servicing). I understand that if the entity does not qualify for the IMS servicing program, that the entity may be enrolled in AXP's standard Card Acceptance program, and the entity may terminate the Agreement. By accepting the American Express card for the purchase of good and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the Agreement.

☑ I Agree I declare under penalty of perjury under the laws of the state of California and under the laws of the state in which my Business is located that all of the information contained in this Merchant Application and Agreement and all attachments thereto are true, correct, and complete. I, the merchant, authorize Bank/IMS to investigate and confirm the information contained herein and hereby certify that all of the information provided, including Merchant's legal status, is true, correct, and complete. I hereby authorize Bank/IMS to utilize credit bureau/reporting agencies and/or its own agents for purposes of verifying the accuracy of any information provided by me and for purposes of assessing and monitoring my credit status. I authorize all credit bureau reporting agencies to release any information they may have pertaining to me to Bank/IMS. This agreement may only be modified as approved in writing by authorized officer of the Bank and the corporate office of IMS. No other representative of Bank or IMS is authorized to make any verbal or written modification to this agreement. EARLY TERMINATION FEE: Only sign this application if you are applying for NEW credit card processing with IMS. If Merchant is approved and the Merchant Account is signed and approved by Bank, and Merchant exercises its option at Merchant's sole discretion to terminate the Merchant Agreement on or before the six (6) month anniversary of approval, Merchant will be charged a $395 termination fee. If Merchant exercises its option to terminate the Merchant Agreement at any time after the six (6) month anniversary of approval, Merchant will be charged a $295 termination fee.

☑ I Agree I understand that Innovative Merchant Solutions requires that the duties and obligations of Merchant (as defined in the Merchant Agreement) be guaranteed and that Innovative Merchant Solutions would not enter into the Merchant Agreement absent such a guarantee. As a primary inducement to Bank and IMS to enter into this Agreement with Merchant, I agree that in addition to obligating myself to abide by all of the terms of the Merchant Agreement, I unconditionally and irrevocably guarantee the continuing full and faithful performance and payment by Merchant and Guarantors of each of its duties and obligations to Innovative Merchant Solutions and its Bank pursuant to the Merchant Agreement, as it now exists or is amended from time to time, with or without notice, and whether or not Guarantor has received notice of any amendment. I understand further that Innovative Merchant Solutions and its Bank may proceed directly against Guarantor or any other person or entity responsible for the performance of this Agreement without first exhausting its remedies against any other person or entity responsible therefore to do it, or any security held by Innovative Merchant Solutions, its Bank or Merchant. This guarantee will not be discharged or affected by my death, will bind all my heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any successor of Innovative Merchant Solutions and/or its Bank. I understand that the inducement to Innovative Merchant and its Bank to enter into the Merchant Agreement is consideration for this guarantee, and that this guarantee remains in full force and effect even if I receive no additional benefit from the guarantee.

**Application Completion Date: 01/24/2017** **IP Address: -**

Att. VV

# Attachment VV

intuit.

# CARD AND CHECK

## Agent Information

| Agent Office Name | Agent Office ID | Sales Rep Name | Sales Rep ID | Special Code | Agent Referral ID | Reference ID |
|---|---|---|---|---|---|---|
| ATTACH IPD | 56978 | INTUIT MARKETING | 80118 | | | 36D2B-12001053973 |

## Merchant Business Information

| Legal Business Name | Doing Business As (DBA) | Business Entity Type | Business Industry |
|---|---|---|---|
| American Home Loans, LLC | American Home Loans, LLC | Limited Liability Corp | B2B |

**Products/Services Sold**

Professional Services

| Business Mailing Address | | | Business Location Address | | |
|---|---|---|---|---|---|
| 41 WEst 9000 S | | | 41 WEst 9000 S | | |
| **City** | **State** | **Postal Code** | **City** | **State** | **Postal Code** |
| Sandy | UT | 84070 | Sandy | UT | 84070 |

| Business Phone | Fax Number | Business Establishment Date |
|---|---|---|
| 801-913-5504 | -- | 01/27/2017 |

| Federal Tax ID | Applicant Email Address | Website URL | Contact Name |
|---|---|---|---|
| [redacted]0550 | jhanley@americanhome loans.com | | Jonathan Hanley |

## Principal # 1 Information - Ownership Percentage: %

| Last Name | First Name | Middle Initial | Date of Birth |
|---|---|---|---|
| Hanley | Jonathan | | [redacted] |

| Residence Address | City | State | Postal Code | Rent/Own |
|---|---|---|---|---|
| 41 WEst 9000 S | Sandy | UT | 84070 | RENT |

| Residence Establishment Date | Phone Number | Social Security Number | DL Number | DL State | DL Exp Date |
|---|---|---|---|---|---|
| | 801-913-5504 | [redacted] | | | |

## Merchant Equipment Information

| Equipt Id | Equipment | Cost | Plan | Type |
|---|---|---|---|---|
| 17 | | $ .00 | | |
| 143 | | $ .00 | | |

| PinPad | PinPad Cost |
|---|---|
| NO | - |

## Processing Information

| Terminal Processing | | Business Type | | | |
|---|---|---|---|---|---|
| 0 | % Swiped | 100 | % Retail | 0 | % Mail/Phone Order |
| 0 | % Keyed with Imprint | 0 | % Restaurant | 0 | % Internet |
| 100 | % Keyed without Imprint | 0 | % Service | 0 | % Other |

## Processing History

| Have you ever processed before? | If Yes, with whom? |
|---|---|
| NO | |
| **Reason for leaving** | **Were you ever placed on CTMF?** |
| | NO |

### Merchant Bank Account Information

| Bank Name | Address | City | State | Postal Code | Phone Number |
|---|---|---|---|---|---|
| JPMORGAN CHASE | 2ND FLOOR | TAMPA | FL | 33610 | 800-677-7477 |

| Routing Number | Account Number |
|---|---|
| 124001545 | [redacted]8202 |

### Credit Card Information

| Cardholder Name | Account Number | Expiration Date |
|---|---|---|
| | | 01/27/2017 |

### Check Processing Information

| Avg Mo Volume | Max Check Amt | No Of Checks/Mon | Avg Check Amt | Processing Option |
|---|---|---|---|---|
| $ 5,000.00 | $ 500.00 | 10 | $ 500.00 | QuickBooks only |

| % Checks Mailed-in/ DroppedOff | % Checks Over the Phone | Purchase Option | Scanner Name |
|---|---|---|---|
| 50 % | 50 % | Not available | |

| Monthly Fee | Return Fee | Declined Fee | Setup Fee | Mo Fee Waived |
|---|---|---|---|---|
| $ 0.00 | $ 10.00 | $ 0.00 | 0.00 | No |

| Mo Fee Months | Setup Fee Waived | Setup Fee Delayed | Setup Fee Delayed Months |
|---|---|---|---|
| 0 | No | No | 0 |

| All Fees Waived | All Fees Waived Months |
|---|---|
| No | 0 |

### Bankcard Processing Information

| Average Ticket | Average Monthly V/MC Volume | Authorization Fee | Discount Rate |
|---|---|---|---|
| $ 500.00 | $ 5,000.00 | $ .25 | 1.4 % |

| Customer Service Fee | Monthly Minimum | Setup Fee |
|---|---|---|
| $ 20.00 | $ 0.00 | $ 0.00 |

| Termination Fee | Termination Fee term | Software Fee | Software Fee Term |
|---|---|---|---|
| 0.00 | 0 | 0.00 | 0 |

**Travel And Entertainment Cards - Transaction Fee: 0.25**

| Card Type | Request Type | Account Number | Discount Rate |
|---|---|---|---|
| AmericanExpress | Apply American Express OnePoint | N/A | Determined by Card Company |

### Check Guarantee & Debit Cards

| Debit Transaction Fee | Debit Access Fee | Check Guarantee Transaction Fee | Check Guarantee Discount Rate | Check Guarantee Statement Fee | Check Guarantee Monthly Min | Check Guarantee Plan |
|---|---|---|---|---|---|---|
| $ 0.00 | $ 0.00 | - | 0.00 % | $ 0.00 | $ 0.00 | - |

### Gateway

**Gateway Access Fee**

$ 0.00

**Gateway Transaction Fee**

-

### Equipment Information

**Equipment Type**

-

-

### Processing Information

**Processing Option**

QuickBooks & Web store & Go Payment & Hosted PayPage

**Secondary Access Fee**

$ 0.00

### Electronic Benefits

| EBT Monthly Fee | EBT Transaction Fee | EBT FN Number |
|---|---|---|
| $ 0.00 | $ 0.00 | |

☑ I Agree I acknowledge that I have read the Merchant Agreement, and I understand and accept all of its terms and conditions. I understand that upon my acceptance, the Merchant Agreement, together with my submitted application, will constitute a binding agreement between Bank, Innovative Merchant Solutions (IMS) and myself with the same force and effect as if I had executed a written agreement. I understand that it is my obligation to obtain and retain a current, complete and correct copy of the Merchant Agreement and to periodically view the Merchant Agreement at www.innovativeagreement.com to review any changes to the Merchant Agreement.

☑ I Agree I represent that I have read and am authorized to sign and submit this application for the above entity which agrees to be bound by the American Express Card Acceptance Agreement (Agreement) and that all information provided herein is true, complete, and accurate. I authorize Innovative Merchant Solutions and American Express Travel Related Services Company (AXP) and AXP's agents and affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer agencies, and disclose such information to their agent, subcontractors, Affiliates and other parties for any purpose permitted by law. I authorize and direct Innovative Merchant Solutions and AXP agents and Affiliates to inform me directly, or through the entity above, of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize AXP to use the reports from consumer reporting agencies for marketing and administrative purposes. I understand that upon AXP's approval of the application, the entity will be the Agreement and materials welcoming it, either to AXP's program for IMS to perform services for AXP or in AXP's standard Card Acceptance program which has different servicing terms (e.g. different speeds of pay and servicing). I understand that if the entity does not qualify for the IMS servicing program, that the entity may be enrolled in AXP's standard Card Acceptance program, and the entity may terminate the Agreement. By accepting the American Express card for the purchase of good and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the Agreement.

☑ I Agree I declare under penalty of perjury under the laws of the state of California and under the laws of the state in which my Business is located that all of the information contained in this Merchant Application and Agreement and all attachments thereto are true, correct, and complete. I, the merchant, authorize Bank/IMS to investigate and confirm the information contained herein and hereby certify that all of the information provided, including Merchant's legal status, is true, correct, and complete. I hereby authorize Bank/IMS to utilize credit bureau/reporting agencies and/or its own agents for purposes of verifying the accuracy of any information provided by me and for purposes of assessing and monitoring my credit status. I authorize all credit bureau reporting agencies to release any information they may have pertaining to me to Bank/IMS. This agreement may only be modified as approved in writing by authorized officer of the Bank and the corporate office of IMS. No other representative of Bank or IMS is authorized to make any verbal or written modification to this agreement. EARLY TERMINATION FEE: Only sign this application if you are applying for NEW credit card processing with IMS. If Merchant is approved and the Merchant Account is signed and approved by Bank, and Merchant exercises its option at Merchant's sole discretion to terminate the Merchant Agreement on or before the six (6) month anniversary of approval, Merchant will be charged a $395 termination fee. If Merchant exercises its option to terminate the Merchant Agreement at any time after the six (6) month anniversary of approval, Merchant will be charged a $295 termination fee.

☑ I Agree I understand that Innovative Merchant Solutions requires that the duties and obligations of Merchant (as defined in the Merchant Agreement) be guaranteed and that Innovative Merchant Solutions would not enter into the Merchant Agreement absent such a guarantee. As a primary inducement to Bank and IMS to enter into this Agreement with Merchant, I agree that in addition to obligating myself to abide by all of the terms of the Merchant Agreement, I unconditionally and irrevocably guarantee the continuing full and faithful performance and payment by Merchant and Guarantors of each of its duties and obligations to Innovative Merchant Solutions and its Bank pursuant to the Merchant Agreement, as it now exists or is amended from time to time, with or without notice, and whether or not Guarantor has received notice of any amendment. I understand further that Innovative Merchant Solutions and its Bank may proceed directly against Guarantor or any other person or entity responsible for the performance of this Agreement without first exhausting its remedies against any other person or entity responsible therefore to do it, or any security held by Innovative Merchant Solutions, its Bank or Merchant. This guarantee will not be discharged or affected by my death, will bind all my heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any successor of Innovative Merchant Solutions and/or its Bank. I understand that the inducement to Innovative Merchant and its Bank to enter into the Merchant Agreement is consideration for this guarantee, and that this guarantee remains in full force and effect even if I receive no additional benefit from the guarantee.

**Application Completion Date: 01/27/2017** **IP Address: -**

Att. WW

# Attachment WW

- 000 8
000 00

# NEW MERCHANT APPLICATION

**1 MERCHANT INFORMATION**

| | |
|---|---|
| LEGAL/CORPORATE NAME: AM Property Management LLC | |
| DBA NAME (IF DIFFERENT THAN ABOVE): AM Property Management | DBA PHONE #: 801 913 5704 |
| CONTACT NAME: SANDRA HANLEY | DBA FAX #: 888-224 6524 |
| DBA ADDRESS 1 (NO PO BOX): [redacted] | CUSTOMER SERVICE PHONE #: |
| DBA ADDRESS 2: | PREVIOUS PROCESSOR: |
| CITY: SANDY STATE: UT ZIP CODE: [redacted] | YEAR ESTABLISHED: 2011 |
| EMAIL ADDRESS: CUSTOMERSERVICE@AMPROPERTYINC.COM | LENGTH OF CURRENT OWNERSHIP: YEARS 2 MONTHS |

**2 MAILING ADDRESS (IF DIFFERENT THAN ABOVE)**

| | | | |
|---|---|---|---|
| MAILING NAME: | | MAILING PHONE #: | |
| MAILING CONTACT: | | MAILING FAX #: | |
| MAILING ADDRESS: | CITY: | STATE: | ZIP CODE: |

**3 PRINCIPAL 1 INFORMATION (OWNER/PARTNER/OFFICER)**

☐ OWNER/PARTNER: PERCENTAGE OF OWNERSHIP % OR ☑ OFFICER: TITLE: MANAGER

| | | |
|---|---|---|
| FIRST NAME: Stephanie | MI: | LAST NAME: Montalban |
| HOME ADDRESS: [redacted] | | DOB: [redacted] |
| CITY: Indianapolis STATE: IN | ZIP CODE: [redacted] | HOME PHONE #: [redacted] |

PREVIOUS ADDRESS IF CURRENT ADDRESS IS LESS THAN 2 YEARS

| | | | |
|---|---|---|---|
| HOME ADDRESS: | CITY: | STATE: | ZIP CODE: |

**4 PRINCIPAL 2 INFORMATION**

☑ OWNER/PARTNER: PERCENTAGE OF OWNERSHIP 100 % OR ☐ OFFICER: TITLE:

| | | |
|---|---|---|
| FIRST NAME: AMPARO | MI: | LAST NAME: MONCAYO |
| HOME ADDRESS: [redacted] | | DOB: [redacted] |
| CITY: Cottonwood Hts STATE: UT | ZIP CODE: [redacted] | HOME PHONE #: [redacted] |

**OTHER MERCHANT INFORMATION**

| | |
|---|---|
| AVERAGE SALE AMOUNT: $ 700 | DESCRIPTION OF PRODUCT OR SERVICES OFFERED: property mgmt |
| TOTAL MONTHLY VISA/MC/DISC/UNIONPAY SALES: $ 100,000 | MCC: |

| | |
|---|---|
| CARD PRESENT (SWIPED) | 0 % |
| CARD PRESENT (NOT SWIPED) | 0 % |
| MAIL ORDER | 80 % |
| TELEPHONE ORDER | 20 % |
| INTERNET | 0 % |
| TOTAL | 100% |

WHEN DOES THE CUSTOMER RECEIVE THE PRODUCT OR SERVICE?
☑ SAME DAY ☐ IF NOT SAME DAY, # OF DAYS (INCLUDE SHIPPING TIME FRAME)
IS ANY PRODUCT DELIVERY OVER 1 YEAR? ☐ YES ☐ NO

FOR INTERNET TRANSACTIONS:
LIST THE PRODUCT WEBSITE:
"CONTACT US" EMAIL ADDRESS:

DO YOU OPERATE SEASONALLY: ☐ YES ■ NO IF YES, PLEASE CHECK MONTHS CLOSED

☐ JANUARY ☐ FEBRUARY ☐ MARCH ☐ APRIL ☐ MAY ☐ JUNE
☐ JULY ☐ AUGUST ☐ SEPTEMBER ☐ OCTOBER ☐ NOVEMBER ☐ DECEMBER

**FOR INTERNAL USE ONLY**

| | | | |
|---|---|---|---|
| ☑ NEW LOCATION ☐ ADDITIONAL LOCATION | EXISTING MID: | CHAIN #: | LOCATION 1 OF 1 |
| PORTFOLIO CODE: | FI: 0263 | AGENT: | BANK: 1739 |
| CLIENT GROUP #: 15 | ENTITY: 41263 | REP #: 14446 | AWB: |

STATEMENTS: ■ DBA OR ☐ MAILING OR ☐ W-9
SUPPLIES: ■ DBA OR ☐ MAILING OR ☐ W-9 OR ☐ SEE SPECIAL INSTRUCTIONS
RETRIEVALS: ☑ MAIL TO: ■ DBA ☐ MAILING OR ☐ FAX TO: ☐ DBA ☐ MAILING OR ☐ ONLINE CASE MANAGEMENT (OCM)
CHARGEBACKS: ☑ MAIL TO: ■ DBA ☐ MAILING ☐ FAX TO: ☐ DBA ☐ MAILING OR ☐ ONLINE CASE MANAGEMENT (OCM)
AUTO SETTLE: ☑ YES ☐ NO (CHAIN MERCHANTS ONLY — MUST INCLUDE CHAIN SET UP FORM)



USA-ALL-ELV-1111

000 9 000 08

**CARD ACCEPTANCE** (PLEASE CHECK EACH CARD YOU WISH TO ACCEPT)

☒ ALL VISA/MASTERCARD/UNIONPAY/DISCOVER CARDS (ICS, DI)

☐ VISA CREDIT ☐ VISA DEBIT ☐ MASTERCARD CREDIT ☐ MASTERCARD DEBIT ☐ DISCOVER (ICS, DI) ☐ UNIONPAY

**PRICING CATEGORY**

☐ RETAIL ☐ LODGING ☒ MOTO / INTERNET

☐ RESTAURANT ☐ SUPERMARKET ☐ ARU

**PRICING INFORMATION**

☒ AUTH FEE: $0.22

| ☒ TIERED* | RATE | PER ITEM |
|---|---|---|
| QUALIFIED | 2.29 % | $0.00 |
| MID QUALIFIED | 2.29 % | $0.00 |
| NON QUALIFIED | 3.89 % | $0.00 |
| OPT. ☐ CHECK CARD ☐ SPRUNT ☐ QPS/SMALL TKT | % | $ |
| OPT. REWARDS TIER | % | $ |
| OPT. COMMERCIAL CARD TIER | % | $ |

| ☐ ENHANCED IC PLUS* | | |
|---|---|---|
| CHECK CARD QUALIFIED | % | $ |
| QUALIFIED | % | $ |
| REWARDS QUALIFIED | % | $ |
| MID QUALIFIED | % | $ |
| COMMERCIAL NON QUALIFIED | % | $ |
| NON QUALIFIED | % | $ |

*RATES ARE FOR ALL CARD ACCEPTANCE TYPES SELECTED.

| ☐ DIFFERENTIAL PLUS* | RATE | PER ITEM |
|---|---|---|
| VISA – QUAL | % | $ |
| MASTERCARD – QUAL | % | $ |
| DISCOVER – QUAL | % | $ |
| UNIONPAY – QUAL | % | $ |
| NON-QUAL | % | ——— |

PRICING PROGRAM (REQUIRED FOR IDP):

☐ IC PLUS* % $

| OTHER AUTHORIZATIONS: | PER AUTH |
|---|---|
| VOICE – ARU (TOUCHTONE) | $0.78 |
| VOICE – OPERATOR ASSISTED | $0.90 |
| VOICE – AVS | $0.99 |
| VOICE – BANK REFERRAL | $4.00 |
| OTHER: | $ |

PIN DEBIT

| | |
|---|---|
| RATE (PLUS NETWORK/SWITCH FEE) | $ (PER ITEM) |
| IC PLUS/ASSOC | $ (PER AUTH) |

**FEES**

| ONE TIME FEE TYPE: | |
|---|---|
| APPLICATION FEE | $95 |
| INSTALLATION/TRAINING | $ |
| RUSH SHIPMENT | $ |
| OTHER: | $ |
| **MONTHLY FEE TYPE:** | |
| SUPPORT FEE | $ |
| STATEMENT FEE | $ |
| ☒ ELECTRONIC STATEMENT OR ☐ PAPER STATEMENT | |
| STATEMENT MAILING FEE (FOR PAPER STATEMENTS ONLY) | $5 |
| MINIMUM DISCOUNT | $25 |
| OTHER: | $ |
| **PER OCCURRENCE FEE TYPE:** | |
| CHARGEBACK FEE | $25 |
| RETURN ITEM (NSF) FEE | $20 |
| OTHER: | $ |
| OTHER: | $ |
| OTHER: | $ |

**AMERICAN EXPRESS**

☒ ONEPOINT CAP # MONTHLY VOLUME: $20,000 AMEX RATE: 3.50 % $ CARD NOT PRESENT DOWNGRADE: (APPLIES TO CERTAIN ACCEPTANCE TYPES) 0.30 %

**BANK ACCOUNT** (CHECKING ACCOUNTS ONLY)

| | | |
|---|---|---|
| DEPOSIT BANK NAME: Bank of the West | ABA/ROUTING #: 124002735 | DDA ACCOUNT #: [redacted]3732 |
| BILLING BANK NAME (IF DIFFERENT): | ABA/ROUTING #: | DDA ACCOUNT #: |

**POINT OF SALE (EQUIPMENT OR SOFTWARE)**

NETWORK: ☒ ELAVON ☐ OTHER

VAR SERVICE PROVIDER (HOSTED): VAR VENDOR (DISTRIBUTED): VAR PRODUCT: VAR VERSION: GATEWAY (OPTIONAL): AGGREGATOR:

PURCHASE OR LEASE

| QTY | POS DESCRIPTION | ITEM CODE | PURCHASE: PRICE PER UNIT | LEASE**: TERM MONTHLY | LEASE**: MONTHLY RATE PER UNIT | SOFTWARE/WIRELESS: WIRELESS SETUP PER UNIT | SOFTWARE/WIRELESS: MONTHLY FEE PER UNIT | SOFTWARE/WIRELESS: PER AUTH FEE |
|---|---|---|---|---|---|---|---|---|
| 1 | Virtual Merchant | VirMer | $299 | | $ | $ | $5.00 | $ |
| | | | $ | | $ | $ | $ | $ |
| | | | $ | | $ | $ | $ | $ |
| | | | $ | | $ | $ | $ | $ |

MERCHANT OWNED

| QTY | POS DESCRIPTION | ITEM CODE | REPROGRAM FEE PER UNIT | TERMINAL PIN PAD ENCRYPTION | SOFTWARE/WIRELESS: WIRELESS SETUP PER UNIT | SOFTWARE/WIRELESS: MONTHLY FEE PER UNIT | SOFTWARE/WIRELESS: PER AUTH FEE |
|---|---|---|---|---|---|---|---|
| | | | $ | ☐ | $ | $ | $ |
| | | | $ | ☐ | $ | $ | $ |
| | | | $ | ☐ | $ | $ | $ |

EXCHANGE/SPECIAL PROGRAMS

| QTY | POS DESCRIPTION | ITEM CODE | PRICE PER UNIT | | EQUIPMENT BACK FROM MERCHANT |
|---|---|---|---|---|---|
| | | | $ | USED | |

**PLEASE NOTE THAT ALL OWNERS MUST COMPLETE THIS SECTION [illegible] ALL APPLICABLE STATE AND LOCAL TAXES WILL BE APPLIED. ☐ SALES TAX EXEMPT

X____ THE LEASE IS A NON CANCELLABLE LEASE FOR THE FULL TERM OF MOS. TOTAL MONTHLY PAYMENT OF $ PLUS TAXES, IF APPLICABLE.

AUTHORIZATION FOR AUTOMATIC WITHDRAWAL OF MONTHLY PAYMENTS

Merchant hereby authorizes Elavon, through its Leasing division ("Lessor"), to automatically withdraw [illegible] payment and any amounts, including any and all taxes or other charges [illegible] in accordance with the lease, as applicable, by initiating debit entries to Merchant's account at the financial institution ("Bank") indicated below or such other financial institution used by Merchant [illegible]. A lease payment (whether paid by debit or other means) that is not honored by Bank [illegible] will be subject to a returned item service fee [illegible] by Lessor. This authorization shall remain in effect until Lessor [illegible] written notice from Merchant of its termination.

BANK NAME: ABA/ROUTING #: DDA ACCOUNT #:



USA-ALL-ELV-1111

PX20 - 1202

000 13

**SUBSTITUTE FORM W-9**

☐ SOLE PROPRIETOR ☐ PUBLIC CORP ☐ CLOSELY HELD CORP ☐ SUB S CORP ☐ GOVERNMENT ☐ GENERAL PARTNERSHIP
☐ LIMITED PARTNERSHIP ☐ TAX EXEMPT ORGANIZATION (INCLUDE DOCUMENTS THAT SUPPORT EXEMPT STATUS) ☐ OTHER (ASSN/ESTATE/TRUST)
☒ LIMITED LIABILITY COMPANY—TAX CLASSIFICATION (D=DISREGARDED ENTITY, C=CORPORATION, P=PARTNERSHIP): IF LLC, PLEASE INDICATE D, C OR P) C

NAME*: AM PROPERTY MANAGEMENT LLC

*NAME (OF BUSINESS) AS SHOWN ON YOUR BUSINESS INCOME TAX RETURN. FOR SOLE PROPRIETORS, THIS SHOULD ALWAYS BE THE OWNER'S NAME

ADDRESS: [redacted]

CITY: SANDY STATE: UT ZIP CODE: 84093 OR TIN (EMPLOYER ID #): EIN # [redacted] 8928

TIN (SOCIAL SECURITY #):

## 6 MERCHANT REPRESENTATIONS AND CERTIFICATIONS

Merchant Representations and Certifications. By signing below, the applicant merchant ("Merchant") and its representative(s) represent and warrant to Elavon, Inc. ("Elavon" or "Member" as applicable) with offices at 7300 Chapman Highway, Knoxville, TN [illegible] [illegible]

[illegible]

Under penalties of perjury, Merchant certifies that:

1. The number shown on this Merchant Application is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person. [illegible]

American Express Acceptance Agreement [illegible]

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | |
|---|---|---|---|
| SIGNATURE: [signature] | AMPARO MONCAYO | TITLE: OWNER | DATE: 12/29/11 |
| SIGNATURE: [signature] | PRINTED NAME: Stephanie Montalban | TITLE: Manager | DATE: 12/29/11 |

## 7 PERSONAL GUARANTY

[illegible]

| | | | |
|---|---|---|---|
| SIGNATURE: X [signature] | PRINTED NAME: Stephanie Montalban | SSN#: [redacted] | DATE: 12/29/11 |
| SIGNATURE: X [signature] | PRINTED NAME: AMPARO MONCAYO | SSN#: [redacted] | DATE: 12/29/11 |

**SALES REPRESENTATIVE USE ONLY**

To the best of my knowledge, I certify that the information provided in this Merchant Application was provided by the merchant and is true, complete and accurate. I further certify that the signatures were provided by the Merchant's owner(s) or officer(s), as applicable.

| | | | |
|---|---|---|---|
| SALES REP SIGNATURE: X [signature] | PRINTED NAME: Artis Shetty | REP ID #: 14446 | DATE: 12/30/11 |
| REP PHONE #: (623) 255-3337 | REP EMAIL: artis.shetty@elavon.com | | |

**FOR INTERNAL USE ONLY**

| | | |
|---|---|---|
| ACCEPTED BY ELAVON, INC.: | DATE: | v. USA-ALL-ELV-1111 |

| | | | |
|---|---|---|---|
| Case ID: | 171975 | UNITED STATES | |
| Merchant ID: | 8021666287 | | |
| Merchant Name: | AM PROPERTY MANAGEMENT | Language Code: | English |

000 19

000 19

**Case Comments**

*** 1/26/2012 4:44:14 PM - Lori Woods ***
setting account for closure due to TOB merchant helps people become qualified and find qualified tennants for homes, and helps credit repair services, also I am unable to verify business and owners of account, there are several discrepencies on the account and account has been reviewed and decision made to close the account, I have left a v/m msg for the owner to advise, will follow up ,

Current Reserve 0.00 Potential Loss 0.00

**Manager Approval** ______________ **VP Approval** ______________

Date of Approval ______________ Date of Approval ______________



PX20 - 1204

GPC 25

Elavon

7300 Chapman Highway
Knoxville, TN 37920-6612
1.800.725.1243

000 25

January 30, 2012

AM PROPERTY MANAGEMENT
[redacted]
SANDY, UT [redacted]

Re: AM PROPERTY MANAGEMENT
Elavon Merchant Account No. [redacted]6287

Dear AM PROPERTY MANAGEMENT:

Elavon has been evaluating its processing relationship with AM PROPERTY MANAGEMENT as it relates to credit card transaction processing services. Effective immediately, this merchant processing relationship is terminated and Elavon will no longer process credit card transactions for AM PROPERTY MANAGEMENT. In accordance with the Merchant Processing Agreement, either party shall have the right to terminate the agreement "at any time upon written notice given to the other" and shall become effective on the date specified by such notice.

Should you have questions regarding the above information, please contact Lori, the analyst managing your processing account, at 1.800.725.1243, extension 8404.

Sincerely,

Amy Skeen

Amy Skeen, Asst. Manager

cc: Merchant File

Att. XX

# Attachment XX

000 37

## Company Agreement

The information contained in this Company Application has been completed from information provided to us. Please check the contents carefully and contact your Elavon Sales Representative if the information is no longer accurate or otherwise needs amendment. This Company Application is part of your Agreement (as defined in the Terms of Service).

### 1) Company Information

**DBA Name** CONSUMER DEFENSE
**Contact Name** JONATHAN HANLEY
**DBA Address** 41 W 9000 S
Sandy UT 84070

**Corporate Name** CONSUMER DEFENSE
**Year Established** 2013
**Current Ownership** 4 years, 0 months
**DBA Phone #** 801 9135504
**Email Address** jhanley@consumerdefense.com

**Business Country of Origin** (Headquartered)
United States

**Geography Footprint** (Countries other than USA where licensed to do business)
N/A

**Business Scope of Operations** (Total number of locations in all countries including USA)
1

### 2) Statements / Retrievals / Chargebacks

**Chargebacks** Mail to: DBA
Fax to: DBA
Auto Send: Yes

**Statements** Electronic

**Retrievals** Mail to: DBA
Fax to: DBA
Auto Send: Yes

### 3) Main Principal

**Full Name** JONATHAN HANLEY
**Ownership Percent** 100%
**Phone Number** 1-801-9135504

**Private Residential Address** [redacted]
Sandy [redacted]
United States

**Date of Birth** [redacted]
**Responsible Party** Yes
**Email Address** jhanley@consumerdefense.com

**Primary Identification:** non-documentary

### 4) Additional Principals

not applicable

Elavon

000 38

## Company Agreement

### 5) Other Company Information

| | | | |
|---|---|---|---|
| **Average Sale Amount** | $ 600 | **Card Present** | 0% |
| **Monthly Card Sales (Non-Amex)** | $ 60000 | **Card Not Present** | 100% |
| **Description of Product/Service** | LAW FIRM/MORTGAGES | **Internet** | 0% |
| **Previous Processor** | | | |
| **MCC** | Law Offices (8111A) | | |
| **Customer Service Phone #** | 801 9135504 | | |

### 6) Bank Account(s)

| | | | |
|---|---|---|---|
| **Deposit Bank Name** | JPMorgan Chase Bank, National | | |
| **ABA/Routing #** | 124001545 | **DDA Account #** | [redacted]282 |

### 7) Card Acceptance and Pricing

**Pricing Category** Retail
**Pricing Method** Tiered
**Auth Fee** $0.005

**Cards (Non-Amex)** Discover (JCB, Diners, PayPal), MasterCard Credit, MasterCard Debit, Union Pay Credit, Visa Credit, Visa Debit

**Pricing***

| Tier | Rate | Per Item |
|---|---|---|
| Qualified | 1.69% | $0.20 |
| Reward | 1.99% | $0.20 |
| Mid Qualified | 1.99% | $0.20 |
| Non Qualified | 2.99% | $0.20 |

*Rates are for all Card Acceptance types selected. All Card Brand Assessments will be passed through to you at cost.

**American Express**

**Pricing**

| Tier | Rate | Per Item |
|---|---|---|
| Qualified | 2.20% | $0.22 |
| Mid Qualified | 3.30% | $0.22 |
| Non Qualified | 4.35% | $0.22 |

Elavon

# Company Agreement

## 8) Fees

| Type | Quantity | Amount | Frequency |
|---|---|---|---|
| Application Fee | 1 | $ 15 | One Time |
| PCI Program Fee | 1 | $ 10 | Monthly |
| Minimum Monthly Fee | 1 | $ 35 | Monthly |
| Reporting and Support Package | 1 | $ 12.99 | Monthly |
| Voice Auth Touchtone Fee | 1 | $ 0.85 | Per Occurrence |
| Voice Operator Assisted | 1 | $ 0.85 | Per Occurrence |
| Voice Referral | 1 | $ 0.85 | Per Occurrence |
| Voice Authorization with AVS | 1 | $ 0.85 | Per Occurrence |
| NSF Fee | 1 | $ 20 | Per Occurrence |
| Chargeback Fee | 1 | $ 25 | Per Occurrence |

## 9) Point of Sale

| Software | Quantity | Ownership Type | Details |
|---|---|---|---|
| Converge | 1 | N/A | $199 setup fee, $10 per month |

All applicable state and local taxes will be applied.

Elavon and Member have no responsibility for, and shall have no liability to Company in connection with, any hardware or software, or any related services. Company receives under a direct agreement (including any sale, warranty or end-user license agreement) between Company and a third party, including any Value Added Servicer, even if Elavon collects fees or other amounts from Company with respect to such hardware, software or services.

**Terminal Programming Instructions** None
**Training Included** Yes
**Rush Shipping Type** N/A

## 10) Substitute Form W-9

**Ownership Type** Limited Liability Company
**TIN (Employer ID #)** **-***2420
**Name** CONSUMER DEFENSE
**Address** 41 W 9000 S
Sandy UT 84070

## 11) Company Representations and Certifications

Elavon

000 10

# Company Agreement

Company Representations and Certifications. By signing below, the applicant company("Company") and its representative(s) represent and warrant to Elavon, Inc. ("Elavon" or "Member" as applicable), with offices at 7300 Chapman Highway, Knoxville, TN 37920 (collectively, "we" or "us") that (i) all information provided in this company application ("Company Application") is true and complete and properly reflects the business, financial condition, and principal partners, owners, or officers of Company; and (ii) the persons signing this Company Application are duly authorized to bind Company to all provisions of this Company Application and the Agreement. Further, by signing below, if leasing equipment, Company and its representative(s) agree that the Leased Equipment is subject to the terms and conditions set forth in the Terms of Service ("TOS") and have had an opportunity to review such terms. The signature by an authorized representative of Company on the Company Application, or the transmission of a Transaction Receipt or other evidence of a Transaction to us, shall be the Company's acceptance of and agreement to the terms and conditions contained in the Agreement including, without limitation, this Company Application, the TOS and the Operating Guide incorporated herein by this reference and located at our website at https://www.merchantconnect.com/CWRWeb/pdf/TOS_ENG.pdf and https://www.merchantconnect.com/CWRWeb/pdf/MOG_Eng.pdf, respectively. If Company does not have access to view the TOS or MOG at our website please contact our customer service center. Not withstanding any such non-receipt of the TOS or MOG, Company agrees to comply with the Agreement, and all applicable laws, rules, and regulations including the rules and regulations of the Payment Networks, and understands that failure to comply will result in termination of processing services. Capitalized terms shall, unless otherwise defined in this Company Application, have the same meaning ascribed to them in the TOS and MOG.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. This means we will ask for certain information and identifying documents to allow us to identify you. Company and its representative(s) authorize us prior to our acceptance of this Company Application and from time to time thereafter, to investigate the individual and business history and background of Company, each such representative and any other officers, partners, proprietors, and/or owners of Company, and to obtain credit reports or other background investigation reports on each of them that we consider necessary to review the acceptance and continuation of this Company Application. Company also authorizes any person or credit reporting agency to compile information to answer those credit inquiries and to furnish that information to us.

If leasing equipment, Company agrees to pay "Lessor" an annual fee in an amount not to exceed $50.00 for the administration, billing and tracking of certain taxes and charges related to the Leased Equipment. Company understands that if proof of insurance is not provided, an additional monthly amount will be charged to cover insurance, that leasing equipment may be more expensive than purchasing the same equipment outright. Company understands the lease is a NONCANCELLABLE and IRREVOCABLE commercial equipment lease and will be required to make all monthly payments disclosed and described herein.

Company understands that an authorization code is not a guarantee of acceptance or payment of a Transaction. Receipt of an authorization code does not mean that company will not receive a Chargeback for that Transaction.

All companies must comply with the requirements of the Payment Card Industry Data Security Standards ("PCI DSS"). Elavon requires Level 4 companies (determined based on Transaction volume) to validate PCI DSS compliance on an annual basis, with initial validation to occur no later than ninety (90) days after account approval. Any company that has not validated PCI DSS compliance within ninety (90) days of account approval, or in subsequent years on or before the anniversary date of account approval, will be charged a monthly non-compliance fee of $45.00 until Elavon is provided with validation of compliance. Company may be eligible for Data Breach Coverage following account approval and PCI DSS compliance validation. See the PCI Compliance Program Overview for coverage details and conditions.

**Under penalties of perjury, Company certifies that:**
**i. The number shown on this Company Application is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and**
**ii. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and**
**iii. I am a U.S. citizen or other U.S. person. For federal tax purposes, you are considered a U.S. person if you are: an individual who is a U.S. citizen, or U.S. resident alien, a partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, an estate (other than a foreign estate), or a domestic trust (as defined in Regulations section 301.7701-7).***

American Express OptBlue Program - If Company has elected to accept American Express® Transactions (as indicated in Section 4 of this Company Application), in addition to all other terms of this Agreement, Company agrees to the provisions set forth in Section E (OptBlue Program) of the TOS. By signing below or by accepting a Transaction initiated with an American Express® Payment Device, Company expressly authorizes Elavon to submit American Express® Transactions to, and to receive settlement funds from, American Express on Company's behalf. Company further authorizes Elavon to provide Company's contact information to American Express, and Company agrees that American Express may use and share such contact information for its business purposes and as permitted by applicable Laws, including to communicate with Company regarding products, services, and resources available to Company's business. American Express's use of the email address and mobile phone number provided above is subject to the consent to such use as indicated in Section 1 of this Company Application. Consent to American Express's use of contact information for such communications may be withdrawn at any time by contacting our customer service center. Even if consent is withdrawn, Company may still receive messages related to important information about Company's account from American Express. Company or Elavon may terminate Company's acceptance of American Express® Payment Devices at any time, with or without cause, without affecting Company's rights and obligations pursuant to the remainder of this Agreement. Company acknowledges that, if at any time Company is no longer qualified to participate in the OptBlue Program, Company may be enrolled in the standard American Express® card acceptance program, which may have different terms and conditions than the OptBlue Program, and Company's acceptance of American Express® Payment Devices pursuant to this Agreement will be terminated. Company acknowledges that American Express is an intended third-party beneficiary of this Agreement, solely with respect to the terms and conditions applicable to Company's acceptance of American Express® Payment Devices, and that American Express has the right to enforce such terms and conditions directly against Company.

Elavon

000 61

## Company Agreement

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**Printed Name** JONATHAN HANLEY **Date** 01/24/2017

**Signature** JH

## 12) Personal Guaranty

As a primary inducement to us to accept this Company Application, the undersigned Guarantor, by signing this Personal Guaranty, unconditionally and irrevocably guarantees the continuing full and faithful performance and payment by Company of each of its duties and obligations to us (including, without limitation, Chargebacks and obligations in connection with Leased equipment, if applicable) pursuant to the Company Application and Agreement, as may be amended from time to time, with or without notice to Guarantor. Guarantor understands further that we may proceed directly against Guarantor without first exhausting our remedies against any other person or entity responsible therefor or against any security held by us or Company. This Personal Guaranty will not be discharged or affected by the death of the Guarantor, will bind all heirs, administrators, representatives and assigns of the Guarantor, and may be enforced by or for the benefit of any of our successors. Guarantor understands that the inducement to us to accept the Company Application is consideration for this Personal Guaranty, and that this Personal Guaranty remains in full force and effect even if the Guarantor receives no additional benefit from the guaranty. The undersigned hereby directs any consumer reporting agency to furnish a consumer credit report that relates personally to the undersigned upon the request of Elavon or any of its designees, successors or assigns and agrees that all parties involved are in compliance with the Fair Credit Reporting Act. If Company is leasing equipment, the undersigned understands they are personally responsible for making all monthly payments due under the lease if the Company fails to do so and understands that any failure to pay all amounts due may result in additional charges, potential damage to a personal credit rating and/or legal action to collect both past and future payments under the lease.

**Printed Name** JONATHAN HANLEY **SSN#** [redacted]

**Signature** JH **Date** 01/24/2017

Elavon

Elavon

7300 Chapman Highway
Knoxville, TN 37920-6612
1.800.725.1243

January 26, 2017

000 17

CONSUMER DEFENSE
41 W 9000 S
SANDY UT 84070

Re: CONSUMER DEFENSE
Elavon Merchant Account No. 8030929338

Dear CONSUMER DEFENSE

Elavon has been evaluating its processing relationship with CONSUMER DEFENSE as it relates to credit card transaction processing services. Effective Immediately this merchant processing relationship is terminated and Elavon will no longer process credit card transactions for CONSUMER DEFENSE
In accordance with the Merchant Processing Agreement, either party shall have the right to terminate the agreement "at any time upon written notice given to the other" and shall become effective on the date specified by such notice.

Should you have questions regarding the above information, please contact Miranda, the analyst managing your processing account, at 865.403.7670.

Sincerely,

James Elliott, Asst. Manager
cc: Merchant File

*8030929338*

Ver 1.1.10.7.2014.LP.1157

# Attachment YY

Date: 02 - 13 - 2017 AWB # AWB3223010

| ☒ New or ☐ Additional Location | Existing MID: | Chain #: | Short Name MS00HUSA04 | Location of 000 50 |
|---|---|---|---|---|

## Company Application

**Company Information**

DBA Name: AMERICAN HOME LOANS LLC | DBA Phone #: 888 980 9484 | Ext.
Contact Name: Jonathan Hanley | DBA Fax #: 888 334 7255
Contact Phone #: | Customer Service Phone #: 888 980 9484
DBA Address: 41 W 9000 S
City: Sandy | State: UT | Zip Code: 84093 -
Previous Processor: | Year Established: 2012 | Length of Current Ownership: 5 years, 0 months
Business Country of Origin (headquartered): UNITED STATES
Geography Footprint (countries other than USA where licensed to do business): USA
Business Scope Of Operations (total number of locations in all countries including USA): 0 < 5

*IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT*
*To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.*

Email Address: jhanley@americanhomeloans.com | Mobile #:

**Corporate Information**

Legal/Corporate Name: AMERICAN HOME LOANS LLC | Legal/Corporate Phone #: 888 980 9484 | Ext.
Legal/Corporate Contact Name: Jonathan Hanley | Legal/Corporate Fax #: 888 334 7255
Legal/Corporate Address: 41 W 9000 S
City: Sandy | State: UT | Zip Code: 84093 -

**Principal Information 1 (Owner/Partner/Officer)**

Include all additional owners with 25% or greater ownership on the Additional Ownership Form.

☒ Beneficial Owner: Percentage of Ownership 100 % | ☐ Authorized Signer | ☒ Responsible Party
First Name: Jonathan | Middle Name: | X DOB: [redacted] | X SSN: [redacted]
Last Name: Hanley | X Home Phone #: 801 913 5704
X Home Address: [redacted] | Contact Phone #:
X City: Sandy | X State: UT | X Zip Code: [redacted]-
Primary Identification (Document): DLC | Document issuing agency: Utah DMV
Document #: 194389468 | Issue Date: | Expiry Date:
Principal address matches the address on the Primary Identification Document above unless otherwise noted. | ☐ Secondary ID included if no address match
Previous Address if current address is less than 2 years: Home Address: [redacted]
City: Sandy | State: UT | Zip Code: [redacted]
Individual ID Exception Class:
**Sole Proprietors Only:**
Occupation: | Employer (or DBA):
Country of permanent residence: | Country(s) of citizenship:

**Principal Information 2 (Owner/Partner/Officer)**

☐ Beneficial Owner: Percentage of Ownership % | ☐ Authorized Signer | ☐ Responsible Party
First Name: | Middle Name: | X DOB: | X SSN:
Last Name: | X Home Phone #:
X Home Address: | Contact Phone #:
X City: | X State: | X Zip Code:
Primary Identification (Document): | Document issuing agency:
Document #: | Issue Date: | Expiry Date:
Principal address matches the address on the Primary Identification Document above unless otherwise noted. | ☐ Secondary ID included if no address match
Previous Address if current address is less than 2 years: Home Address:
City: | State: | Zip Code:

**Other Company Information**

Average Sale Amount: $ 800.00 | Description of product or services offered: We charge fees in connection wil
Total Monthly Visa/MC/AMEX/Discover/Union Pay Sales: $ 150000.00 | MCC: 5999

Card Present (swiped) 0 %
Card Not Present 100 %
Internet 0 %
Total = 100%

For Card Present Transactions, when does the customer receive the product or service?
☒ Same Day ☐ If not same day, ____ # of Days (include shipping time frame)
For Card Not Present Transactions, when does the customer receive the product or service?
☒ Same Day ☐ If not same day, ____ # of Days (include shipping time frame)
For Internet Transactions, list the product web site: ____________________
Contact Us Email Address: ____________________

Do you operate seasonally: ☐ Yes ☒ No If yes, please check months closed:
☐ January ☐ February ☐ March ☐ April ☐ May ☐ June
☐ July ☐ August ☐ September ☐ October ☐ November ☐ December

**Bank Account**

(Checking Accounts only)
Deposit Bank Name: JPMorgan Chase Bank, National | Tape ID: 14
ABA/Routing #: 124001545 | DDA Account #: [redacted]8202
Billing Bank Name (if different): | Tape ID:
ABA/Routing #: | DDA Account #:



PX20 - 1214

# Company Application 000-81

**Card Accept.** Please check each card you wish to accept.
*Note: acceptance of card types not selected will result in discount downgrades.*
☒ All VISA®/MasterCard/Amex/Union Pay/Discover Cards (JCB, Diners, PayPal)
☒ VISA® Credit ☒ MasterCard Credit ☒ Discover (JCB, Diners)
☒ VISA® Debit ☒ MasterCard Debit ☒ Union Pay ☒ Amex

**Pricing Category**

| | | |
|---|---|---|
| ☐ Retail | ☐ Lodging | ☐ ARU |
| ☐ Restaurant | ☐ Supermarket | ☐ Auto Rental |
| ☑ MOTO | ☐ Pay at Pump | ☐ Internet |

**Pricing Information**

Rates are for all card acceptance types selected above. All Card Brand Assessments will be passed through at cost.

| ☐ Tiered Or ☐ Enhanced IC Plus | VISA® | MasterCard | Discover | Union Pay | American Express | PayPal |
|---|---|---|---|---|---|---|
| | Rate% + Per Item | Rate% + Per Item | Rate% + Per Item | Rate% + Per Item | Rate% + Per Item | Rate% + Per Item |
| Qualified | +$ | +$ | +$ | +$ | +$ | +$ |
| Mid-Qualified | 0.36 +$ 0 | 0.36 +$ 0 | 0.36 +$ 0 | 0.36 +$ 0 | 0.66 +$ 0 | +$ |
| Non-Qualified | 0.36 +$ 0 | 0.36 +$ 0 | 0.36 +$ 0 | 0.36 +$ 0 | 0.66 +$ 0 | +$ |

Other Tier ☐ Check Card (T-opt/EIC req) ☐ Supermarket (T-opt/EIC-NA) ☐ QPS/Small Tkt (T-opt/EIC-NA)

| | VISA® | MasterCard | Discover | Union Pay | American Express | PayPal |
|---|---|---|---|---|---|---|
| | +$ | +$ | +$ | +$ | - | - |
| Rewards Qualified (T-opt / EIC req) | +$ | +$ | +$ | +$ | - | - |
| Comm Crd (T-opt/EIC-req) | +$ | +$ | +$ | +$ | - | - |

| Pass Thru: ☒ IC Plus Or ☐ IC Diff | VISA® | MasterCard | Discover | Union Pay | American Express | PayPal |
|---|---|---|---|---|---|---|
| | Rate% + Per Item | Rate% + Per Item | Rate% + Per Item | Rate% + Per Item | Rate% + Per Item | Rate% + Per Item |
| Markup | 0.36 +$ 0 | 0.36 +$ 0 | 0.36 +$ 0 | 0.36 +$ 0 | 0.66 +$ 0 | +$ |

| ☐ Differential (Pricing Prg ) | VISA® | MasterCard | Discover | Union Pay | American Express | PayPal |
|---|---|---|---|---|---|---|
| | Rate% + Per Item | Rate% + Per Item | Rate% + Per Item | Rate% + Per Item | Rate% + Per Item | Rate% + Per Item |
| Qualified | +$ | +$ | +$ | +$ | +$ | +$ |
| Non-Qual | +$ | +$ | +$ | +$ | +$ | +$ |

**Authorizations**

| | | | | | |
|---|---|---|---|---|---|
| VISA® | $ 0.25 | Union Pay | $ 0.25 | Voice Auth Touch Tone | $ 0.65 |
| MasterCard | $ 0.25 | WEX | $ | Voice - Operator Assisted | $ 0.95 |
| Discover | $ 0.25 | Dial Communication | $ | Voice - With AVS | $ 2.20 |
| AMEX | $ 0.25 | Other | $ | Voice - Bank Referral | $ 4.00 |

**Other**

☒ Electronic Statement
☐ Paper Statement
Safe T Security Bundles
☐ Association Compliance ☐ Safe T SMB Silver
☐ Safe T SMB Gold $
(Per month, taxes and other fees may apply, see company representation and certifications)

**Fees**

| Fee Type | Amt. $ |
|---|---|
| Application Fee | |
| Installation/Training | |
| Wireless Set-Up Fee | |
| Account Maintenance | 20.00 |
| Chargeback Fee (per occurrence) | 15.00 |
| Return Item Fee/NSF (per occurrence) | 20.00 |
| Monthly Service Fee | 25.00 |
| Internet Monthly Fee | |
| Monthly Minimum | |
| Annual Fee | |
| Start Month: | |
| Other | |
| Other | |
| Other | |
| Other | |

**Debit Networks**

Debit Pricing: ☐ Pass through (Interchange + Markup – ICDIF) ☐ Pass through (Interchange + Markup - ICPLS) ☑ Surcharge (Flat rate)Debit
Authorization Pricing: ☑ Pass through (Interchange + Markup) ☐ Fixed (Flat rate)
*All Debit Network Fees will be passed through at cost.

PIN Debit Monthly Fee $ ____

| | | |
|---|---|---|
| ☐ ACCL (Accel) ___ %+$ ___ Auth $ ___ | ☐ AFFN ___ %+$ ___ Auth $ ___ | ☐ ALAS (Alaska) ___ %+$ ___ Auth $ ___ |
| ☐ MSTO (Maestro) ___ %+$ ___ Auth $ ___ | ☐ NETS ___ %+$ ___ Auth $ ___ | ☐ NYCE ___ %+$ ___ Auth $ ___ |
| ☐ INKL (Interlink) ___ %+$ ___ Auth $ ___ | ☐ ITS (Shazam) ___ %+$ ___ Auth $ ___ | ☐ CU24 ___ %+$ ___ Auth $ ___ |
| ☐ STAR (Explore) ___ %+$ ___ Auth $ ___ | ☐ PULSE ___ %+$ ___ Auth $ ___ | ☐ Other ___ %+$ ___ Auth $ ___ |

**VAR**

Service Provider Hosted: Heleim, Inc.
VAR Distributed: ____ VAR Product: ____ VAR Version: ____
Gateway (Optional): ____ Aggregator: ____

**Point of Sale (Equipment or Software)**

| Qty | POS Description | Equip. Code | Purchase Price Per Unit | Rental Price Per Unit | Annual Fee Per Unit | Monthly Fee Per Unit | Per Auth Fee | Purchase | Rental | Existing | Exchange |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Service Provider Hosted | VARSP | $ 0.00 | $ | $ | $ | $ | ☐ | ☐ | ☒ | ☐ |
| | | | $ | $ | $ | $ | $ | ☐ | ☐ | ☐ | ☐ |
| | | | $ | $ | $ | $ | $ | ☐ | ☐ | ☐ | ☐ |
| | | | $ | $ | $ | $ | $ | ☐ | ☐ | ☐ | ☐ |
| | | | $ | $ | $ | $ | $ | ☐ | ☐ | ☐ | ☐ |
| | | | $ | $ | $ | $ | $ | ☐ | ☐ | ☐ | ☐ |

Training Contact Name: Training Contact Phone#:

All applicable state and local taxes will be applied.
☐ Sales Tax Exempt – Additional documentation required

☐ Saturday Delivery ☐ Next Day Air ☒ 2nd Day Air ISO Does Not Bill - Elavon Bills

*Elavon and Member have no responsibility for, and shall have no liability to Company in connection with, any hardware or software, or any related services. Company receives under a direct agreement (including any sale, warranty or end-user license agreement) between Company and a third party, including any Value Added Servicer, even if Elavon collects fees or other amounts from Company with respect to such hardware, software or services.*

| Additional Software Services: | Description | Setup Fee | Annual Fee | Monthly Fee | Per Auth Fee |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

☐ A third party integrator will be used for implementation:

**Other Card Types**

**Existing**

| | SE # | |
|---|---|---|
| Amex | 4105433452 | (10 digits) |
| EBT | | (5 digits) |
| Other ____ | | |

**New:** ☐ WEX ☐ Voyager

**Reporting**

☐ MCP # Users ____ Monthly Fee $ ____ Set Up Type (check one) ☐ MID ☐ CHN ☐ ENT Set Up Fee $ ____
☐ ACS Remote ID ____ Set Up Fee $ ____ Monthly Fee $ ____
☐ MCP with OCM # Users ____ Monthly Fee $ ____ Set Up Type (Check One) ☐ MID ☐ CHN ☐ ENT Set Up Fee $ ____

**ECS Product Selection and Pricing**

**Electronic Check Service**

▸ANNUAL check volume: $ ▸Average check amount: $ ▸Maximum check amount: $ ▸ECS Monthly Minimum: $

**ECS – PAPER CHECK CONVERSION**

Processing Options:
☐ POP (POS Image)
☐ ARC (POS Image)
☐ BOC

☐ Conversion with Guarantee Guarantee Rate: % Per Transaction: $
☐ Conversion w/ Verification Or ☐ Conversion Only Per Transaction: $ Per Return Transaction: $ ☐ Collections

**ACH Check – Check Not Present (CNP)**

Processing Options:
☐ Concurrent Enrollment (includes: WEB, TEL, PPD and CCD) = XNP
☐ Individual Enrollment (Choose One)
☐ WEB – Internet Initiated ☐ PPD – Prearranged Payment
☐ TEL/IVR – Telephone Initiated ☐ CCD – Corporate to Corporate
Converge setups will be Concurrently enrolled in all product types = XNP

☐ ACH-Echeck with Verification Per Transaction: $ Per Return Transaction: $
☐ ACH – Echeck Conversion Only Per Transaction: $ Per Return Transaction: $

**Other ECS Check Conversion Service Requests**

☐ Prompts for Driver's License (If not selected, information must be obtained on check for Guarantee Service)
☐ EnQuire Reporting Access: # of Users @ $29.95 each Per Month

☐ NSF Service Fee Processing @ $2 per NSF item. Not applicable for Guarantee Service
☐ NSF Service Fee Amount: ☐ Max Allowed or ☐ Specified Service Fee Amount $ (State Max is default)
☐ ACH Echeck NSF Service Fee Amount: $15 (default) or ☐ Specified Service Fee Amount $
☐ Specify NSF Resubmission attempts: ☐ 0 or ☐ 1 or ☐ 2 (2 is the default)

**ACH-Echeck Questionnaire**

1. What types of payments will you accept using ACH-Echeck (e.g., utility bill payments, monthly rent payments, monthly billing for general services)?
2. Will you obtain authorization from your customers prior to accepting an ACH entry in accordance with the ECS Operating Guide (e.g., orally via telephone for tel/ivr, or in writing for ppd)? ☐ Yes ☐ No
3. Will you verify and authenticate the identity of your customers in accordance with the ECS Operating Guide prior to initiating ACH entries for those customers (e.g., by obtaining a customer's name, address and telephone number or using a database to verify the accuracy of the information provided by customer)? ☐ Yes ☐ No
4. Will you offer ACH-Echeck to existing or new customers? ☐ Existing ☐ New
5. Will you maintain and disclose to your customers procedures for cancelling an authorization? ☐ Yes ☐ No
6. Will you ensure that information regarding each transaction authorization entered by a customer and/or your service representative is accurate and not a duplicate transaction? ☐ Yes ☐ No

Fanfare

| | | | |
|---|---|---|---|
| ☐ Secondary MID - Existing MID/DBA: | AMERICAN HOME LOANS LLC | | |
| ☐ Gift/Loyalty Package (indicate card order below) | Set-Up Fee: $ | Monthly Fee: $ | |
| ☐ Basic Loyalty (no cards) | Set-Up Fee: $ | Monthly Fee: $ | |
| ☐ Basic Gift (indicate card order below) | | Monthly Fee: $ | Per Transaction Fee: $ |

**CARD ORDER & RE-ORDERS:**

| Card Order | Card Quantity | Price | Card Type |
|---|---|---|---|
| | | | Promotional Quantity |
| ☐ Custom | | $ | Loyalty Quantity |
| ☐ Standard | | $ | Gift Quantity |

*(Custom Cards available only in increments of 500)*

**ADDITIONAL OPTIONS:**

☐ Program Check-up (Included with Elite Pkg) $ ☐ Max Card Value $ (Default $1000)

******State and local taxes may be applied to fees billed for Fanfare******

**FANFARE STANDARD CARD ORDER DETAILS:**

Card Style: Text Color:

Justification: ☐ Left ☐ Center ☐ Right ☐ As submitted

Imprint: ☐ Logo (To avoid delay, please submit artwork to: FanfareArtwork@Elavon.com) OR ☐ Text (Imprinting details MUST be entered below)
- Font (select ONE): ☐ Arial ☐ Brush Script ☐ Times New Roman
- Text Case (select ONE): ☐ Title Case ☐ UPPER CASE ☐ lower case ☐ As submitted

Additional VAS

☐ EBP: Bill Payment Portal Standard (See additional addendum)

☐ DCC Rebate ____ % DCC Annual Registration Fee $ ____ DCC Markup Rate ____ % DCC Exchange Rate Source ________

Healthcare: ☐ Transend Pay Rate: 1.50% Payment Limit $ ____

☐ Multi Currency

# Company Application: Sales Worksheet

**Pricing Program**

| | | | |
|---|---|---|---|
| Monetary (5 digits) 145 | Authorization (5 digits) 49101 | Equipment 59999 | Miscellaneous 69999 |

**Account Designation**

| | | | | |
|---|---|---|---|---|
| Portfolio Code: USB17 | FI: 0542 | Agent: 5811 | Client Group #: 00017 | |
| Rep Name: Nicolas Belque | | Rep Phone #: | Rep #: 32088 | Entity: 43325 |

**Mailing/Shipping**

Mail Statements: ☒ DBA or ☐ Corporate

Retrievals: ☐ Mail To: ☐ DBA ☐ Corporate or ☐ Fax To: ☐ DBA ☐ Corporate or ☒ Email To: jhanley@americanhomeloans.com

Chargebacks: ☐ Mail To: ☐ DBA ☐ Corporate or ☐ Fax To: ☐ DBA ☐ Corporate or ☒ Email To: jhanley@americanhomeloans.com

Auto Send: ☒ Yes ☐ No (Chain companies only – must include chain set up form)

**Other**

Industry Type: ☐ Retail ☐ Restaurant ☒ MO/TO ☐ Lodging ☐ Internet ☐ Pay at Pump ☐ Supermarket ☐ ARU ☐ Auto Rental

Network: ☒ Elavon ☐ Other:

Check Service Company: Name: | Service #:

Primary Phone #: | Secondary Phone #:

**Equipment Programming Requirements**

POS Desc: | Quantity:

Indicate Services required for this equipment: ☐ VISA®/MC ☐ American Express ☐ Discover (JCB, Diners) ☐ Union Pay ☐ ECS ☐ PayPal ☐ EBT ☐ Amex Rvm. ☐ PIP/Split Dial ☐ Electronic Gift Cards ☐ Pin Based Debit ☐ DCC

Connection Type: ☐ IP ☐ Standard (Dial) ☐ Wireless

Environment

| | |
|---|---|
| ☐ Retail (Auto Close Default) | ☐ Quick Close ☐ Invoice Prompt ☐ B to B (prompt all) ☐ Store and Forward ☐ Visa Easy Payment Services (VEPS) No Signature ☐ Contactless (with VEPS No Signature) |
| ☐ Restaurant (Quick Close Default) | ☐ Tip Function Waiter ☐ Tip Function Cashier ☐ Fine Dining ☐ Tab Function |
| ☐ Card Not Present (Auto Close Default) | ☐ Quick Close ☐ Invoice Prompt ☐ B to B (prompt all) |
| ☐ Lodging (Quick Close Default) | ☐ Quick Stay |
| Additional Prompts: (added during training) | ☐ Terminal Auto Close (Rtl, MOTO) ____ Time Zone MTN ☐ Cash Back Pin Debit (Rtl): $____ (max) ☐ NO Tip (Rest) ☐ NO Server Prompt (Rest) ☐ Clerk Prompt (Rtl) ☐ Custom Footer: ____ ☐ Tip Function Waiter (Rtl) ☐ Tip Function Cashier (Rtl) |
| ☐ Multi-MID: Existing MID: | or DBA: |
| Phone Information: Access #: | ☐ Dedicated Line ☐ Shared Line with Fax |

**Single Level Chain Request**

☐ New Chain ☐ Addition to existing chain: Chain Number

Chain Name and Address: ☐ DBA ☐ Corporate ☐ Chain Address (below)

Chain Name: | Chain Phone#:

Chain Address: | Send Chain Summary Statement? ☐ Yes ☐ No Auto Send

City: | State: | Zip Code:

Send Chain Statement: ☐ DBA ☐ Corporate ☐ Chain Address

Company Segment: ☐ Retail ☐ Service ☐ T & E ☐ Business to Business

Chain Deposit Account: ☐ Default to MID ☐ Chain

Chain Deposit Bank Name: | ABA/Routing #: | DDA Account #:

Chain Billing Account (if different) ☐ Default to MID ☐ Chain

Chain Billing Bank Name: | ABA/Routing #: | DDA Account #:

**On Site Inspection**

| | |
|---|---|
| Have you physically been on site? ☐ Yes ☒ No | Is company name as it appears on signage? ☐ Yes ☐ No |
| Is the physical site inspected the same as the DBA address? ☐ Yes ☐ No | Is merchandise consistent with type of business? ☐ Yes ☐ No |
| Is this a retail location? ☒ Yes ☐ No | Is the adequate inventory Displayed? ☐ Yes ☐ No |
| URL Name: | Does the website meet all Internet requirements? ☐ Yes ☒ No |

Business located in: ☐ separate building ☐ private residence ☐ shopping center/mall ☐ office building ☐ kiosk ☐ other (describe):

I certify that the above information is true, complete and accurate: ______________________ (Signature of Rep)

Printed Name: ______________________ Rep #: ______________ Date: - -



PX20 - 1218

000 85

# Company Application

**Substitute Form W-9**

Business Type: ☐ Sole Proprietor ☐ Public Corp ☐ Closely Held Corp ☐ Sub S Corp. ☐ Government ☐ General Partnership
☐ Limited Partnership ☐ Tax Exempt Organization (include documents that support Exempt Status) ☐ Other (Assn/Estate/Trust)
☒ Limited Liability Company – Tax Classification (D=disregarded entity, C=corporation, P=partnership): C (If LLC, please indicate D, C or P)

Name*: AMERICAN HOME LOANS LLC

*Name (of business) as shown on your business income tax returns. For Sole Proprietors, this should always be the owner's name.*

| | | | |
|---|---|---|---|
| Address: 41 W 8000 S | | | TIN (Employer Identification #): [redacted]0550 or |
| City: Sandy | State: UT | Zip Code: 84093 | TIN (Social Security #): |

**Company Representations and Certifications**

Company Representations and Certifications. By signing below, the applicant company ("Company") and its representative(s) represent and warrant to Elavon, Inc. ("Elavon" or "Member" as applicable), with offices at 7300 Chapman Highway, Knoxville, TN 37920 (collectively, "we" or "us") that (i) all information provided in this company application ("Company Application") is true and complete and properly reflects the business, financial condition, and principal partners, owners, or officers of Company; and (ii) the persons signing this Company Application are duly authorized to bind Company to all provisions of this Company Application and the Agreement. The signature by an authorized representative of Company on the Company Application, or the transmission of a Transaction Receipt or other evidence of a Transaction to us, shall be the Company's acceptance of and agreement to the terms and conditions contained in the Agreement including, without limitation, this Company Application, the Terms of Service ("TOS") and the Operating Guide incorporated herein by this reference and located at our website at https://www.merchantconnect.com/CWRWeb/pdf/TOS_ENG.pdf and https://www.merchantconnect.com/CWRWeb/pdf/MOG_Eng.pdf, respectively. If Company does not have access to view the TOS or Operating Guide at our website please contact our customer service center. Notwithstanding any such non-receipt of the TOS or Operating Guide, Company agrees to comply with the Agreement, and all applicable laws, rules, and regulations including the rules and regulations of the Payment Networks, and understands that failure to comply will result in termination of processing services. Capitalized terms shall, unless otherwise defined in this Company Application, have the same meaning ascribed to them in the TOS and Operating Guide.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. This means we will ask for certain information and identifying documents to allow us to identify you. Company and its representative(s) authorize us prior to our acceptance of this Company Application and from time to time thereafter, to investigate the individual and business history and background of Company, each such representative and any other officers, partners, proprietors, and/or owners of Company, and to obtain credit reports or other background investigation reports on each of them that we consider necessary to review the acceptance and continuation of this Company Application. Company also authorizes any person or credit reporting agency to compile information to answer those credit inquiries and to furnish that information to us.

This Company Application may be signed in one or more counterparts, each of which shall constitute an original and all of which, taken together, shall constitute one and the same Company Application. Delivery of executed counterparts of this Company Application may be accomplished by a facsimile transmission, and a signed facsimile or copy of this Company Application shall constitute a signed original.

Company understands that an authorization code is not a guarantee of acceptance or payment of a Transaction. Receipt of an authorization code does not mean that company will not receive a Chargeback for that Transaction.

All companies must comply with the requirements of the Payment Card Industry Data Security Standards ("PCI DSS"). Elavon requires Level 4 companies (determined based on Transaction volume) to validate PCI DSS compliance on an annual basis, with initial validation to occur no later than ninety (90) days after account approval. Any company that has not validated PCI DSS compliance within ninety (90) days of account approval, or in subsequent years on or before the anniversary date of account approval, will be charged a monthly non-compliance fee of $45 until Elavon is provided with validation of PCI DSS compliance. Company may be eligible for Data Breach Financial Assistance Coverage following account approval and PCI DSS compliance validation. See the PCI Compliance Program Overview for assistance details and conditions.

Under penalties of perjury, Company certifies that:

1. The number shown on this Company Application is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person.*
4. The FATCA code(s) entered on this form (if any) indicating I am exempt from FATCA reporting is correct.

American Express Acceptance Program (Acceptance Program). If Company has elected to accept American Express® Transactions (as indicated in the Card Acceptance section of this Company Application). In addition to all other terms of this Agreement, Company agrees to the provisions set forth in Section E (Acceptance Program) of the TOS. By signing below or by accepting a Transaction initiated with an American Express® Payment Device, Company expressly authorizes Elavon to submit American Express® Transactions to, and to receive settlement funds from, American Express on Company's behalf. Company further authorizes Elavon to provide Company's contact information to American Express, and Company agrees that American Express may use and share such contact information for its business purposes and as permitted by applicable Laws, including to communicate with Company regarding products, services, and resources available to Company's business. American Express's use of the email address and mobile phone number provided above is subject to the consent to such use as indicated in Section 1 of this Company Application. Consent to American Express's use of contact information for such communications may be withdrawn at any time by contacting our customer service center. Even if consent is withdrawn, Company may still receive messages related to important information about Company's account from American Express. Company or Elavon may terminate Company's acceptance of American Express® Payment Devices at any time, with or without cause, without affecting Company's rights and obligations pursuant to the remainder of this Agreement. Company acknowledges that, if at any time Company is no longer qualified to participate in the Acceptance Program, Company may be enrolled in the standard American Express® card acceptance program, which may have different terms and conditions than the Acceptance Program, and Company's acceptance of American Express® Payment Devices pursuant to this Agreement will be terminated. Company acknowledges that American Express is an intended third-party beneficiary of this Agreement, solely with respect to the terms and conditions applicable to Company's acceptance of American Express® Payment Devices, and that American Express has the right to enforce such terms and conditions directly against Company.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | |
|---|---|---|---|
| Signature: X | Printed Name: | Title: | Date: |
| Signature: X | Printed Name: | Title: | Date: |

**Personal Guaranty**

As a primary inducement to us to accept this Company Application, the undersigned Guarantor(s), by signing the Company Application, jointly and severally, unconditionally and irrevocably, guarantee the continuing full and faithful performance and payment by Company of each of its duties and obligations to us (including, without limitation, Chargebacks, if applicable) pursuant to the Company Application and Agreement, as may be amended from time to time, with or without notice. Guarantor(s) understand further that we may proceed directly against Guarantor(s) without first exhausting our remedies against any other person or entity responsible therefore to them or any security held by us or Company. This guarantee will not be discharged or affected by the death of the Guarantors, will bind all heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any of our successors. Guarantor(s) understand that the inducement to us to accept this Company Application is consideration for the guaranty and that this guaranty remains in full force and effect even if the Guarantor(s) receive no additional benefit from the guaranty. The undersigned hereby directs any consumer reporting agency to furnish a consumer credit report that relates personally to the undersigned upon the request of Elavon or any of its designees, successors or assigns and agrees that all parties involved are in compliance with the Fair Credit Reporting Act.

| | | |
|---|---|---|
| Signature: X | Printed Name: | Date: |
| Signature: X | Printed Name: | Date: |

**Submitted by**

To the best of my knowledge, I certify that the information provided in this Company Application was provided by the Company and is true, complete and accurate. I further certify that the signatures were provided by the Company's owner(s) or officer(s), as appropriate.

Sales Rep Signature: X Printed Name: Rep ID #: Date:

**Office Use Only**

| | |
|---|---|
| Accepted by Elavon, Inc.: | Date: |
| Accepted by Member: | Date: |



PX20 - 1219

## Additional Ownership

**Principal Information 3 (Owner/Partner/Officer)**

| | | | |
|---|---|---|---|
| ☐ Beneficial Owner: Percentage of Ownership % | ☐ Authorized Signer | ☐ Responsible Party | |
| First Name: | Middle Name: | X DOB: | X SSN: |
| Last Name: | | X Home Phone #: | |
| X Home Address: | | Contact Phone #: | |
| X City: | | X State: | X Zip Code: |
| Previous Address if current address is less than 2 years: Home Address: | | | |
| City: | | State: | Zip Code: |

**Principal Information 4 (Owner/Partner/Officer)**

| | | | |
|---|---|---|---|
| ☐ Beneficial Owner: Percentage of Ownership % | ☐ Authorized Signer | ☐ Responsible Party | |
| First Name: | Middle Name: | X DOB: | X SSN: |
| Last Name: | | X Home Phone #: | |
| X Home Address: | | Contact Phone #: | |
| X City: | | X State: | X Zip Code: |
| Previous Address if current address is less than 2 years: Home Address: | | | |
| City: | | State: | Zip Code: |

**Principal Information 5 (Owner/Partner/Officer)**

| | | | |
|---|---|---|---|
| ☐ Beneficial Owner: Percentage of Ownership % | ☐ Authorized Signer | ☐ Responsible Party | |
| First Name: | Middle Name: | X DOB: | X SSN: |
| Last Name: | | X Home Phone #: | |
| X Home Address: | | Contact Phone #: | |
| X City: | | X State: | X Zip Code: |
| Previous Address if current address is less than 2 years: Home Address: | | | |
| City: | | State: | Zip Code: |

## SUBSTITUTE FORM W-9

☐ Sole Proprietor ☐ Public Corp ☐ Closely Held Corp ☐ Sub S Corp ☐ Government ☐ General Partnership
☐ Limited Partnership ☐ Tax Exempt Organization (include documents that support exempt status) ☐ Other (Assn/Estate/Trust)
☒ Limited Liability Company – Tax Classification (D=Disregarded Entity, C=Corporation, P=Partnership): C (If LLC, Please indicate D, C or P)

NAME*: American Home Loans, LLC

* NAME (OF BUSINESS) AS SHOWN ON YOUR BUSINESS INCOME TAX RETURNS. FOR SOLE PROPRIETORS, THIS SHOULD ALWAYS BE THE OWNER'S NAME.

ADDRESS: 41 W 9000 S

CITY: Sandy STATE: UT ZIP: 84093

TIN (EMPLOYER ID #): [redacted]-0550 OR TIN (SOCIAL SECURITY #):

## COMPANY REPRESENTATIONS AND CERTIFICATIONS

By signing below, the applicant company ("Company") and its representative(s) represent and warrant to Elavon, Inc. ("Elavon" or "Member" as applicable), with offices at 7300 Chapman Highway, Knoxville, TN 37920 (collectively, "we" or "us") that (i) all information provided in this company application ("Company Application") is true and complete and properly reflects the business, financial condition, and principal partners, owners, or officers of Company; and (ii) the persons signing this Company Application are duly authorized to bind Company to all provisions of this Company Application and the Agreement. [illegible]

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. [illegible]

[illegible]

[illegible]

All companies must comply with the requirements of the Payment Card Industry Data Security Standards ("PCI DSS"). [illegible]

Under penalties of perjury, Company certifies that:
1. The number shown on this Company Application is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person.
4. The FATCA code(s) entered on this form (if any) indicating I am exempt from FATCA reporting is correct.

American Express Acceptance Program (Acceptance Program). [illegible]

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| SIGNATURE: X | PRINTED NAME: | TITLE: | DATE: |
|---|---|---|---|
| [signature] | Jonathan Hanley | Owner | Feb 9, 2017 |
| SIGNATURE: X | PRINTED NAME: | TITLE: | DATE: |

## PERSONAL GUARANTY

As a primary inducement to us to accept this Company Application, the undersigned Guarantor(s), by signing the Company Application, jointly and severally, unconditionally and irrevocably, guarantee the continuing full and faithful performance and payment by Company of each of its duties and obligations to us [illegible]

| SIGNATURE: X | PRINTED NAME: | DATE: |
|---|---|---|
| [signature] | Jonathan Hanley | Feb 9, 2017 |
| SIGNATURE: X | PRINTED NAME: | DATE: |

ELAVON USA-MSP-ELV-072016

Elavon

7300 Chapman Highway
Knoxville, TN 37920-6612
1.800.725.1243

000 67

March 02, 2017

AMERICAN HOME LOANS LLC
41 W 9000 S
SANDY UT 84093

Re: AMERICAN HOME LOANS LLC
Elavon Merchant Account No. [redacted]5061

Dear AMERICAN HOME LOANS LLC

Elavon has been evaluating its processing relationship with AMERICAN HOME LOANS LLC as it relates to credit card transaction processing services. Effective Immediately this merchant processing relationship is terminated and Elavon will no longer process credit card transactions for AMERICAN HOME LOANS LLC In accordance with the Merchant Processing Agreement, either party shall have the right to terminate the agreement "at any time upon written notice given to the other" and shall become effective on the date specified by such notice.

Should you have questions regarding the above information, please contact Miranda , the analyst managing your processing account, at 865.403.7670 .

Sincerely,

James Elliott, Asst. Manager
cc: Merchant File

*8031015061*

Ver 1.1.10.7.2014.LP.1157

PX20 - 1222

Att. 22

# Attachment ZZ

# APPLICATION FOR MERCHANT CARD PROCESSING

STW Short Name: ZFNB Assoc #: 194139
Sales Rep Name: Brent Nisbet Sales Rep Code: ZFNB-284 Branch # (if applicable) ____

For purposes of this application, "Processor" or "TransFirst" is TransFirst, LLC, or one of its TransFirst affiliates, located at 12202 Airport Way, Suite 100, Broomfield, CO 80021 and can be contacted at (800) 654-9256. Additional information can be found on the TransFirst website, www.TransFirst.com.

"Merchant Bank" or "Member Bank" is Columbus Bank & Trust Company, a division of Synovus Bank, located at 1126 First Avenue, Columbus, GA, 31901, (706) 649-4900. Processor is a registered ISO/MSP of Columbus Bank & Trust Company.

## 1. BUSINESS INFORMATION

Legal Business Name (25 characters max): FMG Partners
DBA Name (23 characters max): FMG Partners
Legal Address: [redacted]
DBA Address (Physical location, no PO Boxes): [redacted]
City: SALT LAKE CITY State: UT ZIP: [redacted]
City: SALT LAKE CIT State: UT ZIP: [redacted]
Legal Phone Number: (801) 895-3503 Legal FAX Number: (888) 224-6524
DBA Phone Number: (801) 895-3503 DBA FAX Number: (888) 224-6524
Email address for Notices: customerservice@fmgadvisors.com
(See "Notices" in the Merchant Card Processing Agreement included with this application for additional information relating to email address usage.)
Customer Service Phone Number: (801) 895-3503
Website address: www.fmgadvisors.com Length Owned? 0 Years 4 Months
Preferred Address for:
Statements? ☑ Legal Address ☐ DBA Address
Chargebacks? ☑ Legal Address ☐ DBA Address ☐ FAX ____
☑ Email Address (TransLink) customerservice@fmgadvisors.com
Contact Name: Christopher Stultz Title: COWN Phone: (801) 895-3503
Any prior bankruptcies? Business ☐ Yes ☑ No If yes, filing date? ____ Personal: ☐ Yes ☑ No If yes, filing date? ____
Business type: ☐ Retail ☐ Retail with tips ☐ Restaurant ☑ MOTO 100 % ☐ Internet ____ % ☐ Lodging ☐ Supermarket ☐ Utility ☐ Pharmacy ☐ Business to Business ____ %
Detail business description (include Description of Products or Services Sold). MCC / SIC 7372
Provide separate pages if needed: marketing and web design

## 2. W-9 INFORMATION

Taxpayer Identification Number: (Must be 9 digits) [redacted]1693
☑ EIN ☐ Social Security Number ☐ ITIN
Business Name: (as shown on your income tax return up to 40 characters) FMG Partners LLC
Address for IRS/Compliance notices: (if different than Legal Address given above) [redacted]
City SALT LAKE CITY State UT Zip [redacted]
To consent to paperless delivery of IRS notices, please review and check the box below:
☐ By checking this box, you acknowledge that you have read and agree to Consent to Paperless Delivery of Tax Related Documents located at www.transfirst.com/documents.html and included with this Application and that you consent to receiving IRS notices via paperless delivery.

For purposes of paperless delivery of IRS Notices, you are required to provide a valid email address. If different from the email address already provided above, please indicate the email address where you wish to receive paperless delivery of your IRS Notices. If you consent to receive IRS/Compliance notices by paperless delivery, to have IRS/Compliance notices sent electronically, please indicate the email address where such notices should be sent.
(Email address required) customerservice@fmgadvisors.com

Type of Ownership: Exempt Payee: ☐ Yes ☑ No
☐ Sole Proprietorship, Date of Birth ____ ☑ LLC ☐ Partnership ☐ Ltd Liability Partnership ☐ Government Entity ☐ Trust ☐ Professional Association ☐ Political Organization ☐ Public Corporation ☐ Private Corporation ☐ Non Profit Corporation

## 3. OWNER AND OFFICER INFORMATION

NOTE: PRIVACY POLICY WITH RESPECT TO THE COLLECTION AND USE OF SOCIAL SECURITY NUMBERS CAN BE FOUND AT WWW.TRANSFIRST.COM.

| Name of Owner/Officer and Title | Social Security Number | Percent Owned | Residential Address, City, State, Zip | Residential Phone Number |
|---|---|---|---|---|
| Christopher Stultz - Co-Owner | [redacted] | 50 % | [redacted], INDIANAPOLIS, IN [redacted] | [redacted] |
| FERNANDO MONCAYO-GOMEZ - Co-Owner | [redacted] | 50 % | [redacted] SALT LAKE CITY, UT [redacted] | [redacted] |

## 4. PATRIOT ACT/SITE SURVEY

PATRIOT ACT REQUIREMENTS - To help the government fight the funding of terrorism and money laundering activities, the USA Patriot Act requires all financial institutions to obtain, verify and record information that identifies each person (including business entities) who opens an account. What this means for you: When you open an account, we will ask for your name, physical address, date of birth, taxpayer identification number and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents. Complete Section I and II (for all business types except a Government Entity or Non-Profit Entity where only Section I is required). Completion of Section III by Sales Representative is required.

| Section I: Business Form of Identification | Items Reviewed | Section II: Individual Form of Identification | Items Reviewed |
|---|---|---|---|
| ☑ Govt. Issued Business License Entity<br>☐ Tax Return<br>☐ Entity Articles<br>☐ Business Financial Statement<br>☐ Government Entity | Business Name: FMG PARTNERS, LLC<br>Date and Place of Issuance: 10/31/2011 UT<br>ID/IRS Employer ID:<br>Expiration Date: 10/31/2012 | ☑ Driver's License<br>☐ State ID<br>☐ Passport<br>☐ Military ID | Name:<br>Date of Birth:<br>DL/ID#: [redacted]<br>Date of Issuance: 4/22/2008<br>State/County of Issuance: IN<br>Expiration Date: 1/30/2012 |

Section III: Site Survey
Option B: ☑ No site inspection performed (business license scanned and attached).



PX20 - 1224

## 5. CARD PROCESSING INFORMATION

Have you ever accepted credit cards before? ☐ Yes ☒ No  If yes, what is the Processor's name? ____________
Please provide the most recent 3 months of credit card processing statements.

Number of locations? 1  |  If you are affiliated with an existing account, please provide existing Merchant ID#: ____________

☐ Please check this box if you are applying for processing services for additional merchant locations. If the additional locations are under common ownership, federal tax identification number, same authorized signatory, please submit the Additional Merchant Addendum as Exhibit A with this Application. Please note that all additional locations, along with the Primary location, will be subject to and governed by the terms and conditions of this Application and the Merchant Card Processing Agreement referenced in and included with this Application. If the additional locations are not under common ownership or have varying tax identification numbers and authorized signatories, you will be required to submit a separate Application for Merchant Card Processing per location.

Do you bill your customers prior to goods being shipped? ☐ Yes ☒ No
If Yes, how many days? ☐ 0-2 days ☐ 3-30 days ☐ 31-60 days ☐ 61-90 days ☐ Over 90 days

What is your Return and Refund Policy? (Please be specific)

How do you advertise? (check all that apply) ☐ Yellow pages ☐ Telemarketing ☐ Catalog ☒ Word of mouth ☐ Publications ☐ Mass/Direct mail ☒ Internet
☐ Other, please explain:

Please supply copies of advertising, including catalogs and brochures.
Where applicable, provide video (TV), audio tape (Radio or IVR), and Web-page screen prints. List the URL (www.X.com, .net .org, etc.) on each page.

Card Types Requested? Select all that apply. ☒ All Credit Cards ☐ All Credit and PIN Based Debit Cards ☐ PIN Based Debit Cards Only **

*Merchant has the right not to select all card types. **Point Of Sale programming cannot prohibit the acceptance of credit cards; therefore, it is the merchant's responsibility to enforce this. Processor, and not Merchant Bank, will settle Discover transactions.

| Credit Card Processing Methods | | If the percent of transactions without imprints is greater than 20%, do you use a third party fulfillment house? ☐ Yes ☒ No<br>If yes, whom? (include contact name and phone number) | Average Credit/Debit Transaction (Ticket) Amount (excludes AMEX): | Total Credit/Debit Monthly Sales (excludes AMEX): |
|---|---|---|---|---|
| Card Swiped Transactions | 0 % | | | |
| Manually Keyed (Card Present with imprints) | % | | | |
| Manually Keyed (Card Not Present and/or Mail Order/Telephone Order) | 100 % | | | |
| eCommerce (Card Not Present) | 0 % | | | |
| Total (must equal 100%) | 100 % | | | |
| Business to Business (must be 0 - 100%) | 50 % | | $700.00 | $50,000.00 |

Seasonal Business? ☐ Yes ☒ No If yes, indicate by "X" the months that are ACTIVE: ☒ Jan ☒ Feb ☒ Mar ☒ Apr ☒ May ☒ Jun ☒ Jul ☒ Aug ☒ Sep ☒ Oct ☒ Nov ☒ Dec

List the names of each of your independent contractors or agents that will have access to cardholder data, including any third party order-taking service (e.g. teleservices): (Provide separate pages if needed)

## 6. BANKING INFORMATION

| Name and Phone Number of Financial Institution | Routing Number (Shown on the bottom of check) | Bank Account Number (Shown on the bottom of the Check) | Type of Accounts | Use this account for*: (select all that apply) |
|---|---|---|---|---|
| **ZIONS FIRST NATIONAL BANK (801) 974-8800 | 124000054 | [redacted]0715 | ☒ checking | ☒ daily settlement<br>☒ monthly billing<br>☒ chargebacks |

**AUTHORIZATION FOR AUTOMATIC FUNDS TRANSFER (ACH): The Merchant Bank (defined on page 3) is authorized to initiate or transmit automatic debit and/or credit entries and/or check entries to the account identified above and in the provided voided check (if applicable) relating to the above account (**) for all services contemplated under this Agreement. Said authority is granted to Merchant Bank's Processor and their agents.

## 7. TRADE REFERENCES

| Bank or Trade Name | Account Number | Product Sold | Phone Number |
|---|---|---|---|
| | | | |

## 8. FEE SCHEDULE

*Discount Rate/Per Item Fee:* ☒ All VISA/MC/DISC/JCB/Diners Credit Cards 2.01 % + $ 0.00 per item

*Pricing Plan:* ** All Non-Qualified fees apply to all Visa/MC/DISC Card types*

Pass Thru Differential + 0.00%

***Non-Qualified Surcharges:***
Cross border international transaction assessments/program support, MC network access/brand usage (NABU), Visa US acquirer processing fee (APF), Visa Zero Floor Limit, Visa misuse of the authorization system, MC processing integrity, Discover data usage may apply. Further Visa/MC/DISC mandated fees, including association Base II and kilobyte fees, may also apply.
Batch Close Fee: All batch closing and batch inquiries are considered "transactions" and will be billed at the same rate as V / MC / Disc Trans Fees unless specified.
Monthly Minimum Discount: Applies to Discount Rate & captured transaction fees.
TransFreedom: In addition to your TransFreedom Monthly fee, Automatic Volume Purchase billing may apply to volume processed in excess of the current pricing tier at a rate of $20.00 per every $500.00 in additional processed volume.
*Please see www.TransFirst.com for ways to reduce processing and interchange expense.*

***Authorizations Fee:***
All Card Types $ 0.25  AMEX $ 0.20  Voice Auth Fee $ 0.65  ARU Auth Fee $ 0.65

| | | | | | |
|---|---|---|---|---|---|
| Monthly Service Fee | $ 10.00 | Application Setup Fee | $ 25.00 | Chargeback Fee | $ 25.00 |
| Monthly Minimum | $ 25.00 | ACH Return Fee | $ 15.00 | ACH Change Fee | $ 15.00 |
| Reprogramming Fee | $ 0.00 | Credit Review Fee | $ 0.00 | Help Desk Fee | $ 0.00 |

*Note: Processor and its contractors provide the additional products and services set forth in the sections below, in addition to Purchasing Cards, Corporate Cards and Fleet Cards. Merchant Bank does not provide such services and has no responsibility or liability therefore.*



PX20 - 1225

## 9. ADDITIONAL SERVICES AND TERMS

☐ ACH Processing (ACH Addendum required) ☐ Check Services (CrossCheck Application required) ☐ Gift Card Services (Tender Card Application required)

*PIN Debit/EBT* Debit Discount Rate: NOTE-PIN Based Debit authorization and interchange fees may apply.

PIN Based Debit Per Item Fee $______ PIN Based Debit/EBT Monthly Fee $______

PIN Based Debit/EBT Application Fee $______ EBT Per Item Fee $______

*Wireless and Other Services*

Quarterly PCI Non-Validation* $ 29.80 Monthly - $100,000 Breach Security Coverage Fee $ 0.00

*PCI Fee will be reduced to $18.60 for ongoing support once compliance is validated

☒ Section 11.2(d) Fee (as stated in the Merchant Card Processing Agreement does not apply if checked)

*American Express* (AMEX Fees disclosed in this section are billed by American Express) ☐ Apply For American Express Existing AMEX Number:

*American Express Discount Rate 2.89 % or ☐ Monthly Flat Fee: $ 7.95

*CHOSE ONE (If Discount Rate % chosen)

☐ Retail $0.10 Trans Fee + 0.30% CNP Downgrade OR

☐ Restaurant $0.05 Trans Fee + 0.30% CNP Downgrade OR

☒ Services, Wholesale, & All Other $0.15 Trans Fee

☐ Monthly Gross Pay ☒ Daily Gross Pay

AMEX Pay Frequency ☒ 3-Day ☐ 15-Day ☐ 30-Day

Annual AMEX Charge Volume $______

Average AMEX Ticket $______

## 10. EQUIPMENT OPTIONS

INDUSTRY: ☐ Retail ☐ Retail w/ Tips ☐ Restaurant ☒ MOTO ☐ QPS Retail ☐ QPS Restaurant ☐ Lodging ☐ Cash Advance

MEMORY SIZE: ☐ 512K ☐ 1Meg CONNECTION METHOD: ☐ Dial ☒ IP/SSL ☐ Wireless DIAL PREFIX______ SHARED LINE: ☐ Yes ☐ No

| | | | | |
|---|---|---|---|---|
| Prompt For Invoice ☐ Yes ☒ No | Prompt For AVS ☐ Yes ☒ No | Verific. Code Prompt ☐ Yes ☒ No | Corp/Purch Card ☐ Yes ☒ No | PIN Based Debit ☐ Yes ☒ No |
| Auto Close Time: 2300 | Multi-Merch ☐ Yes ☒ No | Parent MID: | Number of Child Accounts: | Partial Auth ☐ Yes ☒ No |

EBT Services (select one): ☐ Cash Benefits only ☐ Food Stamps EBT FNS/FCS# (7 digits) ☐ Both EBT FNS/FCS# (7 digits)

| Item Description | Model Number | Version or Serial # | QTY | Code | Price | Bill To |
|---|---|---|---|---|---|---|
| Terminal | UNSUPPORTED | 4.0 | 1 | MO | | N/A |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Equipment shipped to: ☐ DBA ☐ Legal ☒ Agent ☐ Other ☐ N/A

Welcome Kit sent by: ☐ Agent ☒ TransFirst

Welcome Kit shipped to: ☐ DBA ☒ Legal ☐ Agent ☐ Other ☐ N/A

Merchant trained by: ☒ Agent ☐ TransFirst

TXP Integration managed by: ☐ Agent ☐ TransFirst

If "Other" selected above, please provide details below.

Name

Address

City State ZIP

*Shipping, handling and tax will be billed in addition to the equipment price listed above. Codes: FUA = Free Use Addendum (Submit FUA addendum with this Application), MO=Merchant Owned, PN=Purchase New, PO=Purchased Via Other Source, PRF=Purchased Refurbished, LSE=Lease, FLS=FD Leasing, EE=Encryption Exchange, **RTL=POS Portal Rental Program or **STR=Short Term Rental. **See Terms and Conditions.

## 11. TRANSACTION CENTRAL/TRANSACTION EXPRESS HARDWARE AND CONFIGURATION

Product: ☐ Transaction Central ☐ Transaction Central Plus (CC & ACH - ACH Addendum required) ☐ Transaction Express Silver

Industry Type: ☐ Retail ☐ MOTO ☐ E-Commerce Web-Site Address (Required):

Email Address (Required):

Integration (Shopping Cart) RECKEY supplied by TF:

| Item Description | Model Number | Version or Serial # | QTY | Code | Price | Bill To |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| FEATURES | | EXTENDED FEATURES | |
|---|---|---|---|
| Batch Close Method | ☐ A ☒ M | Corp/Purch Cards | ☐ Y ☒ N |
| Recurring Method | ☐ A ☒ M | Duplicate Card Accept | ☐ Y ☒ N |
| Multi-User | ☐ Y ☒ N | ECI (For Internet) | ☐ Y ☒ N |
| Batch Uploaded | ☐ Y ☒ N | AVS | ☒ Y |
| Allow Blind Credits | ☐ Y ☒ N | PIN-Based Debit | ☐ Y ☒ N |
| Private Label | ☐ Y ☒ N | Partial Auth | ☐ Y ☐ N |

If Y to Private Label, Name:

*Important: If feature not selected, it will be defaulted off. If Manual Recurring is selected, Auto Recurring is also activated. If both ECI and Recurring needs to be setup under 1 MID, 2 Transaction Central setups are required.

Note: A=Auto / M=Manual / Y=Yes / N=No

Agreement Signature: Each person signing below agrees that they have read and agree to the Merchant Card Processing Agreement terms and conditions which have been provided to them and certifies that all information provided in this application is true, correct and complete. Each person authorizes the Merchant Bank or any credit bureau or any credit reporting agency employed by Merchant Bank or any agent of Merchant Bank, to make whatever inquiries the Merchant Bank deems appropriate to investigate, verify or research references, statements or data obtained from Merchant for the purpose of this application, including requesting reports from consumer reporting agencies on persons signing below as an owner or general partner of Merchant or as a Guarantor (if such person asks Merchant Bank whether or not a consumer report was requested, Merchant Bank will tell such person, and if Merchant Bank received a report, Merchant Bank will give such person the name and address of the agency that furnished it). Each person also authorizes the Merchant Bank to give information to others, including other creditors and credit reporting agencies, concerning the Merchant Bank experience with Merchant. If Merchant does not qualify under our credit guidelines, Processor may share information on Merchant with a third party in an attempt to qualify Merchant. The Merchant Bank may request additional information if the Merchant Bank decides that it is necessary. Credit or other information on the Merchant, owners, officers and any personal guarantors of the Merchant may be requested for purposes of this Application and during the merchant processing relationship pursuant to Merchant Card Processing Agreement referenced and included with this Application. If 'RTL' or 'STR' is selected, then by signing below, I represent that I have read the POS Portal Rental Agreement and am authorized to sign this application on behalf of the entity above and all information herein is true, complete, and accurate. I authorize POS Portal, Inc. ("POS Portal") to verify this information and receive and exchange information about me, including requesting reports from consumer reporting agencies. By receiving delivery of the POS Portal rental equipment, the entity agrees to be bound by the terms of the POS Portal Rental Agreement. PLEASE CAREFULLY REVIEW THE TERMS AND CONDITIONS OF VERSION T.1111 OF THE MERCHANT CARD PROCESSING AGREEMENT PROVIDED TO YOU AND AVAILABLE AT WWW.TRANSFIRST.COM/DOCUMENTS.HTML, WHICH ARE HEREBY INCORPORATED BY REFERENCE. PLEASE ALSO CAREFULLY REVIEW, IF APPLICABLE, THE TERMS AND CONDITIONS OF VERSION 2.500 OF THE CARD NOT PRESENT ADDENDUM TO THE MERCHANT CARD PROCESSING AGREEMENT PROVIDED TO YOU AND AVAILABLE AT WWW.TRANSFIRST.COM/DOCUMENTS.HTML, WHICH ARE HEREBY INCORPORATED BY REFERENCE. BY SIGNING BELOW, (I) YOU ACKNOWLEDGE THAT YOU HAVE READ, UNDERSTOOD AND AGREE TO THOSE TERMS AND CONDITIONS AND (II) YOU AGREE TO ACCEPT ELECTRONIC NOTIFICATION OF ANY CHANGES TO THOSE TERMS AND CONDITIONS. PATRIOT ACT REQUIREMENTS - To help the government fight the funding of terrorism and money laundering activities, the USA Patriot Act requires all financial institutions to obtain, verify and record information that identifies each person (including business entities) who opens an account. What this means for you: When you open an account, we will ask for your name, physical address, date of birth, taxpayer identification number and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents. If Discover® Network Card acceptance is selected above, Processor will settle your Discover Network transactions and (a) you will receive one consolidated statement from Processor that will reflect your Visa, MasterCard and Discover Network transactions; (b) your Discover Network settlement funds will be paid at the same time and in the same manner as your Visa and MasterCard settlement; (c) you will not have a direct relationship with Discover Network and the terms set forth in the Merchant Card Processing Agreement for Discover Network transactions will apply; and (d) Merchant Bank (i) does not sponsor Processor into the Discover Network, (ii) is not providing or agreeing to provide Merchant any services hereunder with respect to Discover Network Card transactions, (iii) does not determine or approve or agree upon any fees, charges, pricing, or any other terms and conditions, relating to Discover Network Card transactions, and (iv) has no responsibility or liability to Merchant for Discover Network Card transactions. If American Express is selected above, then by signing below, I represent that I have read and am authorized to sign and submit this application on behalf of the entity above and all information I have provided herein is true, complete, and accurate. I authorize American Express Travel Related Services Company, Inc. ("American Express") to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies. I authorize and direct American Express to inform me directly, or through the entity above, of reports about me that American Express has requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I understand that upon American Express' approval of the entity indicated above to accept the American Express Card, the terms and conditions for American Express® Card Acceptance ("Terms and Conditions") will be sent to such entity along with a Welcome Letter. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the Terms and Conditions. If TransFreedom Program is selected above, then by signing below Merchant acknowledges, accepts and agrees that pricing is based upon processed volume and average ticket size and that this pricing may be subject to Automatic Volume Purchase billing, in addition to the TransFreedom monthly fee, if Merchant's actual processing volume exceeds its current pricing tier. The Merchant accepts and agrees that it is obligated for all monthly pricing based on its processed volume and average ticket size, including any applicable Automatic Volume Purchase billing. If Check Services is selected above, then by signing below, Merchant agrees to be bound by and perform in accordance with all the terms and conditions and provisions of the Check Services Agreement. Further, Merchant hereby requests Check Service acceptance be added to this Application. Merchant understands that the Terms and Conditions for Check Service will be sent to Merchant upon approval by CrossCheck. If selected above, Merchant hereby requests CrossCheck acceptance be added to this Application. Further, Merchant agrees to and accepts all terms and conditions as set forth by CrossCheck. If selected above, Merchant hereby requests TenderCard Gift and Loyalty card acceptance be added to this Application and, Merchant agrees to and accepts all terms and conditions, including, but not limited to any provision for early termination damages as set forth by Tender Card's Terms and Conditions provided and located at www.transfirst.com/Documents.html. By electing to process Credit Card and ACH transactions and by signing this Application, the Merchant grants consent and authorization to Merchant Bank or its agents or designated representatives to initiate automatic debit and credit entries and adjustments to the Settlement Account and any Reserve Account through the ACH Settlement Process for the amounts due under the Merchant Card Processing Agreement in accordance with the terms and conditions of the Merchant Card Processing Agreement, Automated Clearing House (ACH) Addendum and ACH Terms and Conditions provided and available at www.transfirst.com/documents.html, which are incorporated by this reference. In addition, by signing below the Merchant acknowledges that it has been provided, has read and agrees to be bound by the ACH Addendum, ACH Terms and Conditions, and Merchant Card Processing Agreement.

If 'RTL' or 'STR' is selected, then by signing below, I represent that I have read the POS Portal Rental Agreement and am authorized to sign this application on behalf of the entity above and all information herein is true, complete, and accurate. I authorize POS Portal, Inc. ("POS Portal") to verify this information and receive and exchange information about me, including requesting reports from consumer reporting agencies. By receiving delivery of the POS Portal rental equipment, the entity agrees to be bound by the terms of the POS Portal Rental Agreement.

**MERCHANT(S) SIGNATURE(S)** | **GUARANTOR(S) SIGNATURE(S)**

| | | | |
|---|---|---|---|
| X [signature] Merchant Signature (Principal or Owner) | Date | X [signature] Guarantor Signature | 2/21/12 Date |
| Print Name | Title | CHRISTOPHER STULTZ Print Name | (No titles) |
| X Merchant Signature (Principal or Owner) | Date | X Guarantor Signature | Date |
| Print Name | Title | Print Name | (No titles) |

**FOR INTERNAL USE ONLY**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Accepted by Processor | Date | Print name | Title | Accepted by Merchant Bank | Date | Print name | Title |

## Card Organization Disclosure Page [illegible]

**Merchant Services Provider Contact Information (* = Required)**

| | |
|---|---|
| *Name: | TransFirst Holding, Inc. |
| *Address: | 12202 Airport Way, Ste 100, Broomfield, CO 80021 |
| URL: | www.Transfirst.com |
| *Customer Service #: | 800-654-9256 |
| *Application Inquiry #: | 800-654-9256 |
| *Sales Office #: | 800-654-9256 |

**Member Bank Information**

The Bank's mailing address is Columbus Bank and Trust Company, a division of Synovus Bank, located at 1125 First Avenue, Columbus, GA, 31901, and the phone number is (706) 649-4900.

**Important Member Bank Responsibilities**

- The Bank is the only entity approved to extend acceptance of Payment Network products directly to a Merchant.
- The Bank must be a principal (signer) to the Merchant Card Processing Agreement.
- The Bank is responsible for educating Merchants on pertinent Visa and MasterCard Rules with which Merchants must comply; but this information may be provided to you by Processor.
- The Bank is responsible for and must provide settlement funds to the Merchant.
- The Bank is responsible for all funds held in reserve that are derived from settlement.

**Important Merchant Responsibilities**

- Ensure compliance with cardholder data security and storage requirements.
- Maintain fraud and chargebacks below Payment Network thresholds.
- Review and understand the terms of the Merchant Card Processing Agreement.
- Comply with Payment Network rules.
- Retain a signed copy of this Disclosure Page.
- You may download "Visa Regulations" from Visa's website at: http://usa.visa.com/merchants/operations/op_regulations.html.
- You may download "MasterCard Regulations" from MasterCard's website at: http://www.mastercard.com/us/merchant/support/rules.html.

The responsibilities above do not replace the terms of the Merchant Card Processing Agreement and are provided to ensure the Merchant understands some important obligations of each party and that the Bank is the ultimate authority should the Merchant experience any problems.

**Merchant Information (* = Required)**

| | |
|---|---|
| *Business Legal Name (Printed): | FMG Partners |
| *Business Address: | [redacted] ALT LAKE CITY, UT |
| *Business Phone: | (801) 895-3503 |
| X Signature of Business Principal: | [signature] |
| *Printed Name of Business Principal: | Christopher Stultz |
| *Title: | Co-Owner |
| *Date: | 2/21/2012 |

## Silver Merchant Program Addendum to Merchant Agreement

Merchant ID Number: [redacted]2231

THIS ADDENDUM is entered into by and among TransFirst LLC, Columbus Bank and Trust (the "Merchant Bank") and the undersigned Merchant (the "Merchant"). The Merchant has submitted an Application for Merchant Agreement to TransFirst LLC and the Merchant Bank. TransFirst LLC and the Merchant Bank have agreed to approve the Application provided, among other things, that the Merchant agrees to the terms and provisions set forth in this Addendum to the Merchant Agreement. Consequently, the parties agree as follows:

1. Definitions: "A Keyed Merchant" is one who does not obtain a swipe of the customer's card at the time of the transaction and manually keys the card number into the terminal. A "Mail Order/Phone Order" or "Internet" Merchant, is a keyed merchant and must indicate one or both of those Business Types on its Application for Merchant Agreement. A keyed merchant is also one who generates 31% or more of its processing dollar volume via a keyed transaction whether the transaction has a card imprint, is a mail or phone order transaction or a transaction via the Internet, e-mail or similar form of communication.

2. Terms and Conditions: In addition to the provisions of the Merchant Agreement, the Merchant must comply with the following terms and conditions:
   A. The Merchant:
      i. Warrants and represents that it has provided TransFirst LLC with complete copies of all of its advertising and sales materials, catalogues, Web site screens, and customer contracts or agreements, and agrees that it shall promptly provide TransFirst LLC with complete copies of all changes, additions or supplements to those materials as and when the same are implemented;
      ii. Is strongly advised to use Address Verification Service ("AVS") software in its terminal for use in each card transaction if the transaction is non face to face;

3. If an ACH debit is returned to TransFirst LLC by the Merchant's bank of the Merchant Agreement, TransFirst LLC or the Merchant Bank may, in its sole and absolute discretion, terminate the Merchant Agreement. If there is an overdraft for three (3) days or more in the Settlement Account, or overdrafts in the Settlement Account are otherwise excessive, Merchant Agreement will be terminated automatically, and all card transactions, credits or funds then in process will be held pursuant to Section 14 of the Merchant Agreement

4. TransFirst LLC will transmit processed credits or debits to the Merchant's bank account __5__ business days after the transaction date, subject to TransFirst's LLC right to grant only provisional credit, or to hold funds or credits or establish a reserve pursuant to this Addendum or the Merchant Agreement. Settlement timeframes are determined by the percentage of transactions keyed on a monthly basis. Therefore, the settlement time may be changed at TransFirst's LLC discretion.

5. The Merchant Agreement may be terminated immediately if the Merchant fails to comply with any of the terms or conditions of this Addendum. This Addendum is intended to supplement the Merchant Agreement and does not modify the Merchant Agreement, except as expressly provided herein. In the event of any conflict between this Addendum and the Merchant Agreement, the terms of this Addendum shall control.

6. The undersigned Applicant and Guarantor further affirm and agree that TransFirst LLC and Merchant Bank may accept and act in reliance upon a copy or facsimile of this Addendum bearing their signatures, or on copies or facsimiles of other documents bearing their signatures, and that any such copy or facsimile shall be deemed and treated for all purposes as an original of the Addendum or other document, and as bearing their original signatures.

Merchant Name FMG PARTNERS, LLC.
Merchant Signature (No Titles) [signature] Date 3/8/12
Guarantor Name Christopher Nidecki-Stutz Accepted by TransFirst LLC
Guarantor Signature (No Titles) [signature] By 3/8/12
Date General Manager Date

register.com

Speak to a web expert. Call us toll free at 1.888.734.4783

Customer Support Log In Cart (0)




# Whois Results

Advertisement




:: Print-friendly version

Do another WHOIS lookup

Domain Name: FMGADVISORS.COM
Registrar URL: http://www.godaddy.com
Registrant Name: Jonathan Hanley
Registrant Organization: Brown Legal, Inc.
Name Server: NS73.DOMAINCONTROL.COM
Name Server: NS74.DOMAINCONTROL.COM
DNSSEC: unsigned

For complete domain details go to:
http://who.godaddy.com/whoischeck.aspx?domain=FMGADVISORS.COM

The data contained in GoDaddy.com, LLC's WhoIs database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, LLC. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" section. In most cases, GoDaddy.com, LLC is not the registrant of domain names listed in this database.
The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.

Great Partner Offers

Protect assets from personal liability

:: Print-friendly version

Do another WHOIS lookup




About Us | Become an Affiliate | Advertising with Register | Become a Reseller | Partner Offers

TRANSFIRST®
First In Secure Electronic Payments

January 27, 2014

FMG Partners
Christopher Stultz
[redacted]
Salt Lake City, UT [redacted]

Re: Merchant Account Number: [redacted]7731

Dear Christopher Stultz,

TransFirst Merchant Services processes the Visa, MasterCard and Discover transactions for the above listed merchant account. After further review of the businesses we have determined that we will no longer be able to process transactions for the business.

When we discover a merchant's business no longer meets our criteria, we must assess the risk for that account and take appropriate action. Therefore, TransFirst regrets to inform you that the merchant account has been closed effective January 27, 2014. TransFirst is currently holding $6,741.00; these funds may be held for a minimum of 180 days.

Should you have any questions or concerns I can be reached at (800) 654-9256 extension EXT #8510.

Sincerely,

Mary Schaffer

Mary Schaffer
Fraud/Risk Analyst
TransFirst, LLC

Att. AAA

# Attachment AAA

V17.0716

# APPLICATION FOR MERCHANT CARD PROCESSING

STW Short Name: MEXP  Assoc #: 105594
Sales Rep Name: David Cruse  Sales Rep Code: SOLV-  Branch # (if applicable)

**For purposes of this application, "Processor" or "TransFirst" is TransFirst, LLC, or one of its TransFirst affiliates, located at 12202 Airport Way, Suite 100, Broomfield, CO 80021 and can be contacted at (800)654-9256. Additional information can be found on the TransFirst website, www.TransFirst.com.**

"Merchant Bank" or "Member Bank" is Synovus Bank, d/b/a Columbus Bank & Trust Company located at 1148 Broad Street, 4th Floor Main Office, Columbus, GA 31901, (706) 649-4900. Processor is a registered ISO/MSP of Columbus Bank & Trust Company.

## 1. BUSINESS INFORMATION

| Legal | DBA |
|---|---|
| Legal Business Name (25 characters max): American Home Loans, LLC | DBA Business Name (23 characters max): American Home Loans, LL |
| Legal Address: 41 W 9000 S | DBA Address (Physical location, no PO Boxes): 41 W 9000 S |
| City: SANDY State: UT ZIP: 84070 | City: SANDY State: UT ZIP: 84070 |
| Legal Phone Number: (888) 980-9484 Legal FAX Number: (888) 334-7255 | DBA Phone Number: (888) 980-9484 DBA FAX Number: (888) 334-7255 |

Email address for Notices: jhanley@americanhomeloans.com
(See "Notices" in the Merchant Card Processing Agreement included with this application for additional information relating to email address usage.)

Customer Service Phone Number: (888) 980-9484
Website address:
Length Owned? 4 Years ___ Months

**Preferred Address for:**
Statements? ☑ Legal Address ☐ DBA Address
Chargebacks? ☑ Legal Address ☐ DBA Address ☑ FAX (888) 334-7255
☐ Email Address (TransLink)
Contact Name: Jonathan Hanley  Title: Owner  Phone: (888) 980-9484

**Any prior bankruptcies?** Business: ☐ Yes ☑ No If yes, filing date? | Personal: ☐ Yes ☑ No If yes, filing date?

**Business type:** ☑ Retail ☐ Retail with tips ☐ Restaurant ☐ MOTO ___% ☐ Internet ___% ☐ Lodging ☐ Supermarket ☐ Utility ☐ Pharmacy ☐ Business to Business ___%

Detail business description (include Description of Products or Services Sold). MCC / SIC 8999
Provide separate pages if needed: upfront application fees

## 2. W-9 INFORMATION

Taxpayer Identification Number: (Must be 9 digits) [redacted]0550
☑ EIN ☐ Social Security Number ☐ ITIN

Business Name: (as shown on your income tax return up to 40 characters) American Home Loans LLC

Address for IRS/Compliance notices: (if different than Legal Address given above)
41 W 9000 S
City SANDY State UT Zip 84070

To consent to paperless delivery of IRS notices, please review and check the box below:
☐ By checking this box, you acknowledge that you have read and agree to Consent to Paperless Delivery of Tax Related Documents located at WWW.TRANSFIRST.COM/DOCUMENTS and included with this application and that you consent to receiving IRS notices via paperless delivery.

For purposes of paperless delivery of IRS Notices, you are required to provide a valid email address. If different from the email address already provided above, please indicate the email address where you wish to receive paperless delivery of your IRS Notices. If you consent to receive IRS/Compliance notices by paperless delivery, to have IRS/Compliance notices sent electronically, please indicate the email address where such notices should be sent.
(Email address required) jhanley@americanhomeloans.com

**Type of Ownership:** Exempt Payee: ☐ Yes ☑ No
☐ Sole Proprietorship ☑ LLC ☐ Partnership ☐ Ltd Liability Partnership ☐ Government Entity ☐ Trust ☐ Professional Association
☐ Political Organization ☐ Public Corporation ☐ Private Corporation ☐ Non Profit Corporation

## 3. OWNER AND OFFICER INFORMATION

**NOTE: PRIVACY POLICY WITH RESPECT TO THE COLLECTION AND USE OF SOCIAL SECURITY NUMBERS CAN BE FOUND AT WWW.TRANSFIRST.COM/DOCUMENTS.**

| Name of Owner/Officer and Title | Social Security Number | Date of Birth | Percent Owned | Residential Address, City, State, Zip | Residential Phone Number |
|---|---|---|---|---|---|
| Jonathan Hanley - Owner | [redacted] | [redacted] | 100 % | [redacted], SANDY, UT [redacted] | (801) 913-5504 |
| | - - | / / | % | | |

## 4. PATRIOT ACT / SITE SURVEY

**PATRIOT ACT REQUIREMENTS** - To help the government fight the funding of terrorism and money laundering activities, the USA Patriot Act requires all financial institutions to obtain, verify and record information that identifies each person (including business entities) who opens an account. What this means for you: When you open an account, we will ask for your name, physical address, date of birth, taxpayer identification number and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents. Complete Section I and II for all business types except if a publically-traded company or Government Entity where only Section I is required. Completion of Section III by Sales Representative is required.

| Section I: Business Form of Identification | Items Reviewed | Section II: Individual Form of Identification | Items Reviewed |
|---|---|---|---|
| ☐ Govt. Issued Business License Entity<br>☐ Tax Return<br>☑ Entity Articles<br>☐ Business Financial Statement<br>☐ Government Entity | Business Name:<br>Date and Place of Issuance:<br>ID/IRS Employer ID:<br>Expiration Date: | ☐ Driver's License<br>☐ State ID<br>☐ Passport<br>☐ Military ID | Name:<br>Date of Birth:<br>DL/ID#:<br>Date of Issuance:<br>State/County of Issuance:<br>Expiration Date: |

Section III: Site Survey
Option B: ☑ No site inspection performed (business license scanned and attached).

## 5. CARD PROCESSING INFORMATION

**Have you ever accepted credit cards before?** ☑ Yes ☐ No  **If yes, what is the Processor's name?** Chase
**Please provide the most recent 3 months of credit card processing statements.**

**Number of locations?** 1  If you are affiliated with an existing account, please provide existing Merchant ID#:

☐ Please check this box if you are applying for processing services for additional merchant locations. If the additional locations are under common ownership, federal tax identification number, same authorized signatory, please submit the Additional Merchant Addendum as Exhibit A with this Application. Please note that all additional locations, along with the Primary location, will be subject to and governed by the terms and conditions of this Application and the Merchant Card Processing Agreement referenced in and included with this Application. If the additional locations are not under common ownership or have varying tax identification numbers and authorized signatories, you will be required to submit a separate Application for Merchant Card Processing per location.

**Do you bill your customers prior to goods being shipped?** ☐ Yes ☑ No
**If Yes, how many days?** ☐ 0-2 days ☐ 3-30 days ☐ 31-60 days ☐ 61-90 days ☐ Over 90 days

**What is your Return and Refund Policy? (Please be specific)**

**How do you advertise?** (check all that apply) ☑ Yellow pages ☐ Telemarketing ☐ Catalog ☑ Word of mouth ☐ Publications ☐ Mass/Direct mail ☐ Internet
☐ Other, please explain:

Please supply copies of advertising, including catalogs and brochures.
Where applicable, provide video (TV), audio tape (Radio or IVR), and Web-page screen prints. List the URL (www. X .com, .net .org, etc.) on each page.

**Card Types Requested? Select all that apply.** ☑ All Credit Cards ☐ All Credit and PIN Based Debit Cards ☐ PIN Based Debit Cards Only **

***Merchant has the right not to accept all card types. **Point Of Sale programming cannot prohibit the acceptance of credit cards; therefore, it is the merchant's responsibility to enforce this. Processor, and not Merchant Bank, will settle American Express, PayPal™ In-Store, Discover, and JCB transactions.**

| **Credit Card Processing Methods** | | **Do you use a third party fulfillment house?** | **Average Credit/Debit Transaction (Ticket) Amount:** | **Total Credit/Debit Monthly Sales:** |
|---|---|---|---|---|
| Card Swiped Transactions | 95 % | ☐ Yes ☑ No | | |
| Manually Keyed *(Card Present with Imprints)* | % | If yes, provide name and address | | |
| Manually Keyed *(Card Not Present and/or Mail Order/Telephone Order)* | 5 % | | | |
| eCommerce *(Card Not Present)* | % | | | |
| **Total (must equal 100%)** | 100 % | | $500.00 | $372,642.00 |
| Business to Business (must be 0 - 100%) | 5 % | | | |

**Does annual American Express volume exceed $1,000,000?** ☐ Yes ☑ No  **Would Merchant like to receive American Express marketing materials?** ☑ Yes ☐ *No

*By checking 'No' the merchant opts out of receiving future commercial marketing communications from American Express. Note that you may continue to receive marketing communications while American Express updates its records to reflect your choice. Opting out of commercial marketing communications will not preclude you from receiving important transactional or relationship messages from American Express.

**Seasonal Business?** ☐ Yes ☑ No If yes, indicate by "X" the months that are ACTIVE: ☑ Jan ☑ Feb ☑ Mar ☑ Apr ☑ May ☑ Jun ☑ Jul ☑ Aug ☑ Sep ☑ Oct ☑ Nov ☑ Dec

List the names of each of your independent contractors or agents that will have access to store, process, or transmit cardholder data, including online shopping carts, payment gateways, hosting companies, and order-taking services. (Provide separate pages if needed).

## 6. BANKING INFORMATION

| Name and Phone Number of Financial Institution | Routing Number (Shown on the bottom of check) | Bank Account Number (Shown on the bottom of the Check) | Type of Accounts | Use this account for*: |
|---|---|---|---|---|
| ** JPMORGAN CHASE (800) 677-7477 | 124001545 | [redacted]8202 | ☑ checking | ☑ daily settlement ☑ monthly billing ☑ chargebacks ☑ TXP ACH settlement ☑ TXP ACH fees |

*If nothing indicated, Financial Institution #1 will be used for all ACH activity. **AUTHORIZATION FOR AUTOMATIC FUNDS TRANSFER (ACH): The Merchant Bank (defined on page 3) is authorized to initiate or transmit automatic debit and/or credit entries and/or check entries to the account identified above and in the *provided voided check* (if applicable) relating to the above account (**) for all services contemplated under this Agreement. Said authority is granted to Merchant Bank's Processor and their agents.

## 7. TRADE REFERENCES

| Bank or Trade Name | Account Number | Product Sold | Phone Number |
|---|---|---|---|
| | | | |

## 8. FEE SCHEDULE

All Visa/MC/AXP/DISC/PP/JCB/Diners Card Types
***Discount Rate/Per Item Fee:*** 1.74 % + $ 0.00 per item

***Pricing Plan/Non-Qualified Surcharges:**** 1.00% Mid and 1.50% Non Qualified

* *All Non-Qualified fees apply to all Visa / MC / AXP / DISC / PP / JCB / Diners Card types*

**The following association-related fees may be added to "Fees for Access to Card Brand Services" billing bundle or be itemized on merchant statements - Cross border international transaction assessments/program support, MC network access/brand usage (NABU), MC Digital Enablement, MC license fee, Visa US acquirer processing fee (APF), Visa Zero Floor Limit, Visa misuse of the authorization system, Visa FANF, Visa debit integrity, Credit Voucher fee for Visa, MC processing integrity, Discover data usage, American Express Access and System Processing fees may apply. Further Visa/MC/AXP/DISC/PP mandated fees, including association Base II and kilobyte fees, Visa / MC / AXP / DISC / PP assessments, and $15 Annual Location Fee for MC may also apply.

**Batch Close Fee:** Batch close and batch inquiries are considered "transactions" and will be billed at the same rate as Visa / MC / AXP / DISC / PP Trans Fees unless specified.
**Monthly Minimum Discount:** Applies to Discount Rate & captured transaction fees. Qualified T&E Surcharge of .60% will apply to T&E merchant transactions.
**TransFreedom:** In addition to your TransFreedom Monthly fee, Automatic Volume Purchase billing may apply to volume processed in excess of the current pricing tier at a rate of $20.00 per every $500.00 in additional processed volume.
***Please see www.TransFirst.com for ways to reduce processing and interchange expense.***

***Authorization Fee:***
All Card Types $ 0.18  Voice Auth Fee $ 0.75  ARU Auth Fee $ 0.75  Batch Close Fee $ 0.00

| | | | |
|---|---|---|---|
| Monthly Service Fee | $ 9.95 | Application Setup Fee | $ 195.00 |
| Chargeback Fee | $ 25.00 | Monthly Minimum | $ 25.00 |
| ACH Return Fee | $ 15.00 | ACH Change Fee | $ 15.00 |
| Administrative Fee | $ 0.00 | Merchant Club Fee | $ 0.00 |
| Terminal Support Fee | $ 0.00 | Retrieval (Request for Copy) Fee | $ 15.00 |
| Payment Gateway Monthly Fee | $ 0.00 | Payment Gateway Setup Fee | $ 0.00 |

*Note: Processor and its contractors provide the additional products and services set forth in sections 9, 10 and 11, in addition to Purchasing Cards, Corporate Cards and Fleet Cards. Merchant Bank does not provide such services and has no responsibility or liability for them.:*



PX20 - 1234

## 9. ADDITIONAL SERVICES AND TERMS

☑ ACH Processing (ACH Addendum required) ☐ Check Services (CrossCheck Application required) ☐ Petro/Fleet (Petro addendum required) ☐ Voyager ☐ Wright Express (WEX)

***PIN Debit/EBT*** Debit Discount Rate: NOTE-PIN Based Debit authorization and interchange fees may apply.
PIN Based Debit Per Item Fee $ ______ PIN Based Debit/EBT Monthly Fee $ ______
PIN Based Debit/EBT Application Fee $ ______ EBT Per Item Fee $ ______

***Transaction Central/Transaction Express Processing Services:***
☐ TC ☐ TC Plus TC Setup Fee $ ______ *(One time per POS)* TC Monthly Gateway Fee $ ______ *(per POS)* TXP Direct Swipe Monthly Fee $ ______
☑ TXP ACH TXP Package Setup Fee $ 75.00 *(One time per POS)* Package Monthly Fee $ 25.00 *(per POS)* Integration Fee $ ______
QB Payment Terminal Setup Fee $ ______ QB Payment Terminal Monthly Fee $ ______
ACH Discount Rate 0 % ACH Transaction Fee $ 0.15 ACH Return Fee $ 25.00 Fraud Check Fee $ ______

***Product Fees***
Quarterly PCI Non-Validation* $ 28.80 Monthly - $100,000 Breach Security Coverage Fee $ 8.95

Petro/Fleet (per Terminal) Setup Fee: $ ______ Monthly Fee: $ ______
SmartLink (per Modem) Setup Fee: $ ______ Monthly Fee: $ ______

NOTE - *PCI Fee will be reduced to $18.80 for ongoing support once compliance is validated

☐ Section 11.2(d) Fee (as stated in the Merchant Card Processing Agreement does not apply if checked)

| | | |
|---|---|---|
| ☐ Guardian Monthly Fee: $______ | ☐ Encryption Monthly Fee: $______ | |
| WebPass Setup Fee: $______ | MultiPass Setup Fee: $______ | Hosted Payment Setup Fee: $______ |
| WebPass Monthly Fee: $______ | MultiPass Monthly Fee: $______ | Hosted Payment Monthly Fee: $______ |

## 10. EQUIPMENT OPTIONS

Industry: ☐ Retail ☐ Retail w/ Tips ☐ Restaurant ☐ MOTO ☐ QPS Retail ☐ QPS Restaurant ☐ Lodging ☐ Petro/Fleet ☐ Cash Advance
Equipment shipped to: ☑ DBA ☐ Legal ☐ Agent ☐ Other* ☐ N/A Merchant trained by: ☐ Agent ☑ TransFirst ☐ Other*
Welcome Kit sent by: ☐ Agent ☑ TransFirst Welcome Kit shipped to: ☑ DBA ☐ Legal ☐ Agent ☐ Other* ☐ N/A
*If 'Other' was selected above, provide shipping details below.
*Name: *Address:
*City: *State: *Zip

| Item Description | Model Number | Version or Serial # | QTY | Code | Price | Bill To |
|---|---|---|---|---|---|---|
| Card Reader | Magtek Mini USB | | 1 | PN | $ 125.00 | Merchant |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**FEATURES**

| | | | |
|---|---|---|---|
| PIN Based Debit | ☐ Yes ☑ No | Dial Prefix | |
| EBT Services | ☐ Cash Benefits Only | ☐ Food Stamps* | ☐ Both* |
| *EBT FNS/FCS# (7 digits): | | Multi-Merchant | ☐ Yes ☑ No |
| Parent MID: | | Number of Child Accts: | |
| AVS | ☐ Yes ☑ No | Invoice | ☐ Yes ☑ No |
| Corp/Purch Card | ☐ Yes ☑ No | eCommerce | ☐ Yes ☑ No |
| Verification Code | ☐ Yes ☑ No | Quick Pymnt Srv | ☐ Yes ☑ No |
| Partial Auth | ☐ Yes ☑ No | Shared Line | ☐ Yes ☑ No |
| Auto Close | ☐ Yes ☑ No | Auto Close Time | |
| Connection Method | ☐ Dial ☐ IP/SSL ☐ Wireless | | |
| Store & Forward | ☐ Yes ☑ No | Memory Size | ☐ 512K ☐ 1Meg |
| EMV Capabilities | ☐ Contact | ☐ NFC/Contactless | |
| Tip at Time of Sale | ☐ Yes ☑ No | Tip Calculator | ☐ Yes ☑ No |

Merchant Email Address (Required):

**Shipping, handling and tax will be billed in addition to the equipment price listed above. **If merchant owned WAY terminal, SIM # & Serial# required. Bill To Options: Merchant, Agent, Transfirst, N/A.** Codes: FUA = Free Use Addendum (Submit FUA addendum with this Application), MO=Merchant Owned, PN=Purchase New, PO=Purchased Via Other Source,PRF=Purchased Refurbished, LSE=Lease, FLS=FD Leasing, EE=Encryption Exchange, **RTL=TransFirst Rental Program or **STR=Short Term Rental. Any free use equipment provided by TransFirst is, as between Merchant and TransFirst, the property of TransFirst and is being provided for free use and Merchant agrees that it has read and agrees to the terms and conditions regarding such free use equipment as set forth in the Merchant Card Processing Agreement located at www.transfirst.com/documents and included with this application.

## 11. TRANSACTION CENTRAL/TRANSACTION EXPRESS/PROCESSNOW HARDWARE AND CONFIGURATION

Product: ☐ Transaction Central ☐ Transaction Central Plus (CC & ACH - ACH Addendum required) ☐ Transaction Express ☑ Transaction Express ACH

Input Types: ☑ Virtual ☐ Web Services ☐ Batch ☐ Post ☐ Hosted Industry: ☑ Retail ☐ MOTO ☐ eCommerce
***Integrated Product Name:
***Integrated Website Address: ***Welcome Email Address: jhanley@americanhomeloans.com

| Item Description | Config / Color | QTY | Code | Price | Bill To |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**TC FEATURES* / TC EXTENDED FEATURES***

| | | | |
|---|---|---|---|
| Batch Close Method | ☐A ☐M ☐M/A | Corp/Purch Cards | ☐ Y |
| Recurring Method | ☐A ☐M | Duplicate Card Accep | ☐ Y |
| Multi-User | ☐ Y | ECI (req'd for internet) | ☐ Y |
| Batch Uploaded | ☐ Y | AVS | ☑ Y |
| Allow Blind Credits | ☐ Y | Private Label | ☐ Y |
| Group ID: | | PL Name: | |
| PIN Based Debit | ☐ Y | | |

**TXP PROCESSING OPTIONS***

| | | | |
|---|---|---|---|
| Batch Close Method | ☑ M/A | Batch Close Time: | 14:30 |
| Direct Swipe | ☐ Y | | |
| Partial Auth | ☑ Y | | |
| Batch Response File | ☐ Y | File Split | ☐ Y |
| Private Label | ☐ Y | | |
| Convenience Fee | ☐ Y | Debit Only | ☐ Y |
| PIN Based Debit | ☐ Y | | |

Special Instructions:

*Important: If feature not selected, it will be defaulted off. If Manual Recurring is selected, Auto Recurring is also activated. If both ECI and Recurring needs to be setup under 1 MID, 2 Transaction Central setups are required. Note: A=Auto / M=Manual

**Shipping, handling and tax will be billed in addition to the equipment price listed above. **Bill To Options: Merchant, Agent, Transfirst, N/A.** Codes: FUA = Free Use Addendum (Submit FUA addendum with this Application), MO=Merchant Owned, PN=Purchase New, PO=Purchased Via Other Source,PRF=Purchased Refurbished, LSE=Lease, FLS=FD Leasing, EE=Encryption Exchange, **RTL=TransFirst Rental Program or **STR=Short Term Rental. Any free use equipment provided by TransFirst is, as between Merchant and TransFirst, the property of TransFirst and is being provided for free use and Merchant agrees that it has read and agrees to the terms and conditions regarding such free use equipment as set forth in the Merchant Card Processing Agreement located at www.transfirst.com/documents and included with this application.

**PLEASE CAREFULLY REVIEW THE MERCHANT CARD PROCESSING OPERATING GUIDE (the "OPERATING GUIDE") AND THE TERMS AND CONDITIONS OF VERSION 13.0716 OF THE MERCHANT CARD PROCESSING AGREEMENT (the "MPA") AVAILABLE AT WWW.TRANSFIRST.COM/DOCUMENTS, EACH OF WHICH IS HEREBY INCORPORATED BY REFERENCE. IF APPLICABLE, PLEASE ALSO CAREFULLY REVIEW THE TERMS AND CONDITIONS OF VERSION 5.0614 OF THE CARD NOT PRESENT ADDENDUM TO THE MERCHANT CARD PROCESSING AGREEMENT AVAILABLE AT WWW.TRANSFIRST.COM/DOCUMENTS, WHICH IS HEREBY INCORPORATED BY REFERENCE.**

Agreement Signature: As the person signing below on behalf of the business designated on the above application as the Merchant, I certify that I am an owner, partner or officer of the Merchant and have been duly authorized to sign this application and to bind the Merchant to the MPA and the Operating Guide. Merchant and each Guarantor signing below hereby acknowledge that they have read this application and the MPA and agree to be bound by the terms and conditions contained in those documents. Merchant (and Guarantor when applicable) by signing below agrees to comply with the Operating Guide. Merchant certifies that all information provided in this application is true, correct and complete. Merchant (and Guarantor when applicable) authorizes the Merchant Bank and Processor or their respective agents to make whatever inquiries the Merchant Bank or Processor deems appropriate to investigate and verify any of the credit, financial and other information given by Merchant for the purpose of this application, including credit references and to obtain credit reports on each person signing below. Credit or other information on Merchant, owners, officers and any guarantors of the Merchant may be requested for purposes of this application and during the merchant processing relationship pursuant to the MPA.

If 'RTL' or 'STR' is indicated in Section 10, then by signing below, and upon receiving delivery of the rental equipment, Merchant represents that Merchant has read and agrees to be bound by the terms of either the POS Portal Rental Agreement or the Equipment Terms set forth in Section 24 of the Merchant Card Processing Agreement (as applicable). If renting equipment from POS Portal, Inc. ("POS Portal"). Merchant authorizes POS Portal to verify the application information and receive and exchange information about Merchant, including requesting reports from consumer reporting agencies. If 'FLS' is indicated, then by signing below and upon receipt of the First Data Global Leasing (FDGL) equipment, Merchant represents that Merchant has read and agrees to be bound by the terms of the Equipment Lease Agreement.

Processor will settle your American Express®, PayPal In-Store Checkout and Discover® transactions and (a) Merchant will receive one consolidated statement from Processor that will reflect Merchant's Visa, MasterCard, American Express, PayPal In-Store Checkout and Discover transactions; (b) Merchant's American Express, PayPal In-Store Checkout and Discover settlement funds will be paid at the same time and in the same manner as Merchant's Visa and MasterCard settlement; and (c) Merchant will not have a direct relationship with American Express, PayPal or Discover and the terms set forth in the MPA for American Express, PayPal In-Store and Discover transactions will apply. By signing below, Merchant agrees to be bound by the PayPal Operating Regulations for In-Store Checkout and the American Express merchant requirements contained in the Operating Guide. Merchant consents to the disclosure of transaction data, merchant data and other information about the Merchant to American Express and to the use by American Express of such information to perform its responsibilities in connection with the provision of its services, to promote the American Express Network, perform analytics and create reports, and for any other lawful business purposes including marketing purposes. Merchant agrees American Express may use any information in this application to screen and/or monitor Merchant in connection with American Express card marketing and administrative purposes

If the TransFreedom Program is selected above, then by signing Merchant acknowledges, accepts and agrees that pricing is based upon processed volume and average ticket size and that this pricing may be subject to Automatic Volume Purchase billing, in addition to the TransFreedom monthly fee, if Merchant's actual processing volume exceeds its current pricing tier. Merchant accepts and agrees that it is obligated for all monthly pricing based on its processed volume and average ticket size, including any applicable Automatic Volume Purchase billing.

If Check Services is selected above, then CrossCheck acceptance shall be added to this application and by signing below, Merchant agrees to be bound by and perform in accordance with all the terms and conditions and provisions of the Check Services Agreement and as set forth by CrossCheck. Merchant acknowledges that the Terms and Conditions for Check Service will be sent to Merchant upon approval by CrossCheck.

By electing to process Credit Card and/or Debit Card transactions and by signing this application, Merchant grants consent and authorization to Merchant Bank or its agents or designated representatives to initiate automatic debit and credit entries and adjustments to the Settlement Account and any Reserve Account through the ACH Settlement Process for the amounts due under and in accordance with the terms and conditions of this application and the MPA.

By electing to process ACH transactions and by signing this application, Merchant grants consent and authorization to Processor or its agents or designated representatives to initiate automatic debit and credit entries and adjustments to the Settlement Account and any Reserve Account through the ACH Settlement Process for the amounts due under the Automated Clearing House (ACH) Addendum and ACH Terms and Conditions available at WWW.TRANSFIRST.COM/DOCUMENTS, which are incorporated by this reference. By signing below Merchant acknowledges that it has read and agrees to be bound by the ACH Addendum, and the ACH Terms and Conditions (v4 0715TC for TC Plus or v2 0715TXP for TXP ACH depending on processing services selected in Section 9)

Merchant certifies that Merchant does not and will not provide, offer or facilitate gambling services, including offering or facilitating internet gambling services, or establishing quasi-cash, credits or monetary value of any type that may be used to conduct gambling.

Any unilateral alteration, strikeover or modification to the preprinted text or line entries of the application or MPA shall be of no effect. Merchant acknowledges that the parties may produce and rely upon a copy or electronically stored image of the merchant application and MPA for all legal purposes.

| 12. MERCHANT(s) SIGNATURE(S) | | GUARANTORS(s) SIGNATURE(S) | |
|---|---|---|---|
| 1) Jonathan Hanley | | 1) Jonathan Hanley | |
| Merchant Signature (Owner or Officer) | Date | Guarantor Signature | Date |
| Jonathan Hanley | Owner | Jonathan Hanley | |
| Print Name | Title | Print Name | (No titles) |
| 2) | | 2) | |
| Merchant Signature (Owner or Officer) | Date | Guarantor Signature | Date |
| | | | |
| Print Name | Title | Print Name | (No titles) |



PX20 - 1236

## Card Organization Disclosure Page

**Merchant Services Provider Contact Information**

Name: TransFirst, LLC

Address: 12202 Airport Way, Ste 100, Broomfield, CO 80021

URL: www.TransFirst.com

Customer Service #: 800-654-9256

**Member Bank/Merchant Bank Information**

The Bank's mailing address is Synovus Bank, d/b/a Columbus Bank and Trust Company, located at 1148 Broad Street, 4th Floor Main Office, Columbus, GA,31901, and the phone number is (706) 649-4900.

**Important Member Bank Responsibilities**

- The Bank is the only entity approved to extend acceptance of Visa and MasterCard products directly to a Merchant.
- The Bank must be a principal (signer) to the Merchant Card Processing Agreement.
- The Bank is responsible for educating Merchants on pertinent Visa and MasterCard Rules with which Merchants must comply; but this information may be provided to you by Processor.
- The Bank is responsible for and must provide settlement funds to the Merchant.
- The Bank is responsible for all funds held in reserve that are derived from settlement.

**Important Merchant Responsibilities**

- Ensure compliance with cardholder data security and storage requirements.
- Maintain fraud and chargebacks below thresholds.
- Review and understand the terms of the Merchant Card Processing Agreement.
- Retain a signed copy of this Card Organization Disclosure Page.
- Comply with Visa Regulations. You may download a copy from Visa's website at: http://usa.visa.com/merchants/operations/op_regulations.html .
- Comply with MasterCard Regulations. You may download a copy from MasterCard's website at: http://www.mastercard.com/us/merchant/support/rules.html .
- Ensure compliance with American Express Program Requirements.
- Ensure compliance with Discover Card Acceptance regulations.
- Ensure compliance with PayPal Operating Regulations for In-Store Checkout.

The responsibilities above do not replace the terms of the Merchant Card Processing Agreement and are provided to ensure the Merchant understands some important obligations of each party and that the Bank is the ultimate authority should the Merchant experience any problems.

**Merchant Information (* = Required)**

*Business Legal Name (Printed): American Home Loans, LLC

*Business Address: 41 W 9000 S SANDY, UT 84070

*Business Phone: (888) 980-9484

*Signature of Owner or Officer: Jonathan Hanley

*Printed Name of Owner or Officer: Jonathan Hanley

*Title: Owner

*Date: 2/10/2017

# Automated Clearing House (ACH) Addendum

**(To be used in conjunction with the Application for Merchant Card Processing if choosing to process credit card and ACH transactions)**

This document is an Addendum ("Addendum") to the Application for Merchant Card Processing ("Application") and Merchant Card Processing Agreement ("MPA") (the Application and the MPA are collectively referred to as the "Merchant Agreement"), by and between TransFirst, LLC or one of its affiliated entities ("Processor"), located at 12202 Airport Way, Suite 100, Broomfield, CO 80021 and the Merchant identified in the Business Information section herein. Processor may be contacted at (800) 654-9256. Merchant and Processor are hereinafter collectively referred to as the "Parties".

STW Short Name: MEXP    Assoc #: 105594

Sales Rep Name: David Cruse    Sales Rep Code: SOLV-    Branch #: (if applicable) ______

**BUSINESS INFORMATION**

Merchant DBA Name: (23 characters max) American Home Loans, LL

**PROCESSING INFORMATION**

**Have you ever accepted ACH payments before?** ☐ Yes ☐ No **If yes, what is the ACH processor's name?**

| Projected ACH Transaction Volume and Threshold Parameters: | | Projected ACH Transaction Activity: | | |
|---|---|---|---|---|
| Maximum Single Transaction Amount | $ 750.00 | Internet Initiated Entries (WEB) | % of total | 33.33 |
| Maximum Number Daily Transactions | 10 | Telephone Initiated Entries (TEL) | % of total | 33.34 |
| Maximum Monthly Transaction Amount | $ 80000.00 | Prearranged Payment & Deposit Entries (PPD) | % of total | 33.33 |
| Maximum Number Monthly Transactions | 150 | Corporate Credit or Debit Entries (CCD) | % of total | 0 % |
| | | | | Must equal 100% |

**Telephone (TEL) authorizations must be recorded. Prearranged Payment and Deposit Entries (PPD) requires a signed authorization form for Direct Deposits (ACH Debits).**

**NOW, THEREFORE,** In consideration of the mutual promises and covenants contained in this Addendum, the Parties agree and desire to amend the Merchant Agreement to include the Merchant's election to process credit card and ACH transactions and to incorporate the information provided by the Merchant above. The Parties further agree as follows:

1. Capitalized Terms. Capitalized terms in this Addendum that are not defined herein shall have the same meaning given to them in the Merchant AgreemenL

2. Authorization for Automatic Funds Transfer (ACH). TransFirst is authorized to initiate or transmit automatic debit and / or credit entries to the account identified in the Merchant Application for any and all services and fees contemplated under this Addendum and the Merchant Agreement. Said authority is granted to TransFirst, its affiliates and agents.

3. Acknowledgements by Merchant. Merchant acknowledges that it has received the ACH Terms and Conditions (either v4.0715TC for TC Plus or v2.0715TXP for TXP ACH depending on processing services selected) and the MPA, located at http://www.transfirst.com/documents.html and acknowledges that it has read, reviewed, understood and accepts and agrees to be bound by both the ACH Terms and Conditions and terms and conditions of the MPA.

4. Merchant Agreement is in full force and effect. The Parties expressly acknowledge, accept and agree that except as otherwise amended pursuant to this Addendum, the Merchant Agreement remains in full force and effect in accordance with its terms.

5. Entire Agreement. In the event of a conflict between the terms and conditions of the Merchant Agreement and this Addendum, the terms and conditions of the Merchant Agreement shall govern. The Merchant Agreement, as amended by this Addendum, constitutes the complete and entire understanding of the parties with respect to the subject matter hereof.

6. Voluntary Agreement. The Parties have consulted with or had the opportunity to consult legal counsel concerning this Addendum, and have conducted such inquiry as they deem necessary and advisable prior entering into this Addendum.

7. Merchant Card Application and Signature(s). The Merchant accepts and agrees that the persons signing the Application have read and agree to be bound by the terms and conditions of the Merchant Agreement and this Addendum. Further, the Merchant agrees that by filling out and submitting this Addendum with its signed Application, the Merchant has elected to process credit card and ACH transactions and that the Merchant accepts and agrees to be bound by the terms of this Addendum, the Merchant Agreement, the ACH Terms and Conditions and any and all other rules and regulations governing the processing of credit card and ACH transactions.

8. Effective Date of the Merchant Agreement and this Addendum. The Parties agree that the effective date of the Merchant Agreement and this Addendum will be the earlier date of the presentation of the first Transaction, including any test Transaction, by Merchant to Bank or the date Bank approves the Merchant Application. By either Merchant's signature on the Merchant Application or Merchant's processing a Transaction with Bank, Merchant confirms approval of the Merchant Agreement and Addendum the Merchant's acceptance and agreement to be bound by the Merchant Agreement and ACH Terms and Conditions.



PX20 - 1238

Application ID: 641066 Version #: 1 Date: 2/10/2017

Guarantor 1 Jonathan Hanley jhanley@americanhomeloans.com

168203:2/10/2017:73.20.88.121

V17.0616 (CBT)

# APPLICATION FOR MERCHANT CARD PROCESSING

STW Short Name: CDG Assoc #: 111071

Sales Rep Name: CDG Commerce Sales Rep Code: ________ Branch #: (if applicable) ________

For purposes of this application, "Processor" or "TransFirst" is TransFirst, LLC, or one of its TransFirst affiliates, located at 12202 Airport Way, Suite 100 Broomfield, CO 80021 and can be contacted at (800) 654-9256. Additional information can be found on the TransFirst website, www.TransFirst.com. "Merchant Bank" or "Member Bank" is Synovus Bank, d/b/a Columbus Bank and Trust Company, located at 1148 Broad Street, 4th Floor Main Office, Columbus, GA 31901, (706) 649-4900. Processor is a registered ISO/MSP of Columbus Bank and Trust Company.

## 1. BUSINESS INFORMATION

Legal Name of Business (25 characters max): AMERICAN HOME LOANS, LL

DBA Name (25 characters max): AMERICAN HOME LOANS, LL

Legal Address: 41 W 9000 S Suite:

DBA Address (Physical location, no PO Boxes): 41 W 9000 S Suite:

City: SANDY State: UT ZIP: 84070

City: SANDY State: UT ZIP: 84070

Legal Phone Number: 8019135504 Legal Fax Number:

DBA Phone Number: 8019135504 DBA Fax Number:

Email Address for Notices: jhanley@americanhomeloans.com

(See "Notices" in the Merchant Card Processing Agreement included with this application for additional information relating to email address usage.)

Customer Service Phone Number: 8019135504

Website Address: www.americanhomeloans.com

Length Owned: 5 Years 0 Months

Preferred Address for:

Statements? ☐ Legal Address or ☒ DBA Address

Chargebacks? ☐ Legal Address or ☒ DBA Address ☐ FAX ________

☐ Email Address (TransLink) ________

Contact Name: JONATHAN HANLEY Title Phone 8019135504

Any prior bankruptcies? Business: ☐Yes ☒No If Yes, Filing Date? ________ Personal: ☐Yes ☒No If Yes, Filing Date? ________

Business type: ☐ Retail ☐ Retail with Tips ☐ Restaurant ☐ MOTO ____% ☒ Internet ____% ☐ Lodging ☐ Supermarket ☐ Utility ☐ Pharmacy ☐ Business to Business ____%

Detailed business description (including description of Products or Services sold). Provide separate pages if needed:

MCC / SIC 8999 Other / Misc Professional Services

## 2. W-9 INFORMATION (must match information as shown on your income tax return)

Taxpayer Identification Number: (Must be 9 digits) [redacted]0550

☒ EIN ☐ Social Security Number or ☐ ITIN

Name (as shown on your income tax return, up to 40 characters): AMERICAN HOME LOANS, LL

Address for IRS/Compliance notices: (if different than Legal Address given above) ________

City ________ State ____ ZIP ____

To consent to paperless delivery of IRS notices, please review and check the box below:

☐ By checking this box, you acknowledge that you have read and agree to Consent to Paperless Delivery of Tax Related Documents located at www.transfirst.com/documents and included with this application and that you consent to receiving IRS notices via paperless delivery.

For purposes of paperless delivery of IRS Notices, you are required to provide a valid email address. If different from the email address already provided above, please indicate the email address where you wish to receive a paperless delivery of your IRS Notices. If you consent to receive IRS/Compliance notices by paperless delivery, please indicate the email address where such notices should be sent

(Email address required) jhanley@americanhomeloans.com

Type of Ownership: Exempt Payee: ☐Yes ☒No

☐ Sole Proprietorship, Date of Birth ________ ☒ LLC ☐ Partnership ☐ Ltd Liability Partnership ☐ Government Entity ☐ Trust ☐ Professional Association ☐ Political Organization ☐ Public Corporation ☐ Private Corporation ☐ Non Profit Corporation

## 3. OWNER AND OFFICER INFORMATION

NOTE: PRIVACY POLICY WITH RESPECT TO THE COLLECTION AND USE OF SOCIAL SECURITY NUMBERS CAN BE FOUND AT WWW.TRANSFIRST.COM.

| Name of Owner/Officer and Title | Social Security Number | Date of Birth | Percent Owned | Residential Address, City, State, Zip | Residential Phone Number |
|---|---|---|---|---|---|
| JONATHAN HANLEY | | [redacted] | 100 % | | |
| | | | % | | |

## 4. PATRIOT ACT / SITE SURVEY

PATRIOT ACT REQUIREMENTS - To help the government fight the funding of terrorism and money laundering activities, the USA Patriot Act requires all financial institutions to obtain, verify and record information that identifies each person (including business entities) who opens an account. What this means for you: When you open an account, we will ask for your name, physical address, date of birth, taxpayer identification number and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents. Complete Section I and II for all business types except if a publically-traded company or Government Entity where only Section I is required. Completion of Section III by Sales Representative is required.

| Section I: Business Form of Identification | Items Reviewed | Section II: Individual Form of Identification | Items Reviewed |
|---|---|---|---|
| ☐ Govt. Issued Business License<br>☐ Tax Return<br>☐ Entity Articles<br>☐ Business Financial Statement<br>☐ Government Entity | Business Name: AMERICAN HOME LOANS,<br>Date and Place of Issuance:<br>ID/IRS Employer ID:<br>Expiration Date: | ☒ Driver's License<br>☐ State ID<br>☐ Passport<br>☐ Military ID | Name: JONATHAN HANLEY<br>Date of Birth: [redacted]<br>DL/ID#: [redacted]<br>Date of Issuance:<br>State/Country of Issuance: UT<br>Expiration Date: 10/18/2018 |

Section III: ☐ On Site Visit Done by Sales Representative ☐ Sales Partner Validated ☐ No Site Performed

Merchant's physical inventory consistent with the business signage. ☐Yes ☐No Site Consistent with application: ☐Yes ☐No

Signature of Sales Representative*: ________ Printed Name: CDG Commerce Date: ________

*By signing above you hereby acknowledge that the information listed herein is true and accurate and was personally observed on the indicated document, as applicable.



PX20 - 1240

## 5. CARD PROCESSING INFORMATION

**Have you ever accepted credit cards before?** ☐ Yes ☒ No If yes, what is the processor's name? ____________
Please provide the most recent 3 months of credit card processing statements.

**Number of locations?** 1 | **If you are affiliated with an existing account, please provide existing Merchant ID#:**

☐ Please check this box if you are applying for processing services for additional merchant locations. If the additional locations are under common ownership, federal tax identification number, same authorized signatory, please submit the Additional Merchant Addendum as Exhibit A with this application. Please note that all additional locations, along with the Primary location, will be subject to and governed by the terms and conditions of this application and the Merchant Card Processing Agreement referenced in and included with this application. If the additional locations are not under common ownership or have varying tax identification numbers and authorized signatories, you will be required to submit a separate Application for Merchant Card Processing per location.

**Do you bill your customers prior to goods being shipped?** ☐ Yes ☒ No
If Yes, how many days? ☐ 0-2 days ☐ 3-30 days ☐ 31-60 days ☐ 61-90 days ☐ Over 90 days

**What is your Return and Refund Policy? (Please be specific)**
Case by case but very liberal with refunds

**How do you advertise? (check all that apply)** ☐ Yellow pages ☐ Telemarketing ☐ Catalog ☐ Word of mouth ☐ Publications ☐ Mass/Direct mail ☒ Internet
☐ Other, please explain:
Please supply copies of advertising, including catalogs and brochures.
Where applicable, provide video (TV), audio tape (Radio or IVR), and Web-page screen prints. List the URL (www. X com, net, org, etc.) on each page

**Card Types Requested?* Select all that apply.** ☐ All Credit Cards ☐ All Credit and PIN Based Debit Cards ☐ PIN Based Debit Cards Only **

***Merchant has the right not to accept all card types. **Point Of Sale programming cannot prohibit the acceptance of credit cards; therefore, it is the merchant's responsibility to enforce this. Processor, and not Merchant Bank, will settle American Express, PayPal™ In-Store, Discover, and JCB transactions.**

| Credit Card Processing Methods | | Do you use a third party fulfillment house? | Average Credit/Debit Transaction (Ticket) Amount: | Total Credit/Debit Monthly Sales: |
|---|---|---|---|---|
| Card Swiped Transactions | 0.00 % | ☐ Yes ☒ No | $ 500.00 | $ 10000.00 |
| Manually Keyed *(Card Present with imprints)* | 0.00 % | If yes, provide name and address | | |
| Manually Keyed *(Card Not Present and/or Mail Order/Telephone Order)* | 100 % | | | |
| eCommerce *(Card Not Present)* | 0.00 % | | | |
| Total (must equal 100%) | 100 % | | | |
| Business to Business (must be 0 - 100%) | % | | | |

**Does annual American Express volume exceed $1,000,000?** ☐ Yes ☒ No | **Would Merchant like to receive American Express marketing materials** ☒ Yes ☐ No*

*By checking 'No' merchant opts out of receiving future commercial marketing communications from American Express. Note that you may continue to receive marketing communications while American Express updates its records to reflect your choice. Opting out of commercial marketing communications will not preclude you from receiving important transactional or relationship messages from American Express.

**Seasonal Business?** ☐ Yes ☒ No If Yes, indicate by "X" the months that are ACTIVE: ☐ Jan ☐ Feb ☐ Mar ☐ Apr ☐ May ☐ Jun ☐ Jul ☐ Aug ☐ Sep ☐ Oct ☐ Nov ☐ Dec

List the names of each of your independent contractors or agents that will have access to, store, process, or transmit cardholder data, including online shopping carts, payment gateways, hosting companies, and order-taking services. (Provide separate pages if needed).

## 6. BANKING INFORMATION

| Name and Phone Number of Financial Institution | Routing Number (Shown on the bottom of check) | Bank Account Number (Shown on the bottom of check) | Type of Accounts | Use this account for* (select all that apply) | |
|---|---|---|---|---|---|
| 1 ** JPMORGAN CHASE | 124001545 | [redacted]8202 | ☒ checking ☐ savings ☐ general ledger | ☒ daily settlement ☒ monthly billing ☒ chargebacks | ☐ TXP ACH settlement ☐ TXP ACH fees |
| 2.** | | | ☐ checking ☐ savings ☐ general ledger | ☐ daily settlement ☐ monthly billing ☐ chargebacks | ☐ TXP ACH settlement ☐ TXP ACH fees |

*If nothing indicated, Financial Institution #1 will be used for all ACH activity. **AUTHORIZATION FOR AUTOMATIC FUNDS TRANSFER (ACH): The Merchant Bank (defined on page 1) is authorized to initiate or transmit automatic debit and/or credit entries and/or check entries to the account identified above and in the *provided voided check* (if applicable) relating to the above account (**) for all services contemplated under this Agreement. Said authority is granted to Merchant Bank's Processor and their agents.

## 7. TRADE REFERENCES

| Trade Name | Account Number | Phone Number | Product Sold (if applicable) |
|---|---|---|---|
| | | | |

## 8. FEE SCHEDULE

**PRICING (Select One):** ☐ QMNRC ☐ Differential ☒ Pass Through ☐ TransFreedom | **PROCESSING TYPE:** ☐ Retail ☒ MOTO ☐ TTC

| Fee Category: Visa/MC/AXP/DISC/PP/JCB/Diners Cards *(if applicable)* | Discount Rate | Authorization Fee | Per Item Fee | | |
|---|---|---|---|---|---|
| | | | | Voice/ARU Auth Fee $ 0.75 | Chargeback Fee $ 25.00 |
| Qualified or Plus Rate: *(Retail, MOTO, Internet)* | 0.30% % | All Card Types $ $0.15 | $ ______ | Batch Close Fee $ 0.25 | Retrieval Fee $ 15.00 |
| Mid-Qualified Surcharge: *(Retail Only)* | ______ % | | $ ______ | Monthly Minimum Discount $ 0.00 | Application Setup Fee $ 0.00 |
| Non-Qualified or Differential Surcharge: *(Retail, MOTO, Internet)* | ______ % | | $ ______ | Monthly Service Fee $ 10.00 | Reprogramming Fee $ 0.00 |
| Rewards Surcharge: *(Retail Only)* | % ☐ with Qualified Rewards at Pass Thru | | | TransFreedom Monthly Fee $ 0.00 | Terminal Support Fee $ 0.00 |
| Check Card Rebate *(Signature Based)* | ☐ Standard Card Rebates ☐ Card Rebates at Full Difference ☐ - | | $ ______ | Admin Fee: $ 0.00 | Annual Fee: $ 0.00 Start Date: ______ |
| Fees for Access to Card Brand Services *(see description below)* | ______ % | | $ ______ | ACH Return Fee $ 25.00 | ☐ Merchant Savings Club Monthly Fee $ 0.00 |
| | | | | Payment Gateway Monthly $ | Payment Gateway Setup $ |

The following association-related fees may be added to "**Fees for Access to Card Brand Services**" billing bundle or be itemized on merchant statements - Cross border international transaction assessments/program support, MC network access/brand usage (NABU), MC Digital Enablement, MC license fee, Visa US acquirer processing fee (APF), Visa Zero Floor Limit, Visa misuse of the authorization system, Visa FANF, Visa debit integrity, Credit Voucher fee for Visa, MC processing integrity, Discover data usage and American Express Access and System Processing fees. Further Visa / MC / AXP / DISC / PP mandated fees, including association Base II and kilobyte fees, Visa / MC / AXP / DISC / PP assessments, and $15 Annual Location Fee for MC may also apply. **Batch Close Fee**: All batch closing and batch inquiries are considered "transactions" and will be billed at the same rate as Visa / MC / AXP / DISC/PP Trans Fees unless specified. **Monthly Minimum Discount**: Applies to Discount Rate & captured transaction fees. Qualified T&E Surcharge of .60% will apply to T&E merchant transactions. **TransFreedom**: In addition to your TransFreedom Monthly fee, Automatic Volume Purchase billing may apply to volume processed in excess of the current pricing tier at a rate of $20.00 per every $500.00 in additional processed volume.

168203:2/10/2017:73.20.88.121



*Note: Processor and its contractors provide the additional products and services set forth in sections 9, 10 and 11, in addition to Purchasing Cards, Corporate Cards and Fleet Cards. Merchant Bank does not provide such services and has no responsibility or liability for them.*

## 9. ADDITIONAL SERVICES AND TERMS

☐ ACH Processing (ACH Addendum required) | ☐ Check Services (CrossCheck Application required) | ☐ Petro/Fleet (Petro Addendum required) ☐ Voyager ☐ Wright Express (WEX)

***PIN Debit/EBT***

PIN Based Debit Per Item Fee* $ 0.00 | PIN Based Debit Monthly Fee $ 0.00 | PIN Based Debit Application Fee $ 0.00 | EBT Per Item Fee $ 0.00

*Debit Discount Rate: NOTE - PIN Based Debit authorization and interchange fees may apply.

***Transaction Central/Transaction Express Processing Services***

☐ TC ☐ TC Plus | TC Setup Fee $ 0.00 *(One time per POS)* | TC Monthly Gateway Fee $ 0.00 *(per POS)* | TXP Direct Swipe Monthly Fee $ 0.00

☒ TXP ☐ ACH | TXP Package Setup Fee $ 0.00 *(One time per POS)* | TXP Package Monthly Fee $ 0.00 *(per POS)* | Integration Fee $ 0.00

QB Payment Terminal Setup Fee $ *(per TXP ID)* | QB Payment Terminal Monthly Fee $ *(per TXP ID)*

ACH Discount Rate 0.00 % | ACH Trans Fee $ 0.00 | ACH Return Fee $ 0.00 | Fraud Check Fee $ 0.00

***Wireless and Other Services***

Wireless Setup Fee $ 0.00 *(One Time/Per Terminal)* | Wireless Monthly Gateway Fee $ 0.00 *(Per Terminal)* | PCI Quarterly Program Fee* $ ______

Petro/Fleet *(per Terminal)* Setup Fee: $ ______ Monthly Fee: $ | SmartLink *(per Modem)* Setup Fee: $ ______ Monthly Fee: $ | Other Fee: $ 0.00 Description: | ☒ Monthly ☐ Semiannually Breach Coverage Fee $ 0.00

Section 11 2(d) Fee (as stated in the Merchant Card Processing Agreement) does not apply if checked ☒

## 10. EQUIPMENT OPTIONS

**Industry:** ☐ Retail ☐ Retail w/ Tips ☐ Restaurant ☐ MOTO ☐ QPS Retail ☐ QPS Restaurant ☐ Lodging ☐ Petro/Fleet ☐ Cash Advance

**Equipment shipped to:** ☒ DBA ☐ Legal ☐ Agent ☐ Other* ☐ N/A | **Merchant trained by:** ☒ Agent ☐ TransFirst ☐ Other*

**Welcome Kit sent by:** ☒ Agent ☐ TransFirst | **Welcome Kit shipped to:** ☒ DBA ☐ Legal ☐ Agent ☐ Other* ☐ N/A

***If Other was selected above, provide shipping details below**

***Name:** | ***Address:**

***City:** | ***State:** | ***Zip:**

| Item Description | Model | Version/SIM# | Qty | Code** | Price** | Bill To** |
|---|---|---|---|---|---|---|
| Software | Quantum | | 1 | MO | 0.0000 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**FEATURES**

| | | | |
|---|---|---|---|
| PIN Based Debit | ☐ Yes ☐ No | Dial Prefix | |
| EBT Services | ☐ Cash Benefits Only | ☐ Food Stamps*** | ☐ Both*** |
| ***EBT FNS/FCS# (7 digits) | | Multi-Merchant | ☐ Yes ☒ No |
| Parent MID: | | Number of Child Accts: | |
| AVS | ☒ Yes ☐ No | Invoice | ☐ Yes ☒ No |
| Corp/Purch Card | ☐ Yes ☒ No | eCommerce | ☐ Yes ☒ No |
| Verification Code | ☒ Yes ☐ No | Quick Pymnt Srv | ☐ Yes ☒ No |
| Partial Auth | ☐ Yes ☒ No | Shared Line | ☐ Yes ☒ No |
| Auto Close | ☐ Yes ☐ No | Auto Close Time | 2300 |
| Connection Method | ☐ Dial | ☒ IP/SSL | ☐ Wireless |
| Store & Forward | ☐ Yes ☐ No | Memory Size | ☐ 512K ☐ 1Meg |
| EMV Capabilities | ☐ Contact | ☐ Contactless | ☐ NFC |
| Tip at Time of Sale | ☐ Yes ☐ No | Tip Calculator | ☐ Yes ☐ No |

Merchant Email Address (Required):

**Shipping, handling, and tax will be billed in addition to the equipment price listed above. If merchant owned WAY terminal, SIM # & Serial # required. Bill To Options: Merchant, Agent, TransFirst, N/A Codes: FU = Free use, MO = Merchant owned, PN = Purchase new, PO = Purchase via other source, PRF = Purchased refurbished, FLS = First Data Leasing, EE = Encryption exchange, RTL = POS Portal rental program or STR = Short term rental. Any free use equipment provided by TransFirst is the property of TransFirst and is being provided for free use and Merchant agrees that it has read and agrees to the terms and conditions regarding such free use equipment as set forth in the Merchant Card Processing Agreement located at www.transfirst.com/documents and included with this application.

## 11. TRANSACTION CENTRAL/TRANSACTION EXPRESS/ PROCESSNOW HARDWARE AND CONFIGURATION

***Required Data

**Product:** ☐ Transaction Central ☐ Transaction Central Plus (CC & ACH – ACH Addendum required) ☒ Transaction Express

**Input Types:** ☒ Virtual ☒ Web Services ☐ Batch ☐ Post ☐ Hosted | **Industry:** ☐ Retail ☐ MOTO ☒ eCommerce

*****Integrated Product Name:** Quantum | *****Integrated Website Address:** http://www.cdgcommerce.co

*****Welcome Email Address:** support@cdgcommerce.com

| Item Description | Config/Color | Qty | Code | Price** | Bill |
|---|---|---|---|---|---|
| Vx805 | | | | | |
| PayFox AJCR | | | | | |
| ProcessNow AJCR | | | | | |
| MagTek CR | | | | | |
| PIN Pad 1000SE | ☐ USB ☐ Serial | | | | |
| Epson TM-T20 Printer | ☐ USB ☐ Serial | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| TC FEATURES* | | TC EXTENDED FEATURES* | |
|---|---|---|---|
| Batch Close Method | ☒ A ☐ M ☐ N/A | | |
| Recurring Method | ☐ A ☐ M | Corp/Purch Cards | ☐ Y |
| Multi-User | ☐ Y | Dup Card Acceptance | ☒ Y |
| Batch Upload | ☐ Y | ECI (req'd for internet) | ☒ Y |
| Allow Blind Credits | ☐ Y | AVS | ☒ Y |
| Group ID | | Private Label | ☐ Y |
| PIN Based Debit | ☐ Y | | |
| **TXP PROCESSING OPTIONS*** | | | |
| Batch Close Method | ☒ N/A | Batch Close Time | |
| Direct Swipe | ☐ Y | Intrchng Optimization | ☐ Y |
| Partial Auth | ☐ Y | Resp Code Monitoring | ☐ Y |



PX20 - 1242

168203:2/10/2017:73.20.88.121

V17.0616 (CBT)

| Item Description | Config/Color | Qty | Code | Price** | Bill | Batch Response File | ☐Y | Private Label | ☐Y |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Group ID: | | | |
| | | | | | | *Important: If feature not selected, it will be defaulted off. If Manual Recurring is selected, Auto Recurring is also activated. If both ECI and Recurring needs to be setup under 1 MID, 2 Transaction Central setups are required. Note: A=Auto / M=Manual | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**Special Instructions:**

**Shipping, handling, and tax will be billed in addition to the equipment price listed above. **Bill To Options: Merchant, Agent, TransFirst, N/A**
**Codes:** FU = Free use, MO = Merchant owned, PN = Purchase new, PO = Purchase via other source, PRF = Purchased refurbished, PI=Purchase Installments, FLS = First Data Leasing, EE = Encryption exchange, RTL = POS Portal rental program or STR = Short term rental. Any free use equipment provided by TransFirst is the property of TransFirst and is being provided for free use and Merchant agrees that it has read and agrees to the terms and conditions regarding the free use of the equipment as set forth in of the Merchant Card Processing Agreement located at www.transfirst.com/documents and included with this application.

**PLEASE CAREFULLY REVIEW THE MERCHANT CARD PROCESSING OPERATING GUIDE (the "OPERATING GUIDE") AND THE TERMS AND CONDITIONS OF VERSION 13.0616 OF THE MERCHANT CARD PROCESSING AGREEMENT (the "MPA") AVAILABLE AT WWW.TRANSFIRST.COM/DOCUMENTS, EACH OF WHICH IS HEREBY INCORPORATED BY REFERENCE. IF APPLICABLE, PLEASE ALSO CAREFULLY REVIEW THE TERMS AND CONDITIONS OF VERSION 5.0614 OF THE CARD NOT PRESENT ADDENDUM TO THE MERCHANT CARD PROCESSING AGREEMENT AVAILABLE AT WWW.TRANSFIRST.COM/DOCUMENTS, WHICH IS HEREBY INCORPORATED BY REFERENCE.**

Agreement Signature: As the person signing below on behalf of the business designated on the above application as the Merchant, I certify that I am an owner, partner or officer of the Merchant and have been duly authorized to sign this application and to bind the Merchant to the MPA and the Operating Guide. Merchant and each Guarantor signing below hereby acknowledge that they have each read this application and the MPA and agree to be bound by the terms and conditions contained in these documents. Merchant (and Guarantor when applicable) by signing below agrees to comply with the Operating Guide. Merchant certifies that all information provided in this application is true, correct and complete. Merchant (and Guarantor when applicable) authorizes the Merchant Bank and Processor or their respective agents to make whatever inquiries the Merchant Bank or Processor deems appropriate to investigate and verify any of the credit, financial and other information given by Merchant for the purpose of this application, including credit references and to obtain credit reports on each person signing below. Credit or other information on Merchant, owners, officers and any guarantors of the Merchant may be requested for purposes of this application and during the merchant processing relationship pursuant to the MPA.

If 'RTL' or 'STR' is indicated in Section 10, then by signing below and upon receiving delivery of the POS Portal rental equipment, Merchant represents that Merchant has read and agrees to be bound by the terms of the POS Portal Rental Agreement. Merchant authorizes POS Portal, Inc. ("POS Portal") to verify the application information and receive and exchange information about Merchant, including requesting reports from consumer reporting agencies. If 'FLS' is indicated, then by signing below and upon receipt of the First Data Global Leasing (FDGL) equipment, Merchant represents that Merchant has read and agrees to be bound by the terms of the Equipment Lease Agreement.

Processor will settle your American Express®, PayPal In-Store Checkout and Discover® transactions and (a) Merchant will receive one consolidated statement from Processor that will reflect Merchant's Visa, MasterCard, American Express, PayPal In-Store Checkout and Discover transactions; (b) Merchant's American Express, PayPal In-Store Checkout and Discover settlement funds will be paid at the same time and in the same manner as Merchant's Visa and MasterCard settlement; and (c) Merchant will not have a direct relationship with American Express, PayPal or Discover and the terms set forth in the MPA for American Express, PayPal In-Store and Discover transactions will apply. By signing below, Merchant agrees to be bound by the PayPal Operating Regulations for In-Store Checkout and the American Express merchant requirements contained in the Operating Guide. Merchant consents to the disclosure of transaction data, merchant data and other information about the Merchant to American Express and to the use by American Express of such information to perform its responsibilities in connection with the provision of its services, to promote the American Express Network, perform analytics and create reports, and for any other lawful business purposes including marketing purposes. Merchant agrees American Express may use any information in this application to screen and/or monitor Merchant in connection with American Express card marketing and administrative purposes.

If the TransFreedom Program is selected above, then by signing Merchant acknowledges, accepts and agrees that pricing is based upon processed volume and average ticket size and that this pricing may be subject to Automatic Volume Purchase billing, in addition to the TransFreedom monthly fee, if Merchant's actual processing volume exceeds its current pricing tier. Merchant accepts and agrees that it is obligated for all monthly pricing based on its processed volume and average ticket size, including any applicable Automatic Volume Purchase billing.

If Check Services is selected above, then CrossCheck acceptance shall be added to this application and by signing below, Merchant agrees to be bound by and perform in accordance with all the terms and conditions and provisions of the Check Services Agreement and as set forth by CrossCheck. Merchant acknowledges that the Terms and Conditions for Check Service will be sent to Merchant upon approval by CrossCheck

By electing to process Credit Card and/or Debit Card transactions and by signing this application, Merchant grants consent and authorization to Merchant Bank or its agents or designated representatives to initiate automatic debit and credit entries and adjustments to the Settlement Account and any Reserve Account through the ACH Settlement Process for the amounts due under and in accordance with the terms and conditions of the this application and the MPA.

By electing to process ACH transactions and by signing this application, Merchant grants consent and authorization to Processor or its agents or designated representatives to initiate automatic debit and credit entries and adjustments to the Settlement Account and any Reserve Account through the ACH Settlement Process for the amounts due under the Automated Clearing House (ACH) Addendum and ACH Terms and Conditions available at WWW.TRANSFIRST.COM/DOCUMENTS, which are incorporated by this reference. By signing below Merchant acknowledges that it has read and agrees to be bound by the ACH Addendum and the ACH Terms and Conditions (v4.0715TC for TC Plus or v2.0715TXP for TXP ACH depending on processing services selected in Section 9).

Merchant certifies that Merchant does not and will not provide, offer or facilitate gambling services, including offering or facilitating internet gambling services, or establishing quasi-cash, credits or monetary value of any type that may be used to conduct gambling.

Any unilateral alteration, strikeover or modification to the preprinted text or line entries of the application or MPA shall be of no effect. Merchant acknowledges that the parties may produce and rely upon a copy or electronically stored image of the merchant application and MPA for all legal purposes.

| 12. MERCHANT(S) SIGNATURE(S) | | GUARANTOR(S) SIGNATURE(S) | |
|---|---|---|---|
| 1) [signature] | 2/10/2017 | 1) | |
| Merchant Signature (Owner or Officer) | Date | Guarantor Signature | Date |
| JONATHAN HANLEY | | | |
| Print name | Title | Print name | (No Titles) |
| 2) | | 2) | |
| Merchant Signature (Owner or Officer) | Date | Guarantor Signature | Date |
| Print name | Title | Print name | (No Titles) |



PX20 - 1243

## CARD ORGANIZATION DISCLOSURE PAGE

**Merchant Services Provider Contact Information**

| | |
|---|---|
| Name: | TransFirst, LLC |
| Address: | 12202 Airport Way, Suite 100 Broomfield, CO 80021 |
| URL: | www.TransFirst.com |
| Customer Service #: | (800) 654-9256 |

**Member Bank/Merchant Bank Information**
The Bank's mailing address is Synovus Bank, d/b/a Columbus Bank and Trust Company, located at 1148 Broad Street, 4th Floor Main Office, Columbus, GA 31901, and the phone number is (706) 649-4900.

**Important Member Bank Responsibilities**

- The Bank is the only entity approved to extend acceptance of Visa and MasterCard products directly to a Merchant.
- The Bank must be a principal (signer) to the Merchant Card Processing Agreement.
- The Bank is responsible for educating Merchants on pertinent Visa and MasterCard Rules with which Merchants must comply; but this information may be provided to you by Processor.
- The Bank is responsible for and must provide settlement funds to the Merchant.
- The Bank is responsible for all funds held in reserve that are derived from settlement.

**Important Merchant Responsibilities**

- Ensure compliance with cardholder data security and storage requirements.
- Maintain fraud and chargebacks below thresholds.
- Review and understand the terms of the Merchant Card Processing Agreement.
- Retain a signed copy of this Card Organization Disclosure Page.
- Comply with Visa Regulations. You may download a copy from Visa's website at:
- http://usa.visa.com/merchants/operations/op_regulations.html
- Comply with MasterCard Regulations. You may download a copy from MasterCard's website at: http://www.mastercard.com/us/merchant/support/rules.html
- Ensure compliance with American Express Program Requirements.
- Ensure compliance with Discover Card Acceptance regulations.
- Ensure compliance with PayPal Operating Regulations for In-Store Checkout.

The responsibilities above do not replace the terms of the Merchant Card Processing Agreement and are provided to ensure the Merchant understands some important obligations of each party and that the Bank is the ultimate authority should the Merchant experience any problems.

**Merchant Information** (* = Required)

| | |
|---|---|
| *Business Legal Name (Printed): | AMERICAN HOME LOANS, LL |
| *Business Address: | 41 W 9000 S<br>SANDY UT 84070 |
| *Business Phone: | 8019135504 |
| *Signature of Owner or Officer: | [signature] |
| *Printed Name of Owner or Officer: | JONATHAN HANLEY |
| *Title: | Owner |
| *Date: | 2/10/2017 |



PX20 - 1244

Att. BBB

# Attachment BBB

Despite their name, they actually won't be using cards for servicing loans. They just charge the service fees associated with obtaining a home loan. Those fees include appraisal, title, BPO and site inspection.

SELECT BANKCARD

(p) 855.9HELPME (855.943.5763)
(f) 801.331.8275

# Merchant Account Application

09/02/2015

| OFFICE USE | |
|---|---|
| Sales Partner | Date Submitted |

## BUSINESS INFORMATION

| | |
|---|---|
| Legal Business Name: AMERICAN HOME LOANS | Business Tax ID ☑ FEIN ☐ SSN: [redacted] 0550 |
| Doing Business As (if different; displayed on the cardholder statement): -- | Time in Business: 4.5 YRS |
| Legal Business Address: 41 W. 9000 S. | |
| City: SANDY | State: UT · ZIP: 84070 |
| Mailing Address ☑ Same as Legal Address | |
| City | State · ZIP |
| Physical Address ☑ Same as Legal Address ☐ Same as Mailing Address | |
| City | State · ZIP |
| Website URL: AMERICANHOMELOANS.COM | |
| Customer Service Phone Number: 888-980-7484 | Customer Service Email Address: HOMELOANS INFO@AMERICANH... |
| Type of Ownership ☐ Sole Proprietor ☐ Partnership ☑ LLC ☐ Corporation ☐ Non-Profit ☐ Government | ☑ Private ☐ Public |

## CONTACT INFORMATION

| | |
|---|---|
| Contact Given Name (First Name): JONATHAN | Surname (Last Name): HANLEY |
| Contact Phone Number: 801 913 5704 | Contact Email Address: JHANLEY@AMERICANHOME LOANS |

## OWNER INFORMATION (Officer if Public, Government, or Non-Profit)

| | | |
|---|---|---|
| Owner/Officer Legal Given Names (First and Middle): JONATHAN | Surname (Last Name): HANLEY | |
| Ownership Percentage: 100 % | Job Title (if applicable): MANAGER | |
| Home Address: [redacted] | | |
| City: SANDY | State: UT | ZIP: [redacted] |
| Home Phone Number: 801 913 5504 | Driver License Number: [redacted] | Driver License State: UT |
| Social Security Number: [redacted] | Date of Birth: [redacted] | |

If the ownership interest above is less than 33%, a second owner's information is required.

| | | |
|---|---|---|
| Owner/Officer Legal Given Names (First and Middle) | Surname (Last Name) | |
| Ownership Percentage % | Job Title (if applicable) | |
| Home Address | | |
| City | State | ZIP |
| Home Phone Number | Driver License Number | Driver License State |
| Social Security Number | Date of Birth | |

## PRODUCT INFORMATION

Description of Product or Service: SERVICE FEES

Sales Profile (estimate the percentage of sales in each category - must add up to 100%)

| Retail (face-to-face) | Ecommerce | Mail/Telephone | Other |
|---|---|---|---|
| 100 % | % | % | % |

Customer Profile (estimate the percentage of sales in each category - must add up to 100%)

| Individual Consumers | Businesses | Government |
|---|---|---|
| 100 % | % | % |

Do you offer time-extended services (subscriptions, memberships, warranty insurance, etc.)? ☐ Yes ☑ No — Duration of extended service (if any):

Description of Refund Policy (attach if more space is needed): N/A — Do you use affiliate marketing? ☐ Yes ☑ No

Is a fulfillment house or drop shipper used for more than 75% of sales? ☐ Yes ☑ No

How long after charging the customer is the product fulfilled or does the service begin? Within: ☑ 24 hours ☐ 2 days ☐ 3-10 days ☐ 11-30 days ☐ 31-90 days ☐ 90+ days

## PROCESSING INFORMATION

Which payment products would you like to accept? (check all that apply) ☑ Visa/MC/Discover/Diners/JCB/Amex ☐ PIN Debit ☐ EBT

| Anticipated Monthly Volume | Highest Transaction Amount | Average Transaction Amount |
|---|---|---|
| $ 50,000 | $ 5,000 | $ 250 |

Has the business accepted credit cards previously? ☐ Yes ☑ No

EBT FNS Number (if any):

## DATA SECURITY INFORMATION

Are card numbers stored or transmitted on your systems? ☐ Yes ☐ No

Have you completed a PCI DSS Self Assessment or audit? ☐ Yes ☐ No ☐ Don't Know

What third-party products and/or systems do you use to process credit/debit cards? Examples are Terminals, Point of Sale (POS) Systems, Order Systems, Shopping Carts, Gateways, etc.

Autopal, Authorize.net

## BILLING INFORMATION

| | |
|---|---|
| Name on Account | Acct Type: ☐ Personal Checking ☐ Personal Savings ☑ Business Checking ☐ Business Savings |
| Bank Routing Number: 124001545 | Bank Account Number: [redacted] 8202 |

## BANK DISCLOSURE

Select Bankcard places accounts with the following Acquiring Banks:

**Mission Valley Bank** - 9116 Sunland Blvd Sun Valley, CA 91352 (p) 818.394.2300
**Fresno First Bank** - 7690 N. Palm Avenue Fresno, CA 93711 (p) 559.439.0200

**The Bank that accepts your account will be confirmed in your Welcome Packet.**

Important Bank Responsibilities: A Visa member:
1. Is the only entity approved to extend acceptance of Visa products to a Merchant;
2. Must be a principal (signer) to the Merchant Agreement;
3. Is responsible for and must provide settlement funds to the Merchant;
4. Is responsible for all funds held in reserve that are derived from settlement; and
5. Is responsible for educating Merchants on pertinent Visa International Operating Regulations with which Merchants must comply.

Important Merchant Responsibilities:
1. Ensure compliance with cardholder data security and storage requirements;
2. Maintain fraud and chargebacks below thresholds;
3. Review and understand the terms of the Merchant Agreement; and
4. Comply with Visa International Operating Regulations.

The responsibilities listed above do not supersede terms of the Merchant Agreement and are provided to ensure the Merchant understands these responsibilities.

© 2015 Select Bankcard, LLC. All Rights Reserved.

Please ensure receipt of the Terms & Conditions of the Merchant Application (6 pages)

## FEE SCHEDULE - MERCHANT ACCOUNT FEES

| | Discount | Per Trans. | Per Instance Fees | | Fixed Fees | |
|---|---|---|---|---|---|---|
| Interchange Plus (I+) | 1.50% | $ | Authorization Fee | $ 0.16 | Application Fee | $ 0.00 |
| Tiered (T) Qualified ☐ I. ☐ II: | % | $ | Non-Bankcard Auth Fee | $ 0.15 | Termination Fee | $ 0.00 |
| Mid-Qualified: Qualified + | % | $ | Voice Auth/ARU Fee | $ 0.95 | Annual Fee | $ 0.00 |
| Non-Qualified: Qualified + | % | $ | Electronic AVS Fee | $ 0.02 | Account Maintenance Monthly Fee | $ 9.95 |
| Sub-Qualified ☐ Std ☑ Reg: | % | $ | Batch Fee | $ 0.25 | Monthly Minimum | $ 20.00 |
| ☐ PIN Debit: | % | $ | Chargeback Fee | $ 25.95 | ☐ Online Access Monthly Fee | $ |
| ☐ EBT: | % | $ | Bank Account Change Fee | $ 0.00 | PCI Maintenance Fee ☐ Annual ☐ Monthly | $ |
| ☐ Gift Card: | % | $ | ACH Return/Reserve Release | $ 35.00 | PCI Monthly Non-Validation Fee | $ 20.00 |
| Other: | % | $ | Other. | $ | Other: | $ |
| Other: | % | $ | Other: | $ | Other: | $ |

A 0.10% fee will apply to all American Express transactions (assessed by the Processor). To pass through MasterCard's annual Acquirer License Fee, assessments for MasterCard transactions will be charged 0.023% above the pass through assessment rate established by MasterCard. When transactions are priced using Interchange Plus, Card Brand transaction fees are passed through at their defined rates. All other Card Brand & network fees - such as assessments, FANF, access fees (APF, NABU, and Network Usage), international fees, etc. - are passed through at the rates established by the Card Brands.

## FEE SCHEDULE - OTHER SERVICE FEES

| | | | | | | |
|---|---|---|---|---|---|---|
| ☑ Gateway ☐ Wireless ☐ POS Sys ☐ QB Plugin ☐ Other: Authorize.net | Setup Fee | $ 0.00 | Monthly Fee | $ 9.95 | Per Trans Fee | $ 0.05 |
| ☐ Gateway ☐ Wireless ☐ POS Sys ☐ QB Plugin ☐ Other: | Setup Fee | $ | Monthly Fee | $ | Per Trans Fee | $ |
| ☐ Gateway ☐ Wireless ☐ POS Sys ☐ QB Plugin ☐ Other: | Setup Fee | $ | Monthly Fee | $ | Per Trans Fee | $ |
| ☐ Gateway ☐ Wireless ☐ POS Sys ☐ QB Plugin ☐ Other: | Setup Fee | $ | Monthly Fee | $ | # of Installs | |
| ☐ Gateway ☐ Wireless ☐ POS Sys ☐ QB Plugin ☐ Other: | Setup Fee | $ | Monthly Fee | $ | # of Installs | |

## FEE SCHEDULE - EQUIPMENT FEES

Ship Equipment To: ☐ Merchant Location ☐ Agent

| Equipment | Manufacturer/Model | | | Quantity | Price/Unit | Subtotal |
|---|---|---|---|---|---|---|
| Terminal (☐ Dial-up ☐ IP ☐ Wireless) | | Serial #: | ☐ Own ☐ Rent ☐ Purchase | | $ | $ |
| Pin Pad | | | ☐ Own ☐ Rent ☐ Purchase | | $ | $ |
| Point of Sale (POS) System | | Version #: | ☐ Own ☐ Rent ☐ Purchase | | $ | $ |
| ☐ Other: | | | ☐ Own ☐ Rent ☐ Purchase | | $ | $ |
| ☐ Other: | | | ☐ Own ☐ Rent ☐ Purchase | | $ | $ |
| ☐ Other: | | | ☐ Own ☐ Rent ☐ Purchase | | $ | $ |
| Equipment Trade-in | | | ☐ Own | | $ | - $ |
| | | | | | Subtotal | $ |
| | | | | | ☐ Sales Tax (if applicable): | $ |
| | | | Method: ☐ Ground ☐ 2-Day ☐ Next Day | | Shipping | $ |
| | | | | | Equipment Total | $ |

### AGREEMENT TERM & COMMITMENT

| Months | % of Volume |
|---|---|
| 0 | |

*If not specified, the term defaults to 24 months.*

## MERCHANT AGREEMENT SIGNATURES

(09/01/2015)

By their execution hereof, Merchant and the undersigned individual(s) hereby acknowledge(s) the receipt of, and agree(s) to, the Terms & Conditions of the Merchant Application. Merchant warrants that the information provided herein is complete and accurate. As needed for the services, Merchant authorizes Select Bankcard, LLC ("ISO") and the Acquiring Bank listed in the Bank Disclosure ("Bank") to disclose information herein to third parties. Merchant, and its signing individual(s), authorize ISO and Bank to make business and personal credit inquiries from time to time. **In witness hereof, the parties hereto have caused this agreement to be executed by their duly authorized representatives effective on the dates indicated.**

| Officer/Owner Signature | Name | Date | 2nd Officer/Owner Signature | Name | Date |
|---|---|---|---|---|---|
| [signature] | Jonathan Haney | 02.09.17 | | | |
| Select Bankcard Signature | Name | Date | MVB Signature | Name | Date |
| | | | | | |

## PERSONAL GUARANTY SIGNATURES

I/We (the "Guarantor(s)") hereby guarantee to Select Bankcard, LLC ("ISO") and the Acquiring Bank listed in the Bank Disclosure ("Bank") their successors and assigns, the full, prompt, and complete performance of Merchant and all of Merchant's obligations under the Merchant Agreement, including but not limited to all monetary obligations arising out of Merchant's performance or non-performance under the Agreement, whether arising before or after termination of the Agreement. This guaranty shall not be discharged or otherwise affected by any waiver, indulgence, compromise, settlement, extension of credit, or variation of terms of the Merchant Agreement made by or agreed to by any of the parties. I/We hereby waive any notice of acceptance of this guaranty, notice of nonpayment, or nonperformance of any provision of the Merchant Agreement by Merchant by all other notices or demands regarding the Merchant Agreement. I/We agree to promptly provide to ISO and Bank any information requested by any of them from time to time concerning my/our financial condition(s), business history, and employment information. I/We have read, understand, and agree to be bound by the Merchant Agreement provided to Merchant.

| Officer/Owner Signature | Name | Date | 2nd Officer/Owner Signature | Name | Date |
|---|---|---|---|---|---|
| [signature] | Jonathan Haney | 02.09.17 | | | |



Please ensure receipt of the Terms & Conditions of the Merchant Application (6 pages)

© 2015 Select Bankcard, LLC. All Rights Reserved

Att. CCC

# Attachment CCC

# MERCHANT PROCESSING APPLICATION AND AGREEMENT (Page 1 of 3)

First Data. | EMPS

EMPSW(SNAP)1905 — COMPLETE SECTIONS (1-9) — EMPSW(SNAP)1911

Loc. 1 of 1

## (1) TELL US ABOUT YOUR BUSINESS

Legal Name: American Home Loans llc — Store #:

DBA/Outlet Name: American Home Loans — First/Last Contact Name: Jonathan Hanley

Address: 41 West 9000 South — Suite #: — City: Sandy — State: UT — Zip: 84070

Business Phone: 8019135504 — Customer Service Phone: 8019135504

Fax Phone: — Cell Phone:

E Mail Address: jhanley@americanhomeloans.com — Website URL Address: www.americanhomeloans.com

TIN Type: ☒ EIN (Fed Tax ID #) ☐ SSN — Retrieval Requests: ☐ Dedicated 24 hour fax ☒ No fax; mail ☐ Dispute Manager

| **NOTE: Failure to provide accurate information may require us to withhold income tax from your funding per IRS regulations.** | | |
|---|---|---|
| Name *(as it appears on your income tax return)* | ☒ Federal Tax ID# *(as it appears on your income tax return)* | ☐ I certify that I am a foreign entity/nonresident alien. *(If checked, please attach IRS Form W-8.)* |
| American Home Loans llc | XXXXXX550 | |

Product/Services you sell: provide home loans

Time frame from transaction to delivery: % of orders delivered in: 0 7 days 100 % + 8 14 days ____ % + 15 30 days ____ % + over 30 days ____ % = 100%

Who performs product/service fulfillment? Direct Yes Vendor ____ If Vendor, add name, address, phone. ☐ Other: *(specify)*

Do you use any third party to store, process or transmit cardholder data? ☐ Yes ☒ No

If yes, give name/address:

Please identify any Software used for storing, transmitting, or processing card transactions or authorization requests.

## (2) OWNERSHIP

State Organized: UT — Mo/Yr Started: 07/2012 — ☒ Sole Ownership ☐ Partnership ☐ Non Profit/Tax Exempt ☐ Public Corp. ☐ Private Corp. ☐ LLC ☐ Gov't.

Owner/Partner/Officer Name: Jonathan Hanley — D.O.B.: XXXXXXXX — Social Security #: XXXXX[redacted]

Home Phone: 8019135504 — Ownership %: 100

Home Address: [redacted] — City: Sandy — State: UT — Zip [redacted] — Country: USA

Owner/Partner/Officer Name: — D.O.B.: — Social Security #:

Home Phone: — Ownership %:

Home Address: — City: — State: — Zip: — Country:

## (3) BUSINESS FINANCIAL DATA

| Total Annual Volume | This Location | All Locations |
|---|---|---|
| MasterCard/Visa | $10,000.00 | $ |
| Discover/PayPal | $10,000.00 | $ |
| American Express OptBlue* | $ | $ |
| Voyager | $0 | $ |
| WEX | $0 | $ |

Average Card Sale Amount $200.00

Highest Sale Amount $5,000.00

| | |
|---|---|
| Card Present | 0.0 % |
| Internet | 0.0 % |
| Mail Order/ Direct Marketing | 50.0 % |
| Phone Order | 50.0 % |
| Total | 100 % |

| | |
|---|---|
| Swiped | 0.0 % |
| Keyed | 100 % |
| Total | 100 % |

## (4) BANKING AND FUNDING INFORMATION

ABA #: XXXXXX545 — DDA #: XXXXXX8202

ABA #: — DDA #:

Deduct Fees: ☐ Daily *(excluding Flat Rate)* or ☒ Monthly *(fee will apply)* — Bank Will Fund: ☒ Outlet ☐ Head Office

## (5) ENTITLEMENTS

☐ American Express OptBlue* ☐ PIN Debit ☐ EBT SNAP / FNS #: __ __ __ __ __ __ __

☐ American Express Pass Through SE (existing): __ __ __ __ __ __ __ __ __ __ — Pass Through: ☐ Split Dial ☐ EDC

☐ Voyager Fleet — Voyager Tax Exempt Program ☐ Yes ☐ No *(If yes, additional request form required)* — ☐ WEX Full Acquiring ☐ WEX (Non Full Svc) ☐ MC Fleet

PX20 - 1249

DBA Name: American Home Loans Loc. 1 of 1

EMPSW(SNAP)1905 **(6) EQUIPMENT DETAILS** EMPSW(SNAP)1911

| Rental • Purchase Customer-Owned *Lease | QTY | IP | Equipment Type | Industry Type | Model Code and Name | Unit Price w/o Tax and S&H | For Customer-Owned Equipment Track/Version/Serial # |
|---|---|---|---|---|---|---|---|
| Purchase | 1 | ☐ | Terminal | MOTO | PAYEEZYREALTIME PAYMENT | $ 199.00 | |
| | | ☐ | | | | $ | |
| | | ☐ | | | | $ | |
| | | ☐ | | | | $ | |

Shipping and Handling: Standard $19.95 Overnight $35.95 ☒ Enable EMV

*See Equipment Lease Agreement for the Terms and Conditions governing your leased equipment.

**(7) FEE SCHEDULE**

| Product Subscriptions (Monthly) | |
|---|---|
| Clover Services (Per Station) | $ |
| Insightics Solution | $ |
| TransArmor Solution | $9.95 |

| Compliance Fees | |
|---|---|
| Monthly Compliance Fee | $ |
| Annual Compliance Fee | $ |

| Mobile Payments Solution (Clover Go) | |
|---|---|
| Mobile Payments Monthly Fee (Per Terminal ID) | $ |

| eCommerce/Wireless Solutions | |
|---|---|
| Payeezy Set Up Fee | $ |
| Payeezy Monthly Fee | $14.95 |
| Payeezy Webstore Solution | $ |
| Global ePricing MC/Visa Service Fee | % |
| Internet Set Up Fee | $ |
| Internet Authorization Fee | $0.05 |
| Internet Service Fee | $ |
| Wireless Access Fee (Per Device) | $ |
| Other: | $ |

| Petroleum Services | | | |
|---|---|---|---|
| Datawire Micronode | ☐ Yes ☐ No | Datawire Monthly Fee | $ |
| Voyager | | Authorization Fee | $ |
| | | Sales/Credit Discount | % |
| WEX | | Full Service Authorization Fee | $ |
| | | Sales/Credit Discount | % |
| | | Chargeback Fee | $ |
| | | Retrieval Fee | $ |
| | | Non Full Service Authorization Fee | $ |

| Start Up Fees | |
|---|---|
| Application Fee (Non Refundable) | $99.00 |
| Reprogramming Fee | $0.00 |
| Debit Set Up Fee | $ |
| Miscellaneous Fee | $ |
| *Equipment Purchase | $199.00 |
| Other: | $ |
| Total Amount | $298.00 w/o tax |

*Plus applicable State/City/Local sales tax.

| Debit Fees | | |
|---|---|---|
| Bundled Debit (Applies to MC/V/Disc Non PIN and PIN Debit) | Discount Rate | % |
| | Sales/Return Trans Fee | $ |
| Unbundled Debit (Applies to PIN Debit Only) | Transaction Fee | $ * |

*Plus applicable PIN Debit Network fees.

| Miscellaneous Fees* (If Applicable) | |
|---|---|
| TransArmor Data Protection Service (Tokenization & Encryption) | $ |
| Non Receipt of PCI Validation | $19.95 |
| Business Advantage Pkg | $0.0 |
| Minimum Processing Fee | $25.00 |
| Paper Statement Fee (Default is free electronic statement) | $ |
| Chargeback Fee | $25.00 |
| ACH Reject Fee | $25.00 |
| Batch Settlement Fee | $0.39 |
| Monthly Funding Advantage | % |
| AVS | $0.1 |
| Voice Authorization | $0.75 |
| MC/V/Discover Network Access Fee | $0.034 |
| MC License Volume Fee | 0.0217 % |
| MC Cross Border Fee | 0.6 % |
| Visa Int'l Service Fee | USD 0.8 % Non USD 1.2 % |
| American Express Pass Through | $ |
| EBT | $ |
| Other: | $ |

*You must reimburse us for all obligations of any kind that a Card/Payments Organization imposes on us in connection with your acceptance of its Card types, in connection with the transactions processed under your MID, or as a result of your actions or failures to act, including but not limited to the fees and costs described in the Interchange Qualification Matrix and American Express OptBlue® Guide (both available at www.businesstrack.com).

# MERCHANT PROCESSING APPLICATION AND AGREEMENT



DBA Name: American Home Loans　　Loc. 1 of 1

## (7) FEE SCHEDULE (cont'd)

| Pricing Method^A | MC/Visa/ Discover Ntwk/PayPal 2-Tier | MC/Visa/ Discover Ntwk/PayPal 3-Tier | Transaction Fees (Applies to MC/Visa/Discover Ntwk/PayPal 2-Tier and MC/Visa/Discover Ntwk/PayPal 3-Tier ONLY) | MC/Visa/Discover Ntwk/PayPal/ American Express OptBlue® Discount Rate | IC Plus |
|---|---|---|---|---|---|
| **Qualified Discount Rates** | | | | | |
| MC/Visa/Discover Ntwk/PayPal Credit Discount Rate | ______ % | ______ % | MC/V/Discover Ntwk/PayPal Credit Trans Fee $______ | 1.99 % | ______ % |
| MC/Visa/Discover Ntwk/PINless POS Signature Debit Discount Rate | ______ % | ______ % | MC/V/Discover Ntwk/PINless POS Signature Debit Trans Fee $______ | 1.99 % | ______ % |
| American Express OptBlue® | | | | | ______ % |
| **Mid-Qualified Discount Rates (Does not apply to MC/Visa/Discover/PayPal 2 Tier)** | | | | | |
| MC/Visa/Discover Ntwk/PayPal Credit Discount Rate | | ______ % | MC/V/Discover Ntwk/PayPal Credit Trans Fee $______ | | |
| MC/Visa/Discover Ntwk Signature Debit Discount Rate | | ______ % | MC/V/Discover Ntwk Signature Debit Trans Fee $______ | | |
| **Non-Qualified Discount Rates** | | | | | |
| MC/Visa/Discover Ntwk/PayPal Credit Discount Rate | ______ % | ______ % | MC/V/Discover Ntwk/PayPal Credit Trans Fee $______ | | |
| MC/Visa/Discover Ntwk Signature Debit Discount Rate | ______ % | ______ % | MC/V/Discover Ntwk Signature Debit Trans Fee $______ | | |
| *Fees do not apply if Bundled Debit is chosen | | | | | |
| MC/V/Discover Ntwk/PINless POS Authorization & Return Transaction Fee | | | | $ 0.19 | $ ______ |
| Non-Qual Surcharge Fee (excluding Card/Payments Organization pass-through fees, and any interchange rate difference) Applies to Non-Qualified MC, Visa, Discover Ntwk/ PayPal, and/or Signature Debit Transactions. Rewards Cards Surcharge Rate | | | | 1.49 % <br> 1.49 % | |

^A Interchange Rates are variable and are determined by how your transactions clear. Please see your Interchange Rate Schedule, Interchange Qual　　* Guide
for Interchange Rates & Dues/Assessments and qualification criteria as of the date of this Application. The Interchange Rates and Dues/A　　*
has Program Pricing which is not Interchange and which is subject to change.

| Swiped/Non Swiped (If selected, the discount rates below apply to all card types and brands accepted) | | | |
|---|---|---|---|
| Swiped or Dipped Transactions | ______% of gross transactions + $______ per transaction | Non Swiped or Non Dipped Transactions | ______% of gross transactions + $______ per transaction |

## (8) AGREEMENT APPROVAL

**On behalf of myself as an individual, and the entity on whose behalf I am signing, (A) I authorize [Servicers], the applicable Card / Payments Organizations, and its and their Affiliates, third party subcontractors and/or agents:** (i) to use, disclose, and exchange amongst them, the information in the Agreement and information about me personally, (including by requesting, personal and business consumer reports, bank references, and other information as necessary from time to time), for ma
verification purposes, purposes under the Merchant Processing Application and Agreement ("MPA"), if approved, and any other uses permitted by law;
contents of requested consumer reports (including the name and address of the agency furnishing the report), and (ii) to receive any and all p
from all references, including banks and consumer reporting agencies, which are hereby released to provide that information; and (B) I certify t
and corresponding filing name provided herein are correct; (ii) The statements made and agreed to in this MPA, to which I have not made any alter
complete and accurate, and may be relied upon as current unless changed or updated per the Notice provisions of Agreement; (iii) I can read and
received and read a copy of the (a) MPA (consisting of Sections 1 9), (b) General Terms and Conditions, (c) Confirmation Page (version [EMPSW(SNAP)1905]),
I understand that the Interchange Qualification Matrix and American Express OptBlue® Guide and Your Payments Acceptance Guide are available at www.businesstrack.com and the signature below is for the entire contents of the listed documents; v) I have authority to bind the entity on whose behalf I am signing below; I further ac
account and/or the Services for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C.
time to time or for processing and acceptance of transactions in certain jurisdictions pursuant to 31 CFr Part 500 et seq. and other laws enforced

**Merchant Business Principal:** *(Please sign below)*

Signature ______________________

Print Name: Jonathan Hanley　　Date: 1/31/2017

Title: ☐ President　☐ Vice President　☐ Member L.L.C.　☒ Owner　☐ Partner

☐ Other: ______________________

Signature ______________________

Print Name: ______________________　　Date: __________

Title: ☐ President　☐ Vice President　☐ Member L.L.C.　☐ Owner　☐ Partner

☐ Other: ______________________

**(SERVICERS):** **Express Merchant Processing Solutions, (a division of First Data Merchant Services LLC), and Wells Fargo Bank, N.A., (a member of Visa USA, Inc. and MasterCard International, Inc.)**

**Signature**

EMPSW(SNAP)1905

## (9) PERSONAL GUARANTY

EMPSW(SNAP)1911

In exchange for Express Merchant Processing Solutions, (a division of First Data Merchant Services LLC), and Wells Fargo Bank, N.A., (a member of Visa U
Inc.), (the Guaranteed Parties) acceptance of the MPA and the General Terms and Conditions, the undersigned ("Guarantor"): (A) Unconditionally and irrevoc
and performance of Merchant's obligations (i) as they now exist or as modified under the foregoing agreements, (ii) with or without actual notice of changes,
of the agreements; (B) Waives notice of Merchant's default; (C) Shall indemnify the Guaranteed Parties for any and all amounts due from Merchant
Parties are acting in full reliance on the same, this Personal Guarantee of payment and not of collection; (E) Acknowledges that (i) the Guaran
Guarantor and not Merchant, and (ii) this is a continuing personal guaranty and shall not be discharged or affected for any reason.

**Signature** *(Please sign below)*:　　**Signature** *(Please sign below)*:

______________________, an individual　　______________________, an individual

PX20 - 1251

PB#7764687-FD000003

**PROCESSOR INFORMATION:**
Name: First Data Merchant Services
Address: 4000 Coral Ridge Dr., Coral Springs, FL 33065
URL: www.firstdata.com
Customer Service #: 1-877-273-8191

**Please read this entire Agreement. It describes the terms on which we will provide merchant processing Services to you. This summary provides answers to commonly asked questions about your Agreement.**

1. **Your Discount Rates and other fees** are calculated based on transactions qualifying for certain program pricing and interchange rates levied by the applicable Card Organization. Transactions that fail to qualify for these rates will be charged an additional fee. Interchange and program pricing levied by the Card Organization is subject to change, (see Section 6 of the General Terms & Conditions).
2. **We may debit your bank account** (also referred to as your Settlement Account) for amounts owed to us.
3. **You are liable for Chargebacks and there are many reasons why a Chargeback may occur.** When they occur we will debit your Settlement Account. See Section 8 of the General Terms & Conditions.
4. **If you wish to dispute any charge or funding,** you must notify us within 60 days of the date of the statement on which the charge or funding appears.
5. **This Agreement limits our liability to you.** See Section 10 of the General Terms & Conditions for further details.
6. **We have assumed certain risks** by agreeing to provide you with the Services. Accordingly, we may take certain actions to mitigate our risk, including termination of this Agreement, and holding monies otherwise payable to you (see Sections 16 and 17 of the General Terms & Conditions).
7. **By executing this Agreement with us** you authorize us and our Affiliates to obtain and share financial and credit information regarding your business and the signers and guarantors of this Agreement until all your obligations to us and our Affiliates are satisfied.
8. **Arbitration:** This Agreement contains a binding arbitration provision in Section 27 that affects your rights under this Agreement with respect to all Services.

**Information about Bank:**

a) Your Bank, who is a Visa and MasterCard Member Bank, is Wells Fargo Bank, N.A. (**Bank**), 1200 Montego, Walnut Creek, CA 94598, (925) 746 4143.
b) Bank is the entity approved to extend acceptance of Visa and MasterCard products directly to you and will be a party to the sections of this Agreement listed in Section 2.2.
c) Bank works with Processor to provide the Services to you with respect to Visa Cards and to MasterCard Cards.
d) Bank shall, either directly or through Processor, advise you of pertinent Card Organization Rules with which you must comply.
e) Bank is responsible for and must provide settlement funds to you and will be responsible for all funds held in a reserve.

**Your Responsibilities:**

a) You must comply in full at all times with this Agreement (including the Your Payments Acceptance Guide), all Card Organization Rules and all Cardholder and customer data security and storage requirements.
b) You may view and download the Your Payments Acceptance Guide at https://www.businesstrack.com
c) You may view and download the Interchange Qualification Matrix and American Express OptBlue® Guide at https://www.businesstrack.com
d) You may download the Visa and MasterCard rules at: https://usa.visa.com/support/merchant.html http://www.mastercard.com/us/merchant/support/rules.html
e) For your account to stay operational, you must keep fraud and Chargeback levels below Card Organization thresholds.
f) Please retain a signed copy of your Agreement.

**Print Merchant's Business Legal Name:** American Home Loans llc

**By signing below, you:**

(i) confirm that you have received and read the Application, General Terms & Conditions [version EMPSW(SNAP)1905, consisting of 10 pages including this Confirmation Page], [Interchange Rate Schedule]; and

(ii) agree to all terms in this Agreement in your capacity as a person authorized to sign on behalf of the business set out in the Application.

(iii) acknowledge that you have executed the Agreement using an electronic signature process and that signature reflects your agreement to be bound to the General Terms and Conditions set forth in the Agreement.

**NO SALES REPRESENTATIVE IS AUTHORIZED TO ACCEPT OR AGREE TO ANY ALTERATIONS TO THIS AGREEMENT.**

**Business Principal:**
**Signature** ***(Please sign below):***

X DocuSigned by: [signature] DBA41784491D453

Owner
Title

1/31/2017
Date

Jonatha Hanley
Please Print Name of Signer

**American Home Loan**
**Sandy, UT 84070**
**8013865100**

# FAX

**From:** American Home Loan Counselors
**Return Fax:** (888)224-6524
**Attention To:** Merchant Services
**Regarding:** charge back dispute

please see dispute to follow and supporting paperwork

# DISPUTE RESPONSE

MERCHANT SERVICES
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

Case Number: 870976299601
Amount: 297.00
Custom Data:

Date (mm/dd/yyyy): 4/27/2017

Why are you requesting a reversal of this Dispute?

Client is still Active in our System
Also please see payment form to follow

(If additional space is needed please continue on a separate sheet of paper)

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
X Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
X Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
X Other Documentation (Please describe): Payment form

■ **For non face-to-face transactions** (mail/telephone and Internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1625
OR, MAIL TO: The address at the top of this page.

**Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.**

04/09/17 IDS000 0001563

# PREFERRED LAW

Preferred Law, PLLC
Attorneys at Law

## Payment Form

Preferred Law Representative: Sue Kertchner

**Client Information:**

Name : [redacted]
Phone : [redacted]
E-mail : [redacted]
Physical Address : [redacted]
Card Type : Visa [redacted]

Daily Limit on Card, If none write NONE : ____________

Card Number : [redacted]
Expiration : [redacted]
Code : [redacted]
Billing Address : [redacted]

Payment Schedule :

| | Date | Amount |
|---|---|---|
| 1 | 09/09/2016 | $ 487.00 |
| 2 | 09/23/2016 | $ 487.00 |
| 3 | 10/14/2016 | $ 974.00 |
| 4 | 11/11/2016 | $ 974.00 |
| 5 | 12/09/2016 | $ 974.00 |
| TOTAL | | $ 3,897.88 |

Cardholder's Name: [redacted]

Date: 08/26/2016

Sign here ▶ ____________

Chargeback Policy: As described in the "Limited Services Agreement," if you use your credit card to fund our services, YOU AGREE NOT TO CHARGEBACK YOUR CARD for any reason. If you are dissatisfied, you must follow the refund or return for credit policy and procedures set forth in our working agreement that you have signed. Preferred Law, PLLC does NOT GUARANTEE that we can reach a solution that will necessarily be one you agree with. In the event that you breach this clause and chargeback your credit card, you agree that liquidated damages of $250 shall be applied to your account in addition to all other remedies provided in the "Limited Services Agreement" and under Utah law.

**American Home Loan**

**Sandy, UT 84091**

# FAX

---

| | |
|---|---|
| **From:** | American Home Loan |
| **Return Fax:** | (888)224-6524 |
| **Attention To:** | merchant services |
| **Regarding:** | case#01715345636 |

---

please see our dispute to follow with proof of authorized payments

# DISPUTE RESPONSE

MERCHANT SERVICES
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

Case Number: 871537748801
Amount: 650.00
Custom Data:

Date (mm/dd/yyyy): 6/9/2017

Why are you requesting a reversal of this Dispute?
Active Client from Jan. 20th 2017 thru June 7th 2017 Payments are for Services rendered. Please see attached payment form approving payments And several emails showing correspondence between us and the borrower

(If additional space is needed please continue on a separate sheet of paper)

The issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

- ___ Copy of a Signed and/or Electronically Captured Sales Slip
- ___ Copy of a Signed Cancellation Policy
- X Copy of a Signed Order Form
- ___ Signed Proof of Delivery, Including Proof of Positive AVS
- ___ Signed Rental Agreement
- ___ Copy of the Hotel/Motel Folio
- ___ Copy of the Recurring Billing Agreement
- ___ Copy of the Credit Receipt
- X Proof that the Authorized Signer was known by the Cardholder
- X Documentation Showing Additional Transactions by this Cardholder
- ___ T & E-Documentation showing Loyalty Transactions related to this Purchase
- ___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
- ___ Proof that the ticket was received for Passenger Transport
- ___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
- ___ Proof of CVV2 in Lieu of Imprint
- ___ Proof of Authorization
- ___ Proof of Verified by Visa or MasterCard Secure Code
- ___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
- ___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
- ___ Other Documentation (Please describe): emails showing active client

- **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.
- **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

06/04/17 IDS000 0001638

Consumer Defense

# Payment Form

Consumer Defense, LLC Representative: Vanessa V.

Client Infor[redacted]
Nam
Phon
E-m
Physical Addre[redacted]
Billing Information:
Name on Card:
Card Type (c[redacted]
Card Numbe
Expiration[redacted]
Code:___
Billing Addres[redacted]

Payment Schedule:

| | Date | Amount |
|---|---|---|
| 1 | 01/31/17 | $ 650 |
| 2 | 02/31/17 | $ 650 |
| 3 | 03/31/17 | $ 650 |
| 4 | 04/31/17 | $ 650 |
| 5 | 05/31/17 | $ 650 |
| 6 | 06/31/17 | $ 650 |
| | TOTAL | $ 3900 |

Paid in Full: ☐ Yes ☐ No (explain) ____________________

Client's Signature:
Date: 1/19/17

*Sign he*[redacted]



Consumer Defense, LLC • 500 North Rainbow Blvd • Suite 300 • Las Vegas, NV 89107
Phone: (888) 980-7566 • Fax: (888) 334-7255 • www.consumerdefense.com

Gmail by Google

Rebecca Case Rep <rjcaserep@defaultsupport.com>

**Consumer Link**
1 message

**Rebecca Case Rep** <rjcaserep@defaultsupport.com> Fri, May 19, 2017 at 12:24 PM
To: [redacted]

Hello [redacted]

I am just wanting to touch base with you in regards to your file. I have spoken with your lender and they are needing durther information regarding your income and expenses at this time:

- Food Stamp award letter. If you do not receive food stamps, please send over a letter of explanation stating that
- Letter from you stating that you do not receive any income at all
- Current electric bill
- current gas bill
- current water bill
- current cell phone bill
- current internet bill
- gas expenses curcled on the bank statement as proof of how much your fuel expenses are each month, on average
- current auto insurance bill

Please send this information back to me as soon as possible so I can forward it to your lender for review.

--
Rebecca
Negotiator
Consumer Link

801-386-5100 EXT 209
888.224.6524 FAX
Hours of operation Monday-Friday 8:00- 4:00 (MST)

Confidentiality Notice: This message, including any attachment(s), may contain confidential information protected by law. The information contained herein is for the sole use of the intended recipient(s). If you have received this message in error, please contact the sender at the e-mail address listed above and destroy all copies of the original message, including any attachments. Thank you.

Att. DDD

# Attachment DDD

## ABOUT MERCHANT'S BUSINESS

Bank Code: 3 8 5 Merchant ID: ______ DBA Name: American Home Loans

## CHECKLIST INFORMATION

MCC: 8 9 9 9 Merchant Type 9 0 0 0 ☒ Linkback # 3 8 5 0 0 0 1 2 7 Sales Support ID: 4 3 4 0

Sales Rep. Name: Austin Bills Card Rep. #: Z I 0 4 Sales Lead Tracking #: ______

Pricing Type: 0 0 3 Hierarchy: Bank: 3 8 5 9 8 0 0 0 2 8 8 0 Agent: 3 8 5 9 7 0 0 0 2 8 8 2

Corp.: ______ Chain: ______

## CLIENT VISITATION

☒ Visit not required (Lic. Professional)

1. Zone: ☒ Business District ☐ Industrial ☐ Residential
2. How many employees: 25
3. Location: ☐ Mall ☐ Shopping Area ☐ Isolated ☒ Office ☐ Apartment ☐ Home ☐ Other: ______
4. Seasonal: ☒ No ☐ Yes, Mos. in Operation: ______ Mos. Open Between ______ to ______
5. Advertising Name Displayed: ☒ Window ☒ Door ☒ Store Front
6. Previous Processor: Chase/Paymentech
7. Check reason for changing: ☒ Rate ☐ Service ☐ Terminated ☐ Other: ______
8. Are customers required to leave a deposit? ☒ Yes ☐ No
   If Yes, % of deposit required: 20 %

Comments to Credit Officer/Other Depository/Primary Savings Account Number and Additional Information *(40 Characters)*:
Accepts credit cards for appraisal fees

## MAIL/TELEPHONE ORDER / BUSINESS TO BUSINESS / INTERNET INFORMATION

(All Questions Must Be Answered)

1. What % of total sales represent business to business (vs. business to consumer)? Business to Business 0 % + Business to Consumer 100 % = 100% (total sales)
2. What % of bankcard sales represent business to business (vs. business to consumer)? Business to Business 0 % + Business to Consumer 100 % = 100% (bankcard sales)
3. MasterCard/Visa/Discover® Network/American Express® sales are deposited *(check one)*: ☒ Date of order ☒ Date of delivery ☐ Other *(specify)*: ______
4. Does any of your cardholder billing involve automatic renewals or recurring transactions *(i.e., cardholder authorizes initial sale only)*? ☐ Yes ☒ No
   Comments: ______

## CARD STATEMENTS / NOTIFICATIONS DELIVERY METHOD

Statement Recap Information: *(check one)* ☒ 01 Outlet/DBA ☐ 02 Outlet/Bill To ☐ 08 Recap Only/Bill To ☐ 09 Recap & Outlet/Bill To

Statement Delivery Method: *(check one)* ☒ Electronic *(Default)* ☐ Print and Mail Statement Type: *(check one)* ☒ Detail ☐ Summary

Statement E-Mail Address: *(Required)* jhanley@americanhomeloans.com

BUSINESS ACCOUNT CHECKING STATEMENT ROLLUP *(check one)*:
☐ 0 = Each Transfer ☐ 1 = Debit/Credit Grouped *(By Category)* ☐ 2 = Net Transfer Amount Only ☒ 3 = Net Transfer EOM Fee Combined

## CARD PROCESSING INFORMATION

RSAWT1805

1. Processing mode: ☒ EDC ☐ Paper Voice ☐ Tape ☐ ECR ☐ Paper Terminal
2. Funding will be processed DAILY via: ☒ ACH ☐ Bankwire
3. # of Plates: ______ Long ______ Short
4. Fire Safety Act: ☒ Yes ☐ No
5. Ship Equipment & Welcome Packet to *(check one)*: ☐ Outlet ☐ Head Office ☒ Other, give mailing information below ☐ No Welcome Packet & Supplies ☐ No Welcome Packet

Name: American Home Loans | First/Last Contact Name: Jonathan Hanley

Address: 41 W 9000 S | City: Sandy | State: UT | Zip: 84070

6. Network: ☐ (206) CARDnet® ☐ (4000) Nashville ☐ (4006) Buypass ☒ Other Compass-Payeezy Specify Security Code: ( )
7. Installation/Training: ☒ MAG/MIG to Train ☐ Sales Rep. to Train ☐ No Merchant Training ☐ Installer/In-House
   First/Last Contact Name: Jonathan Hanley Contact Phone #: (801) 913-5504 Best Time To Call 4:00 ☐ am ☒ pm
8. Terminal Features: *(Check all that apply to ensure timely terminal programming)*

☒ Auto Settle Time 22:00 hh ET *(military)*
☐ Bar Tab
☐ Clerk/Server Entry
☐ Debit Cash Back
Delayed Ship Date: ____/____/____
☐ Dial Prefix: ☐ Dial 9 ☐ Other: ______
☐ Dial Suffix: ______
☐ E-Commerce
☐ If IP ______ *(List Current Provider)*

☐ QSR-CR/SMT *(Convenience/Small Ticket)*
☐ QSR Print Option ______
☐ Invoice Number
☐ Multi-Trans *(PC/Register/Software only)*
☐ No Server/Ticket ID
☐ Remove Room # Prompt
☐ Remove Ticket # Prompt
☐ Retail Gas

☐ Retail With Tip
☐ Ship Method *(Overnight)*
☐ Tip % Option
☐ Verify Amount Prompt
☐ Partial Approval
☐ Purchase w/ Balance Return
☐ Standalone Balance Inquiry

PINPad:
☐ TDES Encryption
☐ DUKPT
☐ Access Code
# ______

| | Key Disable | or Password Protect |
|---|---|---|
| Credits | ☐ | ☐ |
| Voids | ☐ | ☐ |
| Forces | ☐ | ☐ |
| Reviews | ☐ | ☐ |
| Bal/Settle | ☐ | ☐ |
| Auth Only | ☐ | ☐ |
| Reports | ☐ | ☐ |
| Tip Adjustment | ☐ | ☐ |

Comments: ______
(NOTE: Completing the Comments field will result in a 48 hour terminal programming delay)

# MERCHANT PROCESSING APPLICATION AND AGREEMENT



RSAWTZB1805(la) — COMPLETE SECTIONS (1-9) — RSAWTZB1911(la)

Loc. 1 of 1

## (1) TELL US ABOUT YOUR BUSINESS

Legal Name: American Home Loans LLC — Store #:

DBA/Outlet Name: American Home Loans — First/Last Contact Name: Jonathan Hanley

Address: (No P.O. Box) 41 W 9000 S — Suite #: — City: Sandy — State: UT — Zip: 84070

Business Phone: (888) 980-9484 — Customer Service Phone: (888) 980-9484

Fax Phone: (888) 334-7255 — Cell Phone: (801) 913-5504

E-Mail Address: jhanley@americanhomeloans.com — Website URL Address:

TIN Type: ☒ EIN (Fed Tax ID #) ☐ SSN — Retrieval Requests: ☐ (02) Dedicated 24 hour fax ☒ (03) No fax; mail ☐ (05) Dispute Manager

**NOTE:** Failure to provide accurate information may require us to withhold income tax from your funding per IRS regulations.

| Name *(as it appears on your income tax return)* | ☒ Federal Tax ID # *(as it appears on your income tax return)* | ☐ I certify that I am a foreign entity/nonresident alien. *(If checked, please attach IRS Form W-8.)* |
|---|---|---|
| American Home Loans, LLC | [redacted]0550 | |

Product/Services you sell: Receives payments for appraisal fees

Time frame from transaction to delivery: % of orders delivered in: 0-7 days 75 % + 8-14 days 15 % + 15-30 days 10 % + over 30 days 0 % = 100%

Who performs product/service fulfillment? Direct X Vendor ____ If Vendor, add name, address, phone. ☐ Other: *(specify)*

Do you use any third party to store, process or transmit cardholder data? ☐ Yes ☒ No

If yes, give name/address:

Please identify any Software used for storing, transmitting, or processing card transactions or authorization requests.

## (2) OWNERSHIP

State Organized: U T — Mo/Yr Started: 07/2012 — ☐ Sole Ownership ☐ Partnership ☐ Non Profit/Tax Exempt ☐ Public Corp. ☐ Private Corp. ☒ LLC ☐ Gov't.

Owner/Partner/Officer Name: Jonathan Hanley — D.O.B.: [redacted] — Social Security #: [redacted]

Home Phone: (801) 913-5504 — Ownership %: 100

Home Address: [redacted] — City: Sandy — State: UT — Zip: [redacted] — Country:

Owner/Partner/Officer Name: — D.O.B.: — Social Security #:

Home Phone: — Ownership %:

Home Address: — City: — State: — Zip: — Country:

## (3) BUSINESS FINANCIAL DATA

| Total Annual Volume | This Location | All Locations |
|---|---|---|
| MasterCard/Visa | $ 1,500,000 | $ |
| Discover/PayPal | $ 50,000 | $ |
| American Express OptBlue® | $ 100,000 | $ |
| Voyager | $ 0 | $ |
| WEX | $ 0 | $ |

Average Card Sale Amount $ 500

Highest Sale Amount $ 5,000

| | |
|---|---|
| Card Present | 0 % |
| Internet | 0 % |
| Mail Order / Direct Marketing | 0 % |
| Phone Order | 100 % |
| Total | 100 % |

| | |
|---|---|
| Swiped | 0 % |
| Keyed | 100 % |
| Total | 100 % |

## (4) BANKING AND FUNDING INFORMATION

ABA #: 124001545 — DDA #: [redacted]8202

☒ Attach a copy of funding check or bank letterhead/logo signed by a bank officer with typed ABA/DDA. Must include bank name and address.

Deduct Fees: ☐ Daily *(excluding Flat Rate)* or ☒ Monthly *(fee will apply)* — Bank Will Fund: ☒ Outlet ☐ Head Office

## (5) ENTITLEMENTS

☒ American Express OptBlue® ☐ PIN Debit ☐ Signature Debit ☐ EBT SNAP / FNS #: ___

☐ American Express Pass Through SE (existing): ___ Pass Through: ☐ Split Dial ☐ EDC

☐ Voyager Fleet — Voyager Tax Exempt Program ☐ Yes ☐ No *(if yes, additional request form required)* ☐ WEX Full Acquiring ☐ WEX (Non-Full Svc) ☐ MC Fleet

DBA Name: American Home Loans Loc. 1 of 1

RSAWTZB1905(la) (6) EQUIPMENT DETAILS RSAWTZB1911(la)

| Rental · Purchase Customer-Owned *Lease | QTY | IP | Equipment Type | Industry Type | Model Code and Name | Unit Price w/o Tax and S&H | For Customer-Owned Equipment Track/Version/Serial # |
|---|---|---|---|---|---|---|---|
| R ~~P~~ C *L | 1 | ☒ | VAR | MoTo | GRT4TP | $ 0.00 | |
| R P C *L | | ☐ | | | | $ | |
| R P C *L | | ☐ | | | | $ | |
| R P C *L | | ☐ | | | | $ | |

Shipping and Handling: Standard $______ Overnight $______ ☒ Enable EMV

*See Equipment Lease Agreement for the Terms and Conditions governing your leased equipment.

## (7) FEE SCHEDULE

**Product Subscriptions (Monthly)**

| | | |
|---|---|---|
| Clover Services (Per Station) | (2CS) | $ |
| Insightics Solution | (49M) | $ |
| TransArmor Solution | (3CM) | $ 9.95 |

**Compliance Fees**

| | | |
|---|---|---|
| Monthly Compliance Fee | (39A) | $ 0 |
| Annual Compliance Fee | (42F) | $ 0 |

**Mobile Payments Solution (Clover Go)**

| | | |
|---|---|---|
| Mobile Payments Monthly Fee (Per Terminal ID) | (32Y) | $ |

**eCommerce/Wireless Solutions**

| | | |
|---|---|---|
| Payeezy Set-Up Fee | (40B) | $ 0.00 |
| Payeezy Monthly Fee | (40A) | $ 10.00 |
| Payeezy Webstore Solution | (2D9) | $ |
| Global ePricing MC/Visa Service Fee | (897, 898) | % |
| Internet Set-Up Fee | (30R) | $ |
| Internet Authorization Fee | (03R, 04R, 06I, 07I, 435, 0FC) | $ |
| Internet Service Fee | (394) | $ |
| Wireless Access Fee (Per Device) | (60J) | $ |
| Other: | | $ |

**Petroleum Services**

| | | | |
|---|---|---|---|
| Datawire Micronode ☐ Yes ☐ No | Datawire Monthly Fee | | $ |
| Voyager | Authorization Fee | (0D0, 0D1, 0DV) | $ |
| | Sales/Credit Discount | (766, 767) | % |
| WEX | Full Service Authorization Fee | (0D4) | $ |
| | Sales/Credit Discount | (840, 841, 842, 843) | % |
| | Chargeback Fee | (29H) | $ |
| | Retrieval Fee | (29I) | $ |
| | Non-Full Service Authorization Fee | (0B0, 0B1, 0BV) | $ |

**Start-Up Fees**

| | | |
|---|---|---|
| Application Fee (Non-Refundable) | (32I) | $ |
| Reprogramming Fee | (31A) | $ |
| Debit Set-Up Fee | (31B) | $ |
| Miscellaneous Fee | (31J) | $ |
| *Equipment Purchase | (ACH) | $ 0.00 |
| Other: | ( ) | $ |
| Total Amount | | $ 0.00 w/o tax |

*Plus applicable State/City/Local sales tax.

**Debit Fees**

| | | |
|---|---|---|
| Bundled Debit (120, 124, 125) (Applies to MC/V/Disc Non-PIN and PIN Debit) | Discount Rate | % |
| | Sales/Return Trans Fee | $ |
| Unbundled Debit (018, Key 0-590, Key 0-593) (Applies to PIN Debit Only) | Transaction Fee | $ * |

*Plus applicable PIN Debit Network fees.

**Miscellaneous Fees* (If Applicable)**

| | | |
|---|---|---|
| TransArmor Data Protection Service (Tokenization & Encryption) | (12E, 12G) | $ .02 |
| Non-Receipt of PCI Validation | (42G) | $ 0 |
| Business Advantage Pkg | (40F) | $ |
| Minimum Processing Fee | (954) | $ 25 |
| Paper Statement Fee (Default is free electronic statement) | (240) | $ 0 |
| Chargeback Fee | (205, 725, 20L) | $ 15 |
| ACH Reject Fee | (401) | $ 15 |
| Batch Settlement Fee | (227) | $ 0 |
| Monthly Funding Advantage | (158) | 0 % |
| AVS | (405, 406, 407, 408, 07A, 07B, 07C, 069, 079, 03G) | $ |
| Voice Authorization | (10B, 10E, 10K, 10Q) | $ .65 |
| MC/V/Discover Network Access Fee | (505, 504, 528, 50F) | $ .0340 |
| MC License Volume Fee | (918) | .019 % |
| MC Cross Border Fee | (605, 606) | .85 % |
| Visa Int'l Service Fee | USD (22A) 1.05 % Non-USD (22Z) | 1.45 % |
| American Express Pass Through | (10P) | $ .15 |
| EBT | (18E, 18I, 02X, 18H) | $ |
| Other: | | $ |

*You must reimburse us for all obligations of any kind that a Card/Payments Organization imposes on us in connection with your acceptance of its Card types, in connection with the transactions processed under your MID, or as a result of your actions or failures to act, including but not limited to the fees and costs described in the Interchange Qualification Matrix and American Express OptBlue® Guide (both available at www.businesstrack.com).

PX20 - 1263

PB#7764687-FD000037

DBA Name: American Home Loans Loc. 1 of 1

## (7) FEE SCHEDULE (CONT'D)

| Pricing Method^A | MC/Visa/ Discover Ntwk/PayPal 2-Tier | MC/Visa/ Discover Ntwk/PayPal 3-Tier | Transaction Fees (Applies to MC/Visa/Discover Ntwk/PayPal 2-Tier and MC/Visa/Discover Ntwk/PayPal 3-Tier ONLY) | MC/Visa/Discover Ntwk/PayPal/ American Express OptBlue® Discount Rate | IC Plus |
|---|---|---|---|---|---|
| **Qualified Discount Rates** | | | | | |
| MC/Visa/Discover Ntwk/PayPal Credit Discount Rate (800, 894, 178) | ____ % | ____ % | MC/V/Discover Ntwk/PayPal Credit Trans Fee (001, 002, 003, 000, 015, 016) $ ____ | ____ % | .20 % |
| MC/Visa/Discover Ntwk/Pinless POS *Signature Debit Discount Rate (850, 854, 864, 27P, 83A) | ____ % | ____ % | MC/V/Discover Ntwk/Pinless POS Signature Debit Trans Fee (130, 131, 134, 135, 787, 788, 18C, 0A1) $ ____ | ____ % | .20 % |
| American Express OptBlue® (164, 165) | | | | | .20 % |
| **Mid-Qualified Discount Rates (Does not apply to MC/Visa/Discover/PayPal 2 Tier)** | | | | | |
| MC/Visa/Discover Ntwk/PayPal Credit Discount Rate (810, 814, 890) | | ____ % | MC/V/Discover Ntwk/PayPal Credit Trans Fee (011, 012, 015, 016, 717, 718) $ ____ | | |
| MC/Visa/Discover Ntwk *Signature Debit Discount Rate (870, 874, 868, 83B) | | ____ % | MC/V/Discover Ntwk Signature Debit Trans Fee (140, 141, 144, 145, 791, 792, 62X) $ ____ | | |
| **Non-Qualified Discount Rates** | | | | | |
| MC/Visa/Discover Ntwk/PayPal Credit Discount Rate (820, 824, 904) | ____ % | ____ % | MC/V/Discover Ntwk/PayPal Credit Trans Fee (021, 022, 025, 026, 781, 782) $ ____ | | |
| MC/Visa/Discover Ntwk *Signature Debit Discount Rate (880, 884, 978, 83I) | ____ % | ____ % | MC/V/Discover Ntwk Signature Debit Trans Fee (150, 151, 154, 155, 795, 796, 83O) $ ____ | | |
| *Fees do not apply if Bundled Debit is chosen | | | | | |
| MC/V/Discover Ntwk/Pinless POS Authorization & Return Transaction Fee (10A, 10D, 002, 006, 131, 133, 10J, 016, 788, 19E, 11P) | | | | $ ____ | $ .15 |
| Non-Qual Surcharge Fee (30D) (excluding Card/Payments Organization pass-through fees, and any interchange rate difference) Applies to Non-Qualified MC, Visa, Discover Ntwk/ PayPal, and/or Signature Debit Transactions. | | | | ____ % | |
| Rewards Cards Surcharge Rate (20N) | | | | ____ % | |

^A Interchange Rates are variable and are determined by how your transactions clear. Please see your Interchange Rate Schedule, Interchange Qualification Matrix and American Express OptBlue® Guide for Interchange Rates & Dues/Assessments and qualification criteria as of the date of this Application. The Interchange Rates and Dues/Assessments are subject to change. American Express OptBlue® has Program Pricing which is not Interchange and which is subject to change.

**Swiped/Non-Swiped**
**(If selected, the discount rates below apply to all card types and brands accepted)**

Swiped or Dipped Transactions ____ % of gross transactions (23Z) + $ ____ per transaction (24C)

Non-Swiped or Non-Dipped Transactions ____ % of gross transactions (24D) + $ ____ per transaction (24B)

## (8) AGREEMENT APPROVAL

**On behalf of myself as an individual, and the entity on whose behalf I am signing, (A) I authorize (Servicers), the applicable Card / Payments Organizations, and its and their Affiliates, third party subcontractors and/or agents: (i) to use, disclose, and exchange amongst them, the information in the Agreement and information about me personally, (including by requesting, personal and business consumer reports, bank references, and other information as necessary from time to time), for marketing and administrative purposes, verification purposes, purposes under the Merchant Processing Application and Agreement ("MPA"), if approved, and any other uses permitted by law; (ii) to inform me directly about the contents of requested consumer reports (including the name and address of the agency furnishing the report), and (iii) to receive any and all personal and business credit financial information from all references, including banks and consumer reporting agencies, which are hereby released to provide that information; and (B) I certify that: (i) The federal taxpayer identification number and corresponding filing name provided herein are correct; (ii) The statements made and agreed to in this MPA, to which I have not made any alterations or stricken out any language, are true, complete and accurate, and may be relied upon as current unless changed or updated per the Notice provisions of Agreement; (iii) I can read and understand the English language; (iv) I have received and read a copy of the (a) MPA (consisting of Sections 1-9), (b) General Terms and Conditions, (c) Confirmation Page (version [RSAWTZB1905]), and (d) Interchange rate Schedule. I understand that the Interchange Qualification Matrix and American Express OptBlue® Guide and Your Payments Acceptance Guide are available at www.businesstrack.com and the signature below is for the entire contents of the listed documents; v) I have authority to bind the entity on whose behalf I am signing below; I further acknowledge and agree that I will not use my merchant account and/or the Services for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et seq, as may be amended from time to time or for processing and acceptance of transactions in certain jurisdictions pursuant to 31 CFR Part 500 et seq. and other laws enforced by the Office of Foreign Assets Control (OFAC).**

**Merchant Business Principal:** *(Please sign below)*

Signature: X [signature]

Print Name: Jonathan Hanley Date: 01/31/2017

Title: President | Vice President | Member L.L.C. | Owner | Partner

Other: ____

Signature ____

Print Name: ____ Date: ____

Title: President | Vice President | ☐ Member L.L.C. | ☐ Owner | ☐ Partner

Other: ____

**(SERVICERS):** **First Data Merchant Services LLC, and Wells Fargo Bank, N.A., (a member of Visa USA, Inc. and MasterCard International, Inc.)**

Signature ____

RSAWTZB1905(a)

## (9) PERSONAL GUARANTY

RSAWTZB1911(a)

In exchange for First Data Merchant Services LLC and Wells Fargo Bank, N.A., (a member of Visa USA, Inc. and MasterCard International, Inc.), (the Guaranteed Parties) acceptance of the MPA and the General Terms and Conditions, the undersigned ("Guarantor"): (A) Unconditionally and irrevocably guarantees the full payment and performance of Merchant's obligations (i) as they now exist or as modified under the foregoing agreements, (ii) with or without actual notice of changes, and (iii) during and after the term of the agreements; (B) Waives notice of Merchant's default; (C) Shall indemnify the Guaranteed Parties for any and all amounts due from Merchant; (D) Warrants, with knowledge that Guaranteed Parties are acting in full reliance on the same, this Personal Guarantee of payment and not of collection; (E) Acknowledges that (i) the Guaranteed Parties may proceed in law directly against Guarantor and not Merchant, and (ii) this is a continuing personal guaranty and shall not be discharged or affected for any reason.

Signature *(Please sign below)*: X [signature] ____, an individual

Signature *(Please sign below)*: ____, an individual

PX20 - 1264

PB#7764687-FD000039

**PROCESSOR INFORMATION:**

Name: First Data Merchant Services Corporation

Address: 1307 Walt Whitman Road, Melville, NY 11747

URL: ______ Customer Service #: 1-877-273-8191

**Please read this entire Agreement. It describes the terms on which we will provide merchant processing Services to you. This summary provides answers to commonly asked questions about your Agreement.**

1. **Your Discount Rates and other fees** are calculated based on transactions qualifying for certain program pricing and interchange rates levied by the applicable Card Organization. Transactions that fail to qualify for these rates will be charged an additional fee. Interchange and program pricing levied by the Card Organization is subject to change. (see Section 6 of the General Terms & Conditions)
2. **We may debit your bank account** (also referred to as your Settlement Account) for amounts owed to us.
3. **You are liable for Chargebacks and there are many reasons why a Chargeback may occur.** When they occur we will debit your Settlement Account. See Section 8 of the General Terms & Conditions.
4. **If you wish to dispute any charge or funding,** you must notify us within 60 days of the date of the statement on which the charge or funding appears.
5. **This Agreement limits our liability to you.** See Section 10 of the General Terms & Conditions for further details.
6. **We have assumed certain risks** by agreeing to provide you with the Services. Accordingly, we may take certain actions to mitigate our risk, including termination of this Agreement, and holding monies otherwise payable to you (see Sections 16, 17 and 18 of the General Terms & Conditions)
7. **By executing this Agreement with us** you authorize us and our Affiliates to obtain and share financial and credit information regarding your business and the signers and guarantors of this Agreement until all your obligations to us and our Affiliates are satisfied.
8. **Early Termination Fee:** If you terminate this Agreement prior to the expiration of your initial three year term, you may have to pay an early termination fee. See Section 17 of the General Terms & Conditions.
9. **Arbitration:** This Agreement contains a binding arbitration provision in Section 28 that affects your rights under this Agreement with respect to all Services.

**Information about Bank:**

a) Your Bank, who is a Visa and MasterCard Member Bank, is Wells Fargo Bank N.A (**Bank**), 1200 Montego, Walnut Creek, CA 94598, (925) 746-4143.

b) Bank is the entity approved to extend acceptance of Visa and MasterCard products directly to you and will be a party to the sections of this Agreement listed in Section 2.2.

c) Bank works with Processor to provide the Services to you with respect to Visa Cards and to MasterCard Cards.

d) Bank shall, either directly or through Processor, advise you of pertinent Card Organization Rules with which you must comply.

e) Bank is responsible for and must provide settlement funds to you and will be responsible for all funds held in a reserve.

**Your Responsibilities:**

a) You must comply in full at all times with this Agreement (including the Your Card Acceptance Guide), all Card Organization Rules and all Cardholder and customer data security and storage requirements.

b) You may view and download the Your Card Acceptance Guide at https://www.businesstrack.com

c) You may view and download the Interchange Qualification Matrix and American Express Program Pricing Guide at https://www.businesstrack.com

d) You may download the Visa and MasterCard rules at: http://usa.visa.com/merchants/merchant-support/international-operating-regulations.jsp http://www.mastercard.com/us/merchant/support/rules.html

e) For your account to stay operational, you must keep fraud and Chargeback levels below Card Organization thresholds.

f) Please retain a signed copy of your Agreement.

**Print Merchant's Business Legal Name:** American Home Loans LLC

**By signing below, you:**

**(i) confirm that you have received and read the Application, General Terms & Conditions [version RSAWTZion1805, consisting of 12 pages including this Confirmation Page], [Interchange Rate Schedule]; and**

**(ii) agree to all terms in this Agreement in your capacity as a person authorized to sign on behalf of the business set out in the Application.**

**NO SALES REPRESENTATIVE IS AUTHORIZED TO ACCEPT OR AGREE TO ANY ALTERATIONS TO THIS AGREEMENT.**

**Business Principal:**
**Signature** *(Please sign below):*

X [signature] Owner 01/31/2017
Title Date

Jonathan Hanley
Please Print Name of Signer



PX20 - 1265

PB#7764687-FD000040

# Attachment EEE

18-May-17 17May17-982

CHASE

## Business Signature Card

ACCOUNT TITLE ("DEPOSITOR")
AMERICAN HOME LOANS, LLC

BUSINESS ADDRESS
8180 S 700 E STE 110

SANDY, UT 84070

ACCOUNT NUMBER [redacted]3202
ACCOUNT TYPE Chase Platinum Business Checking
TAXPAYER ID NUMBER [redacted]0580
DATE OPENED 06/30/2015
FORM OF BUSINESS Limited Liability Company - Manager Managed (LLC)
ISSUED BY JPMorgan Chase Bank, N.A. ( 802 )
Alta View - 528
CHRISTOPHER KIEFER
(801) 461-8210
06/30/2015

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Vehicle Documentation | 8414450-0150 | UT | 05/20/2012 | 05/31/2015 |
| **SECONDARY ID TYPE** | **SECONDARY ID NUMBER** | **ISSUER** | **ISSUANCE DATE** | **EXPIRATION DATE** |
| None | | | | |

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | JONATHAN P HANLEY | **(801) 913-5504<br>**(801) 913-5704 | [redacted] | Manager | 6/30/15 | [signature] |
| 2) | SANDRA K HANLEY | **(801) 913-5504<br>**(801) 913-5724 | [redacted] | Signer | 6/30/15 | [signature] |
| 3) | | | | | | |
| 4) | | | | | | |



PX20 - 1267

# Attachment FFF

CHASE

# Business Signature Card

ACCOUNT TITLE ("DEPOSITOR")
AM PROPERTY MANAGEMENT, LLC

BUSINESS ADDRESS
8160 SOUTH 700 EAST #110

SANDY, UT 84070

ACCOUNT NUMBER [redacted]35805
ACCOUNT TYPE Chase Platinum Business Checking
TAXPAYER ID NUMBER [redacted]8928
DATE OPENED 04/08/2015
FORM OF BUSINESS Limited Liability Company - Manager Managed (LLC)
ISSUED BY JPMorgan Chase Bank, N.A. ( 502 )
Alta View - 228
CHRISTOPHER KIEFER
(801) 481-8210
04/08/2015

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | 8142329-0160 | UT | 11/01/2011 | 11/30/2016 |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | JONATHAN P HANLEY | **(801) 913-5704 | [redacted] | Manager | 04/08/2015 | Refer to the Add Partner/Member/Manager Not Present |
| 2) | SANDRA X HANLEY | **(801) 913-5704 | [redacted] | Manager | 04-06-15 | [signature] |
| 3) | | | | | | |
| 4) | | | | | | |



N°207-01-13-03 (3/14)

PX20 - 1269

CHASE

# ADD PARTNER/MEMBER/MANAGER
# NOT PRESENT FORM - INDIVIDUAL

***(A Chase banker must complete all fields on this form. This form will expire 30 days from the date the customer signed.)***

Legal Business Name: AM PROPERTY MANAGEMENT, LLC

State of Organization: UT

☐ PARTNER ☐ MEMBER ■ MANAGER SIGNER: ■ Yes ☐ No

| Name (First) | (Middle Initial) | (Last) | Tax ID No. (SSN or ITIN) |
|---|---|---|---|
| JONATHAN | P | HANLEY | [redacted] |

| Percentage of Ownership: | Date of Birth (mm/dd/yyyy) | Country of Citizenship: |
|---|---|---|
| 50 | [redacted] | USA |

Residential Street Address

[redacted]

| City | State/Province | Country (if not USA) | ZIP Code |
|---|---|---|---|
| COTTONWOOD HEIGHTS | UT | | [redacted] |

Is the Partner/Member/Manager a current (active or reserve) or former member of the United States Military? ☐ Yes ■ No

| Home Phone # | Cell Phone # | Work Phone # Ext. | Fax # | International Phone # |
|---|---|---|---|---|
| | (801) 913-5504 | | | |

| Primary ID Type: | Issuer: | ID Number (if any): | Issuance Date (if any): | Expiration Date (if any): |
|---|---|---|---|---|
| DRIVER LICENSE | UT | [redacted] | 06/20/2014 | 10/18/2019 |
| **Secondary ID Type:** | **Issuer:** | **ID Number (if any):** | **Issuance Date (if any):** | **Expiration Date (if any):** |
| BANK DEBIT CARD | CHASE | [redacted]5009 | | 11/30/2017 |

| Occupation: | Email Address: |
|---|---|
| SELF-EMPLOYED | jhanley@preferredlawteam.com |

The individual signing this Form certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a limited liability company or partnership, duly organized under the laws of the state of organization listed above;
- the individual signing this Form is a member (if managed by its members) ("Members") or manager (if managed by managers) ("Managers") or General Partner ("Partner") of the Organization; and
- the Organization has authorized all actions and agreements described in this Form in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

By completing and signing this Form, any partner, member or manager acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each person authorized as a signer on the account(s) at account opening ("Authorized Person") may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

Signature of Partner/Member/Manager: [signature] Date Signed: 4/3/15

Signature and identification verified by:

Banker Signature: [signature] Banker Name: CHRISTOPHER KIEFER

Standard ID: Z268025

Bank Copy

Att. [illegible]

# Attachment GGG

# Investment Account Application

Fax to (866) 966-4455

Limited Liability Company

## Chase Investments

A division of J.P. Morgan Securities LLC, member FINRA/NYSE/SIPC.

EzForms Reference ID: 53747725
Primary Party ID: 5374772
O Collateral Account

**Important Investment Information and Binding Agreement - PLEASE READ CAREFULLY**

**IT IS IMPORTANT TO CONSULT A PROFESSIONAL FOR TAX, LEGAL AND OTHER ADVICE BEFORE INVESTING**

**A. INVESTMENTS ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE**

The value of investments may fluctuate, so when I sell my investments, I may receive more or less than I originally invested. I understand that it is important to read the prospectus or other investment materials carefully before investing.

I understand that although money market mutual funds strive to maintain a stable Net Asset Value (NAV) of $1 per share, there is no guarantee that a stable NAV will be maintained.

**B. INVESTMENTS INVOLVE COSTS, FEES AND CHARGES**

Commissions, fees and expenses are covered in the JPMS Fee Schedule or, where applicable, as stated in prospectuses, contracts and/or confirmation notices. I understand that my representative will be paid based on my investment purchases. Information about how my representative is paid can be found in the "Fees and Expenses" section of the Disclosures & Brokerage Account Agreement (Agreement).

I understand that most mutual funds offer more than one class of shares. Each class invests in the same portfolio of securities and has the same investment objective and policies, but each class has different sales charges and expenses, the amount and effect of which is explained in the prospectus. For more information about mutual fund share classes, please see the Mutual Fund Investing section of the JPMS Brokerage Account Disclosures.

**C. DETAILED INFORMATION IS CONTAINED IN THE AGREEMENT**

My representative has verbally reviewed with me sections A and B above and I have received a copy of the Agreement, including the pre-dispute arbitration clause. CLIENT MUST SIGN.

X

**CERTAIN AFFILIATES ARE PAID FOR SERVICES TO MUTUAL FUNDS**

If I am buying shares in JPMorgan Funds, I understand that JPMorgan Chase Bank, N.A. and affiliates provide investment advisory services to these mutual funds for a fee.

**JPMS RECEIVES PAYMENTS FROM MUTUAL FUND COMPANIES**

I understand that some mutual fund advisers, distributors or other entities make ongoing payments to JPMS and/or its affiliates based on the amount of the fund's shares sold by JPMS or owned by clients of JPMS, including me. For more information about these payments, please see the Mutual Fund Investing section of the JPMS [illegible]

**BANK DEPOSIT PROGRAM**

I consent to having free credit balances in my JPMS brokerage account swept to a JPMorgan Chase Bank, N.A. deposit account unless I selected a different option. I acknowledge that the general terms and conditions of the products available through JPMS's sweep program are in the Product Specific Disclosures section of the Agreement and that JPMS may change the products available in its sweep program from time to time.

**ELECTRONIC DELIVERY OF DOCUMENTS**

I acknowledge that I have read and understand the terms and conditions of the "Consent to Electronic Delivery of Documents" section of the Agreement. By signing below, if I have elected to receive electronic delivery of documents, I am providing my informed and positive consent to receive electronic delivery of documents.

**AGREEMENT**

The undersigned Primary Account Holder and, if applicable, Joint Tenant (referred to as "Client") certifies that each has reached the legal age of majority in the state in which Client resides, that all information provided above is true and correct, that except as disclosed no other person has any interest in this account and each authorizes JPMS to investigate and obtain information about any of the statements made in this Application. Client understands and agrees that all securities will be held in Client's Account with all holdings reflected on the Client's periodic statement.

Client acknowledges receipt of the Chase Privacy Policy and Opt-Out Notice, and a prospectus for any mutual fund purchased, including any money market mutual fund Client elected on this Application as a Sweep Fund. By signing this form, Client acknowledges that he/she has received, read, and agreed to be bound by the terms and conditions of the Agreement.

For a Retirement Brokerage Account, Client has completed the required Application and the required Adoption Agreement, and has received, read and agreed to the Customer Agreement and Custodial Agreement and Disclosure Statement applicable to the Retirement Brokerage Account retirement plan type selected on this application. For a Retirement Brokerage Account SEP-IRA, Client also acknowledges that a Form 5305-SEP has been completed (or, if Client is an employee participant, by their employer) to establish the SEP plan.

Under penalties of perjury, the Primary Account Holder, the Entity, or the Minor/Protected Person named above certifies that (1) my correct taxpayer identification number is shown above; (2) I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; (3) I am a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions) and (4) the FATCA code(s) entered in the Section above (if any) indicating that I am exempt from FATCA reporting is correct. (Note: If you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return, you must cross out item 2 above.)

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

**CLIENT UNDERSTANDS AND ACKNOWLEDGES THAT THE AGREEMENT CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE. SEE SECTION 10 IN THE AGREEMENT FOR MORE DETAILS.**

PRIMARY ACCOUNT HOLDER / AUTHORIZED SIGNER FOR ENTITY SIGNATURE DATE

X 10/12/15

AM PROPERTY MANAGEMENT, L [redacted]8928)

X 10/12/15

JONATHAN P HANLEY

X 10/12/15

SANDRA X HANLEY

X / /

X / /

X / /

**INVESTMENT REPRESENTATIVE SIGNATURE (Electronic Signature)**

X GREGORY T MILLER ( FUG ) 10/08/2015 13:12:04

33000 CL2 08-01-2015

PX20 - 1272

Reference ID: 53747725

# Limited Liability Company Certification

**Chase Investments**

A division of J P Morgan Securities LLC, member FINRA/NYSE/SIPC.



New Accounts Fax (866) 966-4455
Managed New Accounts Fax (800) 564-4398
Account Maintenance Fax (800) 805-3909

Account Number: 

Rep Code: 

**Use this form to certify the member/manager(s) authorized to act on a brokerage account for a Limited Liability Company.**

## 1 Limited Liability Company Information

Limited Liability Company Name: AM Property Management, LLC

Limited Liability Company Name (continued): 

Limited Liability Company Tax Identification Number: [redacted]8928

Limited Liability Company Type (select one): ○ Member Managed Company ☒ Manager Managed Company

## 2 Member/Manager Information

Member/Manager Name: Jonathan Hanley

Member/Manager Name: Sandra Hanley

Member/Manager Name: 

Member/Manager Name: 

## 3 Certification

In consideration of J P Morgan Securities LLC (JPMS) opening and/or maintaining an brokerage account ("Account") for the Limited Liability Company ("LLC") named above, the undersigned duly authorized to bind the LLC and all of its Members/Managers personally, certify as follows:

FIRST: The name of the LLC to which this Certification applies is as indicated above.

SECOND: All Members/Managers are over the age of majority in their respective state of residence. Each of the Members/Managers listed above is hereby individually authorized, for and on behalf of the LLC

THIRD. JPMS is authorized to accept orders for trading, purchases, and sales of assets and other instructions for the receipt and withdrawal and disposition of assets from those Members/Managers listed above to any name, including themselves and third parties, whether free or versus payment, or trade or non-trade related (including to any Members/Managers), pursuant to the terms of the LLC and applicable law. The LLC is duly authorized and permitted to engage in cash and margin transactions in any and all forms of securities including, but not limited to, any and all forms of securities, evidences of interest, participation, or indebtedness, instruments of any issuer (whether publicly registered or exempt from registration) transactions and investments, including, but not limited to common or preferred stock, scrip, warrants and rights; bills, notes, bonds or debentures of any coupon, (including "zero coupon" or maturity, certificates of deposit, bank notes or deposit notes, commercial paper, money market instruments, listed and/or over-the-counter options, commodities, commodity futures, options on futures (including single stock futures contracts and other securities futures products), transactions in foreign currencies; limited partnership interests and other interests in hedge funds, buyout funds, real estate investment trusts, venture capital funds, private equity funds and private equity investment vehicles; whole mortgage loans, any and all interests and participations in mortgage loans, mortgage-backed and asset backed securities; any kind of derivative investment, including interest rate, currency, credit, equity or other swap transactions; repurchase and reverse* repurchase transactions, buy/forward sale transactions, dollar rolls, secured lending transactions and any instrument or interest generally regarded as an investment or hedge, secured or unsecured, or any transaction, that is similar to any of those described above (including an option with respect to any of them). A Member/Manager may: (1) give to and receive from JPMS or its affiliates oral, written or electronic instructions, confirmations, notices or demands with respect to the account and any transaction; (2) bind the LLC to enter into and perform any transaction or agreement, amendment or modification thereof, relating to the account and any transaction involving the LLC; (3) lend or borrow money or securities and secure the repayment thereof with the property of the LLC; (4) pay in cash or by check or by credit or debit card or draft drawn upon the funds of the LLC any sums required to be paid in connection with the account and any transaction. (5) direct the sale or exercise of any rights with respect to any securities or other property; (6) agree to any terms or conditions or execute or otherwise assent to any document or agreement affecting the account and any transaction, (7) direct JPMS to surrender any securities or other property for the purpose of effecting any exchange or conversion thereof; (8) appoint any other person or persons to do any and all things which such Members/Managers of the LLC is hereby empowered to do, and (9) generally, take all such action as such Members/Managers of the LLC may deem necessary or desirable to implement or facilitate the trading activities described herein. Members/Managers are permitted to sell, assign, and endorse for transfer, certificates representing stocks, bonds, or other securities now registered or hereafter registered in the name of the LLC. Subject to the policies of JPMS and its affiliates, or in the event JPMS or its affiliates receive conflicting instructions, or reasonably believe instructions from one Member/Manager might conflict with the wishes of another authorized individual, JPMS or its affiliates may do any of the following: (a) choose which instructions to follow and which to disregard; (b) suspend all activity in the Account until written instructions, signed by all Members/Managers, are received; (c) close the Account and deliver all securities and other property, net of debits or liabilities, to the address of record; and/or (d) take other legal action. List below those Members/Managers who are Authorized Individuals. If a Member is an entity (e.g., Corporation), then the appropriate ancillary document (i.e., Corporate Resolution) is required. If other than Member/Manager, must also submit a JPMS Trading Authorization.

* Additional Documentation Required

Section 3 Continued on next page

Reference ID: 53747725

# Limited Liability Company Certification



**Chase Investments**

A division of J.P. Morgan Securities LLC. member FINRA/NYSE/SIPC.

Account Number | Rep Code

Section 3 Continued from previous page

FOURTH: Members/Managers certify that they have the power under the LLC Agreement and applicable law to open and maintain an Account with JPMS and its affiliates (including margin accounts*) and to enter into transactions, both purchases and sales, of securities and other property for the LLC. Notwithstanding the herein certifications, any person with actual or apparent authority is authorized and empowered by the LLC to undertake any activity. All actions previously taken by any Member/Manager in connection with or related to the matters set forth in or reasonably contemplated or implied by the herein certifications be, and each of them hereby is, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the LLC.

FIFTH: Members/Managers, jointly and severally, agree to indemnify and hold harmless JPMS, its agents, employees, representatives and affiliates, from and against any and all liabilities, judgments, claims, settlements, losses, damages, obligations, and expenses, including reasonable attorney fees, arising from or relating to any representations, acts or omissions in the Certification and this or concerning the LLC or for effecting transactions for the Account, should JPMS or its affiliates act pursuant to instructions given by any of the Members/Managers listed above and agree that this release and discharge shall survive the revocation of this Certification with respect to transactions entered into prior to the effectiveness of such revocation. Members/Managers agree to inform JPMS, in writing, of any changes in the identity of the Members/Managers listed above, or any other amendments to the LLC or any other event that could alter the Certifications made herein. JPMS and its affiliates may rely on the certifications, representations, warranties, and agreements contained in this Certification may rely on the validity of this Certification indefinitely or until actual receipt the close of business on the second business day after actual receipt of written notice of the modification or revocation thereof is received by JPMS. Attn: Account Processing, 420 W. Van Buren Street, Suite IL1-0291, 11th Floor, Chicago, IL 60606-3534 or any other address that has been provided by JPMS and its affiliates specifically for such purpose; provided, that JPMS and its affiliates may rely on such certifications, representations, warranties, covenants and agreements with respect to any transaction entered into prior to the effectiveness of such modification or revocation. Members/Managers warrant and represent that the information above is accurate and complete. If fewer than all Members/Managers sign, those signing certify that they are authorized to bind the LLC and all Members/Managers thereof to the terms of this Certification.

* Additional Documentation Required

## 4 Member/Manager Signature(s)

Select one: ☒ All Member/Managers have signed below ○ There are other unauthorized Member/Managers and they need not execute this Certification

| Member/Manager Signature | Date | Member/Manager Signature | Date |
|---|---|---|---|
| X | 10/12/15 | X | 10/12/15 |
| X | | X | |

33059 CEZ 10-01-2012

PX20 - 1274

# Certification Regarding Municipal Advisor Rule

**Chase Investments**

A division of J.P. Morgan Securities LLC. member FINRA/NYSE/SIPC.

Page 1 of 1

**New Accounts Fax (866) 966-4455**
**Managed New Accounts Fax (800) 564-4398**
**Account Maintenance Fax (800) 805-3909**

Account Number: ____ Rep Code: ____

**Use this form to certify entity status on a brokerage account.**

## 1 Account Holder Information

Name of Account Owner ("Entity"): A M Property Management, LLC

For the purposes of Section 15B of the Securities Exchange Act of 1934 (the "Municipal Advisor Rule"), I hereby represent, warrant and certify to J.P. Morgan Securities LLC ("JPMS") on behalf of the Entity, each of the following and agree to notify JPMS immediately if circumstances change in a manner which makes any of the representations set forth on this certification untrue:

☒ I am a knowledgeable official representative of the Entity, am authorized to sign this certificate, have access to the appropriate information or have direct knowledge of the source of the funds of the Entity that enables me to make these representations; and, if necessary, have consulted with legal counsel, in regard to these representations, warranties and certifications.

## 2 Certification Regarding Municipal Entity Status

Regarding the account(s) the Client has with, or will establish with, JPMS

☐ The Entity is a **Municipal Entity**
☒ The Entity is not a **Municipal Entity**

The term **"Municipal Entity"** means any state, political subdivision of a state, or municipal corporate instrumentality of a state, including, (1) any agency, authority or instrumentality of the state, political subdivision or municipal corporate instrumentality; (2) any plan, program or pool of assets sponsored or established by the state, political subdivision or municipal corporate instrumentality thereof; and (3) any other issuer of municipal securities.

## 3 Certification Regarding Obligated Person Status

Regarding the account(s) the Client has with, or will establish with, JPMS:

☐ The Entity is an **Obligated Person**
☒ The Entity is not an **Obligated Person**

The term **"Obligated Person"** means any person or entity, including an issuer of municipal securities, who is either generally or through an enterprise, fund or account of such person, committed by contract or other arrangement to support the payment of all, or a part of, the obligations on the municipal securities to be sold in an offering of municipal securities, except the term Obligated Person shall not include: (1) a person who provides municipal bond insurance, letters of credit or other liquidity facilities; or (2) a person whose financial information or operating data is not material to a municipal securities offering, without reference to any municipal bond insurance, letter of credit, liquidity facility or other credit enhancement.

## 4 Certification Regarding Proceeds with JPMS

Regarding the account(s) the Client has with, or will establish with, JPMS:

☐ Amounts to be invested in accounts established at JPMS for the entity <u>may</u> constitute **Proceeds of Municipal Securities or Municipal Escrow Accounts**
☒ Amounts to be invested in accounts established at JPMS for the entity <u>may not</u> constitute **Proceeds of Municipal Securities or Municipal Escrow Accounts**

The term **"Proceeds of Municipal Securities"** means monies derived by a municipal entity from the primary offering of municipal securities, investment income derived from the investment or reinvestment of such monies, and any monies of a municipal entity or obligated person held in funds under legal documents for the municipal securities that are reasonably expected to be used as security or a source of payment for the payment of the debt service on the municipal securities, including reserves, sinking funds and pledged funds created for such purpose, and the investment income derived from the investment or reinvestment of monies in such funds.

The term **"Municipal Escrow Investments"** means proceeds of municipal securities and any other funds of a municipal entity or Obligated Person that [illegible]

## 5 Signature

I hereby represent, warrant and certify to JPMS on behalf of the Entity, each of the foregoing and agree to notify JPMS immediately if circumstances change in a manner which makes any of the representations set forth on this certification untrue.

Authorized Signature: X [signature]

Date (mm/dd/yyyy): 10/2/15

Authorized Signer Name (please print): Jonathan [illegible]

33484_C 06-13-2014

Att. HHH

# Attachment HHH

CHASE

## Business Signature Card

ACCOUNT TITLE ("DEPOSITOR")
CONSUMER DEFENSE LLC

BUSINESS ADDRESS
500 N RAINBOW BLVD

LAS VEGAS, NV 89107-1081

ACCOUNT NUMBER [redacted]3082
ACCOUNT TYPE Chase Platinum Business Checking
TAXPAYER ID NUMBER [redacted]2420
DATE OPENED 10/18/2016
FORM OF BUSINESS Limited Liability Company - Manager Managed (LLC)
ISSUED BY JPMorgan Chase Bank, N.A. (602)
Alta View - 219
KRISTEN P ROMERO
(801) 481-5292
10/18/2016

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | E0310572016-2 | NV | 07/12/2016 | 07/31/2017 |
| **SECONDARY ID TYPE** | **SECONDARY ID NUMBER** | **ISSUER** | **ISSUANCE DATE** | **EXPIRATION DATE** |
| None | | | | |

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | JONATHAN P HANLEY | **(801) 613-5504<br>**(801) 613-5704 | [redacted] | Manager | 10/18/16 | [signature] |
| 2) | SANDRA X HANLEY | **(801) 613-5704 | [redacted] | Manager | 10/18/16 | [signature] |
| 3) | | | | | | |
| 4) | | | | | | |

# Attachment III

CHASE

## Business Signature Card

ACCOUNT TITLE ("DEPOSITOR")
MODIFICATION REVIEW BOARD, LLC

BUSINESS ADDRESS
9035 S 700 E STE 203

SANDY, UT 84070

ACCOUNT NUMBER [redacted]0956
ACCOUNT TYPE Chase Platinum Business Checking
TAXPAYER ID NUMBER [redacted]1519
DATE OPENED 04/06/2015
FORM OF BUSINESS Limited Liability Company - Manager Managed (LLC)
ISSUED BY JPMorgan Chase Bank, N.A. ( 602 )
Alta View - 228
CHRISTOPHER KIEFER
(801) 451-8210
04/06/2015

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | 8137330-0160 | UT | 10/25/2011 | 10/31/2015 |
| **SECONDARY ID TYPE** | **SECONDARY ID NUMBER** | **ISSUER** | **ISSUANCE DATE** | **EXPIRATION DATE** |
| None | | | | |

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | JONATHAN P HAWLEY | **(801) 913-5504<br>**(801) 913-5704 | [redacted] | Manager | 04/06/2015 | Refer to the Add Partner/Member/Manager Not Present |
| 2) | SANDRA K HAWLEY | **(801) 913-5504<br>**(801) 913-5704 | [redacted] | Manager | 08/06/15 | [signature] |
| 3) | | | | | | |
| 4) | | | | | | |



MODPCH-DOC3 (STN)

CHASE

# ADD PARTNER/MEMBER/MANAGER NOT PRESENT FORM - INDIVIDUAL

*(A Chase banker must complete all fields on this form. This form will expire 30 days from the date the customer signed.)*

Legal Business Name: MODIFICATION REVIEW BOARD, LLC

State of Organization: UT

☐ PARTNER ☐ MEMBER ■ MANAGER SIGNER: ■ Yes ☐ No

| Name (First) | (Middle Initial) | (Last) | Tax ID No. (SSN or ITIN) |
|---|---|---|---|
| JONATHAN | P | HANLEY | [redacted] |

| Percentage of Ownership: | Date of Birth (mm/dd/yyyy) | Country of Citizenship: |
|---|---|---|
| 50 | [redacted] | USA |

Residential Street Address
[redacted]

| City | State/Province | Country (if not USA) | ZIP Code |
|---|---|---|---|
| COTTONWOOD HEIGHTS | UT | | [redacted] |

Is the Partner/Member/Manager a current (active or reserve) or former member of the United States Military? ☐ Yes ■ No

| Home Phone # | Cell Phone # | Work Phone # | Ext. | Fax # | International Phone # |
|---|---|---|---|---|---|
| | (801) 913-5504 | | | | |

| | Issuer: | ID Number (if any): | Issuance Date (if any): | Expiration Date (if any): |
|---|---|---|---|---|
| Primary ID Type: DRIVER LICENSE | UT | [redacted] | 08/20/2014 | 10/18/2019 |
| Secondary ID Type: BANK DEBIT CARD | CHASE | [redacted]5009 | | 11/30/2017 |

| Occupation: | Email Address: |
|---|---|
| SELF-EMPLOYED | jhanley@preferredlawteam.com |

The individual signing this Form certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a limited liability company or partnership, duly organized under the laws of the state of organization listed above;
- the individual signing this Form is a member (if managed by its members) ("Members") or manager (if managed by managers) ("Managers") or General Partner ("Partner") of the Organization; and
- the Organization has authorized all actions and agreements described in this Form in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
By completing and signing this Form, any partner, member or manager acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each person authorized as a signer on the account(s) at account opening ("Authorized Person") may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

Signature of Partner/Member/Manager: [signature] Date Signed: 4/3/15

Signature and identification verified by:

Banker Signature: [signature] Banker Name: CHRISTOPHER KIEFER

Standard ID: 2268025

Bank Copy

[illegible]

# Attachment JJJ

CHASE

# Business Signature Card

ACCOUNT TITLE ("DEPOSITOR")
MODIFICATION REVIEW BOARD, LLC

ACCOUNT NUMBER [redacted]3556
ACCOUNT TYPE Chase Platinum Business Checking
TAXPAYER ID NUMBER [redacted]1616
DATE OPENED 04/06/2015
FORM OF BUSINESS Limited Liability Company - Manager Managed (LLC)
ISSUED BY JPMorgan Chase Bank, N.A. (602)
Alta View - 278
CHRISTOPHER KIEFER
(801) 481-5210
04/06/2015

BUSINESS ADDRESS
9035 S 700 E STE 203
SANDY, UT 84070

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | 6137390-0180 | UT | 10/28/2011 | 10/31/2019 |
| **SECONDARY ID TYPE** | **SECONDARY ID NUMBER** | **ISSUER** | **ISSUANCE DATE** | **EXPIRATION DATE** |
| None | | | | |

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | JONATHAN P HANLEY | **(801) 913-5504<br>**(801) 913-5704 | [redacted] | Manager | 04/06/2015 | Refer to the Add Partner/Member/Manager Ref Process |
| 2) | SANDRA X HANLEY | **(801) 913-5504<br>**(801) 913-5704 | [redacted] | Manager | 04/06/15 | [signature] |
| 3) | | | | | | |
| 4) | | | | | | |



PX20 - 1282

CHASE

## ADD PARTNER/MEMBER/MANAGER NOT PRESENT FORM - INDIVIDUAL

*(A Chase banker must complete all fields on this form. This form will expire 30 days from the date the customer signed.)*

Legal Business Name: MODIFICATION REVIEW BOARD, LLC

State of Organization: UT

☐ PARTNER ☐ MEMBER ■ MANAGER SIGNER: ■ Yes ☐ No

| Name (First) | (Middle Initial) | (Last) | Tax ID No. (SSN or ITIN) |
|---|---|---|---|
| JONATHAN | P | HANLEY | [redacted] |

| Percentage of Ownership: | Date of Birth (mm/dd/yyyy) | Country of Citizenship: |
|---|---|---|
| 50 | [redacted] | USA |

Residential Street Address: [redacted]

| City | State/Province | Country (if not USA) | ZIP Code |
|---|---|---|---|
| COTTONWOOD HEIGHTS | UT | | [redacted] |

Is the Partner/Member/Manager a current (active or reserve) or former member of the United States Military? ☐ Yes ■ No

| Home Phone # | Cell Phone # | Work Phone # | Ext. | Fax # | International Phone # |
|---|---|---|---|---|---|
| | (801) 913-5504 | | | | |

| Primary ID Type: | Issuer: | ID Number (if any): | Issuance Date (if any): | Expiration Date (if any): |
|---|---|---|---|---|
| DRIVER LICENSE | UT | [redacted] | 06/20/2014 | 10/18/2019 |
| **Secondary ID Type:** | **Issuer:** | **ID Number (if any):** | **Issuance Date (if any):** | **Expiration Date (if any):** |
| BANK DEBIT CARD | CHASE | [redacted]5009 | | 11/30/2017 |

| Occupation: | Email Address: |
|---|---|
| SELF-EMPLOYED | jhanley@preferredlawteam.com |

The individual signing this Form certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a limited liability company or partnership, duly organized under the laws of the state of organization listed above;
- the individual signing this Form is a member (if managed by its members) ("Members") or manager (if managed by managers) ("Managers") or General Partner ("Partner") of the Organization; and
- the Organization has authorized all actions and agreements described in this Form in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

By completing and signing this Form, any partner, member or manager acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each person authorized as a signer on the account(s) at account opening ("Authorized Person") may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

Signature of Partner/Member/Manager: [signature] Date Signed: 4/3/15

Signature and identification verified by:

Banker Signature: [signature] Banker Name: CHRISTOPHER KIEFER

Standard ID: 2288026

Bank Copy

M1211-01 (10/14)

JPMorgan Chase Bank, N.A. Member FDIC

Scan

Att. KKK

# Attachment KKK

CHASE

# Business Signature Card

**ACCOUNT TITLE ("DEPOSITOR")**
PREFERRED LAW, PLLC

**BUSINESS ADDRESS**
2825 E COTTONWOOD PKWY STE 500

SALT LAKE CITY, UT 84121-7060

**ACCOUNT NUMBER** [redacted]2192
**ACCOUNT TYPE** Chase Platinum Business Checking
**TAXPAYER ID NUMBER** [redacted]1720
**DATE OPENED** 06/29/2015
**FORM OF BUSINESS** Limited Liability Company - Manager Managed (LLC)
**ISSUED BY** JPMorgan Chase Bank, N.A. ( 802 )
Alta View - 229
CHRISTOPHER KIEFER
(801) 481-8210
06/29/2015

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | 6137385-0182 | UT | 10/26/2011 | 10/31/2015 |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | BENJAMIN R HORTON | **(801) 814-4913 | [redacted] | Manager | 6/29/15 | [signature] |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |



M1207-01-12-CS (3/14)

PX20 - 1285

CHASE

**BUSINESS ACCOUNT ADD SIGNERS FORM**

NAME OF BUSINESS PREFERRED LAW, PLLC

TAXPAYER ID NO. [redacted]1720

BUSINESS ADDRESS 2825 E COTTONWOOD PKWY STE 500, SALT LAKE CITY, UT 84121-7060

BRANCH NAME AND NO. ALTA VIEW - 228 BANK NO. 602 BRANCH PHONE NO. (801) 481-8210

INTEROFFICE MAILCODE UT1-7019 PREPARED BY NAME CHRISTOPHER KIEFER DATE: 06/30/2015

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| SANDRA X HANLEY | SIGNER | | 6/30/15 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | 196302602 | UT | 11/15/2012 | 12/12/2017 |
| 2) None | | | | |

Account Numbers: [redacted]2192

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

**CERTIFICATION**

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

For a Corporation or Unincorporated Association or Organization: Secretary ____ Date ____

For Sole Proprietorship: Owner/Sole Proprietor ____ Date ____

For Partnership or Limited Liability Company: Partner/Member/Manager ____ Date 6/30/15

For Government Entity: Certifying Official ____ Date ____



JPMorgan Chase Bank, N.A. Member FDIC

PX20 - 1286

Att. LLL

# Attachment LLL

CHASE

# Business Signature Card

ACCOUNT TITLE ("DEPOSITOR")
PREFERRED LAW, PLLC
IOLTA TRUST ACCOUNT

BUSINESS ADDRESS
2825 E COTTONWOOD PKWY STE 200
SALT LAKE CITY, UT 84121-7000
United States/US Territories

ACCOUNT NUMBER [redacted]
ACCOUNT TYPE IOLTA Account
TAXPAYER ID NUMBER [redacted]
DATE OPENED 07/07/2015
FORM OF BUSINESS Limited Liability Company - Manager Managed (LLC)
ISSUED BY JPMorgan Chase Bank, N.A. (002)
ALTA VIEW - 220
VALERIE FREEMAN
(817) 206-0182
[illegible]

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | [illegible] | UT | 10/26/2011 | 10/31/2015 |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are [illegible] signatures of the person(s) authorized to transact business and (2) all necessary actions or formalities, where necessary, have been taken to [illegible] the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until [illegible] of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BENJAMIN R HORTON | [redacted] | Manager | 7/9/15 | [signature] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

[illegible]

Att. MMM

# Attachment MMM

**CHASE**

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
FMG PARTNERS LLC

ACCOUNT NUMBER [redacted]331
TAXPAYERID NUMBER [redacted]883
ACCOUNT TYPE Chase BusinessSelect Checking

DATE OPENED 11/01/2011

BUSINESS ADDRESS
[redacted] COTTONWOOD HEIGHTS, UT [redacted]
United States/US Territories

FORM OF BUSINESS Limited Liability Company
ISSUED BY JPMorgan Chase Bank, N.A. (602)
Cottonwood Highland
MARIO LUPIC
(801) 461-5232
11/01/2011

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| Certification of Business | 8140954 | Utah Dept of Comm | 10/31/2011 | |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine [illegible] signatures of the person(s) authorized to [illegible] and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION - The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | | |
|---|---|---|---|---|
| FERNANDO A MONCAYO | [redacted] | Member Managed | 11-01-2011 | [signature] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CHASE

## BUSINESS ACCOUNT ADD SIGNERS FORM

NAME OF BUSINESS FMG PARTNERS LLC

TAXPAYER ID NO. [redacted]1893

BUSINESS ADDRESS [redacted], COTTONWOOD HEIGHTS, UT [redacted]

BRANCH NAME AND NO. COTTONWOOD HEIGHTS - 591 BANK NO. 802 BRANCH PHONE NO. (801) 947-9777

INTEROFFICE MAILCODE UT1-8008 PREPARED BY: NAME MATTHEW W EVERETT DATE: 02/22/2012

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| SANDRA X HANLEY | SIGNER | Sandra X Hanley | 2/22/12 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) State Issued ID | [illegible] | UT | [illegible] | [illegible] |
| 2) | | | | |

Account Numbers:

[redacted]5331

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

**CERTIFICATION**

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business [illegible] for such accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For Government Entity: | |
|---|---|---|---|---|---|---|---|
| | | | | [illegible] | 2-22-12 | | |
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Certifying Officer | Date |



JPMorgan Chase Bank, N.A. Member FDIC

Scan

# Attachment NNN

18-May-17 17May17-965

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G17May17-965**
**Sequence number 001790947453 Posting date 12-May-15 Amount 13000.00**

**Preferred Law**
8180 S 700 E Ste 110
Sandy, UT 84070

2180

5/12 20 15

31-273/1240

PAY TO THE ORDER OF Modification Review Board $ 13,000

Thirteen thousand 00/100 DOLLARS

Bank of the West
140 West 9000 South
Sandy, UT 84070
801-565-0700

FOR

124002735 [redacted]5859 2180

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**

**GROUP ID G17May17-965**

**Sequence number 004580669442 Posting date 28-Jan-16 Amount 1500.00**

**Modification Review Board**
6180 S 700 E Ste 110
Sandy, UT 84070

2083

1/27 2016

Pay to the Order of Modification Review Board $ 1,500

One thousand five hundred & 00/100 Dollars

Bank of the West
140 W 9000 S
Sandy, UT 84070
801-569-9700

For

⑈002083⑈ ⑆124002735⑆ [redacted] 6147⑈

19-May-17 18May17-2041

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**

**GROUP ID G18May17-2041**

**Sequence number 009670231522 Posting date 12-Aug-15 Amount 11000.00**

Am Property Management
8180 S 700 E Ste 110
Sandy, UT 84070

40156

8/12 20 15

31-273/1240

PAY TO THE ORDER OF Modification Review Board $ 11,000

Eleven Thousand & 00/100 DOLLARS

Bank of the West
140 W 9000 S
Sandy UT 84070

FOR MRB Payroll

⑆124002735⑆ [redacted] 3732⑈ 0156

18-May-17 17May17-951

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G17May17-951
Sequence number 005080553498 Posting date 13-Mar-12 Amount 10000.00

FMG Partners, LLC.
[redacted]
Cottonwood Hts, UT [redacted]

3013

3/13 20 12

97-154/1240

PAY TO THE ORDER OF Bravo legal $ 10,000.—

Ten thousand & 00/100 DOLLARS

Chase

JP Morgan Chase Bank, N. A.
www.Chase.com

FOR

⑆124001545⑆ [redacted]5331⑈3013

BOFW >121100782< 03/13/2012 7630040732500

CREDIT TO THE ACCOUNT OF THE WITHIN NAMED PAYEE IN ACCORDANCE WITH PAYEE'S INSTRUCTIONS. ABSENCE OF ENDORSEMENT GUARANTEED.
BANK OF THE WEST

18-May-17 17May17-951

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G17May17-951**
**Sequence number 005280098352 Posting date 27-Mar-12 Amount 4000.00**

**FMG Partners, LLC.**
[redacted]
Cottonwood Hts, UT [redacted]

3020

3/26 20 12

97-154/1240

PAY TO THE ORDER OF Brown legal $ 4000 —

Four thousand 00/100 DOLLARS

Chase

JP Morgan Chase Bank, N. A.
www.Chase.com

FOR

Saren K Hanly MP

⑆124001545⑆ [redacted] 5331⑈3020

SOTH >121100782< 03/27/2012 7639000593559

Look for Micro Print ... Safety ... on back. If not present, do not cash.

Brown Legal

18-May-17 17May17-951

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G17May17-951
Sequence number 006590611925 Posting date 24-Apr-12 Amount 4000.00

FMG Partners, LLC.
[redacted]
Cottonwood Hts, UT [redacted]

3034

4/24 20 12

97-154/1240

PAY TO THE ORDER OF Brown legal $ 4000 —

four thousand — 00/100 DOLLARS

Chase

JP Morgan Chase Bank, N.A.
www.Chase.com

FOR

⑆124001545⑆ [redacted] 5331⑈ 3034

BOTW >121100782< 04/24/2012 7620866512859

Look for Micro Print ... Safeguards on back. If not present, do not cash.

18-May-17 17May17-951

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**

**GROUP ID G17May17-951**

**Sequence number 009490382677 Posting date 02-May-12 Amount 7000.00**

**FMG Partners, LLC.**
[redacted]
Cottonwood Hts, UT [redacted]

3036

05/02 20 12

97-154/1240

PAY TO THE ORDER OF Brown legal $7000—

Seven Thousand & 00/100 DOLLARS

Chase

JP Morgan Chase Bank, N.A.
www.Chase.com

FOR

⑆124001545⑆ [redacted]5331⑈3036

18-May-17 17May17-951

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**

**GROUP ID G17May17-951**

**Sequence number 007490814996 Posting date 12-Dec-12 Amount 5000.00**

**FMG Partners, LLC.**
[redacted]
Cottonwood Hts, UT [redacted]

3103

12/12 20 12

97-151/1210

PAY TO THE ORDER OF Brown legal $ 5,000—

Five thousand & 00/100 DOLLARS

Chase.

JP Morgan Chase Bank, N.A.
www.Chase.com

FOR

⑆124001545⑆ [redacted] 5331⑈3103

CREDIT TO THE ACCOUNT OF THE WITHIN NAMED PAYEE IN ACCORDANCE WITH PAYEE'S INSTRUCTIONS. ABSENCE OF ENDORSEMENT GUARANTEED.

BANK OF THE WEST

[redacted] 5027

18-May-17 17May17-951

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION

GROUP ID G17May17-951

Sequence number 006790514731 Posting date 27-Dec-12 Amount 8500.00

FMG Partners, LLC.
[redacted]
Cottonwood Hts, UT [redacted]

3110

12/27 2012

97-154/1240

PAY TO THE ORDER OF Modification Review Board $ 8500

Eight thousand five hundred & 00/100 DOLLARS

Chase

JP Morgan Chase Bank, N. A.
www.Chase.com

FOR

⑆124001545⑆ [redacted] 5331⑈3110

BOTW >121100782< 12/27/2012 7630050058180

CREDIT TO THE ACCOUNT OF THE WITHIN NAMED PAYEE IN ACCORDANCE WITH PAYEE'S INSTRUCTIONS ABSENCE OF ENDORSEMENT GUARANTEED.

BANK OF THE WEST

Modification Review Board

18-May-17 17May17-951

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G17May17-951
Sequence number 006990965003 Posting date 15-Jan-13 Amount 400.00

FMG Partners, LLC.
[redacted]
Cottonwood Hts, UT [redacted]

3118

1/12 20 13

97-124/1240

PAY TO THE ORDER OF Modification Review Board $ 400—

Four hundred & 00/100 DOLLARS

Chase

JP Morgan Chase Bank, N. A.
www.Chase.com

FOR

⑆124001545⑆ [redacted] 5331⑈3118

Modification Review Board

19-May-17 18May17-2085

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G18May17-2085**
**Sequence number 003270009699 Posting date 03-Aug-15 Amount 20000.00**

Modification Review Board
8180 S 700 E Ste 110
Sandy, UT 84070

2087

8/3 2015

Pay to the Order of AM Property $ 20,000

Twenty Thousand & 00/100 Dollars

Bank of the West
140 W 9000 S
Sandy, UT 84070
801-568-8700

For Deer Valley Rent

⑈002087⑈ ⑆124002735⑆ [redacted]6147⑈

19-May-17 18May17-2085

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G18May17-2085
Sequence number 004580669436 Posting date 28-Jan-16 Amount 5000.00

AM Property Management
[redacted]
Cottonwood Heights, UT [redacted]

20086

1/28 2016

91-179/1240

PAY TO THE ORDER OF AM Property Management $ 5,000—

Five thousand & 00/100 DOLLARS

Bank of the West
140 West 9000 South
Sandy UT 84070

FOR

⑆124002735⑆ [redacted] 3732⑈ 0086

AM Property Management [redacted] 5805

19-May-17 18May17-2085

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G18May17-2085
Sequence number 005380547879 Posting date 26-Feb-16 Amount 9500.00

**AM Property Management**
[redacted]
Cottonwood Heights, UT [redacted]

20093

2/26 2016

31-373/1240

PAY TO THE ORDER OF Am Property Management $ 9,500—

Nine thousand five hundred 00/100 DOLLARS

Bank of the West
140 West 9000 South
Sandy UT 84070

FOR

⑆124002735⑆ [redacted] 3732⑈ 0093

31-273-1240 01348

**Brown Legal Inc**
9035 South 700 East #203
Sandy Ut 84070
801-717-4290

DATE 4/6/12

PAY TO THE ORDER OF Fernando Monago $1,500 —

One thousand five hundred & 00/100 DOLLARS

BANK OF THE WEST
Heber Office
HEBER CITY, UT 84032

MEMO

⑆124002735⑆ [redacted] 5027⑈ 01348

WELLS FARGO BANK NA SLC
20120409 E0012 PKT 04
▶[redacted]0527-8◀
284412351 0

Account # [redacted] 9414

REQUEST 000069188360000001500.00
ROLL ECIA 20120409 000002844123510+
JOB ECIA E ACCT 0[redacted]5027
REQUESTOR X654069
18380772 08/01/2017 Research 18418696

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

**Brown Legal**
[redacted]
Sandy, UT [redacted]

2030

5/11 2012

31-273/1240

PAY TO THE ORDER OF Fernando Moncayo $ 2,320 —

Two thousand three hundred twenty + 00/100 DOLLARS

Bank of the West
140 West 9000 South
Sandy UT 84070
800-488-2265 . Reina
. restivo
. Ceron
. Orosco

FOR 4/28 - 5/4

⑆124002735⑆ [redacted] 5027⑈ 2030

1786808559

REQUEST 000069188360000000 2320.00
ROLL ECIA 20120511 000001786808559+
JOB ECIA E ACCT [redacted]
REQUESTOR X654069
18380772 08/01/2017 Research 18418696

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

**FMG Partners LLC.**
[redacted]
Salt Lake City, UT [redacted]

5089

7/13 20 12

31-5/1240

PAY TO THE ORDER OF Fernando Moncayo $ 2684.00

Two thousand six hundred & eighty four w/00/100 DOLLARS

Zions Bank

800-789-2265

Ferreyra
Valencia
Chacon
FOR Ortiz Contreras

MP

⑆124000054⑆ [redacted] 5089

Look for Micro Print signature line and Check Safe logo on back. If not present, do not cash.

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00006918836000000 2684.00
ROLL ECIA 20120713 000000482232787+
JOB ECIA E ACCT [redacted] 1715
REQUESTOR X654069
18380772 08/01/2017 Research 18418696

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

MODIFICATION REVIEW BOARD LLC
8180 S 700 E
STE 110
SANDY, UT 84070

99012

DATE 1/4/13

90-78/1211

PAY TO THE ORDER OF Fernando Marcayo $ 1,866.44

One thousand eight hundred & sixty six w/ 44/100 DOLLARS

BANK OF THE WEST
Sandy
140 WEST 9000 SOUTH
SANDY, UT 84070
1-800-488-2265

FOR 12/22 - 12/28

⑆124002735⑆ [redacted]6147⑈ 99012

REQUEST 000069188836000000 1866.64
ROLL ECIA 20130104 000000484578168+
JOB ECIA E ACCT [redacted]6147
REQUESTOR X654069
18380772 08/01/2017 Research 18418696

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

**MODIFICATION REVIEW BOARD LLC**
8180 S 700 E, SUITE 110
SANDY, UT 84070

1112
31-0273/1240

DATE 1/11/13

PAY TO THE ORDER OF Fernando Moncayo $ 2,333.30

Two thousand three hundred & thirty three & 30/100 DOLLARS

BANK OF THE WEST
Sandy Office
140 WEST 9000 SOUTH
SANDY, UT 84070
1-800-488-2265

FOR 12/29 – 1/4/13

001112 124002735 [redacted]6147

REQUEST 000069188360000000 2333.30
ROLL ECIA 20130111 000000488663283+
JOB ECIA E ACCT [redacted]6147
REQUESTOR X654069
18380772 08/01/2017 Research 18418696

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

# Attachment OOO

FMG Partners, LLC
[redacted]
Cottonwood Heights, UT [redacted]

9175
31-297/1240

DATE April 4, 2014

PAY TO THE ORDER OF Mirella F. Archo. $389.95.

three Hundred Eighty Nine & 95/100 DOLLARS

Wells Fargo Bank, N.A.
Utah
wellsfargo.com

VOID AFTER 90 DAYS

FOR 3/24 to 3/28/2014

⑈009175⑈ ⑆124002971⑆ [redacted]9414⑈

[redacted]

REQUEST 00006918834000000 389.95
ROLL ECIA 20140404[redacted]3839
JOB ECIA E ACCT 1190008737049414
REQUESTOR X654069
18380772 08/01/2017 Research 18418693

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

FMG Partners, LLC
[redacted]
Cottonwood Heights, UT [redacted]

9062
31-297/1240

DATE 11-26-12

PAY TO THE ORDER OF Cristina Diaz de Leon $ 481.00

Four hundred & eighty one dollars 00/100 DOLLARS

Wells Fargo Bank, N.A.
Utah
wellsfargo.com

VOID AFTER 90 DAYS

Harris, Meng, Valdes
FOR PAY P. 11-10-12 - 11-16-12

⑈009062⑈ ⑆124002971⑆ [redacted]9414⑈

REQUEST 00006918834000000 481.00
ROLL ECIA 20121212 000000480229663
JOB ECIA E ACCT [redacted]9414
REQUESTOR X654069
18380772 08/01/2017 Research 18418693

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

FMG Partners, LLC
[redacted]
Cottonwood Heights, UT [redacted]

9077

31-297/1240

DATE 12-21-2012

PAY TO THE ORDER OF Efrain Rivera $ 272.00

Two Hundred Seventy Two DOLLARS

Wells Fargo Bank, N.A.
Utah
wellsfargo.com

VOID AFTER 90 DAYS

FOR 34 Ha

⑈009077⑈ ⑆124002971⑆ [redacted] 9414⑈

Pay to Efrain Rivera

REQUEST 00006918834000000 272.00
ROLL ECIA 20121226 000008854949026
JOB ECIA E ACCT [redacted] 9414
REQUESTOR X654069
18380772 08/01/2017 Research 18418693

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

FMG Partners, LLC
[redacted]
Cottonwood Heights, UT [redacted]

9127
31-297/1240

DATE 6-18-13

PAY TO THE ORDER OF Amparo Moncayo $ 963.39

Nine Hundred Sixty Three Dollars & 39/100 DOLLARS

Wells Fargo Bank, N.A.
Utah
wellsfargo.com

VOID AFTER 90 DAYS

FOR June, Merchant comm.

⑈009127⑈ ⑆124002971⑆ [redacted]9414⑈

REQUEST 00006918834000000 963.39
ROLL ECIA 20130626 000008255071832
JOB ECIA E ACCT [redacted]9414
REQUESTOR X654069
18380772 08/01/2017 Research 18418693

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

FMG Partners, LLC
[redacted]
Cottonwood Heights, UT [redacted]

9152

31-297/1240

DATE 12/20/2013

PAY TO THE ORDER OF NaTaly Vasquez [redacted] $ 200.00

Two Hundred Dollars DOLLARS

Wells Fargo Bank, N.A.
Utah
wellsfargo.com

VOID AFTER 90 DAYS

FOR Christmas bonus

⑈009152⑈ ⑆124002971⑆ [redacted]9414⑈

[redacted]

Nataly V.

REQUEST 000069188340000000 200.00
ROLL ECIA 20131220 000001783105938
JOB ECIA E ACCT [redacted]9414
REQUESTOR X654069
18380772 08/01/2017 Research 18418693

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

18-May-17 17May17-951

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G17May17-951
Sequence number 008670393328 Posting date 21-Mar-12 Amount 660.00

FMG Partners, LLC.
[redacted]
Cottonwood Hts, UT [redacted]

3017

3/21 20 12

97-154/1240

PAY TO THE ORDER OF Stephanie Montalban $ 660.00

Six hundred & sixty w/ 00/100 DOLLARS

Chase

JP Morgan Chase Bank, N.A.
www.Chase.com

FOR 3/3 - 3/16/12

⑆124001545⑆ [redacted] 5331⑈3017

JPMorganChaseBank [redacted]

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

18-May-17 17May17-951

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G17May17-951**
**Sequence number 001470784356 Posting date 26-Mar-12 Amount 330.00**

**FMG Partners, LLC.** 3018
[redacted]
Cottonwood Hts, UT [redacted] 3/21 20 12 97-164/1240

PAY TO THE ORDER OF Fernando Marcayo $ 330 00/100

Three hundred ; thirty w/ 00/100 DOLLARS

Chase

JP Morgan Chase Bank, N.A.
www.Chase.com

FOR 3/3 - 3/16/12

⑆124001545⑆ [redacted] 5331⑈3018

18-May-17 17May17-951

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**

**GROUP ID G17May17-951**

**Sequence number 007270999542 Posting date 02-Apr-12 Amount 390.00**

**FMG Partners, LLC.**
[redacted]
Cottonwood Hts, UT [redacted]

3021

3/30 2012

97-164/1240

PAY TO THE ORDER OF Shannon Martinez $ 390.00

Three hundred & ninety w/ 00/100 DOLLARS

Chase

JP Morgan Chase Bank, N. A.
www.Chase.com

FOR 3/17-3/23

⑆124001545⑆ [redacted] 5331⑈3021

18-May-17 17May17-951

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G17May17-951
Sequence number 009890929227 Posting date 06-Aug-12 Amount 1200.00

FMG Partners, LLC.
[redacted]
Cottonwood Hts, UT [redacted]

3143

8/03 20 12

97-154/1240

PAY TO THE ORDER OF LICENSED SERVICES $1200.00

ONE THOUSAND TWO HUNDRED DOLLARS

Chase

JP Morgan Chase Bank, N.A.
www.Chase.com

FOR 7/21/12 to 7/27/12

⑆124001545⑆ [redacted] 5331⑈3143

18-May-17 17May17-959

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G17May17-959
Sequence number 004790141125 Posting date 19-Jul-16 Amount 434.55

97-154/1240

5812

Preferred Law, PLLC
8180 South 700 East Suite 110
Sandy, Utah 84070

DATE 7/11/16

PAY TO THE ORDER OF Teresa Hernandez $ 434.55

Four hundred, thirty four w/ 55/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Check# 6/10/16

⑆124001545⑆ [redacted] 2192⑈5812

AFCU_> [redacted]

ENDORSE HERE

AFCU [redacted]

19-May-17 18May17-2043

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**

**GROUP ID G18May17-2043**

**Sequence number 009890667004 Posting date 05-Jan-17 Amount 1000.00**

CONSUMER DEFENSE LLC
500 N RAINBOW BLVD
LAS VEGAS, NV 89107-1082

9142

97-154/1240

DATE 1/5/17

PAY TO THE ORDER OF Furniture Business Installations $ 1,000

One Thousand & 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO CUBICLES

⑆124001545⑆ [redacted] 928⑈9142

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

19-May-17 18May17-2043

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**

**GROUP ID G18May17-2043**

**Sequence number 008080485378 Posting date 17-Mar-17 Amount 1300.00**

---

**CONSUMER DEFENSE LLC**
500 N RAINBOW BLVD.
LAS VEGAS, NV 89107-1082

97-154/1240 228

No. 1155

Date 3/16/17

Pay to the order of Furniture Business Installations $1,300—

One thousand three hundred 00/100 Dollars

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

Memo 4/41 50005

⑆124001545⑆ [redacted]928⑈1155

---

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G18May17-2043**
**Sequence number 004580277063 Posting date 22-Mar-17 Amount 2000.00**

97-154/1240 228 No. 1158

CONSUMER DEFENSE LLC
500 N RAINBOW BLVD.
LAS VEGAS, NV 89107-1082

Date 3/22/17

Pay to the order of Frank Kidd Roofing $2,000 —

Two thousand ; 00/100 Dollars

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

Memo A/W 9000S/Zinky

⑆124001545⑆ [redacted]928 2⑈1158

JPMorganChaseBank

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Frank Kidd Roofing

18-May-17 17May17-965

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G17May17-965**
**Sequence number 009270396838 Posting date 29-Sep-16 Amount 5500.00**

MODIFICATION REVIEW BOARD, LLC
9035 S 700 E STE 203
SANDY, UT 84070

8691

DATE 9/25/16 97-154/1240

PAY TO THE ORDER OF Office Furniture Exchange $ 5,500

Five Thousand & Five Hundred DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Cubicles/Fabric

⑆124001545⑆ [redacted]0958⑈8691

FOR DEPOSIT ONLY
OFFICE FURNITURE EXCHANGE

PX20 - 1325

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G17May17-965
Sequence number 004180667983 Posting date 30-Nov-16 Amount 814.00

MODIFICATION REVIEW BOARD, LLC
9035 S 700 E STE 203
SANDY, UT 84070

9033

DATE 11/29 97-154/1240

PAY TO THE ORDER OF UTAH construction services $ 814 00/100

Eight Hundred & Fourteen DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO 41 L. 9000 S.

MP

⑆124001545⑆ [redacted]0958⑈9033

ENDORSE HERE

U.C.S

18-May-17 17May17-959

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G17May17-959
Sequence number 002290885472 Posting date 31-Aug-15 Amount 2000.00

97-154/1240 5766

Preferred Law, PLLC
8180 South 700 East Suite 110
Sandy, Utah 84070

DATE 8/28/15

PAY TO THE ORDER OF L S Realty $ 2,000—

Two thousand & 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N A
www.Chase.com

MEMO 9035 S. 700 E. # 203

124001545 [redacted] 2192 5766

ENDORSE HERE

LS Realty

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**

**GROUP ID G17May17-959**

**Sequence number 003390367065 Posting date 09-Oct-15 Amount 3037.15**

97 154/1240

5775

**Preferred Law, PLLC**
8180 South 700 East Suite 110
Sandy, Utah 84070

DATE 10/5/15

PAY TO THE ORDER OF Ted Real Property Enterp. $ 3037.15

Three thousand & thirty seven 15/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO 8180 S. 700 E #110

⑆124001545⑆ [redacted] 2192⑈5775

ENDORSE HERE

FOR DEPOSIT ONLY
ZIONS FIRST NATIONAL BANK
TED REAL PROPERTY ENTERPRISES, LLC [redacted]

# Attachment PPP

19-May-17 18May17-2085

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**

**GROUP ID G18May17-2085**

**Sequence number 003090188511 Posting date 05-Oct-15 Amount 565.00**

4016

97-154/1240

A M Property Management
8180 South 700 East Suite 110
Sandy, UT 84070

DATE 9/25/15

PAY TO THE ORDER OF Yard Masters $ 565—

Five hundred / Sixty five w/00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO [redacted]

⑆124001545⑆ [redacted] 5805⑈4016

[redacted]

19-May-17 18May17-2085

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION

GROUP ID G18May17-2085

Sequence number 001470578992 Posting date 09-Oct-15 Amount 11331.70

4019

A M Property Management
8160 South 700 East Suite 110
Sandy, UT 84070

97-154/1240

DATE 10/5/15

PAY TO THE ORDER OF Aspen Hollow Homeowner's Association $ 11,331.70

Eleven thousand three hundred thirty one 70/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO AH [redacted]

⑆124001545⑆ [redacted] 5805⑈4019

[redacted]

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**

**GROUP ID G18May17-2085**

**Sequence number 003880190997 Posting date 19-Oct-15 Amount 755.00**

4025

97-154/1240

A M Property Management
8180 South 700 East Suite 110
Sandy, UT 84070

DATE 10/15/15

PAY TO THE ORDER OF Yard Guru $ 755.00

Seven hundred & fifty five w/00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO INV 7990

⑆124001545⑆ [redacted] 5805⑈4025

[redacted]

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G18May17-2085**
**Sequence number 009070090159 Posting date 20-Oct-15 Amount 580.00**

A M Property Management
8180 South 700 East Suite 110
Sandy, UT 84070

97-154/1240

4023

DATE 10/10/15

PAY TO THE ORDER OF Luis Zuniga $ 580

Five hundred & eighty w/ 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO [redacted] /Bathrooms

⑆124001545⑆ [redacted]5805⑈4023

ENDORSE HERE

AFCU 08600C5122127745 >324377516< 450087 0000014 BR087 [redacted] 20151017

19-May-17 18May17-2085

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**

**GROUP ID G18May17-2085**

**Sequence number 006170157777 Posting date 04-Nov-15 Amount 1067.00**

A M Property Management
8180 South 700 East Suite 110
Sandy, UT 84070

97-154/1240

4028

DATE 10/30/15

PAY TO THE ORDER OF Terry's Plumbing $ 1,067

One Thousand Sixty Seven DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO [redacted]

⑆124001545⑆ [redacted] 5805⑈4028

ENDORSE HERE

PAY TO THE ORDER OF
HOLLADAY BANK AND TRUST
HOLLADAY, UT 84117-7132
P 124302118 ▲
FOR DEPOSIT ONLY
TERRY'S PLUMBING, INC.
[redacted]
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>124302118<
Holladay Bank
11/03/2015 0101-0101
B0011 B0010 S002430

151183 0102 002430 >124302118< Holladay [redacted]

FEDERAL RESERVE BOARD OF GOVERNORS

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**

**GROUP ID G18May17-2085**

**Sequence number 008180432678 Posting date 21-Dec-15 Amount 2690.00**

A M Property Management
8180 South 700 East Suite 110
Sandy, UT 84070

97-154/1240

4038

DATE 12/15/15

PAY TO THE ORDER OF Integrity Funding $ 2690—

Two thousand Six hundred & ninety 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO [redacted]

⑆124001545⑆ [redacted]5805⑈4038

For Deposit Only

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G18May17-2043**
**Sequence number 004180259116 Posting date 22-Mar-17 Amount 475.00**

97-154/1240 226 No. 1160

**CONSUMER DEFENSE LLC**
500 N RAINBOW BLVD.
LAS VEGAS, NV 89107-1082

Date 3/21/17

Pay to the order of Corbell Construction $ 475 —

Four hundred & Seventy Five 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

[redacted]

Memo Home Inspection [redacted]

⑆124001545⑆ [redacted] 928 2⑈ 1160

ENDORSE HERE

PAY TO THE ORDER OF
AMERICA FIRST FCU
OGDEN, UT 84409-9199
324377516
CHECK FOR DEPOSIT ONLY VIA REMOTE DEPOSIT
CORBELL CONSTRUCTION
CORBELL CONSTRUCTION
S-E_7460076079143

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

AFCU_>324377516<_1013200138675884_20170321

AFCU 1013200138675884 >324377516< 450083 0000015 BR0000 20170321

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**

**GROUP ID G18May17-2085**

**Sequence number 009580100826 Posting date 19-Jan-16 Amount 250.00**

---

4050

A MI Property Management
8180 South 700 East Suite 110
Sandy, UT 84070

97-154/1240

DATE 1/18/16

PAY TO THE ORDER OF Maria Romero $250—

Two hundred fifty 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO [redacted] 1/18/16

⑆124001545⑆ [redacted] 5805⑈4050

ENDORSE HERE
CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 06329
F06329

[redacted]

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G17May17-951**
**Sequence number 007270904680 Posting date 28-Jan-13 Amount 384.66**

FMG Partners, LLC.
[redacted]
Cottonwood Hts, U[redacted]

3122

1/25 20 13

97-164/1240

PAY TO THE ORDER OF Expert auto Glass $ 384.66

Three hundred eighty four and sixty six/ DOLLARS

Chase

JP Morgan Chase Bank, N.A.
www.Chase.com

FOR

⑆124001545⑆ [redacted]5331⑈3122

MOUNTAIN AMERICA CREDIT UNION
JORDAN LANDING 0048
WEST JORDAN, UTAH
TELLER: 1156 SEQUENCE # 4210670
1/28/2013 17:35:35
R/T: 324079555

18-May-17 17May17-951

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G17May17-951**
**Sequence number 004470625608 Posting date 15-Aug-12 Amount 320.00**

FMG Partners, LLC.
[redacted]
Cottonwood Hts, UT [redacted]

3069

8/7 20 12

07-1141/1240

PAY TO THE ORDER OF Kid Ed Montessori $ 320—

Three hundred twenty w/ 00/100 DOLLARS

Chase

JP Morgan Chase Bank, N.A.
www.Chase.com

FOR [redacted] Henley

⑆124001545⑆ [redacted] 5331⑈ 3069

UNIVERSITY FEDERAL CREDIT UNION
8/14/201218:11:58SEQUENCE #65363
CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE
SEQUENCE #65363
<<<<<324079416>>>>>
TELLER # 41> BRANCH 0008

Kid Ed Inc.
For Deposit Only
Acct. # [redacted]

18-May-17 17May17-951

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G17May17-951**
**Sequence number 009590214672 Posting date 05-Sep-13 Amount 7800.00**

**FMG Partners LLC** 4024
[redacted]
Salt Lake City, UT [redacted] 9/5 20 13 97-154/1240

PAY TO THE ORDER OF CASH $ 7,800.—

Seven thousand eight hundred $^{00}/_{100}$ DOLLARS

Chase

JP Morgan Chase Bank, N.A.
www.Chase.com

FOR

⑆124001545⑆ [redacted] 5331⑈4024

JPMorganChaseBank 090503 740591 9429900 6004

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G18May17-2041
Sequence number 002670437352 Posting date 29-Jul-15 Amount 35086.50

MRB
9035 S 700 E STE 203
SANDY, UT 84070

5758

DATE 7/27/15 97-154/1240

PAY TO THE ORDER OF Waterford School $35,086.50

Thirty five thousand eighty six fifty DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

Hanley

MEMO [redacted]

⑆124001545⑆ [redacted]3556⑈5758

PAY TO THE ORDER OF
ZIONS FIRST NATIONAL BANK
FOR DEPOSIT ONLY
WATERFORD SCHOOL
ACCT. NO. [redacted]