DAVID C. SHONKA
Acting General Counsel
ADAM M. WESOLOWSKI
GREGORY A. ASHE
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20850
Telephone: 202-326-3068 (Wesolowski)
Telephone: 202-326-3719 (Ashe)
Facsimile: 202-326-3768
Email: awesolowski@ftc.gov, gashe@ftc.gov,

DAYLE ELIESON
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for Plaintiff

| FILED | RECEIVED |
|---|---|
| ENTERED | SERVED ON |
| | COUNSEL/PARTIES OF RECORD |

JAN 1 6 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:18-cv-00030-JCM-PAL |
| Plaintiff, | |
| v. | **FTC'S MOTION TO LIFT TEMPORARY SEAL FROM ENTIRE FILE AND MEMORANDUM IN SUPPORT THEREOF** |
| CONSUMER DEFENSE, LLC, *et al.*, | |
| Defendants. | |

Plaintiff, the Federal Trade Commission ("FTC"), respectfully moves this Court to lift the temporary seal from the entire file, including the Complaint; FTC's *Ex Parte* Motion for Temporary Restraining Order and Other Equitable Relief; Temporary Restraining Order; and all pleadings, exhibits, and other papers and materials filed in support thereof, including this motion.

1

Service on most Defendants has been completed and the danger that advance knowledge by Defendants would pose to the Court's ability to obtain effective final relief, including restitution for defrauded consumers, has passed.

WHEREFORE, for the reasons stated above, the FTC respectfully requests that the Court grant the accompanying proposed Order to lift the seal from the entire file.

Dated January 16, 2018

Respectfully submitted,

DAVID SHONKA
Acting General Counsel

/s/ Gregory A. Ashe
ADAM M. WESOLOWSKI
GREGORY A. ASHE
Federal Trade Commission
600 Pennsylvania Ave, N.W., CC-10232
Washington, DC 20580
Telephone: 202-326-3068 (Wesolowski)
Telephone: 202-326-3719 (Ashe)
Facsimile: 202-326-3768
Email: awesolowski@ftc.gov, gashe@ftc.gov

DAYLE ELIESON
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

# CERTIFICATE OF SERVICE

Undersigned counsel certifies that on January 16, 2018, a copy of **FTC'S MOTION TO LIFT TEMPORARY SEAL FROM ENTIRE FILE AND MEMORANDUM IN SUPPORT THEREOF** was served via overnight courier on the following:

Matthew Lewis, Esq.
Ray, Quinney & Nebeker
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Attorney for Jonathan Hanley and Sandra Hanley

Benjamin Horton
793 W Centino Dr., C208,
South Jordan, UT 84095
Defendant *pro se*

Andrew Robertson, Esq.
Edward Chang, Esq.
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, CA 92101
Attorneys for Thomas McNamara, the Court-Appointed Receiver over the Corporate Defendants

/s/ Gregory A. Ashe
Attorney for Plaintiff Federal Trade Commission

DAVID C. SHONKA
Acting General Counsel
ADAM M. WESOLOWSKI
GREGORY A. ASHE
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20850
Telephone: 202-326-3068 (Wesolowski)
Telephone: 202-326-3719 (Ashe)
Facsimile: 202-326-3768
Email: awesolowski@ftc.gov, gashe@ftc.gov,

DAYLE ELIESON
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER DEFENSE, LLC, *et al.*,<br><br>Defendants. | Case No. 2:18-cv-00030-JCM-PAL<br><br>**ORDER LIFTING TEMPORARY SEAL FROM ENTIRE FILE** |

Upon notice provided by plaintiff Federal Trade Commission that service upon most Defendants has been perfected and the danger that advance knowledge by Defendants would pose to the Court's ability to obtain effective final relief, including restitution for defrauded consumers, has passed:

1

| 1 | **IT IS HEREBY ORDERED** that the seal be lifted on the entire file and docket in this |
| - | - |
| 2 | action, including: the Complaint; the FTC's *Ex Parte* Motion for Temporary Restraining Order |
| 3 | and Other Equitable Relief; Temporary Restraining Order; and all pleadings, exhibits, and other |
| 4 | papers filed in support thereof. |

**IT IS SO ORDERED.**

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

Dated: January 18, 2018