# INDEX

| **Exhibit** | | **Page** |
|---|---|---|
| 1 | Schematic of Office Space; Furniture and Equipment Inventory – 41 West 9000 South, Sandy, Utah 84070 | 1 |
| 2 | Emails from Sandra Hanley to VRBO, AirBnB, and VactionRentPayment (January 13-14, 2018) | 8 |
| 3 | Sandra Hanley forwarded promissory notes and mortgages to her private email account (January 15, 2018) | 15 |
| 4 | Email from realtor to Jonathan Hanley re: listing proposal for Park City condominium (January 17, 2018) | 18 |
| 5 | Preliminary Schedule of Known Assets of Receivership Entities | 31 |
| 6 | Internal telephone directories re: various Receivership Entities | 32 |
| 7 | Emails re: Regus Virtual Offices in Nevada (May, 2017) | 43 |
| 8 | Email from Benjamin Horton to Jonathan Hanley re: radio show and podcast (October 10, 2017) | 52 |
| 9 | Email exchanges re: change in websites and business names (July-August, 2016) | 54 |
| 10 | Emails re: issues with BBB and updates to sales agreement (February 15, 2017) | 72 |
| 11 | Emails re: cleanup of website to remove references to Preferred Law and Consumer Defense (April, 2017) | 75 |
| 12 | Emails and correspondence showing addresses in Reno, Nevada and Las Vegas, Nevada | 81 |
| 13 | American Home Loans standard contract | 91 |
| 14 | Emails re: minimum payment from consumer (January-February, 2017) | 100 |
| 15 | Email re: additional payment required (February 10, 2017) | 102 |
| 16 | Email exchange re: extended payment schedule (February 7-8, 2017) | 103 |
| 17 | Email exchange encouraging shortest payment schedules as possible (February 6-8, 2017) | 106 |
| 18 | Memo re: important notes and email re: consumer advocacy group | 110 |
| 19 | Email re: handling client refunds (February 15, 2017) | 114 |
| 20 | Emails re: consumers requesting refunds | 115 |
| 21 | White board from processing room | 137 |
| 22 | Preliminary Financial Report prepared by Lone Peak Valuation Group | 138 |

i

# EXHIBIT 1

Schematic of Office Space; Furniture and Equipment Inventory
41 West 9000 South, Sandy, Utah 84070

# EXHIBIT 1



EXHIBIT 1
Page 1



EXHIBIT 1
Page 2

*Federal Trade Commission v. Consumer Defense, LLC, et al.*
U.S. District Court (Nevada) Case No. 2:18-cv-00030-JCM-PAL

Furniture and Equipment Inventory
41 West 9000 South, Sandy, Utah 84070

**Office Inventory Total:**
Monitors - 25
Computers - 35
All-in-One Computers - 17
Keyboards - 37
Computer Mice - 21
Telephones - 25
Head Sets - 6
Office Chairs - 35
Modular Cubicles with shelves and desk pieces - 28
Modular Cubical Framing Pieces - 30
3-Drawer File Cabinets - 14
Corner Desk with Shelving - 6
Wooden Desks - 3
Desk Printers - 3
Printer/Scanner/Copier All-in-one Units - 3
Small wooden tables - 3
Wooden 3-Drawer Unit - 2
Wooden (L) Shaped Desk - 1
Wooden Armoire/Wall Shelving - 1
Large File Cabinets - 2
Flat Screen TV - 1
Framed Prints/Art - 6
Dolly - 1
Wall TV Mount - 2
Nintendo and Controller - 2
PlayStation (PS4) - 1
PlayStation Gaming Headphones - 1
Video Games - 3
Vacuum - 1
Mini Fridge - 1
Refrigerator - 1
Microwave - 1
Toaster - 1
Wooden Table - 1
Free Weights - 7 sets
Weight Bench - 1
Tool bag and various tools - 1
Antique Typewriter - 1

1

EXHIBIT 1
Page 3

Industrial Shelving - 1
Metal Shelves - 4
GI Joe Collectibles and Boxes - 6
Water System - 1
Coffee Pot - 2
Netgear Switch Box - 1
Regular Chairs - 1
Shred Bins - 2
Toner - 2
Air Filters - 40
Gypsum Board - 2
Boxes of Cables - 6 boxes and 2 garbage bags

**First Floor - Room 1000**
Monitors - 1
Computers - 1
Computer Mice - 5
Keyboards - 5
All-in-One Computers - 4
Telephones - 6
Head Sets - 5
Printer - 1
Office Chairs - 12
Modular Cubicles with shelves and desk pieces - 14
3-drawer File Cabinets - 5
Wooden Desk - 3
Corner Desks with shelving - 2
Wooden Side Table - 2

**First Floor- Room 1100**
Computers - 25
Cubical Framing - 30 Pieces
Dolly - 1
Keyboards - 13
Printer - 2
Wall TV Mount - 1
Misc. Cables - 5 boxes and 2 garbage bags

**Second Floor-Room 100**
Monitors - 2
All-in-One Computers - 2
Keyboards - 2
Computer Mouse - 1
Wooden (L) shaped Desk - 1
Wooden Armoire/Wall Shelving - 1
Telephones - 4

2

EXHIBIT 1
Page 4

Wooden 3-Drawer Unit - 1
Office Chairs - 5
Flat Screen TV - 1
Wall TV Mount - 1
Framed Prints/Art - 6
Nintendo and Controller - 2
PlayStation (PS4) - 1
PlayStation Gaming Headphones - 1
Video Games - 3
Vacuum - 1
Mini Fridge - 1
Free Weights (45 lbs) - 1
Free Weights (55 lbs) - 1
Netgear Switch Box - 1
Coffee Pot - 1

**Second Floor- Room 200**
Wooden Table - 1
Refrigerator - 1
Microwave - 1
Toaster - 1
Coffee Pot - 1
Office Chairs - 2

**Second Floor- Room 300**
Large Narrow File Cabinet - 1
Large Wide File Cabinet - 2
Corner Desk Unit with Shelving - 1
3-drawer File Cabinet - 1
Computer - 1
Monitor - 1
Keyboard - 1
Computer Mouse - 1
Telephone - 1
Office Chair - 1

**Second Floor- Room 400**
Corner desk with Shelving - 1
3-drawer Filing Cabinet - 1
Office Chair - 1
Regular Chair - 1
Telephone - 1
All-in-One Computer - 1
Keyboard - 1
Computer Mouse - 1

3

EXHIBIT 1
Page 5

**Second Floor- Room 500**
Computers - 5
Monitors - 5
All-in-One Computers - 7
Keyboards - 11
Computer Mice - 11
Telephones - 11
Printer/Scanner/Copier - 2
Modular Cubicles with shelves and desk pieces - 14
Water system - 1
Office Chairs - 11
Shred Bins - 2
3-drawer File Cabinets - 7
Head Sets - 2
Wooden 3-drawer Unit - 1
Wooden Table - 1
Gypsum Board - 2

**Second Floor- Room 600**
Corner Desk with Shelving - 1
All-in-One Computer - 1
Keyboard - 1
Computer Mouse - 1
Telephone - 1
Head Set - 1
3-drawer File Cabinet - 1
Office Chair - 1

**Second Floor- Room 700**
Corner desk with Shelving - 1
All-in-One Computer - 1
Keyboard - 1
Computer Mouse - 1
Telephone - 1
Office Chairs - 2

**Second Floor- Room 800**
GI Joe Collectables - 2
GI Joe Collectable Boxes - 4
Monitors - 16
Printer/Scanner/Copier - 1
Keyboards - 2
Air filters - 40
Cables - 1 large box

4

EXHIBIT 1
Page 6

**Second Floor-Room 900**
Weight bench - 1
Free Weights - 5 sets
Industrial shelving - 1
Tool bag - 1
Antique Typewriter - 1
Metal Shelves - 4
Computers - 3
Toners - 2

5

EXHIBIT 1
Page 7

# EXHIBIT 2

Emails from Sandra Hanley to VRBO, AirBnB,
and VactionRentPayment (January 13-14, 2018)

# EXHIBIT 2



Customer Service <customerservice@ampropertyinc.com>

## Your VRBO.com account email has been changed

1 message

**VRBO.com** <noreply@vrbo.com>
To: customerservice@ampropertyinc.com

Sat, Jan 13, 2018 at 11:16 AM

 

Dear Jonathan Hanley,

Your VRBO email address was changed.

If this was you, please sign in with your new email address to be verified. You will not be able to access your Inbox or My Trips until we have verified your new email address.

If you did not make this change or require further assistance, please visit our Help Center at http://help.vrbo.com/

Thanks,
The VRBO Team

This is an automated notification; please do not respond to this email.



©2016 HomeAway.com, Inc. All rights reserved. VRBO and the VRBO logos are trademarks of HomeAway.com, Inc.. HomeAway.com, Inc. is located at 1011 West Fifth Street, Suite 300, Austin, Texas, 78703.
This email was sent to customerservice@ampropertyinc.com.

View our Privacy Statement | Contact Us | Terms & Conditions

EXHIBIT 2
Page 8



**Customer Service <customerservice@ampropertyinc.com>**

---

## HomeAway Bank Change Request
2 messages

---

**Brian (HomeAway Payments)** <homeawaypayments@yapstone.com>     Sat, Jan 13, 2018 at 11:23 AM
Reply-To: HomeAway Payments <homeawaypayments@yapstone.com>
To: AM Property Management <customerservice@ampropertyinc.com>

##- Please type your reply above this line -##



**Brian** (HomeAway Payments)
Jan 13, 11:23 AM PST

Dear Jonathan,

Thank you for contacting VacationRentPayment, the payment processor for HomeAway/VRBO.

To update the bank account information associated with your listing(s), please use the link below. Instructions for submitting the bank change form are also included in this message.

HomeAway Payments Bank Change Form

## Electronic DocuSign Form Instructions

1. Click the HomeAway Payments Bank Change Form link to begin the secure DocuSign digital signing process

2. Fill in your first and last name and your e-mail address. Then click the "Begin Signing" button

3. Check your e-mail for a message from DocuSign.
   **Note**: This message may not reflect in your inbox until 2-3 minutes after you the request is sent. If you do not see the e-mail, please check your spam or junk mail folder.

4. Click "Review Document" and select the check box to authorize consent to sign the form electronically.

5. Fill out the form with the information requested.

6. Attach a picture of a void check or signed bank letter on letterhead.

EXHIBIT 2
Page 9

7. Click the "Sign" icon line to verify your name. Then click "Adopt and Sign"

   **Note**: The bank change request must be signed by the point of contact (the same first and last name submitted in the application for HomeAway Payments).

8. Review the information provided on the form and click "Submit" in the bottom right hand corner to complete the document.

After we receive the form, our Account Management team will notify you within 5 to 7 business days regarding the status of your bank change request.

If you have any questions, please do not hesitate to reply back to this email or call our Customer Support department at (866) 210-6106. Our representatives are available to assist you 24 hours a day, seven days a week.

Brian M | Customer Service Representative | Yapstone

---

This email was generated through our support ticketing system. Please reply to this email to add a comment to the ticket (12063918).

**Learn More About Online Payments**

 

HomeAway Payments - Powered by VacationRentPayment

Privacy Policy   |   Terms & Conditions
Yapstone Holdings, Inc.
2121 N. California Boulevard, Suite 400, Walnut Creek, CA 94596

---

**Sandra (HomeAway Payments)** <homeawaypayments@yapstone.com>                    Sat, Jan 13, 2018 at 1:22 PM
Reply-To: HomeAway Payments <homeawaypayments@yapstone.com>
To: AM Property Management <customerservice@ampropertyinc.com>

##- Please type your reply above this line -##



EXHIBIT 2
Page 10

**Sandra**
Jan 13, 1:22 PM PST

Hi Brian,

Just sent over the updated agreement.

Let me know if anything else is needed.

---

**Brian** (HomeAway Payments)
Jan 13, 11:23 AM PST

Dear Jonathan,

Thank you for contacting VacationRentPayment, the payment processor for HomeAway/VRBO.

To update the bank account information associated with your listing(s), please use the link below. Instructions for submitting the bank change form are also included in this message.

[HomeAway Payments Bank Change Form](#)

## Electronic DocuSign Form Instructions

1. Click the HomeAway Payments Bank Change Form link to begin the secure DocuSign digital signing process

2. Fill in your first and last name and your e-mail address. Then click the "Begin Signing" button

3. Check your e-mail for a message from DocuSign.
   **Note**: This message may not reflect in your inbox until 2-3 minutes after you the request is sent. If you do not see the e-mail, please check your spam or junk mail folder.

4. Click "Review Document" and select the check box to authorize consent to sign the form electronically.

5. Fill out the form with the information requested.

6. Attach a picture of a void check or signed bank letter on letterhead.

7. Click the "Sign" icon line to verify your name. Then click "Adopt and Sign"
   **Note**: The bank change request must be signed by the point of contact (the same first and last name submitted in the application for HomeAway Payments).

8. Review the information provided on the form and click "Submit" in the bottom right hand corner to complete the document.

After we receive the form, our Account Management team will notify you within 5 to 7 business days regarding the status of your bank change request.

If you have any questions, please do not hesitate to reply back to this email or call our

EXHIBIT 2
Page 11

Customer Support department at (866) 210-6106. Our representatives are available to assist you 24 hours a day, seven days a week.

Brian M | Customer Service Representative | Yapstone

---

Your request (12063918) has been updated. Please reply to this email to add a comment.

CCs: Sandra

**Learn More About Online Payments**

 

HomeAway Payments - Powered by VacationRentPayment

Privacy Policy  |  Terms & Conditions

Yapstone Holdings, Inc.

2121 N. California Boulevard, Suite 400, Walnut Creek, CA 94596

EXHIBIT 2
Page 12



Customer Service <customerservice@ampropertyinc.com>

**Account alert: Airbnb login email changed**
1 message

**Airbnb** <automated@airbnb.com>              Sun, Jan 14, 2018 at 6:11 PM
To: customerservice@ampropertyinc.com



# Your Airbnb login email was changed

The email address you use to log into your Airbnb account was changed on Sun, Jan 14, 2018, 7:11 PM.

New email address        s.ximena.h@gmail.com

**Updated by Microsoft Windows Computer**

Utah, United States
Chrome

**Don't recognize this?**

Let us know—we'll help secure and review your account. Otherwise, no action is required.

**Why we send you these emails**

Staying informed about changes to your account is one of the best ways to keep it secure. You might see this email again when you update your info, sign in for the first time on a new computer, phone or browser, or clear your cookies.

EXHIBIT 2
Page 13

Sent with ♥ from Airbnb

Airbnb, Inc., 888 Brannan St, San Francisco, CA 94103

EXHIBIT 2
Page 14

# EXHIBIT 3

Sandra Hanley forwarded promissory notes and mortgages
to her private email account (January 15, 2018)

# EXHIBIT 3



Sandra Office Manager <sandraofficemanager@defaultsupport.com>

## SHELTON SIGNED MORTGAGE

2 messages

**Office Manager** <officemanager@defaultsupport.com>                Fri, Dec 15, 2017 at 1:36 PM
To: Jonathan Hanley <jhanley@americanhomeloans.com>, Sandra Office Manager
<sandraofficemanager@defaultsupport.com>

ALLI-PER JH I WILL BE CHANGING THIS TO A 30 YEAR TO REDUCE PAYMENT.

I WILL EMAIL YOU NEW PAYMENT AMOUNT

SHE WILL NOT NEED TO RESIGN AND I CAN JUST MERGE

Thank You


Bobbi

**Manager**
**Consumer Link**
**Default Support Center**

Phone: **801.386.5100 Ext 203**
FAX **888.224.6524**
**Billing Department Ext 235**
**Hours of operation Monday-Friday 8:30 - 3:45 (MST)**

Confidentiality Notice: This message, including any attachment(s), may contain confidential information protected by law. The information contained herein is
for the sole use of the intended recipient(s). If you have received this message in error, please contact the sender at the e-mail address listed above and
destroy all copies of the original message, including any attachments. Thank you.

  **Shelton signed _ notarized note.pdf**
154K

---

**Sandra Office Manager** <sandraofficemanager@defaultsupport.com>        Mon, Jan 15, 2018 at 1:25 PM
To: Sandra Ximena Hanley <sximenah@gmail.com>

[Quoted text hidden]

  **Shelton signed _ notarized note.pdf**
154K

EXHIBIT 3
Page 15

https://mail.google.com/mail/u/0/?ui=2&ik=f77c95c632&jsver=NW_2aT3fiA0.en.&view=pt&search=trash&th=160fbb63eab5fab9&siml=1605c1ba49e8e...   1/1



Sandra Office Manager <sandraofficemanager@defaultsupport.com>

---

# Recorded Mortgage for ██████ Edge
2 messages

---

**Office Manager** <officemanager@defaultsupport.com>                    Fri, Dec 8, 2017 at 2:02 PM
To: Jonathan Hanley <jhanley@americanhomeloans.com>, Sandra Office Manager
<sandraofficemanager@defaultsupport.com>, Alli Parkinson <aparkinson@americanhomeloans.com>

There was an over payment on this for $6.00 I just gave Alli the check to deposit with the other checks.

The mortgage is in a folder with your mail.


Thank You



Bobbi

**Manager**
**Consumer Link**
**Default Support Center**

**Phone: 801.386.5100 Ext 203**
**FAX 888.224.6524**
**Billing Department Ext 235**
**Hours of operation Monday-Friday 8:30 - 3:45 (MST)**

Confidentiality Notice: This message, including any attachment(s), may contain confidential information protected by law. The information contained herein is for the sole use of the intended recipient(s). If you have received this message in error, please contact the sender at the e-mail address listed above and destroy all copies of the original message, including any attachments. Thank you.

 **██████ Edge Mortgage recorded 12_7_17.pdf**
154K

---

**Sandra Office Manager** <sandraofficemanager@defaultsupport.com>        Mon, Jan 15, 2018 at 1:26 PM
To: Sandra Ximena Hanley <sximenah@gmail.com>

[Quoted text hidden]

 **██████ Edge Mortgage recorded 12_7_17.pdf**
154K



**Sandra Office Manager <sandraofficemanager@defaultsupport.com>**

---

## 10% promissory note
2 messages

---

**Office Manager** <officemanager@defaultsupport.com>       Tue, Dec 12, 2017 at 1:59 PM
To: Jonathan Hanley <jhanley@americanhomeloans.com>, Sandra Office Manager
<sandraofficemanager@defaultsupport.com>, Alli Parkinson <aparkinson@americanhomeloans.com>

    signed and notarized first payment already made

    Thank You


    Bobbi

    **Manager**
    **Consumer Link**
    **Default Support Center**

    **Phone: 801.386.5100 Ext 203**
    **FAX 888.224.6524**
    **Billing Department Ext 235**
    **Hours of operation Monday-Friday 8:30 - 3:45 (MST)**

    Confidentiality Notice: This message, including any attachment(s), may contain confidential information protected by law. The information contained herein is
    for the sole use of the intended recipient(s). If you have received this message in error, please contact the sender at the e-mail address listed above and
    destroy all copies of the original message, including any attachments. Thank you.

---

       **reno 10% cont.pdf**
     146K

---

**Sandra Office Manager** <sandraofficemanager@defaultsupport.com>      Mon, Jan 15, 2018 at 1:49 PM
To: Sandra Ximena Hanley <sximenah@gmail.com>

    [Quoted text hidden]

---

       **reno 10% cont.pdf**
     146K

EXHIBIT 3
Page 17

# EXHIBIT 4

Email from realtor to Jonathan Hanley re: listing proposal
for Park City condominium (January 17, 2018)

# EXHIBIT 4



Jonathan Hanley <jhanley@preferredlawteam.com>

## Aspen Hollow #9
1 message

**Matthew Sidford** <matthew@sidfordrealestate.com>                    Wed, Jan 17, 2018 at 9:49 AM
To: "Jhanley@preferredlawteam.com" <Jhanley@preferredlawteam.com>
Cc: Matthew Sidford <matthew@sidfordrealestate.com>, Patty Boyd <patty@sidfordrealestate.com>

Hi Jonathan,


Please find attached our listing presentation.  I have also included the links for Aspen Hollow closed sales and what would be the competition.


Competition Click here to view the Listings

(When you click on the links it will open up.  At the far right there are three … (Dots)  Click on those three … (Dots) It will give you the 4 options – Pick Client Full.  This will open up the full listing with all the data.)



Aspen Hollow Closed  Click here to view the Listings



When you get the chance please send over the VRBO information.



Best,


Matthew Sidford

Jess Reid Real Estate

**Top Producer 2001, 2005 & 2007-2016**

435-962-4544 - Cell

435-647-3215 - Office

435-647-3265 - Fax

Go to: www.SidfordRealEstate.com and click "Search for Property"

for the most up-to-date information on what's on the market.

EXHIBIT 4
Page 18



📄 **1 Aspen Hollow Listing Presentation.pdf**
1105K

https://mail.google.com/mail/u/0/?ui=2&ik=8b5709a09f&jsver=NW_2aT3fiA0.en.&view=pt&search=inbox&th=161053dfed7d7305&siml=161053dfed7d7...    2/2

EXHIBIT 4
Page 19

# SELLING YOUR PROPERTY



## Aspen Hollow #9

EXHIBIT 4
Page 20

# PROFESSIONAL PHOTOGRAPHY



**PHOTOGRAPHY** – Photography is one of the most important things to assist us in selling a property. We make sure our properties are well represented with spectacular photography. This is especially important in our market where many buyers are searching for property remotely. Our professional photographer will make your property stand-out.

**VIRTUAL TOUR** – a virtual walkthrough shows you the whole house room by room

**AERIAL PHOTOGRAPHY** – drone photography gives the buyer a better idea of the location of the home and the view from the home

**CUSTOM URL** – a custom URL will be created that will take a prospective buyer straight to the professional photography and tour

EXHIBIT 4
Page 21

# WEBSITE PLACEMENT



**PARK CITY MULTIPLE LISTING SERVICE (MLS)** - this is the local MLS that Park City Realtors use to search for property

**UTAHREALESTATE.COM** – this is the Wasatch Front MLS that Salt Lake City agents primarily search for property on

**JESSREIDREALESTATE.COM** – your property will be featured on our company website

**CHRISTIESREALESTATE.COM** – the Christie's website is reserved for luxury homes and is searched on by buyers around the world

**REALTOR.COM, ZILLOW.COM, TRULIA.COM, NEW YORK TIMES, WALL STREET JOURNAL AND MORE** – we will send your property information and photography to over 300 websites that people use to search for homes on the web worldwide

EXHIBIT 4
Page 22

# FOR SALE SIGN INSTALLED

Jess Reid

## CHRISTIE'S
### INTERNATIONAL REAL ESTATE

BOB SANDT
435 731 1050
bobsandt.com

jessreidrealestate.com • 435 649 3000

**FOR SALE SIGN INSTALLED** – a for sale sign will be installed outside of your property

**BROCHURE BOX** – a brochure box will be constantly stocked with brochures with photos and details about the property

EXHIBIT 4
Page 23

# PRINT ADVERTISING



**RENOVATED HOME IN COVETED AREA**
Northshore • Silver Springs

CHRISTIE'S
INTERNATIONAL REAL ESTATE

Jess Reid

**COLOR BROCHURE** – professionally printed with photos and details about your property to distribute and showcase at our three offices

**JUST LISTED POSTCARD** – professionally printed to send via USPS to your neighborhood and to my client and Realtor list

**HOMES AND LAND** – a full page ad that showcases your property with photos and details

**PARK RECORD** – an insert in the company ad that showcases your listing with photos and details

**CHRISTIE'S MAGAZINE** -

EXHIBIT 4
Page 24

# SOCIAL MEDIA ADVERTISING



FLAGSTAFF • UPPER DEER VALLEY
SKI-IN, SKI-OUT PENTHOUSE WITH VIEWS!

(Example of a featured property picture that would be accompanied with details and a URL we can track.)

**COMPANY SOCIAL MEDIA + NEWSLETTER**

FACEBOOK – facebook.com/jessreidrealestate

INSTAGRAM – @jessreidrealestate

TWITTER- @jessreidcire

YOUTUBE – Jess Reid – Christie's International Real Estate

E-NEWSLETTER – sent out quarterly and features properties

**CHRISTIE'S INTERNATIONAL REAL ESTATE'S PRESENCE**

FACEBOOK – facebook.com/christiesrealestate

INSTAGRAM – @christiesrealestate

TWITTER – @christieshomes

YOUTUBE – Christie's International Real Estate

LUXURYDEFINED.COM – Christie's blog that features real

estate, art, wine and more!

EXHIBIT 4
Page 25

# PROMOTION TO OTHER REALTORS



**CALL TOP AGENTS** – in the Park City area to notify them of a new listing they may have a buyer for

**JRRE SALES MEETING** – show photos and explain details to the other agents in the office

**EBLAST TO BOARD OF REALTORS** – send photos and details via email to all of the Realtors in the Park City Board of Realtors

**CATERED REALTOR OPEN HOUSE** – to give a tour of the house to local Realtors that may have a buyer

**DISTRIBUTE BROCHURES** – to Park City real estate offices

EXHIBIT 4
Page 26

# VALUATION AND PRICING

EXHIBIT 4
Page 27

# ASSETS AND CHALLENGES

All properties, regardless of size or price have assets and challenges, depending on who is evaluating the property. Identifying the assets provides a positive basis for marketing and sales effort. Recognizing perceived challenges helps to prepare professional answers and ideas to help overcome objections that may arise from buyers.

## Assets

Direct Ski Out

Remodel

## Challenges

Not a Ski In

EXHIBIT 4
Page 28

# COMPARATIVE MARKET ANALYSIS

| SUBJECT PROPERTY | BD/BA | SQ FT | LIST DATE | DOM | LIST PRICE | $ PER SQ FT | REMARKS |
|---|---|---|---|---|---|---|---|
| Aspen Hollow #9 | 5BD/6BA | 4005 | | | | | |
| **CURRENTLY FOR SALE** | | | | | | | |
| Black Bear #408 | 4BD/5BA | 3563 | | 76 | $1,925,000 | $540 | |
| Sterlingwood #3 | 4BD/5BA | 2850 | | 317 | $2,200,000 | $772 | |
| Trailside #4 | 4BD/5BA | 4724 | | 168 | $2,500,000 | $583 | |
| Lookout #22 | 4BD/7BA | 4724 | | 239 | $2,495,000 | $486 | |
| **PENDING** | | | | | | | |

| SOLD | BD/BA | SQ FT | SOLD DATE | DOM | LIST PRICE | SOLD $ SQ FT | SOLD PRICE | REMARKS |
|---|---|---|---|---|---|---|---|---|
| Aspen Hollow #4 | 5BD/6BA | 4992 | Mar-17 | 91 | $2,375,000 | $441 | $2,200,000 | |
| Aspen Hollow #11 | 4BD/5BA | 3100 | 20-Apr | 260 | $1,595,000 | $436 | $1,395,000 | |
| Aspen Hollow #2 | 5BD/5BA | 3770 | 4/1/2015 | 474 | $1,950,000 | $504 | $1,900,000 | |
| Aspen Hollow #3 | 5BD/6BA | 5496 | Nov-15 | 622 | $2,195,000 | $346 | $1,900,000 | |

EXHIBIT 4
Page 29

# MY COMMITMENT TO YOU

After taking the time to talk to you and analyze your property, I feel as though I would be a good fit to expose your property to this unique market.

I have several years of experience in business and real estate in the Park City market. I feel it is a unique dynamic that will truly enhance your position. I know what it will take for your house to sell and I will make sure to update you regularly with my marketing efforts.

Please let me know if you have any questions about my proposal or would like to talk about marketing.

Your name and phone number

EXHIBIT 4
Page 30

# EXHIBIT 5

Preliminary Schedule of Known Assets
of Receivership Entities

# EXHIBIT 5

*Federal Trade Commission v. Consumer Defense, LLC, et al.*
**Consumer Defense Receivership**
**Preliminary Schedule of Known Assets of Receivership Entities**

**Frozen Accounts**

| Account Name | Fin'l Institution | Acct. No. Ending | Balance Frozen |
|---|---|---|---|
| AM Property Management, LLC | JPMC | 5805 | $13,465.90 |
| AM Property | Authorize.net | | $43,642.10 |
| American Home Loans, LLC | JPMC | 8202 | $15,272.84 |
| Brown Legal Inc. | Etrade Securities | 6352 | $884.95 |
| Consumer Defense, LLC | JPMC | 9282 | $145.34 |
| Modification Review Board, LLC | JPMC | 0958 | $491.33 |
| Modification Review Board, LLC | JPMC | 3556 | $370.80 |
| FMG Partners, LLC | Wells Fargo | 9414 | $14.86 |
| Preferred Law, PLLC | JPMC | 2192 | $214.16 |
| Preferred Law, PLLC | JPMC | 0861 | $475.00 |
| | | | **$74,977.28** |

**Vehicles**

| Year / Make | Owner |
|---|---|
| 2007 Chevrolet Suburban | Brown Legal Inc. |
| 2008 Mercedes Benz S550 | Brown Legal Inc. |
| 2014 Porsche Carrera 4S | AM Property Management, LLC |
| 2015 Forest River Viking V-Trec Camping Trailer | AM Property LLC |

**Real Property**

| Address | Owner |
|---|---|
| 41 West 9000 South, Sandy, UT | Zinly, LLC |
| 8165 Royal Street East, #9, Park City, UT | AM Property Management, LLC |
| 1507 Juniper Avenue, Humboldt, IA | American Home Loans, LLC |
| 4629 Wynndale Road, Terry, MS | American Home Loans, LLC |

**Mortgage Assets**

Receivership Entity American Home Loans, LLC ("AHL") is the lender on 25 mortgages on single-family homes in 19 different states with projected monthly cash flow of $8,925.68 in the aggregate principal amount of $1,307,012.72. Details of these loans are scheduled out in the Preliminary Financial Report, Exhibit 22 to the Temporary Receiver's Preliminary Report.

EXHIBIT 5
Page 31

# EXHIBIT 6

Internal telephone directories re: various Receivership Entities

# EXHIBIT 6



American
Home Loans

American Home Loans
41 W 9000 S
Sandy, UT 84070
Phone: (888) 980-7566
Fax: (888) 334-7255

Updated 08/23/2017

| Name | Ext. | Title | Email Address | Language |
|---|---|---|---|---|
| Jon Hanley | 210 | GM | jhanley@americanhomeloans.com<br>Cell ████ | English |
| Fernando Moncayo | 234 | Adviser | fmoncayo@americanhomeloans.com | Spanish |
| Paul Cysewski | 206 | Adviser | pcysewski@americanhomeloans.com | English |
| Rod Kartchner | 221 | Adviser | rkartchner@americanhomeloans.com | English |
| Sue/Wendi Kartchner/Chowhan | 240 | Adviser | schowhan@americanhomeloans.com | English |
| Vanessa Versluis | 231 | Adviser | vversluis@americanhomeloans.com | English |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT 6
Page 32



# CONSUMER LINK

Consumer Link, Inc.
200 S. Virginia, 8th Floor
Reno, NV 89501
Phone: (888) 980-7317
Fax: (888) 224-6524

## Updated 08/23/2017

| Name | Extension | Title | Email Address |
|------|-----------|-------|---------------|
| Sandra Hanley | | GM | sandraofficemanager@defaultsupport.com Cell ▮▮▮▮▮▮ |
| Alli Parkinson | 235 | Billing | aparkinson@americanhomeloans.com Direct Line 801-938-8066 |
| Bobbi Collins | 203 | Manager | officemanager@defaultsupport.com |
| Cameron James | 216 | Processor | cjcaserep@defaultsupport.com |
| Elizabeth Austin | 212 | Case Representative | eacaserep@defaultsupport.com |
| Jordan Gallegos | 239 | Processor | jgcaserep@defaultsupport.com |
| Josh Nadeau | 247 | Processor | jncaserep@defaultsupport.com |
| Mia Apcho | 224 | Proc/Neg/Spanish/English | macaserep@defaultsupport.com |
| Michael Bischoff | 241 | Case Representative | mbcaserep@defaultsupport.com |
| Rebecca Peace/Johnson | 209 | Lead Negotiator | rjcaserep@defaultsupport.com |
| Vince Salas | 205 | Case Representative | vscaserep@defaultsupport.com |
| | | | |
| | | | |
| TOLL FREE NUMBER | | | 888-980-7457 |
| Audit Dept | 238 | | auditdepartment@consumerdefense.com audit@americanhomeloans.com |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

EXHIBIT 6
Page 33



**American**
**Home Loans**

American Home Loans
41 W 9000 S
Sandy, UT 84070
Phone: (888) 980-7566
Fax: (888) 334-7255

Updated 06/13/2017

| Name | Ext. | Title | Email Address | Language |
|------|------|-------|---------------|----------|
| Jon Hanley | 210 | GM | jhanley@americanhomeloans.com<br>Cell ████████ | English |
| Fernando Moncayo | 234 | Adviser | fmoncayo@americanhomeloans.com | Spanish |
| Joel Chevalier | 245 | Adviser | jchevalier@americanhomeloans.com | English |
| Mitch Trujillo | 242 | Adviser | mtrujillo@americanhomeloans.com | English |
| Paul Cysewski | 206 | Adviser | pcysewski@americanhomeloans.com | English |
| Rod Kartchner | 221 | Adviser | rkartchner@americanhomeloans.com | English |
| Sue/Wendi Kartchner/Chowhan | 240 | Adviser | schowhan@americanhomeloans.com | English |
| Vanessa Versluis | 231 | Adviser | vversluis@americanhomeloans.com | English |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

EXHIBIT 6
Page 34



Consumer Link, Inc.
200 S. Virginia, 8th Floor
Reno, NV  89501
Phone: (888) 980-7317
Fax: (888) 224-6524

## Updated 06/13/2017

| Name | Extension | Title | Email Address |
|---|---|---|---|
| Sandra Hanley | | GM | sandraofficemanager@defaultsupport.com<br>Cell ▮▮▮▮▮ |
| Alicia Zuniga | 211 | Proc/Neg/Spanish/English | azcaserep@defaultsupport.com |
| Alli Parkinson | 235 | Billing | aparkinson@americanhomeloans.com<br>Direct Line 801-938-8066 |
| Bobbi Collins | 203 | Manager | officemanager@defaultsupport.com |
| Cameron James | 216 | Processor | cjcaserep@defaultsupport.com |
| Elizabeth Austin | 212 | Case Representative | eacaserep@defaultsupport.com |
| Jordan Gallegos | 239 | Processor | jgcaserep@defaultsupport.com |
| Josh Nadeau | 247 | Case Representative | jncaserep@defaultsupport.com |
| Mia Apcho | 224 | Proc/Neg/Spanish/English | macaserep@defaultsupport.com |
| Michael Bischoff | 241 | Case Representative | mbcaserep@defaultsupport.com |
| Rebecca Peace/Johnson | 209 | Lead Negotiator | rjcaserep@defaultsupport.com |
| Vince Salas | 205 | Case Representative | vscaserep@defaultsupport.com |
| Xela Larios | 246 | Processor | xlcaserep@defaultsupport.com |
| | | | |
| | | | |
| TOLL FREE NUMBER | | | 888-980-7457 |
| Audit Dept | 238 | | auditdepartment@consumerdefense.com<br>audit@americanhomeloans.com |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

EXHIBIT 6<br>Page 35



**American Home Loans**
**41 W 9000 S**
**Sandy, UT 84070**
**Phone: (888) 980-7566**
**Fax: (888) 334-7255**

Updated 05/10/2017

| Name | Ext. | Email Address | Title | Language |
|------|------|---------------|-------|----------|
| Jon Hanley | 210 | jhanley@americanhomeloans.com | GM | English |
| Joel Chevaliers | 213 | jchevaliers@americanhomeloans.com | Adviser | English |
| Deanne Mosher | 229 | dmosher@americanhomeloans.com | Adviser | English |
| Fernando Moncayo | 234 | fmoncayo@americanhomeloans.com | Adviser | Spanish |
| Paul Cysewski | 206 | pcysewski@americanhomeloans.com | Adviser | English |
| Rod Kartchner | 221 | rkartchner@americanhomeloans.com | Adviser | English |
| Sue/Wendi Kartchner/Chowhan | 240 | schowhan@americanhomeloans.com | Adviser | English |
| Vanessa Versluis | 231 | vversluis@americanhomeloans.com | Adviser | English |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT 6
Page 36



Consumer Link, Inc.
200 S. Virginia, 8th Floor
Reno, NV  89501
Phone: (888) 980-7317
Fax: (888) 224-6524

Updated 05/10/2017

| Name | Extension | Title | Email Address |
|---|---|---|---|
| Sandra Hanley | | GM | sandraofficemanager@defaultsupport.com Cell ████████ |
| Alicia Zuniga | 211 | Proc/Neg/Spanish/English | azcaserep@defaultsupport.com |
| Alli Parkinson | 235 | Billing | aparkinson@americanhomeloans.com Direct Line 801-938-8066 |
| Bobbi Collins | 203 | Manager | officemanager@defaultsupport.com |
| Cameron James | 216 | Processor | cjcaserep@defaultsupport.com |
| Elizabeth Austin | 212 | Case Representative | eacaserep@defaultsupport.com |
| Jordan Gallegos | 239 | Case Representative | jgcaserep@defaultsupport.com |
| Josh Nadeau | 247 | Case Representative | jncaserep@defaultsupport.com |
| Mia Apcho | 224 | Proc/Neg/Spanish/English | macaserep@defaultsupport.com |
| Michael Bischoff | 241 | Case Representative | mbcaserep@defaultsupport.com |
| Rebecca Peace/Johnson | 209 | Lead Negotiator | rjcaserep@defaultsupport.com |
| Vince Salas | 205 | Case Representative | vscaserep@defaultsupport.com |
| Xela Larios | 246 | Processor | xlcaserep@defaultsupport.com |
| | | | |
| | | | |
| TOLL FREE NUMBER | | | 888-980-7457 |
| Audit Dept | 238 | | auditdepartment@consumerdefense.com audit@americanhomeloans.com |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

EXHIBIT 6
Page 37

**9000 South 41 W**
Sandy, UT 84070

Phone:  801-386-5100
Toll Fee: 888-690-4936
Fax: 888-334-7255
Website: www.consumerdefense.com   Updated 02/17/2017

| Name | Ext. | Email Address | Title | Language |
|---|---|---|---|---|
| Jon Hanley | | jhanley@comsumerdefense.com | GM | English |
| Deanne Mosher | 229 | dmosher@ consumerdefense.com | Adviser | English/ Spanish |
| KT MacKay | 207/230 | ktmackay@ consumerdefense.com | Adviser | English |
| Wendi Kartchner | 226 | wkartchner@ consumerdefense.com | Adviser | English |
| Rod Kartchner | 221 | rkartchner@ consumerdefense.com | Adviser | English/ Spanish |
| Paul Cysewski | 206 | pcysewski@ consumerdefense.com | Adviser | English |
| Lisa Thomas | 239 | lthomas@consumerdefense.com | Adviser | English |
| Devin Coonrod | 227 | dcoonrod@consumerdefense.com | Adviser | English |
| Rory Crowell | *241* | *rcrowell@consumerdefense.com* | Adviser | English |
| Fernando | 234 | fmoncayo@consumerdefense.com | Adviser | Spanish/Eng lish |
| Spencer Harris | 236 | sharris@consumerdefense.com | Adviser | English |
| Kaster Davis | 214 | kdavis@consumerdefense.com | Adviser | |
| Vanessa Versulis | 231 | vversulis@consumerdefense.com | Adviser | |

**Processors:**                                        **Negotiators:**

Cameron James                                       Rebecca Peace
Vince Salas-assistant
Xela Larios
Kristin Hafoka-case rep
Victoria Torres-case rep

**Both Spanish and English- Process and Negot:**
Alicia Zuniga
Mia Ancho

EXHIBIT 6
Page 38



# CONSUMER LINK

Consumer Link, Inc.
200 S. Virginia, 8th Floor
Reno, NV 89501
Phone: (888) 980-7317
Fax: (888) 224-6524

Updated 02/17/2017

| Name | Extension | Title | Email Address |
|---|---|---|---|
| Sandra Hanley | | GM | sxmenah@consumerdefense.com █████ |
| Audit Department | 238 | | auditdepartment@consumerdefense.com |
| Ali Parkinson | 235 | Billing | aparkinson@ consumerdefense.com |
| Bobbi Collins | 203 | Manager | Officemanager@ consumerdefense.com Cell ████ █ |
| Victoria Torres | | Case representative | vtcaserep@consumerdefense.com |
| Cameron James | 216 | Processor | cjames@ consumerdefense.com |
| Mia Apcho | 224 | Proc/Nego.Spanish/English | mapcho@ consumerdefense.com |
| Alicia Zuniga | 211 | Proc Spanish/English | azuniga@consumerdefense.com |
| Rebecca Peace/Johnson | 209 | Lead Negotiator | rpeace@ consumerdefense.com |
| Xela Larios | 246 | Processor | xlarios@consumerdefense.com |
| Vince Salas | 205 | Processor assistant | vsalas@ consumerdefense.com |
| TOLL FREE NUMBER | | | 888-980-7457 |
| Elizabeth Austin | 212 | Case representative | casemanager@consumerdefense.com |
| OPEN | 210 | | |
| OPEN | 218 | | |
| OPEN | 204 | | |
| OPEN | 201 | | |
| OPEN | 228 | | |
| OPEN | 217 | | |
| Kristin Hafoka | 233 | Case Representative | Khcaserep@ consumerdefence. |

EXHIBIT 6
Page 39



Updated on  01/25/2017

**Consumer Defense**

Consumer Defense, LLC
500 North Rainbow Blvd
Suite 300, PMB 130
Las Vegas, NV  89107
Phone: (888) 980-7566
Fax: (888) 334-7255
www.consumerdefense.com

| Name | Ext. | Email Address | Title | Language |
|------|------|---------------|-------|----------|
| Jon Hanley | 210 | jhanley@consumerdefense.com | GM | English |
| Deanne Mosher | 229 | dmosher@consumerdefense.com | Adviser | English |
| Devin Coonrod | 227 | dcoonrod@consumerdefense.com | Adviser | English |
| Fernando Moncayo | 234 | fmoncayo@consumerdefense.com | Adviser | Spanish |
| Kaster Davis | 214 | kdavis@consumerdefense.com | Adviser | English |
| KT MacKay | 207 | kmckay@consumerdefense.com | Adviser | English |
| Lisa Neilson | 239 | lneilson@consumerdefense.com | Adviser | English |
| Paul Cysewski | 206 | pcysewski@consumerdefense.com | Adviser | English |
| Rod Kartchner | 221 | rkartchner@consumerdefense.com | Adviser | English |
| Spencer Harris | 236 | sharris@consumerdefense.com | Adviser | English |
| Sue/Wendi Kartchner/Chowhan | 240 | schowan@consumerdefense.com | Adviser | English |
| Vanessa Versluis | 231 | vversluis@consumerdefense.com | Adviser | English |
|  |  |  |  |  |
|  |  |  |  |  |
| Audit Department | 238 | auditdepartment@consumerdefense.com |  |  |
|  |  |  |  |  |

EXHIBIT 6
Page 40

Updated on 11/23/2016

**Consumer Defense**

Consumer Defense, LLC
500 North Rainbow Blvd
Suite 300, PMB 130
Las Vegas, NV  89107
Phone: (888) 980-7566
Fax: (888) 334-7255
www.consumerdefense.com

| Name | Ext. | Email Address | Title | Language |
|------|------|---------------|-------|----------|
| Jon Hanley | 210 | jhanley@consumerdefense.com | GM | English |
| Deanne Mosher | 229 | dmosher@consumerdefense.com | Adviser | English |
| Devin Coonrod | 227 | dcoonrod@consumerdefense.com | Adviser | English |
| Fernando Moncayo | 234 | fmoncayo@consumerdefense.com | Adviser | Spanish |
| Kesi Afalava | 241 | kafalava@consumerdefense.com | Adviser | English |
| KT MacKay | 207 | kmckay@consumerdefense.com | Adviser | English |
| Lisa Neilson | 239 | lneilson@consumerdefense.com | Adviser | English |
| Paul Cysewski | 206 | pcysewski@consumerdefense.com | Adviser | English |
| Rod Kartchner | 221 | rkartchner@consumerdefense.com | Adviser | English |
| Spencer Harris | 236 | sharris@consumerdefense.com | Adviser | English |
| Wendi/Sue Kartchner/Chowhan | 240 | schowan@consumerdefense.com | Adviser | English |
|  |  |  |  |  |
|  |  |  |  |  |
| Audit Department | 238 | auditdepartment@consumerdefense.com |  |  |
|  |  |  |  |  |

EXHIBIT 6
Page 41

**Consumer Link, Inc.**
200 S. Virginia; 8th Floor
Reno, NV 89501
Phone: 888-980-7317
or 888-980-7566
Fax: 888-224-6524
or 888-334-7255

**Consumer Link, Inc.**
41 West 9100 South
Sandy, UT 84070
Phone: 801-386-5100
Fax: 888-224-6524

**Consumer Link, Inc.**
8180 South 700 East; Suite 110
Sandy, UT 84070
Phone: 801-386-5100 or 801-938-7117
Fax: 888-224-6524

**Consumer Link, Inc.**
2825 E. Cottonwood Pkwy
Salt Lake City, UT 84121
Phone:
Fax:

**Consumer Defense LLC**
500 North Rainbow Blvd.
Suite 300
Las Vegas, NV 89107
Phone: 801-386-5100
Fax: 888-224-6524

**American Home Loans, LLC**
41 West 9000 South
Sandy, UT 84070
Phone: 888-980-7566
Fax: 888-334-7255

**American Home Loans, LLC**
P.O. BOX 949
Sandy, UT 84091
Phone: 888-980-7566
Fax: 888-334-7255

**Email Address:** vscaserep@defaultsupport.com (*Main Email Address*)
documentprocessor@defaultsupport.com (*Used for Scanning & Uploading Docs*)

**Company Email Address:** info@americanhomeloans.com

**Audit Department Email Address:** audit@americanhomeloans.com

| | |
|---|---|
| 12 months = 1 year | |
| 60 months = 5 years | |
| 120 months = 10 years | |
| 180 months = 15 years | **LOE** – Letter of Explanation   **LOC** – Letter of Contribution   **LC** – Letter of Correspondence |
| 240 months = 20 years | **LOE** – Letter of Explanation   **POC** – Point of Contact   **FA** – Foreclosure Attorney   **Sales Packet,** |
| 300 months = 25 years | **BA** – Borrower's Authorization   **QWR** – Qualified Written Request   **Cease and Desist** |
| 360 months = 30 years | **FW** – Financial Worksheets   **HL** – Hardship Letter   **PS** – Pay Stubs   **BS** – Bank Statements |
| 420 months = 35 years | **MS** -Mortgage Statements   **TR** -Tax Return   **4506-T** form   **UB** -Utility Bill,   **Response to QWR** |
| 480 months = 40 years | **HOA** – Homeowners Association   **RMA** – Request for Mortgage Assistance   **Dodd-Frank** form |
| 540 months = 45 years | Social Security Benefits Statement,   **VOE** – Verification of Employment,   **PL** – Profit & Loss |
| 600 months = 50 years | **HAMP** – Home Affordable Modification Program,   **Property Evaluation,   Property Tax Statement** |

Modification / TPP Approved, Modification / TPP Denied, QCD -Quick Claim Deed, **Divorce Decree / Separation Agreement,**
**Court Documents,   Bankruptcy Documents,**   **CL** – Civilian Leave (Paystubs)   **Military Retirement Pay Stub Statement,**
**Defense Finance Retirement Certification for Military Pay, Veterans Affairs Benefits Info and Entitlement, Continuity Fee Form**
**SR** – Service Retainer Agreement   **NOD** – Notice of Default   **NOIF** – Notice of Intent to Foreclosure,   **NOS** – Notice of Sale

When speaking to the Foreclosure Attorney to find out if there's a Foreclosure Sale Date on the borrower's property, respond by saying;

*"Hello! My name is ?? and I'm calling to know if there's a Foreclosure Sale Date at address ??? because I'm interested in buying the property."  Or…..."I'm a consumer interested in buying a property at ???. Is there a Sale Date for this property?"*

## HAMP Checklist

- **BA** (Borrower's Authorization – Third Party Authorization Form)
- **RMA Form** (Request for Mortgage Assistance…*with borrower's signature and date*)
- **Dodd-Frank Form** *with borrower's signature and date*
- **Hardship Letter** (Divorce Decree where applicable)
- **Utility Bill** (Electric or Home Heating Gas ONLY!)
- **HOA / Property Taxes / Insurance**
- **Income Verification…..**This includes any of the following:
  30-Days of Most Current-Recent Pay Stubs, Social Security / Social Security Award Letter Benefits Statement,
  Disability Income, Workman's Compensation, Rental Income with Rental Agreement, Profit & Loss,
  Self-Employment, Retirement Income, Pension, 401K, Investments, Alimony, Unemployment, etc.
- **Bank Statements** (60-Days / 2-Months of Most Current-Recent Statements with Blank Pages included.)
- **Form 4506-T** *with borrower's signature and date*
- **2016 Tax Return** *with borrower's signature and date*
- **2015 Tax Return** *with borrower's signature and date*

EXHIBIT 6
Page 42

# EXHIBIT 7

Emails re: Regus Virtual Offices in Nevada (May, 2017)

# EXHIBIT 7



Jonathan Hanley <jhanley@consumerdefense.com>

---

## FW: Email from Reception Past Due Inv
1 message

---

**Benjamin Horton, Attorney** <benhortonesq@yahoo.com>　　　　　　Mon, May 8, 2017 at 9:10 AM
To: Jonathan Hanley <jhanley@consumerdefense.com>

Hi Jonathan,

This is from the Consumer Link address.  Did you just want me to shut all of this down?

---

**From:** Reno Downtown [mailto:Reno.Downtown@regus.com]
**Sent:** Friday, May 5, 2017 12:26 PM
**To:** benhortonesq@yahoo.com
**Cc:** Denise Murphy
**Subject:** Email from Reception Past Due Inv

Good morning,

Our billing dept has brought it to our attention that you have a past due inv from Sept  in the amount of 90.63. Please see attached inv.  I removed the late fee today but you will incur a late fee on your next inv if this isn't paid as soon as possible.

Thank you

*Have a good day*

*Denise*

*Denise Murphy Community Associate*

*Regus Reno Downtown*

*200 S. Virginia St., 8th Floor*

*Reno, Nevada 89501*

775-686-2400

EXHIBIT 7
Page 43



1500 locations. 600 Cities. 100 Countries.
 please consider the environment before printing this email

**************************************************************************
The information contained in this e-mail (including any attachments) is
Intended only for the personal and confidential use of the recipient(s)
named above. If you are not an intended recipient of this message,
please notify the sender by replying to this message and then delete
the message and any copies from your system. Any use, dissemination,
distribution, or reproduction of this message by unintended recipients is
not authorised and may be unlawful.
**************************************************************************

---

 **MIssed payment on Sept inv.pdf**
235K

EXHIBIT 7
Page 44



# Account Statement

| Statement Date: | 09 September 2016 |
|---|---|
| Account Number: | 7793908 |
| Name Of Account: | Consumer Link, LLC |
| Center Name: | NV, Reno - Downtown Reno |
| Payment Due: | Due Immediately |

**Amount**

| | |
|---|---|
| Outstanding Balance at 09 August 2016 | $539.25 |
| Payments Received | -$405.00 |
| September Invoice 1346-19652 | $90.63 |
| **Total Payment Due - (Quote Invoice 1346-19652)** | **$224.88** |

## IMPORTANT INFORMATION:

- **Recent payments may not yet be reflected in the above statement balance, please visit www.MyRegus.com for the most up to date statement of your account.**
- Please note that late payment fees will be applied to your account if payment is not received promptly.
- You can update your details by logging into www.MyRegus.com.
- **If you receive more than one invoice please pay them separately so that we can ensure payment is properly applied to your account.**

If you have any questions, contact your Center directly. We are here to help.

| Your Center Team Email Address: | Reno.Downtown@regus.com |
|---|---|
| Your Center Team Telephone: | +1 775 686 2400 |

EXHIBIT 7
Page 45

Page 1



**Consumer Link, LLC**

Attention Of: Mr. Jonathan Hanley

7709 South Keswick
Sandy, Nevada 84093
United States of America

| | |
|---|---|
| **Invoice Date:** | 09 September 2016 |
| **Account Number:** | 7793908 |
| **Invoice Number:** | 1346-19652 |
| **Payment Due:** | Due Immediately |

## Invoice

### Center Name: NV, Reno - Downtown Reno

| Description of Charges | From Date | To Date | Qty | Price (exc. TAX) | TAX Amount | Total (Inc. TAX) |
|---|---|---|---|---|---|---|
| **Standing Charges** | | | | | | |
| Virtual Office | 1 Oct 2016 | 31 Oct 2016 | 1.0000 | $ 89.00 | $ 0.00 | $ 89.00 |
| **Total Standing Charges** | | | | | | **$ 89.00** |
| **One-Off Charges Incurred** | | | | | | |
| Postage and Franking | 31 Aug 2016 | 31 Aug 2016 | 1.0000 | $ 1.63 | $ 0.00 | $ 1.63 |
| **Total One-Off Charges** | | | | | | **$ 1.63** |
| **Total Charges** | | | | | | **$ 90.63** |

| | |
|---|---|
| **Total (exc. TAX)** | **$ 90.63** |
| **TAX** | **$ 0.00** |
| **Total (Inc. TAX)** | **$ 90.63** |



**Ways to pay your Invoice**

| | |
|---|---|
| **By Direct Debit:** | This is the best way to pay your invoice because it is simple and convenient for you. Please contact your Center team if you would like to set up a Direct Debit. |

| | |
|---|---|
| **By Credit Card:** | Please go to www.MyRegus.com or contact your Center team to set up your credit card as a payment method. |

**By Check:**

Please mail to:
Regus Management Group, LLC
P.O. Box 842456
Dallas, Texas 75284-2456
United States of America

**IMPORTANT INFORMATION: Please provide your Invoice Number as a payee reference on all payments and that you allow for a minimum of 7 days mail time prior to your due date.**

**By Bank Transfer:**

Bank Name: Bank of America, N.A.

Bank Address: 901 Main St.
Dallas, Texas 75202
United States of America

Account Name: Regus Management Group, LLC
Account Number: 488000406190
BIC (Swift): BOFAUS3N
Routing # 1: 026009593 (Wire)
Routing # 2: 111000025 (ACH)

**IMPORTANT INFORMATION: Please provide your Invoice Number as a payee reference on all payments made.**

**If you have any questions, contact your Center directly. We are here to help.**

Your Center Team Email Address: Reno.Downtown@regus.com
Your Center Team Telephone: +1 775 686 2400

EXHIBIT 7
Page 47

Page 3



## Understanding your Invoice

| Invoice Terms | |
|---|---|
| Account adjustments/refunds: | Any adjustments/refunds that were made to your account. |
| Account Statement: | The account statement shows recent activity on your account in summary format. It shows the balance at the end of the previous summary date and any payments or adjustments that have been received since the last statement. The current invoice value is then added to produce the Total Payment Due figure. |
| Credits: | Credits that were issued against a particular charge for which you have been invoiced for in a previous period. |
| Invoice: | The invoice shows a summary of all charges (recurring and one-off) related to the invoice period. |
| Late payment fees: | Fees levied against your account because payment was not received by the expected payment due date. Please speak with your center team or refer to the House Rules for the date by which your account becomes overdue. |
| One-Off Charges Incurred: | Variable and/or one-off charges related to a specific invoicing period. |
| Payment Due: | The latest date on which the invoice needs to be paid. Please note that any outstanding balances shown in the account summary will be due for immediate payment. |
| Payments Received: | All payments received since your last invoice was raised. |
| Standing Charges: | These are fixed monthly charges, invoiced in advance. |
| Total Payment Due: | The total payment due is the total current balance of monies owed on your account and includes any amounts that are overdue. |

| Standing Charges | |
|---|---|
| Virtual Office | There are four levels of service that can provide telephone answering in your company name by a professional team, fax handling, mail services and a prestigious address. |

| One-Off Charges Incurred | |
|---|---|
| Postage and Franking | The total amount of postage and franking charges for routine mail services. |

If you have any questions, contact your Center directly. We are here to help.

EXHIBIT 7
Page 48



Jonathan Hanley <jhanley@consumerdefense.com>

---

## FW: Regus follow up
1 message

---

**Benjamin Horton, Attorney** <benhortonesq@yahoo.com>                    Fri, Jul 7, 2017 at 8:23 AM
To: Jonathan Hanley <jhanley@consumerdefense.com>

If you want to maintain the Nevada offices, we'll need to update the credit card.

---

**From:** LasVegas Rainbow [mailto:LasVegas.Rainbow@regus.com]
**Sent:** Thursday, July 6, 2017 4:57 PM
**To:** benhortonesq@yahoo.com
**Subject:** Regus follow up
**Importance:** High

Good Afternoon ,

Just a quick note to let you know that we have not received your payment for the July invoice.

Please access your myregus.com account to make a payment or you can call us at 702-221-1900 and we can take a payment over the phone.

Your assistance would be greatly appreciated as soon as possible to avoid interruption of your services.

Warmest Regards,

**Patricia Linden**

Community Manager



**3000 locations, 900 cities, 120 countries**

500 N. Rainbow Blvd

Suite 300

EXHIBIT 7
Page 49

Las Vegas, NV 89107

**M** 1-702-221-1900

**D** 1-702-221-1912

**Connect with Regus**



**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

The information contained in this e-mail (including any attachments) is
Intended only for the personal and confidential use of the recipient(s)
named above. If you are not an intended recipient of this message,
please notify the sender by replying to this message and then delete
the message and any copies from your system. Any use, dissemination,
distribution, or reproduction of this message by unintended recipients is
not authorised and may be unlawful.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

EXHIBIT 7
Page 50



Jonathan Hanley <jhanley@consumerdefense.com>

## Consumer Defense Payment for Regus
1 message

**Benjamin Horton, Attorney** <benhortonesq@yahoo.com>
To: Jonathan Hanley <jhanley@consumerdefense.com>

Wed, Sep 6, 2017 at 10:22 AM

Hi Jonathan,

I just got a call from Regus in Las Vegas saying that we need to update our payment information for Consumer Defense.

**Benjamin R. Horton, J.D., LL.M.**

2825 E Cottonwood Pkwy
Suite 500
Salt Lake City, UT 84121

Office Phone: (888) 980-7457
Mobile: (801) 814-4913
benhortonesq@yahoo.com

---

📄 **Benjamin R  Horton  J D  LL M .vcf**
4K

# EXHIBIT 8

Email from Benjamin Horton to Jonathan Hanley
re: radio show and podcast (October 10, 2017)

# EXHIBIT 8



Jonathan Hanley <jhanley@consumerdefense.com>

---

## Radio Show
1 message

---

**Benjamin Horton, Attorney** <benhortonesq@yahoo.com>             Tue, Oct 10, 2017 at 10:17 AM
To: Jonathan Hanley <jhanley@consumerdefense.com>

Hi Jonathan,

The radio segment for 20 minutes would be $199.  However, Paul and I are thinking that we should first start with a podcast video recording at a professional studio instead which could then be transferred into a YouTube video.  The filming would be done in Provo in a studio and it's $250 per hour.  They have the cameras and editing capabilities there at the studio and you can do more than one take.  You could have Paul (or someone else) ask the questions at the studio, or you could just answer questions which would appear at the bottom of the screen.

Paul is requesting your short bio and 10 questions for the podcast or radio show.  If you want to do the radio show, he has slots available on Tuesday and Wednesday next week from 7-8 a.m.  If you want to do the filming, then we will have to schedule that.  The radio show will not have filming but it will have the interaction of a live audience which often isn't the best.

Here are 10 possible questions that I could come up with …. Please add to, delete, or change them as you see fit:

1.   More and more people are having a difficult time meeting their mortgage obligations.  Home and living costs continue to skyrocket but salaries remain stagnant.  Others may be facing a mortgage payment increase on their ARM loan.  We have talked before, you have been helping distressed homeowners for many years and I can say that you are the expert here.  What programs are out there to help people having a difficult time paying for their mortgage?

2.   What is a home loan modification?  How long does it take?  Are there new modification or other programs?  Should a homeowner deliberately ever stop paying their mortgage loan?

3.   If someone is facing imminent foreclosure, what options does the homeowner have to save their home?

4.   Should a homeowner use a credit card to make their home loan payments to keep current?

5.   I know you're not a lawyer but what about bankruptcy?  Should someone file for bankruptcy if they're facing a foreclosure?

6.   If a property is sold, is there any other way the homeowner can stay in his home without uprooting their families.

7.   Where can a distressed homeowner go for help?

8.   What services do you provide?  Are there free programs?

9.   I've heard about people not having to pay their mortgages because the Bank doesn't have a copy of the note, is that defense going to work?

10.  You have literally worked with thousands of distressed homeowners some of whom have been behind on their mortgage for years.  So, I understand that some of these people aren't really happy to get a home loan modification because that means they have to now pay their mortgage.  Do you have any advice for someone who is in the modification process?  We literally have millions of people who aren't paying for their mortgage right now, what effect is that having on the economy?

EXHIBIT 8
Page 52

Please let me know.

**Benjamin R. Horton, J.D., LL.M.**

2825 E Cottonwood Pkwy
Suite 500
Salt Lake City, UT 84121

Office Phone: (888) 980-7457
Mobile: (801) 814-4913
benhortonesq@yahoo.com

---

Benjamin R  Horton  J D  LL M .vcf
4K

# EXHIBIT 9

Email exchanges re: change in websites and
business names (July-August, 2016)

# EXHIBIT 9



Jonathan Hanley <jhanley@preferredlawteam.com>

## Website copy
5 messages

---

**Jonathan Hanley** <jhanley@preferredlawteam.com>                                    Thu, Aug 18, 2016 at 3:35 PM
To: "Traffickerz. com" <developdomains@traffickerz.com>

Do you have the ability to outsource the copy of the HLM site so that we can develop another domain.  It would be structurally identical to HLML but need to re-write the copy so we don't get hit for policy/plagiarism violations

--

Very truly yours,

Jonathan Hanley
General Manager

801-386-5100 x230 9am - 5pm M-F MST
888-980-7751
888-224-6524 Fax Number
http://www.preferredlawteam.com

---

**Traffickerz** <developdomains@traffickerz.com>                                    Thu, Aug 18, 2016 at 6:52 PM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

I wrote all the content for HTML from scratch, so I'd be able to do it again for a new version .. its a delicate thing because Google has an algorithm to detect similar jist, so the new site content would have to be recompiled and reorderd and even presented differently, but its totally possible..

Whats timeframe are you looking for?

M.

[Quoted text hidden]

---

**Jonathan Hanley** <jhanley@preferredlawteam.com>                                    Fri, Aug 19, 2016 at 10:21 AM
To: Traffickerz <developdomains@traffickerz.com>

Can we stop hosting HLML for the time being and put all that content on to consumer defense.  Not sure if I told you but we re-branding.  What do you think?  I hate to lose the 'seasoning' on HLML -- what do you think the cost would be to create new original content?

Also, on the ALM site all the way at the bottom of (I think all the pages)  we reference the file being sent to American Home Loan Counselors.  I need to change that to 'Consumer Link'.

[Quoted text hidden]

---

**Michael Rhodes** <developdomains@traffickerz.com>                                    Tue, Aug 23, 2016 at 8:42 AM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

sorry for the delay .. it took me a full week to do the content before, but this time I wont need to map out the site and figure out how to start.  I'd say about $750 + .. does that work for you?

I edited the bottom, I replaced it with Consumer Defense - good?

M

EXHIBIT 9
Page 54

[Quoted text hidden]

---

**Jonathan Hanley** <jhanley@preferredlawteam.com>                    Tue, Aug 23, 2016 at 10:51 AM
To: Michael Rhodes <developdomains@traffickerz.com>

Thanks for making that change.  Can you go ahead and rewrite the copy that's on HLML and build a whole new site for consumerdefense.com.  Any reference to lawyer or Law firm should be changed as follows:

Lawyer = Professional
Law firm= Consumer Defense

At the top; instead of Home Loan Modification Lawyer.  Change that to Consumer Loan Modification Assistance.  I'm going to have bobbi send over a new batch of success stories can board those onto the new site just like we do for ALMS.  If you have a sec can you call me on my cell so that we can talk about it a bit.  801-913-5504.  I'm not going to use this site for lead gen so even if we can just get a stock first page up that way the url -  www.consumerdefense.com goes to something for the time being that would be great.


But give me a call when you can anyways - there are some unique nuances with respect to this project.

Thanks Michael!

[Quoted text hidden]

EXHIBIT 9
Page 55



Jonathan Hanley <jhanley@preferredlawteam.com>

## transition
14 messages

---

**Jonathan Hanley** <jhanley@preferredlawteam.com>                    Tue, Aug 9, 2016 at 10:45 AM
To: Sue Kartchner <skartchner@modificationreviewboard.com>, Rod Kartchner <rkartchner@modificationreviewboard.com>,
Paul Cysewski <pcysewski@modificationreviewboard.com>

the reason that I want to move slower with you guys is so that I can iron out all the kinks in the scripts, closing process,
closing docs etc...

Wendi,

Can you forward me all the clients e-mails that you use -- the initial ones, the ones that you send out when they go M.I.A.
etc..

I am going to rework everything over the next few days.  Just keep moving forward with the exact same close, sales
process etc...

--

Very truly yours,

Jonathan Hanley
General Manager

801-386-5100 x230 9am - 5pm M-F MST
888-980-7751
888-224-6524 Fax Number
http://www.preferredlawteam.com

---

**Sue Kartchner** <skartchner@modificationreviewboard.com>                    Tue, Aug 9, 2016 at 10:56 AM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

Hmmm.  When we couldn't get an appt for an orientation with you or Bobbi we checked in with Paul, Deanne and KT to
go over the files we left with them.     At that time one of them told Rod that we go forward with CD on new incoming calls
but for existing ones we can still use PL.

So. .I took a call this morning and pitched it was CD and was about to send out CD doc's. . HOWEVER I have been
waiting to send them out until I find out how do you want us to address the fact that the Guarantee is *from* CD but in the
Services Agreement it clearly states that CD does not guarantee a modification?

Thank you,
*Sue Kartchner*
Senior Modification Advisor
888-980-7487
888-334-7255  Fax Number
[Quoted text hidden]

---

**Jonathan Hanley** <jhanley@preferredlawteam.com>                    Tue, Aug 9, 2016 at 11:18 AM
To: Sue Kartchner <skartchner@modificationreviewboard.com>

But you guys just got back today.  How would we have set an appointment if you were out for the last 2 weeks.

The guarantee from CD is no different than the one from MRB.  You would still sell it the exact same way.   EXHIBIT 9
Page 56

Mt phone is broken and won't be replaced for a few days.  Call me on Sandra's cell so that we can discuss everything.
801-913-5704.  Please call ASAP so that we can clear confusion.

[Quoted text hidden]

---

**Sue Kartchner** <skartchner@modificationreviewboard.com>      Tue, Aug 9, 2016 at 11:33 AM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

We got back yesterday and reached out yesterday.

Thank you,
*Sue Kartchner*
**Senior Modification Advisor**
888-980-7487
888-334-7255  Fax Number

[Quoted text hidden]

---

**Jonathan Hanley** <jhanley@preferredlawteam.com>      Tue, Aug 9, 2016 at 11:38 AM
To: Sue Kartchner <skartchner@modificationreviewboard.com>

Call me on Sandra's phone.

801-913-5704
[Quoted text hidden]

---

**Sue Kartchner** <skartchner@modificationreviewboard.com>      Tue, Aug 9, 2016 at 11:59 AM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

**NEW LEAD:**

My name is Sue Kartchner.  Our agency received your request for information regarding mortgage relief under the
Economic Stability Act.


Qualification for a program could entitle you to a reduced monthly payment and your past due balance, if any, moved
to the back of your loan, *less* penalties and fees**.  *In addition, you will be protected from your home being
sold at auction.***


There are many programs available at this time to help people who have fallen behind on their mortgage payments
due to a hardship or who just want to refinance into a lower rate.  Unfortunately I was not able to make a
determination as to your eligibility and will need more information.


Please call me at your earliest convenience to complete the qualification process and determine if you qualify.  ==**We
will be keeping your file open until August 19.**==


Thank you,
*Sue Kartchner*
**Senior Modification Advisor**
888-980-7487
888-334-7255  Fax Number


Thank you,

EXHIBIT 9
Page 57

*Sue Kartchner*
Senior Modification Advisor
888-980-7487
888-334-7255   Fax Number

On Tue, Aug 9, 2016 at 11:45 AM, Jonathan Hanley <jhanley@preferredlawteam.com> wrote:
[Quoted text hidden]

---

**Sue Kartchner** <skartchner@modificationreviewboard.com>      Tue, Aug 9, 2016 at 12:04 PM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

**OVERVIEW CD:  (Must be customized to fit the individual homeowners circumstances)**

**Per our discussion, should you decide to proceed forward with a modification, I will be sending you paperwork to complete that will authorize Consumer Link to process your modification application at no charge to you.**

In conjunction with Consumer Defense LLC, they conduct a Forensic Audit and a Securitization Report  to secure the best terms and conditions.  Based on the information you have given me you appear to be eligible for a Tier II HAMP which will put your past due payments on the back of your loan to bring you current, WITHOUT a "good faith payment" the lender may say is required to approve the modification. In addition, it will lower your principal, interest, taxes and insurance payment to equal 31- 42 % of your gross qualifying income.

Note: Consumer Defense does not have any upfront fees. Within the first two weeks of receiving your paperwork, Consumer Link will be doing a Verification of Information on your Mortgage (VIM) as well as gathering documents from you to confirm that this expectation is realistic.

In addition, as way of review, you are not ever paying Consumer Defense your scheduled payment of $ while making a mortgage payment.  *While your modification is being reviewed you are protected from a foreclosure sale even if you are not making your mortgage payments.* <mark>(See attachment below)</mark> If your modification is completed before your scheduled payments are completed, Consumer Defense will revise the payments to ones you can afford.

**Thank you,**
*Sue Kartchner*
**Senior Modification Advisor**
**888-980-7487**
**888-334-7255   Fax Number**


Thank you,
*Sue Kartchner*
Senior Modification Advisor
888-980-7487
888-334-7255   Fax Number

On Tue, Aug 9, 2016 at 11:45 AM, Jonathan Hanley <jhanley@preferredlawteam.com> wrote:
[Quoted text hidden]

---


**Settlement Stipulations.pdf**
186K

---

**Sue Kartchner** <skartchner@modificationreviewboard.com>      Tue, Aug 9, 2016 at 12:20 PM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

**CLOSING FILE AFTER DOING INTAKE:**

I have not heard back from you and am unsure if you still want to pursue a modification.

Based on the information you have given me you appear to be eligible for a HAMP which will put your past due payments on the back of your loan to bring you current without requiring any money out of your pocket.  In addition, it will lower your

EXHIBIT 9
Page 58

principal, interest, taxes and insurance payment equal to 31%.

I will be keeping your file open until .   If you wish to move forward please contact me on or before that day .

<mark>If you do not want to move forward, would you please drop me a quick reply with the direction you are taking.  (It is very helpful for me to cite a reason for the closure)</mark>


Thank you,
*Sue Kartchner*
Senior Modification Advisor
888-980-7487
888-334-7255  Fax Number


Thank you,
*Sue Kartchner*
Senior Modification Advisor
888-980-7487
888-334-7255  Fax Number

On Tue, Aug 9, 2016 at 11:45 AM, Jonathan Hanley <jhanley@preferredlawteam.com> wrote:
[Quoted text hidden]

---

**Sue Kartchner** <skartchner@modificationreviewboard.com>       Tue, Aug 9, 2016 at 12:21 PM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

**CLOSING FILE IF NO INTAKE TAKEN:**

I've tried reaching you but have not heard back from you and am unsure as to whether you still want to pursue mortgage relief options.

<mark>If you do not want to move forward, would you please drop me a quick reply with the direction you are taking.  (It is very helpful for me to cite a reason for the closure)</mark>

**I will be closing your file on .**   If you wish your case to remain open, please answer the following questions   ***Please reply to this email and type in your answers next to the questions below:***


*Is your loan a VA, FHA or conventional loan?      If conventional, we need to know if it is a Fannie Mae or Freddie Mac:*


*Name of the Borrower:*


*Name of the Co-Borrrower (if applicable) :*


*How many people are living in the home:*


*What is the physical address of the home you are seeking relief for:*


*What is the <mark>gross</mark> income for each **borrower** on the loan?  (The amount **before** any deductions are taken out)*  **I need to know if this is a monthly amount or every 2 weeks:**

EXHIBIT 9
Page 59

*What is the **source** of that income. ie.,W-2'd , Self-Employment, Social Security and/or pension, Unemployment, Disability:*

*What is the name of the lender/servicer you are required to make mortgage payments to:*

*Monthly payment amount:*

*Are your taxes and insurance included in your payment:*

*If yes, how much does the lender include in your payment for taxes and insurance (escrows)   (See the payment breakdown section on your mortgage statement):*

*If no, how much do you pay each month for your taxes and insurance:*

*Do you have homeowner association dues?  If so, how much do you pay each month:*

*Interest rate on your current home loan:*

*What year did you close on your current loan?  (Not to be confused with the day you bought your home because you've probably refinanced since then):*

*Do you have a 2nd mortgage:*

*What is the remaining balance due on your loan(s):*

*Are you current or behind on your first:*

*If behind, what has happened in your life to cause you to fall behind:*

*How many months are you behind on your payments:*

*Have your received a loan modification before?  If so, do you know if it was a "Making Homes Affordable?"*

*If so, what has happened to cause you to fall behind **after** you received the modification:*

EXHIBIT 9
Page 60

https://mail.google.com/mail/u/0/?ui=2&ik=8b5709a09f&jsver=2WGmGQ4tSfE.en.&view=pt&q=fmg%20partners&qs=true&search=query&th=15670c...    5/10

*Have you filed a bankruptcy in the last 7 years:*


*If you own other properties:*


*1. Who do you make the payments to?*


*2. What is the balance owing on the loan(s) ?*


*3. What is the monthy mortgage amount(s) ?*


*4. If it is rented, what is the rental income?*


*5. Whose name(s) are the loan(s)  in?*


Thank you,
*Sue Kartchner*
Senior Modification Advisor
888-980-7487
888-334-7255  Fax Number


Thank you,
*Sue Kartchner*
Senior Modification Advisor
888-980-7487
888-334-7255  Fax Number

On Tue, Aug 9, 2016 at 11:45 AM, Jonathan Hanley <jhanley@preferredlawteam.com> wrote:
[Quoted text hidden]

---

**Sue Kartchner** <skartchner@modificationreviewboard.com>　　　　　　　Tue, Aug 9, 2016 at 12:23 PM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

**P/W WITH DOCU SIGN:**

Per our discussion, info@mailer.theloanpost.com is sending 2 emails withe paperwork to complete.  One has links to the Borrowers Authorization form and Retainer Agreement. The other contains the link to the Payment Schedule.


Within 1-2 business days of receipt of the above requested documents you will receive an email from one of our counselors who will be setting up your file and coordinating with Preferred Law.


<mark>**Please note the following:**</mark>

EXHIBIT 9
Page 61

1. **On the Borrowers Authorization (BA):** Name of First Lender is the lender you make payments to, not necessarily the first lender you had when you got the loan.

2. **On the Retainer Agreement: A)** Page 4, item #7.  The law firm is not doing your modification, the agency is,  so therefore cannot guarantee any results. . . the work they do is itemized on page 8 and 9. **B)** Page 8.  Under each phase you will see a figure of $974 THESE ARE NOT ADDITIONAL FEES YOU PAY. .these are simply stating the value of the service you receive.

Thank you,

*Sue Kartchner*
Senior Modification Advisor
888-980-7487
888-334-7255  Fax Number

Thank you,
*Sue Kartchner*
Senior Modification Advisor
888-980-7487
888-334-7255  Fax Number

On Tue, Aug 9, 2016 at 11:45 AM, Jonathan Hanley <jhanley@preferredlawteam.com> wrote:

[Quoted text hidden]

---

**Sue Kartchner** <skartchner@modificationreviewboard.com>                      Tue, Aug 9, 2016 at 12:27 PM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

**EMAIL I SEND IF HAVE SALE DATE:**

**Per our discussion a non profit agency will be processing your modification at no charge to you.**

Because you have a sale date, the process will be broken up into two phases.

**Phase One:**   As we discussed, the agency doing your modification works with a partner who contributes resources to escalate your file.  The agency will stop your sale one of two ways either organically by submitting a full file for review or by filing a Chapter 13 Bankruptcy.   Either process requires a $1000 fee to be paid up front.

**Phase Two**: The attorney will be ordering a QWR which will include a Securitization Analysis Report and enable the agency, under the direction of the law firm, to conduct a Forensic Audit to secure the best terms and conditions.  ( Based on the information you have given me you appear to be eligible for a recapitalization which will take your past due payments on the back of your loan to bring you current. )

***While your modification is being reviewed you are protected from a foreclosure sale even if you are not making your mortgage payments.***  (See attachment below)

Lastly, as way of review, you are not ever paying the attorney your scheduled payments of $974 (4 total) when your modification is completed.   If your modification is completed before your scheduled payments are completed, the attorney will revise the payments to ones you can afford.

Thank you,
*Sue Kartchner*
Senior Modification Advisor
888-980-7487
888-334-7255  Fax Number

EXHIBIT 9
Page 62

Thank you,
*Sue Kartchner*
Senior Modification Advisor
888-980-7487
888-334-7255  Fax Number

On Tue, Aug 9, 2016 at 11:45 AM, Jonathan Hanley <jhanley@preferredlawteam.com> wrote:
[Quoted text hidden]

---

**Sue Kartchner** <skartchner@modificationreviewboard.com>                    Tue, Aug 9, 2016 at 12:29 PM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

EMAIL I SEND IF I DON'T WANT TO CLOSE FILE BUT CHECK IN:  (must be customized to fit eligibility)

I have been trying to reach you but have not been able to connect.

Based on the information you've given me you appear to be eligible for a recapitalization which will put your past due payment on the back of your loan to bring you current WITHOUT having to make a "good faith payment" to your servicer before getting approval.

OR

Based on the information you've given me you appear to be eligible for a HAMP which will bring you current and lower your payment to equal 31% of your gross qualifying income.

If you are not wanting to proceed forward,  can you please get back to me.   It is *very* helpful for me to make notes in your file so if you would let me know where you are at and what you would like to do that would be very appreciated.

Thank you,
*Sue Kartchner*
Senior Modification Advisor
888-980-7487
888-334-7255  Fax Number


Thank you,
*Sue Kartchner*
Senior Modification Advisor
888-980-7487
888-334-7255  Fax Number

On Tue, Aug 9, 2016 at 11:45 AM, Jonathan Hanley <jhanley@preferredlawteam.com> wrote:
[Quoted text hidden]

---

**Sue Kartchner** <skartchner@modificationreviewboard.com>                    Tue, Aug 9, 2016 at 12:30 PM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

EMAIL I SEND OUT WITH MISSED PAYMENTS:

Did you by chance get a new debit/credit card?  I ask because your payment to the attorney didn't go through and that could be the reason?  Either that or you may have a limit on the card???

In any event can you please give me a call so we can resolve this:)

Thank you,

EXHIBIT 9
Page 63

*Sue Kartchner*
Senior Modification Advisor
888-980-7487
888-334-7255  Fax Number


Thank you,
*Sue Kartchner*
Senior Modification Advisor
888-980-7487
888-334-7255  Fax Number

On Tue, Aug 9, 2016 at 11:45 AM, Jonathan Hanley <jhanley@preferredlawteam.com> wrote:
[Quoted text hidden]

---

**Sue Kartchner** <skartchner@modificationreviewboard.com>        Tue, Aug 9, 2016 at 12:31 PM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

Email I send out when I send over new client file:

I have received your paperwork and forwarded your file to American Home Loan Counselors.

Within the next 24-48 **business** hours your processor will be in contact with you to set up your file and to confirm the accuracy of the information you gathered. If you have not heard from the agency by that time please call me immediately.

**Per our discussion, your first payment will not be due until . <mark>Please double check your calendar to make sure that this date and the other dates in the payment schedule are correct.  If they need to be changed you must call me IMMEDIATELY before these dates are input into the system. After the dates are input the law firm will charge a $50 fee to change them.</mark>**

Preferred Law will be sending you a confirmation email on the business day prior to your payment.  Your payment will be processed using the bank account information that you provided and will be listed on your bank statement as one of the following:

* AM Property Management
* Preferred Law
* FMG Partners

<mark>Note:  You may have a limit on your card so be sure to call your bank to inform them of these scheduled payments and increase any limit they may have to allow these payments to be processed.</mark>

If you have an issue regarding any scheduled payment please email or call Ali Parkinson at aparkinson@preferredlawteam.com  801-386-5100 x 235

Thank you,
*Sue Kartchner*
Senior Modification Advisor
888-980-7487
888-334-7255  Fax Number


Thank you,
*Sue Kartchner*
Senior Modification Advisor
888-980-7487
888-334-7255  Fax Number

On Tue, Aug 9, 2016 at 11:45 AM, Jonathan Hanley <jhanley@preferredlawteam.com> wrote:
[Quoted text hidden]

EXHIBIT 9
Page 64

EXHIBIT 9
Page 65



Jonathan Hanley <jhanley@preferredlawteam.com>

## Site
13 messages

**Jonathan Hanley** <jhanley@preferredlawteam.com>                    Tue, Jul 26, 2016 at 11:38 AM
To: "Traffickerz. com" <developdomains@traffickerz.com>

Hey Michael;

Just a little more housekeeping on the attorneyloanmodifictions.com site

1) On the 'about' page --- http://attorneyloanmodifications.com/about/

We need to change over the 'preferred law' name to 'Consumer Defense'.

2) We have to remove the link to the utah bar page.

3) In the 'We Can help box' it says 'free evaluation by the team at preferred law today'. We need to change the name there as well. My guess is that this change needs to flow through every page on the site.

--

Very truly yours,

Jonathan Hanley
General Manager

801-386-5100 x230 9am - 5pm M-F MST
888-980-7751
888-224-6524 Fax Number
http://www.preferredlawteam.com

**Michael Rhodes** <developdomains@traffickerz.com>                    Tue, Jul 26, 2016 at 12:01 PM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

sorry I missed these - even if I caught them I would have asked how to change it, the title is a big deal but I suspect that the About Us page content would need to change a bunch, ie, Email address is currently @preferredlawteam.com, then there is the mailing address, credentials, description, etc .. what do you think?

Will change the "we can help" graphic now ..

M

[Quoted text hidden]

**Michael Rhodes** <developdomains@traffickerz.com>                    Tue, Jul 26, 2016 at 12:06 PM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

also, I didnt make this "we can help" graphic, I made the original but not this version .. mine is on HLML, so if you'd like me to make a version that is different for use on ALM, then I can do that ..

M

EXHIBIT 9
Page 66

On Jul 26, 2016 2:38 pm, Jonathan Hanley wrote:

[Quoted text hidden]

---

**Michael Rhodes** <developdomains@traffickerz.com>          Thu, Jul 28, 2016 at 9:22 AM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

I have a few emails out to you that were looking for feedback or clarification .. if you can get back to me ASAP, then I might be able to deal with everything before I leave .. I'll be working on the Adwords / Analytics issues with mobile and the other pages now ..

M

On Jul 26, 2016 2:38 pm, Jonathan Hanley wrote:

[Quoted text hidden]

---

**Jonathan Hanley** <jhanley@preferredlawteam.com>          Thu, Jul 28, 2016 at 3:17 PM
To: Michael Rhodes <developdomains@traffickerz.com>

So we can't go into the we can help graphic and just change the name?  The HLNL graphic is fine - we'd just have change the word 'lawyer' to adviser.  The e-mail would change from info@preferredlawteam.com to info@consumerdefense.com

The mailing address would stay the same.  Does that cover everything or did one or two slip by me?

[Quoted text hidden]

---

**Michael Rhodes** <developdomains@traffickerz.com>          Fri, Jul 29, 2016 at 8:57 AM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

no, I'd need the original file with all the layers, eg. the email address is on a layer that would need editing .. so should I just edit the version I do have with your feedback provided here? text and email updates, but what about the person, want a new face in there for ALM?

M

[Quoted text hidden]

---

**Jonathan Hanley** <jhanley@preferredlawteam.com>          Fri, Jul 29, 2016 at 10:19 AM
To: Michael Rhodes <developdomains@traffickerz.com>

Just use the HLML box and change the phone number with the one that is the ALMS site --888-980-9936.  I've never really been a fan of that red font anyways.  Can you import the house that is at the bottom of the ALMS site (or something similiar) and fade it in with the graphic.  Also, can you swap out the guy and use the woman?

[Quoted text hidden]

---

**Michael Rhodes** <developdomains@traffickerz.com>          Fri, Jul 29, 2016 at 12:36 PM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

EXHIBIT 9
Page 67

I'll edit the original HLML version to reflect the ALM content .. so that'll include the tel#, man for woman, blended-house background .. I'll have to get a new house to inject, I cant pull the image apart .. I have the working file for the HLML version which is why I can edit it for content. I'll shoot you a sample shortly.

M

[Quoted text hidden]

---

**Michael Rhodes** <developdomains@traffickerz.com>                      Fri, Jul 29, 2016 at 1:07 PM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

2nd comment - remove?

http://attorneyloanmodifications.com/a-home-loan-lawyer-can-make-all-the-difference/

M

On Jul 28, 2016 6:17 pm, Jonathan Hanley wrote:

[Quoted text hidden]

---

**Michael Rhodes** <developdomains@traffickerz.com>                      Fri, Jul 29, 2016 at 2:27 PM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

what do you think about this? (attached) You may have had a specific reason for using just a woman or anything else, so let me know if you want me to change it ..

M

On Jul 29, 2016 1:19 pm, Jonathan Hanley wrote:

[Quoted text hidden]

   **new-contact.jpg**
48K

---

**Jonathan Hanley** <jhanley@preferredlawteam.com>                      Wed, Aug 3, 2016 at 11:25 AM
To: Michael Rhodes <developdomains@traffickerz.com>

I like it.

[Quoted text hidden]

---

**Michael Rhodes** <developdomains@traffickerz.com>                      Wed, Aug 3, 2016 at 11:29 AM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

Exhibit 3
Page 68

cool - ok so it just occurred to me because of your reply that I made the mistake of leaving home to take care of the mess in Toronto and didn't bring the graphic with me to upload, but will be back in the office after the weekend .. do you want me to leave the current one up until then or remove it?

M

[Quoted text hidden]

---

**Jonathan Hanley** <jhanley@preferredlawteam.com>                                    Wed, Aug 3, 2016 at 11:31 AM
To: Michael Rhodes <developdomains@traffickerz.com>

just leave the current one up.
[Quoted text hidden]



Jonathan Hanley <jhanley@preferredlawteam.com>

---

## Consumer defense site
3 messages

---

**Jonathan Hanley** <jhanley@preferredlawteam.com>        Tue, Aug 30, 2016 at 11:14 AM
To: "Traffickerz. com" <developdomains@traffickerz.com>

All we need for this is just a stock information site about mortgages, second mortgages home owners insurance.  Just a nice verification site that makes the business look really good and professional but without ANY reference to loan mods.

I need this so that we can get accreditation with the BBB.

Thx.

--

Very truly yours,

Jonathan Hanley
General Manager

801-386-5100 x230 9am - 5pm M-F MST
888-980-7751
888-224-6524 Fax Number
http://www.preferredlawteam.com

---

**Michael Rhodes** <developdomains@traffickerz.com>        Tue, Aug 30, 2016 at 11:26 AM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

Thanks, good topics .. I'm making this site the priority, I'm working on it today ..

M

[Quoted text hidden]

---

**Michael Rhodes** <developdomains@traffickerz.com>        Wed, Aug 31, 2016 at 2:08 PM
To: Jonathan Hanley <jhanley@preferredlawteam.com>

Just wanted to show you some progress, I've put the time into writing and not design, there's still editing to do with the text, but I'm at the stage now where I'm adding the content to the site and playing with it a little to find a style while I slowly assemble things .. then I'll move it all around and organize it better and add some nice but simple style to the page .. I'm also working on a Mortgage Calculator for the site, what do you think? I'm still trying to style it, but you should do a calculation and check out the results .. its messy now too, and want to put it on its own page and give it a button to click on the home page. Also still have to write more content especially for the second mortgage. So still stuff to do but its a start, let me know what you think about the content.

http://www.consumerdefense.com.vsd29.korax.net/

M

EXHIBIT 9
Page 70

On Aug 30, 2016 2:14 pm, Jonathan Hanley wrote:

[Quoted text hidden]

EXHIBIT 9
Page 71

# EXHIBIT 10

Emails re: issues with BBB and updates to
sales agreement (February 15, 2017)

# EXHIBIT 10



**Rod Kartchner <rkartchner@consumerdefense.com>**

## Update
2 messages

**Jonathan Hanley** <jhanley@americanhomeloans.com>          Wed, Feb 15, 2017 at 7:50 AM
To: dmosher@consumerdefense.com, schowan@consumerdefense.com,
rkartchner@consumerdefense.com, kmckay@consumerdefense.com, dcoonrod@consumerdefense.com,
lneilson@consumerdefense.com, vversluis@consumerdefense.com, pcysewski@consumerdefense.com,
rcrowell@consumerdefense.com

Hey guys;

Unfortunately the issues with the BBB appear to be impossible to resolve.

Having said that I want to make sure everyone know that we closed 150 deals in December which would
have still been higher except for the Holidays.  We closed 140 in January which also had several Holidays.
All this with the BBB stating we have a F rating despite the fact that we had just 1 complaint in almost 6
years of business.

I set up American Home Loans 5 years ago as the next business model to roll into after loan modifications
appeared to be petering out.

There seems to be no signs of this happening anytime soon.  Fannie Mae just announced a new program
call FLEX MODIFICATIONS and the FHA just announced that there was a huge spike in mortgage
delinquencies - THE MOST SINCE 2006.

I will be forwarding everyone the new American Home Loans e-mail addresses so that you can just forward
the Consumer Defense e-mail over.  We'll have new sales docs over shortly - updating the docusign
agreement with the new verbiage and logo could take a day or two.

--

Very truly yours,

Jonathan Hanley
General Manager

888-980-9484

9am - 6pm M-F MST

www.americanhomeloans.com



EXHIBIT 10
Page 72

**Vanessa Versluis** <vversluis@consumerdefense.com>                Wed, Feb 15, 2017 at 7:57 AM
To: Jonathan Hanley <jhanley@americanhomeloans.com>
Cc: Deanne Mosher <dmosher@consumerdefense.com>, Sue Chowhan
<schowhan@consumerdefense.com>, Rod Kartchner <rkartchner@consumerdefense.com>, KT McKay
<kmckay@consumerdefense.com>, Devin Coonrod <dcoonrod@consumerdefense.com>, Lisa Neilson
<lneilson@consumerdefense.com>, Paul Cysewski <pcysewski@consumerdefense.com>, Rory Crowell
<rcrowell@consumerdefense.com>

Hi Jon,

Great news!

Thanks!

*All the best,*

*Vanessa Versluis*
*Mortgage Relief Counselor*



**888-980-9598 PHONE**
**888.334.7255 FAX**
**Available hours: Monday-Friday 9:00am-5:00pm (MST**)

[Quoted text hidden]

EXHIBIT 10
Page 73



Jonathan Hanley <jhanley@consumerdefense.com>

# Sales agreement and PF
2 messages

**Jonathan Hanley** <jhanley@consumerdefense.com>                    Wed, Feb 15, 2017 at 8:06 AM
To: Taboo Conspiracy <benhortonesq@yahoo.com>, Bobbi Collins <bcollins@consumerdefense.com>

Unfortunately the BBB is not budging on consumer defense.  Can we update the sales agreement with the new American
Home Loans logo and swap out 'consumer defense' with 'American hOme laons' wherever it appears.

--

Very truly yours,

Jonathan Hanley
General Manager

801-386-5100 x210 9am - 5pm M-F MST
888-980-4758
888-224-6524 Fax Number
http://www.consumerdefense.com



**Office Manager** <manager@consumerdefense.com>                    Wed, Feb 15, 2017 at 8:07 AM
To: Jonathan Hanley <jhanley@consumerdefense.com>, Taboo Conspiracy <benhortonesq@yahoo.com>

Ben

If you can get the documents updated that would be great then I can send them off to Loan Post to activate in our system.

Please keep me posted
[Quoted text hidden]
--
**Bobbi**
**Manager**



**Consumer Link**

Phone: 801.386.5100 Ext 203
FAX 888.224.6524
Billing Department Ext 235
Hours of operation Monday-Friday 8:30 - 3:45 (MST)

Confidentiality Notice: This message, including any attachment(s), may contain confidential information protected by law. The information contained herein is
for the sole use of the intended recipient(s). If you have received this message in error, please contact the sender at the e-mail address listed above and
destroy all copies of the original message, including any attachments. Thank you.

EXHIBIT 10
Page 74

# EXHIBIT 11

Emails re: cleanup of website to remove references to
Preferred Law and Consumer Defense (April, 2017)

# EXHIBIT 11



Sandra Office Manager <sandraofficemanager@defaultsupport.com>

## : ATTORNEY LOAN MODIFICATIONS WEBSITE NEEDS TO BE CLEANED UP ASAP !!!!!!!!!!
2 messages

**Rod Kartchner** <rkartchner@americanhomeloans.com>
To: Jonathan Hanley <jhanley@americanhomeloans.com>
Cc: Sandra Office Manager <sandraofficemanager@defaultsupport.com>

Sat, Apr 8, 2017 at 9:13 AM

Jon, I am resending this to you with another plea to have the Canadian group clean this up as quickly as possible so that we don't continue to lose deal and deal.

It is not just Preferred Law showing up, Consumer Defense shows up in many places and this is the kiss of death for our line of work.

Please respond to this.

Thanks, Rod

---------- Forwarded message ----------
From: Sue Chowhan <schowhan@americanhomeloans.com>
Date: Sat, Feb 18, 2017 at 1:32 PM
Subject: Re: ATTORNEY LOAN MODIFICATIONS WEBSITE
To: Jonathan Hanley <jhanley@americanhomeloans.com>, Sandra Hanley <sximenah@americanhomeloans.com>

I don't know who the heck told you that this site was cleaned up but I found DOZENS of mod's with either PL name and/or address and other errors.

**21st Mortgage**
**BB&T:**
NC Yvetta
 Jennifer & Matthew
**Beneficial**
The mod isn't complete. .the 1st page seems to be missing
**Carrington**
AL Vanessa
CA Mertie & Albert
FL Javier
**Di-Tech**
MO Barbara
WA Demetrius
**Fay Serviceing**
WI Steven
**Fifth Third**
Jacqueline
**Greentree**
IL Eunjoo (His address is in TX but the scenario lists IL)
**HSBC**
FL Robert
**JP Morgan Chase**
AZ Jack
CA Joseph
CO Bennie
IL Gwen &Goldin
MO Jenna
AZ Larry & Jennifer
DC Brigida
OK Trisha
OH George
IN August
UT Christopher (A Seterus mod in Chase section and PL name/address still not redacted)
N/A
**Nationstar**
CA Jon & Lori
NH Anne Baker (Last name and PL not redacted)
NY Monique
PA Estate of
Gordon
TX Zola
PA Ronald Icon for mod. but no mod
PA Charles
AL Norvie

EXHIBIT 11
Page 75

1/23/2018                    Consumer Link Mail - ATTORNEY LOAN MODIFICATIONS WEBSITE NEEDS TO BE CLEANED UP ASAP !!!!!!!!!!!!

Case 2:18-cv-00030-JCM-BNW   Document 26-1   Filed 01/24/18   Page 88 of 92

FL  Mary  Icon but no mod
VA Angela
CA Michael
**Ocwen**
MA  Joao  Icon but only page 7 of the mod. .nothing of substance
MO George
PA David
TN  Gregory & Karen
TX Monica
UT John HAMP
**PennyMac**
AZ David & Kari
NJ Tamara
PA  Gregory
**Provident**
William   errors:  PL reference  and  duplicate
**SPS**
FL Ike
**Selene**
KY Aarpm
TX Ronald  (Actually a US Bank mod not Selene)
**Seterus**
Marcine  (Should be OR. .remove Sandy UT address)
Julie
Michelle & Roy  (Needs PL AND last name redacted)
Deborah
Debra
James
Samuel
William
Lloyd & Tracey
Samuel (last row)
**Shellpoint**
FL Carolyn
**SLS**
CA  Bennie & Roan
TN  Rodney
**Wells Fargo**
TX  Lewis MYRICK  (last name needs to be redacted in scenario.  Mod is ok)


Thank you,
*Sue Chowhan*
Senior Modification Advisor
**American Home Loans**
888-980-7487
888-334-7255  Fax Number



On Sat, Feb 18, 2017 at 11:27 AM, Jonathan Hanley <jhanley@americanhomeloans.com> wrote:
> Yeah that's great if you can let me know we can black them out and then re-post them

> On Feb 18, 2017, at 11:23 AM, Sue Chowhan <schowhan@americanhomeloans.com> wrote:

> I'm going through the mod's to see which ones still have PL in the text


> **American Home Loans**
> 888-980-7487
> 888-334-7255  Fax Number



---

Jonathan Hanley <jhanley@americanhomeloans.com>                                Sat, Apr 8, 2017 at 9:31 AM
To: Rod Kartchner <rkartchner@americanhomeloans.com>, Sue Chowhan <schowhan@americanhomeloans.com>
Cc: Sandra Office Manager <sandraofficemanager@defaultsupport.com>

They are working on it.

EXHIBIT 11

I've mentioned it numerous times even when we were functioning as consumer defense we were still putting up 150 deals a month   Page 76

1/20/2018                                    Consumer Link Mail - Signature line



Office Manager <officemanager@defaultsupport.com>

---

## Signature line

2 messages

---

**Rod Kartchner** <rkartchner@americanhomeloans.com>                  Wed, Apr 12, 2017 at 9:56 AM
To: Office Manager <officemanager@defaultsupport.com>

Bobbi,

Wendi and I ran this by Jon already.

The only thing we have to provide to people is attorneyloanmodifications.com, which if
fraught with dozens of references to Consumer Defense and Preferred Law, which
immediately kill the deals.   We are having people back out and cancel on us even after
they become clients because there are still too many references in the materials to the
negative PR.   Jon promised us two months ago that his tech group in Canada was
going to clean this up, but it still hasn't been done and our closing ratios remain really
low because of it.

We are using Consume Defense GROUP on our signature line because when
prospective clients goggle that they find no negative responses.

The homeowners do a lot of digging that they never tell us about, so we are looking for
ways to lessen the fall-out and to increase the closing ratio, while increasing the
retention of the existing clients.

On Wed, Apr 12, 2017 at 10:23 AM, Office Manager <officemanager@defaultsupport.com> wrote:
> Rod why do you have consumer defense in your signature line???
>
> Thank You
>
>
> Bobbi
>
> **Manager**
> **Consumer Link**
> **Default Support Center**
>
> **Phone: 801.386.5100 Ext 203**
> **FAX 888.224.6524**
> **Billing Department Ext 235**
> **Hours of operation Monday-Friday 8:30 - 3:45 (MST)**
>
> Confidentiality Notice: This message, including any attachment(s), may contain confidential information protected by law. The information contained herein
> is for the sole use of the intended recipient(s). If you have received this message in error, please contact the sender at the e-mail address listed above and

destroy all copies of the original message, including any attachments. Thank you.

On Tue, Apr 11, 2017 at 6:00 PM, Rod Kartchner <rkartchner@americanhomeloans.com> wrote:

--
*Thank you,*

*Rod Kartchner*
**Consumer Defense Group**
*Mortgage Relief Counselor*
**(888) 980-7497  Direct Line**
**(888) 334-7255  Fax**
*rkartchner@americanhomeloans.com*
*http://attorneyloanmodifications.com/success-stories/*



American
Home Loans

---

**Office Manager** <officemanager@defaultsupport.com>                    Wed, Apr 12, 2017 at 10:04 AM
To: Rod Kartchner <rkartchner@americanhomeloans.com>

okee dokee

Thank You


Bobbi

**Manager**
**Consumer Link**
**Default Support Center**

**Phone: 801.386.5100 Ext 203**
**FAX 888.224.6524**
**Billing Department Ext 235**
**Hours of operation Monday-Friday 8:30 - 3:45 (MST)**

Confidentiality Notice: This message, including any attachment(s), may contain confidential information protected by law. The information contained herein is
for the sole use of the intended recipient(s). If you have received this message in error, please contact the sender at the e-mail address listed above and
destroy all copies of the original message, including any attachments. Thank you.

On Wed, Apr 12, 2017 at 10:56 AM, Rod Kartchner <rkartchner@americanhomeloans.com> wrote:
Bobbi,

Wendi and I ran this by Jon already.

EXHIBIT 11
Page 78

The only thing we have to provide to people is attorneyloanmodifications.com, which if fraught with dozens of references to Consumer Defense and Preferred Law, which immediately kill the deals.    We are having people back out and cancel on us even after they become clients because there are still too many references in the materials to the negative PR.   Jon promised us two months ago that his tech group in Canada was going to clean this up, but it still hasn't been done and our closing ratios remain really low because of it.

We are using Consume Defense GROUP on our signature line because when prospective clients goggle that they find no negative responses.

The homeowners do a lot of digging that they never tell us about, so we are looking for ways to lessen the fall-out and to increase the closing ratio, while increasing the retention of the existing clients.

On Wed, Apr 12, 2017 at 10:23 AM, Office Manager <officemanager@defaultsupport.com> wrote:
Rod why do you have consumer defense in your signature line???

Thank You


Bobbi

**Manager**
**Consumer Link**
**Default Support Center**

**Phone: 801.386.5100 Ext 203**
**FAX 888.224.6524**
**Billing Department Ext 235**
**Hours of operation Monday-Friday 8:30 - 3:45 (MST)**

Confidentiality Notice: This message, including any attachment(s), may contain confidential information protected by law. The information contained herein is for the sole use of the intended recipient(s). If you have received this message in error, please contact the sender at the e-mail address listed above and destroy all copies of the original message, including any attachments. Thank you.

On Tue, Apr 11, 2017 at 6:00 PM, Rod Kartchner <rkartchner@americanhomeloans.com> wrote:


--
*Thank you,*

*Rod Kartchner*
**Consumer Defense Group**
*Mortgage Relief Counselor*
*(888) 980-7497  Direct Line*
*(888) 334-7255  Fax*
*rkartchner@americanhomeloans.com*
*http://attorneyloanmodifications.com/success-stories/*

EXHIBIT 11
Page 79



EXHIBIT 11
Page 80