Phillip Francis Hanley, Natural living man,
C/O 406 Henry Road, Oneida, Wisconsin [54155]
Phone 801-305-4299 FAX-888-726-9860
phanley@hanleylawgroup.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: 2:18-CV-00030JCM-PAL |
| Plaintiff, | |
| vs. | |
| CONSUMER DEFENSE, LLC, ET AL., | DEMAND MOTION TO HAVE PLAINTIFF OR PROSCUTOR TO CERTIFY THAT I, PHILLIP FRANCIS HANLEY AND ALL DEFENDANTS HAVE THE RIGHT OF SUBROGATION. |
| Defendant | |

Now Comes, Phillip Francis Hanley, Living Natural Man, and demand the Judge have the Prosecutors and Plaintiffs' certify that "Phillip Francis Hanley and all defendants have the right of subrogation in writing before Wednesdays, February 7th, 2018 at 10:00 a.m. hearing. Please provide case file and Bonds

The Court cannot refuse this demand per the Supreme Court Rulings, (Citations upon request) The Judge Knows. This Court Should not enter a preliminary injunction but issue an Order for Dismissal of this case based on the unclean hands of the Plaintiff and Prosecutors in this case.

Now comes the Claimant, Phillip Francis Hanley, age 70, Natural Living Man, state for the record This Court has the requirement to Dismiss with prejudice and grants my costs and fees in this cause. I, Phillip Francis Hanley reserve all my rights and give up none unless in writing with my written authorization. Time is of the essence as you gave only

I say here and will verify in open Court, that all Herein be true.

s/ Phillip Francis Hanley 2/2/2018

Phillip Francis Hanley, Living natural man

_____ 2/2/2018

DEMAND MOTION TO HAVE PLAINTIFF OR PROSCUTOR TO CERTIFY THAT I, PHILLIP FRANCIS HANLEY AND ALL DEFENDANTS HAVE THE RIGHT OF SUBROGATION. - 1

# Certificate of Service

**I hereby certify that on 2/2/2018
The following manner of service Via FAX or Email**

**U.S. District Court
Judge: James C. Mahan**
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

**Plaintiff Attorneys**

FTC
Adam M Wesolowski
Gregory A. Ashe
FAX: 202-326-3768

U.S. Attorneys
Steven w. Myhre
Dayle Elieson
Blaine T. Welsh
FAX: 702-388-6787

Receiver (court Appointed)
Thomas McNamara
FAX: 619-269-0401

**Defendant Attorneys**

Benjamin Horton
Benhortonesq@yahoo.com

Matthew Lewis
801-532-7543

**I say here and will verify in open Court, that all Herein be true.**

s/ Phillip Francis Hanley    2/2/2018

Phillip Francis Hanley. Living natural man

_(signature)_ 2/2/2018

DEMAND MOTION TO HAVE PLAINTIFF OR PROSCUTOR TO CERTIFY THAT I, PHILLIP FRANCIS HANLEY AND ALL DEFENDANTS HAVE THE RIGHT OF SUBROGATION. - 2