Phillip Francis Hanley, Natural living man,
C/O 406 Henry Road, Oneida, Wisconsin [54155]
Phone 801-305-4299 FAX-888-726-9860
phanley@hanleylawgroup.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br>vs.<br>CONSUMER DEFENSE, LLC, ET AL.,<br><br>Defendant | Case No.: 2:18-CV-00030JCM-PAL<br><br>ANSWER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE. AND JUDICIAL NOTICE OF IMPROPER STANDING AND JURIDICATION PERSONAL AND SUBJUECT MATTER REQUIRING A STAY OR VOIDING OR DISMISSAL OF ALL PROCEEDING UNTIL THESE ISSUES ARE CURED |

1) Notice to principal is notice to agent and notice to agent is notice to principal, I will accept your oath after being posted with proper bond in this case. Under Federal Law which is applicable to all states, the U.S. Supreme Court stated" that if a court is without authority, its judgments and orders are regarded as nullities." Elliot v Piersol, 1 pet. 328, 340, 26 U.S. 328, 340 (1828)

2) I, Phillip Francis Hanley, Living, Natural man, demand Strict Proof of "Legislative authority or Law" (not Color of Law) that created Lawyers, The "Bar association, and Actual Licensing.
    a. I demand a copy of the Legislative Enacted Law that gave any authority. If None this Proceeding is Void Now from the start.
    b. I demand the Prosecutors provide strict proof where they get their authority to deny my common-law rights. I claim all my authority of the republic laws only.

ANSWER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE. AND JUDICIAL NOTICE OF IMPROPER STANDING AND JURIDICATION PERSONAL AND SUBJUECT MATTER REQUIRING A STAY OR VOIDING OR DISMISSAL OF ALL PROCEEDING UNTIL THESE ISSUES ARE CURED - 1

   c. I, demand strict proof and evidence of your legislative enacted law granting you a license to be in court. (Not Color of law such as a BAR Union Membership)

3) This case is Void, and all acting in this action are personally liable to all defendants unless Legislative authority is provided.

4) I demand strict proof required of Judge and attorneys in this case to provide their License, Oath and Bond and their Authority to sit on the bench or process this case.

5) I, demand, strict proof of standing, Jurisdiction both Personal and Subject Matter.

6) I, demand this case be Dismissed for Fraud on the part of the Plaintiffs' who are both fraudulent and personally liable for Mis-presentation, dishonest service, fraud and much more.

7) I, Phillip Francis Hanley demand as My authority as a Private Attorney General under the Judicial Act, Private Attorney General Act, and Administrative Procedures Act. Require Y to produce the law that says a lawyer can represent the law in this matter. Strict proof required.

8) I, require the Legislative Law enacted by congress that allows you, Lawyers/BAR members without actual license to practice and learned in the common law, to create this paperwork. This means the Law enacted which approved Licensing for Lawyers, strict proof required.

   a. I, Phillip Francis Hanley, living Natural man, retain all My rights unless by written authorization signed and dated by me

9) Until such postings on the record I consider all orders Null and Void all proceedings are void ab initio. Proof of claim and Standing and Subject matter both Personal and Subject matter are entered into the record in open court. Minute orders are not a court of Record.

10) Now comes the claimant, Phillip Francis Hanley, Living Natural Man, after being issued an Order by this court to restrain and an Order with asset freeze. This Court Has Harmed Me both personally and professionally.  This Court has violated my due process as a senior citizen.

ANSWER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE. AND JUDICIAL NOTICE OF IMPROPER STANDING AND JURIDICATION PERSONAL AND SUBJUECT MATTER REQUIRING A STAY OR VOIDING OR DISMISSAL OF ALL PROCEEDING UNTIL THESE ISSUES ARE CURED - 2

11) I have the Right by Law to request for all defendants a copy of your Oath of Office and a copy of your bond to be to be posted in this case you cause any damage to me.

12) I demand a copy of all attorneys for the Plaintiff and Judges to post on the record, strict proof required.
   a. Judge: James C. Mahan
   b. ADAM M. WESOLOWSKI
   c. GREGORY A. ASHE
   d. DAYLE ELIESON
   e. BLAINE T. WELSH
   f. DAVID C. SHONKA
   g. STEVEN W. MYHRE
   h. Thomas W. McNamara
      i. LACK OF JUDICIAL IMMUNITY, NEITHER Judges or Attorneys are above the law. United States v Issacs, 493 F.2d 1124 1143 (7th Cir. 1974)
      ii. "A departure by the court from those recognized and established requirements of law, however close apparent adherence to mere form from in method of procedure, which has the effect of depriving one of a constitutional right, is an excess of jurisdiction" Wuest v Wuest, 127 P2d 934, 937.

13) Issues of Standing and Jurisdiction may be raised at any time and IT MUST BE SHOWN AND PROVED the court cannot proceed with out and until these issues are proven on the record in open court, Minute Order are not on the record." IT BECOMES THE DUTY AND THE BURDEN OF THE PARTY CLAIMING THAT THE COURT HAS SUBJECT MATTER JURISDICTION AND TO PROVIDE EVIDENCE FROM THE record OF THE CASE THAT THE COURT HOLDS SUBJECT-MATTERJURISDICTION."
   a. BINDELL V CITY OF HARVEY, 212 ILL.APP.3D 1042, 571 N.E. 2d 1017 (1st Dist. 1991) (the burden of proving jurisdiction rest upon the party asserting it)
   b. Until the plaintiff submits uncontroversial evidence of the subject-matter jurisdiction to the court that court has subject-matter jurisdiction the court is proceeding

ANSWER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE. AND JUDICIAL NOTICE OF IMPROPER STANDING AND JURIDICATION PERSONAL AND SUBJUECT MATTER REQUIRING A STAY OR VOIDING OR DISMISSAL OF ALL PROCEEDING UNTIL THESE ISSUES ARE CURED - 3

without subject-matter jurisdiction. Loos v American Energy Savers, Inc. 168 Ill. App3d 558, 522 N.E. 2d 841 (1988) "Where Jurisdiction is contested, the burden of establishing it rest upon the plaintiff")

 c. "ONCE JURISDICTION IS CHALLENGED, THE COURT CANNOT PROCEED WHEN IT CLEARLY APPEARS THAT THE COURT LACKS JURISDICTION, THE COURT HAS NO AUTHORITY TO REACH MERITS, BUT RATHER, SHOULD DISMISS THE ACTIO." MELO V US, 505 F2d 1026.

 d. "no sanctions can be imposed absent proof of jurisdiction" Standard v Olsen, 74 S. Ct. 768

14) I require all Oaths' of office be entered with copies of the bonds of each Judge and attorneys entered into the record all proceedings are void ab initio.

15) I, Phillip Francis Hanley, a living Natural Man state that I am a Senior citizen and therefore am asking this court to honor his oath of office and each attorney to read into the record their Oath and Bond for this case.

16) I, Phillip Francis Hanley, Living Man, do not consent to these proceeding or any time restriction My claims and demands are entered on the record.

17) I, Phillip Francis Hanley, Living Man, do not consent to any Hearing that do not give me 30 Days to reply or file.

18) I, Phillip Francis Hanley, Living Man, Your offer is not accepted.

19) I, Phillip Francis Hanley, Living Man, I do not consent to being surety for this case and these proceedings

20) I, Phillip Francis Hanley, Living Man, I demand the bond be immediately brought forward, so I can see who Indemnify me if I am damaged as a senior which will increase damages.

21) I request discovery

22) I demand Proof of Claim, there is No government code sections which apply to me UNLESS AND UNTIL I WILLINGLY, KNOWINGLY AND INTENTIONALLY, HAVING BEEB FULLY INFORMED OF THE NEGATIVE CONSEQUENCES THEREOF PRIOR THERETO, VOLUNTARYLY AGREE TO SUBMIT MYSELF TO THE AUTHORITY OF ANY MANNOR OR STYLE OF ANYONE OR ANY ORGANIZATION THAT MAY ASSERT ITSELF.

ANSWER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE. AND JUDICIAL NOTICE OF IMPROPER STANDING AND JURIDICATION PERSONAL AND SUBJUECT MATTER REQUIRING A STAY OR VOIDING OR DISMISSAL OF ALL PROCEEDING UNTIL THESE ISSUES ARE CURED - 4

23) **I DEMAND STRICT PROOF REQUIRED THAT I AND ALL THE DEFENDANTS ARE UNDER THE JURISDICTION OF THE U.S. GOVERNMENT. SEE FOURTEENTH AMENDMENT**

24) I will be posting a 5-million-dollar Bond to this case and require all attorneys and Judges to do the same as required by Law.

**Wherefore Claimant, Phillip Francis Hanley, Living Natural Man, Demand this case and all Orders Null and Void Until such a Hearing after Properly posted Oaths and Bonds are entered into the record in open court. Again, this court cannot proceed until these issues are entered on the record in open court. I claim my demands for all Defendants in this case as due process requires. I also request the bond of the "Receiver's Bond of $10,000 be increased to 5 Million and that he be held personally labial for any acts outside of his court appointed and entered duties into the record. (so that if he steps outside of the stated duties he will be personally liable.**

Now comes the Claimant, Phillip Francis Hanley, age 70, Natural Living Man, state for the record This Court has the requirement to Dismiss with prejudice and grants my costs and fees in this cause. I, Phillip Francis Hanley reserve all my rights and give up none unless in writing with my written authorization. Time is of the essence as you gave only

I say here and will verify in open Court, that all Herein be true.

**s/ Phillip Francis Hanley  2/2/2018**
**Phillip Francis Hanley, Living natural man**

_____  2/2/2018

ANSWER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE. AND JUDICIAL NOTICE OF IMPROPER STANDING AND JURIDICATION PERSONAL AND SUBJUECT MATTER REQUIRING A STAY OR VOIDING OR DISMISSAL OF ALL PROCEEDING UNTIL THESE ISSUES ARE CURED - 5

# Certificate of Service

**I hereby certify that on 2/2/2018**
**The following manner of service Via FAX or Email**

**U.S. District Court**
**Judge: James C. Mahan**
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

**Plaintiff Attorneys**

FTC
Adam M Wesolowski
Gregory A. Ashe
FAX: 202-326-3768

U.S. Attorneys
Steven w. Myhre
Dayle Elieson
Blaine T. Welsh
FAX: 702-388-6787

Receiver (court Appointed)
Thomas McNamara
FAX: 619-269-0401

**Defendant Attorneys**

Benjamin Horton
Benhortonesq@yahoo.com

Matthew Lewis
801-532-7543

**I say here and will verify in open Court, that all Herein be true.**

s/ Phillip Francis Hanley    2/2/2018

Phillip Francis Hanley, Living natural man

_____ 2/2/2018

DEMAND MOTION TO HAVE PLAINTIFF OR PROSCUTOR TO CERTIFY THAT I, PHILLIP FRANCIS HANLEY AND ALL DEFENDANTS HAVE THE RIGHT OF SUBROGATION. - 2

U.S. POSTAGE PAID
GREEN BAY, WI
FEB 02, 18
AMOUNT
**$6.91**
R2303S104087-11

1000   89101

7017 1000 0001 1257 8776

To Be filed upon Receipt
Clerk of the Court (Judge James C Mahan)
333 Las Vegas Blvd.
Las Vegas, Nevada [89101]

48406 Henry Road
Oneida, Wisconsin [54155]

RETURN RECEIPT REQUESTED