

**FILE ON DEMAND**   18cv 30

COMES NOW MARIA ALBERT-OTAH GRANT TO PHILLIP FRANCIS HANLEY, LIVING NATURAL MAN, POWER OF ATTORNEY (COPY ATTACHED) TO DEMAND that the clerk perform only a ministerial function, that the clerk not perform any tribunal functions, and that the clerk file the attached true paper in response to the above case.

**USC 18 §2076 - Clerk is to file:** Whoever, being a clerk willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.

**USC 18§2071 - Whoever willfully** and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, documents filed or deposited with any clerk or officer of any court, shall be fined or imprisoned not more than three years, or both.

**18 USC §1512b - Whoever knowingly** uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to - (1) influence, delay, or prevent ... an official proceeding; (2) cause or induce any person to - (a) withhold ... a document, or other object, from an official proceeding; (b) alter, destroy, mutilate, or conceal an official proceeding; ... shall be fined under this title or imprisoned not more than 20 years, or both.

**N.Y. Penal Code §195.00, official misconduct by knowingly** ... failing to perform duties, which act, or failure to act, is designated an act of Official Misconduct and is a Class A misdemeanor

**N.Y. Penal Code §195.05,** obstructing governmental administration in the second degree by intentionally obstructing, impairing or perverting the administration of law, government function of performance of official function by intimidation, force, interference or unlawful act, which act, or failure to act, is designated an act of Official Misconduct and is a Class A misdemean