1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

FEDERAL TRADE COMMISSION

    Plaintiff(s),

vs.

CONSUMER DEFENSE, LLC, et al,

    Defendant(s).

Case # 2:18-cv-00030-GMN-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    Karra J. Porter, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Christensen & Jensen, P.C.
(firm name)

with offices at    257 East 200 South, Suite 1100
(street address)

Salt Lake City, Utah, 84111
(city) (state) (zip code)

801-323-5000, karra.porter@chrisjen.com
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

See Exhibit A attached to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>May 3, 1988</u> (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of <u>Utah</u> (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, District of Utah | 05/04/1988 | 5223 |
| Tenth Circuit Court of Appeals | 01/17/1991 | |
| U.S. Supreme Court | 11/18/1996 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Utah State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Utah_____ )
                          )
COUNTY OF ___Salt Lake___ )

_____Karra J. Porter_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

5th day of February, 2018.

_____
Notary Public or Clerk of Court

Notary Public
CONNIE LOVERIDGE
Commission #689138
My Commission Expires
May 10, 2020
State of Utah

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Gregory A. Miles___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____1522 W. Warm Springs Road, # 100_____,
(street address)

___Henderson___, ___Nevada___, ___89014___,
(city)         (state)        (zip code)

___702-471-6777___, ___gmiles@royalmileslaw.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Gregory A. Miles _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

See Attached
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4336                    gmiles@royalmileslaw.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

CONSUMER DEFENSE, LLC

By _____
Jonathan Hanley, Managing Member

CONSUMER LINK, INC.

By _____
Jonathan P. Hanley, Managing Member

AMERICAN HOME LOAN COUNSELORS

By _____
Jonathan P. Hanley, Managing Member

AMERICAN HOME LOANS, LLC

By _____
Jonathan P. Hanley, Managing Member

CONSUMER DEFENSE GROUP, LLC
f/k/a MODIFICATION REVIEW BOARD, LLC

By _____
Jonathan P. Hanley, Managing Member

BROWN LEGAL, LLC

By _____
Jonathan P. Hanley, Managing Member

CONSUMER DEFENSE, LLC

By _____
Jonathan P. Hanley, Managing Member

FMG PARTNERS, LLC

By _____
Jonathan P. Hanley, Managing Member

ZINLY, LLC

By _____
Jonathan P. Hanley, Managing Member

_____
Jonathan P. Hanley

_____
Sandra X. Hanley

**EXHIBIT A to Verified Petition**

Petitioner has been retained to represent the following defendants:

Consumer Defense, LLC
Consumer Link, Inc.
American Home Loan Counselors
American Home Loans, LLC
Consumer Defense Group, LLC f/k/a Modification Review Board, LLC
Consumer Defense, LLC
Brown Legal, Inc.
FMG Partners, LLC
Zinley, LLC
Jonathan P. Hanley
Sandra X. Hanley



# Utah State Bar®

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 • Fax: 801-531-0660
http://www.utahbar.org

**John C. Baldwin**
Executive Director

**Board of Bar Commissioners**

**John R. Lund**
President
Parsons Behle & Latimer
Salt Lake City

**H. Dickson Burton**
President-elect
TraskBritt
Salt Lake City

**S. Grace Acosta**
Lewis Hansen Law Firm
Salt Lake City

**John W. Bradley**
Utah Attorney General's Office
Ogden

**Steven R. Burt, AIA**
Public Member
Entelen Design Build
Salt Lake City

**Kate A. Conyers**
Salt Lake Legal Defenders Assoc.
Salt Lake City

**Heather M. Farnsworth**
Match & Farnsworth
Salt Lake City

**Mary Kay Griffin, CPA**
Public Member
Mayer Hoffman McCann
Salt Lake City

**Liisa A. Hancock**
Jeffs & Jeffs
Provo

**Mark O. Morris**
Snell & Wilmer
Salt Lake City

**Michelle Mumford**
Attorney at Law
Salt Lake City

**Herm Olsen**
Hillyard Anderson & Olsen
Logan

**Cara M. Tangaro**
Tangaro Law Firm
Salt Lake City

**Heather L. Thuet**
Christensen & Jensen
Salt Lake City

**Kristin K. Woods**
Attorney at Law
St. George

*This document expires 60 days from the date of issuance*

February 12, 2018

To Whom It May Concern:

Re: **CERTIFICATE OF GOOD STANDING for KARRA J. PORTER**

This is to certify that **KARRA J. PORTER**, Utah State Bar **No. 5223**, sat for and successfully passed the Utah State Bar examination and was admitted to practice law in Utah on **May 3, 1988.**

**Ms. Porter** is currently an **ACTIVE** member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

*Elizabeth A. Wright*

Elizabeth A. Wright
General Counsel
Utah State Bar



Serving the public. Working for justice.