Phillip Francis Hanley, Natural living man,
C/O 406 Henry Road, Oneida, Wisconsin [54155]
Phone 801-305-4299 FAX-888-726-9860
phanley@hanleylawgroup.com

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 26 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br>vs.<br>CONSUMER DEFENSE, LLC, ET AL.,<br><br>Defendant | Case No.: 2:18-CV-00030JCM-PAL<br><br>CERTIFICATE AS TO INTERESTED PARTIES-UPDATE |

### CERTIFICATE AS TO INTERESTED PARTIES-UPDATE

AS REQUIRED BY L. R. 7.1-1, ON 2/2/2018 I FILED AN ANSWER AND WROTE TO THE CHIEF JUDGE AS FOLLOWS WHICH HAS NOT BEEN ENTERED INTO THE RECORD OF A "COURT OF RECORD" WHICH MAKES ALL ORDERS VOID AND ALL ACTIONS OUTSIDE OF THEIR OATH OF OFFICE AND MAKES ALL PERSONAL PERSONNALLY LIABLE AAL ANSWERS, MOTIONS, LETTERS ARE INCORPORATED INTO AND MADE PART OF THIS STATEMENT AND FILING. (ALL NOT YET ADDRESSED BY THE COURT)

"Judicial Notice Letter Chief Judge, Gloria M. Navarro UNITED STATES DISTRICT COURT for the overtly criminal misconduct in this case via the personal action of all personal

Chief Judge, Gloria M. Navarro UNITED STATES DISTRICT COURT, appointed by a president, I worked for in Chicago, 18th floor. This is Judicial Notice: The court has no standing or jurisdiction and acted personally which makes everyone liable in a personal capacity.

That I do have Standing in this case:
1. I Have been served a Restraining Order which caused me Harm (Accounts closed and restricted)
2. My Conduct has been restricted via this court action.
3. This action through no action on my part has caused me Harm and the right to redress and file a request for Subrogation for all Parties which went unanswered properly and my filing of a

CERTIFICATE AS TO INTERESTED PARTIES-UPDATE - 1

   request to dismiss for lack of Standing, Jurisdictional grounds both Personal and Subject matter never addressed by the court which must stop and not proceed until entered into the record by the Plaintiff, Status, Standing and jurisdiction. (never done)"

 4 The disclosure statement must include the following certification: as required by LR 7.1-1 (a)

   The undersigned, party, Phillip Francis Hanley, Living Natural Man, certifies that the following may have a direct, pecuniary interest in the outcome of this case: These representations are made to enable judges of the court to evaluate possible disqualifications or recusal. Signature, Party:

  s/ Phillip Francis Hanley

Copies of Letter to Chief Judge and Answer with motion to dismiss and request for Certification to Subrogation for all Defendants are attached and made part of this filing update.

 I say here and will verify in open Court, that all Herein be true.

        s/ Phillip Francis Hanley  3/21/2018
        Phillip Francis Hanley, Living natural man
        _____, 3/21/2018

CERTIFICATE AS TO INTERESTED PARTIES-UPDATE - 2

**Certificate of Service**

**I hereby certify that on 2/22/2018**
**The following manner of service Via FAX on:**

**U.S. District**
**Judge: James C. Mahan**
**Plaintiff Attorneys**
FTC
Adam M Wesolowski
Gregory A. Ashe
FAX: 202-326-3768

U.S. Attorneys
Dayle Elieson
Blaine T. Welsh
FAX: 702-388-6787

**I say here and will verify in open Court, that all Herein be true.**

　　　　　　　　　　s/ Phillip Francis Hanley____ 2/22/2018

　　　　　　　　Phillip Francis Hanley, Living natural man

**Certification of Service**

[PLEADING TITLE] - 1

Commented [h1]:

Phillip Francis Hanley, Natural living man,
C/O 406 Henry Road, Oneida, Wisconsin [54155]
Phone 801-305-4299 FAX-888-726-9860
phanley@hanleylawgroup.com



## UNITED STATES DISTRICT COURT
## DISTRICT OF Nevada

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: 2:18-CV-00030JCM-PAL |
| Plaintiff, | |
| vs. | JUDICIAL NOTICE LETTER CHIEF JUDGE, GLORIA M. NAVARRO UNITED STATES DISTRICT COURT FOR THE OVERTLY CRIMINAL MISCONDUCT IN THIS CASE VIA THE PERSONAL ACTION OF ALL PERSONAL |
| CONSUMER DEFENSE, LLC, ET AL., | |
| Defendant | |

**Judicial Notice Letter Chief Judge, Gloria M. Navarro UNITED STATES DISTRICT COURT for the overtly criminal misconduct in this case via the personal action of all personal**

Chief Judge, Gloria M. Navarro UNITED STATES DISTRICT COURT, appointed by a president, I worked for in Chicago, 18th floor. This is Judicial Notice: The court has no standing or jurisdiction and acted personally which makes everyone liable in a personal capacity.

That I do have Standing in this case:
1. I Have been served a Restraining Order which caused me Harm (Accounts closed and restricted)
2. My Conduct has been restricted via this court action.
3. This action through no action on my part has caused me Harm and the right to redress and file a request for Subrogation for all Parties which went unanswered properly and my filing of a request to dismiss for lack of Standing, Jurisdictional grounds both Personal and Subject matter never addressed by the court which must stop and not proceed until entered into the record by the Plaintiff, Status, Standing and jurisdiction. (never done)

JUDICIAL NOTICE LETTER CHIEF JUDGE, GLORIA M. NAVARRO UNITED STATES DISTRICT COURT FOR THE OVERTLY CRIMINAL MISCONDUCT IN THIS CASE VIA THE PERSONAL ACTION OF ALL PERSONAL - 1

4  The court has exceeded its Judicial authority and in it's private capacity put ALL persons in this case at risk and you personally as their superior Administrator for the overtly criminal misconduct. Criminal complaint to follow if not dismissed (see motion for dismissal as part of my Answer see Attached filed copies.

This is to enlighten your conscience to the persecution going on in your so-called District Court, your judicial officers, clerical staff, and Attorneys at law do not abide by their Oath of offices and do not act in conformity with the Court Rules, Administrative orders of the Supreme Court, Compiled Laws, Rules of professional conduct, or Natural Law.

The referee appointed by this court did not post a proper bond or any real bond, (see filing of referee's bond. His Actions are a Larceny and act of conspiracy in a simulated legal process done under color of law, the same being a federal criminal civil rights violation, which you have a duty to prosecute in accordance with Article VI and the 14th Amendment of the Constitution of the United States.(See Phillip Hanley's answer to show cause and Demand Motion to have Plaintiff or Prosecutor to Certify That I, PHILLIP FRANCIS HANLEY AND ALL DEFENDANTS HAVE THE RIGHT OF SUBROGATION, Filed 2/5/2018, Entered 2/6/2018, Note Postal Stamp on Documents.

1) The Full Legal Name of the Court is Concealed;
2) No Seal of a court of record is evident;
3) Alleged officers of the court represent themselves by pseudonym instead of their full Legal names;
4) Alleged legal documents they submitted have omissions that simulate a legal process and are intended to obstruct justice.
5) Standing and Jurisdictional Issued once raised, freezes the court and no Other Action may be taken until entered from the record on to the record in open court. (See Answer to show cause why a preliminary injunction should not issue and Judicial Notice of improper standing and both Subject matter and Personal
6) Motion for Right of Subrogation for certification of all Defendant's was never addressed.
7) The Simulated Judicial process action has put all personal including you outside of the immunity shield and may be

JUDICIAL NOTICE LETTER CHIEF JUDGE, GLORIA M. NAVARRO UNITED STATES DISTRICT COURT FOR THE OVERTLY CRIMINAL MISCONDUCT IN THIS CASE VIA THE PERSONAL ACTION OF ALL PERSONAL - 2

personally sued for damages caused by these actions and omissions.

8) You Now Know, and it is your sworn duty to Prosecute the Offenders and Void the Courts Orders and Freezes placed on all assets Business and personal.

9) A few hours before court the FTC filed 3,000 Pages of documents and motion which the Judge nor the Defendants could review or respond. This is the definition of "Surprise" and illegal with no proper Notice.

Court Rules Binds the Chief judge(you) to Specific judicial and executive duties including: as director of the administration of the court, a chief judge shall have administrative superintending power and control over the judge of the court and all court personnel with authority and responsibility to "the specifics that follow are listed in Rule

Case Number: 2:18-CV-00030-JCM-PAL is but one example of the RICO type conspiracy happening on your watch. This simulated legal process against (alleged Defendant) is sin against God. All (Alleged Defendants) as stated on this unauthorized legal process is likewise persecuted under similar documentary Alleged evidence of perjury (Please investigate and adjudicate).

Subrogation for all defendants, Standing and jurisdiction have been challenged and the court cannot proceed without curing these issues.

When demanded to produce their authority to even be in court not one attorney, Judge(administrator) produced for the record their License Oath or Bond. The Plaintiffs have not provided their authority and the Headings in the case are void on their face see Court rules for Style and requirements. The FTC has no authority to sue.

The Lack of the use of Court Seals evidences that Habeas Corpus has been suspended and the Country is under martial law; or that insurgents have usurped the office of civil authorities and are engaged in war crimes.

In violation of the Lieber Code martial law and Constitution of the United States civil protections, your subordinates are using the courts, which

JUDICIAL NOTICE LETTER CHIEF JUDGE, GLORIA M. NAVARRO UNITED STATES DISTRICT COURT FOR THE OVERTLY CRIMINAL MISCONDUCT IN THIS CASE VIA THE PERSONAL ACTION OF ALL PERSONAL - 3

you have superintending control over and their civil office, for private gain. In violation of their appointment and oath of office.

Their behavior could be construed as that of belligerents in an ongoing rebellion.

I demand an investigation into this wrongdoing, the return of all private property associated with this "case", including the face value of any negotiable instruments created as part of this scheme paid to Alleged defendants in legal tender, the restoration of sui juris legal status, and the prosecution of all wrongdoers. I request and Demand for the empanelment of a Grand Jury.

I demanded the Licenses and Oath of all court personal, attorneys and Judges and None was provided

I requested that all Bonds in this case be brought forward and None were presented. This is the only way to prove the people in the court have the right to be there and acting in their proper capacity. I called the Supreme Court Clerk (Keeper of the Records for Practicing attorneys) and was told by the clerk, "that their License and Oaths are currently in good standing is private matter." She could not let me know if the attorney in this case has a valid license, Oath and Bond. All of which are required for this court action. The clerk said "call the BAR Association" a private group.

Now comes the Claimant, Phillip Francis Hanley, age 70, Natural Living Man, state for the record. This Court has the requirement to Dismiss with prejudice and grant my costs and fees in this cause. I, Phillip Francis Hanley reserve all my rights and give up none unless in writing with my written authorization. There are no Presumption allowed by me. Time is of the essence.

I say here and will verify in open Court, that all Herein be true.

s/ Phillip Francis Hanley 3/2/2018
Phillip Francis Hanley, Living natural man

_____, 3/2/2018

JUDICIAL NOTICE LETTER CHIEF JUDGE, GLORIA M. NAVARRO UNITED STATES DISTRICT COURT FOR THE OVERTLY CRIMINAL MISCONDUCT IN THIS CASE VIA THE PERSONAL ACTION OF ALL PERSONAL - 4

Phillip Francis Hanley, Natural living man,
C/O 406 Henry Road, Oneida, Wisconsin [54155]
Phone 801-305-4299 FAX-888-726-9860
phanley@hanleylawgroup.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| FEDERAL TRADE COMMISSION, | Case No.: 2:18-CV-00030JCM-PAL |
|---|---|
| Plaintiff, | |
| vs. | ANSWER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE. AND JUDICIAL NOTICE OF IMPROPER STANDING AND JURIDICATION PERSONAL AND SUBJUECT MATTER REQUIRING A STAY OR VOIDING OR DISMISSAL OF ALL PROCEEDING UNTIL THESE ISSUES ARE CURED |
| CONSUMER DEFENSE, LLC, ET AL., | |
| Defendant | |

1) Notice to principal is notice to agent and notice to agent is notice to principal, I will accept your oath after being posted with proper bond in this case. Under Federal Law which is applicable to all states, the U.S. Supreme Court stated" that if a court is without authority, its judgments and orders are regarded as nullities." Elliot v Piersol, 1 pet. 328, 340, 26 U.S. 328, 340 (1828)

2) I, Phillip Francis Hanley, Living, Natural man, demand Strict Proof of "Legislative authority or Law" (not Color of Law) that created Lawyers, The "Bar association, and Actual Licensing.
    a. I demand a copy of the Legislative Enacted Law that gave any authority. If None this Proceeding is Void Now from the start.
    b. I demand the Prosecutors provide strict proof where they get their authority to deny my common-law rights. I claim all my authority of the republic laws only.

ANSWER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE. AND JUDICIAL NOTICE OF IMPROPER STANDING AND JURIDICATION PERSONAL AND SUBJUECT MATTER REQUIRING A STAY OR VOIDING OR DISMISSAL OF ALL PROCEEDING UNTIL THESE ISSUES ARE CURED - 1

c. I, demand strict proof and evidence of your legislative enacted law granting you a license to be in court. (Not Color of law such as a BAR Union Membership)

3) This case is Void, and all acting in this action are personally liable to all defendants unless Legislative authority is provided.

4) I demand strict proof required of Judge and attorneys in this case to provide their License, Oath and Bond and their Authority to sit on the bench or process this case.

5) I, demand, strict proof of standing, Jurisdiction both Personal and Subject Matter.

6) I, demand this case be Dismissed for Fraud on the part of the Plaintiffs' who are both fraudulent and personally liable for Mis-presentation, dishonest service, fraud and much more.

7) I, Phillip Francis Hanley demand as My authority as a Private Attorney General under the Judicial Act, Private Attorney General Act, and Administrative Procedures Act. Require Y to produce the law that says a lawyer can represent the law in this matter. Strict proof required.

8) I, require the Legislative Law enacted by congress that allows you, Lawyers/BAR members without actual license to practice and learned in the common law, to create this paperwork. This means the Law enacted which approved Licensing for Lawyers, strict proof required.

   a. I, Phillip Francis Hanley, living Natural man, retain all My rights unless by written authorization signed and dated by me

9) Until such postings on the record I consider all orders Null and Void all proceedings are void ab initio. Proof of claim and Standing and Subject matter both Personal and Subject matter are entered into the record in open court. Minute orders are not a court of Record.

10) Now comes the claimant, Phillip Francis Hanley, Living Natural Man, after being issued an Order by this court to restrain and an Order with asset freeze. This Court Has Harmed Me both personally and professionally. This Court has violated my due process as a senior citizen.

ANSWER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE. AND JUDICIAL NOTICE OF IMPROPER STANDING AND JURIDICATION PERSONAL AND SUBJUECT MATTER REQUIRING A STAY OR VOIDING OR DISMISSAL OF ALL PROCEEDING UNTIL THESE ISSUES ARE CURED - 2

11) I have the Right by Law to request for all defendants a copy of your Oath of Office and a copy of your bond to be to be posted in this case you cause any damage to me.

12) I demand a copy of all attorneys for the Plaintiff and Judges to post on the record, strict proof required.
   a. Judge: James C. Mahan
   b. ADAM M. WESOLOWSKI
   c. GREGORY A. ASHE
   d. DAYLE ELIESON
   e. BLAINE T. WELSH
   f. DAVID C. SHONKA
   g. STEVEN W. MYHRE
   h. Thomas W. McNamara
      i. LACK OF JUDICIAL IMMUNITY, NEITHER Judges or Attorneys are above the law. United States v Issacs, 493 F.2d 1124 1143 (7th Cir. 1974)
      ii. "A departure by the court from those recognized and established requirements of law, however close apparent adherence to mere form from in method of procedure, which has the effect of depriving one of a constitutional right, is an excess of jurisdiction" Wuest v Wuest, 127 P2d 934, 937.

13) Issues of Standing and Jurisdiction may be raised at any time and IT MUST BE SHOWN AND PROVED the court cannot proceed with out and until these issues are proven on the record in open court, Minute Order are not on the record." IT BECOMES THE DUTY AND THE BURDEN OF THE PARTY CLAIMING THAT THE COURT HAS SUBJECT MATTER JURISDICTION AND TO PROVIDE EVIDENCE FROM THE record OF THE CASE THAT THE COURT HOLDS SUBJECT-MATTER JURISDICTION."
   a. BINDELL V CITY OF HARVEY, 212 ILL.APP.3D 1042, 571 N.E. 2d 1017 (1st Dist. 1991) (the burden of proving jurisdiction rest upon the party asserting it)
   b. Until the plaintiff submits uncontroversial evidence of the subject-matter jurisdiction to the court that court has subject-matter jurisdiction the court is proceeding

ANSWER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE. AND JUDICIAL NOTICE OF IMPROPER STANDING AND JURIDICATION PERSONAL AND SUBJUECT MATTER REQUIRING A STAY OR VOIDING OR DISMISSAL OF ALL PROCEEDING UNTIL THESE ISSUES ARE CURED - 3

without subject-matter jurisdiction. Loos v American Energy Savers, Inc. 168 Ill. App3d 558, 522 N.E. 2d 841 (1988) "Where Jurisdiction is contested, the burden of establishing it rest upon the plaintiff")

c. "ONCE JURISDICTION IS CHALLENGED, THE COURT CANNOT PROCEED WHEN IT CLEARLY APPEARS THAT THE COURT LACKS JURISDICTION, THE COURT HAS NO AUTHORITY TO REACH MERITS, BUT RATHER, SHOULD DISMISS THE ACTIO." MELO V US, 505 F2d 1026.

d. "no sanctions can be imposed absent proof of jurisdiction" Standard v Olsen, 74 S. Ct. 768

14) I require all Oaths' of office be entered with copies of the bonds of each Judge and attorneys entered into the record all proceedings are void ab initio.

15) I, Phillip Francis Hanley, a living Natural Man state that I am a Senior citizen and therefore am asking this court to honor his oath of office and each attorney to read into the record their Oath and Bond for this case.

16) I, Phillip Francis Hanley, Living Man, do not consent to these proceeding or any time restriction My claims and demands are entered on the record.

17) I, Phillip Francis Hanley, Living Man, do not consent to any Hearing that do not give me 30 Days to reply or file.

18) I, Phillip Francis Hanley, Living Man, Your offer is not accepted.

19) I, Phillip Francis Hanley, Living Man, I do not consent to being surety for this case and these proceedings

20) I, Phillip Francis Hanley, Living Man, I demand the bond be immediately brought forward, so I can see who indemnify me if I am damaged as a senior which will increase damages.

21) I request discovery

22) I demand Proof of Claim, there is No government code sections which apply to me UNLESS AND UNTIL I WILLINGLY, KNOWINGLY AND INTENTIONALLY, HAVING BEEB FULLY INFORMED OF THE NEGATIVE CONSEQUENCES THEREOF PRIOR THERETO, VOLUNTARYLY AGREE TO SUBMIT MYSELF TO THE AUTHORITY OF ANY MANNOR OR STYLE OF ANYONE OR ANY ORGANIZATION THAT MAY ASSERT ITSELF.

ANSWER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE. AND JUDICIAL NOTICE OF IMPROPER STANDING AND JURIDICATION PERSONAL AND SUBJUECT MATTER REQUIRING A STAY OR VOIDING OR DISMISSAL OF ALL PROCEEDING UNTIL THESE ISSUES ARE CURED - 4

23) **I DEMAND STRICT PROOF REQUIRED THAT I AND ALL THE DEFENDANTS ARE UNDER THE JURISDICTION OF THE U.S. GOVERNMENT. SEE FOURTEENTH AMENDMENT**

24) **I will be posting a 5-million-dollar Bond to this case and require all attorneys and Judges to do the same as required by Law.**

**Wherefore Claimant, Phillip Francis Hanley, Living Natural Man, Demand this case and all Orders Null and Void Until such a Hearing after Properly posted Oaths and Bonds are entered into the record in open court. Again, this court cannot proceed until these issues are entered on the record in open court. I claim my demands for all Defendants in this case as due process requires. i also request the bond of the "Receiver's Bond of $10,000 be increased to 5 Million and that he be held personally labial for any acts outside of his court appointed and entered duties into the record.   (so that if he steps outside of the stated duties he will be personally liable.**

**Now comes the Claimant, Phillip Francis Hanley, age 70, Natural Living Man, state for the record This Court has the requirement to Dismiss with prejudice and grants my costs and fees in this cause. I, Phillip Francis Hanley reserve all my rights and give up none unless in writing with my written authorization.  Time is of the essence as you gave only**

**I say here and will verify in open Court, that all Herein be true.**

**s/ Phillip Francis Hanley  2/2/2018**
**Phillip Francis Hanley, Living natural man**

_____ 2/2/2018

ANSWER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE. AND JUDICIAL NOTICE OF IMPROPER STANDING AND JURIDICATION PERSONAL AND SUBJUECT MATTER REQUIRING A STAY OR VOIDING OR DISMISSAL OF ALL PROCEEDING UNTIL THESE ISSUES ARE CURED - 5

# Certificate of Service

I hereby certify that on 2/2/2018
The following manner of service Via FAX or Email

**U.S. District Court**
**Judge: James C. Mahan**
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

**Plaintiff Attorneys**

FTC
Adam M Wesolowski
Gregory A. Ashe
FAX: 202-326-3768

U.S. Attorneys
Steven W. Myhre
Dayle Elieson
Blaine T. Welsh
FAX: 702-388-6787

Receiver (court Appointed)
Thomas McNamara
FAX: 619-269-0401

Defendant Attorneys

Benjamin Horton
Benhortonesq@yahoo.com

Matthew Lewis
801-532-7543

**I say here and will verify in open Court, that all Herein be true.**

s/ Phillip Francis Hanley     2/2/2018

Phillip Francis Hanley, Living natural man

_[signature]_ 2/2/2018

DEMAND MOTION TO HAVE PLAINTIFF OR PROSCUTOR TO CERTIFY THAT I, PHILLIP FRANCIS HANLEY AND ALL DEFENDANTS HAVE THE RIGHT OF SUBROGATION. - 2

GREEN BAY WI
FEB 02 18
AMOUNT
**$6.91**
R23039104087-11

1000      89101

7017 1000 0001 1257 8776

To Be filed upon Receipt
Clerk of the Court (Judge James C Mahan)
333 Las Vegas Blvd.
Las Vegas, Nevada [89101]

RETURN RECEIPT REQUESTED

4406 Henry Road
Oneida, Wisconsin [54155]

```
FILED          RECEIVED
ENTERED        SERVED ON
               COUNSEL/PARTIES OF RECORD

FEB - 5 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY                       DEPUTY
```

Phillip Francis Hanley, Natural living man,
C/O 406 Henry Road, Oneida, Wisconsin [54155]
Phone 801-305-4299 FAX-888-726-9860
phanley@hanleylawgroup.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| FEDERAL TRADE COMMISSION, | Case No.: 2:18-CV-00030JCM-PAL |
|---|---|
| Plaintiff, | |
| vs. | |
| CONSUMER DEFENSE, LLC, ET AL., | DEMAND MOTION TO HAVE PLAINTIFF OR PROSCUTOR TO CERTIFY THAT I, PHILLIP FRANCIS HANLEY AND ALL DEFENDANTS HAVE THE RIGHT OF SUBROGATION. |
| Defendant | |

   Now Comes, Phillip Francis Hanley, Living Natural Man, and demand the Judge have the Prosecutors and Plaintiffs' certify that "Phillip Francis Hanley and all defendants have the right of subrogation in writing before Wednesdays, February 7th, 2018 at 10:00 a.m. hearing.  Please provide case file and Bonds
   The Court cannot refuse this demand per the Supreme Court Rulings, (Citations upon request) The Judge Knows.  This Court Should not enter a preliminary injunction but issue an Order for Dismissal of this case based on the unclean hands of the Plaintiff and Prosecutors in this case.
   Now comes the Claimant, Phillip Francis Hanley, age 70, Natural Living Man, state for the record This Court has the requirement to Dismiss with prejudice and grants my costs and fees in this cause. I, Phillip Francis Hanley reserve all my rights and give up none unless in writing with my written authorization.  Time is of the essence as you gave only
   I say here and will verify in open Court, that all Herein be true.

s/ Phillip Francis Hanley 2/2/2018

Phillip Francis Hanley, Living natural man

_____ 2/2/2018

DEMAND MOTION TO HAVE PLAINTIFF OR PROSCUTOR TO CERTIFY THAT I, PHILLIP FRANCIS HANLEY AND ALL DEFENDANTS HAVE THE RIGHT OF SUBROGATION. - 1

# Certificate of Service

**I hereby certify that on 2/2/2018
The following manner of service Via FAX or Email**

**U.S. District Court
Judge: James C. Mahan
333 S. Las Vegas Blvd.
Las Vegas, NV 89101**

**Plaintiff Attorneys**

FTC
Adam M Wesolowski
Gregory A. Ashe
FAX: 202-326-3768

U.S. Attorneys
Steven W. Myhre
Dayle Elieson
Blaine T. Welsh
FAX: 702-388-6787

Receiver (court Appointed)
Thomas McNamara
FAX: 619-269-0401

**Defendant Attorneys**

Benjamin Horton
Benhortonesq@yahoo.com

Matthew Lewis
801-532-7543

**I say here and will verify in open Court, that all Herein be true.**

s/ Phillip Francis Hanley   2/2/2018

Phillip Francis Hanley. Living natural man

_____ 2/2/2018

DEMAND MOTION TO HAVE PLAINTIFF OR PROSCUTOR TO CERTIFY THAT I, PHILLIP FRANCIS HANLEY AND ALL DEFENDANTS HAVE THE RIGHT OF SUBROGATION. - 2

Stanley Hirsch
5705 Hursh Rd
Oneida, WI 54155

Clerk of the Court
333 So. Las Vegas Blvd.
Las Vegas, NV 89101

NON MACHINABLE

CERTIFIED MAIL

7017 ____ ____ 9636 4919

U.S. POSTAGE PAID
GREEN BAY, WI
54303
MAR 23 18
AMOUNT
$4.58
R2304M113149-16