# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Federal Trade Commission,

                          Plaintiff,

          v.

Consumer Defense LLC, et al.,

                          Defendants.

JUDGMENT IN A CIVIL CASE FOR ATTORNEY'S FEES

Case Number: 2:18-cv-00030-JCM-PAL

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of receiver Thomas W. McNamara's motion for attorney's fees. The court approves the payment of the following requested amounts for fees and expenses incurred through 2/28/2018 from the estate's assets currently within the receiver's control: $55,512.50 fees and $3,557.20 expenses of the receiver and professional staff to be paid to Thomas W. McNamara d/b/a Regulatory Resolutions; $49,017.50 fees and $6,488.89 expenses of the receiver's counsel, McNamara Smith LLP; $933.30 fees of the receiver's local counsel, Ballard Spahr LLP; $5,600.00 fees and $938.09 expenses of the receiver's computer forensic expert, Hadron Computer Forensics & Investigations; and $12,188.10 fees of the receiver's forensic accountant, Lone Peak Valuation Group.

6/8/2018
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ M. Reyes
_____
Deputy Clerk