ALDEN F. ABBOTT
General Counsel
GREGORY A. ASHE
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Telephone: 202-326-3719 (Ashe)
Facsimile: 202-326-3768
Email: gashe@ftc.gov

DAYLE ELIESON
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **CONSUMER DEFENSE, LLC,** *et al.*, <br><br> Defendants. | Case No. 2:18-cv-00030-JCM-PAL <br><br> **FTC'S MOTION FOR LEAVE TO WITHDRAW ADAM WESOLOWSKI AS ATTORNEY FOR THE FTC** |

Pursuant to Local Civil Rule IA 11-6(b), Plaintiff Federal Trade Commission ("FTC") hereby moves the Court for leave to withdraw Adam Wesolowski as attorney for the FTC in this matter. In support thereof, the FTC states as follows:

1. After five years of exemplary service, Mr. Wesolowski has left the FTC to become a staff law clerk with the United States District Court for the Middle District of Pennsylvania. Mr. Wesolowski's last day of employment with the FTC was August 3, 2018.

2. FTC attorney Gregory Ashe will remain lead counsel for the FTC in this matter.

3. Mr. Wesolowski's withdrawal will not result in any delay of discovery, the trial, or any hearing in this case.

Accordingly, the FTC respectfully requests leave to withdraw Mr. Wesolowski as counsel for the FTC in this matter.

Dated August 6, 2018

Respectfully submitted,

ALDEN F. ABBOTT
General Counsel

*/s/ Gregory A. Ashe*
GREGORY A. ASHE
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20850
Telephone: 202-326-3719 (Ashe)
Facsimile: 202-326-3768
Email: gashe@ftc.gov

DAYLE ELIESON
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**IT IS SO ORDERED** this 21st day of August, 2018.

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 6, 2018, a true and correct copy of **FTC'S MOTION FOR LEAVE TO WITHDRAW ADAM WESOLOWSKI AS ATTORNEY FOR THE FTC** was filed electronically with the United States District Court for the District of Nevada using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

*/s/Gregory A. Ashe*
Attorney for Plaintiff Federal Trade Commission
