Karra J. Porter, Utah Bar No. 5223
Karra.Porter@chrisjen.com
J. D. Lauritzen, Utah Bar No. 14237
JD.Lauritzen@chrisjen.com
**CHRISTENSEN & JENSEN, P.C.**
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone:  801-323-5000
Facsimile: 801-355-3472

Gregory A. Miles
GMiles@RoyalMilesLaw.com
Nevada Bar No. 4336
**ROYAL & MILES LLP**
1522 W. Warm Springs Road
Henderson, NV 89014
(702) 471-6777
Fax:  (702) 531-6777

*Attorneys for Defendants: Consumer Defense, LLC (Nevada), Consumer Link, Inc., Consumer Defense, LLC (Utah), Preferred Law, PLLC, American Home Loan Counselors; Consumer Defense Group, LLC, American Home Loans, LLC, AM Property Management, LLC, FMG Partners, LLC, Brown Legal, Inc., Zinly, LLC, Jonathan P. Hanley, Sandra X. Hanley*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff(s),<br><br>v.<br><br>CONSUMER DEFENSE, LLC, et al.<br><br>Defendant(s). | Case No.:    2:18-cv-00030-JCM-PAL |

## STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO FTC'S OPPOSITION TO DEFENDANTS' MOTION FOR RELEASE OF FUNDS FOR ATTORNEY'S FEES

Plaintiff and Defendants Consumer Defense, LLC (Utah), Preferred Law, PLLC, American Home Loan Counselors, Consumer Defense Group, LLC, American Home Loans, LLC, AM Property Management, LLC, FMG Partners, LLC, Brown Legal, Inc., Zinly, LLC,

1

Jonathan P. Hanley, and Sandra X. Hanley, stipulate to extend the time for the Defendants to file their reply to the FTC's Opposition to Defendants' Motion for Release of Funds for Attorney's Fees filed September 14, 2018. *See* DE-138. Defendants' response to the FTC's opposition is currently due September 21, 2018. The parties have stipulated that Defendants may have until September 28, 2018 to respond to the FTC's opposition. This is the first request for extension of time to respond to the FTC's opposition.

DATED: September 20, 2018. **CHRISTENSEN & JENSEN, P.C**.

*/s/ J.D Lauritzen*
Karra J. Porter
J. D. Lauritzen
257 East 200 South, Suite 1100
Salt Lake City, UT 84111

**ROYAL & MILES, LLP**

*/s/ Gregory A. Miles*
Gregory A. Miles
1522 W. Warm Springs Road
Henderson, NV 89014
*Attorneys for Defendants Consumer Defense, LLC (Nevada), Consumer Link, Inc., Consumer Defense, LLC (Utah), Preferred Law, PLLC, American Home Loan Counselors; Consumer Defense Group, LLC, American Home Loans, LLC, AM Property Management, LLC, FMG Partners, LLC, Brown Legal, Inc., Zinly, LLC, Jonathan P. Hanley, Sandra X. Hanley*

DATED: September 20, 2018   ALDEN F. ABBOTT
General Counsel

*/s/ Gregory A. Ashe*
GREGORY A. ASHE
JASON D. SCHALL
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20850
Telephone: 202-326-3068 (Wesolowski)
Telephone: 202-326-3719 (Ashe)
Facsimile: 202-326-3768

Email: jschall@ftc.gov, gashe@ftc.gov
DAYLE ELIESON
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION\

IT IS SO ORDERED.

DATED: September 21, 2018.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of **STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO FTC'S OPPOSITION TO DEFENDANTS' MOTION FOR RELEASE OF FUNDS FOR ATTORNEY'S FEES** was served to the following via the Court's CM/ECF system this 20th day of September, 2018:

GREGORY A. ASHE
JASON D. SCHALL
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20850
Telephone: 202-326-3068 (Wesolowski)
Telephone: 202-326-3719 (Ashe)
Facsimile: 202-326-3768
Email: jschall@ftc.gov, gashe@ftc.gov

DAYLE ELIESON
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787

*Attorneys for Plaintiff Federal Trade Commission*

ANDREW ROBERTSON
EDWARD CHANG
McNamara Smith LLP
655 West Broadway, Suite 1600 San
Diego, CA 92101
Telephone: 619-269-0400 Facsimile:
619-269-0401
Email:
arobertson@mcnamarallp.com,
echang@mcnamarallp.com
*Attorneys for Thomas McNamara, Court-Appointed Receiver*

BENJAMIN HORTON
793 W Centino Drive, #C208
South Jordan, Utah 84095
801-814-4913

benhortonesq@yahoo.com
Defendant *pro se*

                                  */s/ Miranda Riley*
                                  Legal Secretary, CHRISTENSEN & JENSEN, P.C.