UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br>v.<br>CONSUMER DEFENSE LLC, et al.,<br><br>  Defendants. | Case No. 2:18-cv-0030-JCM-PAL<br><br>ORDER<br><br>(Emg Mot WD Atty – ECF No. 142) |

This matter is before the court on Christensen & Jenson, P.C.'s Motion to Withdraw as Counsel of Record (ECF No. 142) for individual defendants Jonathan P. Hanley and Sandra X. Hanley, and corporate defendants Consumer Defense, LLC, Preferred Law, PLLC, American Home Loan Counselors, Consumer Defense Group, LLC, American Home Loans, LLC, AM Property Management, LLC, FMG Partners, LLC, Brown Legal, Inc., and Zinly, LLC. The court has reviewed the motion, plaintiff's Non-Opposition (ECF No. 143), and attorney Gregory Miles' Joinder (ECF No. 144) as local counsel.

The motion was filed an emergency motion because the parties "need to know immediately whether counsel for defendants will be permitted to withdraw" as any delay will reduce the time for the parties to meet concerning existing court-imposed deadlines. Additionally, counsel represents that the attorney-client relationship has irreparably broken down and continued representation would impose an unreasonable financial burden. Counsel has not been paid for substantial work performed. Defense counsel has had great difficulty in communicating with his client, the client has failed to cooperate with him, and has failed to pay costs and fees. John Lauritzen and Karra Porter of Christensen & Jensen, and local counsel Gregory A. Miles therefore seek leave to withdraw as counsel of record.

1

1 | A Discovery Plan and Scheduling Order (ECF No. 121) was entered August 2, 2018, which
2 | stablished a March 15, 2019 discovery cutoff.

The court will grant the motion to withdraw but require the corporate defendants to retain substitute counsel. A corporation cannot appear except through counsel. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201–02 (1993); *Reading Int'l, Inc. v. Malulani Grp., Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016). The Ninth Circuit has held that default judgment is an appropriate sanction for a corporation's failure to retain counsel for the duration of the litigation. *United States v. High Country Broadcasting*, 3 F.3d 1244, 1245 (9th Cir. 1993).

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. John Lauritzen and Karra Porter of Christensen & Jenson and local counsel Gregory A. Miles' Motion to Withdraw (ECF No. 142) is **GRANTED**.

2. Defendants Jonathan P. Hanley and Sandra X. Hanley shall have until **December 20, 2018** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that he will be appearing in this matter *pro se.*, that is, representing themselves.

3. Defendant Jonathan P. Hanley and Sandra X. Hanley's failure to timely comply with this order by either obtaining substitute counsel or filing a notice that they will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the District Judge of default judgment.

3. As defendants Consumer Defense, LLC, Preferred Law, PLLC, American Home Loan Counselors, Consumer Defense Group, LLC, American Home Loans, LLC, AM Property Management, LLC, FMG Partners, LLC, Brown Legal, Inc., and Zinly, LLC are corporations and must have counsel, they shall have until **December 20, 2018** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice.

4. Defendants Consumer Defense, LLC, Preferred Law, PLLC, American Home Loan Counselors, Consumer Defense Group, LLC, American Home Loans, LLC, AM Property Management, LLC, FMG Partners, LLC, Brown Legal, Inc., and Zinly, LLC's failure to timely comply with this order by obtaining substitute counsel may result in the imposition of sanctions, which may include a recommendation to the District Judge of default judgment.

5. The Clerk of the Court shall serve the defendants with a copy of this order at their last known addresses:

Consumer Defense, LLC
c/o 655 West Broadway, Ste 1600
San Diego, CA 92101

Preferred Law, PLLC
c/o 655 West Broadway, Ste 1600
San Diego, CA 92101

American Home Loan Counselors
c/o 655 West Broadway, Ste 1600
San Diego, CA 92101

Consumer Defense Group, LLC
c/o 655 West Broadway, Ste 1600
San Diego, CA 92101

American Home Loans, LLC
c/o 655 West Broadway, Ste 1600
San Diego, CA 92101

AM Property Management, LLC
c/o 655 West Broadway, Ste 1600
San Diego, CA 92101

FMG Partners
c/o 655 West Broadway, Ste 1600
San Diego, CA 92101

Brown Legal, Inc.
c/o 655 West Broadway, Ste 1600
San Diego, CA 92101

Zinly, LLC
c/o 655 West Broadway, Ste 1600
San Diego, CA 92101

Jonathan P. Hanley
9144 Maison Drive
Sandy, UT 84093

| | |
|---|---|
| 1 | Sandra X. Hanley |
| 2 | 9144 Maison Drive<br>Sandy, UT 84093 |
| 3 | DATED this 20th day of November 2018. |
| 4 | |
| 5 | _____<br>PEGGY A. LEEN<br>UNITED STATES MAGISTRATE JUDGE |