Abran E. Vigil (NV 7548)
vigila@ballardspahr.com
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958
Tel.:   702-471-7000
Fax:   702-471-7070

Edward Chang (NV 11783)
echang@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Tel.:   619-269-0400
Fax:   619-269-0401
*Attorneys for Court-Appointed Receiver,
Thomas W. McNamara*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:18-cv-00030-JCM-PAL |
| Plaintiff, | **ORDER RE: APPOINTMENT OF APPPRAISERS FOR THE PRIVATE SALE OF REAL PROPERTY PURSUANT TO 28 U.S.C. § 2001(b)** |
| v. | |
| CONSUMER DEFENSE, LLC, et al., | |
| Defendants. | JUDGE:   Hon. James C. Mahan |

On January 18, 2019, the Court granted the Receiver's Motion for Order Authorizing Sale of Real Property and Vehicles (ECF No. 101) and ordered the Receiver to file within seven days a proposed order that explicitly appoints three proposed appraisers. ECF No. 182 at 12-13. The Receiver has reviewed the qualifications and bids of ten appraisers, five for the commercial building (the Sandy office) and five for the residential property (the Park City condominium). The Receiver has recommended three appraisers for the Sandy office and three appraisers for the Park City condominium.

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that, for the Sandy office, the Receiver shall engage the following three appraisers to prepare appraisal reports: Bob Brown of CBRE Group, Inc., Stan Craft of Valbridge Property Advisors, and Darrin Liddell of Integra Realty Resources, Inc.

IT IS FURTHER ORDERED that, for the Park City condominium, the Receiver shall engage the following three appraisers to prepare appraisal reports: Walter Chudleigh of Summit Appraisal Group, William Kranstover of Kranstover Appraisal Services, and Randy Millett of Wasatch Back Appraisal.

IT IS FURTHER ORDERED that the Receiver is authorized to employ real estate agents to sell the Sandy office and Park City condominium.

IT IS FURTHER ORDERED that the Receiver shall file a motion for an order confirming any private sale of the Sandy office or Park City condominium.

DATED April 30, 2019.

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2019, pursuant to Fed. R. Civ. P. 5(b), I served via CM/ECF or delivered by email and mailing in the U.S. Mail, a true and correct copy of the foregoing **[PROPOSED] ORDER RE: APPOINTMENT OF APPPRAISERS FOR THE PRIVATE SALE OF REAL PROPERTY PURSUANT TO 28 U.S.C. § 2001(b)**, postage prepaid and addressed to the following:

**VIA CM/ECF**
Gregory A. Ashe
Jason Schall
Federal Trade Commission
600 Pennsylvania Ave. NW
Washington, DC 20580
Tel.:　202-326-3309 (Ashe)
Tel.:　202-326-2251 (Schall)
Fax:　202-326-2558 (Ashe)
Fax:　202-326-3768 (Schall)
gashe@ftc.gov
jschall@ftc.gov
*Attorneys for the Federal Trade Commission*

**VIA CM/ECF**
Blaine T. Welsh
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
Tel.:　702-388-6336
Fax:　702-388-6787
blaine.welsh@usdoj.gov
*Attorneys for the Federal Trade Commission*

**VIA CM/ECF**
Jonathan P. Hanley
9144 Maison Drive
Sandy, UT 84093
jonathanhanley22@gmail.com
*Pro Se*

**VIA EMAIL
& U.S. MAIL**
Sandra X. Hanley
9144 Maison Drive
Sandy, UT 84093
s.ximena.h@gmail.com
*Pro Se*

　/s/ Edward Chang
Edward Chang
*Attorneys for the Court-Appointed Receiver,
Thomas W. McNamara*