# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Federal Trade Commission,

               Plaintiff,

v.

Consumer Defense LLC, et al.,

               Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00030-JCM-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is entered against corporate defendants Consumer Defense, LLC, Preferred Law, PLLC, American Home Loan Counselors, Consumer Defense Group, LLC, American Home Loans, LLC, AM Property Management, LLC, FMG Partners, LLC, Brown Legal, Inc., and Zinley, LLC

4/30/2019  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Reyes  
Deputy Clerk