UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>CONSUMER DEFENSE LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:18-cv-00030-JCM-BNW<br><br>ORDER |

The court has conducted a review of this case. Currently pending before the undersigned judge are several discovery motions: Motion to Quash Subpoenas (ECF No. 196), Motion for Leave to Amend Motion to Quash (ECF No. 200); Motion to Determine Sufficiency of Answers to Requests for Admission (ECF No. 208); and Emergency Motion to Extend Discovery (ECF No. 216). Also before the court is a Motion for Settlement Conference (ECF No. 210).

As there are multiple discovery issues that need to be addressed by this court, it is premature for the undersigned to conduct a settlement conference at this stage in the case. However, if the parties truly feel that a settlement conference would be advantageous, the parties may *stipulate* to the undersigned retaining the case and addressing the discovery issues after the settlement conference if the case does not settle. Once the stipulation is received, the undersigned will set the settlement conference. If no stipulation is received, the Motion for Settlement Conference (ECF No. 210) will be denied and the case will be referred to the undersigned in the normal course. Accordingly,

**IT IS ORDERED** that:

1. The parties shall have until **June 11, 2019** to file a stipulation for the undersigned to remain on this case after a settlement conference is conducted if the case does not settle.

1

2. If a stipulation is not received by **June 11, 2019**, the undersigned will deny the Motion for Settlement Conference (ECF No. 210) and the case will be automatically referred to the undersigned for a settlement conference in the normal course.

DATED this 28th day of May, 2019.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE