**D. BRIAN BOGGESS, No. 4537**
**BOGGESS LAW GROUP**
7495 West Azure Drive, Suite 211
Telephone: (385)248-5700
Fax: (855)675-2674
Email: bboggess@boggesslawgroup.com
*Attorney for Defendants*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BOGGESS LAW GROUP**
7495 West Azure Drive, Suite 211
Las Vegas, Nevada 89130
(385) 248-5700 - Fax (855) 675-2674

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> CONSUMER DEFENSE, LLC, a Nevada limited liability company; CONSUMER LINK, INC., a Nevada corporation; PREFERRED LAW, PLLC, a Utah professional limited liability company; AMERICAN HOME LOAN COUNSELORS, a Utah corporation; AMERICAN HOME LOANS, LLC, a Utah limited liability company; CONSUMER DEFENSE GROUP, LLC, f/k/a MODIFICATION REVIEW BOARD, LLC, a Utah limited liability company; CONSUMER HOME DEFENSE, LLC, a Utah limited liability company; BROWN LEGAL, INC., a Utah corporation; AM PROPERTY MANAGEMENT, LLC, a Utah limited liability company; FMG PARTNERS, LLC, a Utah limited liability company; ZINLY, LLC, a Utah limited liability company; JONATHAN P. HANLEY, in his individual and corporate capacity; BENJAMIN R. HORTON, in his individual and corporate capacity; and SANDRA X. HANLEY, in her individual and corporate capacity, <br><br> Defendants. | **STIPULATION TO CONTINUE HEARING** <br><br> Case No: 2:18-cv-00030-JCM-BNW |

COME NOW, the Defendants, CONSUMER DEFENSE, LLC; CONSUMER LINK, INC.; AMERICAN HOME LOAN COUNSELORS; AMERICAN HOME LOANS, LLC; CONSUMER DEFENSE GROUP, LLC F/K/A MODIFICATION REVIEW BOARD, LLC; BROWN LEGAL, INC.; FMG PARTNERS, LLC; ZINLEY, LLC; JONATHAN P. HANLEY; AND SANDRA X. HANLEY, by and through their attorney of record, and the Plaintiff, FEDERAL TRADE COMMISSION, by and through its attorneys of record, and hereby stipulate, agree and seek this Court's Order as follows:

1.      On January 8, 2018, the FTC filed a complaint for permanent injunction and other equitable relief

against individuals Jonathan Hanley, Benjamin Horton[1], and Sandra Hanley, and against the entities Consumer Defense, LLC (Nevada), Consumer Link, Inc. (the "Nevada Corporate Defendants"), Preferred Law, PLLC, American Home Loan Counselors, Consumer Defense Group, LLC, Consumer Defense, LLC (Utah), Brown Legal, Inc., AM Property Management, LLC, FMG Partners, LLC, and Zinly, LLC (the "Utah Corporation Defendants") (all collectively the "Corporate Defendants") . (ECF No. 1.)

2.     On June 5, 2019, D. Brian Boggess entered his Notice of Appearance as Counsel for all of the Defendants, including the Corporate Defendants. (ECF No. 233.)

3.     At the time Counsel entered his appearance, various discovery-related Motions were pending before the Court, including Defendants' Emergency Motion to Extend Time Discovery. (ECF 216.)

4.     That Motion, as well as other pending Motions, has now been set for Hearing before the Court ON July 8, 2019 at 10:00 a.m. (ECF 244.)

5.     Counsel for Defendants has a conflict during the week of July 8, 2019, wherein he will be outside the reach of cellular phones and the internet while participating in a previously-scheduled fifty-mile backpacking trip with a group of scouts.

6.     Given Counsel's conflict, and the importance of the upcoming hearing on the outstanding discovery motions, the parties agree, stipulate and request that this Court continue the Hearing to a date and time convenient to the Court either before July 8, 2019 or on or after July 15, 2019.

7.     The only dates in July which Counsel for the parties **can not** appear are: July 8-12, July 23 and July 24, 2019. The undersigned Counsel will make themselves available any other July date.

///
///
///
///
///

---

[1]On June 5, 2018, the Court entered a stipulated order for permanent injunction and monetary judgment as to Defendant Horton, who is no longer actively involved in this matter. (ECF No. 111.)

**Boggess Law Group**
7495 West Azure Drive, Suite 211
Las Vegas, Nevada 89130
(385) 248-5700 - Fax (855) 675-2674

8.     This stipulation is made in good faith among and at the request of the parties, and not for purposes

of delay.

| | |
|---|---|
| BOGGESS LAW GROUP | ALDEN F. ABBOTT, General Counsel |
| By:  /s/ D. Brian Boggess | By:  /s/ Gregory A. Ashe |
| D. Brian Boggess | GREGORY A. ASHE |
| Nevada Bar No. 4537 | JASON D. SCHALL |
| 7495 W. Azure Drive, Suite 211 | Federal Trade Commission |
| Las Vegas, Nevada 89130 | 600 Pennsylvania Avenue NW |
| bboggess@boggesslawgroup.com | Washington, DC 20850 |
| *Attorney for Defendants* | Email: gashe@ftc.gov, jschall@ftc.gov |
| Dated this 27th day of June, 2019. | NICHOLAS A. TRUTANICH |
| | United States Attorney |
| | BLAINE T. WELSH |
| | Assistant United States Attorney |
| | Nevada Bar No. 4790 |
| | 501 Las Vegas Blvd. South, Suite 1100 |
| | Las Vegas, NV 89101 |
| | Email:        blaine.welsh@usdoj.gov |
| | *Attorneys for Plaintiff* |
| | Dated this 27th day of June, 2019. |

## ORDER

   **IT IS ORDERED** that the hearing on the Emergency Motion to Extend Discovery (ECF No. 216) currently set for 7/8/2019 is **VACATED** and **CONTINUED** to 7/19/2019 at 11:00 a.m. in Courtroom 3B.

_____
Honorable Brenda Weksler
United States Magistrate Judge

Dated: July 2, 2019

BOGGESS LAW GROUP
7495 West Azure Drive, Suite 211
Las Vegas, Nevada 89130
(385) 248-5700 - Fax (855) 675-2674