ALDEN F. ABBOTT
General Counsel
GREGORY A. ASHE
JASON D. SCHALL
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Telephone: 202-326-3719 (Ashe)
Telephone: 202-326-2251 (Schall)
Facsimile: 202-326-3768
Email: gashe@ftc.gov, jschall@ftc.gov

NICHOLAS A. TRUTANICH
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | **Case No. 2:18-cv-00030-JCM-BNW** |
| Plaintiff, | **STIPULATION AND ORDER REGARDING FILING SCHEDULE** |
| v. | |
| **CONSUMER DEFENSE, LLC,** *et al*., | |
| Defendants. | |

The FTC and Defendants, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. **Deposition of FTC's Expert**. The FTC identified the following dates during which its expert would be available for deposition: July 24, July 26, July 29, July 31, August 1,

1

August 2, August 8, August 12, August 13, August 14, August 15, August 16, August 20, August 22, and August 23. Defendants responded that they would not be available to take a deposition until September 5. Despite the availability of the FTC's expert on earlier dates, the parties agree that Defendants will take the deposition of the FTC's expert William Violette on September 5, 2019.

2. **Summary Judgment Briefing Schedule**. Defendants shall file any opposition to the FTC's Motion for Summary Judgment (ECF No. 255) on or before September 20, 2019.

3. Pursuant to Local Rule 7-2(b), the FTC shall file any reply brief in support of its Motion for Summary Judgment (ECF No. 255) on or before fourteen days after Defendants file any opposition brief.

4. This agreement shall be without prejudice to any party.

**IT IS SO ORDERED.**

_____
BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: August 14, 2019

**IT IS SO STIPULATED.**

| | |
|---|---|
| /s/ Gregory A. Ashe | /s/D. Brian Boggess (with permission) |
| GREGORY A. ASHE | D. BRIAN BOGGESS |
| JASON D. SCHALL | Nevada Bar No. 4537 |
| Federal Trade Commission | Boggess Law Group |
| 600 Pennsylvania Ave, N.W., CC-10232 | 7495 W. Azure Drive, Suite 211 |
| Washington, DC 20580 | Las Vegas, NV 89130 |
| Telephone: 202-326-3719 (Ashe) | Telephone: 385-248-5700 |
| Telephone: 202-326-2251 (Schall) | Facsimile: 855-675-2674 |
| Facsimile: 202-326-3768 | Email: bboggess@boggesslawgroup.com |
| Email: gashe@ftc.gov, jschall@ftc.gov | |
| | Attorney for Defendants |

NICHOLAS A. TRUTANICH
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 9, 2019, a true and correct copy of **STIPULATION AND ORDER REGARDING FILING SCHEDULE** was filed electronically with the United States District Court for the District of Nevada using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/Gregory A. Ashe
Attorney for Plaintiff Federal Trade Commission