Jonathan Hanley
3241 East Granite Point Circle
Sandy Utah 84092
801-913-5504 |
Jonathanhanley22@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

CONSUMER DEFENSE, LLC, *et. al.,*

    Defendants.

**CASE NO. 2:18-CV-00030-JCM-BNW**

**STIPULATION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS**

COME NOW, Jonathan Hanley in his capacity as a pro se Defendant and Defendants, CONSUMER DEFENSE, LLC; CONSUMER LINK, INC. AMERICAN HOME LOAN COUNSELORS; AMERICAN HOME LOANS, LLC; CONSUMER DEFENSE GROUP, LLC F/K/A MODIFICATION REVIEW BOARD, LLC; BROWN LEGAL, INC.; FMG PARTNERS, LLC; ZINLEY, LLC; SANDRA X. HANLEY, by and through their attorney of record, and the Plaintiff, FEDERAL TRADE COMMISSION, by and through its attorneys of record, and hereby stipulate, agree and seek this Court's Order as follows:

1. On January 8, 2018, the FTC filed a complaint for permanent injunction and other equitable relief against individuals Jonathan Hanley, Benjamin Horton, and Sandra Hanley, and against the entities Consumer Defense, LLC (Nevada), Consumer Link, Inc. (the "Nevada Corporate Defendants"), Preferred Law, PLLC, American Home Loan Counselors, Consumer Defense Group, LLC, Consumer Defense, LLC (Utah), Brown Legal, Inc., AM Property

STIPULATION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS - 1

Management, LLC, FMG Partners, LLC, and Zinly, LLC (the "Utah Corporation Defendants") (all collectively the "Corporate Defendants") . (ECF No. 1.)

2.      The current Scheduling Order in this case calls for the filing of all dispositive motions on or before July 15, 2019. (ECF 171.)

3.      On June 5, 2019, D. Brian Boggess entered his Notice of Appearance as Counsel for all of the Defendants, including the Corporate Defendants. (ECF No. 233.)

4.      The deposition of the FTC's expert witness, William Violette, was held on September 5th 2019.

5.      Due to the complex nature of this case the substantial involvement of Jonathan Hanley has been necessary.  As a result of financial difficulty, The Hanley family has been forced to move 2 times in the last 60 days and is still in the process of their 2nd move thereby allowing Jonathan Hanley little time to be involved in the response to plaintiff's Motion for Summary Judgement.

6.      As a result of extreme financial difficulty of the Hanleys, the corporate defendants will join in the response that is filed by Jonathan Hanley.

7.      The school that the Hanley's children go to had parent teacher conferences this week which caused a half day on Thursday September 26th 2019 and their children do not have school Friday September 27th 2019.

8.      It is also their son's birthday today.  Previous plans had been made causing some familial commitments.

9.      The parties conferred on September 27th 2019 and reached an agreement that an additional 1 day shall apply to the oppositions of all defendants.  Accordingly, the response will need to be filed on or before September 30th 2019.

STIPULATION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS - 2

10. The parties believe it reasonable to allow Jonathan Hanley an additional 1 day to respond to the plaintiff's motion for Summary Judgment and allow the remaining defendants to join in that response.

11. Replies, if any, would be due pursuant to the applicable Federal Rules of Civil Procedure and the Local Rules of this Court.

12. This stipulation is made in good faith among and at the request of the parties, and not for purposes of delay.

13. The parties deem it reasonable that this need be the last extension of time for the purposes of responding to the Plaintiff's motion for summary judgement.

| | |
|---|---|
| BOGGESS LAW GROUP | ALDEN F. ABBOTT<br>General Counsel |
| /s/D. Brian Boggess<br>D Brian Boggess<br>Nevada Bar No. 4537<br>7495 West Azure Drive, Suite 211<br>Telephone: (385)248-5700<br>Fax: (855)675-2674<br>Email: bboggess@boggesslawgroup.com<br>*Attorney for Defendants* | /s/Gregory A. Ashe (with permission)<br>GREGORY A. ASHE<br>JASON SCHALL<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>Telephone: 202-326-3719 (Ashe)<br>Telephone: 202-326-2251 (Schall)<br>Facsimile: 202-326-3768<br>Email: gashe@ftc.gov, jschall@ftc.gov |

Dated: September 27th 2019

Respectfully Submitted,

/s/ Jonathan Hanley
Jonathan P. Hanley

**IT IS SO ORDERED**:

_____
Honorable James C. Mahan
United States District Judge

**DATED**: September 27, 2019

STIPULATION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS - 3