Jonathan Hanley
3241 East Granite Point Circle
Sandy Utah 84092
801-913-5504 |
Jonathanhanley22@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

CONSUMER DEFENSE, LLC, *et. al.*,

    Defendants.

**CASE NO. 2:18-CV-00030-JCM-BNW**

**STIPULATION TO EXTEND DEFENDANTS REPLY DEADLINE TO PLAINTIFFS RESPONSE (ECF NO. 302)**

## **STIPULATION**

COME NOW, Jonathan Hanley in his capacity as Defendant *pro se* and Defendants, CONSUMER DEFENSE, LLC; CONSUMER LINK, INC. AMERICAN HOME LOAN COUNSELORS; AMERICAN HOME LOANS, LLC; CONSUMER DEFENSE GROUP, LLC F/K/A MODIFICATION REVIEW BOARD, LLC; BROWN LEGAL, INC.; FMG PARTNERS, LLC; ZINLY, LLC; SANDRA X. HANLEY, by and through their attorney of record, and the Plaintiff, FEDERAL TRADE COMMISSION, by and through its attorneys of record, and hereby stipulate, agree and seek this Court's Order as follows:

STIPULATION TO EXTEND DEFENDANTS REPLY DEADLINE TO PLAINTIFFS RESPONSE (ECF NO. 302) - 1

1.   Defendant Jonathan Hanley filed a Request for Relief pursuant to Fed. R. Civ. P. 56(d) along with an accompanying response on October 4th 2019 (ECF No. 295) in response to Plaintiff FTC's Motion for Summary Judgment filed on July 16th 2019. (ECF No. 255)

2.   Plaintiff FTC filed a response to Hanley's Request for 56(d) Relief on October 18th 2019.

3.   Hanley has asked Plaintiff FTC if they are amenable to agreeing to an October 28th reply deadline with respect to Plaintiff's response concerning Hanley's Fed. R. Civ. P. 56(d) request.

4.   The juncture that this litigation is at is extraordinarily time consuming for a *pro se* defendant who also must also manage attempting to support a family.  Hanley has represented to Plaintiff FTC that he has been diligently working on matters concerning this litigation and does not request this extension for any purposes of delay.

5.   The parties agree that Hanley may file his reply to Plaintiff FTC's response (ECF No. 302) on Monday October 28th 2019.

6.   This stipulation is made in good faith among and at the request of the parties, and not for purposes of delay.

| BOGGESS LAW GROUP | ALDEN F. ABBOTT |
|---|---|
| | General Counsel |
| /s/D. Brian Boggess (with permission) | /s/Gregory A. Ashe (with permission) |
| D Brian Boggess | GREGORY A. ASHE |
| Nevada Bar No. 4537 | JASON SCHALL |
| 7495 West Azure Drive, Suite 211 | Federal Trade Commission |
| Telephone: (385)248-5700 | 600 Pennsylvania Avenue NW |
| Fax: (855)675-2674 | Washington, DC 20580 |
| Email: bboggess@boggesslawgroup.com | Telephone: 202-326-3719 (Ashe) |
| *Attorney for Defendants* | Telephone: 202-326-2251 (Schall) |
| | Facsimile: 202-326-3768 |
| | Email: gashe@ftc.gov, jschall@ftc.gov |

STIPULATION TO EXTEND DEFENDANTS REPLY DEADLINE TO PLAINTIFFS RESPONSE (ECF NO. 302) - 2

Dated: October 25th 2019                    Respectfully Submitted,

                                                 /s/ Jonathan Hanley
                                                 Jonathan P. Hanley

**IT IS SO ORDERED**:

_____
Honorable James C. Mahan
United States District Judge


**DATED**:  October 28, 2019

STIPULATION TO EXTEND DEFENDANTS REPLY DEADLINE TO PLAINTIFFS RESPONSE (ECF NO. 302) - 3