UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:18-CV-30 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| CONSUMER DEFENSE, LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Federal Trade Commission v. Consumer Defense LLC, et al.*, case number 2:18-cv-00030-JCM-BNW.

On December 9, 2019, the court entered an order granting plaintiff Federal Trade Commission's motion for summary judgment. (ECF No. 320). Because that order fully disposed of this matter, the court will moot the following objections and motions still pending before the court: (1) defendant Jonathan Hanley's objection to magistrate judge order, ECF No. 195; (2) Hanley's motion to deem requests for admission admitted, ECF No. 275; (3) Hanley's emergency motion to expedite, ECF No. 276; (4) Hanley's motion for hearing before district judge, ECF No. 310; and (5) Hanley's motion to strike, ECF No. 314.

Accordingly,

IT IS SO ORDERED.

The clerk shall enter judgment and close the case accordingly.

DATED December 10, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**