AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Federal Trade Commission,

                        Plaintiff,

    v.

Consumer Defense LLC, et al,

                        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00030-JCM-BNW

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff and against Defendants.

Judgment in the amount of $18,428,370.00 is entered in favor of Plaintiff and against Defendants, jointly and severally, with postjudgment interest at the legal rate, as equitable monetary relief.

12/10/2019
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk