Abran E. Vigil (NV 7548)
vigila@ballardspahr.com
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958
Tel.:   702-471-7000
Fax:   702-471-7070

Edward Chang (NV 11783)
echang@mcnamarallp.com
Sanjay Bhandari (*Pro Hac Vice*)
sbhandari@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 1680
San Diego, California 92101
Tel.:   619-269-0400
Fax:   619-269-0401
*Attorneys for Court-Appointed Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　Plaintiff,<br>　　v.<br>CONSUMER DEFENSE, LLC, et al.,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-00030-JCM-BNW<br><br>**JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT WITH OLMSTED CAPITAL, LLC** |

The Court-appointed receiver Thomas W. McNamara (the "Receiver") and non-party Olmsted Capital, LLC ("Olmsted") jointly move the Court to approve the proposed Settlement Agreement, which resolves a dispute between the Receiver and Olmsted who holds a promissory note secured by a deed of trust against real property located at 41 West 9000 South, Sandy, Utah (the "Sandy Office Building"), an office building owned by Receivership Entity Zinly, LLC ("Zinly").  A true and correct copy of the Settlement Agreement is attached as Exhibit 1 to the Declaration of Edward Chang ("Chang Decl.").  Counsel for Plaintiff Federal Trade Commission ("FTC") has stated that the FTC does not oppose this motion.

I.      **Background**

On January 18, 2019, the Court granted the Receiver's motion to sell the Sandy Office Building and order him to submit an order appointing three appraisers.  ECF No. 182.  As noted in the Receiver's sale motion, the Sandy Office Building is subject to a matured promissory note in the amount of $510,000.  *See* ECF No. 101 at 3.  After the Court issued the order appointing three appraisers for the Sandy Office Building on April 30, 2019, the Receiver obtained appraisals and listed the property.  While the Receiver received offers for the property, Olmsted, the holder of the promissory note, issued a payoff demand in excess of the highest offer received.

II.     **Discussion**

Currently, a dispute exists between the Receiver and Olmsted concerning (i) whether Zinly defaulted on the loan prior to the commencement of the instant action and appointment of the Receiver and (ii) the current balance owing under the promissory note.  Both the Receiver and Olmsted recognize that litigating these issues is likely to be costly and time-consuming.  Accordingly, the Receiver and Olmsted have engaged in extensive pre-litigation settlement discussions, which resulted in the proposed Settlement Agreement.  Provided the Court approves the Settlement Agreement, Olmsted will pay $80,000 to the Receiver in exchange for resolving the dispute and the Receiver will transfer the Sandy Office Building to Olmsted by deed in lieu of foreclosure.  The Receiver will also be responsible for outstanding property taxes, assessments, and utilities until the property is transferred to Olmsted.

///

Since the FTC was awarded a judgment in the amount of $18,428,370 against Defendants (ECF Nos. 320 and 323), the FTC has prevailed. It will, therefore, receive any amount collected by the Receiver. Therefore, only the FTC has a stake in the question of whether this Court should approve the Settlement Agreement. The FTC has been informed of the settlement terms and has indicated that it does not oppose this motion. *See* Chang Decl. at ¶ 4.

If the Court is satisfied with the Settlement Agreement, the Receiver and Olmsted ask for an order approving the Settlement Agreement and that the Court retain jurisdiction to interpret and enforce the agreement. If the Court wishes to further inquire about the matter prior to issuing an order, the Receiver asks that the Court set this motion for a hearing or otherwise instruct the Receiver to file a report as to any issue where further information is needed.

### III.     Conclusion

For the reasons set forth above, the Receiver and Olmsted hereby jointly ask that the Court issue an order approving the Settlement Agreement. A proposed order is attached for the Court's convenience.

Dated:  April 7, 2020

Respectfully submitted by:

| /s/ Edward Chang | /s/ John R. Barlow |
|---|---|
| Edward Chang (NV 11783) | John R. Barlow, Esq. |
| Sanjay Bhandari (*Pro Hac Vice*) | MITCHELL BARLOW & MANSFIELD, P.C. |
| MCNAMARA SMITH LLP | Nine Exchange Place, Suite 600 |
| 655 West Broadway, Suite 1680 | Salt Lake City, Utah 84111 |
| San Diego, California 92101 | Tel.:    801-998-8888 |
| Tel.:    619-269-0400 | |
| Fax:    619-269-0401 | *Attorneys for Olmsted Capital, LLC* |

Abran E. Vigil (NV 7548)
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958
Tel.:    702-471-7000
Fax:    702-471-7070

*Attorneys for Court-Appointed Receiver,*
*Thomas W. McNamara*

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April, 2020, pursuant to Fed. R. Civ. P. 5(b), I served via CM/ECF or delivered by email and mailing in the U.S. Mail, a true and correct copy of the foregoing **JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT WITH OLMSTED CAPITAL, LLC**, postage prepaid and addressed to the following:

**VIA CM/ECF**
Gregory A. Ashe
Jason Schall
Federal Trade Commission
600 Pennsylvania Ave. NW
Washington, DC 20580
Tel.:   202-326-3309 (Ashe)
Tel.:   202-326-2251 (Schall)
Fax:   202-326-2558 (Ashe)
Fax:   202-326-3768 (Schall)
gashe@ftc.gov
jschall@ftc.gov
*Attorneys for the Federal Trade Commission*

**VIA CM/ECF**
Blaine T. Welsh
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
Tel.:   702-388-6336
Fax:   702-388-6787
blaine.welsh@usdoj.gov
*Attorneys for the Federal Trade Commission*

**VIA CM/ECF**
D. Brian Boggess
Boggess Law Group
7495 West Azure Drive, Suite 211
Las Vegas, NV 89130
Tel.:   385-248-5700
Fax:   855-675-2674
bboggess@boggesslawgroup.com
*Attorney for Defendants Consumer Defense LLC; Consumer Link, Inc.; American Home Loan Counselors; American Home Loans, LLC; Consumer Defense Group, LLC f/k/a Modification Review Board, LLC; Brown Legal, Inc.; FMG Partners, LLC; Zinly, LLC; and Sandra X. Hanley*

**VIA CM/ECF**
Jonathan Hanley
2339 Lindsay Wood Lane
Sandy, UT 84092
385-414-0037
Jonathanhanley22@gmail.com
*Pro Se*

**VIA EMAIL**
John R. Barlow, Esq.
Mitchell Barlow & Mansfield, P.C.
Nine Exchange Place, Suite 600
Salt Lake City, Utah 84111
Tel.:   801-998-8888
Fax:   801-998-8077
jbarlow@mbmlawyers.com
*Attorneys for Olmsted Capital, LLC*


  /s/ Edward Chang
Edward Chang
*Attorneys for the Court-Appointed Receiver, Thomas W. McNamara*