**INDEX**

| **Exhibit** | | **Page** |
|---|---|---|
| A | Receipts and Disbursements Summary | 1 |
| B | Regulatory Resolutions Invoice | 2 |
| C | McNamara Smith LLP Invoice | 30 |
| D | Ballard Spahr LLP Invoices | 53 |

# EXHIBIT A

Receipts and Disbursements Summary

EXHIBIT A

## Consumer Defense Receivership
## Receipts and Disbursements Summary
## Through October 1, 2021

| Receipts | | |
|---|---|---:|
| Consumer Mortgage Payments | | $ 279,520.55 |
| Rental Income-Park City Condo | | $ 24,284.89 |
| Sale of Park City Condo | | $ 853,595.82 |
| Sale of Sandy Office Building | | $ 30,300.90 |
| Sale of Vehicles | | $ 84,222.63 |
| Sale of 3 Mortgages | | $ 80,000.00 |
| Other Asset Sales | | $ 4,250.00 |
| Frozen Funds Transferred | | $ 212,354.80 |
| Money Market Account Interest | | $ 1,611.98 |
| | | |
| Total Receipts | | $ 1,570,141.57 |
| | | |
| **Disbursements** | | |
| Professional Fees | | $ 377,682.75 |
|   Legal Fees | $ 219,964.64 | |
|   Receiver's Fees | $ 138,016.38 | |
|   Forensic IT Consultant | $ 6,538.09 | |
|   Forensic Accountant | $ 13,163.64 | |
| IT Support | | $ 250.00 |
| DMV / Vehicle Costs | | $ 209.00 |
| Facilities Management | | $ 3,758.09 |
| Park City Condo Expenses | | $ 33,321.20 |
| Sandy, UT Office Building Expenses | | $ 21,160.15 |
| Payroll Taxes | | $ 460.94 |
| Property Taxes re: AHL-Funded Loans | | $ 1,569.45 |
| Receiver's Bond and Renewals | | $ 300.00 |
| Record Productions | | $ 231.97 |
| Recording Fees re: AHL-Funded Loans | | $ 809.80 |
| Storage Fees | | $ 14,371.65 |
| | | |
| Total Disbursements | | $ 454,125.00 |
| | | |
| Net Cash at 10/1/2021 | | $ 1,116,016.57 |