# EXHIBIT B

Regulatory Resolutions Invoice

# EXHIBIT B

# Regulatory Resolutions

October 01, 2021

|                        |            |
|-----------------------:|-----------:|
| **Invoice No:**        | 11347      |
| **Our File No.:**      | 2085-01RR  |
| **For Services Through:** | 9/30/2021 |

Matter:   Consumer Defense Receivership

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $53,641.50 |
| Total Disbursements | $827.64 |
| **Grand Total** | **$54,469.14** |

# Regulatory Resolutions

|  |  |
|---|---|
| **Invoice No.:** | 11347 |
| **Our File No.:** | 2085-01RR |
| **For Services Through:** | 9/30/2021 |

Matter:   Consumer Defense Receivership

**PROFESSIONAL SERVICES**

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 4/8/2020 | TWM | Review Park City condo payoff statement from mortgage company; discuss same with E. Chang re: penalties and default interest. | 0.30 | 112.50 |
| 4/14/2020 | LMJ | Research documents available from Hinds County re: property tax payments for property located in Terry, Mississippi; confer with the office of the Hinds County tax collector re: same; correspond with J. Jacobs re: same. | 1.30 | 253.50 |
|  | LMJ | Research public documents re: property tax status for properties related to American Home Loans; update summary re: same. | 3.70 | 721.50 |
| 4/16/2020 | LMJ | Review, analyze, and update AHL mortgage summary to include parcel numbers and property tax status. | 0.60 | 117.00 |
|  | LMJ | Review and analyze documents obtained from the receivership site re: purchase of properties and loans to AHL borrowers. | 1.30 | 253.50 |
| 4/17/2020 | LMJ | Correspond with S. Carroll re: documents related to the purchase of properties and loans to AHL borrowers. | 0.20 | 39.00 |
|  | LMJ | Review and analyze documents re: merchant processors; review correspondence to and from merchant processors re: reserve balances; correspond with E. Chang re: same. | 1.10 | 214.50 |
|  | LMJ | Review and analyze documents obtained from receivership site re: properties purchased and loans to AHL borrowers; review county records re: recorded documents related to the purchase of properties; correspond with S. Carroll re: same. | 4.50 | 877.50 |
| 4/21/2020 | LMJ | Call to Hinds County Chancery Clerk re: property located in Terry, Mississippi. | 0.10 | 19.50 |

Consumer Defense Receivership                                      Page      2

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 4/21/2020 | LMJ | Review Hinds County property tax sale details; call to Hinds County Tax Collector re: same. | 0.10 | 19.50 |
| | LMJ | Correspond with J. Jacobs re: delinquent tax notice from the Hinds County Tax Collector. | 0.20 | 39.00 |
| 4/22/2020 | LMJ | Call with the Hinds County Chancery Clerk re: 2018 property taxes related to property located in Terry, Mississippi. | 0.10 | 19.50 |
| | LMJ | Call with the Hinds County Tax Collector re: property taxes for 2019 related to property located in Terry, Mississippi. | 0.10 | 19.50 |
| | LMJ | Call to Cook County tax collector re: delinquent taxes for property located in Chicago, Illinois. | 0.10 | 19.50 |
| | LMJ | Continue research of property tax status for all properties owned by American Home Loans. | 1.70 | 331.50 |
| 4/24/2020 | TWM | Review and revise reply brief re: sale of Sandy office building. | 0.40 | 150.00 |
| 4/27/2020 | LMJ | Correspond with J. Jacobs re: update of property tax status related to property located in Terry, Mississippi. | 0.20 | 39.00 |
| 5/6/2020 | LMJ | Correspond with E. Chang re: status report; review information requested re: Park City condo. | 0.20 | 39.00 |
| | TWM | Review and revise status report. | 0.50 | 187.50 |
| 5/8/2020 | LMJ | Correspond with B. Bellamy re: financial reports related to Park City condo. | 0.40 | 78.00 |
| | LMJ | Review and analyze property tax statement from Humboldt County re: property located in Humboldt, Iowa; review county website re: same; correspond with J. Jacobs re: same. | 0.80 | 156.00 |
| | LMJ | Review correspondence re: financial reports related to Park City condo; correspond with J. Jacobs re: same. | 0.90 | 175.50 |
| | LMJ | Review and analyze financial statements; update receipts and disbursements summary re: same; correspond with J. Jacobs and E. Chang re: same. | 1.80 | 351.00 |
| | TWM | Review and notarize deeds and sales documents for Sandy Office building and Park City condo. | 0.40 | 150.00 |
| 5/11/2020 | TWM | Review and execute documents for sale of Park City condo. | 0.30 | 112.50 |
| 5/12/2020 | LMJ | Correspond with B. Bellamy re: financial reports related to Park City condo. | 0.10 | 19.50 |
| | LMJ | Correspond with E. Chang re: expenses related to Park City condo. | 0.20 | 39.00 |

Consumer Defense Receivership                                                                Page      3

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 5/12/2020 | LMJ | Review and analyze bank statements re: Park City condo; prepare Receipts and Disbursements Statement re: same; correspond with E. Chang re: same. | 1.50 | 292.50 |
| | LMJ | Review and analyze expenses related to Park City condo; update expenses by category. | 1.60 | 312.00 |
| | LMJ | Review and analyze financial reports re: total guest bookings related to Park City condo; review expense reports re: same; correspond with E. Chang re: same. | 2.30 | 448.50 |
| 5/13/2020 | LMJ | Correspond with E. Chang re: large expenses incurred related to rental property maintenance and property management fees. | 0.40 | 78.00 |
| | LMJ | Review and analyze financial reports and update expenses chart re: Park City condo. | 1.70 | 331.50 |
| 5/14/2020 | LMJ | Correspond with E. Chang re: expenses related to Park City condo. | 0.20 | 39.00 |
| | LMJ | Review and analyze financial report re: Park City condo; update expense analysis; reconcile bank statements; correspond with E. Chang re: same. | 2.00 | 390.00 |
| 5/21/2020 | LMJ | Call to Hinds County Chancery office re: recorded documents related to property located in Terry, Mississippi. | 0.10 | 19.50 |
| | LMJ | Confer with S. Carroll re: documentation related to property located in Terry, Mississippi. | 0.20 | 39.00 |
| | LMJ | Correspond with E. Chang re: AHL mortgage related to property located in Terry, Mississippi. | 0.30 | 58.50 |
| | LMJ | Review AHL mortgage and tax sale documentation re: property located in Terry, Mississippi; review Hinds County land and tax records re: same. | 2.10 | 409.50 |
| 5/22/2020 | LMJ | Call to First Guaranty Title, Inc. re: recorded documents related to real property located in Terry, Mississippi. | 0.10 | 19.50 |
| | LMJ | Call to Hinds County Chancery office re: recorded documents related to property located in Terry, Mississippi. | 0.10 | 19.50 |
| | LMJ | Call to First Guaranty Title, Inc. re: recorded documents related to real property in Terry, Mississippi. | 0.10 | 19.50 |
| 5/27/2020 | LMJ | Correspond with E. Chang re: recorded documents related to property located in Terry, Mississippi. | 0.20 | 39.00 |
| 5/29/2020 | TWM | Review draft response to FTC receivership survey. | 0.30 | 112.50 |
| 6/1/2020 | LMJ | Review and analyze documentation re: loans provided by American Home Loans; update chart re: same; correspond with E. Chang and S. Carroll re: same. | 2.70 | 526.50 |

Consumer Defense Receivership                                                                            Page     4

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 6/2/2020 | LMJ | Confer with S. Carroll re: information related to loans secured by real property. | 0.10 | 19.50 |
| | LMJ | Review and analyze documentation re: AHL mortgages, promissory notes, and loan costs incurred by J. Hanley. | 1.40 | 273.00 |
| | TWM | Review and discuss receivership survey with E. Chang. | 0.30 | 112.50 |
| 6/16/2020 | LMJ | Confer with S. Carroll re: property data related to consumer home loans. | 0.10 | 19.50 |
| | TWM | Review and revise website consumer update. | 0.30 | 112.50 |
| 7/10/2020 | LMJ | Review and analyze rental history related to Park City condo; prepare summary re: same. | 0.70 | 136.50 |
| | LMJ | Correspond with T. McNamara re: rental history summary related to Park City condo. | 0.10 | 19.50 |
| | LMJ | Confer with J. Jacobs re: rental history related to Park City condo. | 0.10 | 19.50 |
| 8/4/2020 | LMJ | Call with Lake County Recorder Tax Sale office re: property located in Gary, Indiana. | 0.20 | 39.00 |
| | LMJ | Correspond with T. McNamara, E. Chang, and J. Jacobs re: right to redeem property located in Gary, Indiana. | 0.30 | 58.50 |
| | TWM | Review request from AHL borrower for an accommodation/reduction in mortgage in connection with her sale of the property; discuss with E. Chang. | 0.30 | 112.50 |
| 8/7/2020 | LMJ | Confer with S. Carroll re: data compiled related to AHL mortgages. | 0.10 | 19.50 |
| 8/10/2020 | TWM | Review mortgage information and proposed sale and settlement statement for Hawaii mortgage owned by receivership entity; discuss appropriate position and response. | 0.60 | 225.00 |
| 8/11/2020 | TWM | Review and heavily revise letters to borrowers re: Receiver's offer to provide buy out of AHL mortgages; discuss with E. Chang. | 1.10 | 412.50 |
| 8/22/2020 | TWM | Review summary and analysis for AHL mortgage; research re: same. | 0.20 | 75.00 |
| 8/25/2020 | LMJ | Call with Lake County Auditor, Tax Sales Department re: property located in Gary, Indiana. | 0.10 | 19.50 |
| | LMJ | Confer with T. McNamara and E. Chang re: Gary, Indiana property. | 0.30 | 58.50 |
| | LMJ | Confer with T. McNamara re: Gary, Indiana property. | 0.40 | 78.00 |
| | LMJ | Research Lake County Assessor and Lake County Recorder websites re: documentation related to recorded AHL mortgages for property located in Gary, Indiana; research re: property located in Gary, Indiana. | 1.80 | 351.00 |

Consumer Defense Receivership                                                    Page    5

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 8/25/2020 | LMJ | Review and analyze financial documentation re: payments received from AHL borrower; prepare mortgage analysis re: same. | 2.30 | 448.50 |
| | TWM | Meet to discuss Gary, Indiana property and analysis of whether receivership should redeem to protect equity. | 0.40 | 150.00 |
| 8/26/2020 | LMJ | Call with Lake County Auditor re: outstanding property tax on property located in Gary, Indiana. | 0.10 | 19.50 |
| | LMJ | Correspond with T. McNamara and E. Chang re: outstanding property tax on property located in Gary, Indiana. | 0.10 | 19.50 |
| 8/27/2020 | LMJ | Review and analyze documentation re: redemption of property located in Gary, Indiana; prepare notes re: same. | 0.60 | 117.00 |
| 8/28/2020 | LMJ | Review and analyze payments collected by American Home Loans; update reports re: AHL mortgage amortization. | 1.20 | 234.00 |
| 8/31/2020 | TWM | Review and execute two deeds in connection with AHL mortgage payoff in sale of underlying property. | 0.30 | 112.50 |
| 9/11/2020 | LMJ | Correspond with T. McNamara and E. Chang re: status of property located in Gary, Indiana. | 0.10 | 19.50 |
| | LMJ | Call with Lake County Auditor re: redemption of property located in Gary, Indiana. | 0.20 | 39.00 |
| | TWM | Review and revise FTC receivership survey; discuss with E. Chang. | 0.40 | 150.00 |
| 9/21/2020 | TWM | Review request to pay-off AHL mortgage; analyze same and discuss with E. Chang. | 0.40 | 150.00 |
| 9/23/2020 | TWM | Review request from FTC re: LoanPost consumer contact information and possibility of running additional reports; discuss with E. Chang and plan next steps. | 0.30 | 112.50 |
| 9/25/2020 | TWM | Review LoanPost response to request for additional reports; discuss with E. Chang and approve moving forward. | 0.30 | 112.50 |
| 9/30/2020 | LMJ | Correspond with E. Chang re: AHL mortgage payoff. | 0.20 | 39.00 |
| | LMJ | Correspond with J. Jacobs re: funds received for AHL mortgage payoff settlements. | 0.20 | 39.00 |
| | LMJ | Review and analyze rental income and expense detail re: Park City condo; reconcile bank statements; update receipt and disbursement schedule. | 1.30 | 253.50 |
| 10/1/2020 | LMJ | Review and analyze reservation schedule re: Park City condo sales and lodging; prepare reconciliation re: same. | 1.80 | 351.00 |
| | LMJ | Correspond with E. Chang re: Park City condo sales and lodging tax reconciliation. | 0.20 | 39.00 |

Consumer Defense Receivership                                                                      Page      6

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/1/2020 | LMJ | Review and analyze Utah state sales tax rates and Park City, Utah city sales tax rates; review Utah sales tax reporting forms and combined tax rates. | 1.00 | 195.00 |
| | LMJ | Review and analyze rental information and general ledger re: Park City condo rental income and expenses; reconcile lodging tax payments. | 1.10 | 214.50 |
| | TWM | Review summary of status of Receiver payoff settlement offers and AHL borrower responses. | 0.40 | 150.00 |
| 10/2/2020 | TWM | Review and execute pay off documents related to AHL mortgage loan. | 0.30 | 112.50 |
| 10/7/2020 | TWM | Review claim by attorney for AHL borrower; discuss with E. Chang re: same. | 0.20 | 75.00 |
| | TWM | Review and research request from FTC re: LoanPost; discuss with E. Chang re: same on how to obtain information. | 0.30 | 112.50 |
| 10/8/2020 | TWM | Review summary of contact with agent of AHL mortgagor re: payoff and timeline. | 0.30 | 112.50 |
| 10/13/2020 | LMJ | Correspond with B. Bellamy re: financial reports and bank statements for Park City condo. | 0.10 | 19.50 |
| | LMJ | Review and analyze bank statement reconciliations. | 0.10 | 19.50 |
| | LMJ | Correspond with E. Chang re: balance in Zion Bank account. | 0.20 | 39.00 |
| 10/14/2020 | LMJ | Correspond with B. Bellamy re: bank statements and financial reports related to Park City condo. | 0.20 | 39.00 |
| | LMJ | Correspond with E. Chang re: bank statements related to Park City condo. | 0.20 | 39.00 |
| | LMJ | Correspond with B. Bellamy re: payment to the Utah State Tax Commission. | 0.20 | 39.00 |
| | LMJ | Correspond with E. Chang re: lodging taxes and transfer of funds from property manager. | 0.20 | 39.00 |
| | LMJ | Correspond with E. Chang and J. Jacobs re: transfer of funds from property manager related to Park City condo. | 0.20 | 39.00 |
| | LMJ | Review and analyze bank statements re: Park City condo. | 0.30 | 58.50 |
| | LMJ | Review and analyze rental reservation schedule re: occupancy taxes; review Utah State Tax Commission documentation re: same. | 1.20 | 234.00 |
| | LMJ | Review and analyze financial reports re: Park City condo. | 1.20 | 234.00 |
| 10/16/2020 | LMJ | Review and analyze financial reports re: Park City condo. | 0.70 | 136.50 |
| 10/20/2020 | LMJ | Correspond with J. Jacobs re: AHL mortgage payoffs. | 0.10 | 19.50 |

Consumer Defense Receivership                                                                     Page      7

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/20/2020 | LMJ | Call with Santa Rosa County, Florida re: recorded AHL mortgage. | 0.10 | 19.50 |
| | LMJ | Review recording fees charged by Santa Rosa County, Florida re: recording release of mortgage. | 0.10 | 19.50 |
| | LMJ | Review and analyze documentation re: AHL mortgage payoffs and mortgage releases. | 0.20 | 39.00 |
| | LMJ | Review samples of recorded mortgage releases. | 0.50 | 97.50 |
| | TWM | Review correspondence and analyze outstanding balance; call with Minnesota Attorney General's office in response to inquiry re: S. Shelton. | 0.50 | 187.50 |
| 10/22/2020 | LMJ | Call with Clear Title of Northwest Florida re: requirement to record mortgages. | 0.10 | 19.50 |
| | LMJ | Call with Lake County Recorder in Florida re: recorded AHL mortgage. | 0.20 | 39.00 |
| | LMJ | Research Santa Rosa County, Florida recorded AHL mortgages. | 0.20 | 39.00 |
| | LMJ | Research obligation of mortgagee to file release of mortgage in Florida. | 0.50 | 97.50 |
| | LMJ | Review procedures to record release of mortgage with the Lake County Recorder and specific requirements in state of Florida. | 0.60 | 117.00 |
| | LMJ | Review and analyze recorded documents with Lake County Recorder and Santa Rosa County Recorder in Florida re: recorded deed. | 0.70 | 136.50 |
| 10/27/2020 | LMJ | Correspond with S. Carroll re: release of AHL mortgage related to property located in Milton, Florida. | 0.40 | 78.00 |
| | LMJ | Review and analyze data from the Santa Rosa County Property Appraiser re: property located in Milton, Florida. | 0.50 | 97.50 |
| 10/28/2020 | LMJ | Confer and correspond with S. Carroll re: release of AHL mortgage related to property located in Milton, Florida. | 0.40 | 78.00 |
| | LMJ | Review and analyze documents recorded with Santa Rosa County Recorder and Lake County Recorder re: property located in Milton, Florida; prepare chart re: history of mortgages related to same. | 1.60 | 312.00 |
| 11/3/2020 | LMJ | Review and revise letter to Lake County Clerk of the Circuit Court re: release of AHL mortgage related to property located in Milton, Florida. | 0.20 | 39.00 |
| | LMJ | Review release of AHL mortgage re: property located in Milton, Florida. | 0.20 | 39.00 |
| | LMJ | Review Lake County Recorder instructions related to recording documents re: property located in Milton, Florida. | 0.30 | 58.50 |
| 11/5/2020 | LMJ | Research county records re: recorded AHL mortgages. | 0.70 | 136.50 |
| 11/10/2020 | LMJ | Review and analyze transactions re: rental property. | 1.00 | 195.00 |

Consumer Defense Receivership                                              Page      8

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/11/2020 | LMJ | Review mortgage release form for property located in Saginaw, Michigan. | 0.30 | 58.50 |
| | LMJ | Review and revise mortgage release re: property located in Milton, Florida. | 0.50 | 97.50 |
| | LMJ | Review and analyze rental reports re: Park City condo; reconcile occupancy tax charges. | 1.10 | 214.50 |
| | LMJ | Review and analyze recorded documents re: properties related to AHL borrowers. | 1.70 | 331.50 |
| 11/12/2020 | LMJ | Correspond with S. Carroll re: requirements to record mortgage release in Saginaw County, Michigan. | 0.10 | 19.50 |
| | LMJ | Call with county recorder's office in Lake County, Ohio re: requirements to record a mortgage release. | 0.20 | 39.00 |
| | LMJ | Call with county recorder's office re: requirements to file mortgage release related to property in Lake County, Ohio. | 0.30 | 58.50 |
| | LMJ | Research county records and requirements to record mortgage release re: property located in Saginaw, Michigan. | 0.50 | 97.50 |
| | LMJ | Research county records and requirements to record mortgage release re: property located in Lake County, Ohio. | 0.50 | 97.50 |
| | LMJ | Research county records and requirements to record mortgage release re: property located in Dodge County, Wisconsin. | 0.60 | 117.00 |
| 11/17/2020 | LMJ | Correspond with S. Carroll re: ownership of property located in Alabama. | 0.20 | 39.00 |
| | LMJ | Correspond with S. Carroll re: research related to AHL mortgage payments and amortization schedules. | 0.20 | 39.00 |
| | LMJ | Call with clerk at the office of the county treasurer re: tax sale related to property located in Alabama. | 0.30 | 58.50 |
| | LMJ | Review AHL mortgage releases related to mortgages that are paid in full. | 0.30 | 58.50 |
| | LMJ | Research county records re: property taxes and tax sale related to property located in Alabama. | 0.50 | 97.50 |
| | LMJ | Research county records re: Statutory Warranty Deed related to property located in Alabama. | 0.50 | 97.50 |
| | LMJ | Research format used in specific counties re: mortgage releases. | 0.50 | 97.50 |
| | LMJ | Review and analyze documents and payment history re: property located in Alabama. | 0.60 | 117.00 |
| 11/18/2020 | LMJ | Correspond with T. McNamara re: recording release of AHL mortgages. | 0.20 | 39.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/18/2020 | LMJ | Correspond with S. Carroll re: AHL mortgage releases. | 0.40 | 78.00 |
| | LMJ | Research county recorder website re: recorded AHL mortgage for real property. | 0.40 | 78.00 |
| | LMJ | Research county records re: recorded AHL mortgages. | 1.10 | 214.50 |
| | LMJ | Review and analyze AHL mortgage payments; update AHL mortgage schedules re: same. | 2.10 | 409.50 |
| | TWM | Review recording options with S. Carroll; provide instructions re: same. | 0.20 | 75.00 |
| 11/24/2020 | TWM | Review and discuss payoff settlement offer by AHL borrower. | 0.20 | 75.00 |
| | TWM | Review response by counsel for one of AHL borrowers; discuss and suggest reply. | 0.30 | 112.50 |
| 11/30/2020 | TWM | Review and revise motion to extend receivership; provide comments re: same. | 0.50 | 187.50 |
| 12/10/2020 | LMJ | Correspond with B. Bellamy re: occupancy tax report related to Park City condo. | 0.20 | 39.00 |
| | LMJ | Review and analyze occupancy reports re: Park City condo. | 1.00 | 195.00 |
| 12/11/2020 | LMJ | Correspond with S. Carroll re: warranty deed related to property located in Alabama. | 0.20 | 39.00 |
| | LMJ | Review and analyze recorded public documents re: property located in Alabama. | 0.70 | 136.50 |
| 12/18/2020 | LMJ | Correspond with C. Gordon re: loan related to property located in Humboldt, Iowa. | 0.10 | 19.50 |
| | LMJ | Confer with S. Carroll re: status of AHL mortgage loans. | 0.20 | 39.00 |
| | LMJ | Review and analyze AHL mortgage settlements. | 0.50 | 97.50 |
| | LMJ | Correspond with S. Carroll re: AHL mortgage loans and settlements. | 0.80 | 156.00 |
| | LMJ | Research public recorded documents re: AHL mortgages and deeds for properties located in New York and Iowa. | 1.00 | 195.00 |
| 1/5/2021 | LMJ | Correspond with C. Gordon re: AHL mortgage settlements. | 0.10 | 19.50 |
| | LMJ | Confer with J. Jacobs re: sale of property located in Oneonta, New York. | 0.10 | 19.50 |
| | LMJ | Correspond with C. Gordon re: status of returned deposit. | 0.10 | 19.50 |
| | LMJ | Review correspondence re: status of property located in Oneonta, New York. | 0.20 | 39.00 |

Consumer Defense Receivership                                                                    Page     10

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 1/5/2021 | LMJ | Review correspondence re: AHL mortgage settlement related to property located in Oneonta, New York. | 0.30 | 58.50 |
| | LMJ | Correspond with A. Greene re: satisfaction of loan agreement and transfer of title related to AHL borrowers. | 0.30 | 58.50 |
| | LMJ | Review Quit Claim Deed filed in Humboldt County, Iowa; prepare Quit Claim Deed. | 0.40 | 78.00 |
| | LMJ | Review and analyze loan documentation and title information re: properties owned by receivership entities. | 0.90 | 175.50 |
| | TWM | Review status of AHL mortgage holder resolution; correspondence re: same and proposed timeline. | 0.30 | 112.50 |
| 1/6/2021 | LMJ | Call with Humboldt County Recorder in Iowa re: recording documents. | 0.10 | 19.50 |
| | LMJ | Correspond with A. Greene re: recording documents related to property located in Humboldt, Iowa. | 0.10 | 19.50 |
| | LMJ | Confer with A. Greene re: AHL mortgage related to property located in Oneonta, New York. | 0.10 | 19.50 |
| | LMJ | Correspond with A. Greene re: property located in Oneonta, New York. | 0.20 | 39.00 |
| | LMJ | Correspond with J. Jacobs re: release of mortgage related to property located in Chicago, Illinois. | 0.20 | 39.00 |
| | LMJ | Correspond with D. Cole and A. Greene re: AHL mortgage related to property located in Oneonta, New York. | 0.20 | 39.00 |
| | LMJ | Confer with A. Greene re: property located in Oneonta, New York. | 0.30 | 58.50 |
| | LMJ | Review and analyze public records re: recorded AHL mortgages. | 0.80 | 156.00 |
| | LMJ | Review and analyze AHL mortgage amortization schedules and mortgage payments; update same. | 1.50 | 292.50 |
| 1/7/2021 | LMJ | Confer with A. Greene re: AHL mortgage related to property located in Oneonta, New York. | 0.20 | 39.00 |
| | LMJ | Correspond with A. Greene re: withdrawal of lis pendens re: property located in Humboldt, Iowa. | 0.20 | 39.00 |
| | LMJ | Correspond with A. Greene re: property located in Terry, Mississippi. | 0.20 | 39.00 |
| | LMJ | Review prior correspondence re: property located in Terry, Mississippi. | 0.20 | 39.00 |
| | LMJ | Confer and correspond with A. Greene re: Quit Claim Deed related to property located in Humboldt, Iowa. | 0.30 | 58.50 |
| | LMJ | Review withdrawal of lis pendens re: property located in Humboldt, Iowa. | 0.30 | 58.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 1/7/2021 | LMJ | Review and analyze documents to be recorded re: property located in Oneonta, New York. | 0.30 | 58.50 |
| | LMJ | Review and analyze public records re: property located in Humboldt, Iowa. | 0.50 | 97.50 |
| | LMJ | Review and analyze mortgage between borrower and AHL; review and analyze payments received re: same; review and analyze public documents re: land patent. | 1.20 | 234.00 |
| 1/8/2021 | LMJ | Review Quit Claim Deed and withdrawal of lis pendens; update recording cover sheets. | 0.40 | 78.00 |
| | LMJ | Correspond with Humboldt County Recorder re: review of Quit Claim Deed and withdrawal of lis pendens. | 0.10 | 19.50 |
| | LMJ | Correspond with A. Greene re: Notice of Pendency of Action re: property located in Terry, Mississippi. | 0.10 | 19.50 |
| | LMJ | Review Notice of Pendency of Action re: property located in Terry, Mississippi. | 0.20 | 39.00 |
| 1/12/2021 | LMJ | Correspond with A. Greene and J. Jacobs re: information related to property located in Alabama. | 0.10 | 19.50 |
| | LMJ | Correspond with A. Greene re: Quit Claim Deed related to property located in Terry, Mississippi. | 0.10 | 19.50 |
| | LMJ | Call with Secretary of State re: legal description on property located in Terry, Mississippi. | 0.10 | 19.50 |
| | LMJ | Call with Hinds County Chancery office related to recording requirements for Quit Claim Deed re: property located in Terry, Mississippi. | 0.20 | 39.00 |
| | LMJ | Review and analyze AHL mortgage documents and recorded documents re: property located in Alabama. | 0.20 | 39.00 |
| | LMJ | Research legal description of property located in Terry, Mississippi re: Quit Claim Deed. | 0.40 | 78.00 |
| | LMJ | Review and analyze recorded documents and property tax documents re: tax sale related to property located in Alabama. | 0.40 | 78.00 |
| | LMJ | Draft Quit Claim Deed re: property located in Terry, Mississippi. | 0.50 | 97.50 |
| 1/13/2021 | LMJ | Call with Hinds County Chancery Clerk's office re: recording Quit Claim Deed. | 0.20 | 39.00 |
| | LMJ | Review correspondence from R. Riether re: Park City condo. | 0.20 | 39.00 |
| 1/14/2021 | LMJ | Review and analyze mortgage payments received from AHL borrower and settlement offer. | 0.50 | 97.50 |

Consumer Defense Receivership

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 1/14/2021 | LMJ | Correspond with J. Jacobs re: unreleased escrow funds related to sale of Park City condo. | 0.10 | 19.50 |
| | LMJ | Correspond with A. Greene and C. Gordon re: unreleased escrow funds. | 0.30 | 58.50 |
| | LMJ | Review correspondence re: escrow closing statement and letter from Velocity Commercial Capital; correspond with A. Greene re: same. | 0.40 | 78.00 |
| | LMJ | Review and analyze transaction re: loan repayment processed through escrow; prepare timeline of transactions from date of loan through repayment of loan. | 2.10 | 409.50 |
| 1/15/2021 | LMJ | Correspond with A. Greene re: discharge of AHL mortgage related to property located in Michigan. | 0.10 | 19.50 |
| | LMJ | Review documents received from county recorder re: property located in Oneonta, New York. | 0.20 | 39.00 |
| | LMJ | Correspond with A. Greene re: loan payoff analysis related to Velocity Commercial Capital. | 0.30 | 58.50 |
| | LMJ | Review correspondence re: loan from Velocity Commercial Capital related to property located in Utah. | 0.50 | 97.50 |
| | LMJ | Draft discharge of AHL mortgage related to property located in Michigan. | 0.50 | 97.50 |
| | LMJ | Review draft of settlement agreement and release of interest re: property located in Terry, Mississippi. | 0.50 | 97.50 |
| | LMJ | Review and analyze payoff statements re: Velocity Commercial Capital. | 0.70 | 136.50 |
| | LMJ | Review and analyze payoff statements re: loan related to Park City condo; prepare analysis re: same. | 0.80 | 156.00 |
| | LMJ | Confer and correspond with A. Greene re: AHL mortgage settlements and documents to be recorded with county offices. | 1.30 | 253.50 |
| 1/19/2021 | LMJ | Review and analyze note and payoff statements re: Park City condo. | 1.50 | 292.50 |
| | LMJ | Correspond with A. Greene re: analysis of note related to Park City condo. | 0.10 | 19.50 |
| | LMJ | Confer with A. Greene re: AHL mortgage related to property located in Oneonta, New York. | 0.10 | 19.50 |
| | LMJ | Review and analyze AHL mortgage documents; update Quit Claim Deeds related to properties located in Humboldt, Iowa and Terry, Mississippi. | 0.30 | 58.50 |
| | LMJ | Confer and correspond with A. Greene re: analysis of interest and payoff amount related to Park City condo. | 0.40 | 78.00 |
| | LMJ | Review and analyze outstanding AHL mortgage balances and completed release of mortgages. | 0.70 | 136.50 |

Consumer Defense Receivership                                                                 Page     13

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 1/19/2021 | LMJ | Review, analyze, and update analysis re: interest and payoff amount related to Park City condo. | 0.90 | 175.50 |
| | LMJ | Review and analyze AHL mortgage documents; prepare release of mortgage related to property located in Rubicon, Wisconsin. | 1.00 | 195.00 |
| | LMJ | Review and analyze AHL mortgage documents; prepare release of mortgage related to property located in Saginaw, Michigan. | 1.10 | 214.50 |
| | LMJ | Research public records re: release of AHL mortgage related to property located in Oneonta, New York. | 1.30 | 253.50 |
| 1/20/2021 | LMJ | Correspond with A. Greene re: Quit Claim Deed related to property located in Terry, Mississippi. | 0.10 | 19.50 |
| | LMJ | Review correspondence from AHL borrower re: release of mortgage. | 0.20 | 39.00 |
| 1/21/2021 | LMJ | Call with Otsego County Clerk's office re: recording copy of mortgage for property located in Oneonta, New York. | 0.20 | 39.00 |
| | LMJ | Call to Jefferson County Clerk re: tax sale related to property located in Birmingham, Alabama. | 0.10 | 19.50 |
| | LMJ | Confer with A. Greene re: outstanding mortgages and release of AHL mortgages. | 0.20 | 39.00 |
| | TWM | Discuss how to respond to mortgage company counsel seeking portion of funds held in escrow; review written response to same. | 0.30 | 112.50 |
| 1/22/2021 | LMJ | Confer with A. Greene re: potential tax and fee requirements re: Quit Claim Deed. | 0.10 | 19.50 |
| | LMJ | Review proposed changes to draft Quit Claim Deed and withdrawal of lis pendens. | 0.40 | 78.00 |
| | LMJ | Review and analyze AHL mortgage interest payments; review reporting requirements and deadlines re: Form 1098 related to mortgage interest payments. | 1.20 | 234.00 |
| | LMJ | Review and analyze AHL mortgage payments; update amortization schedules re: same. | 1.70 | 331.50 |
| 1/26/2021 | LMJ | Review withdrawal of lis pendens. | 0.10 | 19.50 |
| | LMJ | Review correspondence re: AHL borrower and settlement of mortgage for property located in Chicago, Illinois. | 0.20 | 39.00 |
| | LMJ | Review letter re: request for recording of documents. | 0.20 | 39.00 |
| | LMJ | Call with Hinds County Recorder's office in Mississippi and Dodge County Recorder's office in Wisconsin re: recording requirements. | 0.30 | 58.50 |

Consumer Defense Receivership                                                                              Page     14

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 1/26/2021 | LMJ | Research documents filed with Cook County Recorder re: property located in Chicago, Illinois. | 0.40 | 78.00 |
| | LMJ | Review fees and requirements of various county recorders to record documents. | 0.40 | 78.00 |
| 1/27/2021 | LMJ | Confer with S. Bhandari re: withdrawals of lis pendens. | 0.30 | 58.50 |
| | LMJ | Correspond with J. Jacobs re: correspondence to county recorders. | 0.40 | 78.00 |
| | LMJ | Review correspondence to county recorders re: recording mortgage releases and withdrawals of lis pendens. | 0.40 | 78.00 |
| | LMJ | Review and analyze AHL mortgage payments and release of mortgage related to property located in Michigan. | 0.40 | 78.00 |
| 1/29/2021 | LMJ | Confer with A. Greene re: AHL mortgage related to property located in Alabama. | 0.30 | 58.50 |
| | LMJ | Review and analyze AHL mortgage payments and amortization schedules re: interest paid; prepare mortgage interest statements. | 2.90 | 565.50 |
| 2/1/2021 | LMJ | Review and analyze AHL mortgage interest received; complete tax documents. | 0.50 | 97.50 |
| 2/2/2021 | LMJ | Correspond with A. Greene re: disposition of earnest money deposit. | 0.20 | 39.00 |
| | LMJ | Confer with A. Greene and J. Jacobs re: AHL mortgage settlements. | 0.30 | 58.50 |
| | LMJ | Review and analyze AHL mortgage payments; prepare amortization schedules; review public records re: recorded mortgages. | 3.20 | 624.00 |
| 2/3/2021 | LMJ | Call with Humboldt County Recorder in Iowa re: recording fees. | 0.20 | 39.00 |
| | LMJ | Confer with A. Greene re: recorded documents related to AHL mortgages. | 0.20 | 39.00 |
| | LMJ | Research public documents re: recorded AHL mortgages. | 0.70 | 136.50 |
| 2/5/2021 | LMJ | Correspond with A. Greene re: draft of letter and AHL mortgage release. | 0.20 | 39.00 |
| | LMJ | Draft letter and release of AHL mortgage; review legal description of property. | 1.00 | 195.00 |
| 2/9/2021 | LMJ | Prepare recording cover sheets re: Humboldt County Recorder in Iowa. | 0.30 | 58.50 |
| 2/11/2021 | LMJ | Correspond with A. Greene re: recorded documents related to AHL mortgages. | 0.20 | 39.00 |
| 2/12/2021 | LMJ | Correspond with R. Huskey re: Quit Claim Deed. | 0.10 | 19.50 |
| | LMJ | Review Hinds County Recorder public records re: Quit Claim Deed related to property located in Terry, Mississippi. | 0.20 | 39.00 |

Consumer Defense Receivership                                                                 Page     15

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 2/12/2021 | TWM | Provide update to FTC counsel re: default interest, Airbnb, and AHL mortgages. | 0.30 | 112.50 |
| | TWM | Review and sign before notary several real estate conveyances for AHL borrowers. | 0.40 | 150.00 |
| 2/17/2021 | LMJ | Confer with A. Greene re: list of AHL borrowers who have not responded to settlement offers. | 0.10 | 19.50 |
| 2/18/2021 | LMJ | Review and analyze AHL mortgage documents and settlement offers; prepare summary re: same. | 3.90 | 760.50 |
| 2/25/2021 | LMJ | Review and analyze settlement re: AHL mortgage interest. | 0.20 | 39.00 |
| | LMJ | Confer with A. Greene re: settlement related to mortgage interest. | 0.10 | 19.50 |
| | TWM | Respond to inquiry re: default interest settlement and necessity of court of approval. | 0.30 | 112.50 |
| 3/1/2021 | TWM | Correspond internally re: mortgage company's request re: disclosure to court. | 0.20 | 75.00 |
| 3/3/2021 | LMJ | Correspond with J. Jacobs related to recorded documents re: property located in Humboldt, Iowa. | 0.10 | 19.50 |
| | LMJ | Call with St. Francis County Clerk re: property located in Forrest City, Arkansas. | 0.10 | 19.50 |
| | LMJ | Confer with A. Greene re: recorded mortgage and title related to property located in Forrest City, Arkansas. | 0.10 | 19.50 |
| | LMJ | Review recorded public documents re: property located in Humboldt, Iowa. | 0.30 | 58.50 |
| 3/10/2021 | LMJ | Confer with A. Greene re: ownership and property taxes related to property located in Alabama. | 0.20 | 39.00 |
| | LMJ | Draft timeline re: ownership of property located in Alabama; review recorded deeds and property tax statements re: same. | 1.70 | 331.50 |
| 3/12/2021 | LMJ | Confer and correspond with A. Greene re: ownership of property located in Alabama. | 0.20 | 39.00 |
| | LMJ | Call with Jefferson County Recorder's office in Alabama. | 0.30 | 58.50 |
| 3/16/2021 | LMJ | Confer and correspond with L. Jackson re: release of AHL mortgage. | 0.30 | 58.50 |
| | LMJ | Confer with A. Greene re: release of AHL mortgage. | 0.10 | 19.50 |
| | LMJ | Review and analyze mortgage and release of AHL mortgage. | 0.20 | 39.00 |
| | LMJ | Review correspondence re: sale of property and release of AHL mortgage. | 0.30 | 58.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 3/17/2021 | LMJ | Confer and correspond with J. Jacobs re: release of AHL mortgage. | 0.20 | 39.00 |
| | LMJ | Correspond with C. Youngers re: title insurance. | 0.20 | 39.00 |
| | LMJ | Correspond with J. Jacobs and A. Greene re: status of AHL mortgage releases. | 0.20 | 39.00 |
| | LMJ | Draft releases of mortgage to be recorded with county offices. | 0.70 | 136.50 |
| | LMJ | Review and analyze remaining AHL mortgages; review public records re: recorded documents; prepare chart re: same. | 2.60 | 507.00 |
| 3/18/2021 | LMJ | Review and analyze AHL mortgages re: original mortgage amounts and recording dates; update chart re: same. | 0.50 | 97.50 |
| | LMJ | Correspond with A. Greene re: remaining AHL mortgages. | 0.10 | 19.50 |
| | LMJ | Call with St. Francis County Circuit Clerk re: recorded AHL mortgage for property located in Forrest City, Arkansas. | 0.10 | 19.50 |
| | LMJ | Confer and correspond with P. Marx re: release of AHL mortgage. | 0.20 | 39.00 |
| | LMJ | Review recording information re: release of AHL mortgages. | 0.70 | 136.50 |
| | LMJ | Review and analyze remaining AHL mortgages re: recording information and mortgage amounts; update chart re: same. | 1.20 | 234.00 |
| | LMJ | Draft and revise release of AHL mortgages; review legal descriptions; prepare for recording. | 2.00 | 390.00 |
| | TWM | Review four AHL mortgage releases; present at notary and execute releases on behalf of receivership entity. | 0.50 | 187.50 |
| 3/19/2021 | LMJ | Correspond with the St. Francis County Recorder re: recording requirements for property in Forrest City, Arkansas. | 0.10 | 19.50 |
| | LMJ | Correspond with Lake County Recorder re: recording requirements. | 0.10 | 19.50 |
| | LMJ | Correspond with Benton County Recorder re: recording requirements for property in Edwards, Missouri. | 0.20 | 39.00 |
| | LMJ | Correspond with T. McNamara and A. Greene re: recording fee. | 0.20 | 39.00 |
| | LMJ | Prepare documents for recording. | 0.50 | 97.50 |
| 3/23/2021 | LMJ | Confer with A. Greene re: recorded AHL mortgages. | 0.10 | 19.50 |
| | LMJ | Confer with J. Jacobs re: recording release of AHL mortgages. | 0.10 | 19.50 |
| | LMJ | Confer and correspond with A. Greene re: remaining AHL mortgage balances. | 0.20 | 39.00 |

Consumer Defense Receivership

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 3/23/2021 | LMJ | Review and analyze AHL mortgage amortization and payments; update chart re: same. | 0.70 | 136.50 |
| 3/24/2021 | LMJ | Correspond with the Jefferson County Tax Collector re: property located in Alabama. | 0.10 | 19.50 |
| | LMJ | Correspond with A. Greene re: updated AHL mortgage payments. | 0.10 | 19.50 |
| | LMJ | Correspond with T. McNamara and A. Greene re: property redemption. | 0.10 | 19.50 |
| | LMJ | Correspond with A. Greene re: property redemption. | 0.10 | 19.50 |
| | LMJ | Review tax payoff amount re: property located in Alabama. | 0.10 | 19.50 |
| | LMJ | Review public records re: property located in Gary, Indiana. | 0.20 | 39.00 |
| | LMJ | Confer with A. Greene re: outstanding AHL mortgages. | 0.40 | 78.00 |
| | LMJ | Review and analyze books and records re: AHL mortgage payments. | 1.20 | 234.00 |
| 3/25/2021 | LMJ | Confer with A. Greene re: property located in Gary, Indiana. | 0.10 | 19.50 |
| | LMJ | Call with Jefferson County Tax Collector, Redemption Division re: property located in Alabama. | 0.10 | 19.50 |
| | LMJ | Confer with A. Greene re: property taxes related to property located in Alabama. | 0.20 | 39.00 |
| | LMJ | Correspond with T. McNamara re: request for bank statements. | 0.20 | 39.00 |
| | LMJ | Review public documents re: property located in Gary, Indiana; update chart re: same. | 0.30 | 58.50 |
| | LMJ | Review and analyze bank statements re: payments related to property located in Alabama. | 0.50 | 97.50 |
| | LMJ | Review property tax records and redemption application re: property located in Alabama. | 0.80 | 156.00 |
| | LMJ | Review and analyze books and records re: AHL mortgage payments. | 1.60 | 312.00 |
| | TWM | Discuss Alabama property title problem with A. Greene and L. Jones; review draft letter to J. Hanley. | 0.40 | 150.00 |
| 3/26/2021 | LMJ | Correspond with Jefferson County Recorder re: transfer of property. | 0.10 | 19.50 |
| | LMJ | Call with Jefferson County Recorder re: transfer of property. | 0.20 | 39.00 |
| | LMJ | Confer with A. Greene re: transfer of property located in Alabama. | 0.20 | 39.00 |
| | LMJ | Correspond with A. Greene re: property redemption. | 0.20 | 39.00 |

Consumer Defense Receivership                                                                    Page      18

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 3/26/2021 | LMJ | Call with Jefferson County Tax Collector re: property located in Alabama. | 0.30 | 58.50 |
| | LMJ | Prepare letter to Chase Bank re: request for bank statements. | 0.40 | 78.00 |
| | LMJ | Review Alabama Department of Revenue guidelines re: redemption. | 0.40 | 78.00 |
| | LMJ | Review and analyze bank statements re: cash flow. | 0.70 | 136.50 |
| 3/30/2021 | LMJ | Confer and correspond with A. Greene re: property redemption. | 0.20 | 39.00 |
| | LMJ | Review public documents re: property located in Kissimmee, Florida. | 0.30 | 58.50 |
| | LMJ | Review public documents re: property located in Michigan. | 0.30 | 58.50 |
| | LMJ | Correspond with A. Greene re: property located in Alabama. | 0.50 | 97.50 |
| | LMJ | Confer and correspond with A. Greene re: property redemption. | 0.60 | 117.00 |
| | LMJ | Draft Quit Claim Deed re: property located in Alabama. | 0.60 | 117.00 |
| 3/31/2021 | LMJ | Correspond with A. Greene re: Quit Claim Deed related to property located in Alabama. | 0.40 | 78.00 |
| | LMJ | Confer and correspond with A. Greene re: AHL mortgage packages. | 0.40 | 78.00 |
| | LMJ | Prepare Quit Claim Deed re: property located in Alabama. | 0.40 | 78.00 |
| | LMJ | Review and analyze books and records re: balances due related to land purchases. | 0.40 | 78.00 |
| | LMJ | Review and analyze AHL mortgage documents; prepare AHL mortgage packages re: same. | 0.50 | 97.50 |
| | LMJ | Review and analyze AHL mortgage payments; update chart re: remaining mortgages. | 0.60 | 117.00 |
| | LMJ | Review and analyze books and records re: AHL mortgage payments; prepare amortization schedule re: same. | 0.70 | 136.50 |
| 4/1/2021 | LMJ | Call with Jefferson County Recorder's office re: recording Quit Claim Deed. | 0.10 | 19.50 |
| | LMJ | Correspond with A. Greene re: property located in Alabama. | 0.20 | 39.00 |
| | LMJ | Correspond with A. Greene re: Satisfaction of Mortgage template for use with AHL mortgages. | 0.20 | 39.00 |
| | LMJ | Draft and revise Satisfaction of Mortgage template for use with AHL mortgages. | 0.40 | 78.00 |
| | LMJ | Review and analyze recorded documents re: property located in Decatur, Georgia. | 0.60 | 117.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 4/1/2021 | LMJ | Review and analyze AHL mortgage payments; prepare payment schedule with outstanding balance and accrued interest. | 1.20 | 234.00 |
| | LMJ | Review and analyze recorded public documents; update AHL mortgage schedule re: same. | 1.30 | 253.50 |
| 4/2/2021 | LMJ | Correspond with A. Greene re: AHL mortgage related to property located in Georgia. | 0.10 | 19.50 |
| | TWM | Confer internally re: J. Hanley Quit Claim Deed to AHL and status of Alabama homeowner; update on other AHL mortgage holders. | 0.30 | 112.50 |
| 4/6/2021 | LMJ | Correspond with A. Greene re: release of AHL mortgage. | 0.10 | 19.50 |
| | LMJ | Call with JPMorgan Chase re: secure files. | 0.20 | 39.00 |
| | LMJ | Research public records re: property located in New Jersey. | 0.30 | 58.50 |
| | LMJ | Review documents from JPMorgan Chase. | 0.30 | 58.50 |
| | LMJ | Review and analyze correspondence from state and federal agencies. | 0.40 | 78.00 |
| | LMJ | Draft release of AHL mortgage re: property located in Winchester, Kentucky. | 0.60 | 117.00 |
| | LMJ | Research public documents re: property located in West Virginia, Kentucky, and Minnesota. | 1.50 | 292.50 |
| | TWM | Confer internally re: J. Hanley release of AHL mortgage re: Alabama property. | 0.30 | 112.50 |
| | TWM | Review valuations and offers for loose diamond and earrings; discuss internally the valuation and acceptable offer. | 0.30 | 112.50 |
| 4/7/2021 | LMJ | Correspond with A. Greene re: AHL mortgage package. | 0.10 | 19.50 |
| | LMJ | Review and analyze public documents re: property located in Michigan. | 0.30 | 58.50 |
| | LMJ | Review and analyze AHL mortgage payments; update amortization schedules re: same; prepare AHL mortgage packages. | 3.00 | 585.00 |
| 4/9/2021 | LMJ | Confer with A. Greene re: recording documents related to property in Alabama. | 0.10 | 19.50 |
| | LMJ | Correspond with T. McNamara re: documents related to property located in Alabama. | 0.10 | 19.50 |
| 4/10/2021 | LMJ | Correspond with T. McNamara re: Quit Claim Deed and release of AHL mortgage. | 0.10 | 19.50 |
| | LMJ | Draft and revise Quit Claim Deed and release of AHL mortgage. | 0.20 | 39.00 |

Consumer Defense Receivership

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 4/10/2021 | LMJ | Research public records re: property located in Michigan. | 0.30 | 58.50 |
| 4/12/2021 | TWM | Review status summary of AHL mortgages; discuss same with A. Greene. | 0.20 | 75.00 |
| 4/13/2021 | LMJ | Call with Wayne County Clerk re: recording documents for property located in Huntington, West Virginia. | 0.10 | 19.50 |
| | LMJ | Call with Jefferson County Recorder re: recording documents. | 0.10 | 19.50 |
| | LMJ | Confer and correspond with C. Hart re: release of AHL mortgage. | 0.20 | 39.00 |
| | LMJ | Draft letter to Wayne County Clerk re: recording documents for property located in Huntington, West Virginia. | 0.30 | 58.50 |
| | LMJ | Confer and correspond with J. Jacobs and A. Greene re: recording documents related to property located in Alabama. | 0.50 | 97.50 |
| | LMJ | Confer and correspond with J. Jacobs and A. Greene re: recording documents related to property located in Alabama. | 0.50 | 97.50 |
| | LMJ | Draft letter to Jefferson County Recorder re: recording documents. | 0.50 | 97.50 |
| | TWM | Review summary of potential title review process suggested by OC Title; discuss with L. Jones. | 0.30 | 112.50 |
| 4/14/2021 | LMJ | Confer with A. Greene re: AHL mortgage balance. | 0.10 | 19.50 |
| | LMJ | Correspond with A. Greene re: AHL mortgages and releases of mortgages. | 0.20 | 39.00 |
| | LMJ | Review and analyze AHL mortgage, and promissory notes re: assignment of mortgage. | 0.40 | 78.00 |
| | LMJ | Review and analyze public documents re: AHL mortgages and releases of mortgages related to property located in Kissimmee, Florida. | 1.70 | 331.50 |
| 4/15/2021 | LMJ | Review and analyze documents re: AHL mortgages and promissory notes. | 0.10 | 19.50 |
| | LMJ | Confer and correspond with A. Greene re: release of AHL mortgage. | 0.20 | 39.00 |
| | LMJ | Draft release of AHL mortgage related to property located in Washburn, Tennessee. | 0.50 | 97.50 |
| | LMJ | Review and analyze documents re: redemption of property and foreclosure notices. | 0.50 | 97.50 |
| | LMJ | Research public documents re: properties located in Tennessee, Indiana, and Florida. | 1.40 | 273.00 |
| | TWM | Call with FTC counsel re: update on AHL mortgages and asset sales; follow-up re: same. | 0.40 | 150.00 |
| 4/20/2021 | LMJ | Correspond with A. Greene re: recorded Quit Claim Deeds. | 0.10 | 19.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 4/20/2021 | LMJ | Call with the Grainger County Register of Deeds re: recording fees for property located in Washburn, Tennessee. | 0.10 | 19.50 |
| | LMJ | Correspond with A. Greene re: release of AHL mortgage and promissory note re: property located in Decatur, Georgia. | 0.10 | 19.50 |
| | LMJ | Review recorded release of AHL mortgage re: property located in Kissimmee, Florida. | 0.10 | 19.50 |
| | LMJ | Review recorded Quit Claim Deeds; review county public documents re: same. | 0.30 | 58.50 |
| | LMJ | Research recording fees re: property located in Washburn, Tennessee. | 0.30 | 58.50 |
| | LMJ | Review and analyze recorded documents re: property located in Decatur, Georgia; draft release of AHL mortgage and promissory note. | 1.00 | 195.00 |
| 4/21/2021 | TWM | Meet with A. Greene to discuss AHL mortgage sales and necessity of court approval; review references to AHL mortgages in previous reports to court. | 0.30 | 112.50 |
| 4/22/2021 | LMJ | Confer and correspond with A. Greene re: property descriptions. | 0.20 | 39.00 |
| | LMJ | Draft property descriptions re: properties located in Indiana, Florida, and Minnesota. | 0.50 | 97.50 |
| 4/27/2021 | LMJ | Confer with A. Greene re: deeds of trust and occupancy taxes related to Park City condo. | 0.10 | 19.50 |
| | LMJ | Review and analyze public documents re: property located in Michigan. | 0.40 | 78.00 |
| | TWM | Review recommendation to abandon three AHL mortgages for which AHL failed to properly record mortgages; respond to same. | 0.20 | 75.00 |
| 4/28/2021 | LMJ | Review and analyze payments made by consumers; prepare chart re: same. | 1.80 | 351.00 |
| 4/29/2021 | LMJ | Review correspondence from J. Marshall re: sale of AHL mortgages. | 0.10 | 19.50 |
| | LMJ | Correspond with A. Greene re: letter of intent to purchase AHL mortgages. | 0.20 | 39.00 |
| | LMJ | Review and analyze consumer payments and AHL mortgage documents; review letter of intent and prepare comments. | 1.30 | 253.50 |
| | LMJ | Review and analyze payments from consumers; update status of AHL mortgages; update chart re: recorded documents. | 1.70 | 331.50 |
| 4/30/2021 | LMJ | Review and analyze bank statements re: payments related to consumer properties. | 0.70 | 136.50 |
| 5/3/2021 | TWM | Prepare for and participate in call with FTC re: status of appeal and update on AHL mortgages. | 0.50 | 187.50 |

Consumer Defense Receivership                                                                                          Page    22

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 5/4/2021 | LMJ | Review correspondence re: payoff of AHL mortgage on property located in Decatur, Georgia. | 0.10 | 19.50 |
| | LMJ | Confer and correspond with A. Greene re: release of AHL mortgage on property located in Decatur, Georgia. | 0.10 | 19.50 |
| | LMJ | Review correspondence from J. Marshall re: sale of AHL mortgages. | 0.10 | 19.50 |
| | LMJ | Confer with A. Greene re: documents related to specific AHL mortgages. | 0.20 | 39.00 |
| | LMJ | Review correspondence from A. Greene and T. McNamara re: sale of AHL mortgages. | 0.30 | 58.50 |
| | TWM | Review offer from AHL mortgagor and discuss with A. Greene; respond to same. | 0.30 | 112.50 |
| | TWM | Review summary of sale of three AHL mortgages and timeline for sale completion; speak to A. Greene re: same. | 0.30 | 112.50 |
| 5/7/2021 | LMJ | Correspond with A. Greene re: review of transactions related to records of AHL borrower loan payments. | 0.10 | 19.50 |
| | LMJ | Correspond with B. Bellamy and J. Jacobs re: transfer of remaining funds related to management of Park City condo. | 0.30 | 58.50 |
| | LMJ | Review and analyze bank statements re: transfer of funds related to management of Park City condo. | 0.40 | 78.00 |
| | LMJ | Review and analyze transactions re: AM Property related to loan payment receipts. | 0.90 | 175.50 |
| | LMJ | Review receivership documents re: AHL mortgage and promissory notes documentation related to three AHL borrowers. | 1.60 | 312.00 |
| | LMJ | Review and analyze multiple copies of Smartsheet data re: payment information and correspondence to and from AHL borrowers; redact information as necessary. | 2.20 | 429.00 |
| | TWM | Review request from FTC counsel; confer internally re: request and where to gather information for response. | 0.20 | 75.00 |
| 5/11/2021 | LMJ | Call with Grainger County Clerk re: recorded release of AHL mortgage on property located in Washburn, Tennessee. | 0.10 | 19.50 |
| | LMJ | Research Grainger County public document access re: recorded release of AHL mortgage. | 0.20 | 39.00 |
| | LMJ | Confer and correspond with A. Greene and J. Jacobs re: release of AHL mortgage on property located in Washburn, Tennessee. | 0.30 | 58.50 |
| | LMJ | Confer and correspond with A. Greene and J. Jacobs re: release of AHL mortgage on property located in Huntington, West Virginia. | 0.30 | 58.50 |

Consumer Defense Receivership

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 5/11/2021 | LMJ | Research Wayne County public document access re: recorded release of AHL mortgage on property located in West Virginia. | 0.30 | 58.50 |
| 5/12/2021 | LMJ | Review and analyze AHL mortgage documents. | 0.10 | 19.50 |
| | LMJ | Confer and correspond with J. Jacobs re: AHL mortgage documents. | 0.20 | 39.00 |
| | LMJ | Review and analyze receivership documents re: three AHL mortgages preparation for their sale. | 7.10 | 1,384.50 |
| | TWM | Confer internally re: process for selling AHL mortgages and timeline for same. | 0.20 | 75.00 |
| | TWM | Review and approve motion to extend receivership deadline. | 0.30 | 112.50 |
| 5/13/2021 | LMJ | Correspond with A. Greene re: receivership documents related to the sale of AHL mortgages. | 0.10 | 19.50 |
| | LMJ | Correspond with B. Bellamy re: return of remaining funds in property management account related to Park City condo. | 0.10 | 19.50 |
| | LMJ | Research access to public records re: property located in Grainger County, Tennessee. | 0.10 | 19.50 |
| | LMJ | Review receivership documents re: confirmation of AHL mortgage payments received. | 0.10 | 19.50 |
| | LMJ | Review and analyze public documents re: property located in Clark County, Kentucky. | 0.20 | 39.00 |
| | LMJ | Confer and correspond with A. Greene and J. Jacobs re: release of AHL mortgages on properties located in Alabama and Kentucky. | 0.30 | 58.50 |
| | LMJ | Review receivership documents re: recorded AHL mortgages. | 0.30 | 58.50 |
| | LMJ | Review and analyze public documents re: property located in Jefferson County, Alabama. | 0.40 | 78.00 |
| | LMJ | Review and analyze bank statements re: payments received from AHL borrowers. | 0.50 | 97.50 |
| | LMJ | Prepare draft of release of AHL mortgage on property located in Alabama and Kentucky; review recorded mortgages re: same. | 1.00 | 195.00 |
| | LMJ | Complete review of receivership documents re: property located in Florida, Indiana, and Minnesota and compile for AHL mortgage portfolio. | 1.60 | 312.00 |
| 5/14/2021 | LMJ | Confer and correspond with J. Jacobs re: transfer of funds related to property management of Park City condo. | 0.10 | 19.50 |
| | LMJ | Correspond with B. Bellamy re: transfer of funds related to property management of Park City condo. | 0.70 | 136.50 |

Consumer Defense Receivership                                                              Page    24

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 5/14/2021 | LMJ | Review, analyze, and reconcile bank statements re: transactions related to Park City condo. | 0.80 | 156.00 |
| 5/18/2021 | LMJ | Confer with A. Greene re: information included on Smartsheet. | 0.10 | 19.50 |
| | LMJ | Revise AHL Funding redacted spreadsheet. | 0.10 | 19.50 |
| | LMJ | Research recording requirements re: release of AHL mortgage to be filed in Jefferson County, Alabama. | 0.30 | 58.50 |
| | LMJ | Confer and correspond with A. Greene and J. Jacobs re: review of documents related to the sale of AHL mortgages. | 0.50 | 97.50 |
| | LMJ | Complete review and analysis of documents re: sale of AHL mortgages related to property located in Indiana, Florida, and Minnesota. | 1.00 | 195.00 |
| | LMJ | Review and analyze documents re: production to potential purchaser of AHL mortgages. | 1.60 | 312.00 |
| 5/20/2021 | LMJ | Confer with A. Greene and J. Jacobs re: documents related to the sale of AHL mortgages. | 0.40 | 78.00 |
| | LMJ | Call with Clark County Clerk's office re: recording fees for property located in Winchester, Kentucky. | 0.10 | 19.50 |
| | LMJ | Research recording cost re: release of AHL mortgage on property located in Kentucky. | 0.10 | 19.50 |
| | LMJ | Review and analyze tax and property redemption notices re: real property. | 0.10 | 19.50 |
| | LMJ | Review draft of letter to potential buyer re: sale of AHL mortgages. | 0.10 | 19.50 |
| | LMJ | Review and analyze documents re: sales of AHL mortgages. | 0.70 | 136.50 |
| 5/26/2021 | LMJ | Review and analyze receivership documents re: rental fees and remittance of same from listing agencies re: Park City condo. | 0.40 | 78.00 |
| | LMJ | Review and analyze receipts and disbursements re: Park City condo; review and analyze receivership accounting records re: same. | 0.90 | 175.50 |
| 5/27/2021 | LMJ | Review, analyze, and reconcile rental income re: Park City condo. | 2.50 | 487.50 |
| 6/3/2021 | LMJ | Review and analyze AHL mortgage documents; document status of borrowers; review and update amortization schedules. | 1.80 | 351.00 |
| 6/4/2021 | LMJ | Correspond with J. Jacobs re: release of AHL mortgage to be recorded on property located in Kentucky. | 0.10 | 19.50 |
| | LMJ | Review release of mortgage re: requirements for recording. | 0.10 | 19.50 |
| | LMJ | Call with Clark County Recorder re: recording requirements for release of mortgage. | 0.20 | 39.00 |

Consumer Defense Receivership                                                        Page     25

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 6/4/2021 | LMJ | Confer with A. Greene and J. Jacobs re: Clark County Recorder recording requirements for recording release of mortgage. | 0.40 | 78.00 |
|  | LMJ | Review and analyze chart re: AHL mortgage documentation; update same. | 0.80 | 156.00 |
| 6/24/2021 | LMJ | Correspond with J. Jacobs and A. Greene re: recorded release of AHL mortgage on property located in Kentucky. | 0.10 | 19.50 |
|  | LMJ | Call with Clark County Clerk re: release of AHL mortgage on property located in Kentucky. | 0.10 | 19.50 |
|  | LMJ | Correspond with A. Greene re: revision to loan sale agreement. | 0.10 | 19.50 |
|  | LMJ | Review and analyze AHL mortgage and loan documents re: loan sale agreement; revise loan sale agreement with loan and note details. | 0.50 | 97.50 |
| 7/13/2021 | LMJ | Review and analyze status of payments re: sales of notes. | 0.20 | 39.00 |
|  | LMJ | Correspond with A. Greene re: sale of notes. | 0.30 | 58.50 |
|  | LMJ | Review draft of final report. | 0.30 | 58.50 |
| 7/21/2021 | LMJ | Review and analyze loan sale agreement re: outstanding loans. | 0.30 | 58.50 |
|  | LMJ | Review and analyze receivership documents re: AHL mortgages, promissory notes, and documents related to receipts and disbursements re: Park City condo. | 2.10 | 409.50 |
| 7/23/2021 | LMJ | Confer and correspond with A. Greene re: AHL mortgage amortization schedules. | 0.20 | 39.00 |
|  | LMJ | Review and analyze books and records re: payment of occupancy taxes. | 0.80 | 156.00 |
| 8/2/2021 | TWM | Review Ninth Circuit activity; pose question to team re: AHL mortgage sale and effect, if any, of appeal. | 0.30 | 112.50 |
| 8/6/2021 | LMJ | Review AHL borrower files re: promissory notes and mortgages. | 0.50 | 97.50 |
| 9/28/2021 | LMJ | Correspond with A. Greene re: closing sale documents related to sale of notes. | 0.20 | 39.00 |
|  | LMJ | Correspond with T. Jimenez re: closing sale documents related to sale of notes. | 0.20 | 39.00 |
|  | LMJ | Review executed closing documents re: sale of notes. | 0.30 | 58.50 |
|  | LMJ | Review drafts and revisions of closing documents re: sale of notes; review mortgage details re: same; prepare documents for notarization. | 6.30 | 1,228.50 |
| 9/29/2021 | LMJ | Confer with A. Greene and J. Jacobs re: completed loan documents. | 0.20 | 39.00 |

Consumer Defense Receivership                                                                                          Page     26

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 9/29/2021 | LMJ | Review correspondence from A. Greene and T. Jimenez re: loan documents. | 0.30 | 58.50 |
| | LMJ | Review updated loan documents re: loan details. | 0.50 | 97.50 |
| | TWM | Review financials and status of sale of AHL mortgages in connection with completing FTC receivership survey; complete survey. | 0.50 | 187.50 |
| 9/30/2021 | TWM | Call with FTC attorney G. Ashe re: survey form and status. | 0.20 | 75.00 |
| | TWM | Review and edit final report. | 0.70 | 262.50 |
| | TWM | Review declaration, time, and proposed final discharge order. | 0.90 | 337.50 |
| | **TOTAL FEES** | | **256.90** | **$53,641.50** |

### DISBURSEMENTS

| Date | Description | |
|------|-------------|--|
| 4/22/2020 | Delivery services/messengers: FedEx Crump property taxes to Hinds County Chancery Clerk's Office | 34.29 |
| 4/29/2020 | Delivery services/messengers: FedEx certified copy re: Park City condo sale to U.S. District Court | 22.33 |
| 5/5/2020 | Delivery services/messengers: FedEx documents re: Park City condo sale to Summit Escrow & Title Insurance | 33.30 |
| 5/8/2020 | Other: (2) Notary services (T. McNamara) | 30.00 |
| 5/13/2020 | Delivery services/messengers: FedEx to J. Hanley | 34.86 |
| 5/15/2020 | Delivery services/messengers: FedEx release of lis pendens re: Park City condo to Summit Escrow & Title Insurance | 33.30 |
| | Delivery services/messengers: FedEx release of lis pendens re: Sandy office building to Mitchell Barlow & Mansfield, PC | 30.17 |
| 5/18/2020 | Delivery services/messengers: FedEx to J. Hanley | 61.33 |
| 5/26/2020 | Delivery services/messengers: FedEx DMV title to RC Automotive | 30.40 |
| 7/2/2020 | Delivery services/messengers: FedEx V-Trec title to RC Automotive | 23.68 |
| 8/31/2020 | Other: (2) Notary services (T. McNamara) | 30.00 |
| 10/2/2020 | Other: Notary services re: release of mortgage (T. McNamara) | 15.00 |
| | Delivery services/messengers: FedEx J. Gura release of mortgage to J. Peacock | 29.79 |

Consumer Defense Receivership                                                                                    Page    27

| Date | Description | Amount |
|------|-------------|--------|
| 11/18/2020 | Online research:  Jefferson County document request | 18.63 |
| 1/7/2021 | Delivery services/messengers: FedEx mortgage documents to Otsego County Clerk's Office | 30.43 |
| 1/25/2021 | Other: (4) Notary services (T. McNamara) documentation re: discharges of consumer mortgages | 60.00 |
| 2/2/2021 | Other: GSCCCA re:  search recorded documents | 5.00 |
| 2/3/2021 | Other: Humboldt County Recorder document recording fee | 5.15 |
| 2/11/2021 | Delivery services/messengers: FedEx discharge of mortgage to M. Rhoden | 21.45 |
|  | Delivery services/messengers: FedEx satisfaction of mortgage to R. Bamke | 26.06 |
| 2/12/2021 | Delivery services/messengers: FedEx R. Davis satisfaction of mortgage to Xlander Law | 19.65 |
|  | Other: (2) Notary services (T. McNamara) documentation re: R. Davis satisfaction of mortgage | 30.00 |
| 3/8/2021 | Delivery services/messengers: FedEx recorded documents to L. Crahan | 39.98 |
| 4/5/2021 | Delivery services/messengers: FedEx P. Suggs release of mortgage | 39.70 |
| 4/9/2021 | Other: (2) Notary services (T. McNamara) documentation re: release of mortgage and Quit Claim Deed | 30.00 |
| 4/19/2021 | Other: Notary services (T. McNamara) documentation re: release of mortgage | 15.00 |
| 4/21/2021 | Delivery services/messengers: FedEx S. Holloway release of mortgage | 33.14 |
| 5/5/2021 | Other: Notary services (T. McNamara) documentation re: release of mortgage | 15.00 |
| 5/22/2021 | Other: (2) Notary services (T. McNamara) documentation re: Edge and Johnson release of mortgage | 30.00 |

**TOTAL DISBURSEMENTS**                                                                                     **$827.64**

**TOTAL CURRENT CHARGES**                                                                              **$54,469.14**

### PROFESSIONAL SERVICES SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Lisa M. Jones | 237.20 | 195.00 | $46,254.00 |
| Thomas W. McNamara | 19.70 | 375.00 | $7,387.50 |