# EXHIBIT C

McNamara Smith LLP Invoice

# EXHIBIT C

# McNamara Smith LLP

October 01, 2021

|                        |            |
|------------------------|------------|
| **Invoice No:**        | 11348      |
| **Our File No.:**      | 2085-02MS  |
| **For Services Through:** | 9/30/2021 |

Matter:   Consumer Defense Receivership

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $83,125.00 |
| Total Disbursements | $212.49 |
| **Grand Total** | **$83,337.49** |

EXHIBIT C
Page 30

# McNamara Smith LLP

| | |
|---:|:---|
| **Invoice No.:** | 11348 |
| **Our File No.:** | 2085-02MS |
| **For Services Through:** | 9/30/2021 |

Matter:  Consumer Defense Receivership

**PROFESSIONAL SERVICES**

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 4/1/2020 | EC | Revise joint motion to approve Olmsted settlement agreement. | 0.50 | 175.00 |
| | EC | Correspond with J. Barlow re: Olmsted settlement. | 0.30 | 105.00 |
| | EC | Call with realtor re: closing and insurance for Park City condo. | 0.30 | 105.00 |
| | EC | Correspond with G. Ashe re: proposed Olmsted settlement. | 0.20 | 70.00 |
| 4/7/2020 | EC | Revise joint motion to approve settlement agreement with Olmsted. | 0.20 | 70.00 |
| 4/8/2020 | SEC | Draft subpoena to McMillen fine art gallery. | 0.50 | 87.50 |
| | EC | Correspond with C. O'Neil and B. Bellamy re: hot tub and boiler. | 0.20 | 70.00 |
| 4/10/2020 | EC | Correspond with counsel for Velocity re: payoff statement. | 0.10 | 35.00 |
| 4/14/2020 | EC | Call with C. O'Neil re: Park City condo. | 0.10 | 35.00 |
| 4/17/2020 | EC | Meet with T. McNamara re: Park City condo. | 0.10 | 35.00 |
| | EC | Call with C. O'Neil re: Park City condo closing. | 0.20 | 70.00 |
| 4/22/2020 | EC | Review J. Hanley opposition to joint motion to approve settlement agreement. | 0.20 | 70.00 |
| | EC | Call and correspond with J. Barlow re: Sandy office building. | 0.20 | 70.00 |
| | CJBG | Draft reply in support of motion to approve settlement. | 2.20 | 715.00 |
| | EC | Conference call with T. McNamara and C. Gordon re: response to J. Hanley's opposition to motion to approve settlement. | 0.20 | 70.00 |
| | EC | Calls with C. O'Neil re: extension of escrow and closing. | 0.20 | 70.00 |

EXHIBIT C
Page 31

Consumer Defense Receivership

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 4/22/2020 | EC | Call with J. Barlow re: Sandy office building and short term lease. | 0.20 | 70.00 |
| 4/23/2020 | EC | Revise reply in support of motion to approve settlement agreement. | 2.20 | 770.00 |
| | CJBG | Continue to draft reply in support of motion to approve settlement. | 1.00 | 325.00 |
| | EC | Call with C. O'Neil re: escrow extension request for Park City condo. | 0.10 | 35.00 |
| | EC | Call with C. O'Neil re: Park City condo extension. | 0.10 | 35.00 |
| 4/24/2020 | EC | Revise reply in support of joint motion to approve settlement agreement with Olmsted. | 0.40 | 140.00 |
| 4/27/2020 | EC | Call with R. Maron re: K. Crump property and AHL mortgage. | 0.30 | 105.00 |
| 4/30/2020 | SEC | Correspond with RC Automotive re: Porsche. | 0.10 | 17.50 |
| | EC | Call with realtor re: payoff statement. | 0.10 | 35.00 |
| | EC | Call to J. Woodall re: Velocity Capital payoff demand. | 0.10 | 35.00 |
| | EC | Call with J. Hanlon re: payoff demand. | 0.20 | 70.00 |
| 5/1/2020 | SEC | Correspond with C. Bertram and realtor re: Sandy office building. | 0.10 | 17.50 |
| | EC | Correspond with J. Barlow re: Sandy office building. | 0.10 | 35.00 |
| | EC | Call with J. Hanlon re: Park City closing. | 0.10 | 35.00 |
| | EC | Call to J. Woodall re: Velocity Capital payoff statement. | 0.10 | 35.00 |
| | EC | Correspond with J. Barlow re: Olmsted settlement agreement. | 0.10 | 35.00 |
| | EC | Call to J. Barlow re: Olmsted settlement agreement. | 0.10 | 35.00 |
| 5/4/2020 | SEC | Correspond with C. Bertram and realtor re: Sandy office building. | 0.20 | 35.00 |
| | SEC | Correspond with Sandy HOA re: payoff statement. | 0.20 | 35.00 |
| | EC | Call with B. Bellamy re: Park City condo. | 0.10 | 35.00 |
| | EC | Call with J. Barlow re: Sandy office building settlement. | 0.10 | 35.00 |
| | EC | Calls with C. O' Neil re: Park City condo closing. | 0.20 | 70.00 |
| 5/5/2020 | EC | Review case law, payoff demand, and promissory note re: Sandy office building. | 0.20 | 70.00 |
| | SEC | Review tax assessor documents and obtain payoff statement for the Sandy office building. | 0.20 | 35.00 |
| | EC | Call with J. Woodall re: default interest for Sandy office building. | 0.10 | 35.00 |

EXHIBIT C
Page 32

Consumer Defense Receivership                                                             Page      3

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 5/5/2020 | EC | Call with J. Hanlon re: lender payoff and closing for Park City condo. | 0.10 | 35.00 |
| 5/6/2020 | EC | Review settlement statement for Sandy office building and correspond with J. Barlow re: same. | 0.50 | 175.00 |
| | EC | Revise status report. | 2.20 | 770.00 |
| 5/7/2020 | EC | Revise status report. | 0.40 | 140.00 |
| | SEC | Review tax assessor documents and obtain payoff statement for the Sandy office building. | 0.50 | 87.50 |
| | EC | Call with J. Woodall re: Velocity Capital payoff demand and closing. | 0.10 | 35.00 |
| | EC | Call with B. Bellamy re: Park City condo closing and J. Hanley personal items. | 0.10 | 35.00 |
| | EC | Call and correspond with C. O'Neil re: Park City condo closing and payoff demand. | 0.20 | 70.00 |
| | EC | Call with J. Barlow re: Sandy office building closing. | 0.20 | 70.00 |
| 5/8/2020 | EC | Correspond with J. Woodall re: Velocity and Park City condo. | 0.20 | 70.00 |
| | EC | Revise status report. | 0.50 | 175.00 |
| | SEC | Review HOA and tax payoff statements for the Sandy office building. | 0.20 | 35.00 |
| | SEC | Call and correspond with RC Automotive re: sale of Porsche. | 0.40 | 70.00 |
| | EC | Correspond with J. Barlow re: payoff and closing for Sandy office building. | 0.10 | 35.00 |
| | EC | Review Sandy office building settlement statement. | 0.10 | 35.00 |
| | EC | Correspond with J. Woodall re: default interest issue and settlement statement. | 0.20 | 70.00 |
| | EC | Call with B. Bellamy re: accounting for Park City condo. | 0.20 | 70.00 |
| 5/11/2020 | EC | Review closing documents for Park City condo. | 0.70 | 245.00 |
| | EC | Correspond with J. Barlow re: Sandy office building closing. | 0.10 | 35.00 |
| | EC | Correspond with J. Woodall re: Park City condo and Velocity payoff statement. | 0.20 | 70.00 |
| | EC | Call to and correspond with J. Hanlon re: Velocity Capital and default interest dispute. | 0.20 | 70.00 |
| 5/12/2020 | EC | Review accounting reports for Park City condo. | 0.80 | 280.00 |

EXHIBIT C
Page 33

Consumer Defense Receivership                                                                                    Page     4

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 5/12/2020 | EC | Correspond with J. Woodall re: default interest and Velocity payoff. | 0.20 | 70.00 |
| 5/13/2020 | EC | Correspond with J. Barlow re: Sandy office building. | 0.10 | 35.00 |
| | EC | Revise status report. | 0.30 | 105.00 |
| | SEC | Correspond with C. Bertram re: Sandy office building. | 0.20 | 35.00 |
| | EC | Call with C. O' Neil re: closing for Park City condo. | 0.10 | 35.00 |
| | EC | Correspond with S. Hanley and J. Hanley re: ring. | 0.20 | 70.00 |
| | EC | Revise letter to S. Hanley and J. Hanley re: personal documents. | 0.20 | 70.00 |
| | EC | Review FTC's response to Defendants' ex parte application to take depositions. | 0.20 | 70.00 |
| 5/15/2020 | EC | Revise notice of release of lis pendens. | 0.10 | 35.00 |
| 5/20/2020 | EC | Review accounting statement for Park City condo. | 2.00 | 700.00 |
| | EC | Call with B. Bellamy re: accounting statements for Park City condo. | 0.30 | 105.00 |
| | EC | Call to J. Woodall re: Velocity Capital and default interest. | 0.10 | 35.00 |
| 5/21/2020 | SEC | Call with L. Jones re: AHL mortgages. | 0.10 | 17.50 |
| 5/22/2020 | EC | Call with L. Jones re: AHL mortgages. | 0.10 | 35.00 |
| 5/28/2020 | EC | Correspond with J. Hanley re: personal items. | 0.20 | 70.00 |
| 5/29/2020 | EC | Review documents and financial information in preparation for receivership survey. | 0.60 | 210.00 |
| | EC | Revise receivership survey. | 0.60 | 210.00 |
| 6/1/2020 | EC | Revise receivership survey. | 0.20 | 70.00 |
| 6/2/2020 | SEC | Review AHL mortgage portfolio documents. | 0.20 | 35.00 |
| | EC | Correspond with T. McNamara re: Sandy office building. | 0.10 | 35.00 |
| | EC | Correspond with G. Ashe re: receivership survey. | 0.20 | 70.00 |
| 6/3/2020 | SEC | Call and correspond with RC Automotive re: camping trailer. | 0.20 | 35.00 |
| 6/11/2020 | EC | Revise proposed order re: fee application. | 0.30 | 105.00 |
| 6/15/2020 | EC | Review AHL mortgages. | 0.40 | 140.00 |
| | EC | Review K. Crump mortgage and call with R. Maron re: same. | 0.50 | 175.00 |

EXHIBIT C
Page 34

Consumer Defense Receivership

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 6/15/2020 | EC | Revise website update. | 0.70 | 245.00 |
| | SEC | Review files re: AHL mortgages and K. Crump. | 0.70 | 122.50 |
| | EC | Meet with T. McNamara re: AHL mortgage portfolio. | 0.10 | 35.00 |
| 6/16/2020 | EC | Revise letter to K. Crump re: AHL mortgage and payoff demand. | 0.90 | 315.00 |
| | EC | Correspond with R. Maron re: K. Crump mortgage. | 0.10 | 35.00 |
| 6/17/2020 | EC | Correspond with B. Bellamy re: Park City condo. | 0.20 | 70.00 |
| 7/8/2020 | SEC | Draft letters to consumers re: outstanding AHL mortgage payments. | 1.00 | 175.00 |
| 7/21/2020 | CJBG | Confer with S. Carroll re: letters to AHL borrowers. | 0.40 | 130.00 |
| | SEC | Calls with C. Gordon re: letters to AHL borrowers. | 0.40 | 70.00 |
| | CJBG | Review and revise draft letters to AHL borrowers. | 1.90 | 617.50 |
| | EC | Call with B. Bellamy re: accounting for Park City condo and J. Hanley personal property. | 0.10 | 35.00 |
| 7/30/2020 | SEC | Call with AHL borrower re: mortgage payoff. | 0.20 | 35.00 |
| 7/31/2020 | SEC | Review AHL borrower documents and prepare summary of payments and payoff statement. | 0.40 | 70.00 |
| 8/3/2020 | EC | Revise letter to AHL borrowers. | 0.70 | 245.00 |
| | EC | Review documents re: AHL mortgages. | 1.30 | 455.00 |
| 8/7/2020 | SEC | Review loan documents for AHL borrower and discuss with L. Jones. | 0.60 | 105.00 |
| 8/10/2020 | SEC | Draft memorandum to E. Chang re: AHL borrower's payments and loan history. | 0.50 | 87.50 |
| | SEC | Review materials re: AHL borrowers and update mortgage chart. | 1.00 | 175.00 |
| | EC | Meet with T. McNamara re: AHL borrower. | 0.20 | 70.00 |
| 8/11/2020 | SEC | Research re: AHL borrower's new property. | 0.20 | 35.00 |
| | SEC | Review receivership records and update chart of AHL mortgages. | 2.80 | 490.00 |
| | EC | Call with AHL borrower re: payoff. | 0.20 | 70.00 |
| 8/12/2020 | EC | Revise letter re: release of AHL mortgage and payoff demand. | 0.20 | 70.00 |
| | SEC | Research other venues to sell artwork and contact gallery owners. | 0.30 | 52.50 |
| | SEC | Respond to inquiries re: artwork. | 0.20 | 35.00 |

EXHIBIT C
Page 35

Consumer Defense Receivership

| Date | Init. | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/17/2020 | SEC | Call with AHL borrower re: mortgage and deed of trust. | 0.10 | 17.50 |
| 8/21/2020 | SEC | Call with title company re: AHL borrower. | 0.10 | 17.50 |
| 8/25/2020 | EC | Meet with T. McNamara and L. Jones re: AHL mortgage and tax sale redemption. | 0.40 | 140.00 |
| 8/26/2020 | EC | Revise releases of AHL mortgage and security instrument re: mortgage. | 0.30 | 105.00 |
| 8/28/2020 | SEC | Call and correspond with E. Wright re: case status. | 0.20 | 35.00 |
| 9/14/2020 | SEC | Review AHL borrowers' files and draft letters to borrowers re: payoff statement. | 2.60 | 455.00 |
| 9/18/2020 | SEC | Call with AHL borrower re: mortgage payoff statement. | 0.20 | 35.00 |
| 9/21/2020 | SEC | Draft letter re: AHL mortgage payoff statement. | 0.50 | 87.50 |
| | SEC | Review documents and draft letters to AHL borrowers re: settlement proposals. | 1.00 | 175.00 |
| 9/22/2020 | EC | Revise letter re: AHL mortgage release. | 0.50 | 175.00 |
| | SEC | Review documents and draft letters to AHL borrowers re: settlement proposals. | 3.50 | 612.50 |
| 9/24/2020 | EC | Revise letters to AHL borrowers re: payoff and default. | 3.20 | 1,120.00 |
| | SEC | Re-list and promote for sale fine art photography. | 0.50 | 87.50 |
| | SEC | Review documents and prepare letters to AHL borrowers re: settlement proposals. | 3.30 | 577.50 |
| | EC | Correspond with Loan Post re: CRM database and consumer redress. | 0.10 | 35.00 |
| | EC | Correspond with G. Ashe re: LoanPost and consumer redress. | 0.10 | 35.00 |
| | EC | Correspond with R. Maron re: K. Crump mortgage. | 0.10 | 35.00 |
| 9/28/2020 | EC | Draft update to T. McNamara re: AHL mortgages. | 0.40 | 140.00 |
| | SEC | Update consumer chart re: AHL mortgage settlement letters. | 0.10 | 17.50 |
| | EC | Correspond with LoanPost re: report for consumer redress. | 0.20 | 70.00 |
| | EC | Call with counsel for K. Crump re: loan, settlement offer, and other potential resolutions. | 0.30 | 105.00 |
| 9/29/2020 | EC | Correspond with J. Peacock re: release of AHL mortgage. | 0.10 | 35.00 |
| 9/30/2020 | SEC | Call with AHL borrower re: mortgage payoff. | 0.10 | 17.50 |

EXHIBIT C
Page 36

Consumer Defense Receivership

Page    7

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/2/2020 | SEC | Correspond with S. Shelton transmitting requested documents re: AHL mortgage. | 0.10 | 17.50 |
| | SEC | Update consumer AHL mortgage chart re: responses to settlement proposals. | 0.40 | 70.00 |
| | SEC | Draft letter to AHL borrower re: receivership history and settlement proposal. | 0.90 | 157.50 |
| | EC | Calls with consumers re: AHL mortgages. | 0.50 | 175.00 |
| 10/5/2020 | SEC | Call with C. Edge re: AHL mortgage payments. | 0.10 | 17.50 |
| | SEC | Draft letter to AHL borrower re: mortgage obligations. | 0.40 | 70.00 |
| | EC | Call with L. Edge re: settlement proposal. | 0.10 | 35.00 |
| 10/6/2020 | SEC | Call with AHL borrower re: mortgage payment. | 0.10 | 17.50 |
| | SEC | Draft and finalize, prepare exhibits, and send letter to AHL borrower. | 0.70 | 122.50 |
| | SEC | Review records and update consumer AHL mortgage chart. | 1.00 | 175.00 |
| | EC | Revise letter to AHL borrower. | 0.50 | 175.00 |
| 10/7/2020 | SEC | Call with L. Crahan re: settlement payments. | 0.10 | 17.50 |
| | SEC | Correspond with AHL borrower re: settlement payment. | 0.10 | 17.50 |
| | EC | Correspond with G. Ashe re: LoanPost and consumer redress. | 0.10 | 35.00 |
| 10/8/2020 | SEC | Correspond with AHL borrower resending mortgage documents requested. | 0.10 | 17.50 |
| | EC | Correspond with E. May re: R. Davis mortgage. | 0.20 | 70.00 |
| 10/9/2020 | SEC | Correspond with C. Bertram re: artwork. | 0.10 | 17.50 |
| | SEC | Call re: settlement payments. | 0.10 | 17.50 |
| | SEC | Revise listing for artwork. | 0.20 | 35.00 |
| | EC | Call with B. Bellamy re: Park City condo. | 0.10 | 35.00 |
| 10/12/2020 | EC | Revise letter to R. Bamke re: AHL mortgage. | 0.20 | 70.00 |
| | SEC | Call with AHL borrower re: mortgage payment plan. | 0.10 | 17.50 |
| | SEC | Draft letter to R. Bamke re: receivership and AHL mortgage obligation; prepare exhibits and send to same. | 0.80 | 140.00 |
| | EC | Call with R. Bamke re: AHL mortgage. | 0.20 | 70.00 |

EXHIBIT C
Page 37

Consumer Defense Receivership                                                                                          Page      8

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/16/2020 | EC | Correspond with R. Maron re: K. Crump. | 0.20 | 70.00 |
| 10/19/2020 | SEC | Review Minnesota Attorney General's documents re: AHL borrower complaint. | 0.20 | 35.00 |
| | SEC | Call and correspond with AHL borrowers re: settlement offers. | 0.80 | 140.00 |
| 10/26/2020 | SEC | Call and correspond with R. Bamke re: settlement payment. | 0.20 | 35.00 |
| 10/27/2020 | SEC | Call with E. May re: consumer R. Davis' settlement. | 0.20 | 35.00 |
| 10/28/2020 | SEC | Calls with R. Bamke and M. Rhoden re: AHL mortgage settlements. | 0.30 | 52.50 |
| 10/30/2020 | SEC | Call with AHL borrower re: mortgage settlement. | 0.10 | 17.50 |
| 11/2/2020 | SEC | Call and correspond with C. Bertram re: photos of artwork. | 0.30 | 52.50 |
| | SEC | Revise listing and re-list artwork on eBay. | 0.30 | 52.50 |
| | SEC | Draft release of AHL mortgage and letter to Lake County Clerk's office re: recording same. | 1.60 | 280.00 |
| 11/3/2020 | SEC | Confer with T. McNamara and C. Gordon re: settlement offers. | 0.20 | 35.00 |
| | SEC | Call with N. Campbell re: AHL borrower's settlement offer. | 0.30 | 52.50 |
| | SEC | Call and correspond with C. Bertram re: artwork. | 0.30 | 52.50 |
| | SEC | Draft release of AHL mortgage and transmittal form for borrower. | 0.50 | 87.50 |
| 11/4/2020 | SEC | Revise AHL mortgage release documents for borrowers. | 0.40 | 70.00 |
| 11/5/2020 | SEC | Call with AHL borrower re: settlement. | 0.20 | 35.00 |
| | SEC | Correspond with jewelers re: diamond sale. | 0.20 | 35.00 |
| 11/6/2020 | SEC | Call and correspond with multiple AHL borrowers re: settlement offers. | 0.50 | 87.50 |
| 11/9/2020 | SEC | Correspond with AHL borrowers re: settlement. | 0.20 | 35.00 |
| | SEC | Review records re: tax sale affecting property with AHL mortgage. | 0.20 | 35.00 |
| | CJBG | Draft correspondence to various parties re: settlements offered to AHL borrowers with mortgages. | 1.00 | 325.00 |
| 11/10/2020 | CJBG | Review AHL borrowers' offers in response to Receiver's proposed mortgage settlements. | 0.30 | 97.50 |
| 11/11/2020 | SEC | Discuss AHL mortgage releases with L. Jones. | 0.20 | 35.00 |
| | SEC | Call and correspond with AHL borrowers re: settlements. | 0.40 | 70.00 |

EXHIBIT C
Page 38

Consumer Defense Receivership                                                                    Page      9

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/11/2020 | SEC | Review documents related to sale of Park City condo. | 0.60 | 105.00 |
| 11/12/2020 | CJBG | Review new offers from AHL borrowers in response to Receiver's proposed mortgage settlements. | 0.20 | 65.00 |
| | SEC | Update chart re: AHL mortgage settlement offers and payments. | 0.50 | 87.50 |
| 11/13/2020 | CJBG | Review new offers from AHL borrowers in response to Receiver's proposed mortgage settlements. | 0.20 | 65.00 |
| 11/16/2020 | SEC | Call with AHL borrower re: mortgage settlement. | 0.10 | 17.50 |
| | SEC | Review recording rules in multiple counties, draft and prepare AHL mortgage releases and required paperwork. | 1.50 | 262.50 |
| 11/17/2020 | SEC | Review records re: recording and correspond with L. Jones re: same. | 0.50 | 87.50 |
| 11/18/2020 | SEC | Confer with C. Gordon, T. McNamara, and L. Jones re: AHL mortgage settlements. | 0.80 | 140.00 |
| | SEC | Draft motion to extend receivership. | 0.90 | 157.50 |
| | CJBG | Review AHL borrower's mortgage documents and offers. | 0.50 | 162.50 |
| 11/19/2020 | SEC | Meet with C. Gordon re: AHL mortgage settlements. | 0.50 | 87.50 |
| | CJBG | Confer with S. Carroll re: status of AHL borrowers' mortgage payoffs. | 0.50 | 162.50 |
| 11/20/2020 | SEC | Call with AHL borrower re: mortgage settlement. | 0.10 | 17.50 |
| | CJBG | Correspond with AHL borrowers re: payoff demands. | 0.20 | 65.00 |
| 11/24/2020 | SEC | Conduct research to identify possible buyers of distressed AHL mortgages. | 0.40 | 70.00 |
| | SEC | Draft mortgage releases for AHL borrowers who accepted settlement; research recording procedures and prepare for recording. | 2.50 | 437.50 |
| 11/25/2020 | SEC | Revise mortgage release statements for settling AHL borrowers. | 0.50 | 87.50 |
| 11/30/2020 | CJBG | Confer and correspond with interested parties to gather their positions on Receiver's planned motion to extend the receivership deadline. | 0.30 | 97.50 |
| 12/1/2020 | SEC | Call with AHL borrowers re: mortgage settlement. | 0.30 | 52.50 |
| | SEC | Draft letter to AHL borrowers who have not responded to settlement offers. | 0.50 | 87.50 |
| | SEC | Draft and revise AHL mortgage settlement releases. | 0.60 | 105.00 |
| 12/2/2020 | SEC | Review and revise artwork listing. | 0.10 | 17.50 |
| | CJBG | Confer and correspond with S. Carroll re: AHL borrowers' mortgages. | 0.20 | 65.00 |

EXHIBIT C
Page 39

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 12/2/2020 | CJBG | Review and revise motion to extend receivership deadline. | 0.50 | 162.50 |
| 12/9/2020 | SEC | Call with AHL borrower re: mortgage. | 0.20 | 35.00 |
| | SEC | Discuss AHL borrower's mortgage with C. Gordon. | 0.40 | 70.00 |
| | CJBG | Confer with S. Carroll re: status of AHL borrowers' mortgages. | 0.20 | 65.00 |
| 12/10/2020 | CJBG | Draft analysis of AHL borrower title issue for T. McNamara and correspond re: same. | 0.50 | 162.50 |
| 12/11/2020 | SEC | Review documents re: AHL borrower's mortgage; prepare email to C. Gordon re: same. | 0.30 | 52.50 |
| | CJBG | Review AHL borrower's mortgage and confer with S. Carroll re: status of same. | 0.30 | 97.50 |
| | CJBG | Confer with G. Ashe re: AHL borrower title issue. | 0.40 | 130.00 |
| 12/14/2020 | SEC | Call with AHL borrower's representative re: mortgage settlement. | 0.10 | 17.50 |
| 12/15/2020 | SEC | Call with AHL borrower re: mortgage settlement. | 0.10 | 17.50 |
| 12/16/2020 | SEC | Review records re: two AHL borrower's mortgages and discuss with T. McNamara. | 0.40 | 70.00 |
| 12/17/2020 | SEC | Call with tax assessor re: AHL borrower. | 0.20 | 35.00 |
| 1/5/2021 | AMG | Confer with C. Gordon re: case status and background. | 0.70 | 315.00 |
| | AMG | Research and prepare release of AHL mortgage. | 1.20 | 540.00 |
| | CJBG | Confer with A. Greene re: case strategy. | 0.70 | 227.50 |
| 1/6/2021 | AMG | Call with AHL borrower re: mortgage. | 0.40 | 180.00 |
| 1/7/2021 | AMG | Meet with L. Jones re: AHL mortgage. | 0.20 | 90.00 |
| | AMG | Meet with L. Jones re: AHL mortgages; review and revise withdrawal documents re: same. | 0.20 | 90.00 |
| | AMG | Correspond with L. Jones re: AHL mortgages and review documents re: same. | 0.30 | 135.00 |
| 1/11/2021 | AMG | Call and correspond with AHL borrower. | 0.40 | 180.00 |
| | AMG | Further review and revise withdrawal documents for two AHL mortgages. | 0.60 | 270.00 |
| | AMG | Call with Jefferson County and Alabama tax collectors re: potential tax sale of property. | 0.80 | 360.00 |

EXHIBIT C
Page 40

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 1/12/2021 | AMG | Confer with L. Jones re: AHL mortgage property potentially involved in tax sale. | 0.40 | 180.00 |
| | AMG | Call with Jefferson County Tax Collector re: same. | 0.10 | 45.00 |
| | AMG | Confer with L. Jones re: release of AHL mortgage. | 0.10 | 45.00 |
| | AMG | Correspond with AHL borrower re: release of mortgage. | 0.30 | 135.00 |
| | AMG | Confer with L. Jones re: two AHL mortgages and release documents for same. | 0.30 | 135.00 |
| 1/14/2021 | AMG | Research and analyze Velocity default escrow issue. | 2.10 | 945.00 |
| | AMG | Confer with L. Jones re: Velocity default escrow issue. | 0.30 | 135.00 |
| | AMG | Prepare correspondence to R. Riether re: Velocity default interest issue. | 0.40 | 180.00 |
| 1/15/2021 | AMG | Correspond with C. Gordon re: Velocity default interest issue. | 0.20 | 90.00 |
| | AMG | Confer with L. Jones re: AHL mortgage. | 0.20 | 90.00 |
| | AMG | Correspond with L. Jones re: recoverability of default interest in receiverships. | 0.30 | 135.00 |
| | AMG | Review and revise AHL mortgage release documents. | 0.30 | 135.00 |
| | AMG | Call and correspond with counsel for AHL borrower. | 0.40 | 180.00 |
| | AMG | Further research caselaw and briefing re: recoverability of default interest in receiverships. | 2.50 | 1,125.00 |
| | CJBG | Confer with A. Greene re: Velocity default interest in escrow. | 0.20 | 65.00 |
| 1/19/2021 | AMG | Confer with L. Jones re: AHL mortgage. | 0.10 | 45.00 |
| | AMG | Call with AHL borrower's counsel re: Quit Claim Deed and withdrawal of lis pendens. | 0.20 | 90.00 |
| | AMG | Confer and correspond with L. Jones re: Velocity default interest issue. | 0.40 | 180.00 |
| | AMG | Call and correspond with R. Riether re: Velocity default interest issue. | 0.60 | 270.00 |
| | AMG | Review and revise documents re: AHL mortgage Quit Claim Deed and withdrawal of lis pendens. | 0.70 | 315.00 |
| 1/20/2021 | AMG | Correspond with L. Jones re: AHL mortgage release documents. | 0.10 | 45.00 |
| 1/21/2021 | AMG | Call with escrow officer. | 0.20 | 90.00 |
| | AMG | Confer with L. Jones re: AHL releases of mortgages for various properties. | 0.20 | 90.00 |

EXHIBIT C
Page 41

Consumer Defense Receivership                                                                    Page     12

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 1/21/2021 | AMG | Correspond with escrow officer. | 0.30 | 135.00 |
| | AMG | Review status of outstanding AHL mortgages re: various properties. | 0.70 | 315.00 |
| 1/22/2021 | AMG | Correspond with AHL borrower's counsel re: withdrawal and transfer of documents. | 0.40 | 180.00 |
| | AMG | Confer with L. Jones re: potential tax and fee consequences related to AHL mortgage Quit Claim Deed. | 0.10 | 45.00 |
| 1/25/2021 | AMG | Correspond with R. Riether re: authority for default interest in receivership cases. | 0.20 | 90.00 |
| 1/29/2021 | AMG | Correspond with R. Riether re: settlement. | 0.50 | 225.00 |
| | AMG | Conduct research re: property redemption rights following tax sale. | 0.70 | 315.00 |
| 2/1/2021 | AMG | Correspond with L. Jones and confer with Receiver re: 1098 issues. | 0.30 | 135.00 |
| | AMG | Review case status and analyze Berkshire Hathaway issue. | 0.40 | 180.00 |
| 2/2/2021 | AMG | Confer with Receiver re: status of Berkshire Hathaway issue. | 0.10 | 45.00 |
| | AMG | Call and correspond with escrow officer re: payment for AHL borrower's property. | 0.30 | 135.00 |
| | AMG | Review status of Berkshire Hathaway issue. | 0.40 | 180.00 |
| | AMG | Review status of settlement offers to AHL borrowers and draft letters to non-responders. | 1.80 | 810.00 |
| 2/3/2021 | AMG | Correspond with escrow officer re: wire payment for AHL borrower's property. | 0.20 | 90.00 |
| | AMG | Confer with L. Jones re: investigation into perfection of security interests and review documents re: same. | 0.40 | 180.00 |
| | AMG | Revise and finalize settlement letters to AHL borrowers. | 0.50 | 225.00 |
| | AMG | Review background of Airbnb issue and correspond with R. Studley re: same. | 1.10 | 495.00 |
| 2/4/2021 | AMG | Correspond with various AHL borrowers re: settlement issues; conduct further research and analysis re: redemption rights. | 0.80 | 360.00 |
| 2/5/2021 | AMG | Confer with L. Jones re: release of AHL mortgage. | 0.10 | 45.00 |
| | AMG | Correspond with escrow officer re: release of AHL mortgage. | 0.10 | 45.00 |
| | AMG | Review and revise letter and release of mortgage document re: release of AHL mortgage. | 0.30 | 135.00 |

EXHIBIT C
Page 42

Consumer Defense Receivership

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 2/8/2021 | AMG | Correspond with R. Riether re: Velocity settlement proposal. | 0.20 | 90.00 |
| | AMG | Call and correspond with Humboldt County Recorder's office in Iowa re: legal description on AHL mortgage release documents. | 0.20 | 90.00 |
| | AMG | Review and revise AHL mortgage release documents. | 0.50 | 225.00 |
| 2/9/2021 | AMG | Correspond with escrow officer re: wire of funds for AHL borrower's property. | 0.20 | 90.00 |
| 2/11/2021 | AMG | Correspond with escrow officer re: payment for AHL borrower's property. | 0.10 | 45.00 |
| | AMG | Call with AHL borrower re: their mortgage. | 0.10 | 45.00 |
| | AMG | Correspond with L. Jones re: recorded releases of AHL mortgages; review and revise letters to borrowers re: same. | 0.40 | 180.00 |
| 2/12/2021 | AMG | Correspond with R. Studley re: Airbnb refund issue. | 0.20 | 90.00 |
| | AMG | Call and correspond with A. Rogosa re: Airbnb refund issue and wire instructions. | 0.40 | 180.00 |
| 2/16/2021 | AMG | Confer with Receiver re: potential sale of AHL mortgages. | 0.10 | 45.00 |
| | AMG | Meet with Receiver re: AHL mortgage settlement. | 0.10 | 45.00 |
| | AMG | Review status of potential jewelry sale. | 0.20 | 90.00 |
| | AMG | Review and revise settlement letter to AHL borrower. | 0.30 | 135.00 |
| | AMG | Call and correspond with R. Riether re: settlement of Velocity default interest issue. | 0.40 | 180.00 |
| | AMG | Review status of all outstanding AHL mortgage issues. | 0.70 | 315.00 |
| 2/17/2021 | AMG | Confer with L. Smith re: status of AHL mortgage settlement offers. | 0.10 | 45.00 |
| | AMG | Review status of AHL mortgage settlement offers. | 0.30 | 135.00 |
| | AMG | Correspond with R. Riether re: Velocity settlement acceptance. | 0.20 | 90.00 |
| | AMG | Call with AHL borrower re: borrower's property and payment of settlement amount. | 0.30 | 135.00 |
| 2/18/2021 | AMG | Call with Summit Escrow re: release of escrowed funds and correspond with R. Riether re: same. | 0.30 | 135.00 |
| 2/22/2021 | AMG | Call with AHL borrowers re: mortgage settlement offers. | 0.40 | 180.00 |
| 2/23/2021 | AMG | Review draft Velocity settlement agreement and correspond with R. Riether re: same. | 0.40 | 180.00 |

EXHIBIT C
Page 43

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 2/23/2021 | AMG | Conduct further investigation re: sale of AHL mortgages. | 0.60 | 270.00 |
| 2/24/2021 | AMG | Begin revisions to Velocity settlement agreement. | 0.60 | 270.00 |
| 2/25/2021 | AMG | Correspond with R. Riether re: Velocity settlement agreement revisions. | 0.20 | 90.00 |
| | AMG | Complete revisions to Velocity settlement agreement and correspond with Receiver re: same. | 1.10 | 495.00 |
| | AMG | Confer with L. Jones re: AHL mortgage interest issue. | 0.20 | 90.00 |
| 3/1/2021 | AMG | Call with R. Riether re: Velocity settlement agreement. | 0.20 | 90.00 |
| 3/2/2021 | AMG | Correspond with R. Riether and Receiver re: confidentiality issues. | 0.20 | 90.00 |
| | AMG | Revise Velocity settlement agreement. | 0.30 | 135.00 |
| 3/3/2021 | AMG | Call with AHL borrower re: mortgage payoff. | 0.20 | 90.00 |
| 3/4/2021 | AMG | Call with R. Riether re: executed Velocity settlement agreement and correspond with Summit Escrow re: same. | 0.20 | 90.00 |
| 3/10/2021 | AMG | Call with E. Harris re: AHL borrower's property and potential tax sale. | 0.20 | 90.00 |
| | AMG | Confer with L. Jones re: AHL borrower's property title issues and review deeds and reports re: same. | 0.40 | 180.00 |
| | AMG | Research Alabama property redemption rights. | 0.50 | 225.00 |
| 3/12/2021 | AMG | Correspond with L. Jones re: AHL mortgage. | 0.20 | 90.00 |
| | AMG | Call and correspond with AHL borrower re: borrower's property. | 0.30 | 135.00 |
| | AMG | Confer with AHL borrower re: mortgage. | 0.40 | 180.00 |
| 3/16/2021 | AMG | Review status of AHL mortgage and correspond with P. Marx re: same. | 0.30 | 135.00 |
| 3/17/2021 | AMG | Correspond with A. Rogosa re: Airbnb release of funds. | 0.30 | 135.00 |
| | AMG | Review and revise release of AHL mortgage. | 0.30 | 135.00 |
| 3/18/2021 | AMG | Research re: potential mortgage purchase companies. | 0.70 | 315.00 |
| | AMG | Review and revise correspondence to recorder's offices and coordinate execution of release documents for various AHL borrowers. | 1.60 | 720.00 |
| 3/19/2021 | AMG | Review and respond to correspondence from recorder's office re: AHL property. | 0.20 | 90.00 |
| 3/22/2021 | AMG | Further research re: potential mortgage purchasers. | 0.90 | 405.00 |

EXHIBIT C
Page 44

Consumer Defense Receivership                                                    Page    15

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 3/23/2021 | AMG | Call with Trustee Gladstone re: potential mortgage purchase companies and correspond with same re: potential purchases. | 1.50 | 675.00 |
| | AMG | Confer with L. Jones re: unresolved AHL mortgages. | 0.40 | 180.00 |
| | AMG | Review and analyze availability of foreclosure actions. | 0.80 | 360.00 |
| 3/24/2021 | AMG | Analyze options re: AHL property; calls with tax collector and Nebraska Alliance Realty re: same; confer with Receiver and L. Jones re: same. | 1.70 | 765.00 |
| | CJBG | Confer with A. Greene re: AHL mortgage. | 0.10 | 32.50 |
| | AMG | Correspond with additional potential mortgage purchasers. | 0.30 | 135.00 |
| | AMG | Research re: statute of limitations re: contract and foreclosure claims in various jurisdictions. | 0.70 | 315.00 |
| | AMG | Confer with Receiver re: options for AHL mortgage; draft correspondence to J. Hanley re: same. | 0.80 | 360.00 |
| | AMG | Compile information and draft correspondence to Receiver re: AHL mortgage. | 0.80 | 360.00 |
| | AMG | Calls with various AHL borrowers re: outstanding settlement offers. | 0.90 | 405.00 |
| 3/25/2021 | AMG | Correspond with J. Hanley and confer with Receiver re: same. | 0.30 | 135.00 |
| | AMG | Call and correspond with various AHL borrowers re: mortgage settlements. | 0.70 | 315.00 |
| 3/26/2021 | AMG | Confer with D. Magee re: sale of diamond earrings. | 0.30 | 135.00 |
| | AMG | Confer with L. Jones re: AHL property and research and review redemption rules and documents provided by tax office. | 0.80 | 360.00 |
| 3/29/2021 | AMG | Calls with Jefferson County and Durham County re: tax status and redemption information for various properties; calls with various AHL borrowers re: same. | 1.80 | 810.00 |
| 3/30/2021 | AMG | Correspond with J. Hanley re: Quit Claim Deed and redemption issues for AHL property; compile documents re: same for execution. | 1.10 | 495.00 |
| | AMG | Call with Receiver re: AHL property and potential settlement. | 0.10 | 45.00 |
| | AMG | Confer with L. Jones re: redemption issues for AHL property. | 0.20 | 90.00 |
| | AMG | Confer with Receiver re: J. Hanley proposal to purchase artwork and redemption of AHL property. | 0.30 | 135.00 |
| | AMG | Call with AHL borrower re: property and potential settlement. | 0.40 | 180.00 |
| | AMG | Confer with L. Jones re: AHL mortgage. | 0.50 | 225.00 |

EXHIBIT C
Page 45

Consumer Defense Receivership

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 3/31/2021 | AMG | Correspond with T. Parchman, Redemption Coordinator for Jefferson County, re: AHL property. | 0.10 | 45.00 |
| | AMG | Review and revise Quit Claim Deed for AHL property. | 0.10 | 45.00 |
| | AMG | Call with AHL borrower re: settlement of mortgage. | 0.20 | 90.00 |
| | AMG | Review packages from L. Jones. | 0.20 | 90.00 |
| | AMG | Call with AHL borrower re: tax issues on property. | 0.40 | 180.00 |
| | AMG | Confer with L. Jones re: preparation of AHL mortgage packages. | 0.40 | 180.00 |
| | AMG | Confer with L. Jones re: preparation of Quit Claim Deed for AHL property. | 0.40 | 180.00 |
| | AMG | Review outstanding issues re: close of receivership and update master AHL mortgage chart. | 0.50 | 225.00 |
| 4/1/2021 | AMG | Correspond with J. Hanley re: return of property transfer documentation. | 0.20 | 90.00 |
| | AMG | Review status of release for AHL property and confer with borrower re: same. | 0.30 | 135.00 |
| | AMG | Confer with L. Jones re: AHL property and release of mortgage form. | 0.40 | 180.00 |
| | AMG | Draft letter re: settlement to AHL borrower. | 0.40 | 180.00 |
| | AMG | Call with AHL borrower re: potential settlement of mortgage. | 0.60 | 270.00 |
| | AMG | Confer with L. Jones re: preparation of property packages for sale of AHL mortgages and review documents re: same. | 0.70 | 315.00 |
| 4/2/2021 | AMG | Further correspond with J. Hanley re: notarization of transfer documents. | 0.20 | 90.00 |
| | AMG | Confer with Receiver re: status of Quit Claim Deed from J. Hanley and status of outstanding AHL mortgages. | 0.30 | 135.00 |
| 4/5/2021 | AMG | Correspond and confer with AHL borrower re: receipt of settlement funds. | 0.20 | 90.00 |
| | AMG | Call with AHL borrower re: potential mortgage settlement. | 0.40 | 180.00 |
| 4/6/2021 | DCM | Research value of stud earrings and loose diamond. | 1.00 | 175.00 |
| | DCM | Confer with third-party service provider re: appraisal of stud earrings and loose diamond. | 0.50 | 87.50 |
| | AMG | Review and revise release of AHL mortgage | 0.10 | 45.00 |
| | AMG | Compile documentation and correspond with potential purchasers of unresolved mortgages. | 1.20 | 540.00 |

EXHIBIT C
Page 46

Consumer Defense Receivership                                                                                    Page    17

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 4/6/2021 | AMG | Calls with various AHL borrowers re: mortgage settlement proposals. | 1.50 | 675.00 |
| 4/7/2021 | DCM | Complete sale of loose diamond and stud earrings. | 0.50 | 87.50 |
| | AMG | Confer with L. Smith re: AHL mortgage. | 0.10 | 45.00 |
| | AMG | Continue further revisions to AHL mortgage release documents. | 0.20 | 90.00 |
| | AMG | Correspond with additional potential mortgage purchasers. | 0.40 | 180.00 |
| | AMG | Review of assembled documents re: AHL mortgage. | 0.40 | 180.00 |
| | AMG | Call and correspond with G. Rabbinian re: potential mortgage purchase. | 0.50 | 225.00 |
| 4/8/2021 | AMG | Further correspond with potential purchasers of mortgages. | 0.90 | 405.00 |
| 4/9/2021 | AMG | Confer with L. Jones re: AHL mortgage release documents and review/revise same. | 0.30 | 135.00 |
| 4/12/2021 | AMG | Correspond  with J. Hanley re: Quit Claim Deed documents and purchase of artwork. | 0.30 | 135.00 |
| | AMG | Correspond  with J. Marshall re: potential mortgage purchase; correspond with R. Kindred and G. Rabbinian re: same; compile additional documentation re: same. | 1.40 | 630.00 |
| 4/13/2021 | AMG | Confer with L. Jones re: conveyance of AHL property. | 0.20 | 90.00 |
| | AMG | Call and correspond with AHL borrower re: release of mortgage. | 0.30 | 135.00 |
| | AMG | Correspond  to Jefferson County re: conveyance of AHL property. | 0.30 | 135.00 |
| 4/14/2021 | AMG | Confer with L. Jones re: status of AHL mortgage releases and review same. | 0.20 | 90.00 |
| | AMG | Confer with L. Jones re: AHL mortgage; correspond with potential purchasers re: same. | 0.60 | 270.00 |
| 4/15/2021 | AMG | Correspond with J. Hanley re: transfer of artwork. | 0.10 | 45.00 |
| | AMG | Correspond with J. Marshall re: purchase of AHL mortgages and research borrower files re: same. | 0.30 | 135.00 |
| | AMG | Review additional AHL mortgage releases and correspond with borrowers re: same. | 0.40 | 180.00 |
| 4/16/2021 | AMG | Review status of outstanding AHL mortgages and update matrix re: same. | 0.60 | 270.00 |
| 4/19/2021 | AMG | Call with AHL borrower re: mortgage. | 0.10 | 45.00 |
| | AMG | Call with AHL borrower re: mortgage and correspond with L. Jones re: release preparation. | 0.20 | 90.00 |

EXHIBIT C
Page 47

Consumer Defense Receivership                                                                                    Page      18

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 4/19/2021 | AMG | Correspond with J. Hanley re: transfer of artwork. | 0.20 | 90.00 |
| 4/20/2021 | AMG | Correspond with J. Marshall re: purchase of mortgages. | 0.20 | 90.00 |
| | AMG | Correspond with AHL borrower re: recorded deeds. | 0.20 | 90.00 |
| | AMG | Review prior status updates provided to Court and confer with Receiver re: same. | 0.30 | 135.00 |
| 4/22/2021 | AMG | Confer with L. Jones re: mortgage purchase agreement descriptions and email correspondence with J. Marshall re: same. | 0.30 | 135.00 |
| | AMG | Review underlying judgment in light of AMG opinion. | 0.30 | 135.00 |
| 4/23/2021 | AMG | Correspond with AHL borrowers re: mortgage releases. | 0.20 | 90.00 |
| 4/26/2021 | CJBG | Meet with internal team re: status of receivership. | 0.40 | 130.00 |
| | AMG | Review and revise AHL release of mortgage. | 0.20 | 90.00 |
| | AMG | Meet with team re: receivership status. | 0.40 | 180.00 |
| 4/27/2021 | CJBG | Follow up on tasks identified at internal team meeting re: status of receivership. | 0.20 | 65.00 |
| | AMG | Call with AHL borrower re: mortgage release documents. | 0.20 | 90.00 |
| | AMG | Review occupancy tax issue re: Park City condo and confer with L. Jones re: same. | 0.30 | 135.00 |
| | AMG | Compile, review, and analyze documents re: unrecorded mortgages and correspond with Receiver re: abandonment of same. | 0.50 | 225.00 |
| 4/29/2021 | AMG | Correspond  with L. Jones re: letter of intent re: purchase of mortgages. | 0.10 | 45.00 |
| | AMG | Review and revise letter of intent re: purchase of mortgages. | 0.60 | 270.00 |
| 4/30/2021 | AMG | Correspond with Receiver re: complaint, judgment and appellate briefing re: FTC claims. | 0.10 | 45.00 |
| | AMG | Review and analyze complaint, judgment and appellate briefing re: FTC claims. | 0.50 | 225.00 |
| 5/3/2021 | AMG | Call with FTC re: appeal status and case update; prepare for same. | 0.50 | 225.00 |
| | AMG | Review and revise proposed letter of intent and correspond with Receiver and J. Marshall re: same. | 1.60 | 720.00 |
| 5/4/2021 | AMG | Call with AHL borrower re: mortgage settlement. | 0.30 | 135.00 |
| | AMG | Correspond with J. Marshall re: purchase of mortgages. | 0.30 | 135.00 |

EXHIBIT C
Page 48

Consumer Defense Receivership                                                                            Page     19

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 5/4/2021 | AMG | Calls with AHL borrower re: mortgage settlement for property located in Winchester, Kentucky and confer with Receiver re: same. | 0.40 | 180.00 |
| | AMG | Confer with L. Jones re: sale of mortgages and issues re: release of AHL mortgage. | 0.60 | 270.00 |
| 5/5/2021 | AMG | Correspond with buyer of outstanding AHL mortgages re: letter of intent. | 0.20 | 90.00 |
| | AMG | Correspond with AHL borrower re: status of potential settlement payments on mortgage. | 0.40 | 180.00 |
| | AMG | Review buyer's edits to letter of intent re: sale of AHL mortgages and further revise same. | 0.70 | 315.00 |
| 5/6/2021 | AMG | Correspond with AHL borrower re: release of AHL mortgage. | 0.20 | 90.00 |
| | AMG | Correspond with AHL borrower re: potential settlement. | 0.40 | 180.00 |
| 5/7/2021 | AMG | Confer with L. Jones re: compilation of due diligence documentation and search for relevant correspondence. | 0.30 | 135.00 |
| | AMG | Research re: possible liquidation of any personal assets and correspond with G. Ashe re: same. | 0.50 | 225.00 |
| 5/10/2021 | AMG | Begin to prepare motion to continue receivership. | 2.20 | 990.00 |
| 5/11/2021 | AMG | Call and correspond with AHL borrower re: status of lien release. | 0.20 | 90.00 |
| | AMG | Calls with AHL borrower re: lien release; review status of deed recording. | 0.30 | 135.00 |
| | AMG | Continue to prepare motion to extend receivership deadline. | 1.80 | 810.00 |
| 5/12/2021 | CJBG | Review and revise draft motion to extend receivership. | 0.30 | 97.50 |
| | AMG | Correspond with J. Marshall re: drafting of purchase agreement. | 0.10 | 45.00 |
| | AMG | Correspond with counsel for parties re: extension to receivership. | 0.20 | 90.00 |
| | AMG | Confer with L. Jones re: release of AHL mortgages related to various properties. | 0.20 | 90.00 |
| | AMG | Call and correspond with counsel for Velocity re: disclosure of settlement payment. | 0.50 | 225.00 |
| | AMG | Continue to prepare motion to extend receivership and confer with Receiver re: same. | 2.00 | 900.00 |
| 5/13/2021 | AMG | Confer with L. Jones re: AHL mortgage release documentation | 0.30 | 135.00 |
| | AMG | Call with J. Haynes re: drafting of purchase agreement. | 0.50 | 225.00 |

EXHIBIT C
Page 49

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 5/13/2021 | AMG | Call and correspond with AHL borrowers re: payment of settlement amounts and receipt of same. | 0.70 | 315.00 |
| | AMG | Review and compile additional documents for J. Haynes and correspond with J. Haynes re: same. | 2.30 | 1,035.00 |
| 5/18/2021 | AMG | Correspond with J. Haynes re: drafting of purchase agreement. | 0.30 | 135.00 |
| | AMG | Further review documents compiled for due diligence re: sale of AHL mortgages and confer with L. Jones re: same. | 1.60 | 720.00 |
| 5/19/2021 | AMG | Continue to review additional documents to provide for due diligence re: AHL mortgage sales; confer with L. Jones re: same . | 1.20 | 540.00 |
| 5/20/2021 | AMG | Confer with C. Gordon re: status report. | 0.10 | 45.00 |
| | AMG | Confer with C. Gordon and Receiver re: case strategy. | 0.20 | 90.00 |
| | AMG | Review and update status of AHL mortgages. | 0.20 | 90.00 |
| | AMG | Confer with L. Jones re: due diligence documents and prepare letter to J. Haynes re: same. | 0.70 | 315.00 |
| 5/24/2021 | AMG | Correspond with AHL borrower re: release of mortgage and compile documents re: same. | 0.40 | 180.00 |
| | AMG | Correspond with AHL borrower re: release of mortgage and compile documents re: same. | 0.40 | 180.00 |
| 6/8/2021 | AMG | Correspond with J. Haynes re: purchase agreement. | 0.10 | 45.00 |
| 6/21/2021 | AMG | Review and revise purchase agreement; correspond with L. Jones re: same. | 1.60 | 720.00 |
| 6/24/2021 | AMG | Review L. Jones revisions to draft purchase agreement and further revise same; correspond with T. McNamara re: same. | 1.10 | 495.00 |
| 6/25/2021 | AMG | Further revise draft purchase agreement and correspond with J. Haynes re: same. | 1.10 | 495.00 |
| 7/12/2021 | AMG | Review and analyze proposed edits to purchase agreement; begin to revise to same. | 0.80 | 360.00 |
| 7/13/2021 | AMG | Call and correspond with J. Haynes re: additional revisions to purchase agreement. | 1.10 | 495.00 |
| 7/21/2021 | AMG | Review revised purchase agreement and correspond with J. Haynes re: same. | 0.80 | 360.00 |
| 7/23/2021 | AMG | Correspond with buyer's counsel re: purchase agreement and exhibits. | 0.30 | 135.00 |
| | AMG | Prepare exhibits. | 0.60 | 270.00 |

EXHIBIT C
Page 50

Consumer Defense Receivership                                                                  Page    21

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 7/26/2021 | AMG | Review and finalize agreement for signatures; correspond with buyer's counsel re: same. | 0.30 | 135.00 |
| 8/2/2021 | AMG | Review appellate docket and recent filings; correspond with T. McNamara re: same. | 0.70 | 315.00 |
| 8/18/2021 | AMG | Draft final report and fee application; confer with T. McNamara re: potential extension and related issues. | 1.50 | 675.00 |
| 9/9/2021 | AMG | Review sale agreement re: sale of notes and consequences of expiration of due diligence period. | 0.30 | 135.00 |
| | AMG | Review and revise final report and fee application. | 2.60 | 1,170.00 |
| 9/16/2021 | AMG | Review and revise final report and fee application. | 2.20 | 990.00 |
| 9/17/2021 | AMG | Review and revise final report and fee application. | 2.80 | 1,260.00 |
| 9/20/2021 | AMG | Review closing requirements re: sale of notes and receivership deadlines. | 0.70 | 315.00 |
| 9/22/2021 | CJBG | Review and revise final report and fee application. | 3.10 | 1,007.50 |
| 9/23/2021 | AMG | Complete draft of final report and correspond with T. McNamara re: same. | 1.80 | 810.00 |
| 9/27/2021 | AMG | Correspond with J. Haynes re: closing documents re: sale of notes; begin to review and revise same. | 2.20 | 990.00 |
| 9/28/2021 | AMG | Continue to review and revise closing documents re: sale of notes; correspond with J. Haynes re: same. | 1.90 | 855.00 |
| 9/29/2021 | AMG | Finalize closing documents re: sale of notes and attend to closing; correspond with buyer's counsel re: same. | 2.30 | 1,035.00 |
| 9/30/2021 | AMG | Correspond with buyer's counsel re: sale of notes and closing; review changes to assignment agreement. | 0.50 | 225.00 |
| **TOTAL FEES** | | | **227.70** | **$83,125.00** |

**DISBURSEMENTS**

| Date | Description | | |
|------|-------------|--|--|
| 4/30/2020 | Postage | | 3.00 |
| 5/15/2020 | Other: Notary services (E. Chang) re: release of lis pendens re: Sandy Office Building and Park City Condo | | 15.00 |
| 6/30/2020 | Online research: PACER | | 22.30 |
| 9/30/2020 | Online research: PACER | | 17.40 |

EXHIBIT C
Page 51

Consumer Defense Receivership

| Date | Description | Amount |
|---|---|---|
| 9/30/2020 | Postage | 8.50 |
| 10/31/2020 | Postage | 17.70 |
| 12/31/2020 | Online research: PACER | 9.50 |
| 1/31/2021 | Online research: Westlaw | 65.39 |
| 2/28/2021 | Postage | 10.85 |
| 3/31/2021 | Online research: PACER | 5.90 |
|  | Postage | 7.20 |
| 4/30/2021 | Postage | 7.00 |
| 5/31/2021 | Postage | 12.65 |
| 6/30/2021 | Postage | 1.20 |
| 9/30/2021 | Online research: PACER | 8.90 |

**TOTAL DISBURSEMENTS**     **$212.49**

**TOTAL CURRENT CHARGES**     **$83,337.49**

## PROFESSIONAL SERVICES SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew M. Greene | 126.80 | 450.00 | $57,060.00 |
| Cornelia J. B. Gordon | 15.80 | 325.00 | $5,135.00 |
| Edward Chang | 34.50 | 350.00 | $12,075.00 |
| Shoshanna E. Carroll | 48.60 | 175.00 | $8,505.00 |
| David C. Magee | 2.00 | 175.00 | $350.00 |

EXHIBIT C
Page 52