# EXHIBIT D

Ballard Spahr LLP Invoices

EXHIBIT D

**Consumer Defense Receivership**
**Summary of Invoices for Final Fee Application**

|  | Period Ending | Inv. # | Fees | Costs | Total |
|---|---|---|---|---|---|
| Ballard Spahr | 5/31/2020 | 20200602653 | $94.35 | $0.00 | $94.35 |
| Ballard Spahr | 1/31/2021 | 20210203941 | $47.17 | $0.00 | $47.17 |
|  |  |  | **$141.52** | **$0.00** | **$141.52** |

# Ballard Spahr LLP

One Summerlin
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958
Tel 702.471.7000
Fax 702.471.7070
www.ballardspahr.com

Invoice Date: June 15, 2020
Invoice No.: 20200602653

Thomas W. McNamara, Receiver
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, CA  92101

Client:   McNamara, Thomas W., Receiver  (070042.00)
Matter:   FTC v. Consumer Defense, LLC et al.  (00286981)
          203978

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2020

**INVOICE SUMMARY**

FEES

| | |
|---|---:|
| FTC v. Consumer Defense, LLC et al. (00286981) | $111.00 |
| Less:   15.0% Discount | ($16.65) |
| Total Fees | $94.35 |
| Total Current Charges | $94.35 |
| **TOTAL AMOUNT DUE** | **$94.35** |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/02/20 | Vigil,A. | Review order approving settlement with Olmsted Capital and evaluate whether any action is necessary to assist lead counsel | 0.10 | 55.50 |
| 05/19/20 | Vigil,A. | Confirm content and filing of motion for fees (no charge) | 0.10 | No Charge |
| 05/22/20 | Vigil,A. | Review the FTC's notice of non-opposition for attorney's fees | 0.10 | 55.50 |
| | | **Total Fees** | **0.30** | **$111.00** |

Less:  15.0% Discount                                                                                         ($16.65)

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Vigil,A. | 555.00 | 0.20 | 111.00 |
| Vigil,A. | 0.00 | 0.10 | No Charge |
| **Total Fees** | | **0.30** | **$111.00** |

**Total Current Charges:**                                                                                     $94.35

# Ballard Spahr LLP

One Summerlin
1980 Festival Plaza Drive, Suite 900 Las
Vegas, NV 89135-2958
Tel 702.471.7000
Fax 702.471.7070

Thomas W. McNamara, Receiver  February 19, 2021
McNamara Smith LLP  Invoice No. 20210203941
655 West Broadway, Suite 900
San Diego, CA 92101

Client:  McNamara, Thomas W., Receiver (070042.00)
Matter:  FTC v. Consumer Defense, LLC et al. (00286981)
         203978

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2021

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $55.50 |
| Less 15.0% Discount | ($8.33) |
| Net Fees | $47.17 |
| **Total Invoice Amount** | **$47.17** |

| | |
|---|---|
| 070042.00 - 00286981 | February 19, 2021 |
| Abran Vigil | Invoice No. 20210203941 |

## Professional Services

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---:|---:|
| 01/22/21 | Vigil,A. | Review order extending receivership | 0.10 | 55.50 |
| **Total Fees** | | | **0.10** | **$55.50** |
| Less 15.0% Discount | | | | ($8.33) |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---:|---:|---:|
| Vigil,A. | 0.10 | 555.00 | 55.50 |
| **Total Fees** | **0.10** | | **$55.50** |
| Less 15.0% Discount | | | ($8.33) |