Jonathan Hanley
1199 Laird Ave.
Salt Lake City, UT 84105
385-421-7221
Jonathanhanley22@gmail.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | **CASE NO. 2:18-CV-00030-JCM-BNW** |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME** |
| CONSUMER DEFENSE, LLC, *et. al.,* | |
| Defendants. | |

COME NOW, Jonathan Hanley and Sandra Hanley, Defendants *pro se* and the Plaintiff,

FEDERAL TRADE COMMISSION, by and through its attorney of record, and hereby stipulate,

agree and seek this Court's Order as follows:

1.     Defendant Jonathan & Sandra X. Hanley shall have until February 24th 2022 to file their

response to Plaintiffs Motion for Entry of Monetary Judgment (ECF No. 371).

/s/Gregory A. Ashe (with permission)
GREGORY A. ASHE
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Telephone: 202-326-3719 (Ashe)
Facsimile: 202-326-3768
Email: gashe@ftc.gov

STIPULATION TO EXTEND TIME - 1

Dated: February 17th 2022

Respectfully Submitted,

/s/ Jonathan Hanley
Jonathan P. Hanley

**IT IS SO ORDERED**:

_____
Honorable James Mahan
United States District Judge

**DATED**:_____

STIPULATION TO EXTEND TIME - 2