Jonathan Hanley
1199 Laird Ave.
Salt Lake City, UT 84105
385-421-7221
Jonathanhanley22@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONSUMER DEFENSE, LLC, *et. al.*,<br><br>　　　　Defendants. | **CASE NO. 2:18-CV-00030-JCM-BNW**<br><br>**STIPULATION TO EXTEND TIME** |

COME NOW, Jonathan Hanley and Sandra Hanley, Defendants *pro se* and the Plaintiff, FEDERAL TRADE COMMISSION, by and through its attorney of record, and hereby stipulate, agree and seek this Court's Order as follows:

1.　Defendant Jonathan & Sandra X. Hanley shall have until February 24th 2022 to file their response to Plaintiffs Motion for Entry of Monetary Judgment (ECF No. 371).

　　　　　　　　　　　　　　　　　　　　/s/Gregory A. Ashe (with permission)
　　　　　　　　　　　　　　　　　　　　GREGORY A. ASHE
　　　　　　　　　　　　　　　　　　　　Federal Trade Commission
　　　　　　　　　　　　　　　　　　　　600 Pennsylvania Avenue NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20580
　　　　　　　　　　　　　　　　　　　　Telephone: 202-326-3719 (Ashe)
　　　　　　　　　　　　　　　　　　　　Facsimile: 202-326-3768
　　　　　　　　　　　　　　　　　　　　Email: gashe@ftc.gov

STIPULATION TO EXTEND TIME - 1

1
2
3  Dated: February 17th 2022                    Respectfully Submitted,
4                                               /s/ Jonathan Hanley
                                                Jonathan P. Hanley
5
6
7  **IT IS SO ORDERED**:
                                                _____
8                                               Honorable James Mahan
                                                United States District Judge
9
10                                              DATED: February 18, 2022
                                                       _____
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND TIME - 2