AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Federal Trade Commission,

              Plaintiff,

v.

Consumer Defense LLC, et a.,

              Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00030-JCM-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment in the amount of ELEVEN MILLION NINE HUNDRED SIX THOUSAND SEVEN HUNDRED NINETY-TWO ($11,906,792) is entered in favor of the FTC against the Hanleys, jointly and severally, with post-judgment interest at the legal rate in accordance with ecf no. 397 order.

01/03/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ L. Ortiz  
Deputy Clerk